IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INSURANCE COMPANY, | ] ] ] | Case No. C-1-02-479 |
| Plaintiff, | ] ] | JUDGE SPIEGEL |
| -vs- | ] ] | |
| CHRISTOPHER L. KEARNEY, | ] ] | |
| Defendant. | ] | |

## JOINT MOTION TO ENLARGE TIME FOR DISCOVERY

Now come the parties, by and through the undersigned counsel, and move this Court to enlarge the time for discovery in this matter to January 15, 2004.

The discovery cut-off deadline was October 1, 2003. Relevant depositions which are necessary were not taken prior to that deadline. The parties have been attempting to avoid the filing of Motions to Compel by negotiating and arranging deposition dates which do not conflict, some of which will be out of the state.

Accordingly, for the reasons set forth herein, the parties move this Court to enlarge the time for discovery up through and including January 15, 2004.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| s/ Geraldine M. Johnson | s/ Eugene L. Matan |
| **GERALDINE JOHNSON (0010450)** | **EUGENE L. MATAN          0012381** |
| ROETZEL & ANDRESS | MATAN, GEER & WRIGHT |
| 310 Chiquita Center, 250 E. Fifth Street | 261 South Front Street |
| Cincinnati, Ohio  45202 | Columbus, Ohio 43215 |
| Telephone:    513-361-8288 | Telephone:    614-228-2678 |
| Telefax:        513-361-0335 | Telefax:        614-228-6122 |
| *Email:         gjohnson@ralaw.com* | *Email:         ematan@mgwlaw.com* |
| **Attorney for Plaintiff** | **Attorney for Defendant** |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INSURANCE COMPANY, | ] | |
| | ] | Case No. C-1-02-479 |
| Plaintiff, | ] | |
| | ] | JUDGE SPIEGEL |
| -vs- | ] | |
| | ] | |
| CHRISTOPHER L. KEARNEY, | ] | |
| | ] | |
| Defendant. | ] | |

## ORDER

Upon joint written motion of the parties, and for good cause shown, the Motion for Enlargement of Time for Discovery in this case is hereby granted, and discovery is hereby ORDERED extended up through and including January 15, 2004.

IT IS SO ORDERED.

_____
JUDGE SPIEGEL

APPROVED BY:

**s/ Geraldine M. Johnson**
GERALDINE JOHNSON   (0010450)
Attorney for Plaintiff


**s/ Eugene L. Matan**
EUGENE L. MATAN    (0012381)
Attorney for Defendant