SOUTHERN DISTRICT OF OHIO
                        WESTERN DIVISION

```
JEFFERSON-PILOT LIFE         :    NO. 1:02-CV-00479
INSURANCE COMPANY,           :
                             :
     Plaintiff,              :
                             :    ORDER
     v.                      :
                             :
CHRISTOPHER L. KEARNEY       :
                             :
                             :
     Defendant.              :
```

This matter is before the Court on the Parties' Joint Motion to Extend Discovery Deadline Until January 15, 2004 (doc. 18).

The Parties request additional time in order to complete depositions in this matter. Having reviewed this matter, the Court finds the Parties' request well-taken.

Accordingly, the Court GRANTS the Parties' Joint Motion (doc. 18), VACATES the preliminary pretrial order (doc. 10), RESETS the discovery deadline to January 15, 2004, and SCHEDULES a status conference at 10:00 a.m. on January 15, 2004 in order to establish new final pretrial conference and trial dates in this matter.

     SO ORDERED.

Dated: November 5, 2003           /s/ S. Arthur Spiegel

                                  S. Arthur Spiegel
                                  United States Senior District