IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JEFFERSON-PILOT LIFE INSURANCE CO.,

    Plaintiff(s)

vs.

CHRISTOPHER L. KEARNEY,

    Defendant(s)

Case Number: 1:02cv479

Senior District Judge S. Arthur Spiegel

## NOTICE OF MANUAL FILING

The following document has been manually filed with this Office:

Exhibits in support of Motion for Summary Judgment (Doc. 19) filed on November 3, 2003.

11/6/03

TERRY DEINLEIN, ACTING CLERK

*[signature]*
Deputy Clerk