UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON PILOT LIFE INSURANCE COMPANY, | ) : ) | CASE NO. C-1-02-479 |
| Plaintiff, | : ) | J. Spiegel; Mag. J. Hogan |
| v. | : ) | |
| CHRISTOPHER KEARNEY, | : ) | |
| Defendant, | : ) | |
| v. | : ) | |
| DISABILITY MANAGEMENT SERVICES, INC., | : ) : | |
| Third-Party Defendant. | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Michael A. Roberts, Esq. and the firm of Graydon Head & Ritchey, LLP have been retained by Christopher Kearney to serve as co-counsel in the above case.

Respectfully submitted this 2nd day of December, 2003.

/s Michael A. Roberts
Michael Roberts, Esq.
Graydon Head & Ritchey, LLP
1900 5th 3rd Center
511 Walnut Street
Cincinnati, Ohio 45202
(513) 629-2799
(513) 651-3836
mroberts@graydon.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of December, 2003, a copy of the foregoing was sent via hand delivery to: Geraldine M. Johnson, Esq., Roetzel & Andress, 310 Chiquita Center 250 East Fifth Street, Cincinnati, OH 45202.

                                             /s Michael A. Roberts

\\LAB\480558.1