```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION


JEFFERSON-PILOT LIFE           :   NO. 1:02-CV-00479
INSURANCE COMPANY,             :
                               :
         Plaintiff,            :
                               :   ORDER
    v.                         :
                               :
CHRISTOPHER L. KEARNEY,        :
                               :
                               :
         Defendant.            :
```

The parties met before the Court on December 2, 2003 for a status conference.

Having reviewed the schedule of this matter with the parties, the Court finds it appropriate to VACATE the January 15, 2004 discovery deadline as well as the status conference scheduled on the same date (doc. 20). The Court further RESETS this matter according to the following schedule:

**I**
**PROCEEDINGS FOR TRIAL**

This matter will proceed to trial as follows:

(A) Any motions will be filed by June 1, 2004. Motions must be filed by this date, and any motions filed after this date may be subject to a motion to strike. Parties are referred to Local Rule 7.2, which restricts letters to the Court. Correspondence with the Court should be by motion, except as expressly permitted by the Rule.

(B) Discovery will be completed by May 1, 2004. All matters relating to discovery will be referred to the United States Magistrate Judge to whom the case has been assigned.

(C) A final pretrial conference has been tentatively scheduled for October 5, 2004, at 10:00 A.M.

(D) Trial has been tentatively scheduled for November 16, 2004, on an on-deck basis. On-deck trials will be released late Thursday afternoon the week before the scheduled trial date.

(E) This is expected to be a one-week jury trial.

(F) Proposed jury instructions are to be submitted three business days before the trial date.

(G) Exhibits are to be submitted ten days prior to trial.

(H) Any motions or entries for extensions of time must recite the final pretrial date and trial date.

(I) Plaintiff must respond to Defendant's Motion for Summary Judgment on the Issue of Declaratory Judgment (doc. 19) on or before February 16, 2004. Defendant shall then submits its Reply according to the Local Rules.

## II
## ORDERING OF TRANSCRIPTS

Any request for daily copy of a trial should be made to Mary Ann Ranz, the Judge's Court Reporter, at the time of the final pretrial conference. Under no circumstances will the Judge allow a daily transcript or an over-night transcript if daily copy is not arranged in advance of trial.

## III
## STATUS REPORTS

It will not be necessary for counsel to advise the Court in writing on the status of this case.

## IV
## ADDITIONAL CONFERENCES

If the need for the Court's assistance arises, counsel may make a joint appointment for additional conferences.

## V
## TRANSFERRAL

In accordance with Western Division Rule No. 1 and Rule 53, Federal Rules of Civil Procedure, this matter may be transferred to the United States Magistrate Judge for disposition or for him to serve as Master.

SO ORDERED.

Dated: December 2, 2003        s/S. Arthur Spiegel
                               S. Arthur Spiegel
                               United States Senior District Judge