*Geraldine M. Johnson (0010450)*
*Attorney for Plaintiff,*
*Jefferson-Pilot Life Insurance Co.*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **JEFFERSON-PILOT LIFE INSURANCE COMPANY,** | : : : | **CASE NO. C-1-02-479** |
| | : | **JUDGE SPIEGEL** |
| Plaintiff, | : : | **NOTICE OF WITHDRAWAL** |
| v. | : : | **OF COUNSEL** |
| **CHRISTOPHER L. KEARNEY,** | : : | |
| Defendant. | : | |

Now comes counsel for Plaintiff, Jefferson-Pilot Life Insurance Company and for Cross-Claimant Disability Management Services and hereby notifies the Court and all interested parties that the undersigned counsel must withdrawal from this case for health reasons. Counsel has found that her health will not allow her to proceed with the pursuit of this case. It is counsel's understanding that new counsel is simultaneously notifying the court of this substitution of counsel. The undersigned counsel sincerely apologizes to the Court, counsel for the parties and the parties themselves for any inconvenience or disruption this withdrawal may cause. It was certainly not intended by the undersigned counsel.

Respectfully submitted,

s/ *Geraldine M. Johnson*
Geraldine M. Johnson  (0010450)
Attorney for Plaintiff,
Jefferson-Pilot Life Insurance Company
250 E. Fifth Street, Suite 310
Cincinnati, Ohio 45202
Tele.: (513) 361-8288
Fax: (513) 361-0335
E-Mail: gjohnson@ralaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT** on February 3, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Eugene L. Matan, Esq., Matan, Geer & Wright, 261 South Front Street, Columbus, Ohio 43215; Mike Roberts, Esq., Graydon, Head and Richey, L.L.P., 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, Ohio 45202; and William R. Ellis, Esq., Wood & Lamping, 600 Vine Street, Suite 2500, Cincinnati, Ohio 54202.  I also certify that I have served all above stated counsel via fax and regular  U.S. mail.

s/ *Geraldine M. Johnson*
Geraldine M. Johnson  (0010450)
Attorney for Plaintiff,
Jefferson-Pilot Life Insurance Company

46994_1/100411.0043