UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

JEFFERSON-PILOT INSURANCE
COMPANY,                                      :      Case No. C-1-02-479
                                              :
           Plaintiff,                         :      (Judge Spiegel)
                                              :
vs.                                           :      **NOTICE OF APPERANCE AND**
                                              :      **SUBSTITUTION OF COUNSEL**
CHRISTOPHER L. KEARNEY,                       :
                                              :
           Defendant.                         :
                                              :


        Notice is hereby given that William R. Ellis, Peter M. Burrell, Amy Gasser Callow and

the law firm of Wood & Lamping, LLP, 600 Vine Street, Suite 2500, Cincinnati, Ohio  45202-

2491 are hereby substituted as counsel for Plaintiff Jefferson-Pilot Insurance Company in place

of Geraldine Johnson, Esq.   Please direct all service and communications to:

        William R. Ellis, Esq.
        Peter M. Burrell, Esq.
        Amy Gasser Callow, Esq.
        Wood & Lamping, LLP
        600 Vine Street, Suite 2500
        Cincinnati, OH  45202-2491
        (513) 852-6000 (Telephone)
        (513) 852-6087 (Fax)

                                  Respectfully submitted,


                                  /s William R. Ellis
                                  William R. Ellis (0012279)
                                  Wood & Lamping LLP
                                  600 Vine Street, Suite 2500
                                  Cincinnati, OH  45202-2491
                                  (513) 852-6000

                                  Trial Attorneys for Defendants

- 2 -

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing has been filed with the Court by electronic means on this 3rd day of February, 2004.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>    /s  William R. Ellis </u>
William R. Ellis, Esq.
