The following provision becomes a part of the Section of the policy captioned "Benefit Provisions".

## SOCIAL SECURITY SUPPLEMENT

The Monthly Benefit of this policy will be increased by the amount of the Social Security Supplement Benefit shown in the Schedule if:

(1) you are entitled to receive Monthly Benefits for Total Disability;

(2) the period of Total Disability begins prior to the premium due date of this policy next following your 65th birthday; and

(3) Social Security Benefits are not payable.

However, the Social Security Supplement Benefit shall not be payable unless:

(1) at the commencement of the period of Total Disability you meet the coverage requirements for Social Security;

(2) you apply for Social Security Benefits as soon as you become entitled to such; and

(3) your application for Social Security Benefits is not approved.

Following a denial of your application for Social Security Benefits you must within 30 days of the date on which each such request can be filed, file a request for reconsideration, a hearing or an appeal.

You may convert the amount of the Social Security Supplement Benefit to a regular Monthly Benefit if:

(1) you become ineligible for benefits under the Social Security Act of the United States; or

(2) benefits are drastically reduced by Legislation.

The conversion will be the subject to Jefferson-Pilot's then current underwriting rules with respect to the relationship of earnings to total benefit amounts for disability.

For the purposes of the General Provisions of this policy captioned "Proof of Loss", written proof will included, but not be limited to, the correspondence between you and the Social Security Administration.

The premium for the above benefit is included in the premium shown in the Schedule.



WJ—1527A