6080

# CLAIMANT STATEMENT
# CLAIM FORM

SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER L. KEARNEY_ Date of Birth _11/9/52_
Policy No. _H 493025 + H 538062_

1. I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2. During this period of residual disability I was unable to perform the
following important daily business duties of my occupation _70-80%_
_____ I was able to perform all of the
usual daily business duties of my occupation, but only for ____ % of
the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _March_
19_94_.

4. I was under the care and attendance of a physician from _April_
19_93_ to _present_ 19___.

NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 5 AND 6, INCLUDE
MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

5. My average monthly income for the calendar year or the twelve
consecutive months immediately prior to my period of total disability
(the greater) was $ _8166_ (to the nearest dollar.)

I used the _✓_ prior calendar year ___ prior twelve consecutive months
earnings to determine this average.

6. My monthly income for each month for which claim is being made is as
follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $1500.00 | Dec. | '93 | | | | | | |

Any information necessary to verify the answers I have given above
will be furnished upon receipt.

Date _1-5-_ 19_93_ Signed _Christopher L. Kearney_
                                        (Claimant)

_12128 Village Woods Dr._    _Cincinnati_          _OH_
(Street Address)              (City or Town)        (State)

_45241_ (Zip Code)

PLEASE ATTACH THIS FORM DIRECTLY TO THE SUPPLEMENTAL DISABILITY CLAIM
REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF
THAT FORM.

**JEFFERSON-PILOT LIFE INSURANCE COMPANY**
INDIVIDUAL HEALTH CLAIMS
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER L. KEARNEY_ Policy No. _H538069_  _H 490029_

1.  I was residually disabled from _Feb 8_ 19 _93_ to _Present_ 19 _:_

2.  During this period of residual disability I was (A) unable to perform
the following important daily business duties of my occupation_____

_____or (B) I was able to perform all of
the usual daily business duties of my occupation, but only for _70-80_ %
of the time usually required to perform these duties.
~ _guess_

3.  I expect to return to the full performance of my occupation on
_Nov (tentative)_ 19 _93_.

NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
consecutive months immediately prior to my period of total disability
(the greater) was $ _8166.00_ (to the nearest dollar.)

I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive
months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $0.00 | Feb. | '93 | $00.00 | Mar. | '93 | $4000.00 | Apr. | '93 |
| $3000 | May | 93 | $6000.00 | June | '93 | | | |

Any information necessary to verify the answers I have given above
will be furnished upon request.

Date _7-10_ 19 _93_ Signed _Christopher L. Kearney_
(Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
ON THE BACK OF THAT FORM.

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

*H. 538069*

Name in Full *CHRISTOPHER L. KEARNEY*    Policy No. *H. 493029*

1.   I was residually disabled from *Feb 8* 19*93* to *present* 19___.

2.   During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation _____

     _____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for *70-80* % of the time usually required to perform these duties.
     *~ guess*

3.   I expect to return to the full performance of my occupation on *Dec, Nov (tentative)* 19*93*.

NOTE:   FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.   DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.   My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ *8166.00* (to the nearest dollar.)

     I used the (A) *✓* prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5.   My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| *$2000.00* | *July* | *'93* | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date *8-9* 19*93* Signed *Christopher L. Kearney*
                                              (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

0812

RECEIVED-IIIE-417
93 AUG 11  AM11:49

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS



Name in Full *CHRISTOPHER L. KEARNEY* Policy No. *H.493029 / H.538069*

1.  I was residually disabled from *Feb 8* 19 *93* to *Present* 19___.

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation_____

    _____ or (B) I was able to perform all of
    the usual daily business duties of my occupation, but only for *80* %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    *Nov. (tentative)* 19 *93*.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $ *8166.00* (to the nearest dollar.)

    I used the (A) *✓* prior calendar year (B)___ prior twelve consecutive
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000.00 | Aug | '93 | | | | | | |

    Any information necessary to verify the answers I have given above
    will be furnished upon request.

    Date *9-2* 19 *93* Signed *Christopher L. Kearney*
                                    (Claimant)

    PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
    DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
    ON THE BACK OF THAT FORM.

