INDIVIDUAL HEALTH CLAIMS (417)

## SUPPLEMENTAL CLAIMANT'S STATEMENT
### For
### RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER KEARNEY_ Policy No. _H-493029_

H-538069

1. I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2. During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation _____

_____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _65_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _not sure_ 19___.

NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166_ (to the nearest dollar.)

   I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000.00 | 12 | 95 | | | | | | |
| | | | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _1-2_ 19_96_ Signed _Christopher Kearney_
(Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

96 JAN -5 AM10: 22

RECEIVED-INT-OLY

0844

INDIVIDUAL HEALTH CLAIMS (417)

INSURANCE COMPANY

SUPPLEMENTAL CLAIMANT'S STATEMENT

For

RESIDUAL DISABILITY BENEFITS

Name in Full *CHRISTOPHER KEARNEY* Policy No. *H-293029; H-53806*

1. I was residually disabled from *2/8* 19 *93* to *present* 19___.

2. During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation_____

_____

_____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for *60* % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on *not sure* 19___.

NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ *8166* (to the nearest dollar.)

I used the (A) *✓* prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000 | 1 | 96 | | | | | | |
| | | | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date *2-2* 19 *96* Signed *Christopher Kearney*

(Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

RECEIVED-IHI-417

96 FEB -6 AM 10:47

0846

SUPPLEMENTAL CLAIMS (417)
CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER KEARNEY_ Policy No. _H-538069_

H-493029

1. I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2. During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation _____

_____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _66_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _not sure_ 19___.

NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166_ (to the nearest dollar.) I used the (A)_✓_ prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000.00 | 2 | 96 | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _3-4_ 19_96_ Signed _Christopher Kearney_
(Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

RECEIVED-INT-07

96MAR 11 AM11:35

SUPPLEMENTAL CLAIMANTS STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full *CHRISTOPHER KEARNEY*    Policy No. *11-293027;H*    H53

1.  I was residually disabled from _*2/8*_ 19*93* to *Present* 19___.

2.  During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation _____

    _____or (B) I was able to perform all of the usual daily business duties of my occupation, but only for *60* % of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on _*not sure*_ 19___.

NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _*8166*_ (to the nearest dollar.) I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000  | 3     | 96   |        |       |      |        |       |      |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _*4-2*_ 19*96* Signed (*Christopher Kearney*)
                                    (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

0849

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (4170)
SUPPLEMENTAL CLAIMANT'S STATEMENT
FOR
RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER KEARNEY_  Policy No. _H 538069_  *H 493029*

1.  I was residually disabled from _2/8_ 19_93_ to _Present_ 19__

2.  During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation_____
_____
_____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _60_ % of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on _not sure_ 19____.

NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166_ (to the nearest dollar.)

I used the (A) _✓_ prior calendar year (B)____ prior twelve consecutive months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000  | 4     | 96   |        |       |      |        |       |      |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _5-6_ 19_96_ Signed _Christoph Kearney_
(Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS

SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER KEARNEY_ Policy No. _H498009_
_H538069_

1. I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2. During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation_____

_____or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _60_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _not sure_ 19___.

NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166_ (to the nearest dollar.)

I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000.00 | 5 | 96 | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _6-3_ 19_96_ Signed _Christopher Kearney_
(Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

RECEIVED-IHI-417
96 JUN -5 AM 10:45

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER KEARNEY_ Policy No. _H 538069_   _H490029_

1. I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2. During this period of residual disability I was (A) unable to perform
the following important daily business duties of my occupation_____

_____

_____or (B) I was able to perform all of
the usual daily business duties of my occupation, but only for _65_ %
of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on
_not sure_ 19___.

NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve
consecutive months immediately prior to my period of total disability
(the greater) was $ _8166_ (to the nearest dollar.)

I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive
months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as
follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 00 | 6 | 96 | | | | | | |

Any information necessary to verify the answers I have given above
will be furnished upon request.

Date_7-5_ 19_96_ Signed _Christopher Kearney_
(Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
ON THE BACK OF THAT FORM.

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS
**SUPPLEMENTAL CLAIMANT'S STATEMENT**
For
**RESIDUAL DISABILITY BENEFITS**

Name in Full _CHRISTOPHER KEARNEY_ Policy No. _H538069_    _H490029_

1. I was residually disabled from ___3/8___ 19_93_ to _present_ 19___:

2. During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation _____

   _____

   _____or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _65_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _not sure_ 19___.

   NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166_ (to the nearest dollar.)

   I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 00 | 7 | 96 | | | | | | |
| | | | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _8·4_ 19_96_ Signed _Christopher Kearney_
                                    (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH DIVISION
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER   KEARNEY_ Policy No. _H 480025_
_H538069_

1.  I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2.  During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation_____

    _____or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _70_ % of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on _not sure_ 19___.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166_ (to the nearest dollar.)

    I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000.00 | 8 | 96 | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _9-2_ 19_96_ signed _Christopher Kearney_
(Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

0858

## SUPPLEMENTAL CLAIMANT'S STATEMENT
### For
### RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER KEARNEY_    Policy No. _H 4900029_
                                                        _H538069_

1.  I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation_____

    _____

    _____or (B) I was able to perform all of
    the usual daily business duties of my occupation, but only for _70_ %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    _not sure_ 19___.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $_8166_ (to the nearest dollar.)

    I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000.00 | 9 | 96 |  |  |  |  |  |  |

Any information necessary to verify the answers I have given above
will be furnished upon request.

