LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

*H-538069*

Name in Full _CHRISTOPHER KEARNEY_ Policy No. _H-493629_

1. I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2. During this period of residual disability I was (A) unable to perform
   the following important daily business duties of my occupation_____

   _____

   _____or (B) I was able to perform all of
   the usual daily business duties of my occupation, but only for _65_ %
   of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on
   _not sure_ 19___.

   NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
   MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
   REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
   EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
   PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
   ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve
   consecutive months immediately prior to my period of total disability
   (the greater) was $ _8166_  (to the nearest dollar.)

   I used the (A)_✓_ prior calendar year (B)___ prior twelve consecutive
   months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as
   follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $1500.00 | 4 | 97 | | | | | | |

   Any information necessary to verify the answers I have given above
   will be furnished upon request.

   Date _5-6_ 19_97_ Signed _Christoph Kearney_
                                      (Claimant)

   PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
   DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
   ON THE BACK OF THAT FORM.

97 MAY -8 AM 10: 37

RECEIVED - CINC - CLEVELAND

~~~~~ LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

*FAXED 6-2-97*

*H-538069*

Name in Full *CHRISTOPHER KEARNEY* Policy No. *H-493029*

1.  I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation_____

    _____or (B) I was able to perform all of
    the usual daily business duties of my occupation, but only for _66_ %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    _not sure_ 19___.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $ _8166_ (to the nearest dollar.)

    I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 1000ºº | 5 | 97 | | | | | | |

Any information necessary to verify the answers I have given above
will be furnished upon request.

Date _6-2_ 19_97_ Signed _(Christoph L. K____)_
                              (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
ON THE BACK OF THAT FORM.

97 JUN -4  AM 9: 10

RECEIVED-INT-487

0876

LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

H-538069

Name in Full _CHRISTOPHER KEARNEY_ Policy No. _H-493029_

1.  I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation_____

    _____

    _____or (B) I was able to perform all of
    the usual daily business duties of my occupation, but only for _65_ %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    _not sure_ 19___.

    NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $ _4166_ (to the nearest dollar.)

    I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 1500   | 6     | 97   |        |       |      |        |       |      |

Any information necessary to verify the answers I have given above
will be furnished upon request.

Date _7-6-12_ 19_97_ Signed _Christopher L. Kearney_
                              (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
ON THE BACK OF THAT FORM.

0877

~~~~~~ LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

H-538069

Name in Full _CHRISTOPHER KEARNEY_ Policy No. _H-493029_

1.  I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation_____

    _____

    _____ or (B) I was able to perform all of
    the usual daily business duties of my occupation, but only for _65_ %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    _not sure_ 19___.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $ _8166_ (to the nearest dollar.)

    I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $1500  | 6     | 97   |        |       |      |        |       |      |

    Any information necessary to verify the answers I have given above
    will be furnished upon request.

    Date _7-8-12_ 19_97_ Signed _Christoph L. Kearny_
                                        (Claimant)

    PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
    DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
    ON THE BACK OF THAT FORM.

RECEIVED-INT-417
97 JUL 14 AM 9:42

.... .... .... INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

H-538069

Name in Full _CHRISTOPHER KEARNEY_ Policy No. _H-493029_

1.  I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation_____

    _____

    _____or (B) I was able to perform all of
    the usual daily business duties of my occupation, but only for _65_ %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    _not sure_ 19___.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $ _8166_ (to the nearest dollar.)

    I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 1000 00 | 7 | 97 | | | | | | |

    Any information necessary to verify the answers I have given above
    will be furnished upon request.

    Date _8-6_ 19_97_ Signed _Christopher Kearney_
                                    (Claimant)

    PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
    DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
    ON THE BACK OF THAT FORM.

RECEIVED-IHI-417
97 AUG 12 AM 11:05

... ... ... LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

*H-538069*

Name in Full _CHRISTOPHER   KEARNEY_ Policy No. _H-493029_

1.   I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2.   During this period of residual disability I was (A) unable to perform
     the following important daily business duties of my occupation_____

     _____

     _____ or (B) I was able to perform all of
     the usual daily business duties of my occupation, but only for _66_ %
     of the time usually required to perform these duties.

