RECEIVED TMC-467

98 JUN -5 PM 6:42

~~~~~~~~~ LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT - 7-1-98
For
RESIDUAL DISABILITY BENEFITS

*H-538069*

Name in Full *CHRISTOPHER KEARNEY* Policy No. *H-493029*

1.  I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2.  During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation_____

    ____*unable to work as many hrs*_____.

    _____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _65_ % of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on _not sure_ 19___.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166_ (to the nearest dollar.)

    I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 00     | 6     | 98   |        |       |      |        |       |      |
|        |       |      |        |       |      |        |       |      |

    Any information necessary to verify the answers I have given above will be furnished upon request.

    Date _7-1_ 19_98_ Signed *Christopher L. Kearney*
    (Claimant)

    PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

0903

_____ LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

*FAXED 8-1-98*

*H-538069*

Name in Full _CHRISTOPHER KEARNEY_ Policy No. _H-493029_

1. I was residually disabled from ___2/8___ 19_93_ to _present_ 19___.

2. During this period of residual disability I was (A) unable to perform
   the following important daily business duties of my occupation _____

   _____

   _____or (B) I was able to perform all of
   the usual daily business duties of my occupation, but only for _65_ %
   of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on
   _not sure_ 19___.

   NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
   MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
   REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
   EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
   PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
   ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve
   consecutive months immediately prior to my period of total disability
   (the greater) was $ _8166_ (to the nearest dollar.)

   I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive
   months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as
   follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000°° | 7 | 98 | | | | | | |

   Any information necessary to verify the answers I have given above
   will be furnished upon request.

   Date _8-1-98_ 19___ Signed _Christoph Kearney_
                              (Claimant)

   PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
   DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
   ON THE BACK OF THAT FORM.

_____ LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

H-538069

Name in Full _CHRISTOPHER KEARNEY_ Policy No. _H-493029_

1. I was residually disabled from ___2/8___ 19_93_ to _present_ 19___.

2. During this period of residual disability I was (A) unable to perform
the following important daily business duties of my occupation_____

_____

_____or (B) I was able to perform all of
the usual daily business duties of my occupation, but only for _66_ %
of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on
_not sure_ 19___.

NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve
consecutive months immediately prior to my period of total disability
(the greater) was $_8166_ (to the nearest dollar.)

I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive
months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as
follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000.00 | 8 | 98 | | | | | | |

Any information necessary to verify the answers I have given above
will be furnished upon request.

Date_9-1_____ 19_98_ Signed _Christopher L. Kearney_
                                    (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
ON THE BACK OF THAT FORM.

RECEIVED-IHI-417

98 SEP -3 AM 8: 57

INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

*H-538069*

Name in Full *CHRISTOPHER KEARNEY* Policy No. *H-493029*

1.  I was residually disabled from __2/8__ 19__93__ to __present__ 19__.

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation_____

    _____

    _____ or (B) I was able to perform all of
    the usual daily business duties of my occupation, but only for __65__ %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    __not sure__ 19__.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $ __8166__ (to the nearest dollar.)

    I used the (A) __✓__ prior calendar year (B)____ prior twelve consecuti
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being m
    follows:

    | Amount | Month | Year | Amount | Month | Year |
    |--------|-------|------|--------|-------|------|
    | 00     | 9     | 98   |        |       |      |
    |        |       |      |        |       |      |

    Any information necessary to verify the answers I have given
    will be furnished upon request.

    Date __10-1__ 19__98__ Signed __Christopher Kearney__
                                            (Claimant)

    PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
    DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
    ON THE BACK OF THAT FORM.

RECEIVED-IHI-417
98 OCT 13 AM10:17

0909

INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

*H-538069*

Name in Full _CHRISTOPHER KEARNEY_ Policy No. _H-493029_

1.  I was residually disabled from ___2/8___ 19_93_ to _present_ 19___.

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation_____

    _____

    _____ or (B) I was able to perform all of
    the usual daily business duties of my occupation, but only for _65_ %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    _not sure_ 19___.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $_8166_ (to the nearest dollar.)

