AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JEFFERSON-PILOT LIFE INSURANCE

        V.

CHRISTOPHER L. KEARNEY

Case Number:  1:02-cv-00479

Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that ORAL ARGUMENT ON CROSS-MOTIONS FOR SUMMARY JUDGMENT in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 842 |
| | DATE AND TIME |
| | APRIL 14, 2004 at 10:00 AM |

JAMES BONINI, CLERK

s/Kevin Moser  
Kevin Moser  
Case Manager  
(513) 564-7620

cc: Peter Burrell, Esq.    William Ellis, Esq.    Amy Callow, Esq.    Eugene Matan, Esq.  
    Michael Roberts, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.