DISABILITY CLAIM WORKSHEET -- I.H.I. ADMINISTRATION

```
POLICY NO.   FR. NO.  B. O.   AGENT   STATE   PLAN  SOCIAL SECURITY NUMBER
H00538069         71542  1006066   OH    57615   W0005 D
NAME:      KEARNEY, CHRIS L          12168 Village
ADDRESS:   16168 VILLAGE WOODS DR.       10979 Reed  Hartman Hwy
           CINCINNATI, OH  45241  45240-452 41        Suite 125
DIAGNOSIS: LUMBOSACRAL SPINE SPRAIN W/SUSPICION OF DISC INVOL
AGE:  40    DATE OF BIRTH: 11/09/52  SEX: 01   OCC: & 9/ LIMITED:  YES
INCURRED DATE:       02/05/93      CONTRACT DATE:  05/28/98 9/  BY:
REINSTATEMENT DATE:    / /         PAID TO DATE:   06/28/93    DATE: 06/15/93
MONTHLY INDEMNITY:  1345   5785   LESS FICA:
        SS .225    225   LESS F.I.T.:
ELIMINATION PERIOD:  90       INDEMNITY PERIOD: AGE 65
WAIVER OF PREMIUM DATE: 5/5/93
REMARKS:
RESIDUAL  MT 1375
          SS .225           20% to 75%  50% mm 156 ov Col, 27%
                                       # H 495023
```

```
DATE "HIS OCC.":      / /     DATE BENEFITS TERMINATE:  / /
REINSURANCE:      YES        NO
```

| C.N. | PERIOD | DAYS | AMOUNT | RES | DATE | STATUS |
|---|---|---|---|---|---|---|
| | Fr 05-06-93 To 07-06-93 | 60 | 1600.00 | J | JUL 2 2 1993 / 06/15/93 | X |
| | Fr 07-06-93 To 08-06-93 | 30 | 800.00 | P | AUG 2 5 1993 | |
| | Fr 05-06-93 To 07-06-93 | Adj | 208.00 | P | SEP 0 3 1993 | |
| | Fr 07-06-93 To 08-06-93 | Adj | 800.00 | P | SEP 0 3 1993 | |
| | Fr. To  verifican  Return  Dis  1-93 | | | | | |
| | Fr. To | | | | | |
| | Fr 08-06-93 To 09-06-93 | 30 | 1600.00 | P | SEP 1 4 1993 | |
| | Fr 09-06-93 To 10-01-93 | 25 | 666.65 | P | OCT 1 9 1993 | |
| | Fr 10-01-93 To 11-01-93 | 30 | 1600.00 | P | NOV 1 6 1993 | |
| | Fr 11-1-93 To 12-1-93 | 30 | 1600.00 | P | DEC 0 3 1993 | |
| | Fr 12-1-93 To 1-1-94 | 30 | 1600.00 | P | JAN 1 0 1994 | |
| | Fr 1-1-94 To 2-1-94 | 30 | 1600.00 | P | FEB 0 9 1994 | |
| | Fr 2-1-94 To 4-1-94 | 60 | 3200.00 | F | MAR 3 1 1994 | |
| | Fr. 4-1-94 To 11-1-94 | 210 | 11,200.00 | R/R | FEB 0 7 1995 | This is residual disability not Cola |
| | Fr. To | | | | | |
| | Fr. 11-1-94 To 1-1-95 | 60 | 3200.00 | P | FEB 1 7 1995 | |
| | Fr. 01-01-95 To 03-01-95 | 60 | 3200.00 | P | MAR 0 8 1995 | |
| | 03-01-95 05-01-95 | 60 | 3200.00 | P | MAY 0 4 1995 | |
| | 6-1-95 | 2x1 | 1100.00 | P | JUN 1 2 1995 | |

0955

DISABILITY CLAIMS WORK SHEET -- I.H.I. ADMINISTRATION

```
POLICY NO.  FR. NO.  B. O.   AGENT  STATE   PLAN  SOCIAL SECURITY NUMBER
H00538069       71542  1006066   OH    57615
NAME:       KEARNEY, CHRIS L
ADDRESS:    12168 VILLAGE WOODS DR
            CINCINNATI, OH  45241
DIAGNOSIS:  MAJOR DEPRESSION, CHRONIC AND ACUTE
AGE:  40   DATE OF BIRTH: 11/09/52  SEX: 01   OCC: 3   LIMITED:  YES
INCURRED DATE:    02/09/93    CONTRACT DATE:  05/28/90    BY:
REINSTATEMENT DATE   1036   PAID TO DATE:   11/28/94    DATE: 11/01/94
MONTHLY INDEMNITY  1,575.00   LESS FICA:  none
SOC. SEC. BENEFIT  225.00   LESS F.I.T.:
ELIMINATION PERIOD:    90    INDEMNITY PERIOD:  AGE 65 SICK
WAIVER OF PREMIUM DATE: 05/05/93
REMARKS:
```
COLA 112⁰⁰ / ea .56     RESIDUAL

```
DATE "HIS OCC.":       /  /    DATE BENEFITS TERMINATE: 11/04/17
REINSURANCE:    YES    NO
```

