DISABILITY CLAIMS WORKSHEET -- I.H.I. ADMINISTRATION

POLICY NO.   FR. NO.   B. O.   AGENT   STATE   PLAN   SOCIAL SECURITY NUMBER
H00538069        71542   1006086   OH   57615   W0005 D
NAME:       KEARNEY, CHRIS L           12168 Village
ADDRESS:    16168 VILLAGE WOODS DR         10974 Reed Hartman Hwy
            CINCINNATI, OH  45241  45340 45241          Suite 125
DIAGNOSIS:  LUMBOSACRAL SPINE SPRAIN W/SUSPICION OF DISC INVOL
AGE:  40    DATE OF BIRTH: 11/09/52   SEX: 01   OCC: & 4/ LIMITED:  YES
INCURRED DATE:      02/05/93    CONTRACT DATE:  05/28/98 9/   BY:
REINSTATEMENT DATE:   / /  10070 PAID TO DATE:  06/28/93    DATE: 06/15/93
MONTHLY INDEMNITY:  1375  6 825 LESS FICA:
            SS .225   225 H.S.  LESS F.I.T.:
ELIMINATION PERIOD:  90  60 58 INDEMNITY PERIOD:  AGE 65
WAIVER OF PREMIUM DATE:  5/5/93
REMARKS:
RESIDUAL  MT 1375                   20% to 75%, 50% mm 1st 6 mos  Col, 2%
          SS .225                   & H 495029

DATE "HIS OCC.":      / /    DATE BENEFITS TERMINATE:   / /
REINSURANCE:      YES      NO

| C.O. | PERIOD | DAYS | AMOUNT | RES | DATE | STATUS |
|------|--------|------|--------|-----|------|--------|
| | Fr. 05-06-93 / To 07-06-93 | 60 | 1600.00 | T | JUL 2 2 1993 / 06/15/93 | X |
| | Fr. 07-06-93 / To 08-06-93 | 30 | 800.00 | P | AUG 2 5 1993 | |
| | Fr. 05-06-93 / To 07-06-93  Adj | 208.00 | P | SEP 0 3 1993 | |
| | Fr. 07-06-93 / To 08-06-93  Adj | 800.00 | P | SEP 0 3 1993 | |
| | Fr. / To  certain Rewrite DIS 1.93 | | | | | |
| | Fr. 08-06-93 / To 09-06-93 | 30 | 1600.00 | P | SEP 1 4 1993 | |
| | Fr. 09-06-93 / To 10-01-93 | 25 | 666.65 | P | OCT 1 9 1993 | |
| | Fr. 10-01-93 / To 11-01-93 | 30 | 1600.00 | P | NOV 1 6 1993 | |
| | Fr. 11-1-93 / To 12-1-93 | 30 | 1600.00 | P | DEC 0 3 1993 | |
| | Fr. 12-1-93 / To 1-1-94 | 30 | 1600.00 | P | JAN 1 0 1994 | |
| | Fr. 1-1-94 / To 2-1-94 | 30 | 1600.00 | P | FEB 0 9 1994 | |
| | Fr. 2-1-94 / To 4-1-94 | 60 | 3200.00 | F | MAR 3 1 1994 | |
| | Fr. 4-1-94 / To 11-1-94 | 210 | 11,200.00 | R P | FEB 0 7 1995 | this is residual disability, not Col, |
| | Fr. 11-1-94 / To 1-1-95 | 60 | 3200.00 | P | FEB 1 7 1995 | |
| | Fr. 01-01-95 / To 03-01-95 | 60 | 3200.00 | P | MAR 0 8 1995 | |
| | Fr. 03-01-95 / To 05-01-95 | 60 | 3200.00 | P | MAY 0 4 1995 | |
| | Fr. 5-1-95 / To 6-1-96 | 2, 1 | 1100.00 | P | JUN 1 2 1995 | |

0955

DISABILITY CLAIMS WORKSHEET -- I.H.I. ADMINISTRATION

POLICY NO.  FR. NO.  B. O.    AGENT   STATE   PLAN  SOCIAL SECURITY NUMBER
H00538069    71542  1006066    OH    57615
NAME:       KEARNEY, CHRIS L
ADDRESS:    12168 VILLAGE WOODS DR
            CINCINNATI, OH  45241
DIAGNOSIS:  MAJOR DEPRESSION, CHRONIC AND ACUTE
AGE:  40    DATE OF BIRTH: 11/09/52  SEX: 01   OCC: 3   LIMITED:  YES
INCURRED DATE:   02/09/93    CONTRACT DATE:  05/28/90     BY:
REINSTATEMENT DATE: ~~Fort / 1936~~  PAID TO DATE:  11/28/94    DATE: 11/01/94
MONTHLY INDEMNITY: ~~1,575.00~~  LESS FICA:  none
SOC. SEC. BENEFIT: ~~225.00~~  LESS F.I.T.:
ELIMINATION PERIOD:   90    INDEMNITY PERIOD:  AGE 65 SICK
WAIVER OF PREMIUM DATE: 05/05/93
REMARKS:                    RESIDUAL
COLA
_____ ea .56
112 00

