AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JEFFERSON-PILOT LIFE INSURANCE
COMPANY                                                                  Case Number:   1:02-cv-00479

V.

CHRISTOPHER L. KEARNEY                               Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT in this case has been RESET from 4/14/04 to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 842 |
| | DATE AND TIME<br>MAY 26, 2004 at 10:00 AM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc:  Peter Burrell, Esq.   William Ellis, Esq.   Amy Callow, Esq.   Eugene Matan, Esq.
     Michael Roberts, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.