IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INSURANCE CO., | ) | CASE NO. C-1-02-479 |
| | : | |
| Plaintiff, | ) | JUDGE  SPIEGEL |
| | : | Magistrate Judge Hogan |
| vs. | ) | |
| | : | |
| CHRISTOPHER L. KEARNEY, | ) | NOTICE OF DEPOSITIONS |
| | : | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, the defendant in the above matter will take the following depositions of plaintiff's employees and agents at the designated times and all at the offices of Graydon Head & Ritchey LLP, 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, Ohio, 45202:

| | |
|---|---|
| Robert Mills | Friday, April 30, 12:00 p.m. |
| William Hughes | Thursday, April 29, 4:00 p.m. |
| Todd Dittmar | Wednesday, April 28, 3:00 p.m. |
| Harold Shelton | Wednesday, April 28, 9:00 a.m. |
| Robert Bonsall | Thursday, April 29, 12:00 p.m. |
| Phyllis Harden | Wednesday, April 28, 12:00 p.m. |

These depositions will be conducted before a notary public or other officer duly authorized to administer oaths.  The Deponent is further notified that the depositions shall continue from day to day until completed, and you may appear and take such part in the examination as you be advised and shall be fit and proper.

Dated: April 26, 2004
OF COUNSEL:

GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio  45201
(513) 621-6464
Cincinnati, Ohio  45201

Respectfully submitted,

/s Michael A. Roberts
Michael A. Roberts (0047129)
GRAYDON HEAD & RITCHEY LLP
Trial Attorney for Plaintiff
1900 Fifth Third Center
511 Walnut Street
(513) 629-2799
(513) 651-3836
email: mroberts@graydon.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was filed electronically and thereby served this 26th day of April 2004 on William R. Ellis, Wood & Lamping, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202.

/s Michael A. Roberts