UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT INSURANCE COMPANY, | : | Case No. C-1-02-479 |
| | : | (Judge Spiegel) |
| Plaintiff, | : | |
| | : | |
| vs. | : | **AMENDED DEPOSITION NOTICE** |
| | : | **DUCES TECUM OF CLINTON E.** |
| CHRISTOPHER L. KEARNEY, | : | **MILLER** |
| | : | |
| Defendant. | : | |
| | : | |

     Plaintiff Jefferson-Pilot Insurance Company, by and through counsel, hereby gives notice that, pursuant to the Federal Rules of Civil Procedure, the deposition of Clinton E. Miller will be taken by stenographic means for discovery purposes only and will continue until completed on Monday, May 3, 2004, at 10:00 a.m. at Paragon Reporting Services, 210 North Fourth Street, San Jose, California 95112. Mr. Miller is instructed to bring to his deposition for inspection and copying all documents and things identified in attached Exhibit "A."

       /s William R. Ellis _____
William R. Ellis  (0012279)
Peter M. Burrell ( 0044139)
Amy Gasser Callow (0063470)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH  45202-2491
(Telephone) (513) 852-6000
(Facsimile) (513) 852-6087

Trial Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been filed with the Court by electronic means on this 27th day of April 2004.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


                                                     __/sWilliam R. Ellis_____
                                                     William R. Ellis
                                                     Trial Attorney for Defendants

## **EXHIBIT A**

All documents and things relating, pertaining, or referring to:

1. Christopher L. Kearney;

2. Any and all materials relied upon in forming any and all opinions or reports regarding Christopher L. Kearney.