Amy Gasser Callow

**From:** cmecfhelpdesk@ohsd.uscourts.gov
**Sent:** Tuesday, April 27, 2004 8:37 AM
**To:** ecf.notification@ohsd.uscourts.gov
**Subject:** Activity in Case 1:02-cv-00479-SAS Jefferson-Pilot Life v. Kearney, et al "Notice (Other)"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from Roberts, Michael entered on 4/27/2004 at 8:37 AM EDT and filed on 4/27/2004

**Case Name:** Jefferson-Pilot Life v. Kearney, et al
**Case Number:** 1:02-cv-479
**Filer:** Christopher L Kearney
**Document Number:** 41

**Docket Text:**
NOTICE by Defendant Christopher L Kearney *Of Deposition Of Defendant Disability Management Services (April 29)* (Roberts, Michael)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=4/27/2004] [FileNumber=237055-0]
[7556a55889b2042dd2abbafa37fd73e9b578e61f578149a744b9706cacb033c0a186
f86a64489df0791e1acc92b2b8e070ec18624109397ce765ea5fbc78ce8b]]

**1:02-cv-479 Notice will be electronically mailed to:**

Peter M Burrell     pmburrell@woodlamping.com,

Amy Gasser Callow     agcallow@woodlamping.com,

William Robert Ellis     wrellis@woodlamping.com,

Eugene Louis Matan     ematan@mgwlaw.com,

Michael A Roberts     mroberts@graydon.com

**1:02-cv-479 Notice will not be electronically mailed to:**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INSURANCE CO., | ) | CASE NO. C-1-02-479 |
| Plaintiff, | ) | JUDGE SPIEGEL |
| | : | Magistrate Judge Hogan |
| vs. | ) | |
| CHRISTOPHER L. KEARNEY, | ) | **NOTICE OF DEPOSITION** |
| Defendant. | ) | |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6), the defendant in the above matter will take the deposition of Disability Management Services, Inc. ("DMS") on Thursday, April 29, 2004, at 9:00 a.m. The deposition will be conducted at the offices of Graydon Head & Ritchey LLP, 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, Ohio, 45202. The deposition will be conducted before a notary public or other officer duly authorized to administer oaths, and will cover the following topics:

1. The financial and other terms of Jefferson-Pilot Life Insurance Company's relationship with DMS, including but not limited to DMS' administration of Chris Kearney's benefits claim;

2. The information, communications, and documentation (including electronic communications) shared between J-P and DMS;

3. DMS' administration of Mr. Kearney's claim;

4. DMS' disability claim administration process, including the policies and procedures applicable to that process; and

5. J-P's Complaint, affirmative defenses, answers to interrogatories, and production of documents in this action.

The Deponent is further notified that the deposition shall continue from day to day until completed, and you may appear and take such part in the examination as you be advised and shall be fit and proper.

Dated: April 26, 2004                                    Respectfully submitted,

OF COUNSEL:

| | |
|---|---|
| GRAYDON HEAD & RITCHEY LLP<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, Ohio  45201<br>(513) 621-6464<br>Cincinnati, Ohio  45201 | /s Michael A. Roberts<br>Michael A. Roberts (0047129)<br>GRAYDON HEAD & RITCHEY LLP<br>Trial Attorney for Plaintiff<br>1900 Fifth Third Center<br>511 Walnut Street<br>(513) 629-2799<br>(513) 651-3836<br>email: mroberts@graydon.com |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was filed electronically and thereby served this 26th day of April 2004 on William R. Ellis, Wood & Lamping, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202.

/s Michael A. Roberts

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INSURANCE CO., | ) : | CASE NO. C-1-02-479 |
| Plaintiff, | ) : | JUDGE SPIEGEL |
| | | Magistrate Judge Hogan |
| vs. | ) : | |
| CHRISTOPHER L. KEARNEY, | ) : | **NOTICE OF DEPOSITION** |
| Defendant. | ) | |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6), the defendant in the above matter will take the deposition of Jefferson-Pilot Life Insurance Company ("J-P") on Friday, April 30, 2004, at 9:00 a.m. The deposition will be conducted at the offices of Graydon Head & Ritchey LLP, 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, Ohio, 45202. The deposition will be conducted before a notary public or other officer duly authorized to administer oaths, and will cover the following topics:

1. The financial and other terms of J-P's relationship with Disability Management Services, Inc ("DMS"), including but not limited to DMS' administration of Chris Kearney's benefits claim;

2. The information, communications, and documentation (including electronic communications) shared between J-P and DMS;

3. DMS' administration of Mr. Kearney's claim;

4. DMS' disability claim administration process, including the policies and procedures applicable to that process; and

5. J-P's Complaint, affirmative defenses, answers to interrogatories, and production of documents in this action.

The Deponent is further notified that the deposition shall continue from day to day until completed, and you may appear and take such part in the examination as you be advised and shall be fit and proper.

