UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT INSURANCE COMPANY, | : | Case No. C-1-02-479 |
| | : | (Judge Spiegel) |
| Plaintiff, | : | |
| | : | |
| vs. | : | **NOTICE OF DEPOSITION OF** |
| | : | **DEFENDANT CHRISTOPHER L.** |
| CHRISTOPHER L. KEARNEY, | : | **KEARNEY** |
| | : | |
| Defendant. | : | |
| | : | |

Plaintiff Jefferson-Pilot Insurance Company, by and through counsel, hereby gives notice that, pursuant to the Federal Rules of Civil Procedure, the deposition of Christopher L. Kearney will be taken by stenographic means and will continue until completed on Monday, May 10th 2004, at 1:30 pm. at Wood & Lamping, LLP, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202.

　　/s William R. Ellis _____
William R. Ellis (0012279)
Peter M. Burrell ( 0044139)
Amy Gasser Callow (0063470)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202-2491
(Telephone) (513) 852-6000
(Facsimile) (513) 852-6087

Trial Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been filed with the Court by electronic means on this 28th day of April 2004.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


                                              /sWilliam R. Ellis_____
                                           William R. Ellis
                                           Trial Attorney for Defendants