AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JEFFERSON-PILOT LIFE INSURANCE
COMPANY                                                              Case Number:   1:02-cv-00479

V.

CHRISTOPHER L. KEARNEY                                  Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT (DOCS 19 AND 31) in this case has been RESET from 5/26/04 to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse | Room 842 |
| 100 East Fifth Street | DATE AND TIME |
| Cincinnati, Ohio 45202 | AUGUST 4, 2004 at 2:00 PM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Peter Burrell, Esq.    William Ellis, Esq.    Amy Callow, Esq.    Eugene Matan, Esq.
    Michael Roberts, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.