UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT INSURANCE COMPANY, | : | CASE NO. C-1-02-479 |
| | : | |
| | : | (Judge Spiegel) |
| Plaintiff, | : | |
| | : | **NOTICE OF MANUAL FILING OF** |
| vs. | : | **DEPOSITION TRANSCRIPTS OF** |
| | : | **VALERIE LOFTIN, JOHN L.** |
| CHRISTOPHER L. KEARNEY, | : | **ROBERSON AND HAROLD** |
| | : | **SHELTON** |
| Defendant. | | |

Please take notice of the, manual filing of the following deposition transcripts in the above-captioned matter:

| Name | Date Taken |
|---|---|
| Valerie Loftin | 5/6/04 |
| John L. Roberson | 5/7/04 |
| Harold Shelton | 5/7/04 |

OF COUNSEL:

GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
P.O. Box 6464
Cincinnati, OH 45202
(513) 621-6464

/s/ Michael A. Roberts
Michael A. Roberts (0047129)
*Attorney for Defendant*
1900 Fifth Third Center
P.O. Box 6464
Cincinnati, OH 45202
Phone: (513) 629-2799
Fax: (513) 651-3836
E-mail: mroberts@graydon.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically and thereby served upon to William R. Ellis, Esq., Wood & Lamping, LLP, 600 Vine Street, Suite 2500, Cincinnati, OH 45202 this 21 day of May 2004.

/s/ Michael A. Roberts

387694.1