UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INSURANCE COMPANY, | : | Case No. C-1-02-479 |
| | : | |
| Plaintiff, | : | (Judge Spiegel) |
| | : | (Magistrate Judge Hogan) |
| vs. | : | |
| | : | **MOTION FOR EARLIER** |
| CHRISTOPHER L. KEARNEY, | : | **HEARING DATE** |
| | : | |
| Defendant. | : | |
| | : | |

Now comes Plaintiff Jefferson-Pilot Life Insurance Company and respectfully requests

that the hearing on the Cross-Motions for Summary Judgment be set for the earliest date possible

on the Court's calendar.  The Court has moved the date for the hearing for a second time.  It is

now not scheduled until August 4, 2004.  Plaintiff respectfully requests that if an earlier date for

oral argument is available, that the hearing be reset.  Pending are Cross-Motions for Summary

Judgment.  The Cross-Motions demonstrate that there are no disputed issues of any material fact.

As such, this case can and should be resolved on Motions.  While these Motions are pending,

Plaintiff continues to overpay Mr. Kearney.  At the same time, Mr. Kearney believes that he

- 2 -

continues to be underpaid.  It is in the best interest of both parties and the Court for speedy

resolution.

Respectfully submitted,


s/William R. Ellis
William R. Ellis (0012279)
Peter M. Burrell (0044139)
Amy Gasser Callow (0063470)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH  45202-2409
(513) 852-6000

Trial Attorneys for Plaintiff
Jefferson-Pilot Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed with the Court by electronic means on this 28th day of May 2004.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

s/William R. Ellis
William R. Ellis, Esq.

209182.1