UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON-PILOT LIFE INSURANCE COMPANY, | Case No. C-1-02-479 |
| Plaintiff, | (Judge Spiegel) |
| | (Magistrate Judge Hogan) |
| vs. | |
| | **NOTICE OF FILING PRIVILEGE LOG** |
| CHRISTOPHER L. KEARNEY, | |
| Defendant. | |

On May 14, 2004 counsel for Plaintiff hand delivered to counsel for Defendant a copy of its Privilege Log. There has since been one addition to the Privilege Log with regard to previously produced communications which should not have been produced. An updated copy is attached and being filed with the Court.

Respectfully submitted,

s/Amy Gasser Callow
William R. Ellis (0012279)
Peter M. Burrell (0044139)
Amy Gasser Callow (0063470)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202-2409
(513) 852-6000

Trial Attorneys for Plaintiff
Jefferson-Pilot Life Insurance Company

- 2 -

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing has been filed with the Court by electronic means on this 28th day of May 2004.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


                                        s/Amy Gasser Callow
                                        Amy Gasser Callow, Esq.

209179.1