UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON-PILOT LIFE INSURANCE COMPANY, | Case No. C-1-02-479 |
| Plaintiff, | (Judge Spiegel) |
| | (Magistrate Judge Hogan) |
| vs. | |
| CHRISTOPHER L. KEARNEY, | **PLAINTIFF'S MOTION FOR EXTENSION OF TIME** |
| Defendant. | |

Plaintiff's Memorandum in Opposition to Defendant's Second Motion to Compel is due to be filed June 11, 2004. Due in part to the vacation as well as other schedule commitments of in-house counsel for Jefferson-Pilot and DMS, the response will not be ready for filing until June 15, 2004. This is an extension of only two business days. Counsel for Plaintiff requested that counsel for Defendant agree to the extension but he did not respond. *See* Exhibit A 6/9/04 e-mail correspondence to Michael Roberts.

There is no prejudice to either party if Plaintiff is allowed two additional business days to file its responsive Motion. Plaintiff therefore respectfully requests that it be granted leave until June 15, 2004 to file its Memorandum in Opposition to Defendant's Second Motion to Compel.

Respectfully submitted,

s/Amy Gasser Callow
William R. Ellis (0012279)
Peter M. Burrell (0044139)
Amy Gasser Callow (0063470)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH  45202-2409
(513) 852-6000

Trial Attorneys for Plaintiff
Jefferson-Pilot Life Insurance Company

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been filed with the Court by electronic means on this 10th day of June 2004.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                s/Amy Gasser Callow
                                                Amy Gasser Callow, Esq.

210329.1