**Sherry M. Kellison**

**From:** Amy Gasser Callow [agcallow@cinci.rr.com]
**Sent:** Thursday, June 10, 2004 12:39 PM
**To:** Sherry M. Kellison
**Subject:** Fw: Jefferson-Pilot v. Kearney

----- Original Message -----
**From:** Amy Gasser Callow
**To:** mroberts@Graydon.com
**Sent:** Wednesday, June 09, 2004 2:46 PM
**Subject:** Jefferson-Pilot v. Kearney

Mr. Roberts --

My client has been on vacation and unable to review our reponse to your second motion to compel.  Do you object to a short extention until Tuesday June 15, 2003 for us to file our response?   I would appreciate it if you could let me know by close of business today if it will be necessary for me to file a motion on this issue.

I received copies of the surveillance videotapes you requested this morning.  They have been sent to you.

Amy Gasser Callow



EXHIBIT
A

6/10/2004