## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

---

Jefferson-Pilot Life Insurance Co.,
    Plaintiff

   vs                                      Case No. C-1-02-479
                                              (Spiegel, J.)
Christopher L. Kearney,               (Hogan, M.J.)
    Defendant

---

### ORDER

---

      This matter is before the Court on Plaintiff's Motion for Extension of Time (Doc. 61).  Plaintiff is requesting a two-day extension of the time in which to file its Memorandum in Opposition to Defendant's Second Motion to Compel.  Plaintiff represents that counsel attempted to obtain Defendant's consent to the extension but had received no response.  The Court can find no resulting prejudice to Defendant in granting Plaintiff's motion.  Therefore, Plaintiff's Motion for Extension of Time (Doc. 61) is GRANTED.

SO ORDERED.


Date:   6/16/04                *s/Timothy S. Hogan*
                                  Timothy S. Hogan
                                  United States Magistrate Judge