UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON-PILOT LIFE INSURANCE COMPANY, | : Case No. C-1-02-479 |
| | : |
| Plaintiff, | : (Judge Spiegel) |
| | : (Magistrate Judge Hogan) |
| vs. | : |
| | : **JEFFERSON-PILOT'S AND DMS'** |
| CHRISTOPHER L. KEARNEY, | : **NOTICE OF HAND FILING** |
| | : |
| Defendant. | : |
| | : |

Now comes Plaintiff Jefferson-Pilot and Cross-Defendant Disability Management Services and hereby gives notice that they have hand filed a Motion for Sanctions. Because of the sensitive nature of the accusations contained in the Motion, as well as the explicit content of the affidavits filed in support, they have chosen to file this Motion by hand rather than post it through the electronic filing system. If the Court in its discretion believes it should be electronically filed, Jefferson-Pilot and DMS have no objection.

                Respectfully submitted,

                s/William R. Ellis
                William R. Ellis (0012279)
                Peter M. Burrell (0044139)
                Amy Gasser Callow (0063470)
                Wood & Lamping LLP
                600 Vine Street, Suite 2500
                Cincinnati, OH 45202-2409
                (513) 852-6000

                Trial Attorneys for Plaintiff
                Jefferson-Pilot Life Insurance Company

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been filed with the Court by electronic means on this 10th day of June 2004.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                         s/William R. Ellis
                                         William R. Ellis, Esq.

211491.1