UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT INSURANCE COMPANY, | : | Case No. C-1-02-479 |
| | : | |
| Plaintiff, | : | (Judge Spiegel) |
| | : | |
| vs. | : | **PRIVILEGE LOG** |
| | : | |
| CHRISTOPHER L. KEARNEY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

The following documents have not been produced subject to a claim of privilege as specified below.

| **Document Number** | **Document Identity** |
|---|---|
| 2819-2820 | Privileged communication from counsel to client |
| 2932 | Privileged communication from client to counsel |
| 2934-2935 | Privileged communication from client to counsel with notes |
| 2938-2939 | Privileged communication from client to counsel |
| 2941-2944 | Privileged communications from client to counsel |
| 2949 | Privileged communication from client to counsel |
| 3151-3152 | Privileged communication from counsel to client |
| 3372 | Privileged communication between counsel |
| 3376 | Privileged communication between counsel |
| 3382 | Privileged communication from client to counsel |
| 3419 | Privileged communication from client to counsel |

-2-

| Document Number | Document Identity |
|---|---|
| 3421-3423 | Internal communication of Rotzel & Andress |
| 3430 | Privileged communication between counsel |
| 3480 | Privileged communication between counsel |
| 3493 | Privileged communication between counsel |
| 3497 | Privileged communication from client to counsel |
| 3508-3509 | Privileged communication between counsel |
| 3519 | Privileged communication between counsel |
| 3528 | Privileged communication from client to counsel |
| 3544 | Privileged communication from client to counsel |
| 3547 | Privileged communication from client to counsel |
| 3551 | Privileged communication between counsel |
| 3608-3609 | Privileged communication from counsel to client |
| 3610 | Privileged communication from client to counsel |
| 3616 | Privileged communication from client to counsel |
| 3623 | Privileged communication from client to counsel |
| 3625 | Privileged communication from client to counsel |
| 3643-3645 | Privileged communication from counsel to client |
| 3646 | Privileged communication from client to counsel |
| 3648 | Privileged communication from client to counsel |
| 3649 | Privileged communication from counsel to client |
| 3651 | Privileged communication from counsel to client |
| 3666 | Privileged communication from counsel to client |

-3-

| Document Number | Document Identity |
|---|---|
| 3668 | Privileged communication from counsel to client |
| 3669 | Privileged communication from counsel to client |
| 3671 | Privileged communication from counsel to client |
| 3674 | Privileged communication to counsel from client |
| 3677 | Privileged communication to counsel from client |
| 3678 | Privileged communication from counsel to client |
| 3680 | Privileged communication from counsel to client |
| 3691 | Privileged communication from client to counsel |
| 3697 | Privileged communication from client to counsel |
| 3705 | Privileged communication between counsel |
| 3707-3717 | Privileged e-mail communication between counsel |
| 3719-3723 | Privileged communication between counsel |
| 3724 | Privileged communication between counsel |
| 3726-3727 | Privileged communication between counsel |
| 3729-3773 | Privileged communication between counsel |
| 3777-3780 | Privileged communication from counsel to client |
| 3788-3789 | Internal communication of Plaintiff's former counsel |

In addition, the following privileged documents were inadvertently disclosed. These are clearly privileged communications which should be immediately returned to counsel for Plaintiff.

| Document Number | Document Identity |
|---|---|
| 564 | Privileged communication from counsel to client |
| 568 | Privileged communication from counsel to client |

| | |
|---|---|
| 570-71 | Attorney work product |
| 628-29 | Privileged communication from counsel to client |
| 3386-3387 | Privileged correspondence from counsel to client |
| 3388 | Privileged e-mail communication between counsel |
| 3393-3397 | Privileged e-mail communication and correspondence between counsel and client |
| 3400-3407 | Privileged e-mail communications between counsel and client and hand-written attorney work product |
| 3408-3409 | Privileged correspondence from counsel to client |
| 3410 | Privileged correspondence from client to counsel |
| 3411-3413 | Privileged e-mail communications between counsel and client |
| 3447-3450 | Privileged correspondence from counsel to client |
| 3657-3661 | Attorney work product |
| 3688 | Privileged correspondence from client to counsel |

                    Respectfully submitted,

                    s/Amy Gasser Callow
                    William R. Ellis (0012279)
                    Peter M. Burrell (0044139)
                    Amy Gasser Callow (0063470)
                    Wood & Lamping LLP
                    600 Vine Street, Suite 2500
                    Cincinnati, OH  45202-2491
                    (513) 852-6000 (Telephone)
                    (513) 852-6087 (Fax)

                    Trial Attorneys for Plaintiff

207276.3