AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JEFFERSON-PILOT LIFE INSURANCE

Case Number:   1:02-cv-00479

V.

CHRISTOPHER L. KEARNEY

Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT(DOC. 19 AND 31) in this case has been RESET from 8/4/04 to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 842 |
| | DATE AND TIME |
| | AUGUST 17, 2004 at 3:00 PM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Peter Burrell, Esq.    William Ellis, Esq.    Amy Callow, Esq.    Eugene Matan, Esq.
    Michael Roberts, Esq.