IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INSURANCE CO., | ) : | CASE NO. C-1-02-479 |
| Plaintiff, | ) : | JUDGE SPIEGEL  Magistrate Judge Hogan |
| vs. | ) : | |
| CHRISTOPHER L. KEARNEY, | ) : | |
| Defendant. | ) | |

NOTICE OF MANUAL FILING OF EXHIBITS
USED IN DEPOSITIONS OF JEFFERSON-PILOT, J. L. ROBERSON,
HAROLD SHELTON, ROBERT MILLS, TODD DITMAR, AND ROBERT BONSALL

The defendant, Christopher L. Kearney, has filed with the Court the transcripts of the depositions of Jefferson-Pilot (Valerie Hardin as the 30(B)(6) witness), J. L. Roberson, Harold Shelton, Robert Mills, Todd Ditmar, and Robert Bonsall. Due to their extraordinary volume, the defendant is, pursuant to the Electronic Filing Policies and Procedures Manual for the United States District Court for the Southern District of Ohio, manually filing copies of the exhibits identified and authenticated in those depositions and which were marked Exhibit 1 to 45.

Respectfully submitted,

s/ Michael A. Roberts
Michael A. Roberts, Esq.
GRAYDON HEAD & RITCHEY LLP
511 Walnut Street, Suite 1900
Cincinnati, OH 45202
(513) 629-2799
(513) 651-3836 - fax
email: mroberts@graydon.com

## CERTIFICATE OF SERVICE

I hereby certify that the original of the above has been filed electronically with the court and a copy has been thereby served this 16th day of August, 2004, upon William R. Ellis, Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, OH 45202.

s/ Michael A. Roberts