

Cola 5/6 1927.50

Cola does not apply to Residual (initials) 11-9 – M

we are pay. T.D. benefits Cola applies

DISABILITY CLAIMS WORKSHEEET – CONTINUED

POLICY NO.: H00493029 NAME: KEARNEY, CHRIS

| Period | Days | Amount | Code | Date | |
|---|---|---|---|---|---|
| Fr. 05/01/96 To 06/01/96 | 30 | 3,295.42 | K | 06/05/96 | P |
| Fr. 06/01/96 To 07/01/96 | 30 | 3,295.42 | P | 06/28/96 | P |
| Fr. 07-01-96 To 08-01-96 | 30 | 3295.42 | P | AUG 0 8 1996 | |
| Fr. 08-01-96 To 09-01-96 | 30 | 3295.42 | P | SEP 0 4 1996 | |
| Fr. 09-01-96 To 10-1-96 | 30 | 3295.42 | P | OCT 0 8 1996 | |
| Fr. 10-1-96 To 11-1-96 | 30 | 3455.82 | P | NOV 0 6 1996 | |
| Fr. 11-1-96 To 12-1-96 | 30 | 3327.50 | K | DEC 0 4 1996 | |
| Fr. 12-01-96 To 01-01-96 | 30 | 3327.50 | P | JAN 0 6 1997 | |
| Fr. 1-1-97 To 2-1-97 | 30 | 3327.50 | P | FEB 0 4 1997 | |
| Fr. 2-1-97 To 3-1-97 | 30 | 3327.50 | P | MAR 1 2 1997 | |
| Fr. 3-1-97 To 4-1-97 | 30 | 3327.50 | P | APR 0 4 1997 | |
| Fr. 4-1-97 To 5-1-97 | 30 | 3327.50 | P | MAY 0 6 1997 | |
| Fr. 05-01-97 To 06-01-97 | 30 | 3,487.92 | K | JUN 0 9 1997 | |
| Fr. 06-01-97 To 07-01-97 | 30 | 3520.00 | K | JUL 1 5 1997 | |
| Fr. 07-01-97 To 08-01-97 | 30 | 3520.00 | P | AUG 1 5 1997 | |
| Fr. 8-1-97 To 9-1-97 | 30 | 3520.00 | P | AUG 2 8 1997 | |
| Fr. 9-1-97 To 10-1-97 | 30 | 3520.00 | P | SEP 3 0 1997 | |
| Fr. 10-1-97 To 11-1-97 | 30 | 3520.00 | P | OCT 3 1 1997 | |
| Fr. 11-1-97 To 12-1-97 | 30 | 3520.00 | P | DEC 0 2 1997 | |
| Fr. 12-01-97 To 01-01-98 | 30 | 3520.00 | P | JAN 1 2 1998 | |
| Fr. 1-1-98 To 2-1-98 | 30 | 3520.00 | P | FEB 0 3 1998 | |
| Fr. 2-1-98 To 3-1-98 | 30 | 3520.00 | P | MAR 0 3 1998 | |
| Fr. 03-01-98 To 04-01-98 | 30 | 3520.00 | P | APR 0 3 1998 | |
| Fr. 4-1-98 To 5-1-98 | 30 | 3520.00 | P | MAY 0 4 1998 | |
| Fr. 5-1-98 To 6-1-98 | 30 | 3680.42 | K | JUN 0 3 1998 | |
| Fr. 6-1-98 To 7-1-98 | 30 | 3712.50 | P | JUL 0 2 1998 | |
| Fr. 7-1-98 To 8-1-98 | 30 | 3712.50 | P | AUG 0 4 1998 | |
| Fr. 8-1-98 To 9-1-98 | 30 | 3712.50 | P | SEP 0 2 1998 | |
| 9-1-98 10-1-98 | 30 | 3,712.50 | P | OCT 0 2 1998 | |
| 10-1-98 11-1-98 | 30 | 3712.50 | P | NOV 0 3 1998 | |

PAY 3327.50

cola 3493.50

cola BEGIN 3712.50

KB