SCHEDULE

|  | FOR TOTAL DISABILITY DUE TO: | |
|---|---|---|
|  | INJURY | SICKNESS |
| MONTHLY BENEFIT . . . . . . . . . . . . . . . . | $2,125.00 | $2,125.00 |
| ELIMINATION PERIOD . . . . . . . . . . . . . . . | 90 DAYS | 90 DAYS |

MAXIMUM BENEFIT PERIOD *

  FOR A PERIOD OF CONTINUOUS TOTAL
  DISABILITY COMMENCING:

    -BEFORE THE ANNIVERSARY DATE OF THIS
     POLICY NEXT FOLLOWING YOUR 45TH BIRTHDAY . . . . LIFETIME       LIFETIME

    -ON OR AFTER THE ANNIVERSARY DATE OF THIS
     POLICY NEXT FOLLOWING YOUR 45TH BIRTHDAY
     AND BEFORE THE ANNIVERSARY DATE OF THIS
     POLICY NEXT FOLLOWING YOUR 63RD BIRTHDAY . . . . AGE 65       AGE 65

    -ON OR AFTER THE ANNIVERSARY DATE OF THIS
     POLICY NEXT FOLLOWING YOUR 63RD BIRTHDAY . . . . 24 MONTHS    24 MONTHS.

*UNLESS THE MAXIMUM BENEFIT PERIOD IS 'LIFETIME', THE MAXIMUM BENEFIT PERIOD FOR
ANY PERIOD OF TOTAL DISABILITY BEGINNING PRIOR TO THE ANNIVERSARY DATE OF THIS
POLICY NEXT FOLLOWING YOUR 63RD BIRTHDAY WILL NOT EXTEND BEYOND THE ANNIVERSARY
DATE OF THIS POLICY NEXT FOLLOWING YOUR 65TH BIRTHDAY.

ADDITIONAL BENEFIT PROVISIONS INCLUDED, IF ANY:
-------------------------------------------------

1J1527A  SOCIAL SECURITY SUPPLEMENT BENEFIT  $625.00

1J1817    RESIDUAL DISABILITY

1756     COST OF LIVING INCREASE

INSURED    CHRISTOPHER L KEARNEY

POLICY NUMBER   H0-0493029

EFFECTIVE DATE   MAY 28, 1990

TERM:  12 MONTH(S)

PREMIUM FOR EACH TERM UNTIL
AGE 65** $1,212.01

NOTE:  RENEWAL OF COVERAGE BEYOND AGE 65 MAY REQUIRE AN INCREASE IN THE RENEWAL
      PREMIUM AFTER AGE 65

1413A