SCHEDULE

|  | FOR TOTAL DISABILITY DUE TO: | |
|---|---|---|
|  | INJURY | SICKNESS |
| MONTHLY BENEFIT | $1,375.00 | $1,375.00 |
| ELIMINATION PERIOD | 90 DAYS | 90 DAYS |

MAXIMUM BENEFIT PERIOD *

FOR A PERIOD OF CONTINUOUS TOTAL DISABILITY COMMENCING:

- BEFORE THE ANNIVERSARY DATE OF THIS POLICY NEXT FOLLOWING YOUR 45TH BIRTHDAY . . . . LIFETIME    LIFETIME

- ON OR AFTER THE ANNIVERSARY DATE OF THIS POLICY NEXT FOLLOWING YOUR 45TH BIRTHDAY AND BEFORE THE ANNIVERSARY DATE OF THIS POLICY NEXT FOLLOWING YOUR 63RD BIRTHDAY . . . . AGE 65    AGE 65

- ON OR AFTER THE ANNIVERSARY DATE OF THIS POLICY NEXT FOLLOWING YOUR 63RD BIRTHDAY . . . . 24 MONTHS   24 MONTHS

*UNLESS THE MAXIMUM BENEFIT PERIOD IS 'LIFETIME', THE MAXIMUM BENEFIT PERIOD FOR ANY PERIOD OF TOTAL DISABILITY BEGINNING PRIOR TO THE ANNIVERSARY DATE OF THIS POLICY NEXT FOLLOWING YOUR 63RD BIRTHDAY WILL NOT EXTEND BEYOND THE ANNIVERSARY DATE OF THIS POLICY NEXT FOLLOWING YOUR 65TH BIRTHDAY.

ADDITIONAL BENEFIT PROVISIONS INCLUDED, IF ANY:

| WJ1527A | SOCIAL SECURITY SUPPLEMENT BENEFIT | $225.00 |
| WJ1817 | RESIDUAL DISABILITY | |
| W1756 | COST OF LIVING INCREASE | |

SPECIMEN

INSURED        CHRISTOPHER L KEARNEY
POLICY NUMBER  HO-0538069
EFFECTIVE DATE MAY 28, 1991

TERM: 12 MONTH(S)
PREMIUM FOR EACH TERM UNTIL AGE 65**  $709.26

**NOTE: RENEWAL OF COVERAGE BEYOND AGE 65 MAY REQUIRE AN INCREASE IN THE RENEWAL PREMIUM AFTER AGE 65

WJ1413A