DISABILITY CLAIM WORKSHEET -- I.H.I. ADMINISTRATION

```
POLICY NO.    FR. NO.   B. O.    AGENT   STATE   PLAN   SOCIAL SECURITY NUMBER
H00538069     71542     1006066  OH      57615   Woods IV
NAME:      KEARNEY, CHRIS L           12,168 Village Woods
ADDRESS:   16168 Village Woods Dr      10979 Reed Hartman Hwy
           CINCINNATI, OH 45241        45240-45241   Suite 125
DIAGNOSIS: LUMBOSACRAL SPINE SPRAIN W/SUSPICION OF DISC INVOL
AGE: 40    DATE OF BIRTH: 11/09/52   SEX: 01   OCC: 84   LIMITED: YES
INCURRED DATE:   02/05/93      CONTRACT DATE: 05/28/90 91   BY:
REINSTATEMENT DATE:  / /       PAID TO DATE:  06/28/93   DATE: 06/15/93
MONTHLY INDEMNITY: 1375   6725  LESS FICA:
SS 225    225                   LESS F.I.T.:
ELIMINATION PERIOD: 90          INDEMNITY PERIOD: AGE 65
WAIVER OF PREMIUM DATE: 5/15/93
REMARKS:
  RESIDUAL   MI.1375      20% to 75%, 50% mm 15/6/04 COLA 2%
             SS .225                    #H495025
```

DATE "HIS OCC.":    / /     DATE BENEFITS TERMINATE:  / /
REINSURANCE:   YES    NO

| C.A. | PERIOD | DAYS | AMOUNT | RES | DATE | STATUS |
|---|---|---|---|---|---|---|
| ✓ | Fr.05/06/93 To 07/06/93 | 60 | 1600.00 | T | JUL 22 1993 / 06/15/93 | X |
|  | Fr.07-06-93 To 08-06-93 | 30 | 800.00 | P | AUG 25 1993 |  |
|  | Fr.05-06-93 To 07-06-93 Adj | | 208.00 | P | SEP 03 1993 |  |
|  | Fr.07-06-93 To 08-06-93 Adj | | 800.00 | P | SEP 03 1993 |  |
|  | Fr. To return Roucher bis 11-93 | | | | | |
|  | Fr. To | | | | | |
|  | Fr.08-06-93 To 09-06-93 | 30 | 1600.00 | P | SEP 14 1993 |  |
|  | Fr.09-06-93 To 10-01-93 | 25 | 666.65 | P | OCT 19 1993 |  |
|  | Fr.10-01-93 To 11-01-93 | 30 | 1600.00 | P | NOV 16 1993 |  |
|  | Fr.11-1-93 To 12-1-93 | 30 | 1600.00 | P | DEC 03 1993 |  |
|  | Fr.12-1-93 To 1-1-94 | 30 | 1600.00 | P | JAN 10 1994 |  |
|  | Fr.1-1-94 To 2-1-94 | 30 | 1600.00 | P | FEB 09 1994 |  |
|  | Fr.2-1-94 To 4-1-94 | 60 | 3200.00 | F | MAR 31 1994 |  |
|  | Fr.4-1-94 To 11-1-94 | 210 | [crossed out]  11,200.00 | R | FEB 07 1995  this is residual disability w/ COLA |
|  | Fr. To | | | | | |
|  | Fr.11-1-94 To 1-1-95 | 60 | 3200.00 | P | FEB 17 1995 |  |
|  | Fr.01-01-95 To 03-01-95 | 60 | 3200.00 | P | MAR 08 1995 |  |
|  | 03-01-95 05-01-95 | 60 | 3200.00 | P | MAY 04 1995 |  |
|  | 6-1-95 | 21 | 1100.00 | P | JUN 12 1995 |  |

0955

DISABILITY CLAIMS WORK SHEET -- I.H.I. ADMINISTRATION

```
POLICY NO.    FR. NO.   B. O.     AGENT    STATE   PLAN   SOCIAL SECURITY NUMBER
H00538069              71542    1006066    OH             57615
NAME:         KEARNEY, CHRIS L
ADDRESS:      12168 VILLAGE WOODS DR
              CINCINNATI, OH 45241
DIAGNOSIS:    MAJOR DEPRESSION, CHRONIC AND ACUTE
AGE: 40       DATE OF BIRTH: 11/09/52   SEX: 01   OCC: 3   LIMITED: YES
INCURRED DATE:      02/09/93      CONTRACT DATE: 05/28/90     BY:
REINSTATEMENT DATE: /1036   PAID TO DATE: 11/28/94    DATE: 11/01/94
MONTHLY INDEMNITY: 1,575.00   LESS FICA: none
SOC. SEC. BENEFIT: 225.00    LESS F.I.T.:
ELIMINATION PERIOD: 90        INDEMNITY PERIOD: AGE 65 SICK
WAIVER OF PREMIUM DATE: 05/05/93
REMARKS:                              Residual
COLA
712 = ea. 5-6

DATE "HIS OCC.":    /  /          DATE BENEFITS TERMINATE: 11/09/17
REINSURANCE:    YES     NO
```

