1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

- - -

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INSURANCE COMPANY, et al., | . | CIVIL ACTION NO. C-1-02-479 |
| Plaintiffs, | . | Cincinnati, Ohio |
| - v - | . | Tuesday, August 17, 2004 |
| | . | 3:00 p.m. Hearing |
| CHRISTOPHER L. KEARNEY, | . | |
| | . | Cross-Motions for Summary |
| Defendant. | . | Judgment |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE S. ARTHUR SPIEGEL, JUDGE
TRANSCRIPT ORDERED BY: William R. Ellis, Esq.

APPEARANCES:

For the Plaintiffs:  WOOD & LAMPING
                     BY:  William R. Ellis, Esq.
                     and  Amy Gasser Callow, Esq.
                     600 Vine Street
                     Suite 2500
                     Cincinnati, Ohio   45202

For the Defendant:   GRAYDON, HEAD & RITCHEY
                     BY:  Michael A. Roberts, Esq.
                     511 Walnut Street
                     Cincinnati, Ohio   45202

Also Present:        Mr. Christopher Kearney

Law Clerk:           Keith Syler, Esq.

Courtroom Clerk:     Kevin Moser

Court Reporter:      Mary Ann Ranz

- - -

77

```
1          THE COURT:  So, we'll try to find a date and notify
2   you, and we'll put on an order to the effect that -- At this
3   point, if you want to file -- if you want to file a
4   post-trial -- post-argument brief --
5          MR. ROBERTS:  I'm confused.
6          THE COURT:  -- on your position opposing -- seeking
7   summary judgment --
8          MR. ROBERTS:  I'm confused.  Are you contemplating
9   another oral hearing at another --
10         THE COURT:  Another oral --
11         MR. ELLIS:  Your Honor?
12         THE COURT:  So Mr. Ellis to have his shot.  You had
13  taken up -- your argument's taken about two hours.
14         MR. ROBERTS:  I would like the opportunity at the
15  next oral hearing to address some of the points he raised.
16         THE COURT:  So, he's entitled to have the same --
17  similar treatment in court on his motion.
18         MR. ROBERTS:  Your Honor, we have a November 16th
19  trial date, for personal reasons.
20         THE COURT:  What's that?
21         MR. ROBERTS:  We have a November 16th trial date
22  that for personal reasons needs to be preserved.
23         THE COURT:  November or September?
24         MR. ROBERTS:  November.
25         THE COURT:  Well, this argument -- I think probably
```

78

```
 1   this case can go out on -- if we find there's some factual
 2   issues, then, of course, it won't go out on summary judgment.
 3   But if I find I don't think there are any factual issues,
 4   it's just a question of interpretation, then, well -- well,
 5   it might require that -- to determine what the -- how the
 6   case should be ultimately decided, it may require a trial.
 7            MR. ELLIS:  Let me -- let me suggest, Your Honor, to
 8   simplify this, and to preserve the trial date that
 9   Mr. Roberts wants to preserve, that we will waive the oral
10   argument upon the Court's stated condition that we can file a
11   post-argument brief, which hopefully will clarify the issue
12   of both motions for summary judgment for the Court.
13            THE COURT:  I would prefer that.
14            MR. ELLIS:  That will be fine.
15            THE COURT:  We'll stay on track.
16            MR. ELLIS:  That will be fine, Your Honor.  We'll do
17   that.
18            THE COURT:  Respond in about a week's time.
19            MR. ELLIS:  Within a week?
20            MS. CALLOW:  That's fine.
21            MR. ELLIS:  Can I have ten days?
22            THE COURT:  You can respond within a week, and then
23   I'll be -- then everything will be ready.
24            MR. ELLIS:  Your Honor, because we have
25   cross-motions and because of the circumstances, can we file
```

```
 1  these briefs simultaneously?
 2          THE COURT:  What's that?
 3          MR. ELLIS:  Rather than a response brief, just
 4  post-argument briefs simultaneously filed --
 5          THE COURT:  Okay.
 6          MR. ELLIS:  -- all right?  And we can do that --
 7          THE COURT:  Both of you file what you want.  I just
 8  want to read one document from you and one document from
 9  Mr. Roberts.  And I know there's been a lot of hostility --
10  animosity in this case, from reports I've gotten from others.
11  I expect it no longer to occur.
12          MR. ELLIS:  There is none from this side, Your
13  Honor.
14          THE COURT:  All right.
15          MR. ELLIS:  We will -- we will file simultaneous
16  briefs.  Are you in agreement?
17          MR. ROBERTS:  That's perfectly all right.
18          THE COURT:  You have a week to get something in on
19  however you want to frame it.  You've got a week to respond,
20  however you want to frame it, and that's the end of the
21  briefing.
22          MR. ROBERTS:  Thank you.
23          THE COURT:  Okay?
24          MR. ELLIS:  I'm sorry, Your Honor.  It's the
25  response problem that I'm concerned about.  What I'd like to
```

80

1   do, if we file simultaneous briefs -- no response, no reply,
2   we just each state our case to the Court in a brief --
3           THE COURT:  No, you don't have -- He's not going to
4   your -- Well, okay.  Both of you -- Put it this way:  Both of
5   you file your briefs within a week's time.
6           MR. ELLIS:  That's fine, Your Honor.  Tuesday next.
7           THE COURT:  Both sides.  And that's all the briefing
8   I want to see on this.  And I'll consider your brief on the
9   papers and what has been said on cross-motion for summary
10  judgment and what was argued here today.
11          MR. ELLIS:  That's fine, Your Honor.  Both briefs
12  will be filed next Tuesday.  Agree, Mike?
13          THE COURT:  Simultaneous.
14          MR. ROBERTS:  Very well.
15          THE COURT:  Thank you.
16          MR. ELLIS:  Thank you, Judge.
17          MR. ROBERTS:  Thank you.
18          THE CLERK:  All rise.                    (4:51 p.m.)
19                         -  -  -
20                   PROCEEDINGS CONCLUDED
21                         -  -  -
22
23
24
25