UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INSURANCE COMPANY, | : | Case No. C-1-02-479 |
| | : | |
| Plaintiff, | : | (Judge Spiegel) |
| | : | (Magistrate Judge Hogan) |
| vs. | : | |
| | : | **PLAINTIFF'S REPLY** |
| CHRISTOPHER L. KEARNEY, | : | **MEMORANDUM IN SUPPORT OF** |
| | : | **ITS MOTION FOR ORAL** |
| Defendant. | : | **ARGUMENT OR ALTERNATIVE** |
| | | **LEAVE TO FILE A REPLY BRIEF** |

Plaintiff has requested no more than basic fairness in the opportunity to present its own Motion for Summary Judgment. The Court agreed to the filing of simultaneous briefs in lieu of an additional argument date. Defendant read Plaintiff's brief before filing his own and responded to those arguments. Plaintiff asks for an equal opportunity to respond to what it believes to be misstatements, unsupported factual assertions, incomplete and misleading citations to the contract and assertions directly contrary to the cited testimony contained in the defendant's response brief. It is in the spirit of fairness and a level playing field that Plaintiff makes this request.

          Respectfully submitted,

OF COUNSEL:

WOOD & LAMPING LLP

s/William R. Ellis
William R. Ellis (0012279)
Peter M. Burrell (0044139)
Amy Gasser Callow (0063470)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202-2409
(513) 852-6000

                        Trial Attorneys for Plaintiff
                        Jefferson-Pilot Life Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed with the Court by electronic means on this 27th day of August, 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ William R. Ellis
William R. Ellis
Trial Attorney for Plaintiff
Jefferson-Pilot Life Insurance Company

217517.1