UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JEFFERSON-PILOT LIFE INSURANCE
COMPANY,                                                NO: 1:02-CV-00479

      Plaintiff,

vs.

CHRISTOPHER L. KEARNEY, et al.,            O R D E R

      Defendants.

    The final pretrial conference previously scheduled by this Court for October 5, 2004, at 10:00 A.M., is hereby vacated until further order of the Court.

    SO ORDERED.


DATED: September 28, 2004                    /s/ S. Arthur Spiegel
                                                                   S. Arthur Spiegel
                                                                   United States Senior District Judge