UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INSURANCE CO., | : | No. 1:02-CV-00479 |
| Plaintiff, | : | |
| vs. | : | ORDER OF TRANSFER |
| CHRISTOPHER L. KEARNEY, et al., | : | |
| Defendants. | : | |

The above-captioned case is hereby transferred from the docket of The Honorable S. Arthur Spiegel to the docket of The Honorable Michael H. Watson.

SO ORDERED.

s/S. Arthur Spiegel
S. Arthur Spiegel
United States Senior District Judge


s/Michael H. Watson
Michael H. Watson
United States District Judge