UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jefferson-Pilot Life Insurance Company,
    Plaintiff,

v.   Case No. 1:02cv479
    (Watson, J.)

Christopher L Kearney, et al.,
    Defendants.

**NOTICE**

    Please take notice that the above-captioned case has been set for a scheduling conference before the Honorable Michael H. Watson:

Tuesday, November 9, 2004, at 10:00 am
Room 740 Potter Stewart U.S. Courthouse

Michael H. Watson
United States District Judge

 s/Barbara A. Crum
Courtroom Deputy

cc:  All Counsel
bac    October 27, 2004