UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jefferson-Pilot Life Ins., Co.,
    Plaintiff(s),

v.                                                              Case No. 1:02-479
                                                              (Watson, J.)

Christopher L. Kearney,
    Defendant(s).

## CIVIL MINUTES
### STATUS CONFERENCE

**HONORABLE MICHAEL H. WATSON, U.S. DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Grace Royalty
**COURT REPORTER:**
**DATE:** November 9, 2004                    **TIME:** 10:00 am

Attorney for Plaintiff(s): _____          Attorney for Defendant(s): _____

William Ellis                                Mike Roberts

Amy Callow                                   Eugene Morton

### PROCEDURES

_✓_ Counsel Present.

_____ Order to issue.

Remarks:
π + Δ gave the Court a history re: their oral argument b/f SAS on their cross motions for summary judgment + π's motion to bifurcate.

Court to issue a decision on cross motions for summary judgment in 30 days.

Court to schedule a conference after its decision issues.