UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INSURANCE COMPANY, | : | |
| | : | Case No. C-1-02-479 |
| | : | (Judge Arthur S. Spiegel) |
| Plaintiff, | : | (Magistrate Judge Hogan) |
| | : | |
| vs. | : | **ORDER WITHDRAWING** |
| | : | **DOCUMENT NO. 77** |
| CHRISTOPHER L. KEARNEY, | : | |
| | : | |
| Defendant. | : | |

On July 26, 2004, this Court issued an Order with respect to Plaintiff's Motion for Sanctions (Doc. 77). On September 10, 2004, the Court conducted an informal conference with the law firm representatives of counsel for the Plaintiff and counsel for the Defendant. The Court has now been advised that the issues about which the Court had concern in its Order of July 26, 2004 have been resolved to the satisfaction of both parties and the Court likewise is satisfied that its concerns have been appropriately addressed.

It is therefore ORDERED that Document No. 77, referring the Motion for Sanctions be withdrawn, and that all Motions for Sanctions, Responses and Replies filed by any party to date are rendered moot. It is further ORDERED that any future discovery disputes be brought to the attention of the Court by way of a request for a conference prior to the filing of any motion or memorandum.

IT IS SO ORDERED.

Judge Hogan

1/31/05