# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Jefferson-Pilot Life Insurance Company,

       Plaintiff(s),

       v.                             Case No. 1:02cv479

                                     (Judge Michael H. Watson)

Christopher L Kearney, et al.,

       Defendant(s).

---

## ORDER

---

      This matter is before the Court on Plaintiff's Motion for Order to Hear Oral Argument. (Doc. 90) The motion is hereby **GRANTED.** Oral argument will take place regarding Defendant Christopher L. Kearney's Motion for Summary Judgment on the Issue of Declaratory Judgment Only (Doc. 19) and Plaintiff Jefferson-Pilot Life Insurance Company's Motion for Summary Judgment (Doc. 31).

      Oral argument will be held before the Honorable Michael H. Watson on:

Wednesday, June 8, 2005, at 9:00 am
Room 836, Potter Stewart U.S. Courthouse

Michael H. Watson
United States District Judge

cc:   **All Counsel**
bac   May 6, 2005