UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jefferson-Pilot Life Ins., Co.,

    Plaintiff(s),

v.                          Case No. 1:02-479 (ev)

                           (Judge Michael H. Watson)

Christopher L. Kearney,

    Defendant(s).

## CIVIL MINUTES
**Motions Hearing (Docs. 19 & 31); Motions for Summary Judgment**

**HONORABLE MICHAEL H. WATSON, U.S. DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Grace Royalty
**COURT REPORTER:** Shandy Ehde, Draper + Oestreicher
**DATE:** June 8, 2005    **Commended** 12:10 pm  **Concluded** 1:05 pm  **Total TIME** :55 mins.

Attorney for Plaintiff(s):_____      Attorney for Defendant(s):_____

_William Ellis_                 _Michael Roberts_

### WITNESSES

### PROCEDURES
✓ Counsel Present
✓ Arguments heard on _Plf's motion for Summary Judgment (Doc 31)_
✓ Court's decision to follow.
___ Court ordered in open court that_____

Remarks: