IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JEFFERSON PILOT INSURANCE CO., et. al.,** | ) : | CASE NO. 02-479 |
| | ) : | Judge WATSON |
| **Plaintiff,** | ) : | MOTION SEEKING RULE 16 |
| vs. | ) | <u>PRETRIAL CONFERENCE</u> |
| **CHRISTOPHER L. KEARNEY,** | : ) | |
| **Defendant.** | | |

The defendant, Christopher Kearney, hereby prays that the Court schedule a Rule 16 Pretrial Conference in the above matter for purposes of discussing issues and matters set forth in Fed. R. Civ. P. Rule 16.

                                                        Respectfully submitted,

                                                        <u>/s Michael A. Roberts</u>
Michael A. Roberts, Esq. (0047129)
Graydon Head & Ritchey LLP
511 Walnut Street, Suite 1900
Cincinnati, OH  45202-3157
(513) 629-2799
(513) 651-3836 – fax
<u>mroberts@graydon.com</u>
*Trial Counsel For Defendant*

<u>Certificate Of Service / Electronic Filing</u>

      I hereby certify that the foregoing was filed electronically and thereby served on plaintiff's counsel, William R. Ellis, Esq., Wood & Lamping, 600 Vine Street, Suite 2500, Cincinnati, Ohio , 45202.

                                                        <u>/s Michael A. Roberts</u>