UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jefferson-Pilot Life Insurance Co.,

    Plaintiff,

v.

Christopher L Kearney, *et al.*,

    Defendants.

Case No. 1:02cv479

Judge Michael H. Watson

## ORDER

This matter is before the Court upon Defendant Christopher Kearney's Motion for a Rule 16 Conference with the Court. (Doc. 103) Plaintiff Jefferson-Pilot has filed a Response, and states that it has no opposition to a conference to discuss the status of this case. (Doc. 104) Defendant Christopher Kearney's Motion for a Rule 16 Conference with the Court (Doc. 103) is hereby **GRANTED**. This matter is set for a telephone conference on **February 10, 2006 at 11:30 a.m.** The parties are instructed to contact the Judge's chambers five minutes prior to 11:30 a.m. at (614) 719-3280.

**IT IS SO ORDERED.**

_____
Michael H. Watson, Judge
United States District Court