UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

06 MAR 30 PM 4:30

| | |
|---|---|
| JEFFERSON-PILOT LIFE INSURANCE COMPANY, | Case No. C-1-02-479 |
| Plaintiff, | (Judge Watson)<br>(Magistrate Judge Hogan) |
| vs. | **MOTION TO PERMIT PRO HAC VICE APPEARANCE OF JOHN E. MEAGHER** |
| CHRISTOPHER L. KEARNEY, | |
| Defendant. | |

William R. Ellis, of the law firm of Wood & Lamping, LLP in Cincinnati, Ohio, hereby moves this Court to allow John E. Meagher to appear and practice before this Court for the limited purpose of representing Plaintiff Jefferson-Pilot Life Insurance Company in the above-captioned action.

Mr. Ellis represents that John E. Meagher is a member of the Bar of the State of Florida, in good standing with the Supreme Court of Florida. A certified copy of Mr. Meagher's Certificate of Good Standing is attached hereto as Exhibit A.

Mr. Meagher agrees to subject himself to the Rules of the Court governing professional conduct. Mr. Meagher has not been the subject of any disciplinary action by the bar or courts of the State of Florida. Mr. Meagher has not been denied admission to the courts of any state or to any federal court.

**WHEREFORE**, William R. Ellis on behalf of John E. Meagher respectfully requests that the Court grant this Motion.

                      Respectfully submitted,

                      */s/ William R. Ellis*
                      William R. Ellis (21298)
                      WOOD & LAMPING, LLP
                      600 Vine Street, Suite 2500
                      Cincinnati, OH 45202
                      Telephone: (513) 852-6067
                      Telefax:   (513) 852-6087

                      Attorney for Plaintiff
                      Jefferson-Pilot Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by regular United States Mail, this 30th day of March, 2006, upon the following:

Michael A. Roberts, Esq.
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202-3157

Attorney for Defendant

                                                         */s/ William R. Ellis*
                                                         William R. Ellis
                                                         Attorney for Plaintiff
                                                         Jefferson-Pilot Life Insurance Company

269987.1

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### JOHN EDWARD MEAGHER

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **October 25, 1985**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this March 14, 2006.*

_____
Clerk of the Supreme Court of Florida

```
Thu Mar 30 16:17:39 2006

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH

Receipt No.    100 430091
Cashier        tt1

Tender Type  CHECK

Check Number: 0701

Transaction Type   C

Case No./Def No. 1:06-LB-ATTY  /  1

DO Code    Div No      Acct
 4661        1        6855XX

Amount              $      50.00

WOOD & LAMPING

1:02-CV-479 PRO HAC VICE FEE



Thu Mar 30 16:17:39 2006

Check No. 0701
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```