1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

- - -

```
JEFFERSON-PILOT LIFE          .  CIVIL ACTION NO. C-1-02-479
INSURANCE COMPANY, et al.,    .
                              .
          Plaintiffs,         .  Cincinnati, Ohio
                              .
       - v -                  .  Tuesday, August 17, 2004
                              .  3:00 p.m. Hearing
CHRISTOPHER L. KEARNEY,       .
                              .  Cross-Motions for Summary
          Defendant.          .  Judgment
..............................
```

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE S. ARTHUR SPIEGEL, JUDGE
TRANSCRIPT ORDERED BY:  William R. Ellis, Esq.

APPEARANCES:

For the Plaintiffs:    WOOD & LAMPING
                       BY:  William R. Ellis, Esq.
                       and  Amy Gasser Callow, Esq.
                       600 Vine Street
                       Suite 2500
                       Cincinnati, Ohio   45202

For the Defendant:     GRAYDON, HEAD & RITCHEY
                       BY:  Michael A. Roberts, Esq.
                       511 Walnut Street
                       Cincinnati, Ohio   45202

Also Present:          Mr. Christopher Kearney

Law Clerk:             Keith Syler, Esq.

Courtroom Clerk:       Kevin Moser

Court Reporter:        Mary Ann Ranz

- - -


EXHIBIT D

**8/18/04 Hearing Transcript**                                    **Page 1**

1   were for the previous month?
2           MR. ROBERTS:  On Residual Disability there's a
3   monthly form, and Mr. Kearney has filled them out dutifully.
4           THE COURT:  Okay.
5           MR. ROBERTS:  So, what they tell him, If your
6   earnings are at least 75 percent "the full benefit for Total
7   Disability will be payable."  The full benefit for Total
8   Disability is Waiver of Premium, COLA, Social Security
9   adjustment.  There's no -- there's no debating that.  Again,
10  Residual Disability, the amount of your Residual Disability
11  Benefit will be the percentage of your Basic Benefit and
12  Social Security Supplement.  Again, they restated it in the
13  proposal.
14     This is a pretty important sheet as well.  This is the
15  payment history on his claim.  Every row is a month of time,
16  and there's two of these:  One for each policy, because
17  there's really two policies.  But as you can see, every month
18  from '93 through sometime in 2000 -- 2000, when Mr. Kearney
19  was issued a check, two checks, by the insurance company in
20  North Carolina, two people -- there's two sets of initials --
21  confirmed that the payment was correct.  Two people, every
22  month, two checks a month.  That's four reviews a month times
23  7 or 8 years in the '90s.  It's hundreds of reviews.  Every
24  month he got the COLA; every month he got the Social Security
25  Supplement.