UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jefferson-Pilot Life Insurance Company,

    Plaintiff,

v.                                                                                    Case No. 1:02cv479

Christopher L. Kearney,                                        Judge Michael H. Watson

    Defendant.

**ORDER GRANTING MOTION TO PERMIT
*PRO HAC VICE* APPEARANCE
OF JOHN E. MEAGHER**

Before the Court is the Motion to Permit *Pro Hac Vice* Appearance of John E. Meagher (Doc. 109) filed on March 30, 2006.

John E. Meagher is an attorney in good standing admitted by the Supreme Court of Florida and consents to be subject to the jurisdiction and rules of this District governing professional conduct. Having satisfied the requirements of S.D. Ohio L.R. 83 for admission *Pro Hac Vice*, the March 30, 2006, Motion for Admission of John E. Meagher (Doc. 109), for representation of Plaintiff in this matter, is hereby **GRANTED.**

*Pro Hac Vice* counsel shall promptly comply with the Court's "Electronic Filing Policies and Procedures Manual" for civil cases, which can be found at the Court's website, www.ohsd.uscourts.gov. Specifically, all counsel should, if able, register for electronic filing, which also enables counsel to receive electronic notice of case events. The Court may elect to send notices only to local counsel if local counsel, but not *Pro Hac Vice* counsel, is authorized to receive electronic notices.

The Clerk of Courts is hereby DIRECTED to serve Attorney Meagher with all future pleadings, documents, orders, and other materials in this matter.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
Michael H. Watson, Judge
United States District Court