IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INSURANCE CO., | ) : | CASE NO. C-1-02-479 |
| Plaintiff, Counterclaim Defendant, | ) : | Judge Watson |
| vs. | ) : | Magistrate Judge Hogan |
| CHRISTOPHER L. KEARNEY, | ) : | |
| Defendant, Counterclaimant, and Third-Party Plaintiff, | ) : ) | NOTICE OF FILING OF EXHIBIT 1 TO REPLY MEMORANDUM |
| vs. | : ) | |
| DISABILITY MANAGEMENT SERVICES, INC. | : ) | |
| Third-Party Defendant. | : | |

Attached hereto is Exhibit 1 to defendant's **REPLY MEMORANDUM IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S DELINQUENT AND UNAPPROVED MOTION FOR SUMMARY JUDGMENT.**

Respectfully submitted,

s/ Michael A. Roberts
Michael A. Roberts, Esq.
GRAYDON HEAD & RITCHEY LLP
511 Walnut Street, Suite 1900
Cincinnati, OH 45202
(513) 629-2799
mroberts@graydon.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed electronically with the court and thereby served this 5th day of May 2006, upon plaintiff's counsel and counsel for the Third-Party Defendant.

s/ Michael A. Roberts