UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jefferson-Pilot Life Ins. Co..,

    Plaintiff,

v.   Case No. 1:02cv479

Christopher L Kearney,   Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court upon Plaintiff Jefferson-Pilot Life Insurance Company's Motion to Bifurcate. (Doc. 66) In light of this Court's ruling on the Parties' Motions for Summary Judgment (Doc. 105), Plaintiff's Motion to Bifurcate is DENIED as MOOT.

**IT IS SO ORDERED.**

          *S/Michael R. Barrett*
          Michael R. Barrett, Judge
          United States District Court