**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Jefferson-Pilot Life Ins., Co.,

    Plaintiff,

    v.                                Case No. 1:02cv479

Christopher L. Kearney,          Judge Michael R. Barrett

    Defendant.

## **NOTICE**

Please take notice that the above-captioned case has been set for a follow up status conference form September 27, 2006 before the Honorable Michael R. Barrett on:

        Wednesday, October 11, 2006, at 10:00 am
        Room 815, Potter Stewart U.S. Courthouse

        Michael R. Barrett, Judge
        United States District Court

        <u>s/Barbara A. Crum</u>
        Courtroom Deputy

cc:    All Counsel
       Patrick Fischer, Esq.
bac   October 10, 2006