**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Jefferson-Pilot Life Ins., Co.,

    Plaintiff,

    v.                                                                  Case No.  1:02cv479

Christopher L. Kearney,                                      Judge Michael R. Barrett

    Defendant.

**NOTICE**

Please take notice that the above-captioned case has been set for a follow up status conference on November 3, 2006 before the Honorable Michael R. Barrett. Counsel will not be prepared due to unforeseen circumstances and is therefore **VACATED**.  Counsel will contact the Court as to their availability as soon as possible.

                                              Michael R. Barrett, Judge
                                              United States District Court

                                               s/Barbara A. Crum
                                              Courtroom Deputy

cc:   All Counsel
bac       November 2, 2006