UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jefferson-Pilot Life Ins., Co.,

    Plaintiff,

    v.                                              Case No. 1:02cv479

Christopher L. Kearney,                             Judge Michael R. Barrett

    Defendant.

## NOTICE

Please take notice that the above-captioned case has been set for a follow up status conference[1] before the Honorable Michael R. Barrett on:

**November 22, 2006 at 10:30 am, Room 815**

    Michael R. Barrett, Judge
    United States District Court

     s/Barbara A. Crum
    Courtroom Deputy

cc:    All Counsel
bac    November 16, 2006

---

[1] Counsel will participate in person and shall report to Room 815