## Amy Gasser Callow

**From:** William R. Ellis
**Sent:** Tuesday, November 14, 2006 11:59 AM
**To:** Amy Gasser Callow
**Subject:** FW: Kearney


**From:** Roberts, Michael A. [mailto:MRoberts@Graydon.com]
**Sent:** Sunday, November 12, 2006 7:48 PM
**To:** William R. Ellis
**Subject:** RE: Kearney

You want me to state what happened before I get discovery of what happened? Seems backward to me.

Mike


**From:** William R. Ellis [mailto:WREllis@WoodLamping.com]
**Sent:** Wednesday, October 18, 2006 3:40 PM
**To:** Roberts, Michael A.
**Subject:** RE: Kearney

**I apologize if I misunderstood. It would be helpful however if you made me aware of any specific acts you believe occurred so that we can best focus the discovery efforts to suit the claims. Thanks,**

*William R. Ellis*

Confidentiality Notice
The information contained in the E-mail message is attorney privileged and confidential information intended only for the use of the individual or entity names above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at 513-852-6000.


**From:** Roberts, Michael A. [mailto:MRoberts@Graydon.com]
**Sent:** Wednesday, October 18, 2006 2:34 PM
**To:** William R. Ellis
**Cc:** Roberts, Michael A.
**Subject:** RE: Kearney

That's not what I told J Barrett. I told him "By Friday I'd list the discovery we need and the reasons we need it." Thanks for confirming that you did not hear that correctly. I wouldn't want that misundersatnding to fester.

Regards, Mike



11/20/2006

**From:** William R. Ellis [mailto:WREllis@WoodLamping.com]
**Sent:** Wednesday, October 18, 2006 2:23 PM
**To:** Roberts, Michael A.
**Subject:** Kearney

Mike, confirming what you told Judge Barrett, I think that by disclosing the specific allegations of actions by my clients as to each of your claims, we should be able to focus on the issues you wish to discover and resolve disagreements, if any, in our meeting with the court on the 3rd. Please E-mail me your specifics on Friday and I will endeavor to respond early next week as to whatever issues you raise and any that may require additional discussion.

*William R. Ellis*

Confidentiality Notice
The information contained in the E-mail message is attorney privileged and confidential information intended only for the use of the individual or entity names above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at 513-852-6000.

11/20/2006