IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JEFFERSON-PILOT LIFE INSURANCE CO.,** | ) : ) | **CASE NO. C-1-02-479** |
| **Plaintiff** | ) : ) | **JUDGE BARRETT** <br> **Magistrate Judge Hogan** |
| vs. | : ) | |
| **CHRISTOPHER L. KEARNEY,** | : ) | **NOTICE OF FILING** |
| **Defendant.** | : ) | <u>**OF EXHIBIT 6 DOC. 124**</u> |
| vs. | : ) | |
| **DISABILITY MANAGEMENT SERVICES, INC.** | : ) : | |
| **Third-party Defendant** | ) | |

    The defendant, Christopher Kearney, hereby gives Notice of the separate filing of Exhibit 6 to Document 124, attached. Due to its bulk, it could not be filed at the time Document 124 was filed (yesterday).

        Respectfully submitted,

        s/ Michael A. Roberts
        Michael A. Roberts, Esq.
        GRAYDON HEAD & RITCHEY LLP
        511 Walnut Street, Suite 1900
        Cincinnati, OH 45202
        (513) 629-2799
        (513) 651-3836 - fax
        mroberts@graydon.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing has been filed electronically with the court and thereby served this 30th day of November, 2006, upon William R. Ellis, Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, OH 45202.

        s/ Michael A. Roberts

1247149.1