IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INSURANCE CO., | ) : ) | CASE NO. C-1-02-479 |
| Plaintiff | : ) | JUDGE BARRETT<br>Magistrate Judge Hogan |
| vs. | : ) | |
| CHRISTOPHER L. KEARNEY, | : ) : ) | MOTION TO MANUALLY FILE UNDER SEAL EXHIBIT 1 TO DOCUMENT 124 |
| Defendant. | : ) | |
| vs. | : ) | |
| DISABILITY MANAGEMENT SERVICES, INC. | : ) : | |
| Third-party Defendant | ) | |

The defendant, Christopher Kearney, hereby moves the court for permission to file under seal and manually Exhibit 1 to Document 124. A Memorandum in Support is attached. Due to its bulk, it could not be filed at the time Document 124 was filed (yesterday).

Respectfully submitted,

s/ Michael A. Roberts
Michael A. Roberts (0047129)
*Attorney for Defendant*
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202-3157
Phone: (513) 629-2799
Fax:    (513) 651-3836
E-mail: mroberts@graydon.com

## **MEMORANDUM IN SUPPORT**

As discussed with the Court's Law Clerk, on November 29, 2006, and as displayed by the courtesy copy of Exhibit 1 to document 124 shared with the Court on November 29, 2006, the several hundred page Exhibit 1 contains an extraordinary volume of private medical, financial and other information relating to the defendant, Chris Kearney. For that reason, the defendant moves the Court for permission to file the entire Exhibit manually and under seal.

Respectfully submitted,

s/ Michael A. Roberts
Michael A. Roberts, Esq.
GRAYDON HEAD & RITCHEY LLP
511 Walnut Street, Suite 1900
Cincinnati, OH 45202
(513) 629-2799
(513) 651-3836 - fax
mroberts@graydon.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed electronically with the court and thereby served this 30th day of November, 2006, upon William R. Ellis, Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, OH 45202.

s/ Michael A. Roberts

1247067.1