UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jefferson-Pilot Life Ins. Co..,

    Plaintiff,

    v.                                         Case No. 1:02cv479

Christopher L Kearney,               Judge Michael R. Barrett

    Defendant.

## **ORDER**

This matter is before the Court upon Defendant Christopher Kearney's Motion to Manually File under Seal Exhibit 1 to Document 124.  (Doc. 126)  For good cause shown, the Court hereby **GRANTS** Defendant's Motion (Doc. 126).  Defendant is hereby **ORDERED** to manually file Exhibit 1 to Document 124 within **ten (10) days** of entry of this order.

    **IT IS SO ORDERED.**

                                                      */s/ Michael R. Barrett*
                                                      Michael R. Barrett, Judge
                                                      United States District Court