IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



FILED
DEC 0 7 2006
JAMES BONINI, Clerk
CINCINNATI, OHIO

| | | |
|---|---|---|
| **JEFFERSON-PILOT LIFE INSURANCE CO.,** | ) : ) | CASE NO. C-1-02-479 |
| Plaintiff | : ) | JUDGE BARRETT<br>Magistrate Judge Hogan |
| vs. | : ) | |
| **CHRISTOPHER L. KEARNEY,** | : ) | NOTICE OF MANUAL FILING |
| Defendant. | : ) | UNDER SEAL OF DOC 124, EXH 1 |
| vs. | : ) | |
| **DISABILITY MANAGEMENT SERVICES, INC.** | : ) : | |
| Third-party Defendant | ) | |

Pursuan to this Court's December 6, 2006, Order (*Doc. 127*) the defendant hereby files under seal and manually Exh. 1 to Document No. 124.

Respectfully submitted,

s/ Michael A. Roberts
Michael A. Roberts, Esq.
GRAYDON HEAD & RITCHEY LLP
511 Walnut Street, Suite 1900
Cincinnati, OH 45202
(513) 629-2799
(513) 651-3836 - fax
mroberts@graydon.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed electronically with the court and thereby served this 5th day of December, 2006, upon William R. Ellis, Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, OH 45202.

s/ Michael A. Roberts

1243518.1