IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON-PILOT LIFE INS. CO., ) | CASE NO. C-1-02-479 |
| Plaintiff, ) | JUDGE BARRETT |
|  | Magistrate Judge Hogan |
| vs. ) |  |
| CHRISTOPHER L. KEARNEY, ) |  |
| Defendant, ) |  |
|  | NOTICE OF DEPOSITION |
| vs. ) | OF DISABILITY MANAGEMENT |
|  | SERVICES, INC. |
| DISABILITY MANAGEMENT ) |  |
| SERVICES, INC., ) |  |
| Third-Party Defendant. |  |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6), counsel for Christopher Kearney in the above matter will conduct the deposition of Disability Management Services, Inc. at the offices of Accurate Court Reporting, 1500 Main Street, Springfield, Massachusetts at 8:30 a.m. on Friday, February 2, 2007. Such deposition will be conducted before a notary public or other officer duly authorized to administer oaths. The Deponent is further notified that the deposition shall continue from day to day until completed, and you may appear and take such part in the examination as you be advised and shall be fit and proper.

With reasonable particularity, the deponent(s) is required to provide testimony on the following subject matters:

1. The relationship between Jefferson-Pilot and DMS, including but not limited to the precise scope/limit of the DMS' duties;

2. The information, communications, and documentation (including electronic communications) shared between JP and DMS regarding claim administration generally and Chris Kearney specifically;

3. Training provided to claims administration representatives of DMS;

4. Documents and materials of DMS which relate to or refer to claim administration of psychiatric disability claims and/or residual disability claims;

5. DMS privacy protection policies and practices since 1999;

6. DMS' claim settlement practices;

7. DMS and JP's affirmative claims, defenses, answers to interrogatories, and production of documents in this action.

8. DMS' quality assurance programs if any;

9. Documents exchanged between the JP and DMS prior to the execution of any claim administration agreement; and

10. Documents exchanged between JP and DMS subsequent to the execution of any agreement, including all reports referenced in the Agreement between JP and DMS.

Dated: January 17, 2007

OF COUNSEL:

GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio  45201
(513) 621-6464
Cincinnati, Ohio  45201

Respectfully submitted,

/s Michael A. Roberts
Michael A. Roberts (0047129)
GRAYDON HEAD & RITCHEY LLP
Trial Attorney for Plaintiff
1900 Fifth Third Center
511 Walnut Street
(513) 629-2799
(513) 651-3836
mroberts@graydon.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above was filed electronically with the ECF system and was thereby electronically served this 17th day of January 2007, on William R. Ellis, Wood & Lamping, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202 and John Meagher, Shutts & Bowen LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, Fl. 33131.

/s Michael A. Roberts

2