IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON-PILOT LIFE INS. CO.,) : | CASE NO. C-1-02-479 |
| Plaintiff, ) : | JUDGE BARRETT |
| vs. ) : | Magistrate Judge Hogan |
| CHRISTOPHER L. KEARNEY, ) : | |
| Defendant, ) : | NOTICE OF |
| vs. ) : | DEPOSITION OF |
| DISABILITY MANAGEMENT SERVICES, INC. ) : ) | <u>WILLIAM HUGHES</u> |
| Third-Party Defendant. : | |

    PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, counsel for Christopher Kearney in the above matter will conduct the deposition of William Hughes at the offices of Accurate Court Reporting, 1500 Main Street, Springfield, Massachusetts at 1:00 p.m. on Thursday, February 1, 2007. Such deposition will be conducted before a notary public or other officer duly authorized to administer oaths and shall continue day-to-day until completed. You may appear and take such part in the examination as you be advised and shall be fit and proper.

Dated: January 17, 2007

OF COUNSEL:

GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45201
(513) 621-6464
Cincinnati, Ohio 45201

Respectfully submitted,

<u>/s Michael A. Roberts</u>
Michael A. Roberts (0047129)
GRAYDON HEAD & RITCHEY LLP
Trial Attorney for Kearney
1900 Fifth Third Center
511 Walnut Street
(513) 629-2799
(513) 651-3836
mroberts@graydon.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above was filed electronically with the ECF system and was thereby electronically served this 17th day of January 2007, on William R. Ellis, Wood & Lamping, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202 and John Meagher, Shutts & Bowen LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, Fl. 33131.

/s Michael A. Roberts