**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **JEFFERSON-PILOT LIFE INS. CO.,)** | **CASE NO. C-1-02-479** |
| : | |
| **Plaintiff,** ) | **JUDGE  BARRETT** |
| : | **Magistrate Judge Hogan** |
| **vs.** ) | |
| : | |
| **CHRISTOPHER L. KEARNEY,** ) | |
| : | |
| **Defendant,** ) | |
| : | **NOTICE OF** |
| **vs.** ) | **CONTINUATION OF** |
| : | **DEPOSITION OF** |
| **DISABILITY MANAGEMENT** ) | **ROBERT MILLS** |
| **SERVICES, INC.** : | |
| ) | |
| **Third-Party Defendant.** : | |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, counsel for Christopher Kearney in the above matter will conclude the deposition of Robert Mills (i.e., 2 hours) at the offices of Accurate Court Reporting, 1500 Main Street, Springfield, Massachusetts at 10:00 a.m. on Thursday, February 1, 2007.  Such deposition will be conducted before a notary public or other officer duly authorized to administer oaths. The Deponent is further notified that the deposition shall continue from day to day until completed, and you may appear and take such part in the examination as you be advised and shall be fit and proper.


Dated: January 17, 2007                         Respectfully submitted,

OF COUNSEL:

                                                /s Michael A. Roberts_____ _____
GRAYDON HEAD & RITCHEY LLP                      Michael A. Roberts (0047129)
1900 Fifth Third Center                         GRAYDON HEAD & RITCHEY LLP
511 Walnut Street                               Trial Attorney for Kearney
Cincinnati, Ohio  45201                         1900 Fifth Third Center
(513) 621-6464                                  511 Walnut Street
Cincinnati, Ohio  45201                         (513) 629-2799
                                                (513) 651-3836
                                                mroberts@graydon.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above was filed electronically with the ECF system and was thereby electronically served this 17th day of January 2007, on William R. Ellis, Wood & Lamping, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202 and John Meagher, Shutts & Bowen LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, Fl. 33131.

/s Michael A. Roberts