UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JEFFERSON-PILOT INSURANCE
COMPANY,

    Plaintiff,

vs.

CHRISTOPHER L. KEARNEY,

    Defendant.

Case No. C-1-02-479

(Judge Barrett)

**SUPPLEMENTAL PRIVILEGE LOG**

Pursuant to agreement with the Court, DMS has undertaken an electronic search of its existing email files. The electronic email files retrieved have been produced to Counsel under a separate cover. The following documents have not been produced subject to a claim of privilege as specified below.

| **Document Number** | **Document Identity** | **Date** |
|---|---|---|
| 3 | Privileged communication between Adam Formus and Kathleen Lyons regarding draft of affidavit | 11-15-06 |
| 8 | Privileged email correspondence between William Dempsey and Todd Ditmar regarding correspondence to Mr. Kearney | 10-11-00 |
| 10 | Privileged email correspondence between Adam Formus and Jaclyn Alibozek regarding updated information for Mr. Kearney | 11-15-06 |
| 12 | Privileged communication between Adam Formus and Jaclyn Smegal and Robert Mills regarding Christopher Kearney | 4-24-06 |
| 15 | Privileged communication between Adam Formus and Kathleen Lyons regarding Ms. Lyons' affidavit | 11-17-06 |
| 17 | Privileged attorney work product by and between Stephanie Farabow, William Dempsey, Adam Formus, Robert Mills, William Hughes and Geraldine Johnson regarding responses to | 6-3-03 |

| **Document Number** | **Document Identity** | **Date** |
|---|---|---|
| | document requests | |
| 25 | Privileged correspondence by and between Adam Formus, Kathleen Lyons and Ryan DeMaw regarding search of electronic files | 11-15-06 and 11-27-06 |
| 30 | Privileged communication between Adam Formus and Kathleen Lyons regarding work on Kearney claim | 11-10-06 |

Respectfully submitted,

s/Amy Gasser Callow
William R. Ellis (0012279)
Amy Gasser Callow (0063470)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202-2491
(513) 852-6000 (Telephone)
(513) 852-6087 (Fax)

John Meagher
Shutts & Bowen LLP
1500 Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131

Trial Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed with the Court by electronic means on this 26th day of January 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                      s/Amy Gasser Callow  
                                                      Amy Gasser Callow, Esq.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon the following this 26th day of January, 2007, by electronic mail:

Michael A. Roberts
Graydon, Head & Ritchey
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202

      s/Amy Gasser Callow
      Amy Gasser Callow, Esq.

307447.1