UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT INSURANCE COMPANY, | : | |
| | : | Case No. C-1-02-479 |
| Plaintiff, | : | Judge Michael Barrett |
| vs. | : | |
| | : | **JOINT MOTION FOR** |
| CHRISTOPHER L. KEARNEY, | : | **EXTENSION OF TIME** |
| Defendant | : | |

Now come the parties, by and through their counsel, and jointly move for an Extension of Time to file the Pretrial Stipulations and the Joint Final Pretrial Statement until March 14, 2007. This extension is required due to the scheduling conflicts of counsel and the need for more time to agree to the stipulations. This Extension, in itself, will not prejudice the current trial date or any other dates at issue in the case.

Respectfully submitted,

s/ William R. Ellis
William R. Ellis (21298)
WOOD & LAMPING LLP
600 Vine Street, Suite 2500
Cincinnati, OH  45202
Telephone:    (513) 852-6067
Telefax:    (513) 852-6087
E-mail:    wrellis@woodlamping.com

Attorneys for Plaintiff
Jefferson-Pilot Life Insurance Company
and Cross-Claim Defendant, Disability
Management Services, Inc.

        Michael A. Roberts (0041129)
        Attorney for Christopher Kearney
        Graydon, Head & Ritchey LLP
        Fifth Third Center
        511 Walnut Street, Suite 1900
        Cincinnati, OH  45202-3157
        Telephone:  (513) 629-2799
        Telecopier:  (513 651-3836
        E-mail:	mroberts@graydon.com

        Attorney for Christopher Kearney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to counsel of record via the CM/ECF electronic filing system this 9th day of March, 2007.

        *s/ William R. Ellis*
        William R. Ellis
        Trial Attorney for Plaintiff
        Jefferson-Pilot Life Insurance Company,
        and Cross-Claim Defendant, Disability
        Management Services, Inc.

312122.1