**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Jefferson-Pilot Life Ins. Co..,

    Plaintiff,

v.                                                            Case No. 1:02cv479

Christopher L Kearney,                          Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court upon the Parties Joint Motion for Extension of Time (Doc. 141). In light of the status conference held in this matter on March 16, 2007, the Parties' Motion is hereby **DENIED as MOOT**.

**IT IS SO ORDERED.**

                                                             */s/ Michael R. Barrett*
                                                             Michael R. Barrett, Judge
                                                             United States District Court