UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON-PILOT LIFE INSURANCE COMPANY, | CASE NO. C-1-02-479 |
| | (Judge Watson) |
| Plaintiff/Counter Defendant, | (Magistrate Judge Hogan) |
| vs. | **MOTION FOR PROTECTIVE ORDER** |
| CHRISTOPHER L. KEARNEY, | |
| Defendant/Counter Plaintiff. | |

Pursuant to the Court's March 14, 2007, Order (Doc. 142), plaintiff Jefferson-Pilot Insurance Company moves this Court for an order to enter the attached Protective Order. Jefferson-Pilot Insurance Company has provided the attached proposed order to counsel for defendant Christopher L. Kearney, who has not provided his assent or objection to the same. Therefore, Jefferson-Pilot Insurance Company requests the Court sign and enter the attached order so discovery may proceed.

The factual and legal bases for this motion are set forth in the attached memorandum in support.

Respectfully submitted,

/s Amy Gasser Callow
William R. Ellis (0012279)
Amy Gasser Callow (0063470)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH  45202-2491
Telephone:   (513) 852-6000
Telefax:        (513) 852-6087
E-mail:         wrellis@woodlamping.com

OF COUNSEL:                             John E. Meagher (511099)
                                        SHUTTS & BOWEN LLP
                                        201 S. Biscayne Boulevard
                                        1500 Miami Center
                                        Miami, Florida  33131
                                        Telephone:  (305) 358-6300
                                        Telecopier:  (305) 381-9982
                                        E-mail:     JMeagher@Shutts-law.com

                                        Attorneys for Plaintiff, Jefferson-Pilot Life
                                        Insurance Company and Cross-Claim Defendant,
                                        Disability Management Services, Inc.

### *MEMORANDUM IN SUPPORT*

On March 14, 2007, the Court entered an Order directing the parties to work cooperatively to reach an agreement regarding the confidentiality of the Jefferson-Pilot and DMS 1999 Administrative Services Agreement.  (Doc. 142, p. 2).  The Court directed the parties to tender an order to it that sets forth the terms of a confidentiality agreement covering the documents.  (Doc. 142, p. 2).  To this end, Jefferson-Pilot's counsel sent to Kearney's counsel a proposed order on April 13, 2007 (a copy of which is attached to this motion as Exhibit A), and requested comments or changes to the same.  On April 18, 2007, counsel for Kearney responded and asked if there was already a protective order in the case and if so, that should be sufficient. On the same day, counsel for Jefferson Pilot responded and stated she did not believe there was a protective order in the case and that the proposed order was preferable since it specifically addresses the documents in question.  (A copy of the email string regarding the protective order is attached as Exhibit B).  Counsel for Kearney did not respond.  On April 3, 2007, counsel for Jefferson-Pilot again requested that counsel for Kearney respond to the proposed protective order

2

and also informed him that if we heard no response by May 3, 2007, Jefferson-Pilot would present the proposed order to the Court for filing. (A copy of the letter is attached as Exhibit C). To date, counsel for Kearney has not responded. Therefore, Jefferson-Pilot requests that the Court enter the attached order. After the protective order is entered, Jefferson-Pilot will produce the confidential information to Kearney.

                                      Respectfully submitted,

                                      s/ Amy Gasser Callow

                                      William R. Ellis (0012279)
                                      Amy Gasser Callow (0063470)
                                      WOOD & LAMPING LLP
                                      600 Vine Street, Suite 2500
                                      Cincinnati, Ohio 45202-2941
                                      Telephone:  (513) 852-6000
                                      Telefax:     (513) 852-6087
                                      E-mail:     wrellis@woodlamping.com

Of COUNSEL:                    John E. Meagher (511099)
                                      SHUTTS & BOWEN LLP
                                      201 S. Biscayne Boulevard
                                      1500 Miami Center
                                      Miami, Florida  33131
                                      Telephone:  (305) 358-6300
                                      Telecopier: (305) 381-9982
                                      E-mail:      JMeagher@Shutts-law.com

                                      Attorneys for Plaintiff
                                      Jefferson-Pilot Life Insurance Company
                                      and Cross-Claim Defendant, Disability
                                      Management Services, Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been filed with the Court by electronic means on this 3rd day of May, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 s/ Amy Gasser Callow
                                                 William R. Ellis

                                                 Trial Attorney for Plaintiff
                                                 Jefferson-Pilot Life Insurance Company,
                                                 and Cross-Claim Defendant, Disability
                                                 Management Services, Inc.

317442.1