UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON-PILOT INSURANCE COMPANY, | Case No. C-1-02-479 |
| Plaintiff, | Judge Michael Barrett |
| vs. | |
| CHRISTOPHER L. KEARNEY, | **PROTECTIVE ORDER** |
| Defendant | |

The Court finds that the confidentiality of certain documents and information produced between the parties during the course of this litigation should be preserved through an Agreed Confidentiality Order. This Order applies to both previously produced information and any future productions.

Based upon the stipulation of the Parties, it is hereby

ORDERED that documents and information, including deposition transcripts and discovery responses, designated as "confidential" or previously designated as "confidential" ("Confidential Documents") shall be treated as confidential as provided for in this Order and shall not be produced or provided to any person, party, or entity who is not entitled to access as specifically set forth below; it is further

ORDERED that any party may challenge or object to the designation of a document, deposition or other information as "Confidential" by filing the objection within 14 days of the designation. The designating party may then respond in accordance with the Local Rules; it is further

EXHIBIT A

ORDERED that access to the Confidential Documents shall be limited to (1) the Parties; (2) the Parties' counsel in this action and their secretaries, legal assistants, and other support staff; (3) the jury, the Court, and the Court's secretaries and employees, including court reporters; (4) experts retained or consulted in this cause by any Party; and (5) court reporters and videographers involved in the taking of any depositions, including any employees thereof; it is further

ORDERED that prior to the disclosure of the Confidential Documents to any person identified in section (4) of the preceding paragraph, such person shall be shown a copy of this Order and shall agree in writing to be bound by its terms; it is further

ORDERED that any person who shall obtain access to the Confidential Documents pursuant to the order shall use such Confidential Documents only in connection with the prosecution or defense of this action and for no other purpose whatsoever; it is further

ORDERED that nothing herein shall affect the right of the Party disclosing the Confidential Document(s) in question to use such Confidential Document(s) in any way; it is further

ORDERED that in the event a Party is required to produce the Confidential Documents in response to a subpoena or court order, that Party shall give 14 days notice, or if 14 days is not feasible, sufficient advance notice to the other Party to enable it to seek protection; it is further

ORDERED that within thirty days after the termination of this litigation, the Parties shall upon written request return the Confidential Documents and <u>all</u>

                                        MICHAEL R. BARRETT
                                        United States District Judge

Counsel for Plaintiff

**William R. Ellis** (0012279)
**Amy Gasser Callow** (0063470)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202-2491
(513) 852-6000 (Telephone)
(513) 852-6087 (Fax)

**John E. Meagher**
Shutts & Bowen LLP
1500 Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131

Counsel for Defendant
**Michael A. Roberts**
Graydon Head & Ritchey
1900 Fifth Third Center
Cincinnati, OH 45202

315626