## Amy Gasser Callow

**From:** Amy Gasser Callow
**Sent:** Wednesday, April 18, 2007 2:01 PM
**To:** 'Roberts, Michael A.'
**Subject:** RE: Kearney

I don't think that we do. If you have a reference I'll look at and whatever amendment you propose. My preference would be to work from the one I sent you since it specifically addresses the documents that I am ready to send you as soon as we reach agreement. Amy

**From:** Roberts, Michael A. [mailto:MRoberts@Graydon.com]
**Sent:** Wednesday, April 18, 2007 1:39 PM
**To:** Amy Gasser Callow
**Cc:** Roberts, Michael A.
**Subject:** RE: Kearney

havent we already signed a protective order in this case? If so, it should be sufficient, or could be amended.

Mike

**From:** Amy Gasser Callow [mailto:AGCallow@WoodLamping.com]
**Sent:** Friday, April 13, 2007 4:52 PM
**To:** Roberts, Michael A.
**Cc:** William R. Ellis
**Subject:** FW: Kearney

Dear Mike:

Attached please find a proposed Agreed Protective Order that addresses the confidentiality of the Claims Assessment Agreement and Amendment between DMS and Jefferson-Pilot. I am in receipt of the copies you returned to Bill Ellis and will reissue a copy to you appropriately marked "confidential" as required by the Court's Order of 3-14-07. In that Order the Judge also asked us to work cooperatively to reach an Agreement regarding the confidentiality of the documents. Please review the attached and if this is acceptable, I will submit it to the Court. By my calculation, it is due on Monday, April 16, 2007. If you have any proposed changes, please let me know. Thank you.

Amy Gasser Callow
agcallow@woodlamping.com

mailgate.firm.woodlamping.com made the following annotations
-----------------------------------------------------------

The information contained in the E-mail message is attorney privileged and confidential information intended only for the use of the individual or entity names above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at 513-852-6000.

Disclosure: Nothing contained herein or in any attachment hereto is intended to be used, or can be used, to avoid penalties under the Internal Revenue Code.

EXHIBIT B

4/26/2007

This message has been content scanned by the Tumbleweed MailGate. MailGate uses policy enforcement to scan for known viruses, spam, undesirable content and malicious code. For more information on Tumbleweed products please visit www.tumbleweed.com.
------------------------------------------------------------------

4/26/2007