# WOOD & LAMPING LLP
SINCE 1927

ATTORNEYS AT LAW

600 VINE STREET, SUITE 2500
CINCINNATI, OHIO 45202-2491
TELEPHONE (513) 852-6000
FAX (513) 852-6087

WOOD, LAMPING & LEHNER LLP
208 WALNUT STREET
LAWRENCEBURG, INDIANA 47025
TELEPHONE (812) 537-2375
FAX (812) 537-2368

www.woodlamping.com

KENNETH J. SCHNEIDER
WILLIAM R. ELLIS
HAROLD G. KORBEE
PAUL R. BERNINGER
ROBERT P. MALLOY
JEFFREY M. ROLLMAN
MARK S. RECKMAN
JAN M. FRANKEL
GARY J. DAVIS
JAMES B. HARRISON
HENRY E. MENNINGER, JR.
C.J. SCHMIDT III
THOMAS M. WOEBKENBERG
JEFFREY P. McSHERRY
ARTHUR D. WEBER, JR.
THOMAS J. BREED
LISA D. LEHNER

ELIZABETH A. HORWITZ
JOHN W. EILERS
PETER M. BURRELL
LISA M. RAMMES
TIMOTHY A. GARRY, JR.
DOUGLAS L. WESTENDORF
RAYMOND J. PIKNA, JR.
ROCCINA S. NIEHAUS
THOMAS R. BLONDELL
EDWARD D. BENDER
KEVIN K. FRANK
V. BRANDON MCGRATH
JEFFREY D. FORBES
JOEL F. McGUIRE
E. WEDNESDAY OSTER
RAYAN F. COUTINHO, Ph.D.
MICHAEL J. MENNINGER

*Counsel*
ROBERT F. RECKMAN
WILLIAM H. EDER, JR.
BRIAN P. GILLAN
AMY GASSER CALLOW

JOHN WOOD II (1917-1998)
FRED C. LAMPING (1903-1989)
ALBERT H. NEMAN (1929-2003)
HARRY M. HOFFHEIMER
(1913- 2006)

DIRECT DIAL: 513-852-6067
E-MAIL: wrellis@woodlamping.com

April 30, 2007

Michael A. Roberts, Esq.
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202-3157

RE: *Jefferson-Pilot Insurance Company v. Christopher L. Kearney*
Case No. C-1-02-479

Dear Mike:

Please advise as to your review of the Agreed Protective Order Amy Callow sent you a couple of weeks ago. I have your copy of the Administrative Services Agreement and Amendment, marked as "CONFIDENTIAL" and ready to send to you as soon as we reach agreement on the terms of a Protective Order to be submitted to the Court. If I do not hear from you by May 3, 2007, I will go ahead and submit the proposed Protective Order drafted by our office to the Court.

Sincerely,

*William R. Ellis*

William R. Ellis

WRE:rd
cc: John Meagher, Esq.
316886.1

EXHIBIT C