UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jefferson-Pilot Life Ins., Co.,

    Plaintiff,

    v.                                Case No. 1:02cv479

Christopher L. Kearney, et al.,       Judge Michael R. Barrett

    Defendants.

## NOTICE

Please take notice that the above-captioned case has been set for a status conference[1] regarding current pending motions[2] before the Honorable Michael R. Barrett on:

**Wednesday, May 23, 2007 at 9:30 am, Room 815**

                                      Michael R. Barrett, Judge
                                      United States District Court

                                      s/Barbara A. Crum
                                      Courtroom Deputy

cc:    All Counsel
bac    May 8, 2007

---

[1] Counsel will participate in person and shall report to Room 815

[2] Plaintiff's Motion for Return of Documents (Doc. 145); Plaintiff's Motion to Compel (Doc. 146); and Plaintiff's Motions for Protective Order (Docs. 147 & 148)