**Michael A. Roberts**
Direct Dial: (513) 629-2799
E-Mail: mroberts@graydon.com

April 28, 2004

**VIA FACSIMILE & REGULAR MAIL**

William R. Ellis, Esq.
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202

    Re:    *Jefferson-Pilot v. Kearney*

Dear Bill:

    For 8 months Mr. Kearney has been waiting the promised privileged log. Below are documents we know to have been withheld. I suspect that many of these missing documents relate directly to the issue on which we are set to have a hearing in May. I, therefore, demand their immediate production.

| | | | |
|---|---|---|---|
| 2590 | 2779 | 2883 | 2998 – 3004 |
| 2594 | 2781 – 2784 | 2889 | 3006 – 3008 |
| 2599 - 2681 | 2786 | 2907 | 3014 – 3016 |
| 2683 | 2792 | 2909 | 3068 |
| 2688 | 2810 | 2911 | 3070 – 3075 |
| 2698 | 2814 | 2914 | 3091 |
| 2726 | 2815 | 2927 | 3095 – 3101 |
| 2728 | 2819 | 2929 | 3105 – 3109 |
| 2730 | 2820 | 2931 | 3111 – 3112 |
| 2731 | 2825 | 2932 | 3122 |
| 2732 | 2827 | 2934 | 3132 |
| 2734 – 2740 | 2832 | 2935 | 3135 |
| 2742 | 2834 | 2938 | 3151 |
| 2745 – 2752 | 2841 | 2939 | 3152 |
| 2759 | 2847 | 2941 – 2944 | 3208 |
| 2762 | 2849 | 2949 | 3247 |
| 2772 | 2850 | 2963 | 3318 |
| 2774 | 2853 | 2978 | 3331 |
| 2777 | 2882 | 2984 | 3333 – 3336 |

William R. Ellis, Esq.
April 28, 2004
Page 2

| | | | |
|---|---|---|---|
| 3350 | 3430 – 3450 | 3608 – 3610 | 3674 |
| 3356 – 3358 | 3468 | 3616 | 3677 – 3678 |
| 3366 – 3368 | 3474 | 3619 | 3680 |
| 3372 | 3480 | 3623 | 3686 |
| 3374 | 3493 | 3625 | 3691 |
| 3376 | 3497 | 3639 | 3695 |
| 3377 | 3503 | 3643 – 3646 | 3697 |
| 3382 | 3508 | 3648 | 3705 |
| 3385 – 3388 | 3509 | 3649 | 3707 – 3717 |
| 3390 | 3519 | 3651 | 3719 – 3724 |
| 3392 – 3397 | 3528 | 3655 | 3726 – 3773 |
| 3399 – 3413 | 3544 | 3666 | 3776 – 3780 |
| 3419 | 3547 | 3668 | 3783 |
| 3421 – 3423 | 3551 | 3669 | 3785 |
| 3428 | 3579 | 3671 | |

Sincerely,

GRAYDON HEAD & RITCHEY LLP


Michael A. Roberts

MAR/trg

384165.1