IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON-PILOT LIFE INS. CO., ) | CASE NO. C-1-02-479 |
| Plaintiff, ) | JUDGE BARRETT |
| vs. ) | Magistrate Judge Hogan |
| CHRISTOPHER L. KEARNEY, ) | |
| Defendant, ) | |
| vs. ) | **OBJECTION TO CONFIDENTIALITY** |
| DISABILITY MANAGEMENT SERVICES, INC., ) | **DESIGNATION** |
| Third-Party Defendant. ) | |

*Prior* to the May 3 and May 4, 2007, depositions of employees of Disability Management Services, Inc., Messrs. Bob Mills and William Hughes, and without knowing what the substance of the examinations would be, counsel for JP/DMS declared that the entirety of the to-be-taken depositions should be treated as "Confidential" pursuant to JP/DMS' proposed but unsigned Protective Order.

Even if the JP/DMS proposed Protective Order were in place (which it isn't), JP/DMS' advance declaration is entirely inappropriate. No testimony in any fashion could be considered as appropriate for "Confidentiality" protection.

Accordingly, Kearney hereby objects to JP/DMS' request and declaration.

Respectfully submitted,

OF COUNSEL:

/s Michael A. Roberts

GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45201

Michael A. Roberts (0047129)
GRAYDON HEAD & RITCHEY LLP
Trial Attorney for Plaintiff
1900 Fifth Third Center

| | |
|---|---|
| (513) 621-6464 | 511 Walnut Street |
| Cincinnati, Ohio  45201 | (513) 629-2799 |
| | (513) 651-3836 |
| | mroberts@graydon.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above was filed electronically with the ECF system and was thereby electronically served this 18th day of May 2007, on William R. Ellis, Esq. Wood & Lamping, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202 and John Meagher, Esq., Shutts & Bowen LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, Fl. 33131.

/s Michael A. Roberts