UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INSURANCE COMPANY, et al., | : : : | Case No. C-1-02-479 |
| Plaintiffs and Counterclaim Defendants, | : : : | (Judge Barrett) (Magistrate Judge Hogan) |
| vs. | : : : | **NOTICE OF TAKING VIDEO** |
| CHRISTOPHER L. KEARNEY, | : : | **DEPOSITION OF DEFENDANT** |
| Defendant. | : | |

PLEASE TAKE NOTICE that pursuant to Fed.R.Civ.P 30, the undersigned attorneys will take the video deposition of:

| **NAME** | **DATE** | **PLACE** |
|---|---|---|
| Christopher Kearney | Wednesday, June 20, 2007 at 9:00 a.m. | Wood & Lamping LLP William R. Ellis, Esq. 600 Vine Street, Suite 2500 Cincinnati, OH  45202 |

upon oral examination before **LITIGATION SUPPORT SERVICES** or any other Notary Public or officer authorized by law to take depositions in the State of Massachusetts.  The oral examination will continue from day to day until completed.  The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

Respectfully submitted,

   s/John E.Meagher
Attorneys for Plaintiff
John E. Meagher
Florida Bar No.  511099
SHUTTS & BOWEN LLP
201 S. Biscayne Boulevard
1500 Miami Center
Miami, FL  33131
Telephone:  (305) 358-6300
Telecopier:  (305) 381-9982
JMeagher@Shutts-law.com

        William R. Ellis (0012279)
        Attorneys for Plaintiff
        Amy Gasser Callow (0063470)
        WOOD & LAMPING LLP
        600 Vine Street, Suite 2500
        Cincinnati, OH 45202
        Telephone: (513) 852-6067
        Telefax:   (513) 852-6087
        E-mail:  wrellis@woodlamping.com

## **CERTIFICATE OF SERVICE**

I HERBY CERTIFY that on May 18, 2007, I electronically filed the foregoing with the Clerk of the Court, which will send a notice of electronic filing to the following:

Michael A. Roberts, Esq.
Attorneys for Defendant
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202-3157
mroberts@graydon.com

          s/ John E. Meagher
          John E. Meagher
          Attorney for Plaintiff


cc:    Litigation Support Services
       (513) 241-5605

MIADOCS 2109508 1