*Kearney Christopher*

CHRISTOPHER KEARNEY
OV:  3/30/94

He returns today.  He's having minimal back pain and no leg pain.  He again denies much in the way of anesthesias and paresthesias, and no weakness.

On physical examination, he is neurologically intact.

Consequently, we will see him back on a p.r.n. basis.  He may return to full time work.

DICTATED:  03-30-94
TRANSCRIBED:  04-01-94
BAF/lap



#5002

0145