**Kearney Associates, Inc.**
Manufacturers Representatives Since 1975

Engineered Products
Component Parts
Pneumatic Tools
Magnetics

12168 Village Woods Drive
Cincinnati, Ohio 45241
Phone: (513) 769-5885
Fax:    (513) 769-0818

December 12, 1995

Dr. Ambrose S. Perduk, Jr.
Sharonville Chiropractic Center
11071 Main Street
Cincinnati, Ohio 45241

Re: Bureau of Worker's Compensation Claim MV61119

Dear Dr. Perduk:

The above claim is the claim which you originally filed for my back pain in 1989. It is also the claim that we used in paying for my treatment in 1993 for the same type of back pain. As you may recall, I had surgery in 10/93 for my ruptured disc. I now feel very healthy and have no further pain in the back area.

The reason for this letter is to ask you to draft a short letter to the Bureau of Worker's Compensation concerning this claim, stating that the back pain I experienced in 1989 is related to the ruptured disc which was evident on the MRI in 1993. With a statement from you that there is a high probability that the ruptured disc started back then, my doctor's bill of over $4,000.00 will be paid soon. If I cannot get this statement from you, then I will have to file another claim, and it will likely involve paperwork filled out by you also.

Could you please draft this letter and send it to me? I will have another hearing in a few weeks, and they said that with this letter from you the claim will be approved. Thank you for your help in this matter.

Very truly yours,

Christopher L. Kearney
Kearney Associates, Inc.

CK/cm



2767



Ohio • Indiana • Michigan • Kentucky • Tennessee • Western PA