```
00001
 1               UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF OHIO
 3                    WESTERN DIVISION
 4                         - - -
 5  JEFFERSON-PILOT LIFE    . CASE NO. 1:02-cv-00479
    INSURANCE COMPANY,      .
 6                          .
              Plaintiff,    . Cincinnati, Ohio
 7                          .
          - v -             . Wednesday, December 27, 2006
 8                          . 2:00 p.m.
    CHRISTOPHER KEARNEY, et al..
 9                          .
              Defendants.   . STATUS CONFERENCE
10
11             TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE MICHAEL R. BARRETT
12
13  APPEARANCES:
14  For the Plaintiff:  WILLIAM R. ELLIS, ESQ.
                        Wood & Lamping
15                      600 Vine Street, Suite 2500
                        Cincinnati, OH  45202
16
                        JOHN MEAGHER, ESQ.
17                      Shutts & Bowen, LLP
                        1500 Miami Center
18                      201 South Biscayne Blvd.
                        Miami, FL  33131
19
    For the Defendants: MICHAEL A. ROBERTS, ESQ.
20                      Graydon Head & Ritchey
                        511 Walnut Street
21                      Cincinnati, OH  45202
22
    Law Clerk:      Grace Royalty, Esq.
23
    Courtroom Deputy:   Barbara Crum
24
    Court reporter:    Jodie D. Perkins, RMR, CRR
25
```

00045

1 partially deposed or if there's fights over time limits?

2   MR. ELLIS: There's an issue over Mills. He was

3 deposed for over six hours and the rules say seven, so

4 there's an issue on the timing on Mills. Hughes wasn't

5 taken, although we were already there, and so was

6 Mr. Hughes to be taken, and Mike said, no, I'm going home,

7 you know, I'm done. So we could stay another day and

8 finish these, and he decided that he didn't want to stay

9 the weekend and do the one on Saturday. That's his

10 choice.

11   But now I have got the expense of flying back again,

12 which Judge Hogan, as I read his order, said if we go back

13 to do them, it is at the Defendant's cost, Mike's cost, I

14 don't mind that. I had to pay for him to do it the first

15 time. But now the tide is turned.

16   THE COURT: So, Mike?

17   MR. ROBERTS: Happy to do it.

18   THE COURT: Mike, can you and Bill and John work out

19 who, where and why and all of that stuff?

20   MR. ROBERTS: It doesn't sound like we'll be able to

21 from some of the stuff I just heard, but the list of

22 deponents we require is there, Your Honor.

23   MR. MEAGHER: But let me point out a few other

24 problems, Judge. Stefanie Farabow and William Dempsey are

25 attorneys. And consistent with the Court's ruling, absent