## Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP000243 | WDDP000243 | | | | | Attachments to Facsimile Coversheet | Claim Information | attorney client; work product |
| WDDP000244 | WDDP000244 | 4/12/2002 | Robert F. Mills | William E. Dempsey, Esquire | | Facsimile Coversheet | Claim Information | attorney client; work product |
| WDDP000245 | WDDP000246 | | | | | Attachments to Facsimile Coversheet | Claim Information | attorney client; work product |
| WDDP000249 | WDDP000251 | 3/6/2002 | Geraldine M. Johnson, Esquire | William E. Dempsey, Esquire | | Facsimile Coversheet and attachment | Policies | attorney client; work product |
| WDDP000252 | WDDP000252 | 10/23/2001 | Robert F. Mills | William E. Dempsey, Esquire | | Facsimile Coversheet | Claim Information | attorney client; work product |
| WDDP000253 | WDDP000254 | | | | | Attachments to Facsimile Coversheet | Claim Information | attorney client; work product |
| WDDP000308 | WDDP000312 | 00/00/0000 | Geraldine M. Johnson, Esquire | Unknown | | Pleading Draft | Kearney Claim | attorney client; work product |
| WDDP000316 | WDDP000316 | 5/5/1998 | William R. Ellis, Esquire | David Newkirk, Esquire | | Correspondence | Claim Handling | attorney client; work product |
| WDDP000401 | WDDP000401 | 2/8/1995 | Unknown | Illegible | | Notes | Kearney Claim | work product |
| WDDP000481 | WDDP000481 | 00/00/0000 | Unknown | File | | Notes | Claim Handling | work product |
| WDDP000508 | WDDP000508 | 9/12/1997 | Todd C. Ditmar | Harold Shelton | | Facsimile Coversheet | Claim Handling mentions other insured | work product |
| WDDP000536 | WDDP000536 | 2/13/1997 | Unknown | Unknown | | Note | Kearney Claim | work product |
| WDDP000624 | WDDP000632 | 2/17/1994 | Andrew E. Huy, Jr. c/o Equifax | Phyllis J. Harden | | Report | Surveillance | work product |
| WDDP000718 | WDDP000718 | 3/21/1995 | Illegible | Unknown | | Notes | Claim Information | work product |
| WDDP000719 | WDDP000722 | 00/00/0000 | Unknown | Unknown | | Photographs | Surveillance | work product |
| WDDP000751 | WDDP000751 | 2/23/1994 | Andrew E. Huy, Jr. c/o Equifax | Phyllis J. Harden | | Correspondence | Surveillance | work product |
| WDDP000789 | WDDP000789 | 2/8/1994 | Phyllis J. Harden | Equifax Services | | Correspondence | Surveillance | work product |
| WDDP000790 | WDDP000790 | | | | | Attachment to Correspondence | Surveillance Request | work product |