IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JEFFERSON-PILOT LIFE INSURANCE CO.,** | ) : ) | **CASE NO. C-1-02-479** |
| Plaintiff | ) : ) | **JUDGE MICHAEL R. BARRETT**<br>Magistrate Judge Hogan |
| vs. | ) : ) | |
| **CHRISTOPHER L. KEARNEY,** | : ) | |
| Defendant. | : ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL
EXHIBITS 2, 8, AND 18  (subparts 1-5 of 11) TO DOCUMENT 159**

The defendant Christopher Kearney hereby moves this Court for leave to file under seal Exhibits 2, 8, and 18 (subparts 1-5 of 11) to Document 159.  A memorandum in support is attached.

                    Respectfully submitted,

                    s/ Michael A. Roberts
                    Michael A. Roberts (0047129)
                    *Attorney for Defendant*
                    GRAYDON HEAD & RITCHEY LLP
                    1900 Fifth Third Center
                    511 Walnut Street
                    Cincinnati, OH  45202-3157
                    Phone: (513)  629-2799
                    Fax:    (513) 651-3836
                    E-mail: mroberts@graydon.com

**MEMORANDUM IN SUPPORT**

At plaintiff's insistence – and defendant's opposition – defendant is hereby moving to temporarily file under seal Exhibits 2 (William Hughes May 2007 deposition testimony) and 8 (Bob Mills May 2007 deposition testimony) to Document 159.  Defendant is also

hereby moving for leave to file under seal the first 5 of 11 subparts to Exhibit 18 to Document 159 as they contain sensitive and private medical information relating to the defendant.

>Respectfully submitted,
>
>s/ Michael A. Roberts_____
>Michael A. Roberts, Esq.
>GRAYDON HEAD & RITCHEY LLP
>511 Walnut Street, Suite 1900
>Cincinnati, OH 45202
>(513) 629-2799
>(513) 651-3836 - fax
>mroberts@graydon.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed electronically with the court and thereby served this 13th day of July, 2007, upon William R. Ellis, Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, OH 45202 and John E. Meagher, Esq., Shutts & Bowen LLP, 1500 Miami Center, 201 South Biscayne Boulevard, Miami, Florida 33131.

>s/ Michael A. Roberts_____