## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Jefferson-Pilot Life Ins., Co.,

    Plaintiff,

    v.                                  Case No. 1:02cv479

Christopher L. Kearney, et al.,          Judge Michael R. Barrett

    Defendants.

## **NOTICE**

Please take notice that the above-captioned case has been set for a status conference by telephone before the Honorable Michael R. Barrett on:

**Wednesday, July 18, 2007 at 4:30 pm**

Parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 4:30 pm.

                                      Michael R. Barrett, Judge
                                      United States District Court

                                      *s/Barbara A. Crum*
                                      Courtroom Deputy

cc:    All Counsel
bac   July 13, 2007