## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **JEFFERSON-PILOT LIFE INSURANCE CO.,** | ) : ) | **CASE NO. C-1-02-479** |
| **Plaintiff** | : ) | **JUDGE BARRETT** Magistrate Judge Hogan |
| **vs.** | : ) | |
| **CHRISTOPHER L. KEARNEY,** | : ) | |
| **Defendant.** | : : ) | **NOTICE OF FILING** <u>**EXHIBITS TO DOC. 159**</u> |
| **vs.** | : ) | |
| **DISABILITY MANAGEMENT SERVICES, INC.** | : ) : | |
| **Third-party Defendant** | ) | |

The defendant, Christopher Kearney, hereby gives Notice of filing Exhibit 1, Exhibits 3 - 7, Exhibits 9-17, Exhibit 18 (subparts 6-11 of 11), and Exhibits 19-38, as referenced in Document 159.   Defendant has moved the court for leave to file Exhibits 2, 8, and 18 (subparts 1-5) under seal due to their sensitive nature.

Respectfully submitted,

s/ Michael A. Roberts
Michael A. Roberts, Esq.
GRAYDON HEAD & RITCHEY LLP
511 Walnut Street, Suite 1900
Cincinnati, OH 45202
(513) 629-2799
(513) 651-3836 - fax
mroberts@graydon.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing has been filed electronically with the court and thereby  served this 13th day of July, 2007, upon William R. Ellis, Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, OH 45202.

1438071.1

s/ Michael A. Roberts