# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| 1. WDDP000001 B | WDDP000005 | 3/2/1998 | William E. Dempsey, Esquire, | Harold Shelton | | Correspondence | Additional Claim File Review | attorney client |
| 2. WDDP000006 A | WDDP000007 | 00/00/0000 | Unknown | File | | Memorandum | Claim Recommendation | work product |
| 3. WDDP000008 A | WDDP000009 | 00/00/0000 | Unknown | File | | Notes | Kearney Claim | attorney client; work product |
| 4. WDDP000013 | WDDP000013 | 00/00/0000 | Unknown | File | | Notes | Claim Information | work product |
| 5. WDDP000020 | WDDP000020 | 5/24/2004 | Linda J. Bey | William E. Dempsey, Esquire | | Correspondence | Claim Information | attorney client; work product |
| 6. WDDP000172 | WDDP000172 | 00/00/0000 | Unknown | Unknown | | Memorandum | Claim Information | work product |
| 7. WDDP000228 | WDDP000228 | 5/31/2002 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills | | Facsimile Coversheet | Claim Information | attorney client; work product |
| 8. WDDP000229 | WDDP000233 | | | | | Attachments to Facsimile Coversheet | | attorney client; work product |
| 9. WDDP000234 | WDDP000234 | | | | | Attachments to Facsimile Coversheet | | attorney client; work product |
| 10. WDDP000235 | WDDP000235 | 5/20/2002 | Robert F. Mills | William E. Dempsey, Esquire | | Facsimile Coversheet | Claim Information | attorney client; work product |
| 11. WDDP000236 | WDDP000236 | | | | | Attachment to Facsimile | | attorney client; work product |
| 12. WDDP000237 | WDDP000237 | 5/17/2002 | Geraldine M. Johnson, Esquire | William E. Dempsey, Esquire | | Facsimile Coversheet | Claim Information | attorney client; work product |
| 13. WDDP000238 | WDDP000239 | | | | | Attachments to Facsimile Coversheet | Claim Information | attorney client; work product |
| 14. WDDP000242 | WDDP000242 | 4/15/2002 | Robert F. Mills | William E. Dempsey, Esquire | | Facsimile Coversheet | Claim Information | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP000243 | WDDP000243 | | | | | Attachments to Facsimile Coversheet | Claim Information | attorney client; work product |
| WDDP000244 | WDDP000244 | 4/12/2002 | Robert F. Mills | William E. Dempsey, Esquire | | Facsimile Coversheet | Claim Information | attorney client; work product |
| WDDP000245 | WDDP000246 | | | | | Attachments to Facsimile Coversheet | Claim Information | attorney client; work product |
| WDDP000249 | WDDP000251 | 3/6/2002 | Geraldine M. Johnson, Esquire | William E. Dempsey, Esquire | | Facsimile Coversheet and attachment | Policies | attorney client; work product |
| WDDP000252 | WDDP000252 | 10/23/2001 | Robert F. Mills | William E. Dempsey, Esquire | | Facsimile Coversheet | Claim Information | attorney client; work product |
| WDDP000253 | WDDP000254 | | | | | Attachments to Facsimile Coversheet | Claim Information | attorney client; work product |
| WDDP000308 | WDDP000312 | 00/00/0000 | Geraldine M. Johnson, Esquire | Unknown | | Pleading Draft | Kearney Claim | attorney client; work product |
| WDDP000316 | WDDP000316 | 5/5/1998 | William R. Ellis, Esquire | David Newkirk, Esquire | | Correspondence | Claim Handling | attorney client; work product |
| WDDP000401 | WDDP000401 | 2/8/1995 | Unknown | Illegible | | Notes | Kearney Claim | work product |
| WDDP000481 | WDDP000481 | 00/00/0000 | Unknown | File | | Notes | Claim Handling | work product |
| WDDP000508 | WDDP000508 | 9/12/1997 | Todd C. Ditmar | Harold Shelton | | Facsimile Coversheet | Claim Handling mentions other insured | work product |
| WDDP000536 | WDDP000536 | 2/13/1997 | Unknown | Unknown | | Note | Kearney Claim | work product |