03 SEP -8 PM 2: 02

RECEIVED-INE-417

0814A

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER L. KEARNEY_ Date of Birth _11/9/52_
Policy No. _H 493325 - H 538 ) #69_

1.  I was residually disabled from _Feb 8_ 19_93_ to _present_ 19___.

2.  During this period of residual disability I was unable to perform the
    following important daily business duties of my occupation_____
    _____ I was able to perform all of the
    usual daily business duties of my occupation, but only for _70-80_ % of
    the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on _Jan or Feb_
    19_94_.

4.  I was under the care and attendance of a physician from_____ _April_
    19_93_ to _present_ 19___.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 5 AND 6, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

5.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $_8166_ (to the nearest dollar.)

    I used the _✓_ prior calendar year ___ prior twelve consecutive months
    earnings to determine this average.

6.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $5,500.00 | Sept | '93 | | | | | | |

Any information necessary to verify the answers I have given above
will be furnished upon receipt.

Date_ Oct 7 _19_93_ Signed _Christoph L. Kearney_
                                    (Claimant)

_12168 Village Woods Dr._  _Cincinnati_        _OH_
(Street Address)                (City or Town)     (State)

_45241_ (Zip Code)

PLEASE ATTACH THIS FORM DIRECTLY TO THE SUPPLEMENTAL DISABILITY CLAIM
REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF
THAT FORM.

FAXED
10-7-93

INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER L. KEARNEY_ Date of Birth _11/9/52_
Policy No. _H 493025 + H 538 06_

1.  I was residually disabled from _FEB 8_ 19_93_ to _present_ 19___.

2.  During this period of residual disability I was unable to perform the
    following important daily business duties of my occupation_____
    _____ I was able to perform all of the
    usual daily business duties of my occupation, but only for_70-80_ % of
    the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on _Feb_
    19_94_.

4.  I was under the care and attendance of a physician from _APRIL_
    19_93_ to _present_ 19___.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 5 AND 6, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

5.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $_8166_ (to the nearest dollar.)

    I used the _✓_ prior calendar year ___ prior twelve consecutive months
    earnings to determine this average.

6.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 1500.00 | Oct | '93 | | | | | | |

Any information necessary to verify the answers I have given above
will be furnished upon receipt.

Date _11-10_ 19_93_ Signed _Christopher L. Kearney_
                              (Claimant)

_12168 Village Woods Dr._ _Cincinnati_ _OH_
(Street Address)              (City or Town)  (State)

_45241_ (Zip Code)

PLEASE ATTACH THIS FORM DIRECTLY TO THE SUPPLEMENTAL DISABILITY CLAIM
REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF
THAT FORM.

# INDIVIDUAL HEALTH CLAIMS (417)
## SUPPLEMENTAL CLAIMANT'S STATEMENT
### For
### RESIDUAL DISABILITY BENEFITS

**FAXED 12-1-93**

Name in Full _CHRISTOPHER L. KEARNEY_ Date of Birth _11/3/52_
Policy No. _H 493025 + H 53806_

1. I was residually disabled from _2/8_ 19_93_ to _Present_ 19___.

2. During this period of residual disability I was unable to perform the following important daily business duties of my occupation_____
_____ I was able to perform all of the usual daily business duties of my occupation, but only for _70-80_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _Feb_ 19_94_.

4. I was under the care and attendance of a physician from _April_ 19_93_ to _Present_ 19___.

NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 5 AND 6, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

5. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $_8166_ (to the nearest dollar.)

I used the _✓_ prior calendar year ___ prior twelve consecutive months earnings to determine this average.

6. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $1500⁰⁰ | Nov. | '93 | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon receipt.

Date _12-1_ 19_93_ Signed _Christopher L. Kearney_
                                   **(Claimant)**

_12168 Village Woods Dr._   _Cincinnati_   _OH_
**(Street Address)**            **(City or Town)**    **(State)**

_45241_ **(Zip Code)**

PLEASE ATTACH THIS FORM DIRECTLY TO THE SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

## INDIVIDUAL HEALTH CLAIMS (417)
## SUPPLEMENTAL CLAIMANT'S STATEMENT
### For
### RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER L. KEARNEY_ Date of Birth _11/9/52_
Policy No. _H493025 + H 53806_

1.  I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2.  During this period of residual disability I was unable to perform the
    following important daily business duties of my occupation _none_
    _____ I was able to perform all of the
    usual daily business duties of my occupation, but only for _70-80_ % of
    the time usually required to perform these duties.