Date _10-3_ 19_96_ Signed _Christopher Kearney_
                              (Claimant)

**PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
ON THE BACK OF THAT FORM.**

0860

# JEFFERSON-PILOT LIFE INSURANCE COMPANY
## INDIVIDUAL HEALTH CLAIMS
### SUPPLEMENTAL CLAIMANT'S STATEMENT
#### For
#### RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER L. KEARNEY_  Policy No. _H538069_  ~~H4 490029~~

1. I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2. During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation_____
   _not able to work as many hrs_
   _____or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _65_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _not sure_ 19___.

   NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $_8166_ (to the nearest dollar.)

   I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000 ⁰⁰ | 10 | 96 |        |       |      |        |       |      |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _11-4_ 19_96_ Signed _Christopher Kearney_
                                  (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

*Policy # 538069*
*H 493029*

Name in Full _CHRISTOPHER   KEARNEY_ Date of Birth _11-9-52_
Policy No. _H 493029 + H 57806_

1.  I was residually disabled from _2/8_ 19_93_ to _Present_ 19___.

2.  During this period of residual disability I was unable to perform the
    following important daily business duties of my occupation_____
    _____ I was able to perform all of the
    usual daily business duties of my occupation, but only for _75_ % of
    the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on _not_
    19___.                                                    _sure_

4.  I was under the care and attendance of a physician from _2/8/93_
    19___ to _____ 19___.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 5 AND 6, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

5.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $ _8166_ (to the nearest dollar.)

    I used the _✓_ prior calendar year ___ prior twelve consecutive months
    earnings to determine this average.

6.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 0 | 11 | 96 | | | | | | |

Any information necessary to verify the answers I have given above
will be furnished upon receipt.

Date_____19___ Signed _Christopher Kearney_
                               (Claimant)

_____
(Street Address)                  (City or Town)        (State)

_____(Zip Code)

PLEASE ATTACH THIS FORM DIRECTLY TO THE SUPPLEMENTAL DISABILITY CLAIM
REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF
THAT FORM.

RECEIVED-IHI-417

96 DEC -9 AM10:46

0863

*FAXED*
*ON*
*1-2-97*

### JEFFERSON-PILOT LIFE INSURANCE COMPANY
### INDIVIDUAL HEALTH CLAIMS (417)
### SUPPLEMENTAL CLAIMANT'S STATEMENT
### For
### RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER KEARNEY_ Policy No. _H-493029 / H-538069_

1.  I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2.  During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation_____

   _____ _____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _75-80_% of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on _not sure_ 19___.

   NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8/66_ (to the nearest dollar.)

   I used the (A)_✓_ prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 00 | 12 | 96 | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _1-2_ 19_97_ Signed _Christopher Kearney_
(Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

0864

97 JAN -6 AM 8:46

RECEIVED-IHE-417

_____ ____ ____ INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

*H-538069*

Name in Full *CHRISTOPHER KEARNEY* Policy No. *H-493029*

1.  I was residually disabled from ___*2/8*___ 19 *93* to *present* 19 ___.

2.  During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation _____

    _____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for *65* % of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on ___*not sure*___ 19 ___.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ *8166* (to the nearest dollar.)

    I used the (A) *✓* prior calendar year (B) ___ prior twelve consecutive months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| *0* | *1* | *97* | | | | | | |
| | | | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date *1·31* 19 *97* Signed *Christopher L. Kearney*

                                    (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

0866

_____ _____ LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

*H-538069*

Name in Full *CHRISTOPHER KEARNEY* Policy No. *H-493629*

1.  I was residually disabled from _*2/8*_ 19*93* to *present* 19___.

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation_____

    _____

    _____ or (B) I was able to perform all of
    the usual daily business duties of my occupation, but only for _*66*_ %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    _*not sure*_ 19___.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $ _*8166*_ (to the nearest dollar.)

    I used the (A) _*✓*_ prior calendar year (B)___ prior twelve consecutive
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| *0* | *1* | *97* | | | | | | |
| | | | | | | | | |

Any information necessary to verify the answers I have given above
will be furnished upon request.

Date_*1-31*_ 19*97* Signed *Christopher L. Kearney*
                                    (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
ON THE BACK OF THAT FORM.

RECEIVED-IHI-417

97 FEB -3 AM 10: 39

LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

H-538069

Name in Full _CHRISTOPHER  KEARNEY_ Policy No. _H-493629_

1.  I was residually disabled from  _2/8_  19_93_ to _present_ 19___.

2.  During this period of residual disability I was (A) unable to perform
the following important daily business duties of my occupation_____

_____ or (B) I was able to perform all of
the usual daily business duties of my occupation, but only for _65_ %
of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
_not sure_ 19___.

NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
consecutive months immediately prior to my period of total disability
(the greater) was $ _8166_ _____(to the nearest dollar.)

I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive
months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 00     | 2     | 97   |        |       |      |        |       |      |

Any information necessary to verify the answers I have given above
will be furnished upon request.

Date_ 3-3 _ 19_97_ Signed _Christopher L Kearney_
                                    (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
ON THE BACK OF THAT FORM.

0869

RECEIVED-INI-417
97 MAR -3 PM 1:46

_____ LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

*H-538069*

Name in Full _CHRISTOPHER KEARNEY_ Policy No. _H-493029_

1. I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2. During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation_____

_____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _65_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _not sure_ 19___.

NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166_ (to the nearest dollar.)

I used the (A)_✓_ prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|---|---|---|---|---|---|---|---|---|
| 0 | 3 | 97 | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _4-4_ 19_97_ Signed _Christopher L. Kearney_
(Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

0871

97 APR -7 AM 10:22

RECEIVED-IHT-417