3.   I expect to return to the full performance of my occupation on
     _not sure_ 19___.

     NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
     MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
     REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
     EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
     PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
     ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.   My average monthly income for the calendar year or the twelve
     consecutive months immediately prior to my period of total disability
     (the greater) was $ _8166_ (to the nearest dollar.)

     I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive
     months earnings to determine this average.

5.   My monthly income for each month for which claim is being made is as
     follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $1500.00 | 8 | 97 | | | | | | |

     Any information necessary to verify the answers I have given above
     will be furnished upon request.

     Date _8-26_ 19_97_ Signed _Christoph Kearney_
                                        (Claimant)

     PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
     DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
     ON THE BACK OF THAT FORM.

97 AUG 28 AM 10:15

RECEIVED-IHI-417

**SUPPLEMENTAL CLAIMANT'S STATEMENT**
For
**RESIDUAL DISABILITY BENEFITS**

Name in Full _CHRISTOPHER L KEARNE_ Date of Birth _11-9-52_
Policy No. _H 493021 + H 57806_

1. I was residually disabled from ___2-8___ 19_93_ to _Present_ 19___.

2. During this period of residual disability I was unable to perform the following important daily business duties of my occupation_____
_____ I was able to perform all of the usual daily business duties of my occupation, but only for _65_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _not sure_ 19___.

4. I was under the care and attendance of a physician from_____ 19___ to _____19___.

NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 5 AND 6, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

5. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $___8266___ (to the nearest dollar.)

I used the _✓_ prior calendar year ___ prior twelve consecutive months earnings to determine this average.

6. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 1000⁰⁰ | 9 | 97 | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon receipt.

Date_9-15_ 19_97_ Signed _Christoph Kearney_
(Claimant)

(Street Address)                    (City or Town)          (State)

_____(Zip Code)

PLEASE ATTACH THIS FORM DIRECTLY TO THE SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

0884

97 SEP 18 AM11:07

RECEIVED-IHL-417

## SUPPLEMENTAL CLAIMANT'S STATEMENT
### For
### RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER L. KEARNEY_ Date of Birth _11-9-52_
Policy No. _H 493025 + H 578 06_

1. I was residually disabled from _2-8_ 19_93_ to _Present_ 19___.

2. During this period of residual disability I was unable to perform the
   following important daily business duties of my occupation_____
   _____ I was able to perform all of the
   usual daily business duties of my occupation, but only for _65_ % of
   the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _not sure_
   19___.

4. I was under the care and attendance of a physician from_____
   19___ to _____19___.

   NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 5 AND 6, INCLUDE
   MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
   REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
   EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
   PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
   ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

5. My average monthly income for the calendar year or the twelve
   consecutive months immediately prior to my period of total disability
   (the greater) was $_8166_ (to the nearest dollar.)

   I used the _✓_ prior calendar year ___ prior twelve consecutive months
   earnings to determine this average.

6. My monthly income for each month for which claim is being made is as
   follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 1000   | 10    | 97   |        |       |      |        |       |      |

Any information necessary to verify the answers I have given above
will be furnished upon receipt.

Date _9-30-_ 19_97_ Signed _Christopher L. Kearny_
                                                      (Claimant)
_12168_ _VILLAGE WOODS_        _CINCINNATI_      _OH_
(Street Address)               (City or Town)    (State)

_____(Zip Code)

PLEASE ATTACH THIS FORM DIRECTLY TO THE SUPPLEMENTAL DISABILITY CLAIM
REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF
THAT FORM.