    I used the (A)_✓_ prior calendar year (B)___ prior twelve consecutive
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 0      | 10    | 98   |        |       |      |        |       |      |

Any information necessary to verify the answers I have given above
will be furnished upon request.

Date_11-2_____19_98_ Signed _Christopher L. Kearney_
                                          (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
ON THE BACK OF THAT FORM.

RECEIVED-IHI-417

98 NOV -5 AM 8:27

____ ____ LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

*H-538069*

Name in Full _CHRISTOPHER KEARNEY_ Policy No. _H-493029_

1.  I was residually disabled from ___2/8___ 19_93_ to _present_ 19___.

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation_____

    _____

    _____or (B) I was able to perform all of
    the usual daily business duties of my occupation, but only for _65_ %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    _not sure_ 19___.

    NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $ _8166_ (to the nearest dollar.)

    I used the (A)_✓_ prior calendar year (B)___ prior twelve consecutive
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 0 | 11 | 98 | | | | | | |

Any information necessary to verify the answers I have given above
will be furnished upon request.

Date _12-1_ 19_98_ Signed _Christoph L. Kearney_
                              (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
ON THE BACK OF THAT FORM.

LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

*H-538069*

Name in Full *CHRISTOPHER KEARNEY* Policy No. *H-493029*

1.   I was residually disabled from ___*2/8*___ 19*93* to *present* 19___.

2.   During this period of residual disability I was (A) unable to perform
     the following important daily business duties of my occupation_____

     _____

     _____ or (B) I was able to perform all of
     the usual daily business duties of my occupation, but only for __*65*__ %
     of the time usually required to perform these duties.

3.   I expect to return to the full performance of my occupation on
     ___*not sure*___ 19___.

     NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
     MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
     REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
     EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
     PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
     ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.   My average monthly income for the calendar year or the twelve
     consecutive months immediately prior to my period of total disability
     (the greater) was $ *8166* (to the nearest dollar.)

     I used the (A) *✓* prior calendar year (B)___ prior twelve consecutive
     months earnings to determine this average.

5.   My monthly income for each month for which claim is being made is as
     follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $1000.00 | 12 | 98 | | | | | | |

     Any information necessary to verify the answers I have given above
     will be furnished upon request.

Date *1-4* 19*99* Signed *Christopher Kearney*
                              (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
ON THE BACK OF THAT FORM.

99 JAN -8 AM 8:52

RECEIVED-IHI-417

0914

INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

*H-538069*

Name in Full _CHRISTOPHER KEARNEY_ Policy No. _H-493029_

1. I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2. During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation_____

_____

_____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _66_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _not sure_ 19___.

   NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166_ (to the nearest dollar.)

   I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $500.00 | 1 | 99 | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _2-1_ 19 _99_ Signed _Christopher L. Kearney_
                                              (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

FEB 0 3 1000

0916

_____ LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

*H-538069*

Name in Full *CHRISTOPHER KEARNEY* Policy No. *H-493629*

1.  I was residually disabled from *2/8* 19 *93* to *present* 19 ___.

2.  During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation _____

    _____

    _____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for *66* % of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on *not sure* 19___.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ *8166* (to the nearest dollar.)

    I used the (A) *✓* prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $1000.00 | 2 | 99 | | | | | | |

    Any information necessary to verify the answers I have given above will be furnished upon request.

Date *3-3* 19 *99* Signed *Christopher L. Kearney*
                                          (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

99 MAR -8 PM 1:56

RECEIVED-IHT-417

Jefferson-Pilot Financial
Individual Health Claims (4170)
**Supplemental Claimant's Statement For Residual Disability Benefits**

Name in Full _CHRISTOPHER KEARNEY_    Policy No. _H-538069_
_H-493029_

1.  I was residually disabled from _2-8_ 19_93_ To _present_ 19___ .

2.  During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation _____
    _____ Or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _65_ % of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on _not sure_ 19___ .