| C.A. | PERIOD | DAYS | AMOUNT | RES | DATE | STATUS |
|---|---|---|---|---|---|---|
| | Fr. / / To / / | | | | 11/01/94 | X |
| | Fr. 04/01/94 To 11/01/94 | 210 | 11,200.00 | RP | 02/07/95 | P |
| | Fr. 11/01/94 To 01/01/95 | 60 | 3,200.00 | P | 02/17/95 | P |
| | Fr. 01/01/95 To 03/01/95 | 60 | 3,200.00 | P | 03/08/95 | P |
| | Fr. 03/01/95 To 05/01/95 | 60 | 3,200.00 | P | 05/04/95 | P |
| | Fr. 05/01/95 To 06/01/95 | 30 | 1,600.00 | P | 06/12/95 | P |
| | Fr. 6-1-95 To 7-1-95 | 30 | 1600⁰⁰ | P | JUL 18 1995 | |
| | Fr. 7-1-95 To 8-1-95 | 30 | 3578⁶¹ | CP | AUG 24 1995 | |
| | Fr 08-01-95 To 09-01-95 | 30 | 1824⁰⁰ | P | SEP 15 1995 | |
| | Fr. 9-1-95 To 10-1-95 | 30 | 1824⁰⁰ | P | OCT 03 1995 | |
| | Fr. 10-1-95 To 11-1-95 | 30 | 1824⁰⁰ | P | NOV 0 1995 | |
| | Fr. 11-01-95 To 12-01-95 | 30 | 1824⁰⁰ | | DEC 05 1995 | |
| | Fr. 12-01-95 To 01-01-96 | 30 | 1824⁰⁰ | | JAN 04 1996 | |
| | Fr. 1-1-96 To 2-1-96 | 30 | 1824⁰⁰ | P | FEB 05 1996 | |
| | Fr. 2-1-96 To 3-1-96 | 30 | 1824⁰⁰ | | MAR 13 1996 | |
| | Fr 03-01-96 To 4-01-96 | 30 | 1824⁰⁰ | | APR 09 1996 | |
| | Fr. 4-1-96 To 5-1-96 | 30 | 1824⁰⁰ | P | MAY 10 1996 | |
| | 5-1-96 6-1-96 | 30 | 1917³³ | CP | JUN 05 1996 | |
| | 06-01-96 07-01-96 | 1 30 | 19,733 | | JUN 28 1996 | |

0956

DISABILITY CLAIMS WORKSHEET -- I.H.I. ADMINISTRATION

| POLICY NO. | FR. NO. | B. O. | AGENT | STATE | PLAN | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| H00493029 | | 71543 | 1006066 | OH | 57615 | |

NAME: KEARNEY, CHRIS
ADDRESS: 12168 VILLAGE WOODS DR
CINCINNATI, OH 45241

DIAGNOSIS: MAJOR DEPRESSION, CHRONIC AND ACUTE
AGE: 40    DATE OF BIRTH: 11/09/52    SEX: 01    OCC: 3    LIMITED: YES
INCURRED DATE:    02/09/93    CONTRACT DATE: 05/28/90    BY:
REINSTATEMENT DATE: / /    PAID TO DATE: 11/28/94    DATE: 02/07/95
MONTHLY INDEMNITY    2,125.00    LESS FICA: none
SOC. SEC. BENEFIT    625.00    LESS F.I.T.:
ELIMINATION PERIOD:    90    INDEMNITY PERIOD: 2 YR SICK
WAIVER OF PREMIUM DATE: 05/05/93
REMARKS:
COLA 7%
332150    1925⁰⁰ ea. 5-6