DATE "HIS OCC.":        / /     DATE BENEFITS TERMINATE: 11 /04/ 17
REINSURANCE:     YES      NO

| C.A. | PERIOD | DAYS | AMOUNT | RES | DATE | STATUS |
|---|---|---|---|---|---|---|
| | Fr.  / / | | | | | |
| | To   / / | | | | 11/01/94 | X |
| | Fr. 04/01/94 | | | | | |
| | To  11/01/94 | 210 | 11,200.00 | RP | 02/07/95 | P |
| | Fr. 11/01/94 | | | | | |
| | To  01/01/95 | 60 | 3,200.00 | P | 02/17/95 | P |
| | Fr. 01/01/95 | | | | | |
| | To  03/01/95 | 60 | 3,200.00 | P | 03/08/95 | P |
| | Fr. 03/01/95 | | | | | |
| | To  05/01/95 | 60 | 3,200.00 | P | 05/04/95 | P |
| | Fr. 05/01/95 | | | | | |
| | To  06/01/95 | 30 | 1,600.00 | P | 06/12/95 | P |
| | Fr. 6-1-95 | | | | | |
| | To 7-1-95 | 30 | 1600 00 | P | JUL 18 1995 | |
| | Fr. 7-1-95 | | | | | |
| | To 8-1-95 | 30 | 3578 61 | CP | AUG 24 1995 | |
| | Fr 08-01-95 | | | | | |
| | To 09-01-95 | 30 | 1824 00 | | SEP 15 1995 | |
| | Fr. 9-1-95 | | | | | |
| | To 10-1-95 | 30 | 1824 00 | P | OCT 03 1995 | |
| | Fr. 10-1-95 | | | | | |
| | To 11-1-95 | 30 | 1824 00 | P | NOV 0 1995 | |
| | Fr. 11-01-95 | | | | | |
| | To 12-01-95 | 30 | 1824 00 | | DEC 05 1995 | |
| | Fr. 12-01-95 | | | | | |
| | To 01-01-96 | 30 | 1824 00 | | JAN 04 1996 | |
| | Fr. 1-1-96 | | | | | |
| | To 2-1-96 | 30 | 1824 00 | P | FEB 05 1996 | |
| | Fr 2-1-96 | | | | | |
| | To 3-1-96 | 30 | 1824 00 | | MAR 13 1996 | |
| | Fr 03-01-96 | | | | | |
| | To 04-01-96 | 30 | 1824 00 | | APR 09 1996 | |
| | Fr 4-1-96 | | | | | |
| | To 5-1-96 | 30 | 1824 00 | P | MAY 10 1996 | |
| | Fr 5-1-96 | | | | | |
| | To 6-1-96 | 30 | 1917 33 | CP | JUN 05 1996 | |
| | Fr 06-01-96 | | | | | |
| | To 07-01-96 | 1 | 19,733 | | JUN 28 1996 | |
| | 07-01-96 | 30 | 19,733 | | | |

0956

DISABILITY CLAIMS WORKSHEET -- I.H.I. ADMINISTRATION

| POLICY NO. | FR. NO. | B. O. | AGENT | STATE | PLAN | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| H00493029 | | 71543 | 1006066 | OH | 57615 | |

NAME:       KEARNEY, CHRIS
ADDRESS:    12168 VILLAGE WOODS DR
            CINCINNATI, OH 45241

DIAGNOSIS: MAJOR DEPRESSION, CHRONIC AND ACUTE
AGE: 40    DATE OF BIRTH: 11/09/52  SEX: 01   OCC: 3   LIMITED: YES
INCURRED DATE:        02/09/93    CONTRACT DATE: 05/28/90     BY:
REINSTATEMENT DATE: / /           PAID TO DATE:  11/28/94     DATE: 02/07/95
MONTHLY INDEMNITY: ~~3,125.00~~   LESS FICA:  none
SOC. SEC. BENEFIT: ~~625.00~~     LESS F.I.T.:
ELIMINATION PERIOD:   90          INDEMNITY PERIOD: ~~2 YR SICK~~
WAIVER OF PREMIUM DATE: 05/05/93
REMARKS:
COLA 7%
33050   1925⁰⁰  ea. 5-6