Dated: April 26, 2004                                                    Respectfully submitted,

OF COUNSEL:

|  |  |
|---|---|
| GRAYDON HEAD & RITCHEY LLP<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, Ohio 45201<br>(513) 621-6464<br>Cincinnati, Ohio 45201 | /s Michael A. Roberts<br>Michael A. Roberts (0047129)<br>GRAYDON HEAD & RITCHEY LLP<br>Trial Attorney for Plaintiff<br>1900 Fifth Third Center<br>511 Walnut Street<br>(513) 629-2799<br>(513) 651-3836<br>email: mroberts@graydon.com |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was filed electronically and thereby served this 26th day of April 2004 on William R. Ellis, Wood & Lamping, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202.

/s Michael A. Roberts

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INSURANCE CO., | ) | CASE NO. C-1-02-479 |
| Plaintiff, | ) | JUDGE SPIEGEL |
| | : | Magistrate Judge Hogan |
| vs. | ) | |
| CHRISTOPHER L. KEARNEY, | ) | **NOTICE OF DEPOSITIONS** |
| Defendant. | ) | |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, the defendant in the above matter will take the following depositions of plaintiff's employees and agents at the designated times and all at the offices of Graydon Head & Ritchey LLP, 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, Ohio, 45202:

| | |
|---|---|
| Robert Mills | Friday, April 30, 12:00 p.m. |
| William Hughes | Thursday, April 29, 4:00 p.m. |
| Todd Dittmar | Wednesday, April 28, 3:00 p.m. |
| Harold Shelton | Wednesday, April 28, 9:00 a.m. |
| Robert Bonsall | Thursday, April 29, 12:00 p.m. |
| Phyllis Harden | Wednesday, April 28, 12:00 p.m. |

These depositions will be conducted before a notary public or other officer duly authorized to administer oaths. The Deponent is further notified that the depositions shall continue from day to day until completed, and you may appear and take such part in the examination as you be advised and shall be fit and proper.

Dated: April 26, 2004
OF COUNSEL:

GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio  45201
(513) 621-6464
Cincinnati, Ohio  45201

Respectfully submitted,

/s Michael A. Roberts
Michael A. Roberts (0047129)
GRAYDON HEAD & RITCHEY LLP
Trial Attorney for Plaintiff
1900 Fifth Third Center
511 Walnut Street
(513) 629-2799
(513) 651-3836
email: mroberts@graydon.com

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was filed electronically and thereby served this 26th day of April 2004 on William R. Ellis, Wood & Lamping, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202.

                                                                /s Michael A. Roberts

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INSURANCE CO., | ) | CASE NO. C-1-02-479 |
| Plaintiff, | ) | JUDGE SPIEGEL |
| | : | Magistrate Judge Hogan |
| vs. | ) | |
| CHRISTOPHER L. KEARNEY, | ) | **NOTICE OF DEPOSITIONS** |
| Defendant. | ) | |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, the defendant in the above matter will take the following depositions of plaintiff's employees and agents at the designated times and all at the offices of Graydon Head & Ritchey LLP, 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, Ohio, 45202:

| | |
|---|---|
| William Dempsey | Saturday, April 30, 8:00 a.m. |
| Janet Beattie | Saturday, April 30, 10:30 a.m. |
| J. L. Roberson | Saturday, April 30, 1:00 p.m. |
| Robert Maxwell | Saturday, April 30, 3:40 p.m. |

These depositions will be conducted before a notary public or other officer duly authorized to administer oaths. The Deponent is further notified that the depositions shall continue from day to day until completed, and you may appear and take such part in the examination as you be advised and shall be fit and proper.

Dated: April 27, 2004
OF COUNSEL:

GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio  45201
(513) 621-6464
Cincinnati, Ohio  45201

Respectfully submitted,

/s Michael A. Roberts
Michael A. Roberts (0047129)
GRAYDON HEAD & RITCHEY LLP
Trial Attorney for Plaintiff
1900 Fifth Third Center
511 Walnut Street
(513) 629-2799
(513) 651-3836
email: mroberts@graydon.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was filed electronically and thereby served this 27th day of April 2004 on William R. Ellis, Wood & Lamping, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202.

/s Michael A. Roberts