| C.A. | PERIOD | DAYS | AMOUNT | RES | DATE | STATUS |
|---|---|---|---|---|---|---|
| | Fr. / / <br> To / / | | | | 11/01/94 | X |
| | Fr. 04/01/94 <br> To 11/01/94 | 210 | 11,200.00 | RP | 02/07/95 | P |
| | Fr. 11/01/94 <br> To 01/01/95 | 60 | 3,200.00 | P | 02/17/95 | P |
| | Fr. 01/01/95 <br> To 03/01/95 | 60 | 3,200.00 | P | 03/08/95 | P |
| | Fr. 03/01/95 <br> To 05/01/95 | 60 | 3,200.00 | P | 05/04/95 | P |
| | Fr. 05/01/95 <br> To 06/01/95 | 30 | 1,600.00 | P | 06/12/95 | P |
| | Fr. 6-1-95 <br> To 7-1-95 | 30 | 1600.00 | P | JUL 18 1995 | |
| KB | Fr. 7-1-95 <br> To 8-1-95 | 30 | 3578.67 | CP | AUG 24 1995 | |
| | Fr 08-01-95 <br> To 09-01-95 | 30 | 1824.00 | P | SEP 15 1995 | |
| | Fr. 9-1-95 <br> To 10-1-95 | 30 | 1824.00 | P | OCT 03 1995 | |
| | Fr. 10-1-95 <br> To 11-1-95 | 30 | 1824.00 | P | NOV 0 1995 | |
| | Fr. 11-01-95 <br> To 12-01-95 | 30 | 1824.00 | P | DEC 05 1995 | |
| | Fr. 12-01-95 <br> To 01-01-96 | 30 | 1824.00 | P | JAN 04 1996 | |
| | Fr. 1-1-96 <br> To 2-1-96 | 30 | 1824.00 | P | FEB 05 1996 | |
| | Fr. 2-1-96 <br> To 3-1-96 | 30 | 1824.00 | P | MAR 13 1996 | |
| | Fr 03-01-96 <br> To 04-01-96 | 30 | 1824.00 | P | APR 09 1996 | |
| KB | Fr 4-1-96 <br> To 5-1-96 | 30 | 1824.00 | P | MAY 10 1996 | |
| | 5-1-96 <br> 6-1-96 | 30 | 1917.33 | CP | JUN 05 1996 <br> JUN 28 1996 | |
| #5 | 06-01-96 <br> 07-01-96 | 1 <br> 30 | 1917.33 <br> 1917.33 | P | | |

0956

DISABILITY CLAIMS WORKSHEET -- I.H.I. ADMINISTRATION

| POLICY NO. | FR. NO. | B. O. | AGENT | STATE | PLAN | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| H00493029 | 71543 | 1006066 | | OH | | 57615 |

NAME: KEARNEY, CHRIS
ADDRESS: 12168 VILLAGE WOODS DR
CINCINNATI, OH 45241
DIAGNOSIS: MAJOR DEPRESSION, CHRONIC AND ACUTE
AGE: 40   DATE OF BIRTH: 11/09/52   SEX: 01   OCC: 3   LIMITED: YES
INCURRED DATE: 02/09/93   CONTRACT DATE: 05/28/90   BY: ____
REINSTATEMENT DATE: / /   PAID TO DATE: 11/28/94   DATE: 02/07/95
MONTHLY INDEMN~~Y:~~ ~~2,125.00~~   LESS FICA: none
SOC. SEC. BENE~~FITS:~~ ~~626.00~~   LESS F.I.T.:
ELIMINATION PERIOD: 90   INDEMNITY PERIOD: ~~2 YR SICK~~
WAIVER OF PREMIUM DATE: 05/05/93
REMARKS:
COLA 7%