| WDDP000624 | WDDP000632 | 2/17/1994 | Andrew E. Huy, Jr. c/o Equifax | Phyllis J. Harden | | Report | Surveillance | work product |
| WDDP000718 | WDDP000718 | 3/21/1995 | Illegible | Unknown | | Notes | Claim Information | work product |
| WDDP000719 | WDDP000722 | 00/00/0000 | Unknown | Unknown | | Photographs | Surveillance | work product |
| WDDP000751 | WDDP000751 | 2/23/1994 | Andrew E. Huy, Jr. c/o Equifax | Phyllis J. Harden | | Correspondence | Surveillance | work product |
| WDDP000789 | WDDP000789 | 2/8/1994 | Phyllis J. Harden | Equifax Services | | Correspondence | Surveillance | work product |
| WDDP000790 | WDDP000790 | | | | | Attachment to Correspondence | Surveillance Request | work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP000800 | WDDP000800 | 2/16/1994 | Andrew E. Huy, Jr. | Equifax | | Correspondence | Surveillance | work product |
| WDDP000801 | WDDP000802 | 2/16/1994 | Andrew E. Huy, Jr. | Equifax | | Attachment to Correspondence/ Report | Surveillance | work product |
| WDDP000804 | WDDP000804 | 2/8/1994 | Phyllis E. Harden | Equifax | | Correspondence | Surveillance Request | work product |
| WDDP000822 | WDDP000822 | 3/22/2004 | Amy Gasser Callow, Esquire | William E. Dempsey, Esquire | | Correspondence | Litigation | attorney client; work product |
| WDDP000978 | WDDP000979 | 1/29/2004 | Stephanie T. Farabow, Esquire | Geraldine M. Johnson, Esquire | Adam Formus, Esquire; William E. Dempsey, Esquire | Correspondence | Litigation Handling | attorney client; work product |
| WDDP000980 | WDDP000981 | 1/28/2004 | John A. Zervas, Esquire | William Ellis, Esquire | Geraldine M. Johnson, Esquire; Adam Formus, Esquire; Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire | Correspondence | Litigation Handling | attorney client; work product |
| WDDP000982 | WDDP000983 | 1/28/2004 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire; Adam E. Formus, Esquire; William E. Dempsey, Esquire | William Ellis, Esquire; John A. Zervas, Esquire | Correspondence | Litigation | attorney client; work product |
| WDDP001000 | WDDP001000 | 12/24/2003 | Geraldine M. Johnson, Esquire | Dave Foster c/o ICS | | Correspondence | Investigation | work product |
| WDDP001001 | WDDP001001 | 12/9/2003 | Adam E. Formus, Esquire | William E. Dempsey, Esquire | | Facsimile Coversheet | Claim Materials | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP001002 | WDDP001002 | | | | | Attachment to Facsimile | | work product |
| WDDP001003 | WDDP001003 | | | | | Attachment to Facsimile | | work product |
| WDDP001004 | WDDP001004 | 12/5/2003 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire; Adam E. Formus, Esquire; William E. Dempsey, Esquire; Robert F. Mills | | Correspondence | Litigation | attorney client; work product |
| WDDP001005 | WDDP001005 | 12/2/2003 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire; Adam E. Formus, Esquire; William E. Dempsey, Esquire; Robert F. Mills | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP001006 | WDDP001006 | | | | | Attachment to Facsimile | | attorney client; work product |
| WDDP001007 | WDDP001021 | | | | | Attachment to Facsimile | | work product |
| WDDP001022 | WDDP001023 | | | | | Attachment to Facsimile | | work product |
| WDDP001024 | WDDP001024 | 11/19/2003 | William E. Dempsey, Esquire | Robert F. Mills | | Facsimile Confirmation | Research | attorney client; work product |
| WDDP001025 | WDDP001025 | 11/19/2003 | William E. Dempsey, Esquire | Robert F. Mills | | Facsimile Coversheet | Research | attorney client; work product |