3.  I expect to return to the full performace of my occupation on _March_
    19_94_.

4.  I was under the care and attendance of a physician from _April_
    19_93_ to _Present_ 19___.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 5 AND 6, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

5.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $ _8166_ (to the nearest dollar.)

    I used the _✓_ prior calendar year ___ prior twelve consecutive months
    earnings to determine this average.

6.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $1500 00 | Dec. | '93 | | | | | | |

Any information necessary to verify the answers I have given above
will be furnished upon receipt.

Date _1-5-_ 19_94_ Signed _Christopher L. Kearney_
                              (Claimant)

_12128 Village Woods Dr._ _Cincinnati_ _OH_
(Street Address)          (City or Town)     (State)

_45241_ (Zip Code)

PLEASE ATTACH THIS FORM DIRECTLY TO THE SUPPLEMENTAL DISABILITY CLAIM
REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF
THAT FORM.

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER L. KEARNEY_ Date of Birth _11/9/52_
Policy No. _H 493025 + H 53806_

1.  I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2.  During this period of residual disability I was unable to perform the
    following important daily business duties of my occupation_____
    _____ I was able to perform all of the
    usual daily business duties of my occupation, but only for _75_ % of
    the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on _March 30_
    19_94_.

4.  I was under the care and attendance of a physician from _April_
    19_93_ to _present_ 19___.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 5 AND 6, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

5.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $_8166_ (to the nearest dollar.)

    I used the _✓_ prior calendar year ___ prior twelve consecutive months
    earnings to determine this average.

6.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $1500.00 | Jan | '94 | | | | | | |

Any information necessary to verify the answers I have given above
will be furnished upon receipt.

Date _2-8_ 19_94_ Signed _Christopher L. Kearney_
                                                (Claimant)
_12168 Village Woods Dr._            _Cincinnati_        _OH_
(Street Address)                     (City or Town)     (State)
_45241_ (Zip Code)

PLEASE ATTACH THIS FORM DIRECTLY TO THE SUPPLEMENTAL DISABILITY CLAIM
REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF
THAT FORM.

04 FEB 10 AM10: 39

RECEIVED-THT-4L7

JEFFERSON-PILOT LIFE INSURANCE COMPANY

## INDIVIDUAL HEALTH CLAIMS (417)
### SUPPLEMENTAL CLAIMANT'S STATEMENT
#### For
#### RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER L KENNEY_ Date of Birth _11/9/52_

Policy No. _H 493025 + H 53806_

1. I was residually disabled from _2/8_ 19_93_ to _Present_ 19___.

2. During this period of residual disability I was unable to perform the following important daily business duties of my occupation _____
_____ I was able to perform all of the usual daily business duties of my occupation, but only for _75_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _____ 19___. _Although sore, my back should not hinder performance much longer._

4. I was under the care and attendance of a physician from _April '93_ 19_93_ to _present_ 19___.

NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 5 AND 6, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

5. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $_8166_ (to the nearest dollar.)

I used the _✓_ prior calendar year ___ prior twelve consecutive months earnings to determine this average.

6. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $1800.00 | Feb | '94 | $1800.00 | March | '94 | | | |

Any information necessary to verify the answers I have given above will be furnished upon receipt.

Date _3-30_ 19_94_ Signed _Christopher L Kenney_
_____ (Claimant)

_10979 REED HARTMAN HWY._ _CINCINNATI_ _OHIO_
(Street Address)        (City or Town)        (State)

_45242_ (Zip Code)

PLEASE ATTACH THIS FORM DIRECTLY TO THE SUPPLEMENTAL DISABILITY CLAIM REPORT – BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

**JEFFERSON-PILOT LIFE INSURANCE COMPANY**
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full *CHRISTOPHER L. KEARNEY* Policy No. *H473029*

*H538069*

1. I was residually disabled from *2/8* 19*93* to *present* 19___.

2. During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation_____

   *Not able to work as effectively. Not able to focus, travel as much*_____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for *50* % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on *don't know* 19___.

   NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ *8166.00* (to the nearest dollar.)

   I used the (A) *✓* prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| *2000.00* | *4* | *94* | *2000.00* | *5* | *94* | *2000* | *6* | *94* |
| *2000.00* | *7/94* ; | | *2000* | *8/94* ; | | *2000* | *9/94;* | *2000 00 10/94* |

   Any information necessary to verify the answers I have given above will be furnished upon request.

   Date *10/31* 19*94* Signed *Christopher L. Kearney*
   (Claimant)

   PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

94 NOV -3 AM 9: 47

RECEIVED-IHI-417

**JEFFERSON-PILOT LIFE INSURANCE COMPANY**
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER L. KEARNEY_ Policy No. _HS38069_   _H498029_

1.  I was residually disabled from _2/8_       19_93_ to _present_ 19__.

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation_____

    _____

    _____or (B) I was able to perform all of
    the usual daily business duties of my occupation, but only for _≤ 0_ %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    _not sure_     19___.

    NOTE:   FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $ _8166_     (to the nearest dollar.)

    I used the (A)_✓_ prior calendar year (B)___ prior twelve consecutive
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000.00 | Nov.'94 |  | $2000.00 | Dec | '94 |  |  |  |

    Any information necessary to verify the answers I have given above
    will be furnished upon request.

    Date _2/15_    19_95_ signed _Christopher L. Kearney_
                                        (Claimant)

    PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
    DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
    ON THE BACK OF THAT FORM.

## INDIVIDUAL HEALTH CLAIMS (417)
## SUPPLEMENTAL CLAIMANT'S STATEMENT
## For
## RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER L. KEARNEY_ Policy No. _H538069_ _H4?8029_

1.  I was residually disabled from ___2/8___ 19_95_ to _present_ 19__.

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation_____

    _____

    _____or (B) I was able to perform all of
    the usual daily business duties of my occupation, but only for _50_ %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    _not sure_ 19__.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $___8166___(to the nearest dollar.)

    I used the (A)_✓_ prior calendar year (B)___ prior twelve consecutive
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000.00 | Feb. | 1995 | | | | | | |

    Any information necessary to verify the answers I have given above
    will be furnished upon request.

    Date_3-6_ 19_95_ Signed _Christopher L. Kearney_
    (Claimant)

    PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
    DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
    ON THE BACK OF THAT FORM.

0826A

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER L. KEARNEY_ Policy No. _H. 493029_   _H. 538069_

1.  I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation_____

    _____

    _____or (B) I was able to perform all of
    the usual daily business duties of my occupation, but only for _60_ %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    _not sure_ 19___.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $ _8166_ (to the nearest dollar.)

    I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000.00 | Mar | 1995 | $2000.00 | Apr | 1995 | _____ | _____ | _____ |

    Any information necessary to verify the answers I have given above
    will be furnished upon request.

    Date _5-1_ 19_95_ Signed _Christopher L. Kearney_
                                       (Claimant)

    PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
    DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
    ON THE BACK OF THAT FORM.

INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full  *CHRISTOPHER L. KEARNEY*  Policy No. H538069  *H490029*

1.  I was residually disabled from ___2/8___ 19_93_ to _present_ 19___:

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation_____

    _____

    _____or (B) I was able to perform all of
    the usual daily business duties of my occupation, but only for _60_ %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    _not sure_____ 19___.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $ _8166_____(to the nearest dollar.)

    I used the (A)_✓_ prior calendar year (B)___ prior twelve consecutive
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $1800.00 | May | 1995 | | | | | | |

    Any information necessary to verify the answers I have given above
    will be furnished upon request.

    Date___6-1____ 19_95_ Signed *Christopher L. Kearney*
                                        (Claimant)

    PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
    DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
    ON THE BACK OF THAT FORM.

RECEIVED-IHI-417
95 JUN -5 AM11:43

0830

JEFFERSON—PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

*H.538069*

Name in Full _CHRISTOPHER L. KEARNEY_ Policy No. _H.493029_

1. I was residually disabled from _2/8_ 19_93_ to _present_ 19__.

2. During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation _____

_____

_____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _60_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _not sure_ 19__.

NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $_8166_ (to the nearest dollar.)

   I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 2000.00 | June | 1995 | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _7-13_ 19_95_ Signed _Christopher L. Kearney_
                                     (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

JEFFERSON–PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full *CHRISTOPHER L. KEARNEY* Policy No. *H. 493029*

*H. 538069*

1.   I was residually disabled from *2/8* 19 *93* to *present* 19___.

2.   During this period of residual disability I was (A) unable to perform
     the following important daily business duties of my occupation_____

     _____

     the usual daily business duties _____ or (B) I was able to perform all of
     of the time usually required to perform these duties.   only for *60* %

3.   I expect to return to the full performance of my occupation on
     *not sure* 19___.

NOTE:   FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
PERFORMED BY YOU.   DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.   My average monthly income for the calendar year or the twelve
     consecutive months immediately prior to my period of total disability
     (the greater) was $ *8166⁰⁰*_____ (to the nearest dollar.)

     I used the (A) *✓* prior calendar year (B)___ prior twelve consecutive
     months earnings to determine this average.

5.   My monthly income for each month for which claim is being made is as
     follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000 | July | 1995 |  |  |  |  |  |  |

     Any information necessary to verify the answers I have given above
     will be furnished upon request.

Date *8.4* 19 *95* Signed *Christopher L. Kearney*
                                          (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
DISABILITY CLAIM REPORT – BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
ON THE BACK OF THAT FORM.

JEFFERSON–PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER L. KEARNEY_ Policy No. _H-538069_
_H-493089_

1.  I was residually disabled from _2/8_ 19_93_ to _present_ 19__.

2.  During this period of residual disability I was (A) unable to perform
the following important daily business duties of my occupation_____

_____

_____ or (B) I was able to perform all of
the usual daily business duties of my occupation, but only for _60-70_ %
of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
_not sure_ 19__.

NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
consecutive months immediately prior to my period of total disability
(the greater) was $ _8166_ (to the nearest dollar.)

I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive
months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000°° | Aug | 95 |  |  |  |  |  |  |

Any information necessary to verify the answers I have given above
will be furnished upon request.

Date _9-11_ 19_95_ Signed _Christopher L. Kearney_
(Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
DISABILITY CLAIM REPORT – BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
ON THE BACK OF THAT FORM.

0835

RECEIVED-IHI-417

95 SEP 14 AM11:19

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

*H 538069*

Name in Full _CHRISTOPHER L KEARNEY_ Policy No. _H493029_

1.  I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2.  During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation_____

    _____

    the usual daily business duties _____or (B) I was able to perform all of of the time usually required to perform these duties. _65_ %

3.  I expect to return to the full performance of my occupation on _not sure_ 19___.

NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166_ (to the nearest dollar.)

    I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000.00 | 9 | 95 | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _10-2_ 19_95_ Signed _Christopher Kearney_
                              (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

RECEIVED-IHF-417

95 OCT -5 AM 11:08

JEFFERSON–PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER L. KEARNEY_ Policy No. _H-2193029_     _H-538064_

1.  I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2.  During this period of residual disability I was (A) unable to perform
the following important daily business duties of my occupation_____

_____
_____or (B) I was able to perform all of
the usual daily business duties of my occupation, but only for _65_ %
of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
_not sure_ 19___.

NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
consecutive months immediately prior to my period of total disability
(the greater) was $ _8166_ (to the nearest dollar.)

I used the (A)_✓_ prior calendar year (B)___ prior twelve consecutive
months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000.⁰⁰ | 10 | 95 | | | | | | |

Any information necessary to verify the answers I have given above
will be furnished upon request.

Date _10-31_ 19_95_ Signed _Christopher Kearney_
                                    (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
ON THE BACK OF THAT FORM.

JEFFERSON PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER KEARNEY_ Policy No. _H-538069_
_H493029_

1. I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2. During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation _____

_____

_____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _65_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _not sure_ 19___.

NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166_ (to the nearest dollar.)
I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000  | 11    | 95   |        |       |      |        |       |      |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _12-1_ 19_95_ signed _Christopher Kearney_
(Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.