0886

97 NOV -4 AM 11: 30

RECEIVED-INT-412

0887

**INDIVIDUAL HEALTH CLAIMS (11-1)**
**SUPPLEMENTAL CLAIMANT'S STATEMENT**
**For**
**RESIDUAL DISABILITY BENEFITS**

Name in Full _CHRISTOPHER KEARNEY_ Date of Birth _11-9-52_
Policy No. _H 493025 + H 57806_

1.  I was residually disabled from _2/8_ 19_53_ to _Present_ 19___.

2.  During this period of residual disability I was unable to perform the
    following important daily business duties of my occupation _____
    _____ I was able to perform all of the
    usual daily business duties of my occupation, but only for _65_ % of
    the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on _now_
    19___.  _not sure_

4.  I was under the care and attendance of a physician from _2/8/93_
    19___ to _present_ 19___.

    NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 5 AND 6, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

5.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $ _8166_ (to the nearest dollar.)

    I used the _✓_ prior calendar year ___ prior twelve consecutive months
    earnings to determine this average.

6.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $1000.00 | 11 | 97 | | | | | | |

    Any information necessary to verify the answers I have given above
    will be furnished upon receipt.

    Date _11-29_ 19_97_ Signed _Christoph Kearney_
                                        (Claimant)

    _____
    (Street Address)                (City or Town)        (State)

    _____(Zip Code)

    PLEASE ATTACH THIS FORM DIRECTLY TO THE SUPPLEMENTAL DISABILITY CLAIM
    REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF
    THAT FORM.

97 DEC -1 PM12:14

INDIVIDUAL HEALTH CLAIMS (421)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER KEARNEY_ Date of Birth _1-9-52_
Policy No. _H 493023 + H 53806_

1. I was residually disabled from _2-93_ 19___ to _Present_ 19___.

2. During this period of residual disability I was unable to perform the following important daily business duties of my occupation _____
   _____ I was able to perform all of the usual daily business duties of my occupation, but only for _65_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _NOT SURE_ 19___.

4. I was under the care and attendance of a physician from _2-93_ 19___ to _present_ 19___.

   NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 5 AND 6, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

5. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166_ (to the nearest dollar.)

   I used the _✓_ prior calendar year ___ prior twelve consecutive months earnings to determine this average.

6. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 1000.00 | 12 | 97 | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon receipt.

Date _1-2_ 19_98_ Signed _Christopher Kearney_
                                    (Claimant)

_12168  VILLAGE  WOODS              CINCINNATI        OH_
(Street Address)                    (City or Town)        (State)

_45241_ (Zip Code)

PLEASE ATTACH THIS FORM DIRECTLY TO THE SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

98 JAN -5 AM 10: 25

RECEIVED-INT-417

INDIVIDUAL HEALTH CLAIMS (9-77)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER L KEARNEY_ Date of Birth _11-9-52_
Policy No. _H 493025 + H 53806_

1. I was residually disabled from _____ 19___ to _____ 19___.

2. During this period of residual disability I was unable to perform the
following important daily business duties of my occupation _____
_____ I was able to perform all of the
usual daily business duties of my occupation, but only for _45_ % of
the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _not sure_
19___.

4. I was under the care and attendance of a physician from _1993_
19___ to _present_ 19___.

NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 5 AND 6, INCLUDE
MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

5. My average monthly income for the calendar year or the twelve
consecutive months immediately prior to my period of total disability
(the greater) was $ _8166_ (to the nearest dollar.)

I used the ___ prior calendar year ___ prior twelve consecutive months
earnings to determine this average.

6. My monthly income for each month for which claim is being made is as
follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $ 0    | 1     | 98   |        |       |      |        |       |      |

Any information necessary to verify the answers I have given above
will be furnished upon receipt.

Date _2-2_ 19_98_ Signed _Christopher Kearney_
                                        (Claimant)

_12168 VILLAGE WOODS DR, CINCINNATI, OH_
(Street Address)              (City or Town)        (State)

_45241_ (Zip Code)

PLEASE ATTACH THIS FORM DIRECTLY TO THE SUPPLEMENTAL DISABILITY CLAIM
REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF
THAT FORM.