    **NOTE:** FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES, OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166_ (to the nearest dollar.)

    I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5.  My monthly income for each month for which a claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 00 | 3 | 99 | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _4-6-_ 19 _99_ Signed _Christoph Kearney_
                                     (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

RECEIVED-IHI-417

99 APR 13 AM 9:01

0920

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (4170)
SUPPLEMENTAL CLAIMANT'S STATEMENT
FOR
RESIDUAL DISABILITY BENEFITS

*H538069*

Name in Full _CHRISTOPHER KEARNEY_     Policy No. _H493029_

1.  I was residually disabled from ___2-8___ 19_93_ to _present_ 19___

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation_____
    _____ or (B) I was able to perform all of the
    usual daily business duties of my occupation, but only for _65_ %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    _not sure_ 19____.

    NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR
    OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $ _8166_ (to the nearest dollar.)

    I used the (A) _✓_ prior calendar year (B)____ prior twelve consecutive
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 00     | 4     | 99   |        |       |      |        |       |      |

    Any information necessary to verify the answers I have given above
    will be furnished upon request.

    Date _5-1_ 19_99_ Signed _Christoph L. Kearney_
                                        (Claimant)

    PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
    DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
    ON THE BACK OF THAT FORM.

99 MAY -3 PM 2: 21

RECEIVED-INT-417

JEFFERSON–PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (4170)
SUPPLEMENTAL CLAIMANT'S STATEMENT
FOR
RESIDUAL DISABILITY BENEFITS

*H 538069*

Name in Full  *CHRISTOPHER  L.  KEARNEY*  Policy No.  *H 493029*

1.  I was residually disabled from ___*2/8*___ 19*93* to ___*present*___ 19___

2.  During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation_____

    _____ or Ⓑ I was able to perform all of the usual daily business duties of my occupation, but only for ___*65*___ % of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on ___*not sure*___ 19___ .

    NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $___*8166*___ (to the nearest dollar.)

    I used the (A) *✓* prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| *$00.00* | *5* | *99* | | | | | | |

    Any information necessary to verify the answers I have given above will be furnished upon request.

    Date ___*6-14*___ 19*99* Signed  *Christopher L. Kearney*
                                              (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT – BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

0923

LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT -
For
RESIDUAL DISABILITY BENEFITS

*H-538069*

Name in Full *CHRISTOPHER KEARNEY* Policy No. *H-493029*

1.  I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation_____

    _____

    _____ or (B) I was able to perform all of
    the usual daily business duties of my occupation, but only for _65_ %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    _not sure_ 19___.

    NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER
    REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $ _8166_ (to the nearest dollar.)

    I used the (A)_✓_ prior calendar year (B)___ prior twelve consecutive
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 00     | 6     | 99   |        |       |      |        |       |      |
|        |       |      |        |       |      |        |       |      |

    Any information necessary to verify the answers I have given above
    will be furnished upon request.

Date_7-5_ 19_99_ Signed *Christopher Kearney*
                              (Claimant)

    PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
    DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
    ON THE BACK OF THAT FORM.

RECEIVED-IHI-417

99 JUL 12 AM 10:39

JEFFERSON–PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (4170)
SUPPLEMENTAL CLAIMANT'S STATEMENT
FOR
RESIDUAL DISABILITY BENEFITS

*H 538069*

Name in Full _CHRISTOPHER L. KEARNEY_ Policy No. _H 493029_

1.  I was residually disabled from _2/8_ 19_93_ to _present_ 19___

2.  During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation _____
    _____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _65_ % of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on _not sure_ 19___.

    NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166_ (to the nearest dollar.)