DATE "HIS OCC.":    / /    DATE BENEFITS TERMINATE: 05/06/95  AGE 65
REINSURANCE:    YES    NO

| C.A. | PERIOD | DAYS | AMOUNT | RES | DATE | STATUS |
|---|---|---|---|---|---|---|
| | Fr. 04/01/94 | | | | | |
| | To 11/01/94 | 210 | 19,250.00 | RP | 02/07/95 | P |
| | Fr. 11/01/94 | | | | | |
| | To 01/01/95 | 60 | 5,500.00 | P | 02/17/95 | P |
| | Fr. 01/01/95 | | | | | |
| | To 03/01/95 | 60 | 5,500.00 | P | 03/08/95 | P |
| | Fr. 03/01/95 | | | | | |
| | To 05/01/95 | 60 | 5,500.00 | P | 05/04/95 | P |
| | Fr. 05/01/95 | | | | | |
| | To 06/01/95 | 30 | 2,750.00 | P | 06/12/95 | P |
| | Fr. 6-1-95 | | | | | |
| | To 7-1-95 | 30 | 2750⁰⁰ | P | JUL 18 1995 | |
| | Fr. 7-1-95 | | | | | |
| | To 8-1-95 | 30 | 6150⁰⁰ | CP | AUG 24 1995 | |
| | Fr. 08-01-95 | | | | | |
| | To 09-01-95 | 30 | 3135⁰⁰ | P | SEP 15 1995 | |
| | Fr. 9-1-95 | | | | | |
| | To 10-1-95 | 30 | 3135⁰⁰ | P | OCT 03 1995 | |
| | Fr. 10-1-95 | | | | | |
| | To 11-1-95 | 30 | 3135⁰⁰ | P | NOV 07 1995 | |
| | Fr. 11-01-95 | | | | | |
| | To 12-01-95 | 30 | 3135⁰⁰ | P | DEC 05 1995 | |
| | Fr. 12-01-95 | | | | | |
| | To 01-01-96 | 30 | 3135⁰⁰ | P | JAN 04 1996 | |
| | Fr. 01-1-96 | | | | | |
| | To 2-1-96 | 30 | 3135⁰⁰ | P | FEB 05 1996 | |
| | Fr. 2-1-96 | | | | | |
| | To 3-1-96 | 30 | 3135⁰⁰ | P | MAR 13 1996 | |
| | Fr. 03-01-96 | | | | | |
| | To 04-01-96 | 30 | 3135⁰⁰ | P | APR 09 1996 | |
| | Fr. 4-1-96 | | | | | |
| | To 5-1-96 | 30 | 3135⁰⁰ | P | MAY 10 1996 | |
| | Fr. 5-1-96 | | | | | |
| | To 6-1-96 | 30 | 3295⁴² | CP | JUN 05 1996 | |
| | 06-01-96 | | | | | |
| | 07-01-96 | 30 | 3295.43 | | JUN 28 1996 | |
| | 07-01-96 | | | | | |
| | 08-01-96 | 30 | 3295 | | | |

0957

43795.84

DISABILITY CLAIMS WORKSHEET -- I.H.I. ADMINISTRATION

POLICY NO. FR. NO. B. D.    AGENT  STATE   PLAN  SOCIAL SECURITY NUMBER
H00493029         71543  1006066   OH    57615    Woods IV
NAME:    KEARNEY, CHRIS                1168 Village Woods
ADDRESS:  ~~12100 VILLAGE WOODS DR~~  10999 Reed Hartman, Suite 125
CINCINNATI, OH ~~45241~~  ~~45242~~  45249  45241

DIAGNOSIS: LUMBOSACRAL SPINE SPRAIN W/SUSPICION OF DISC INVOL
AGE: 40   DATE OF BIRTH: 11/09/52 SEX: 01   OCC: 3   LIMITED: YES
INCURRED DATE:      02/05/93    CONTRACT DATE: 05/28/90    BY:
REINSTATEMENT DATE:  / /27   PAID TO DATE:  06/28/93    DATE: 06/15/93
MONTHLY INDEMNITY: ~~1250.00~~ 2062.50  LESS FICA:
        55        625      LESS F.I.T.:
ELIMINATION PERIOD:  90    INDEMNITY PERIOD:   age 65
WAIVER OF PREMIUM DATE: 5/15/93
REMARKS:   ML 2125

Residual   55. 625        H538069        Cola 7%
                20% to 75%    50% 6 mo.