DATE "HIS OCC.":       / /    DATE BENEFITS TERMINATE: ~~05/06/95~~  AGE 65
REINSURANCE:    YES    NO

| C.A. | PERIOD | DAYS | AMOUNT | RES | DATE | STATUS |
|---|---|---|---|---|---|---|
| | Fr. 04/01/94 To  11/01/94 | 210 | 19,250.00 | RP | 02/07/95 | P |
| | Fr. 11/01/94 To  01/01/95 | 60 | 5,500.00 | P | 02/17/95 | P |
| | Fr. 01/01/95 To  03/01/95 | 60 | 5,500.00 | P | 03/08/95 | P |
| | Fr. 03/01/95 To  05/01/95 | 60 | 5,500.00 | P | 05/04/95 | P |
| | Fr. 05/01/95 To  06/01/95 | 30 | 2,750.00 | P | 06/12/95 | P |
| | Fr. 6-1-95 To 7-1-95 | 30 | 2750⁰⁰ | P | JUL 18 1995 | |
| | Fr 7-1-95 To 8-1-95 | 30 | 6150⁰⁰ | CP | AUG 24 1995 | |
| | Fr. 08-01-95 To 09-01-95 | 30 | 3135⁰⁰ | P | SEP 15 1995 | |
| | Fr. 9-1-95 To 10-1-95 | 30 | 3135⁰⁰ | P | OCT 03 1995 | |
| | Fr. 10-1-95 To 11-1-95 | 30 | 3135⁰⁰ | P | NOV 07 1995 | |
| | Fr. 11-01-95 To 12-01-95 | 30 | 3135⁰⁰ | P | DEC 05 1995 | |
| | Fr. 12-01-95 To 01-01-96 | 30 | 3135⁰⁰ | P | JAN 04 1996 | |
| | Fr 01-1-96 To 2-1-96 | 30 | 3135⁰⁰ | P | FEB 05 1996 | |
| | Fr 2-1-96 To 3-1-96 | 30 | 3135⁰⁰ | P | MAR 13 1996 | |
| | Fr 03-01-96 To 04-01-96 | 30 | 3135⁰⁰ | P | APR 09 1996 | |
| | Fr. 4-1-96 To 5-1-96 | 30 | 3135⁰⁰ | P | MAY 10 1996 | |
| | Fr 5-1-96 To 6-1-96 | 30 | 3295⁴³ | CP | JUN 05 1996 | |
| | 06-01-96 07-01-96 | 30 | 3295⁴³ | P | JUN 28 1996 | |
| | 08-01-96 | 60 | 6590⁰⁰ | | | |

0957

43705.84

DISABILITY CLAIMS WORKSHEET -- I.H.I. ADMINISTRATION

POLICY NO. FR. NO. B. D.   AGENT   STATE   PLAN   SOCIAL SECURITY NUMBER
H00493029        71543  1006066    OH    57615    Woods IV
NAME:      KEARNEY, CHRIS              /1168 Villye Woods IV
ADDRESS:   ~12100 VILLAGE WOODS DR    10999 Reed Hartman, Suite 125
           CINCINNATI, OH ~45241~  ~45242~ 45049 45241

DIAGNOSIS: LUMBOSACRAL SPINE SPRAIN W/SUSPICION OF DISC INVOL
AGE: 40    DATE OF BIRTH: 11/09/52  SEX: 01   OCC: 3    LIMITED:  YES
INCURRED DATE:      02/05/93      CONTRACT DATE: 05/28/90      BY:
REINSTATEMENT DATE:  / /27 ?     PAID TO DATE:  06/28/93     DATE: 06/15/93
MONTHLY INDEMNITY: (125.00 200.00  LESS FICA:
         55     625 ea      LESS F.I.T.:
ELIMINATION PERIOD:  90 FTFTS  INDEMNITY PERIOD: 2y emil  age 65
WAIVER OF PREMIUM DATE: 5/5/93
REMARKS:      NZ 2125

Residual   55. 625      H538069        Cola 7%
                20% to 75%    50% 6 mo.

DATE "HIS OCC.":      / /    DATE BENEFITS TERMINATE: 6/16/95
REINSURANCE:    YES    NO

| C.A. | PERIOD | DAYS | AMOUNT | RES | DATE | STATUS |
|------|--------|------|--------|-----|------|--------|
| | Fr.06/06/93 To 07/06/93 | 60 | 2250. | PD | JUL 22 1993 / 06/15/93 | X |
| | Fr.07-06-93 To 08-06-93 | 30 | 2250.00 | P | SEP 03 1993 | |
| | Fr.05-06-93 To 07-06-93 | | 357.50 | | SEP 03 1993 | |
| | Fr.08-06-93 To 09-06-93 | 30 | 1750.00 | P | SEP 14 1993 | |
| | Fr.09-06-93 To 10-01-93 | 25 | 1445.83 | P- | OCT 19 1993 | |
| | Fr.10-01-93 To 11-01-93 | 30 | 1750.00 | P | NOV 16 1993 | |
| | Fr.11-01-93 To 12-01-93 | 30 | 1750.00 | P | DEC 03 1993 | |
| | Fr.12-1-93 To 1-1-94 | 30 | 2750.00 | P | JAN 10 1994 | |
| | Fr.1-1-94 To 2-1-94 | 30 | 2150.00 | P | FEB 09 1994 | |
| | Fr.3-1-94 To 4-1-94 | 60 | 5500.00 | F | MAR 31 1994 | |
| | Fr.04-01-94 To 8-01-94 | | 4,500.00 19,250.0 | RY | FEB 07 1995  this is resolved to col | |
| | Fr. To | | | | | |
| | Fr.11-1-94 To 1-1-95 | 60 | 5500.00 | P | FEB 17 1995 | |
| | Fr.01-01-95 To 03-01-95 | 60 | 5500.00 | P | MAR 08 1995 | |
| | Fr.03-01-95 To 05-01-95 | 60 | 5500.00 | P | MAY 04 1995 | |
| | Fr.6-1-95 To 6-1-95 | 30 | 2750.00 | P | JUN 12 1995 | |
| | Fr.6-1-95 To | 30 | 2750.00 | P | | |