332750    1925⁰⁰ ea. 5-6

DATE "HIS OCC.":  / /    DATE BENEFITS TERMINATE: ~~05/06/95~~ AGE 65
REINSURANCE:    YES    NO

| C.A. | PERIOD | DAYS | AMOUNT | RES | DATE | STATUS |
|---|---|---|---|---|---|---|
| | Fr. 04/01/94 To 11/01/94 | 210 | 19,250.00 | RP | 02/07/95 | P |
| | Fr. 11/01/94 To 01/01/95 | 60 | 5,500.00 | P | 02/17/95 | P |
| | Fr. 01/01/95 To 03/01/95 | 60 | 5,500.00 | P | 03/08/95 | P |
| | Fr. 03/01/95 To 05/01/95 | 60 | 5,500.00 | P | 05/04/95 | P |
| | Fr. 05/01/95 To 06/01/95 | 30 | 2,750.00 | P | 06/12/95 | P |
| | Fr. 6-1-95 To 7-1-95 | 30 | 2750⁰⁰ | P | JUL 18 1995 | |
| | Fr. 7-1-95 To 8-1-95 | 30 | 6150⁰⁰ | CP | AUG 24 1995 | |
| | Fr. 08-01-95 To 09-01-95 | 30 | 3135⁰⁰ | P | SEP 15 1995 | |
| | Fr. 9-1-95 To 10-1-95 | 30 | 3135⁰⁰ | P | OCT 03 1995 | |
| | Fr. 10-1-95 To 11-1-95 | 30 | 3135⁰⁰ | P | NOV 07 1995 | |
| | Fr. 11-01-95 To 12-01-95 | 30 | 3135⁰⁰ | P | DEC 05 1995 | |
| | Fr. 12-01-95 To 01-01-96 | 30 | 3135⁰⁰ | P | JAN 04 1996 | |
| | Fr. 01-1-96 To 2-1-96 | 30 | 3135⁰⁰ | P | FEB 05 1996 | |
| | Fr. 2-1-96 To 3-1-96 | 30 | 3135⁰⁰ | P | MAR 13 1996 | |
| | Fr. 03-01-96 To 04-01-96 | 30 | 3135⁰⁰ | P | APR 09 1996 | |
| | Fr. 4-1-96 To 5-1-96 | 30 | 3135⁰⁰ | P | MAY 10 1996 | |
| | Fr. 5-1-96 To 6-1-96 | 30 | 3295⁴² | CP | JUN 05 1996 | |
| | 06-01-96 07-01-96 | 30 | 3295⁴² | P | JUN 28 1996 | |

0957

4370584

# DISABILITY CLAIMS WORKSHEET -- I.H.I. ADMINISTRATION

```
POLICY NO.    FR. NO.   B. O.    AGENT    STATE    PLAN    SOCIAL SECURITY NUMBER
H00493029     71543     1006066           OH       57615   Woods IV
NAME:         KEARNEY, CHRIS            1168 Village Woods
ADDRESS:      12160 VILLAGE WOODS DR    10479 Reed Hartman, Suite 125
              CINCINNATI, OH  45241                         45241
DIAGNOSIS:    LUMBOSACRAL SPINE SPRAIN W/SUSPICION OF DISC INVOL
AGE: 40       DATE OF BIRTH: 11/09/52   SEX: 01   OCC: 3   LIMITED: YES
INCURRED DATE:        02/05/93          CONTRACT DATE: 05/28/90   BY: _____
REINSTATEMENT DATE:  / 12/95            PAID TO DATE:  06/28/93   DATE: 06/15/93
MONTHLY INDEMNITY: $2750                LESS FICA:
                   $$ 625               LESS F.I.T.:
ELIMINATION PERIOD: 90                  INDEMNITY PERIOD: age 65
WAIVER OF PREMIUM DATE: 5/15/93
REMARKS:       MI 2125                                    Cola 7%
Residual       SS, 625                  H538069
               20% to 75%               50% 6 mo.

DATE "HIS OCC.":  /  /        DATE BENEFITS TERMINATE: 5/16/93
REINSURANCE:   YES    NO
```