| WDDP001026 | WDDP001027 | | | | | Attachment to Facsimile | | work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP001028 | WDDP001029 | | Geraldine M. Johnson, Esquire | | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Adam Formus, Esquire | bcc | Kearney Claim | attorney client; work product |
| WDDP001058 | WDDP001058 | 6/19/2003 | Stephanie T. Farabow, Esquire | Adam Formus; Geraldine M. Johnson; William E. Dempsey, Esquire | Diane Goodman | E-mail | Benefits | attorney client; work product |
| WDDP001059 | WDDP001074 | | | | | Attachment to E-mail | | work product |
| WDDP001075 | WDDP001091 | | | | | Attachment to E-mail | | work product |
| WDDP001092 | WDDP001093 | 6/10/2003 | Geraldine M. Johnson, Esquire | | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Adam Formus, Esquire | bcc | Kearney Claim | attorney client; work product |
| WDDP001095 | WDDP001099 | 6/9/2003 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire | William E. Dempsey, Esquire; Adam Formus, Esquire; William Hughes | Correspondence | Litigation | attorney client; work product |
| WDDP001100 | WDDP001102 | | | | | Attachment to Correspondence | | work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP001103 | WDDP001104 | 5/21/2003 | Geraldine M. Johnson, Esquire | | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert Mills | bcc | Kearney Claim | attorney client; work product |
| WDDP001114 | WDDP001114 | 5/22/2003 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills | | Correspondence | Litigation | attorney client; work product |
| WDDP001115 | WDDP001123 | | | | | Attachment to Correspondence | | attorney client; work product |
| WDDP001124 | WDDP001124 | 5/15/2003 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills | | Correspondence | | attorney client; work product |
| WDDP001125 | WDDP001135 | | | | | Attachment to Correspondence | | attorney client; work product |
| WDDP001136 | WDDP001140 | | | | | Attachment to Correspondence | | attorney client; work product |
| WDDP001141 | WDDP001144 | 5/8/2003 | Geraldine M. Johnson, Esquire | Robert F. Mills | | Correspondence | Policies and Lawsuit | attorney client; work product |
| WDDP001157 | WDDP001158 | 10/16/2002 | Geraldine M. Johnson, Esquire | | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills; Jane Neidermyer | bcc | Kearney Claim | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP001162 | WDDP001163 | 9/10/2002 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire | Robert F. Mills; Jane Neidermyer | Correspondence | Litigation | attorney client; work product |
| WDDP001174 | WDDP001175 | 8/28/2002 | Geraldine M. Johnson, Esquire | | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills; Jane Neidermyer | bcc | Kearney Claim | attorney client; work product |
| WDDP001245 | WDDP001245 | 6/24/2004 | Christine L. Zerges | Adam Formus, Esquire; Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire | | Correspondence | Litigation | attorney client; work product |
| WDDP001329 | WDDP001329 | 6/21/2004 | Christine L. Zerges | Adam Formus, Esquire; Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire | | Correspondence | Litigation | attorney client; work product |
| WDDP001336 | WDDP001336 | 6/14/2004 | Linda J. Bey | William E. Dempsey, Esquire | | Correspondence | Litigation | attorney client; work product |
| WDDP001460 | WDDP001461 | 6/14/2004 | Christine L. Zerges | Adam Formus, Esquire; Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire | | Correspondence | Document Production and Privileged Matters | attorney client; work product |
| WDDP001466 | WDDP001466 | 11/14/1996 | David Newkirk, Esquire | J.L. Roberson | | Memorandum | Recommendation | work product |
| WDDP001476 | WDDP001476 | 10/23/2001 | Robert F. Mills | William E. Dempsey, Esquire | | Facsimile Coversheet | Review | attorney client; work product |