# INDIVIDUAL HEALTH CLAIMS (417)
## SUPPLEMENTAL CLAIMANT'S STATEMENT
### For
### RESIDUAL DISABILITY BENEFITS

**Name in Full** _CHRISTOPHER KEARNEY_ **Date of Birth** _11-9-52_
**Policy No.** _H 493025 + H 53806_

1. I was residually disabled from _1953_ 19____ to _present_ 19____.

2. During this period of residual disability I was unable to perform the following important daily business duties of my occupation _____
   _____ I was able to perform all of the usual daily business duties of my occupation, but only for _65_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _not sure_ 19____.

4. I was under the care and attendance of a physician from _1993_ 19____ to _present_ 19____.

   **NOTE:** FOR PURPOSES OF ANSWERING QUESTIONS NO. 5 AND 6, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

5. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166_ (to the nearest dollar.)

   I used the ____ prior calendar year ____ prior twelve consecutive months earnings to determine this average.

6. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 0 | 2 | 98 | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon receipt.

Date _3-2_ 19_98_ Signed _Christopher L. Kearney_
                                    (Claimant)

_12168 VILLAGE WOODS DR CINCINNATI OH_ _45241_
(Street Address)                    (City or Town)        (State)

____45241____ (Zip Code)

PLEASE ATTACH THIS FORM DIRECTLY TO THE SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

# INDIVIDUAL HEALTH CLAIMS (417)
## SUPPLEMENTAL CLAIMANT'S STATEMENT
### For
### RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER L. KEARNEY_ Date of Birth _11/9/52_
Policy No. _H493023 + H 57806_

1. I was residually disabled from ___1993___ 19___ to _present_ 19___.

2. During this period of residual disability I was unable to perform the following important daily business duties of my occupation_____
_____ I was able to perform all of the usual daily business duties of my occupation, but only for _65_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _not sure_ 19___.

4. I was under the care and attendance of a physician from _1993_ 19___ to _present_ 19___.

NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 5 AND 6, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.   DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

5. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166_ (to the nearest dollar.)

   I used the ___ prior calendar year ___ prior twelve consecutive months earnings to determine this average.

6. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 0 | 3 | 98 | | | | | | |
| | | | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon receipt.

Date _4-1_ 19_98_ Signed _Christopher L. Kearney_
                                   (Claimant)

_12168  Village Woods Dr.   Cincinnati, OH_
(Street Address)                    (City or Town)          (State)

_45241_ (Zip Code)

PLEASE ATTACH THIS FORM DIRECTLY TO THE SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

0896

# INDIVIDUAL HEALTH CLAIMS (417)
## SUPPLEMENTAL CLAIMANT'S STATEMENT
### For
### RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER KEARNEY_ Date of Birth _11-9-52_
Policy No. _H 493025 + H 53806_

1. I was residually disabled from _____ 19___ to _present_ 19___.

2. During this period of residual disability I was unable to perform the following important daily business duties of my occupation _____
_____ I was able to perform all of the usual daily business duties of my occupation, but only for _65_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _Not sure_ 19___.

4. I was under the care and attendance of a physician from _____ 19___ to _____ 19___.

**NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 5 AND 6, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.**

5. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166_ (to the nearest dollar.)

   I used the _✓_ prior calendar year ___ prior twelve consecutive months earnings to determine this average.

6. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 0 | 4 | 98 | | | | | | |
| ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |

Any information necessary to verify the answers I have given above will be furnished upon receipt.

Date _5-1_ 19_98_ Signed _Christopher Kearney_
                                    (Claimant)
_12168 Village Woods Dr._      _Cincinnati_        _OH_
(Street Address)              (City or Town)        (State)
_45241_ (Zip Code)

**PLEASE ATTACH THIS FORM DIRECTLY TO THE SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.**

0899

LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

*H-538069*

Name in Full *CHRISTOPHER KEARNEY* Policy No. *H-493629*

1. I was residually disabled from __2/8__ 19_93_ to _present_ 19___.

2. During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation_____

_____

_____or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _65_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _not sure_ 19___.

NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $_8166_ (to the nearest dollar.)

   I used the (A)_✓_ prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 0 | 5 | 98 | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date_6-2_ 19_98_ Signed *Christopher Kearney*
                                    (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

0900