    I used the (A) _✓_ prior calendar year (B)____ prior twelve consecutive months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 0 | 7 | 99 | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _8-1_ 19_99_ Signed _Christopher L. Kearney_
(Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT – BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

99 AUG -9 AM II: 18

RECEIVED-IHI-417

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (4170)
SUPPLEMENTAL CLAIMANT'S STATEMENT
FOR
RESIDUAL DISABILITY BENEFITS

*H 538064*

Name in Full _CHRISTOPHER L. KEARNEY_ Policy No. _H 493029_

1. I was residually disabled from _2/8_ 19_93_ to _present_ 19___

2. During this period of residual disability I was (A) unable to perform
the following important daily business duties of my occupation_____

_____ or (B) I was able to perform all of the

usual daily business duties of my occupation, but only for _65_ %
of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on
_not sure_ 19___.

NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR
OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve
consecutive months immediately prior to my period of total disability
(the greater) was $ _8166_ (to the nearest dollar.)

I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive
months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as
follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $60 | 8 | 99 | | | | | | |

Any information necessary to verify the answers I have given above
will be furnished upon request.

Date _9-1_ 19_99_ Signed _Christopher L. Kearney_
(Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
ON THE BACK OF THAT FORM.

SEP 01 '99 09:22

PAGE.002

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (4170)
SUPPLEMENTAL CLAIMANT'S STATEMENT
FOR
RESIDUAL DISABILITY BENEFITS

*H 538069*

Name in Full *CHRISTOPHER L. KEARNEY* Policy No. *H 493029*

1.  I was residually disabled from *2/8* 19*93* to *present* 19___

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation _____

    _____ or (B) I was able to perform all of the

    usual daily business duties of my occupation, but only for *65* %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    *not sure* 19___ .

    NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR
    OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $ *8166* (to the nearest dollar.)

    I used the (A) *✓* prior calendar year (B)___ prior twelve consecutive
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| *00*   | *9*   | *99* |        |       |      |        |       |      |

Any information necessary to verify the answers I have given above
will be furnished upon request.

Date *10-1* 19*99* Signed *Christopher L. Kearney*
                                    (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
ON THE BACK OF THAT FORM.

0929

99 OCT -8 PM 3: 16

RECEIVED-IHI-417

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (4170)
SUPPLEMENTAL CLAIMANT'S STATEMENT
FOR
RESIDUAL DISABILITY BENEFITS

*H 538069*

Name in Full *CHRISTOPHER L. KEARNEY* Policy No. *H 493029*

1.  I was residually disabled from *2/8* 19*93* to *present* 19____

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation _____
    _____ or (B) I was able to perform all of the
    usual daily business duties of my occupation, but only for *65* %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    _____*not sure*_____ 19____.

    NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR
    OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUNITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $ _____*8166*_____ (to the nearest dollar.)

    I used the (A) *✓* prior calendar year (B) ____ prior twelve consecutive
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $1000.00 | 9 | 99 | | | | | | |

    Any information necessary to verify the answers I have given above
    will be furnished upon request.

    Date _*10-1-99*_ 19__ Signed *Christopher L. Kearney*
                                        (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
ON THE BACK OF THAT FORM.

RECEIVED-INT-417
99 NOV -3 AM 9: 53

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (4170)
SUPPLEMENTAL CLAIMANT'S STATEMENT
FOR
RESIDUAL DISABILITY BENEFITS

H 538069

Name in Full _CHRISTOPHER L. KEARNEY_ Policy No. _H 493029_

1.  I was residually disabled from __2/8__ 19_93_ to _present_ 19___

2.  During this period of residual disability I was (A) unable to perform
    the following important daily business duties of my occupation_____

    _____ or (B) I was able to perform all of the

    usual daily business duties of my occupation, but only for __65__ %
    of the time usually required to perform these duties.

3.  I expect to return to the full performance of my occupation on
    __not sure__ 19___.

    NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE
    MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR
    OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS
    EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES
    PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES,
    ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4.  My average monthly income for the calendar year or the twelve
    consecutive months immediately prior to my period of total disability
    (the greater) was $__8166__ (to the nearest dollar.)