DATE "HIS OCC.":    / /    DATE BENEFITS TERMINATE: 5/16/97
REINSURANCE:    YES    NO

| CFA | PERIOD | DAYS | AMOUNT | RES | DATE | STATUS |
|-----|--------|------|--------|-----|------|--------|
|  | Fr.06/06/93 To 07/06/93 | 60 | 2250.00 | RPT | JUL 22 1993  06/15/93 | X |
|  | Fr.07-06-93 To 08-06-93 | 30 | 2250.00 | P | SEP 03 1993 | |
|  | Fr.05.06-93 To 07-06-93 | | 357.50 | | SEP 03 1993 | |
|  | Fr.08-06-93 To 09-06-93 | 30 | 1756.00 | P | SEP 14 1993 | |
|  | Fr.09-06-93 To 10-01-93 | 25 | 1445.83 | P- | OCT 19 1993 | |
|  | Fr.10-01-93 To 11-01-93 | 30 | 1750.00 | P | NOV 16 1993 | |
|  | Fr.11-01-93 To 12-01-93 | 30 | 1750.00 | P | DEC 03 1993 | |
|  | Fr.12-1-93 To 1-1-94 | 30 | 2750.00 | P | JAN 10 1994 | |
|  | Fr.1-1-94 To 2-1-94 | 30 | 2750.00 | P | FEB 09 1994 | |
|  | Fr.2-1-94 To 4-1-94 | 60 | 5500.00 | F | MAR 31 1994 | |
|  | Fr.04-01-94 To 1-01-94 | | 5500.00 | RY | FEB 07 1995 | |
|  | Fr. To | | 19,250.00 | | | |
|  | Fr.11-1-94 To 1-1-95 | 60 | 5500.00 | P | FEB 17 1995 | |
|  | Fr.01-01-95 To 03-01-95 | 60 | 5500.00 | P | MAR 08 1995 | |
|  | Fr.03-01-95 To 05-1-95 | 60 | 5500.00 | P | MAY 04 1995 | |
|  | Fr.5-1-95 To 6-1-95 | 30 | 2750.00 | P | JUN 12 1995 | |
|  | Fr.6-1-95 To | 30 | 2750.00 | P | | |

95503.33

0958

COLA
11³⁰⁰ 5·6

Hao Residual

Age 65
11-09-17

DISABILITY CLAIMS WORKSHEET -- CONTINUED
POLICY NO.: H00538069        NAME: KEARNEY, CHRIS L

| Period | Days | Amount | Code | Date | Code |
|---|---|---|---|---|---|
| Fr. 04/01/96 To 05/01/96 | 30 | 1,824.00 | P | 05/10/96 | P |
| Fr. 05/01/96 To 06/01/96 | 30 | 1,917.33 | K | 06/05/96 | P |
| Fr. 06/01/96 To 07/01/96 | 30 | 1,917.33 | P | 06/28/96 | P |
| Fr. 07-01-96 To 08-01-96 | 30 | 1917.33 | | AUG 0 8 1996 | |
| Fr. 08-01-96 To 09-01-96 | 30 | 1917.33 | | SEP 0 4 1996 | |
| Fr. 9-1-96 To 10-1-96 | 30 | 1917.33 | P | OCT 0 8 1996 | |
| Fr. 10-1-96 To 11-1-96 | 30 | 2010.68 | P | NOV 1 4 1996 | ADJ OF COLA 03/31 |
| Fr. 11-1-96 To 12-1-96 | 30 | 1936.00 | K | DEC 0 4 1996 | 70 00 538069 13 3 |
| Fr. 12-01-96 To 01-01-99 | 30 | 1936.00 | P | JAN 0 6 1997 | |
| Fr. 1-1-97 To 2-1-97 | 30 | 1936.00 | P | FEB 0 4 1997 | |
| Fr. 2-1-97 To 3-1-97 | 30 | 1936.00 | P | MAR 1 2 1997 | |
| Fr. 3-1-97 To 4-1-97 | 30 | 1936.00 | P | APR 0 4 1997 | |
| Fr. 4-1-97 To 5-1-97 | 30 | 1936.00 | P | MAY 0 6 1997 | |
| Fr. 05-01-97 To 06-01-97 | 30 | 2029.33 | K | | |
| Fr. 6-1-97 To 7-01-97 | 30 | 2098.00 | P | JUL 1 5 1997 | overpaid $50 |
| Fr. 07-01-97 To 08-01-97 | adj | 1998.00 | P | AUG 1 3 1997 | |
| Fr. 8-1-97 To 9-1-97 | 30 | 2048.00 | P | AUG 2 8 1997 | |
| Fr. 9-1-97 To 10-1-97 | 30 | 2048.00 | P | SEP 3 0 1997 | |
| Fr. 10-1-97 To 11-1-97 | 30 | 2048.00 | P | OCT 3 1 1997 | |
| Fr. 11-1-97 To 12-1-97 | 30 | 2048.00 | P | DEC 0 2 1997 | |
| Fr. 12-1-97 To 01-1-98 | 30 | 2048.00 | P | Jan 12 1998 | |
| Fr. 1-1-98 To 2-1-98 | 30 | 2048.00 | P | Feb 3 1998 | |
| Fr. 2-1-98 To 3-1-98 | 30 | 2048.00 | P | MAR 0 3 1998 | |
| Fr. 03-01-98 To 04-01-98 | 30 | 2048.00 | P | APR 03 1998 | |
| Fr. 4-1-98 To 5-1-98 | 30 | 2048.00 | P | MAY 0 4 1998 | |
| Fr. 5-1-98 To 6-1-98 | 30 | 2141.33 | K | JUN 0 3 1998 | |
| Fr. 6-1-98 To 9-1-98 | 30 | 2160.00 | P | JUL 0 2 1998 | |
| Fr. To 9-1-98 | 30 | 2160.00 | P | AUG 0 4 1998 | |
| 8-1-98 To 9-1-98 | 30 | 2160.00 | P | SEP 0 2 1998 | |
| 10-1-98 | 30 | 2160.00 | P | OCT 0 2 1998 | |
| 10-1-98 | 30 | 2160.00 | P | NOV 0 3 1998 | |