45503.33

1

COLA
11²⁰⁰ 5·6

Has Residual

Age 65
11-09-17

DISABILITY CLAIMS WORKSHEET -- CONTINUED
POLICY NO.: H00538069        NAME: KEARNEY, CHRIS L

| From/To | | Amount | | Date | |
|---|---|---|---|---|---|
| Fr. 04/01/96 | | | | | |
| To 05/01/96 | 30 | 1,824.00 | P | 05/10/96 | P |
| Fr. 05/01/96 | | | | | |
| To 06/01/96 | 30 | 1,917.33 | K | 06/05/96 | P |
| Fr. 06/01/96 | | | | | |
| To 07/01/96 | 30 | 1,917.33 | P | 06/28/96 | P |
| Fr. 07-01-96 | | | | | |
| To 08-01-96 | 30 | 1917.³³ | | AUG 0 8 1996 | |
| Fr. 08-01-96 | | | | | |
| To 09-01-96 | 30 | 1917.³³ | | SEP 0 4 1996 | |
| Fr. 9-1-96 | | | | | |
| To 10-1-96 | 30 | 1917.³³ | P | OCT 0 8 1996 | |
| Fr. 10-1-96 | | | | | |
| To 11-1-96 | 30 | 2010.⁶⁸ | P | NOV 1 4 1996 | ADJ OF COLA |
| Fr. 11-1-96 | | | | | |
| To 12-1-96 | 30 | 1936.⁰⁰ | K | DEC 0 4 1996 | |
| Fr. 12-01-96 | | | | | |
| To 01-01-97 | 30 | 1936.⁰⁰ | | JAN 0 6 1997 | |
| Fr. 1-1-97 | | | | | |
| To 2-1-97 | 30 | 1936.⁰⁰ | P | FEB 0 4 1997 | |
| Fr. 2-1-97 | | | | | |
| To 3-1-97 | 30 | 1936.⁰⁰ | P | MAR 1 2 1997 | |
| Fr. 3-1-97 | | | | | |
| To 4-1-97 | 30 | 1936.⁰⁰ | P | APR 0 4 1997 | |
| Fr. 4-1-97 | | | | | |
| To 5-1-97 | 30 | 1936.⁰⁰ | P | MAY 0 6 1997 | |
| Fr. 05-01-97 | | | | | |
| To 06-01-97 | 30 | 2029.³³ | K | | |
| Fr. 6-1-97 | | | | | |
| To 7-01-97 | 30 | 2048.⁰⁰ | P | JUL 1 5 1997 | overpaid $50 |
| Fr. 07-01-97 | | | | | |
| To 08-01-97 | adj | 1998.⁰⁰ | P | AUG 1 3 1997 | |
| Fr. 8-1-97 | | | | | |
| To 9-1-97 | 30 | 2048.⁰⁰ | P | AUG 2 8 1997 | |
| Fr. 9-1-97 | | | | | |
| To 10-1-97 | 30 | 2048.⁰⁰ | P | SEP 3 0 1997 | |
| Fr. 10-1-97 | | | | | |
| To 11-1-97 | 30 | 2048.⁰⁰ | P | OCT 3 1 1997 | |
| Fr. 11-1-97 | | | | | |
| To 12-1-97 | 30 | 2048.⁰⁰ | P | DEC 0 2 1997 | |
| Fr. 12-1-97 | | | | | |
| To 01-1-98 | 30 | 2048.⁰⁰ | P | Jan 12 1998 | |
| Fr. 1-1-98 | | | | | |
| To 2-1-98 | 30 | 2048.⁰⁰ | P | Feb 3 1998 | |
| Fr. 2-1-98 | | | | | |
| To 3-1-98 | 30 | 2048.⁰⁰ | P | MAR 0 3 1998 | |
| Fr. 03-01-98 | | | | | |
| To 04-01-98 | 30 | 2048.⁰⁰ | P | APR 03 1998 | |
| Fr. 4-1-98 | | | | | |
| To 5-1-98 | 30 | 2048.⁰⁰ | P | MAY 0 4 1998 | |
| Fr. 5-1-98 | | | | | |
| To 6-1-98 | 30 | 2141.³³ | K | JUN 0 3 1998 | |
| Fr. 6-1-98 | | | | | |
| To 7-1-98 | 30 | 2160.⁰⁰ | P | JUL 0 2 1998 | |
| Fr. 7-1-98 | | | | | |
| To 8-1-98 | 30 | 2160.⁰⁰ | P | AUG 0 4 1998 | |
| 8-1-98 | | | | | |
| 9-1-98 | 30 | 2160.⁰⁰ | P | SEP 0 ? 1998 | |
| 9-1-98 | | | | | |
| 10-1-98 | 30 | 2160.⁰⁰ | P | OCT 0 2 1998 | |
| 10-1-98 | 30 | 2160.⁰⁰ | P | NOV 0 ? 1998 | |