| C.A. | PERIOD | DAYS | AMOUNT | RES | DATE | STATUS |
|---|---|---|---|---|---|---|
|  | Fr.06/06/93 To 07/06/93 | 60 | 2750.00 | APT | JUL 22 1993 / 06/15/93 | X |
|  | Fr 07-06-93 To 08-06-93 | 30 | 2750.00 | P | SEP 03 1993 |  |
|  | Fr 05-06-93 To 07-06-93 Adj | | 357.50 | | SEP 03 1993 |  |
|  | Fr 08-06-93 To 09-06-93 | 30 | 2750.00 | P | SEP 14 1993 |  |
|  | Fr 09-06-93 To 10-01-93 | 25 | 1145.83 | P | OCT 19 1993 |  |
|  | Fr 10-01-93 To 11-01-93 | 30 | 2750.00 | P | NOV 16 1993 |  |
|  | Fr 11-01-93 To 12-01-93 | 30 | 2750.00 | P | DEC 03 1993 |  |
|  | Fr 12-1-93 To 1-1-94 | 30 | 2750.00 | P | JAN 10 1994 |  |
|  | Fr 1-1-94 To 2-1-94 | 30 | 2750.00 | P | FEB 09 1994 |  |
|  | Fr 2-1-94 To 4-1-94 | 60 | 5500.00 | F | MAR 31 1994 |  |
|  | Fr 04-01-94 To 11-01-94 | 210 | | RT | FEB 07 1995 | This is Residual disability W Cola |
|  | Fr. To |  | 19,250.00 |  |  |  |
|  | Fr 11-1-94 To 1-1-95 | 60 | 5500.00 | P | FEB 17 1995 |  |
|  | Fr 01-01-95 To 03-01-95 | 60 | 5500.00 | P | MAR 08 1995 |  |
|  | Fr 03-01-95 To 05-01-95 | 60 | 5500.00 | P | MAY 04 1995 |  |
|  | Fr 5-1-95 To 6-1-95 | 30 | 2750.00 | P | JUN 12 1995 |  |
|  | Fr 6-1-95 To | 30 | 2750.00 | P |  |  |

45503.33

*COLA* (113.00 – 5.6)   Has Residual                                   Age 65
                                                                      11-09-17

DISABILITY CLAIMS WORKSHEEET -- CONTINUED
POLICY NO.: H00538069    NAME: KEARNEY, CHRIS L

| | | | | | | |
|---|---|---|---|---|---|---|
| Fr. 04/01/96 To 05/01/96 | 30 | 1,824.00 | P | 05/10/96 | P | |
| Fr. 05/01/96 To 06/01/96 | 30 | 1,917.33 | K | 06/05/96 | P | |
| Fr. 06/01/96 To 07/01/96 | 30 | 1,917.33 | P | 06/28/96 | P | |
| Fr. 07-01-96 To 08-01-96 | 30 | 1917.33 | | AUG 0 8 1996 | | |
| Fr. 08-01-96 To 09-01-96 | 30 | 1917.33 | | SEP 0 4 1996 | | |
| Fr. 9-1-96 To 10-1-96 | 30 | 1917.33 | P | OCT 0 8 1996 | | |
| Fr. 10-1-96 To 11-1-96 | 30 | 2010.68 | P | NOV 1 4 1996 | ADJ OF COLA 03.31 7.89 03.31 13.138.65 |
| PAY $1936 Fr. 11-1-96 To 12-1-96 | 30 | 1936.00 | K | DEC 0 4 1996 | |
| Fr. 12-01-96 To 01-01-97 | 30 | 1936.00 | P | JAN 0 6 1997 | |
| Fr. 1-1-97 To 2-1-97 | 30 | 1936.00 | P | FEB 0 4 1997 | |
| Fr. 2-1-97 To 3-1-97 | 30 | 1936.00 | P | MAR 1 2 1997 | |
| Fr. 3-1-97 To 4-1-97 | 30 | 1936.00 | P | APR 0 4 1997 | |
| Fr. 4-1-97 To 5-1-97 | 30 | 1936.00 | P | MAY 0 6 1997 | |
| col Fr. 05-01-97 To 06-01-97 | 30 | 2029.33 | K | JUN 06 1997 | |
| Beg 2048 Fr. 6-1-97 To 7-01-97 | 30 | ~2098~ | P | JUL 1 5 1997 | ← overpaid $50 |
| Fr. 07-01-97 To 08-01-97 | adj | 1998.00 | P | AUG 1 3 1997 | |
| Beg 2048 Fr. 8-1-97 To 9-1-97 | 30 | 2048.00 | P | AUG 2 8 1997 | |
| Fr. 9-1-97 To 10-1-97 | 30 | 2048.00 | P | SEP 3 0 1997 | |
| Fr. 10-1-97 To 11-1-97 | 30 | 2048.00 | P | OCT 3 1 1997 | |
| Fr. 11-1-97 To 12-1-97 | 30 | 2048.00 | P | DEC 0 2 1997 | |
| Fr. 12-1-97 To 01-1-98 | 30 | 2048.00 | P | Jan 12 1998 | |
| Fr. 1-1-98 To 2-1-98 | 30 | 2048.00 | P | Feb 3 1998 | |
| Fr. 2-1-98 To 3-1-98 | 30 | 2048.00 | P | MAR 0 3 1998 | |
| Fr 03-01-98 To 04-01-98 | 30 | 2048.00 | P | APR 03 1998 | |
| Fr. 4-1-98 To 5-1-98 | 30 | 2048.00 | P | MAY 0 4 1998 | |
| COLA Fr. 5-1-98 To 6-1-98 | 30 | 2141.33 | K | JUN 0 3 1998 | |
| BEGIN 2160 Fr. 6-1-98 To 7-1-98 | 30 | 2160.00 | P | JUL 0 2 1998 | |
| Fr. 7-1-98 To 8-1-98 | 30 | 2160.00 | P | AUG 0 4 1998 | |
| 8-1-98 9-1-98 | 30 | 2160.00 | P | SEP 0 2 1998 | |
| 9-1-98 10-1-98 | 30 | 2160.00 | P | OCT 0 2 1998 | |
| 10-1-98 | 30 | 2160.00 | P | NOV 0 3 1998 | |