| WDDP001477 | WDDP001477 | | | | | Facsimile Confirmation | Review | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP001478 | WDDP001478 | 12/4/2002 | | | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills; Jane Neidermyer | bcc | Kearney Claim | work product |
| WDDP001479 | WDDP001479 | 10/16/2002 | | | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills; Jane Neidermyer | bcc | Kearney Claim | work product |
| WDDP001480 | WDDP001480 | 9/12/2002 | Robert F. Mills | Lisa Pluto | | E-mail | Claim Information and Review | attorney client; work product |
| WDDP001481 | WDDP001481 | 2/22/2002 | Robert F. Mills | Geraldine M. Johnson, Esquire | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP001482 | WDDP001482 | | | | | Attachment to Facsimile | | work product |
| WDDP001483 | WDDP001483 | | | | | Attachment to Facsimile | | attorney client; work product |
| WDDP001484 | WDDP001484 | | | | | Attachment to Facsimile | | attorney client; work product |
| WDDP001485 | WDDP001485 | 5/15/2003 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire ;Robert F. Mills | | Correspondence | Litigation | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP001486 | WDDP001486 | 12/4/2002 | | | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills; Jane Neidermyer | bcc | Kearney Claim | attorney client |
| WDDP001487 | WDDP001487 | 10/16/2002 | | | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills; Jane Neidermyer | bcc | Kearney Claim | attorney client |
| WDDP001488 | WDDP001488 | 9/27/2002 | Robert F. Mills | Geraldine M. Johnson, Esquire | | Facsimile Coversheet | Litigation | work product |
| WDDP001489 | WDDP001489 | 9/10/2002 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire | | Correspondence | Litigation | attorney client; work product |
| WDDP001490 | WDDP001490 | | | | | Second Page of Correspondence | | attorney client; work product |
| WDDP001491 | WDDP001491 | 8/28/2002 | | | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills; Jane Neidermyer | bcc | Kearney Claim | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP001492 | WDDP001492 | 8/28/2002 | Geraldine M. Johnson, Esquire | Robert F. Mills | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP001493 | WDDP001493 | 7/29/2002 | Geraldine M. Johnson, Esquire | Robert F. Mills | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP001494 | WDDP001494 | | | | | Attachment to Facsimile | | work product |
| WDDP001495 | WDDP001495 | 7/1/2002 | | | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills; Jane Neidermyer | bcc | Kearney Claim | attorney client; work product |
| WDDP001496 | WDDP001496 | 6/28/2002 | Geraldine M. Johnson, Esquire | Robert F. Mills | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP001497 | WDDP001497 | | | | | Attachment to Facsimile | | attorney client; work product |
| WDDP001498 | WDDP001498 | 6/27/2002 | Robert F. Mills | Geraldine M. Johnson, Esquire | | Facsimile Coversheet | Litigation | work product |
| WDDP001499 | WDDP001499 | | | | | Attachment to Facsimile | | work product |
| WDDP001500 | WDDP001500 | 6/17/2002 | Robert F. Mills | Geraldine M. Johnson, Esquire | | Facsimile Coversheet | Litigation | work product |
| WDDP001501 | WDDP001501 | | | | | Facsimile Confirmation | | work product |
| WDDP001502 | WDDP001502 | 5/17/2002 | Geraldine M. Johnson, Esquire | Robert F. Mills | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP001503 | WDDP001503 | | | | | Attachment to Facsimile | | attorney client; work product |
| WDDP001504 | WDDP001504 | | | | | Attachment to Facsimile | | attorney client; work product |