    I used the (A) _✓_ prior calendar year (B)____ prior twelve consecutive
    months earnings to determine this average.

5.  My monthly income for each month for which claim is being made is as
    follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| 11-30-99 | 00 | '99 | | | | | | |

Any information necessary to verify the answers I have given above
will be furnished upon request.

Date __11-30-99__ 19__ Signed _Christoph Kear___
                                    (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL
DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION
ON THE BACK OF THAT FORM.

99 DEC -6 PM 2: 53

RECEIVED-INT-ALT

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (5315)
SUPPLEMENTAL CLAIMANT'S STATEMENT
FOR
RESIDUAL DISABILITY BENEFITS

Name in Full *CHRISTOPHER L. KEARNS* Policy No. *H 493029* *H 538069*

1. I was residually disabled from _____ 19 *93* to *present* 19___.

2. During this period of residual disability, I was (A) unable to perform the following important daily business duties of my occupation _____
_____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for *65* % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on *not sure* 19___.

NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER RENUMER- ATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (whichever is greater) was $ *8166* (to the nearest dollar).

I used the (A) _✓_ prior calendar year (B) _____ prior twelve consecutive months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|---|---|---|---|---|---|---|---|---|
| $2000.00 | 12 | 99 | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date *12-30* 19 *99*  Signed *Christopher L. Kearns*
(Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT. BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

0935

**JEFFERSON-PILOT LIFE INSURANCE COMPANY**
**INDIVIDUAL HEALTH CLAIMS (5315)**
**SUPPLEMENTAL CLAIMANT'S STATEMENT**
**FOR**
**RESIDUAL DISABILITY BENEFITS**

Name in Full _CHRISTOPHER KEARNEY_ Policy No. _H 538069_
_H 493029_

1. I was residually disabled from _____ 19_93_ to _present_ 19___.

2. During this period of residual disability, I was (A) unable to perform the following important daily business duties of my occupation _____

_____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _65_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _not sure_ 19___.

NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER RENUMER-ATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (whichever is greater) was $ _8166.00_ (to the nearest dollar).

I used the (A) _✓_ prior calendar year (B) _____ prior twelve consecutive months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| #2000.00 | 1 | 2000 | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _2-1-2000_ 19   Signed _Christopher L. Kearney_
(Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT. BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

0936

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (5315)
SUPPLEMENTAL CLAIMANT'S STATEMENT
FOR
RESIDUAL DISABILITY BENEFITS

*H 538069*

Name in Full *CHRISTOPHER KEARNEY* Policy No. *H 493029*

1. I was residually disabled from _____ 19*93* to *August* 19___ .

2. During this period of residual disability, I was (A) unable to perform the following important daily business duties of my occupation _____

_____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for *65* % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on *not sure* 19___ .

   NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER RENUMER-ATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (whichever is greater) was $ *8166* (to the nearest dollar).

   I used the (A) ✓ prior calendar year (B) _____ prior twelve consecutive months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $2000⁰⁰ | 1 | 2000 | | | | | | |

   Any information necessary to verify the answers I have given above will be furnished upon request.

   Date *3-1* 19*2000* Signed *Christopher Kearney*
   (Claimant)

   PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT. BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

JEFFERSON-PILOT LIFE INSURANCE COMPANY
INDIVIDUAL HEALTH CLAIMS (417)
SUPPLEMENTAL CLAIMANT'S STATEMENT
For
RESIDUAL DISABILITY BENEFITS

Name in Full _CHRISTOPHER L KEARNEY_ Policy No. _H.493029/H.538069_

1. I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2. During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation_____

   _____

   _____ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _65_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _not sure_ 19___.

   NOTE:  FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU.  DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166_ (to the nearest dollar.)

   I used the (A) _✓_ prior calendar year (B)___ prior twelve consecutive months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|--------|-------|------|--------|-------|------|--------|-------|------|
| $1000⁰⁰ | 3 | 2000 | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _3-31_ 19_2000_ Signed _Christopher L Kearney_
                              (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.

0938