PAY #1936.00

0959

*Cola -5/6*
*#112.00*

*Age 65*
*11-09-17*

DISABILITY CLAIMS WORKSHEET -- CONTINUED
POLICY NO.: H00538069    NAME: KEARNEY, CHRIS L

| | | | | | | |
|---|---|---|---|---|---|---|
| | To 08/01/98 | 30 | 2,160.00 | P | 08/04/98 | P |
| | Fr. 08/01/98 | | | | | |
| | To 09/01/98 | 30 | 2,160.00 | P | 09/02/98 | P |
| | Fr. 09/01/98 | | | | | |
| | To 10/01/98 | 30 | 2,160.00 | P | 10/02/98 | P |
| | Fr. 10/01/98 | | | | | |
| | To 11/01/98 | 30 | 2,160.00 | P | 11/03/98 | P |
| | Fr. 11-1-98 | | | | | |
| | To 12-1-98 | 30 | 2160.00 | P | DEC 0 4 1998 | |
| | Fr. 12-1-98 | | | | | |
| | To 1-1-99 | 30 | 2160.00 | P | JAN 0 6 ... | |
| | Fr. 1-1-99 | | | | | |
| | To 2-1-99 | 30 | 2160.00 | P | FEB 0 3 1999 | |
| | Fr. 2-1-99 | | | | | |
| | To 3-1-99 | 30 | 2160.00 | P | MAR 0 4 1999 | |
| | Fr. 3-1-99 | | | | | |
| | To 4-1-99 | 30 | 2160.00 | P | APR 0 8 1999 | |
| | Fr. 4-1-99 | | | | | |
| | To 5-1-99 | 30 | 2160.00 | P | | |
| | Fr. 5-1-99 | | | | | |
| | To 6-1-99 | 30 | 2253.33 | K | MAY 0 4 1999 | |
| | Fr. 6-1-99 | | | | JUN 2 1 1999 | |
| | To 7-1-99 | 30 | 2272.00 | P | JUL 0 7 1999 | |
| | Fr. 7/1/99 | | | | | |
| | To 8/1/99 | 30 | 2272.00 | P | AUG 0 9 1999 | |
| | Fr. 8/1/99 | | | | | |
| | To 9/1/99 | 30 | 2272.00 | P | SEP 0 6 1999 | |
| | Fr. 9-1-99 | | | | | |
| | To 10-1-99 | 30 | 2272.00 | P | Sep 30 1999 | |
| | Fr. 10-1-99 | | | | | |
| | To 11-1-99 | 30 | 2272.00 | P | OCT 28 1999 | |
| | Fr. 11-1-99 | | | | | |
| | To 12-1-99 | 30 | 2272.00 | P | DEC 0 3 1999 | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |

BEG 2272

5

0960

His ove 6-98

Cola 5/6 ← ⟶ Cola doesnot apply to Residual

$192.50

"due regard to earnings"

send form
Res 11-9-17

DISABILITY CLAIMS WORKSHEET -- CONTINUED
NAME: KEARNEY, CHRIS

POLICY NO.: H00493029

| | | | | | |
|---|---|---|---|---|---|
| To | 09/01/98 | 30 | 3,712.50 | P | 09/02/98 | P |
| Fr. | 09/01/98 | | | | | |
| To | 10/01/98 | 30 | 3,712.50 | P | 10/02/98 | P |
| Fr. | 10/01/98 | | | | | |
| To | 11/01/98 | 30 | 3,712.50 | P | 11/03/98 | P |
| Fr. | 11-1-98 | 30 | 3712⁵⁰ | P | DEC 0 4 1998 | |
| To | 12-1-98 | | | | | |
| Fr. | 12-1-98 | 30 | 3712⁵⁰ | P | JAN 0 6 1999 | |
| To | 1-1-99 | | | | | |
| Fr. | 1-1-99 | 30 | 3712⁵⁰ | P | FEB 0 3 1999 | |
| To | 2-1-99 | | | | | |
| Fr. | 2-1-99 | 30 | 3712⁵⁰ | P | MAR 0 4 1999 | |
| To | 3-1-99 | | | | | |
| Fr. | 3-1-99 | 30 | 3712⁵⁰ | P | APR 0 8 1999 | |
| To | 4-1-99 | | | | | |
| Fr. | 4-1-99 | 30 | 3712⁵⁰ | P | MAY 0 4 1999 | |
| To | 5-1-99 | | | | | |
| Fr. | 5-1-99 | 30 | 3872⁹² | K | JUN 2 1 1999 | |
| To | 6-1-99 | | | | | |
| Fr. | 6-1-99 | 30 | 3905⁰⁰ | P | JUL 0 7 1999 | |
| To | 7-1-99 | | | | | |
| Fr. | 7/1/99 | 30 | 3905⁰⁰ | P | AUG 0 9 1999 | |
| To | 8/1/99 | | | | | |
| Fr. | 8/1/99 | 30 | 3905.⁰⁰ | P | SEP 0 8 1999 | |
| To | 9/1/99 | | | | | |
| Fr. | 9-1-99 | 30 | 3905⁰⁰ | P | SEP 3 0 1999 | |
| To | 10-1-99 | | | | | |
| Fr. | 10-1-99 | 30 | 3905⁰⁰ | P | OCT 2 8 1999 | |
| To | 11-1-99 | | | | | |
| Fr. | 11-1-99 | 30 | 3905⁰⁰ | P | DEC 0 3 1999 | |
| To | 12-1-99 | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |

3

0961

*Cola 5/6/98 50¢*   *Cola does not apply to Residual* ③ 11-9-M
*we are pay T.D. benefits Cold applie*

## DISABILITY CLAIMS WORKSHEET — CONTINUED

POLICY NO.: H00493029    NAME: KEARNEY, CHRIS

| From / To | Days | Amount | Code | Date | Code |
|---|---|---|---|---|---|
| Fr. 05/01/96 To 06/01/96 | 30 | 3,295.42 | K | 06/05/96 | P |
| Fr. 06/01/96 To 07/01/96 | 30 | 3,295.42 | P | 06/28/96 | P |
| Fr. 07-01-96 To 08-01-96 | 30 | 3295.42 | P | AUG 0 8 1996 | |
| Fr. 08-01-96 To 09-01-96 | 30 | 3295.42 | T | SEP 0 4 1996 | |
| Fr. 09-01-96 To 10-1-96 | 30 | 3295.42 | P | OCT 0 8 1996 | |
| Fr. 10-1-96 To 11-1-96 | 30 | 3455.82 | P | NOV 0 6 1996 | |
| Fr. 11-1-96 To 12-1-96 | 30 | 3327.50 | K | DEC 0 4 1996 | |
| Fr. 12-01-96 To 01-01-96 | 30 | 3327.50 | P | JAN 0 6 1997 | |
| Fr. 1-1-97 To 2-1-97 | 30 | 3327.50 | P | FEB 0 4 1997 | |
| Fr. 2-1-97 To 3-1-97 | 30 | 3327.50 | P | MAR 1 2 1997 | |
| Fr. 3-1-97 To 4-1-97 | 30 | 3327.50 | P | APR 0 4 1997 | |
| Fr. 4-1-97 To 5-1-97 | 30 | 3327.50 | P | MAY 0 6 1997 | |
| Fr. 05-01-97 To 06-01-97 | 30 | 3,487.90 | K | JUN 0 9 1997 | |
| Fr. 06-01-97 To 07-01-97 | 30 | 3520.00 | K | JUL 1 5 1997 | |
| Fr. 07-01-97 To 08-01-97 | 30 | 3520.00 | P | AUG 1 3 1997 | |
| Fr. 8-1-97 To 8-1-97 | 30 | 3520.00 | P | AUG 2 8 1997 | |
| Fr. 9-1-97 To 10-1-97 | 30 | 3520.00 | P | SEP 3 0 1997 | |
| Fr. 10-1-97 To 11-1-97 | 30 | 3520.00 | P | OCT 3 1 1997 | |
| Fr. 11-1-97 To 12-1-97 | 30 | 3520.00 | P | DEC 0 2 1997 | |
| Fr. 12-01-97 To 01-01-98 | 30 | 3520.00 | T | JAN 1 2 1998 | |
| Fr. 1-1-98 To 2-1-98 | 30 | 3520.00 | P | FEB 0 3 1998 | |
| Fr. 2-1-98 To 3-1-98 | 30 | 3520.00 | P | MAR 0 3 1998 | |
| Fr. 03-01-98 To 04-01-98 | 30 | 3520.00 | P | APR 0 3 1998 | |
| Fr. 4-1-98 To 5-1-98 | 30 | 3520.00 | P | MAY 0 4 1998 | |
| Fr. 5-1-98 To 6-1-98 | 30 | 3680.42 | K | JUN 0 3 1998 | |
| Fr. 6-1-98 To 7-1-98 | 30 | 3712.50 | P | JUL 0 2 1998 | |
| Fr. 7-1-98 To 8-1-98 | 30 | 3712.50 | P | AUG 0 4 1998 | |
| Fr. 8-1-98 To 9-1-98 | 30 | 3712.50 | P | SEP 0 2 1998 | |
| 9-1-98 To 10-1-98 | 30 | 3,712.50 | P | OCT 0 2 1998 | |
| 10-1-98 | 30 | 3712.50 | P | NOV 0 3 1998 | |