0959

Cola -5/6
#112.00

### DISABILITY CLAIMS WORKSHEET -- CONTINUED

Age 65
11-09-17

POLICY NO.: H00538069    NAME:  KEARNEY, CHRIS L

| | | | | | | |
|---|---|---|---|---|---|---|
| | To  08/01/98 | 30 | 2,160.00 | P | 08/04/98 | P |
| | Fr. 08/01/98 | | | | | |
| | To  09/01/98 | 30 | 2,160.00 | P | 09/02/98 | P |
| | Fr. 09/01/98 | | | | | |
| | To  10/01/98 | 30 | 2,160.00 | P | 10/02/98 | P |
| | Fr. 10/01/98 | | | | | |
| | To  11/01/98 | 30 | 2,160.00 | P | 11/03/98 | P |
| | Fr. 11-1-98 | 30 | 2160.00 | P | DEC 0 4 1998 | |
| | To  12-1-98 | | | | | |
| | Fr. 12-1-98 | 30 | 2160.00 | P | JAN 0 6 ... | |
| | To  1-1-99 | | | | | |
| | Fr. 1-1-99 | 30 | 2160.00 | P | FEB 0 3 1999 | |
| | To  2-1-99 | | | | | |
| | Fr. 2-1-99 | 30 | 2160.00 | P | MAR 0 4 1999 | |
| | To  3-1-99 | | | | | |
| | Fr. 3-1-99 | 30 | 2160.00 | P | APR 0 8 1999 | |
| | To  4-1-99 | | | | | |
| | Fr. 4-1-99 | 30 | 2160.00 | P | | |
| | To  5-1-99 | | | | | |
| | Fr. 5-1-99 | 30 | 2253.33 | K | MAY 0 4 1999 | |
| | To  6-1-99 | | | | JUN 2 1 1999 | |
| | Fr. 6-1-99 | 30 | 2272.00 | P | JUL 0 7 1999 | |
| | To  7-1-99 | | | | | |
| | Fr. 7/1/99 | 30 | 2272.00 | P | AUG 0 9 1999 | |
| | To  8/1/99 | | | | | |
| | Fr. 8/1/99 | 30 | 2272.00 | P | SEP 0 6 1999 | |
| | To  9/1/99 | | | | | |
| | Fr. 9-1-99 | 30 | 2272.00 | P | Sep 30 1999 | |
| | To  10-1-99 | | | | | |
| | Fr. 10-1-99 | 30 | 2272.00 | P | OCT 28 1999 | |
| | To  11-1-99 | | | | | |
| | Fr. 11-1-99 | 30 | 2272.00 | P | DEC 0 3 1999 | |
| | To  12-1-99 | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |
| | Fr. | | | | | |
| | To | | | | | |

BEG 2/2

5

0960

His Doc
6-98

Cola 5/6 ◄————— Cola doesnot    "due regard
$192.50                        apply to Residual    to earnings"

DISABILITY CLAIMS WORKSHEEET -- CONTINUED    Send form    11-9-17
NAME: KEARNEY, CHRIS                            Res

POLICY NO.: H00493029

| | | | | | |
|---|---|---|---|---|---|
| Fr. / To | 09/01/98 / 09/01/98 | 30 | 3,712.50 | P | 09/02/98 | P |
| Fr. / To | 10/01/98 / 10/01/98 | 30 | 3,712.50 | P | 10/02/98 | P |
| Fr. / To | 11/01/98 / 11/01/98 | 30 | 3,712.50 | P | 11/03/98 | P |
| Fr. / To | 15-1-98 / 12-1-98 | 30 | 3712.⁵⁰ | P | DEC 0 4 1998 | |
| Fr. / To | 12-1-98 / 1-1-99 | 30 | 3712.⁵⁰ | P | JAN 0-6 1999 | |
| Fr. / To | 1-1-99 / 2-1-99 | 30 | 3712.⁵⁰ | P | FEB 0 3 1999 | |
| Fr. / To | 2-1-99 / 3-1-99 | 30 | 3712.⁵⁰ | P | MAR 0 4 1999 | |
| Fr. / To | 3-1-99 / 4-1-99 | 30 | 3712.⁵⁰ | P | APR 0 8 1999 | |
| Fr. / To | 4-1-99 / 5-1-99 | 30 | 3712.⁵⁰ | P | MAY 0 4 1999 | |
| Fr. / To | 5-1-99 / 6-1-99 | 30 | 3872.⁹² | K | JUN 2 1 1999 | |
| Fr. / To | 6-1-99 / 9-1-99 | 30 | 3905.⁰⁰ | P | JUI 0 7 1999 | |
| Fr. / To | 7/1/99 / 8/1/99 | 30 | 3905.⁰⁰ | P | AUG 0 9 1999 | |
| Fr. / To | 8/1/99 / 9/1/99 | 30 | 3905.⁰⁰ | P | SEP 0 8 1999 | |
| Fr. / To | 9-1-99 / 10-1-99 | 30 | 3905.⁰⁰ | P | SEP 3 0 1999 | |
| Fr. / To | 10-1-99 / 11-1-99 | 30 | 3905.⁰⁰ | P | OCT 2 8 1999 | |
| Fr. / To | 11-1-99 / 12-1-99 | 30 | 3905.⁰⁰ | P | DEC 0 3 1999 | |
| Fr. / To | | | | | | |
| Fr. / To | | | | | | |
| Fr. / To | | | | | | |
| Fr. / To | | | | | | |
| Fr. / To | | | | | | |
| Fr. / To | | | | | | |
| Fr. / To | | | | | | |
| Fr. / To | | | | | | |
| Fr. / To | | | | | | |
| Fr. / To | | | | | | |
| Fr. / To | | | | | | |