0959

*Cola - 5/6*
*#112.00*

DISABILITY CLAIMS WORKSHEEET -- CONTINUED
POLICY NO.: H00538069    NAME: KEARNEY, CHRIS L

*Age 65*
*11-09-17*

| | | | | | | |
|---|---|---|---|---|---|---|
| | To 08/01/98 | 30 | 2,160.00 | P | 08/04/98 | P |
| | Fr. 08/01/98 To 09/01/98 | 30 | 2,160.00 | P | 09/02/98 | P |
| | Fr. 09/01/98 To 10/01/98 | 30 | 2,160.00 | P | 10/02/98 | P |
| | Fr. 10/01/98 To 11/01/98 | 30 | 2,160.00 | P | 11/03/98 | P |
| | Fr. 11-1-98 To 12-1-98 | 30 | 2160.00 | P | DEC 04 1998 | |
| | Fr. 12-1-98 To 1-1-99 | 30 | 2160.00 | P | JAN 06 ... | |
| | Fr. 1-1-99 To 2-1-99 | 30 | 2160.00 | P | FEB 03 1999 | |
| | Fr. 2-1-99 To 3-1-99 | 30 | 2160.00 | P | MAR 04 1999 | |
| | Fr. 3-1-99 To 4-1-99 | 30 | 2160.00 | P | APR 08 1999 | |
| | Fr. 4-1-99 To 5-1-99 | 30 | 2160.00 | P | | |
| | Fr. 5-1-99 To 6-1-99 | 30 | 2253.33 | K | MAY 04 1999 JUN 21 1999 | |
| | Fr. 6-1-99 To 7-1-99 | 30 | 2272.00 | P | JUL 07 1999 | |
| | Fr. 7/1/99 To 8/1/99 | 30 | 2272.00 | P | AUG 09 1999 | |
| | Fr. 8/1/99 To 9/1/99 | 30 | 2272.00 | P | SEP 06 1999 | |
| | Fr. 9-1-99 To 10-1-99 | 30 | 2272.00 | P | Sep 30, 1999 | |
| | Fr. 10-1-99 To 11-1-99 | 30 | 2272.00 | P | OCT 28 1999 | |
| | Fr. 11-1-99 To 12-1-99 | 30 | 2272.00 | P | DEC 03 1999 | |

*BEG 2272*

*H00rc 5-98*

**Cola 5/6\* $192.50** → **Cola doesnot apply to Residual**   "due regard to earnings"

DISABILITY CLAIMS WORKSHEEET -- CONTINUED   send form   **11-9-17**
NAME: KEARNEY, CHRIS   Res
POLICY NO.: H00493029

| From/To | Date | Days | Amount | Code | Date Stamp | Code |
|---|---|---|---|---|---|---|
| To | 09/01/98 | 30 | 3,712.50 | P | 09/02/98 | P |
| Fr. | 09/01/98 | | | | | |
| To | 10/01/98 | 30 | 3,712.50 | P | 10/02/98 | P |
| Fr. | 10/01/98 | | | | | |
| To | 11/01/98 | 30 | 3,712.50 | P | 11/03/98 | P |
| Fr. | 11-1-98 | | | | | |
| To | 12-1-98 | 30 | 3712.50 | P | DEC 04 1998 | |
| Fr. | 12-1-98 | | | | | |
| To | 1-1-99 | 30 | 3712.50 | P | JAN 06 1999 | |
| Fr. | 1-1-99 | | | | | |
| To | 2-1-99 | 30 | 3712.50 | P | FEB 03 1999 | |
| Fr. | 2-1-99 | | | | | |
| To | 3-1-99 | 30 | 3712.50 | P | MAR 04 1999 | |
| Fr. | 3-1-99 | | | | | |
| To | 4-1-99 | 30 | 3712.50 | P | APR 08 1999 | |
| Fr. | 4-1-99 | | | | | |
| To | 5-1-99 | 30 | 3712.50 | P | MAY 04 1999 | |
| Fr. | 5-1-99 | | | | | |
| To | 6-1-99 | 30 | 3872.92 | K | JUN 21 1999 | |
| Fr. | 6-1-99 | | | | | |
| To | 7-1-99 | 30 | 3905.00 | P | JUL 07 1999 | |
| Fr. | 7/1/99 | | | | | |
| To | 8/1/99 | 30 | 3905.00 | P | AUG 09 1999 | |
| Fr. | 8/1/99 | | | | | |
| To | 9/1/99 | 30 | 3905.00 | P | SEP 08 1999 | |
| Fr. | 9-1-99 | | | | | |
| To | 10-1-99 | 30 | 3905.00 | P | SEP 30 1999 | |
| Fr. | 10-1-99 | | | | | |
| To | 11-1-99 | 30 | 3905.00 | P | OCT 28 1999 | |
| Fr. | 11-1-99 | | | | | |
| To | 12-1-99 | 30 | 3905.00 | P | DEC 03 1999 | |