| WDDP001505 | WDDP001505 | 5/20/2002 | Robert F. Mills | Geraldine M. Johnson, Esquire | | Facsimile Coversheet | Litigation | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP001506 | WDDP001506 | | | | | Attachment to Facsimile | | work product |
| WDDP001507 | WDDP001507 | 5/20/2002 | Robert F. Mills | William E. Dempsey, Esquire | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP001508 | WDDP001508 | | | | | Attachment to Facsimile | | work product |
| WDDP001509 | WDDP001509 | 4/15/2002 | Robert F. Mills | Geraldine M. Johnson | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP001510 | WDDP001510 | | | | | Attachment to Facsimile | | work product |
| WDDP001511 | WDDP001511 | 4/15/2002 | Robert F. Mills | William E. Dempsey, Esquire | | Facsimile Coversheet | Litigation | work product |
| WDDP001512 | WDDP001512 | | | | | Facsimile Confirmation | | work product |
| WDDP001513 | WDDP001513 | 4/12/2002 | Robert F. Mills | Geraldine M. Johnson | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP001514 | WDDP001514 | | | | | Attachment to Facsimile | | work product |
| WDDP001515 | WDDP001515 | 4/12/2002 | Robert F. Mills | William E. Dempsey, Esquire | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP001516 | WDDP001516 | | | | | Attachment to Facsimile | | attorney client; work product |
| WDDP001517 | WDDP001517 | | | | | Attachment to Facsimile | | work product |
| WDDP001518 | WDDP001518 | 2/22/2002 | Robert F. Mills | Geraldine M. Johnson | | Facsimile Coversheet | | attorney client; work product |
| WDDP001519 | WDDP001519 | 6/10/2003 | | | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Adam Formus, Esquire | bcc | Kearney Claim | work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP001520 | WDDP001520 | 6/6/2003 | Lisa Pluto | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Adam Formus, Esquire | | E-mail | Litigation | attorney client; work product |
| WDDP001521 | WDDP001522 | 6/5/2003 | Adam Formus, Esquire | Geraldine M. Johnson, Esquire | Michele Allen | Responsive E-mail | Litigation | attorney client; work product |
| WDDP001523 | WDDP001523 | 6/5/2003 | Jane P. Neidermyer | Stephanie T. Farabow, Esquire | Geraldine M. Johnson, Esquire; Adam Formus, Esquire; Robert F. Mills; William E. Dempsey, Esquire | Responsive E-mail | Litigation | attorney client; work product |
| WDDP001524 | WDDP001524 | 6/4/2003 | Stephanie T. Farabow, Esquire | Lisa Pluto; William E. Dempsey, Esquire ;Robert F. Mills; Adam Formus, Esquire; William Hughes; Geraldine M. Johnson, Esquire | | Responsive E-mail | Litigation | attorney client; work product |
| WDDP001525 | WDDP001525 | 6/4/2003 | Stephanie T. Farabow, Esquire | Lisa Pluto; William E. Dempsey, Esquire ;Robert F. Mills; Adam Formus, Esquire; William Hughes; Geraldine M. Johnson, Esquire | | Responsive E-mail | Litigation | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP001526 | WDDP001526 | 6/4/2003 | Stephanie T. Farabow, Esquire | Lisa Pluto; William E. Dempsey, Esquire; Robert F. Mills; Adam Formus, Esquire; William Hughes; Geraldine M. Johnson, Esquire | | Responsive E-mail | Litigation | attorney client; work product |
| WDDP001527 | WDDP001527 | 6/4/2003 | Robert F. Mills | Lisa Pluto | | Responsive E-mail | Litigation | attorney client; work product |
| WDDP001528 | WDDP001528 | 6/3/2003 | William E. Dempsey, Esquire | Lisa Pluto | | Responsive E-mail | Litigation | attorney client; work product |
| WDDP001529 | WDDP001529 | 6/3/2003 | Adam Formus, Esquire | Lisa Pluto | | Responsive E-mail | Litigation | attorney client; work product |