0962

Cola 5/6
$112.00

Age 65
11-09-17

DISABILITY CLAIMS WORKSHEET -- CONTINUED

POLICY NO.: H00538069      NAME: KEARNEY, CHRIS L

| | | | | | | |
|---|---|---|---|---|---|---|
| To | 08/01/98 | 30 | 2,160.00 | P | 08/04/98 | P |
| Fr. | 08/01/98 | | | | | |
| To | 09/01/98 | 30 | 2,160.00 | P | 09/02/98 | P |
| Fr. | 09/01/98 | | | | | |
| To | 10/01/98 | 30 | 2,160.00 | P | 10/02/98 | P |
| Fr. | 10/01/98 | | | | | |
| To | 11/01/98 | 30 | 2,160.00 | P | 11/03/98 | P |
| Fr. | 11-1-98 | 30 | 2160.00 | P | DEC 0 4 1998 | |
| To | 12-1-98 | | | | | |
| Fr. | 12-1-98 | 30 | 2160.00 | P | JAN 06 ... | |
| To | 1-1-99 | | | | | |
| Fr. | 1-1-99 | 30 | 2160.00 | P | FEB 0 3 1999 | |
| To | 2-1-99 | | | | | |
| Fr. | 2-1-99 | 30 | 2160.00 | P | MAR 0 4 1999 | |
| To | 3-1-99 | | | | | |
| Fr. | 3-1-99 | 30 | 2160.00 | P | APR 0 8 1999 | |
| To | 4-1-99 | | | | | |
| Fr. | 4-1-99 | 30 | 2160.00 | P | | |
| To | 5-1-99 | | | | MAY 0 4 1999 | |
| Fr. | 5-1-99 | 30 | 2253.00 | K | JUN 2 1 1999 | |
| To | 6-1-99 | | | | | |
| Fr. | 6-1-99 | 30 | 2272.00 | P | JUL 0 7 1999 | |
| To | 7-1-99 | | | | | |
| Fr. | 7/1/99 | 30 | 2272.00 | P | AUG 0 9 1999 | |
| To | 8/1/99 | | | | | |
| Fr. | 8/1/99 | 30 | 2272.00 | P | SEP 0 8 1999 | |
| To | 9/1/99 | | | | | |
| Fr. | 9-1-99 | 30 | 2272.00 | P | Sep 30 1999 | |
| To | 10-1-99 | | | | | |
| Fr. | 10-1-99 | 30 | 2272.00 | P | OCT 28 1999 | |
| To | 11-1-99 | | | | | |
| Fr. | 11-1-99 | 30 | 2272.00 | P | DEC 0 3 1999 | |
| To | 12-1-99 | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |

5

0963

CINCINNATI, OH  45241                          H - 538069
DIAGNOSIS: MAJOR DEPRESSION, CHRONIC AND ACUTE
AGE:  40    DATE OF BIRTH: 11/09/52 SEX: 01   OCC: 3   LIMITED:  YES
INCURRED DATE:    02/09/93    CONTRACT DATE:  05/28/90    BY:
REINSTATEMENT DATE:   / 1936   PAID TO DATE:   11/28/94    DATE: 11/01/94
MONTHLY INDEMNITY                LESS FICA:  none
SOC. SEC. BENEFIT                LESS F.I.T.:
ELIMINATION PERIOD:     90        INDEMNITY PERIOD:  AGE 65 SICK
WAIVER OF PREMIUM DATE: 05/05/93
REMARKS:                         RESIDUAL
COLA
712°° ea .5-6