3

0961

cola 5/6 1978 50°   cola does not ③ 11-9-17 apply to Residual

we are pay T.D. benefits Cola applies →

DISABILITY CLAIMS WORKSHEET — CONTINUED

POLICY NO.: H00493029    NAME: KEARNEY, CHRIS

| | Period | Days | Amount | Code | Date | |
|---|---|---|---|---|---|---|
| | Fr. 05/01/96 To 06/01/96 | 30 | 3,295.42 | K | 06/05/96 | P |
| | Fr. 06/01/96 To 07/01/96 | 30 | 3,295.42 | P | 06/28/96 | P |
| | Fr. 07-01-96 To 08-01-96 | 30 | 3295.42 | P | AUG 0 8 1996 | |
| | Fr. 08-01-96 To 09-01-96 | 30 | 3295.42 | T | SEP 0 4 1996 | |
| | Fr. 09-01-96 To 10-1-96 | 30 | 3295.42 | P | OCT 0 8 1996 | |
| | Fr. 10-1-96 To 11-1-96 | 30 | 3455.82 | P | NOV 0 6 1996 | |
| PAY 3307.50 | Fr. 11-1-96 To 12-1-96 | 30 | 3327.50 | K | DEC 0 4 1996 | |
| | Fr. 12-01-96 To 01-01-96 | 30 | 3327.50 | P | JAN 0 6 1997 | |
| | Fr. 1-1-97 To 2-1-97 | 30 | 3327.50 | P | FEB 0 4 1997 | |
| | Fr. 2-1-97 To 3-1-97 | 30 | 3327.50 | P | MAR 1 2 1997 | |
| | Fr. 3-1-97 To 4-1-97 | 30 | 3327.50 | P | APR 0 4 1997 | |
| | Fr. 4-1-97 To 5-1-97 | 30 | 3327.50 | P | MAY 0 6 1997 | |
| cola | Fr. 05-01-97 To 06-01-97 | 30 | 3,487.33 | K | JUN 0 9 1997 | |
| Big 93... | Fr. 06-01-97 To 07-01-97 | 30 | 3520.00 | K | JUL 1 5 1997 | |
| | Fr. 07-01-97 To 08-01-97 | 30 | 3520.00 | P | AUG 1 3 1997 | |
| | Fr. 8-1-97 To 8-1-97 | 30 | 3520.00 | P | AUG 2 8 1997 | |
| | Fr. 9-1-97 To 10-1-97 | 30 | 3520.00 | P | SEP 3 0 1997 | |
| | Fr. 10-1-97 To 11-1-97 | 30 | 3520.00 | P | OCT 3 1 1997 | |
| | Fr. 11-1-97 To 12-1-97 | 30 | 3520.00 | P | DEC 0 2 1997 | |
| | Fr. 12-01-97 To 01-01-98 | 30 | 3520.00 | T | JAN 1 2 1998 | |
| | Fr. 1-1-98 To 2-1-98 | 30 | 3520.00 | P | FEB 0 3 1998 | |
| | Fr. 2-1-98 To 3-1-98 | 30 | 3520.00 | P | MAR 0 3 1998 | |
| | Fr. 03-01-98 To 04-01-98 | 30 | 3520.00 | P | APR 0 3 1998 | |
| | Fr. 4-1-98 To 5-1-98 | 30 | 3520.00 | P | MAY 0 4 1998 | |
| cola | Fr. 5-1-98 To 6-1-98 | 30 | 3680.42 | K | JUN 0 3 1998 | |
| BEGIN 3712 | Fr. 6-1-98 To 7-1-98 | 30 | 3712.50 | P | JUL 0 2 1998 | |
| | Fr. 7-1-98 To 8-1-98 | 30 | 3712.50 | P | AUG 0 4 1998 | |
| | Fr. 8-1-98 To 9-1-98 | 30 | 3712.50 | P | SEP 0 2 1998 | |
| KB | 9-1-98 To 10-1-98 | 30 | 3,712.50 | P | OCT 0 2 1998 | |
| | 10-1-98 To 11-1-98 | 30 | 3712.50 | P | NOV 0 3 1998 | |