BEG 3905

3

0961

Handwritten annotations at top:
- "cola 5/6 1927.50"
- "cola does not apply to Residual  (3) 11-9-17"
- "we are pay T.D. benefits Cola applies"

DISABILITY CLAIMS WORKSHEET CONTINUED
POLICY NO.: H00493029   NAME: KEARNEY, CHRIS

| From–To | Days | Amount | Code | Date | Code |
|---|---|---|---|---|---|
| Fr. 05/01/96 To 06/01/96 | 30 | 3,295.42 | K | 06/05/96 | P |
| Fr. 06/01/96 To 07/01/96 | 30 | 3,295.42 | P | 06/28/96 | P |
| Fr. 07-01-96 To 08-01-96 | 30 | 3295.42 | P | AUG 08 1996 | |
| Fr. 08-01-96 To 09-01-96 | 30 | 3295.42 | P | SEP 04 1996 | |
| Fr. 09-01-96 To 10-1-96 | 30 | 3295.42 | P | OCT 08 1996 | |
| Fr. 10-1-96 To 11-1-96 | 30 | 3455.82 | P | NOV 06 1996 | |
| Fr. 11-1-96 To 12-1-96 | 30 | 3327.50 | K | DEC 04 1996 | |
| Fr. 12-01-96 To 01-01-96 | 30 | 3327.50 | P | JAN 06 1997 | |
| Fr. 1-1-97 To 2-1-97 | 30 | 3327.50 | P | FEB 04 1997 | |
| Fr. 2-1-97 To 3-1-97 | 30 | 3327.50 | P | MAR 12 1997 | |
| Fr. 3-1-97 To 4-1-97 | 30 | 3327.50 | P | APR 04 1997 | |
| Fr. 4-1-97 To 5-1-97 | 30 | 3327.50 | P | MAY 06 1997 | |
| Fr. 05-01-97 To 06-01-97 | 30 | 3,487.92 | K | JUN 09 1997 | |
| Fr. 06-01-97 To 07-01-97 | 30 | 3520.00 | K | JUL 15 1997 | |
| Fr. 07-01-97 To 08-01-97 | 30 | 3520.00 | P | AUG 13 1997 | |
| Fr. 8-1-97 To 9-1-97 | 30 | 3520.00 | P | AUG 28 1997 | |
| Fr. 9-1-97 To 10-1-97 | 30 | 3520.00 | P | SEP 30 1997 | |
| Fr. 10-1-97 To 11-1-97 | 30 | 3520.00 | P | OCT 31 1997 | |
| Fr. 11-1-97 To 12-1-97 | 30 | 3520.00 | P | DEC 02 1997 | |
| Fr. 12-01-97 To 01-01-98 | 30 | 3520.00 | P | JAN 12 1998 | |
| Fr. 1-1-98 To 2-1-98 | 30 | 3520.00 | P | FEB 03 1998 | |
| Fr. 2-1-98 To 3-1-98 | 30 | 3520.00 | P | MAR 03 1998 | |
| Fr. 03-01-98 To 04-01-98 | 30 | 3520.00 | P | APR 03 1998 | |
| Fr. 4-1-98 To 5-1-98 | 30 | 3520.00 | P | MAY 04 1998 | |
| Fr. 5-1-98 To 6-1-98 | 30 | 3680.42 | K | JUN 03 1998 | |
| Fr. 6-1-98 To 7-1-98 | 30 | 3712.50 | P | JUL 02 1998 | |
| Fr. 7-1-98 To 8-1-98 | 30 | 3712.50 | P | AUG 04 1998 | |
| Fr. 8-1-98 To 9-1-98 | 30 | 3712.50 | P | SEP 02 1998 | |
| 9-1-98 10-1-98 | 30 | 3,712.50 | P | OCT 02 1998 | |
| 10-1-98 11-1-98 | 30 | 3712.50 | P | NOV 03 1998 | |