| WDDP001530 | WDDP001530 | 6/3/2003 | William E. Dempsey, Esquire | Lisa Pluto; Stephanie T. Farabow, Esquire; Robert F. Mills; Adam Formus, Esquire; William Hughes | | Responsive E-mail | Litigation | attorney client; work product |
| WDDP001531 | WDDP001534 | 5/27/2003 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire | William E. Dempsey, Esquire; Adam Formus, Esquire; William Hughes | Correspondence | Litigation | attorney client; work product |
| WDDP001535 | WDDP001535 | 5/27/2003 | Lisa Pluto | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills; Adam Formus, Esquire; William Hughes | | E-mail | Litigation | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP001536 | WDDP001537 | 5/22/2003 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire; Adam E. Formus, Esquire | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills | Correspondence | Litigation | attorney client; work product |
| WDDP001538 | WDDP001538 | 5/21/2003 | Lisa Pluto | Lisa Pluto | | E-mail | Document Transmittal | attorney client; work product |
| WDDP001539 | WDDP001539 | 5/21/2003 | Adam Formus, Esquire | Lisa Pluto; Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills; Adam Formus, Esquire; William Hughes | Geraldine M. Johnson, Esquire | Responsive E-mail | Conference Call | attorney client; work product |
| WDDP001540 | WDDP001540 | 5/21/2003 | Adam Formus, Esquire | Lisa Pluto; Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills; Adam Formus, Esquire; William Hughes | Geraldine M. Johnson, Esquire | Responsive E-mail | Conference Call | attorney client; work product |
| WDDP001541 | WDDP001541 | 5/21/2003 | Lisa Pluto | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills; Adam Formus, Esquire | Geraldine M. Johnson, Esquire | E-mail | Conference Call | attorney client; work product |
| WDDP001542 | WDDP001542 | 5/21/2003 | Lisa Pluto | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills; Adam Formus, Esquire | Geraldine M. Johnson, Esquire | E-mail | Conference Call | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP001543 | WDDP001543 | 5/20/2003 | Adam Formus, Esquire | Stephanie T. Farabow, Esquire; Adam Formus, Esquire; William E. Dempsey, Esquire; Robert F. Mills; Todd Ditmar | Lisa Pluto | Responsive E-mail | Conference Call | attorney client; work product |
| WDDP001544 | WDDP001544 | 5/20/2003 | Stephanie T. Farabow, Esquire | Adam Formus, Esquire; William E. Dempsey, Esquire; Robert F. Mills; Todd Ditmar | Lisa Pluto | Responsive E-mail | Conference Call | attorney client; work product |
| WDDP001545 | WDDP001545 | 5/20/2003 | Geraldine M. Johnson, Esquire | Lisa Pluto | | Responsive E-mail | Conference Call | attorney client; work product |
| WDDP001546 | WDDP001546 | 5/20/2003 | Adam Formus, Esquire | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills; Todd Ditmar | Lisa Pluto | E-mail | Conference Call | attorney client; work product |
| WDDP001547 | WDDP001547 | 5/19/2003 | Robert F. Mills | Geraldine M. Johnson, Esquire | | Responsive E-mail | Litigation | attorney client; work product |
| WDDP001548 | WDDP001548 | 5/19/2003 | William E. Dempsey, Esquire | Lisa Pluto | | E-mail | Conference Call | attorney client; work product |
| WDDP001549 | WDDP001549 | 5/16/2003 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire; Robert F. Mills; William E. Dempsey, Esquire | | Correspondence | Litigation | attorney client; work product |
| WDDP001550 | WDDP001558 | | | | | Attachment to Correspondence | | attorney client; work product |