| | DATE "HIS OCC.":      /  /     DATE BENEFITS TERMINATE: 11 /04/ 17 |
| REINSURANCE:    YES       NO |

| C.A. | PERIOD | DAYS | AMOUNT | RES | DATE | STATUS |
|------|--------|------|--------|-----|------|--------|
| | Fr.   /  / | | | | | |
| | To    /  / | | | | 11/01/94 | X |
| | Fr. 04/01/94 | | | | | |
| | To  11/01/94 | 210 | 11,200.00 | RP | 02/07/95 | P |
| | Fr. 11/01/94 | | | | | |
| | To  01/01/95 | 60 | 3,200.00 | P | 02/17/95 | P |
| | Fr. 01/01/95 | | | | | |
| | To  03/01/95 | 60 | 3,200.00 | P | 03/08/95 | P |
| | Fr. 03/01/95 | | | | | |
| | To  05/01/95 | 60 | 3,200.00 | P | 05/04/95 | P |
| | Fr. 05/01/95 | | | | | |
| | To  06/01/95 | 30 | 1,600.00 | P | 06/12/95 | P |
| | Fr. 6-1-95 | | | | | |
| | To  7-1-95 | 30 | 1600°° | P | JUL 18 1995 | |
| KB | Fr. 7-1-95 | | | | | |
| | To  8-1-95 | 30 | 1824°° | CP | AUG 24 1995 | |
| | Fr. 08-01-95 | | | | | |
| | To 09-01-95 | 30 | 1824°° | | SEP 15 1995 | |
| | Fr. 9-1-95 | | | | | |
| | To 10-1-95 | 30 | 1824°° | P | OCT 03 1995 | |
| | Fr. 10-1-95 | | | | | |
| | To  11-1-95 | 30 | 1824°° | P | NOV 0 ... | |
| | Fr. 11-01-95 | | | | | |
| | To 12-01-95 | 30 | 1824°° | | DEC 05 1995 | |
| | Fr. 12-01-95 | | | | | |
| | To 01-01-96 | 30 | 1824°° | | JAN 04 1996 | |
| | Fr. 1-1-96 | | | | | |
| | To 2-1-96 | 30 | 1824°° | P | FEB 05 1996 | |
| | Fr. 2-1-96 | | | | | |
| | To 3-1-96 | 30 | 1824°° | | MAR 13 1996 | |
| | Fr. 03-01-96 | | | | | |
| | To 04-01-96 | 30 | 1824°° | | APR 09 1996 | |
| KB | Fr. 4-1-96 | | | | | |
| | To 5-1-96 | 30 | 1824°° | P | MAY 10 1996 | |
| | 5-1-96 | | | | | |
| | 6-1-96 | 30 | 1917³³ | CP | JUN 05 1996 | |
| | 06-01-96 | 1 | | | JUN 28 1996 | |
| | 07-01-96 | 30 | 1917³³ | | | |

0964



0965

*Cola 5/6* → *Cola doesnot.*
*$192.50*      *apply to Residual*

*"due regard to earnings"*

DISABILITY CLAIMS WORKSHEEET -- CONTINUED   *send form*   *11-9-17*

POLICY NO.: H00493029     NAME: KEARNEY, CHRIS     *Res*

| | | | | | | |
|---|---|---|---|---|---|---|
| To | 09/01/98 | 30 | 3,712.50 | P | 09/02/98 | P |
| Fr. | 09/01/98 | | | | | |
| To | 10/01/98 | 30 | 3,712.50 | P | 10/02/98 | P |
| Fr. | 10/01/98 | | | | | |
| To | 11/01/98 | 30 | 3,712.50 | P | 11/03/98 | P |
| Fr. | 11-1-98 | | | | | |
| To | 12-1-98 | 30 | 3712.50 | P | DEC 0 4 1998 | |
| Fr. | 12-1-98 | | | | | |
| To | 1-1-99 | 30 | 3112.50 | P | JAN 0 6 1999 | |
| Fr. | 1-1-99 | | | | | |
| To | 2-1-99 | 30 | 3712.50 | P | FEB 0 3 1999 | |
| Fr. | 2-1-99 | | | | | |
| To | 3-1-99 | 30 | 3713.50 | P | MAR 0 4 1999 | |
| Fr. | 3-1-99 | | | | | |
| To | 4-1-99 | 30 | 3712.50 | P | APR 0 8 1999 | |
| Fr. | 4-1-99 | | | | | |
| To | 5-1-99 | 30 | 3712.50 | P | MAY 0 4 1999 | |
| Fr. | 5-1-99 | | | | | |
| To | 6-1-99 | 30 | 3872.00 | K | JUN 2 1 1999 | |
| Fr. | 6-1-99 | | | | | |
| To | 9-1-99 | 30 | 3905.00 | P | JUL 0 7 1999 | |
| Fr. | 7/1/99 | | | | | |
| To | 8/1/99 | 30 | 3905.00 | P | AUG 0 9 1999 | |
| Fr. | 8/1/99 | | | | | |
| To | 9/1/99 | 30 | 3905.00 | P | SEP 0 8 1999 | |
| Fr. | 9-1-99 | | | | | |
| To | 10-1-99 | 30 | 3905.00 | P | SEP 3 0 1999 | |
| Fr. | 10-1-99 | | | | | |
| To | 11-1-99 | 30 | 3905.00 | P | OCT 2 8 1999 | |
| Fr. | 11-1-99 | | | | | |
| To | 12-1-99 | 30 | 3905.00 | P | DEC 0 3 1999 | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |

ADDRESS
CHANGE

3218 GLENGYLE AVE.
CINCINNATI, OH 45308

3

0966