0962

Cola 5/6
$112.00

Age 65
11-09-17

DISABILITY CLAIMS WORKSHEET -- CONTINUED

POLICY NO.: H00538069   NAME: KEARNEY, CHRIS L

| | | | | | | |
|---|---|---|---|---|---|---|
| | To  08/01/98 | 30 | 2,160.00 | P | 08/04/98 | P |
| | Fr. 08/01/98<br>To  09/01/98 | 30 | 2,160.00 | P | 09/02/98 | P |
| | Fr. 09/01/98<br>To  10/01/98 | 30 | 2,160.00 | P | 10/02/98 | P |
| | Fr. 10/01/98<br>To  11/01/98 | 30 | 2,160.00 | P | 11/03/98 | P |
| | Fr. 11-1-98<br>To  12-1-98 | 30 | 2160⁰⁰ | P | DEC 0 4 1998 | |
| | Fr. 12-1-98<br>To  1-1-99 | 30 | 2160⁰⁰ | P | JAN 0 6 1999 | |
| | Fr. 1-1-99<br>To  2-1-99 | 30 | 2160⁶⁰ | P | FEB 0 3 1999 | |
| | Fr. 2-1-99<br>To  3-1-99 | 30 | 2160¹⁰ | P | MAR 0 4 1999 | |
| | Fr. 3-1-99<br>To  4-1-99 | 30 | 2160⁰⁰ | P | APR 0 8 1999 | |
| | Fr. 4-1-99<br>To  5-1-99 | 30 | 2160⁰⁰ | P | MAY 0 4 1999<br>JUN 2 1 1999 | |
| | Fr. 5-1-99<br>To  6-1-99 | 30 | 2253³³ | K | | |
| BFG 2272 | Fr. 6-1-99<br>To  7-1-99 | 30 | 2272⁰⁰ | P | JUL 0 7 1999 | |
| | Fr. 7/1/99<br>To  8/1/99 | 30 | 2272⁰⁰ | P | AUG 0 9 1999 | |
| | Fr. 8/1/99<br>To  9/1/99 | 30 | 2272⁰⁰ | P | SEP 0 8 1999 | |
| | Fr. 9-1-99<br>To  10-1-99 | 30 | 2272⁰⁰ | P | Sep 30 1999 | |
| | Fr. 10-1-99<br>To  11-1-99 | 30 | 2272⁰⁰ | P | OCT 28 1999 | |
| | Fr. 11-1-99<br>To  12-1-99 | 30 | 2272⁰⁰ | P | DEC 0 3 1999 | |
| | Fr.<br>To | | | | | |
| | Fr.<br>To | | | | | |
| | Fr.<br>To | | | | | |
| | Fr.<br>To | | | | | |
| | Fr.<br>To | | | | | |
| | Fr.<br>To | | | | | |
| | Fr.<br>To | | | | | |
| | Fr.<br>To | | | | | |
| | Fr.<br>To | | | | | |
| | Fr.<br>To | | | | | |
| | Fr.<br>To | | | | | |

5

0963

CINCINNATI, OH  45241                          H-538069
DIAGNOSIS: MAJOR DEPRESSION, CHRONIC AND ACUTE
AGE: 40    DATE OF BIRTH: 11/09/52  SEX: 01   OCC: 3   LIMITED:  YES
INCURRED DATE:    02/09/93    CONTRACT DATE:  05/28/90    BY:
REINSTATEMENT DATE: ___ / 1036  PAID TO DATE:  11/28/94    DATE: 11/01/94
MONTHLY INDEMNITY  1,575.00   LESS FICA:  none
SOC. SEC. BENEFIT  205.00    LESS F.I.T.:
ELIMINATION PERIOD:    90    INDEMNITY PERIOD:  AGE 65 SICK
WAIVER OF PREMIUM DATE: 05/05/93
REMARKS:                          RESIDUAL
COLA
₁₁₂°° ea .5-6

DATE "HIS OCC.":        /  /    DATE BENEFITS TERMINATE: 11 /04/ 17
REINSURANCE:    YES      NO

| C.A. | PERIOD | DAYS | AMOUNT | RES | DATE | STATUS |
|---|---|---|---|---|---|---|
| | Fr.   /  / | | | | | |
| | To    /  / | | | | 11/01/94 | X |
| | Fr. 04/01/94 | | | | | |
| | To  11/01/94 | 210 | 11,200.00 | RP | 02/07/95 | P |
| | Fr. 11/01/94 | | | | | |
| | To  01/01/95 | 60 | 3,200.00 | P | 02/17/95 | P |
| | Fr. 01/01/95 | | | | | |
| | To  03/01/95 | 60 | 3,200.00 | P | 03/08/95 | P |
| | Fr. 03/01/95 | | | | | |
| | To  05/01/95 | 60 | 3,200.00 | P | 05/04/95 | P |
| | Fr. 05/01/95 | | | | | |
| | To  06/01/95 | 30 | 1,600.00 | P | 06/12/95 | P |
| | Fr. 6-1-95 | | | | | |
| | To  7-1-95 | 30 | 1600°° | P | JUL 18 1995 | |
| | Fr. 8-1-95 | | | | | |
| | To  9-1-95 | 30 | 2578°° | CP | AUG 24 1995 | |
| | Fr 08-01-95 | | | | | |
| | To 09-01-95 | 30 | 1824°° | | SEP 15 1995 | |
| | Fr. 9-1-95 | | | | | |
| | To 10-1-95 | 30 | 1824°° | P | OCT 03 1995 | |
| | Fr. 10-1-95 | | | | | |
| | To  11-1-95 | 30 | 1824°° | P | NOV 0 ... 1995 | |
| | Fr. 11-01-95 | | | | | |
| | To 12-01-95 | 30 | 1824°° | | DEC 05 1995 | |
| | Fr. 12-01-95 | | | | | |
| | To 01-01-96 | 30 | 1824°° | | JAN 04 1996 | |
| | Fr. 1-1-96 | | | | | |
| | To 2-1-96 | 30 | 1824°° | P | FEB 05 1996 | |
| | Fr 2-1-96 | | | | | |
| | To 3-1-96 | 30 | 1824°° | | MAR 13 1996 | |
| | Fr 03-01-96 | | | | | |
| | To 04-01-96 | 30 | 1824°° | | APR 09 1996 | |
| | Fr 4-1-96 | | | | | |
| | To 5-1-96 | 30 | 1824°° | P | MAY 10 1996 | |
| | 5-1-96 | | | | | |
| | 6-1-96 | 30 | 1917³³ | CP | JUN 05 1996 | |
| | 06-01-96 | | | | | JUN 26 1996 |
| | 07-01-96 | 1 30 | 1917³³ | | | |