Margin notes: "PAY 3327.50", "cola Beg 3520", "cola BEGIN 3712.50"

0962

Cola 5/6
$112.00

Age 65
11-09-17

DISABILITY CLAIMS WORKSHEEET -- CONTINUED
POLICY NO.: H00538069          NAME: KEARNEY, CHRIS L

| | Period | Days | Amount | Code | Date Paid | Code |
|---|---|---|---|---|---|---|
| | To 08/01/98 | 30 | 2,160.00 | P | 08/04/98 | P |
| | Fr. 08/01/98 To 09/01/98 | 30 | 2,160.00 | P | 09/02/98 | P |
| | Fr. 09/01/98 To 10/01/98 | 30 | 2,160.00 | P | 10/02/98 | P |
| | Fr. 10/01/98 To 11/01/98 | 30 | 2,160.00 | P | 11/03/98 | P |
| | Fr. 11-1-98 To 12-1-98 | 30 | 2160.00 | P | DEC 04 1998 | |
| | Fr. 12-1-98 To 1-1-99 | 30 | 2160.00 | P | JAN 06 ... | |
| | Fr. 1-1-99 To 2-1-99 | 30 | 2160.00 | P | FEB 03 1999 | |
| | Fr. 2-1-99 To 3-1-99 | 30 | 2160.00 | P | MAR 04 1999 | |
| | Fr. 3-1-99 To 4-1-99 | 30 | 2160.00 | P | APR 08 1999 | |
| | Fr. 4-1-99 To 5-1-99 | 30 | 2160.00 | P | MAY 04 1999 | |
| | Fr. 5-1-99 To 6-1-99 | 30 | 2253.33 | K | JUN 21 1999 | |
| BEG 2272 | Fr. 6-1-99 To 7-1-99 | 30 | 2272.00 | P | JUL 07 1999 | |
| | Fr. 7/1/99 To 8/1/99 | 30 | 2272.00 | P | AUG 09 1999 | |
| | Fr. 8/1/99 To 9/1/99 | 30 | 2272.00 | P | SEP 08 1999 | |
| | Fr. 9-1-99 To 10-1-99 | 30 | 2272.00 | P | Sep 30, 1999 | |
| | Fr. 10-1-99 To 11-1-99 | 30 | 2272.00 | P | OCT 28 1999 | |
| | Fr. 11-1-99 To 12-1-99 | 30 | 2272.00 | P | DEC 03 1999 | |



H-538069

DIAGNOSIS: MAJOR DEPRESSION, CHRONIC AND ACUTE
AGE: 40   DATE OF BIRTH: 11/09/52   SEX: 01   OCC: 3   LIMITED: YES
INCURRED DATE:   02/09/93   CONTRACT DATE: 05/28/90   BY: _____
REINSTATEMENT DATE: 04/1/1036   PAID TO DATE: 11/28/94   DATE: 11/01/94
MONTHLY INDEMNITY: 1,575.00   LESS FICA: none
SOC. SEC. BENEFIT: 225.00   LESS F.I.T.:
ELIMINATION PERIOD: 90   INDEMNITY PERIOD: AGE 65 SICK
WAIVER OF PREMIUM DATE: 05/05/93
REMARKS:                               Z=sisavar