| WDDP001559 | WDDP001559 | 5/16/2003 | John Cohill | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills | | E-mail | Litigation | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP001560 | WDDP001560 | 5/15/2003 | Stephanie T. Farabow, Esquire | Lisa Pluto; William E. Dempsey, Esquire; Robert F. Mills; Geraldine M. Johnson, Esquire | | Responsive E-mail | Litigation | attorney client; work product |
| WDDP001561 | WDDP001561 | 5/15/2003 | Stephanie T. Farabow, Esquire | Lisa Pluto; William E. Dempsey, Esquire; Robert F. Mills; Geraldine M. Johnson, Esquire | | Responsive E-mail | Litigation | attorney client; work product |
| WDDP001562 | WDDP001562 | 5/19/2003 | Robert F. Mills | John Cohill; Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Geraldine M. Johnson, Esquire | William Hughes | Responsive E-mail | Litigation | attorney client; work product |
| WDDP001563 | WDDP001564 | 5/15/2003 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire; Robert F. Mills; William E. Dempsey, Esquire | | Correspondence | Litigation | attorney client; work product |
| WDDP001565 | WDDP001572 | | | | | Attachment to Correspondence | Litigation | attorney client; work product |
| WDDP001573 | WDDP001573 | 5/15/2003 | Lisa Pluto | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills | | E-mail | Litigation | attorney client; work product |
| WDDP001574 | WDDP001574 | 5/15/2003 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP001575 | WDDP001575 | 5/15/2003 | Lisa Pluto | Lisa Pluto | | E-mail | Document Transmittal | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Co | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP001576 | WDDP001576 | 5/15/2003 | Lisa Pluto | Lisa Pluto | | E-mail | Document Transmittal | work product |
| WDDP001577 | WDDP001577 | 5/15/2003 | Lisa Pluto | Lisa Pluto | | E-mail | Document Transmittal | work product |
| WDDP001578 | WDDP001578 | 5/15/2003 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire; Robert F. Mills; William E. Dempsey, Esquire | | Correspondence | Litigation | attorney client; work product |
| WDDP001579 | WDDP001581 | 5/15/2003 | Stephanie T. Farabow, Esquire | Geraldine M. Johnson, Esquire | William E. Dempsey | Correspondence | Litigation | attorney client; work product |
| WDDP001582 | WDDP001582 | 5/9/2003 | Robert F. Mills | Geraldine M. Johnson, Esquire | | E-mail | Policy Information | attorney client; work product |
| WDDP001583 | WDDP001583 | 5/9/2003 | Robert F. Mills | Geraldine M. Johnson, Esquire | | E-mail | Policy Information | attorney client; work product |
| WDDP001584 | WDDP001587 | 4/21/2003 | Geraldine M. Johnson, Esquire | Robert F. Mills | | Correspondence | Litigation | attorney client; work product |
| WDDP001588 | WDDP001589 | 2/11/2003 | Pat Beardshaw | Lisa Pluto | | Responsive E-mail | Rates | attorney client; work product |
| WDDP001590 | WDDP001600 | 00/00/0000 | Unknown | Unknown | | Notes on Litigation Document | Litigation | attorney client; work product |
| WDDP001605 | WDDP001617 | 00/00/0000 | Unknown | Unknown | | Notes on Deposition Transcript | Litigation | work product |
| WDDP001618 | WDDP001619 | 12/21/2001 | Geraldine M. Johnson, Esquire | William E. Dempsey, Esquire | | Correspondence | Kearney Claim | attorney client; work product |
| WDDP001630 | WDDP001630 | 6/6/2002 | Robert F. Mills | Geraldine M. Johnson, Esquire; William E. Dempsey, Esquire | William Hughes | E-mail | Litigation | attorney client; work product |
| WDDP001631 | WDDP001631 | 5/20/2002 | Robert F. Mills | Geraldine M. Johnson, Esquire | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP001632 | WDDP001632 | 00/00/0000 | Unknown | Unknown | | Notes | Claim Information | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP001633 | WDDP001633 | 00/00/0000 | Unknown | Unknown | | Notes | Claim/Benefit Information | attorney client; work product |