0964



POLICY NO.  FR. NO.  B. O.    AGENT   STATE   PLAN  SOCIAL SECURITY
H00493029    71543  1006066   OH     6761S
NAME:      KEARNEY, CHRIS
ADDRESS:   12158 VILLAGE WOODS DR
           CINCINNATI, OH  45241
DIAGNOSIS:  MAJOR DEPRESSION, CHRONIC AND ACUTE
AGE:  40   DATE OF BIRTH:              LIMITED:  YES
INCURRED DATE:       02/09/94    CONTRACT DATE:              BY:
REINSTATEMENT DATE:            PAID TO DATE:             DATE: 02/07/95
MONTHLY PREMIUM
SOC. SEC. NO.
ELIMINATION PERIOD:            DISABILITY PERIOD:
WAIVER OF PREMIUM DATE: 05/05/94

REMARKS:
           RESIDUAL

           1995   LA. 5-6

DATE "BUS DUE":                              AGE 65
REINSURANCE:       YES

| | | | | | | STATUS |
|---|---|---|---|---|---|---|
| | | | | | | P |
| | | | | | | P |
| | | | | | | P |
| | | | | | | P |
| | | | | | | P |
| | | 9-1-95 | 30 | 2750 | P | JUL 1 8 1995 |
| | | | 30 | | | AUG 2 4 1995 |
| | 08-01-95 | 09-01-95 | 30 | 3135 00 | P | SEP 1 5 1995 |
| | | 9-1-95 | | | | |
| | | 10-1-95 | 30 | 3135 00 | P | OCT 0 3 1995 |
| | 10-1-95 | | 30 | 3135 00 | P | NOV 0 7 1995 |
| | | 11-01-95 | | | | |
| | | 12-01-95 | 30 | 3135 22 | P | DEC 0 5 1995 |
| | 12-01-95 | 01-01-96 | 30 | 3135 0 | P | JAN 0 4 1996 |
| | | 01-1-96 | 30 | 3135 0 | P | FEB 0 5 1996 |
| | | 2-1-96 | 30 | 3135 00 | P | MAR 1996 |
| | 03-01-96 | 04-01-96 | 30 | 3135 00 | P | APR 0 9 1996 |
| | | 4-1-96 | 30 | 3135 00 | P | MAY 1 0 1996 |
| | 5-1-96 | 5-1-96 | 30 | 3295 45 | P | JUN 0 5 1996 |
| | | 06-01-96 | 30 | 3295 43 | | JUN 2 1996 |
| | | 07-01-96 | | | | |

0965

Cola 5/6 ← Cola doesnot. "due regard
$192.50      apply to Residual    to earnings"

DISABILITY CLAIMS WORKSHEEET -- CONTINUED send form 11-9-17
POLICY NO.: H00493029    NAME: KEARNEY, CHRIS         res

| | | | | | | |
|---|---|---|---|---|---|---|
| To | 09/01/98 | 30 | 3,712.50 | P | 09/02/98 | P |
| Fr. | 09/01/98 | | | | | |
| To | 10/01/98 | 30 | 3,712.50 | P | 10/02/98 | P |
| Fr. | 10/01/98 | | | | | |
| To | 11/01/98 | 30 | 3,712.50 | P | 11/03/98 | P |
| Fr. | 15-1-98 | | | | | |
| To | 12-1-98 | 30 | 3712 50 | P | DEC 0 4 1998 | |
| Fr. | 12-1-98 | | | | | |
| To | 1-1-99 | 30 | 3112 50 | P | JAN 0 6 1999 | |
| Fr. | 1-1-99 | | | | | |
| To | 2-1-99 | 30 | 371250 | P | FEB 0 3 1999 | |
| Fr. | 2-1-99 | | | | | |
| To | 3-1-99 | 30 | 3112 50 | P | MAR 0 4 1999 | |
| Fr. | 3-1-99 | | | | | |
| To | 4-1-99 | 30 | 371250 | P | APR 0 8 1999 | |
| Fr. | 4-1-99 | | | | | |
| To | 5-1-99 | 30 | 3112 50 | P | MAY 0 4 1999 | |
| Fr. | 5-1-99 | | | | | |
| To | 6-1-99 | 30 | 3872 90 | K | JUN 2 1 1999 | |
| Fr. | 6-1-99 | | | | | |
| To | 9-1-99 | 30 | 3905 00 | P | JUL 0 7 1999 | |
| Fr. | 7/1/99 | | | | | |
| To | 8/1/99 | 30 | 3905 00 | P | AUG 0 9 1999 | |
| Fr. | 8/1/99 | | | | | |
| To | 9/1/99 | 30 | 3905 00 | P | SEP 0 8 1999 | |
| Fr. | 9-1-99 | | | | | |
| To | 10-1-99 | 30 | 3905 00 | P | SEP 3 0 1999 | |
| Fr. | 10-1-99 | | | | | |
| To | 11-1-99 | 30 | 3905 00 | P | OCT 2 8 1999 | |
| Fr. | 11-1-99 | | | | | |
| To | 12-1-99 | 30 | 3905 00 | P | DEC 0 3 1999 | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |
| Fr. | | | | | | |
| To | | | | | | |

ADDRESS
CHANGE

3218 GLENGYLE AVE.
CINCINNATI, OH 45308

3

0966