COLA
T12°° ea. 5-6

DATE "HIS OCC.":   / /       DATE BENEFITS TERMINATE: 11/04/17
REINSURANCE:   YES    NO

| C.A. | PERIOD | DAYS | AMOUNT | RES | DATE | STATUS |
|---|---|---|---|---|---|---|
|  | Fr. / / |  |  |  |  |  |
|  | To / / |  |  |  | 11/01/94 | X |
|  | Fr. 04/01/94 |  |  |  |  |  |
|  | To 11/01/94 | 210 | 11,200.00 | RP | 02/07/95 | P |
|  | Fr. 11/01/94 |  |  |  |  |  |
|  | To 01/01/95 | 60 | 3,200.00 | P | 02/17/95 | P |
|  | Fr. 01/01/95 |  |  |  |  |  |
|  | To 03/01/95 | 60 | 3,200.00 | P | 03/08/95 | P |
|  | Fr. 03/01/95 |  |  |  |  |  |
|  | To 05/01/95 | 60 | 3,200.00 | P | 05/04/95 | P |
|  | Fr. 05/01/95 |  |  |  |  |  |
|  | To 06/01/95 | 30 | 1,600.00 | P | 06/12/95 | P |
|  | Fr. 6-1-95 |  |  |  |  |  |
|  | To 7-1-95 | 30 | 1600°° | P | JUL 18 1995 |  |
| KB | Fr. 7-1-95 |  |  |  |  |  |
|  | To 8-1-95 | 30 | 35?°° | CP | AUG 24 1995 |  |
|  | Fr 08-01-95 |  |  |  |  |  |
|  | To 09-01-95 | 30 | 1824°° | P | SEP 15 1995 |  |
|  | Fr. 9-1-95 |  |  |  |  |  |
|  | To 10-1-95 | 30 | 1824°° | P | OCT 03 1995 |  |
|  | Fr. 10-1-95 |  |  |  |  |  |
|  | To 11-1-95 | 30 | 1824°° | P | NOV 0? 1995 |  |
|  | Fr. 11-01-95 |  |  |  |  |  |
|  | To 12-01-95 | 30 | 1824°° | P | DEC 05 1995 |  |
|  | Fr. 12-01-95 |  |  |  |  |  |
|  | To 01-01-96 | 30 | 1824°° | P | JAN 04 1996 |  |
|  | Fr. 1-1-96 |  |  |  |  |  |
|  | To 2-1-96 | 30 | 1824°° | P | FEB 05 1996 |  |
|  | Fr 2-1-96 |  |  |  |  |  |
|  | To 3-1-96 | 30 | 1824°° | P | MAR 13 1996 |  |
|  | Fr 03-01-96 |  |  |  |  |  |
|  | To 04-01-96 | 30 | 1824°° | P | APR 09 1996 |  |
| KB | Fr 4-1-96 |  |  |  |  |  |
|  | To 5-1-96 | 30 | 1824°° | P | MAY 10 1996 |  |
|  | 5-1-96 |  |  |  |  |  |
|  | 6-1-96 | 30 | 1917³³ | CP | JUN 05 1996 |  |
|  | 06-01-96 | 1 |  |  | JUN 28 1996 |  |
|  | 07-01-96 | 30 | 1917³³ | ✓ |  |  |

0964



Cola 5/6 $192.50 → Cola does not apply to Residual

"due regard to earnings"

DISABILITY CLAIMS WORKSHEEET -- CONTINUED   send form 11-9-17
POLICY NO.: H00493029   NAME: KEARNEY, CHRIS   res

| | | | | | | |
|---|---|---|---|---|---|---|
| To | 09/01/98 | 30 | 3,712.50 | P | 09/02/98 | P |
| Fr. | 09/01/98 | | | | | |
| To | 10/01/98 | 30 | 3,712.50 | P | 10/02/98 | P |
| Fr. | 10/01/98 | | | | | |
| To | 11/01/98 | 30 | 3,712.50 | P | 11/03/98 | P |
| Fr. | 11-1-98 | | | | | |
| To | 12-1-98 | 30 | 3712.50 | P | DEC 0 4 1998 | |
| Fr. | 12-1-98 | | | | | |
| To | 1-1-99 | 30 | 3712.50 | P | JAN 0 6 1999 | |
| Fr. | 1-1-99 | | | | | |
| To | 2-1-99 | 30 | 3712.50 | P | FEB 0 3 1999 | |
| Fr. | 2-1-99 | | | | | |
| To | 3-1-99 | 30 | 3712.50 | P | MAR 0 4 1999 | |
| Fr. | 3-1-99 | | | | | |
| To | 4-1-99 | 30 | 3712.50 | P | APR 0 8 1999 | |
| Fr. | 4-1-99 | | | | | |
| To | 5-1-99 | 30 | 3712.50 | P | MAY 0 4 1999 | |
| Fr. | 5-1-99 | | | | | |
| To | 6-1-99 | 30 | 3872.00 | K | JUN 2 1 1999 | |
| Fr. | 6-1-99 | | | | | |
| To | 7-1-99 | 30 | 3905.00 | P | JUL 0 7 1999 | |
| Fr. | 7/1/99 | | | | | |
| To | 8/1/99 | 30 | 3905.00 | P | AUG 0 9 1999 | |
| Fr. | 8/1/99 | | | | | |
| To | 9/1/99 | 30 | 3905.00 | P | SEP 0 8 1999 | |
| Fr. | 9-1-99 | | | | | |
| To | 10-1-99 | 30 | 3905.00 | P | SEP 3 0 1999 | |
| Fr. | 10-1-99 | | | | | |
| To | 11-1-99 | 30 | 3905.00 | P | OCT 2 8 1999 | |
| Fr. | 11-1-99 | | | | | |
| To | 12-1-99 | 30 | 3905.00 | P | DEC 0 3 1999 | |

BEG 3905

ADDRESS CHANGE

3218 GLENGYLE AVE.
CINCINNATI, OH 45208

0966