| WDDP001634 | WDDP001634 | 12/21/2001 | Geraldine M. Johnson, Esquire | William E. Dempsey, Esquire | | Correspondence | Kearney Claim | attorney client; work product |
| WDDP001635 | WDDP001635 | | | | | Second page to letter | | attorney client; work product |
| WDDP001636 | WDDP001637 | 9/10/2002 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire | | Correspondence | Litigation | attorney client; work product |
| WDDP001638 | WDDP001638 | 9/10/2002 | Stephanie T. Farabow, Esquire | William E. Dempsey, Esquire | Geraldine M. Johnson, Esquire | Responsive E-mail | Litigation | attorney client; work product |
| WDDP001639 | WDDP001639 | 8/20/2002 | Karen Gaum | Geraldine M. Johnson, Esquire | | E-mail | Litigation | attorney client; work product |
| WDDP001640 | WDDP001640 | 08/14/0200 | Karen Gaum | Geraldine M. Johnson, Esquire | | E-mail | Litigation | attorney client; work product |
| WDDP001641 | WDDP001641 | | | | | Attachment to E-mail | | work product |
| WDDP001642 | WDDP001642 | 8/6/2002 | Unknown | Unknown | | Notes | Claim Information | attorney client; work product |
| WDDP001643 | WDDP001643 | 7/12/2002 | Geraldine M. Johnson, Esquire | William E. Dempsey, Esquire | | Correspondence | Billing | attorney client; work product |
| WDDP001644 | WDDP001644 | 6/28/2002 | Robert F. Mills | Geraldine M. Johnson, Esquire | William Hughes; William E. Dempsey, Esquire | E-mail | Litigation | attorney client; work product |
| WDDP001645 | WDDP001645 | 6/6/2002 | Robert F. Mills | Geraldine M. Johnson, Esquire; William E. Dempsey, Esquire | William Hughes | E-mail with responsive notes | Litigation | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP001646 | WDDP001646 | 5/31/2002 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Robert F. Mills | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP001647 | WDDP001647 | | | | | Facsimile Confirmation | | attorney client; work product |
| WDDP001648 | WDDP001648 | | | | | Facsimile Confirmation | | attorney client; work product |
| WDDP001649 | WDDP001649 | | | | | Facsimile Confirmation | | attorney client; work product |
| WDDP001650 | WDDP001650 | 5/29/2002 | Karen Gaum | Geraldine M. Johnson, Esquire | | E-mail | Litigation | attorney client; work product |
| WDDP001651 | WDDP001651 | 5/20/2002 | Robert F. Mills | William E. Dempsey, Esquire; Geraldine M. Johnson, Esquire | | E-mail | Kearney Claim | attorney client; work product |
| WDDP001652 | WDDP001653 | 5/17/2002 | Geraldine M. Johnson, Esquire | Stephanie T. Farabow, Esquire | | Correspondence | Kearney Claim | attorney client; work product |
| WDDP001654 | WDDP001654 | 5/7/2002 | Stephanie T. Farabow, Esquire | Geraldine M. Johnson, Esquire | | Correspondence | Policy Information | attorney client; work product |
| WDDP001655 | WDDP001655 | 5/2/2002 | Stephanie T. Farabow, Esquire | Geraldine M. Johnson, Esquire | William E. Dempsey | E-mail | Kearney Claim | attorney client; work product |
| WDDP001656 | WDDP001656 | 4/29/2002 | Stephanie T. Farabow, Esquire | Geraldine M. Johnson, Esquire | | Responsive E-mail | Claim Information | attorney client; work product |
| WDDP001657 | WDDP001657 | 4/29/2002 | Robert F. Mills | Stephanie T. Farabow, Esquire | Lori E. Gallien; Jane P. Neidermyer; William E. Dempsey, Esquire | Responsive E-mail | Claim Information | attorney client; work product |
| WDDP001658 | WDDP001662 | 00/00/0000 | Geraldine M. Johnson, Esquire | Unknown | | Draft Pleading | Litigation | attorney client; work product |
| WDDP001663 | WDDP001663 | 3/13/2002 | Robert F. Mills | Geraldine M. Johnson, Esquire | | E-mail | Litigation | attorney client; work product |