# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP001664 | WDDP001664 | 2/5/2004 | Linda J. Bey | William Ellis, Esquire; Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire | | Correspondence | Independent Medical Examination | attorney client; work product |
| WDDP001665 | WDDP001665 | | | | | Attachment to Correspondence | | work product |
| WDDP001666 | WDDP001667 | | | | | Attachment to Correspondence | | work product |
| WDDP001668 | WDDP001669 | | | | | Attachment to Correspondence | | work product |
| WDDP001670 | WDDP001670 | | | | | Attachment to Correspondence | | work product |
| WDDP001671 | WDDP001677 | | | | | Attachment to Correspondence | | work product |
| WDDP001678 | WDDP001678 | | | | | Attachment to Correspondence | | work product |
| WDDP001679 | WDDP001687 | | | | | Attachment to Correspondence | | work product |
| WDDP001688 | WDDP001688 | | | | | Attachment to Correspondence | | work product |
| WDDP001689 | WDDP001689 | | | | | Attachment to Correspondence | | work product |
| WDDP001690 | WDDP001691 | | | | | Attachment to Correspondence | | work product |
| WDDP001692 | WDDP001694 | | | | | Attachment to Correspondence | | work product |
| WDDP001695 | WDDP001704 | | | | | Attachment to Correspondence | | work product |
| WDDP001705 | WDDP001705 | | | | | Attachment to Correspondence | | work product |
| WDDP001706 | WDDP001709 | | | | | Attachment to Correspondence | | work product |
| WDDP001710 | WDDP001710 | | | | | Attachment to Correspondence | | work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP001711 | WDDP001711 | | | | | Attachment to Correspondence | | work product |
| WDDP001712 | WDDP001712 | | | | | Attachment to Correspondence | | work product |
| WDDP001713 | WDDP001713 | | | | | Attachment to Correspondence | | work product |
| WDDP001714 | WDDP001714 | | | | | Attachment to Correspondence | | work product |
| WDDP001715 | WDDP001734 | | | | | Attachment to Correspondence | | work product |
| WDDP001735 | WDDP001747 | | | | | Attachment to Correspondence | | work product |
| WDDP001748 | WDDP001764 | | | | | Attachment to Correspondence | | work product |
| WDDP001765 | WDDP001784 | | | | | Attachment to Correspondence | | work product |
| WDDP001786 | WDDP001786 | 00/00/0000 | Unknown | Unknown | | Notes | Litigation | attorney client; work product |
| WDDP001787 | WDDP001787 | 5/1/2007 | John E. Meagher, Esquire | William E. Dempsey, Esquire | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP001788 | WDDP001788 | | | | | Attachment to Facsimile | | attorney client; work product |
| WDDP001789 | WDDP001792 | 3/22/2007 | | | Adam Formus, Esquire; Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire | bcc | Kearney Claim | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP001793 | WDDP001794 | 3/1/2007 | | | John E. Meagher, Esquire; Adam Formus, Esquire; Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire | bcc | Kearney Claim | attorney client; work product |
| WDDP001797 | WDDP001797 | 3/1/2006 | Linda J. Bey | William Ellis, Esquire; William E. Dempsey, Esquire; Stephanie T. Farabow, Esquire; John E. Meagher, Esquire | | Facsimile Coversheet | | attorney client; work product |
| WDDP001798 | WDDP001798 | | | | | Attachment to Facsimile | | work product |
| WDDP001799 | WDDP001799 | | | | | Attachment to Facsimile | | work product |
| WDDP001800 | WDDP001800 | | | | | Attachment to Facsimile | | work product |
| WDDP001801 | WDDP001801 | | | | | Attachment to Facsimile | | work product |
| WDDP001802 | WDDP001802 | | | | | Attachment to Facsimile | | work product |
| WDDP001803 | WDDP001805 | | | | | Attachment to Facsimile | | attorney client; work product |
| WDDP001806 | WDDP001806 | | | | | Attachment to Facsimile | | work product |
| WDDP001807 | WDDP001808 | | | | | Attachment to | | work product |
| WDDP001809 | WDDP001809 | 2/9/2006 | Adam Formus | William E. Dempsey | | Responsive E-mail | Benefits | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP001810 | WDDP001810 | | | | | Attachment to E-mail | | work product |
| WDDP001875 | WDDP001875 | 10/23/2006 | Linda J. Bey | William E. Dempsey, Esquire; John E. Meagher, Esquire; Stephanie T. Farabow, Esquire | | Correspondence | | attorney client; work product |
| WDDP001876 | WDDP001900 | | | | | Attachment to Correspondence | | attorney client; work product |
| WDDP001901 | WDDP001901 | 00/00/0000 | Unknown | Unknown | | Notes | Litigation | attorney client; work product |
| WDDP001902 | WDDP001903 | 7/28/2006 | John E. Meagher, Esquire | William E. Dempsey, Esquire; Adam Formus, Esquire; Stephanie T. Farabow, Esquire; William R. Ellis, Esquire | | Responsive E-mail | Litigation | attorney client; work product |
| WDDP001909 | WDDP001910 | 3/6/2006 | William Ellis, Esquire | Michael Roberts, Esquire | | Draft Correspondence | Litigation | attorney client; work product |
| WDDP001911 | WDDP001912 | 3/2/2006 | Amy Gasser Callow, Esquire | John Meagher, Esquire | William R. Ellis, Esquire; Stephanie T. Farabow. Esquire; William E. Dempsey, Esquire | Correspondence | Litigation | attorney client |
| WDDP001914 | WDDP001915 | 04/00/2006 | Unknown | Unknown | | Draft Pleading | Litigation | work product |
| WDDP001916 | WDDP001916 | 2/27/2006 | Bill B. Davenport | Adam Formus, Esquire; Carl Semmler | William E. Dempsey, Esquire; Mark T. Davenport | Correspondence | Litigation | attorney client; work product |
| WDDP001917 | WDDP001919 | 2/24/2006 | USDC | Unknown | | Pleading in other action | Unrelated to current claim | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP001920 | WDDP001924 | 2/22/2006 | | | Adam Formus, Esquire; Carl Semmler; William Dempsey, Esquire; Mark T. Davenport | bcc | Kearney Claim | attorney client; work product |
| WDDP001942 | WDDP001942 | 1/19/2006 | Linda J. Bey | William Ellis, Esquire; William E. Dempsey, Esquire; Stephanie T. Farabow, Esquire | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP001943 | WDDP001943 | | | | | Attachment to Facsimile | | attorney client; work product |
| WDDP001953 | WDDP001953 | 8/23/2005 | Linda J. Bey | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP001957 | WDDP001957 | 8/11/2005 | Darlene Stanczak | William E. Dempsey, Esquire | | Facsimile Coversheet | Kearney Claim | attorney client; work product |
| WDDP001958 | WDDP001958 | | | | | Attachment to Facsimile | | work product |
| WDDP001959 | WDDP001960 | 7/28/2005 | William R. Ellis, Esquire | Michael A. Roberts, Esquire | | Draft correspondence | Litigation | attorney client; work product |
| WDDP001962 | WDDP001962 | 7/6/2005 | Linda J. Bey | William Ellis, Esquire; William E. Dempsey, Esquire; Stephanie T. Farabow, Esquire | | Facsimile Coversheet | Kearney Claim | attorney client; work product |
| WDDP001963 | WDDP001963 | | | | | Attachment to Facsimile | | attorney client; work product |
| WDDP001967 | WDDP001967 | 00/00/0000 | Unknown | Unknown | | Notes | Litigation | attorney client; work product |
| WDDP001968 | WDDP001968 | 4/15/2005 | Linda J. Bey | William E. Dempsey, Esquire | | Facsimile Coversheet | Kearney Claim | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP001999 | WDDP001999 | 4/16/2004 | Christine L. Zerges | William E. Dempsey, Esquire | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP002000 | WDDP002000 | | | | | Attachment to Facsimile | | attorney client; work product |
| WDDP002001 | WDDP002002 | | | | | Attachment to Facsimile | | work product |
| WDDP002003 | WDDP002003 | 8/12/2004 | Patricia Perez | William R. Ellis, Esquire | | Form | Litigation | attorney client; work product |
| WDDP002019 | WDDP002019 | 7/29/2004 | Christine L. Zerges | Andy Cohen, Esquire; Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire | | Correspondence | Litigation | attorney client work product |
| WDDP002104 | WDDP002104 | 7/27/2004 | Andy Cohen, Esquire | Adam Formus, Esquire | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP002105 | WDDP002105 | | | | | Attachment to Facsimile | | attorney client; work product |
| WDDP002106 | WDDP002111 | | | | | Attachment to Facsimile | | work product |
| WDDP002112 | WDDP002116 | | | | | Attachment to Facsimile | | work product |
| WDDP002117 | WDDP002117 | 7/27/2004 | Christine L. Zerges | William E. Dempsey, Esquire | | Facsimile Coversheet | Litigation | attorney client; work product |
| WDDP002129 | WDDP002130 | 7/14/2004 | William Ellis, Esquire | | Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; Adam Formus, Esquire | bcc | Kearney Claim | attorney client; work product |
| WDDP002131 | WDDP002131 | 6/10/2004 | Amy Gasser Callow, Esquire | Adam Formus, Esquire | | Correspondence | Litigation | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP002136 | WDDP002137 | 6/9/2004 | | | William R. Ellis, Esquire; Adam Formus, Esquire; Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire | bcc | Kearney Claim | attorney client; work product |
| WDDP002138 | WDDP002139 | 6/6/2004 | | | Adam Formus, Esquire; Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire | bcc | Kearney Claim | attorney client; work product |
| WDDP002249 | WDDP002249 | 6/3/2004 | Amy Gasser Callow, Esquire | Adam Formus, Esquire | | Correspondence | Litigation | attorney client; work product |
| WDDP002250 | WDDP002276 | 00/00/0000 | Unknown | Unknown | | Pleading and notes on attachments | Litigation | attorney client; work product |
| WDDP002277 | WDDP002288 | 00/00/0000 | Unknown | Unknown | | Handwriting/Notes | Litigation | work product |
| WDDP002289 | WDDP002296 | 00/00/0000 | Unknown | Unknown | | Handwriting/Notes | Litigation | work product |
| WDDP002297 | WDDP002298 | 4/27/2004 | William R. Ellis, Esquire | Christy L. Zerges | | E-mail | Litigation | attorney client; work product |
| WDDP002360 | WDDP002361 | 12/21/2001 | Geraldine M. Johnson, Esquire | William E. Dempsey, Esquire | | Correspondence | Kearney Claim | attorney client; work product |
| WDDP002373 | WDDP002376 | 2/20/2007 | Unknown | Unknown | | Calculations | Calculations | work product |
| WDDP002377 | WDDP002379 | 11/12/2004 | Cyndi Croft | Scott Lancaster | | Calculations | Calculations | work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP002380 | WDDP002380 | 5/31/2007 | William E. Dempsey, Esquire | Stephanie T. Farabow, Esquire | | Facsimile Coversheet | Billing | attorney client; work product |
| WDDP002399 | WDDP002399 | 2/17/2006 | Robert F. Mills | Christopher Kearney | | Draft correspondence | Kearney Claim | work product |
| WDDP002440 | WDDP002444 | 3/28/2007 | Janet Beattie | Adam Formus, Esquire | | Memorandum | Kearney Claim | attorney client; work product |
| WDDP002464 | WDDP002464 | 8/10/2004 | William E. Dempsey, Esquire | William R. Ellis, Esquire | | Correspondence | Kearney Claim | attorney client; work product |
| WDDP002468 | WDDP002483 | 11/6/2006 | Amy Gasser Callow, Esquire; William Ellis, Esquire | Adam Formus, Esquire; Stephanie T. Farabow, Esquire; William E. Dempsey, Esquire; John E. Meagher, Esquire | | Memorandum | Litigation | attorney client; work product |
| WDDP002499 | WDDP002510 | 3/24/2006 | Unknown | File | | Summary Report | Kearney Claim | work product |
| WDDP002528 | WDDP002530 | 2/28/2007 | John E. Meagher | Unknown | | Draft Correspondence | Litigation | attorney client; work product |
| WDDP002574 | WDDP002582 | 04/00/2006 | William Ellis | Unknown | | Draft Pleading | Litigation | attorney client; work product |
| WDDP002627 | WDDP002640 | 00/00/0000 | William Ellis, Esquire | Unknown | | Draft Pleading | Litigation | attorney client; work product |
| WDDP002743 | WDDP002745 | 00/00/2003 | Unknown | Unknown | | Draft Pleading | Litigation | work product |
| WDDP002750 | WDDP002753 | 8/29/2006 | William Ellis, Esquire | Magistrate Judge | | Draft Correspondence | Litigation | attorney client; work product |
| WDDP002795 | WDDP002796 | 11/20/2006 | Amy Gasser Callow | Adam Formus; John E. Meagher; Farabow, Stephanie; Farabow, Stephanie; Dempsey, William E. (GE, Corporate) | William R. Ellis | E-mail | Litigation | attorney client; work product |
| WDDP002797 | WDDP002798 | 11/20/2006 | Adam Formus | Amy Gasser Callow; John E. Meagher; Farabow, Stephanie; Farabow, Stephanie; Dempsey, William E. (GE, Corporate) | William R. Ellis | E-mail | Litigation | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP002799 | WDDP002799 | 11/8/2006 | Adam Formus | Farabow, Stephanie; Dempsey, William E. (GE, Corporate) | | E-mail | Litigation | attorney client; work product |
| WDDP002800 | WDDP002801 | 11/1/2005 | William R. Ellis | Adam Formus; Dempsey, William E. (GE ERC); Stephanie.T.Farabow@JPFinancial.com | | E-mail | Litigation | attorney client; work product |
| WDDP002802 | WDDP002803 | 7/13/2005 | Farabow, Stephanie | Dempsey, William E. (GE ERC) | adam_formus@di-mgmt.com | E-mail | Kearney Claim | attorney client; work product |
| WDDP002804 | WDDP002805 | 3/17/2004 | Farabow, Stephanie | Dempsey, William E. (GE ERC); AGCallow@WoodLamping.com | WREllis@WoodLamping.com | E-mail | Litigation | attorney client; work product |
| WDDP002806 | WDDP002807 | 3/16/2004 | Dempsey, William E. (GE ERC) | 'William R. Ellis' | 'Adam Formus, Esquire (E-mail)'; 'Stephanie T. Farabow (E-mail)' | E-mail | Litigation | attorney client; work product |
| WDDP002808 | WDDP002809 | 4/19/2005 | Farabow, Stephanie | Adam Formus; wrellis@woodlamping.com; Dempsey, William E. (GE ERC) | Todd Ditmar; Robert F. Mills; Loftin, Valerie | E-mail | RE: ~response to Kearney letter to JP ATTY-CLIENT PRIVILEGED/ WORK PRODUCT | attorney client; work product |
| WDDP002810 | WDDP002812 | 1/31/2007 | John E. Meagher | adamef@cox.net; stephanie.farabow@lfg.com; Dempsey, William E. (GE, Corporate) | | E-mail | Kearney - return of attorney/client privileged documents | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP002813 | WDDP002814 | 12/27/2006 | John E. Meagher | Farabow, Stephanie; Dempsey, William E. (GE, Corporate) | Adam Formus, Esquire; Dempsey, William E. (GE, Corporate); AGCallow@WoodLamping.com | E-mail | Kearney hearing update | attorney client; work product |
| WDDP002815 | WDDP002816 | 4/12/2007 | Amy Gasser Callow | adam_formus@di-mgmt.com; Farabow, Stephanie; John E. Meagher; Dempsey, William E. (GE, Corporate) | William R. Ellis; Stacey L. Vogelsang | E-mail | 4-6-07 correspondence from Mike Roberts | attorney client; work product |
| WDDP002817 | WDDP002818 | 11/19/2003 | Dempsey, William E. (GE ERC) | 'Johnson, Geraldine'; 'Robert F. Mills'; Dempsey, William E. (GE ERC); 'stephanie.T.Farabow@jpfinancial.com'; 'adam_Formus@di-mgmt.com' | | E-mail | RE: A new fax has arrived from 913 676 6273 (Part 1 of 1) on Chan nel 0 | attorney client; work product |
| WDDP002819 | WDDP002821 | 3/21/2007 | John E. Meagher | Farabow, Stephanie; Amy Gasser Callow; Dempsey, William E. (GE, Corporate); Adam Formus | William R. Ellis | E-mail | RE: Activity in Case 1:02-cv-00479-MRB Jefferson-Pilot Life v. Kearney, et al Status Conference"" | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP002822 | WDDP002826 | 1/11/2007 | Amy Gasser Callow | John E. Meagher; Adam Formus; William R. Ellis | stephanie.farabow@lfg.com; Dempsey, William E. (GE, Corporate); Andrew Lynn | E-mail | RE: Activity in Case 1:02-cv-00479-MRB Jefferson-Pilot Life v.Kearney, et al Transcript"" | attorney client; work product |
| WDDP002827 | WDDP002831 | 1/10/2007 | William R. Ellis | John E. Meagher; Adam Formus; Amy Gasser Callow | stephanie.farabow@lfg.com; Dempsey, William E. (GE, Corporate); Andrew Lynn | E-mail | RE: Activity in Case 1:02-cv-00479-MRB Jefferson-Pilot Life v.Kearney, et al Transcript"" | attorney client; work product |
| WDDP002832 | WDDP002836 | 1/10/2007 | John E. Meagher | Adam Formus; Amy Gasser Callow; William R. Ellis | stephanie.farabow@lfg.com; Dempsey, William E. (GE, Corporate); Andrew Lynn | E-mail | RE: Activity in Case 1:02-cv-00479-MRB Jefferson-Pilot Life v.Kearney, et al Transcript"" | attorney client; work product |
| WDDP002837 | WDDP002840 | 4/13/2007 | Amy Gasser Callow | Adam Formus; William R. Ellis; JMeagher@shutts-law.com; Stephanie.Farabow@lfg.com; Dempsey, William E. (GE, Corporate) | | E-mail | RE: Agreed Protective Order | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP002841 | WDDP002843 | 4/13/2007 | Adam Formus | William R. Ellis; Amy Gasser Callow; JMeagher@shutts-law.com; Stephanie.Farabow@lfg.com; Dempsey, William E. (GE, Corporate) | | E-mail | RE: Agreed Protective Order | attorney client; work product |
| WDDP002844 | WDDP002844 | 5/15/2003 | Farabow, Stephanie | Pluto, Lisa; Dempsey, William E. (GE ERC); Robert_Mills@di-mgmt.com; gjohnson@ralaw.com | | E-mail | RE: Attached Files~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP002845 | WDDP002846 | 7/12/2005 | Adam Formus | Farabow, Stephanie; William R. Ellis; Dempsey, William E. (GE ERC) | | E-mail | ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP002847 | WDDP002847 | 2/23/2007 | Adam Formus | Stephanie.T.Farabow@JPFinancial.com; John E. Meagher; William R. Ellis; Dempsey, William E. (GE, Corporate); Amy Gasser Callow | | E-mail | FW: calculations | attorney client; work product |
| WDDP002848 | WDDP002853 | 2/5/2004 | Dempsey, William E. (GE ERC) | 'Johnson, Geraldine' | | E-mail | RE: Chris Kearney | attorney client; work product |
| WDDP002854 | WDDP002859 | 1/28/2004 | Johnson, Geraldine | Dempsey, William E. (GE ERC) | 'Stephanie.T.Farabowg@jpfinancial.com'; 'adam_formus@di-mgmt.com'; 'wrellis@woodlamping.com' | E-mail | RE: Chris Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP002860 | WDDP002864 | 1/16/2004 | Dempsey, William E. (GE ERC) | 'Johnson, Geraldine' | | E-mail | RE: Chris Kearney | attorney client; work product |
| WDDP002865 | WDDP002868 | 1/15/2004 | Dempsey, William E. (GE ERC) | 'Johnson, Geraldine' | | E-mail | RE: Chris Kearney | attorney client; work product |
| WDDP002869 | WDDP002871 | 1/12/2004 | Dempsey, William E. (GE ERC) | 'Johnson, Geraldine' | | E-mail | RE: Chris Kearney | attorney client; work product |
| WDDP002872 | WDDP002875 | 12/17/2003 | Dempsey, William E. (GE ERC) | 'Farabow, Stephanie' | | E-mail | RE: Chris Kearney | attorney client; work product |
| WDDP002876 | WDDP002877 | 12/11/2003 | Johnson, Geraldine | Dempsey, William E. (GE ERC); adam_formus@di-mgmt.com; Stephanie.T.Farabow@JPFinancial.com | Todd_Ditmar@di-mgmt.com; Robert_Mills@di-mgmt.com; William_Hughes@di-mgmt.com; Kathleen_Brennan@di-mgmt.com | E-mail | RE: Chris Kearney | attorney client; work product |
| WDDP002878 | WDDP002879 | 12/11/2003 | Johnson, Geraldine | 'Adam Formus'; Stephanie.T.Farabow@JPFinancial.com; Dempsey, William E. (GE ERC) | Todd Ditmar; Robert F. Mills; William Hughes; Kathleen Brennan | E-mail | RE: Chris Kearney | attorney client; work product |
| WDDP002880 | WDDP002881 | 12/8/2003 | Dempsey, William E. (GE ERC) | 'Adam Formus'; 'gjohnson@ralaw.com'; 'Stephanie.T.Farabow@JPFinancial.com' | 'Todd Ditmar'; 'Robert F. Mills'; 'William Hughes'; 'Kathleen Brennan' | E-mail | RE: Chris Kearney | attorney client; work product |
| WDDP002882 | WDDP002883 | 1/9/2003 | Johnson, Geraldine | Dempsey, William E. (GE ERC) | | E-mail | RE: Chris Kearney | attorney client; work product |
| WDDP002884 | WDDP002884 | 1/9/2003 | Robert F. Mills | Dempsey, William E. (GE ERC) | | E-mail | FW: Chris Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP002885 | WDDP002886 | 1/7/2003 | Dempsey, William E. (GE ERC) | 'Robert F. Mills'; 'gjohnson@ralaw.com' | Dempsey, William E. (GE ERC) | E-mail | RE: Chris Kearney | attorney client; work product |
| WDDP002888 | WDDP002888 | 4/23/2004 | Amy Gasser Callow | adam_formus@di-mgmt.com; Dempsey, William E. (GE ERC); stephanie.farabow@jpfinancial.com | William R. Ellis | E-mail | Christopher Kearney | attorney client; work product |
| WDDP002889 | WDDP002891 | 1/16/2004 | Johnson, Geraldine | 'Adam Formus'; Robert F. Mills; 'Farabow, Stephanie' | Todd Ditmar; Dempsey, William E. (GE ERC) | E-mail | RE: Christopher Kearney | attorney client; work product |
| WDDP002892 | WDDP002893 | 1/15/2004 | Farabow, Stephanie | Adam Formus; Johnson, Geraldine; Robert F. Mills | Todd Ditmar; Dempsey, William E. (GE ERC) | E-mail | RE: Christopher Kearney | attorney client; work product |
| WDDP002894 | WDDP002894 | 5/16/2003 | Goodman, Diane | Cook, Sandie | Dempsey, William E. (GE ERC) | E-mail | RE: Christopher L. Kearney~ Client/Matter: 100411.0043 | attorney client; work product |
| WDDP002895 | WDDP002895 | 5/2/2003 | Goodman, Diane | scook@ralaw.com | Dempsey, William E. (GE ERC); Farabow, Stephanie | E-mail | Christopher L. Kearney | attorney client; work product |
| WDDP002896 | WDDP002896 | 5/20/2004 | William R. Ellis | | Dempsey, William E. (GE ERC); Adam Formus, Esquire; stephanie.farabow@jpfinancial.com | E-mail | FW: Depos | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP002897 | WDDP002898 | 4/26/2007 | Amy Gasser Callow | Dempsey, William E. (GE, Corporate); John E. Meagher; adam_formus@di-mgmt.com; Farabow, Stephanie; William R. Ellis | Stacey L. Vogelsang | E-mail | RE: Deposition | attorney client; work product |
| WDDP002899 | WDDP002902 | 4/10/2007 | Farabow, Stephanie | Adam Formus; William R. Ellis; John E. Meagher; Amy Gasser Callow; Dempsey, William E. (GE, Corporate) | | E-mail | RE: Deposition of Nancy Kearney | attorney client; work product |
| WDDP002903 | WDDP002903 | 4/5/2007 | Amy Gasser Callow | nancyl4040@aol.com | William R. Ellis | E-mail | Re: Deposition of Nancy Kearney | attorney client; work product |
| WDDP002904 | WDDP002905 | 11/14/2006 | William R. Ellis | Adam Formus; Amy Gasser Callow; Dempsey, William E. (GE, Corporate); John E. Meagher; Farabow, Stephanie | | E-mail | RE: DMS - Fines, Penalties, Etc. | attorney client; work product |
| WDDP002906 | WDDP002906 | 11/13/2006 | Adam Formus | Amy Gasser Callow; Dempsey, William E. (GE, Corporate); William R. Ellis; John E. Meagher; Farabow, Stephanie | | E-mail | FW: DMS - Fines, Penalties, Etc. | attorney client; work product |
| WDDP002907 | WDDP002908 | 11/14/2006 | Farabow, Stephanie | William R. Ellis; Adam Formus; Amy Gasser Callow; Dempsey, William E. (GE, Corporate); John E. Meagher | | E-mail | RE: DMS - Fines, Penalties, Etc.~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP002909 | WDDP002909 | 5/18/2004 | Adam Formus | 'wrellis@woodlamping.com'; 'Stephanie.T.Farabow@JPFinancial.com'; Dempsey, William E. (GE ERC) | | E-mail | FW: DMS and the OHIO DOI | attorney client; work product |
| WDDP002910 | WDDP002912 | 3/14/2007 | Farabow, Stephanie | John E. Meagher; Adam Formus; Dempsey, William E. (GE, Corporate); William R. Ellis; agcallow@WoodLamping.com | | E-mail | RE: Docs~Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP002913 | WDDP002914 | 3/14/2007 | Farabow, Stephanie | Adam Formus; Dempsey, William E. (GE, Corporate); William R. Ellis; agcallow@WoodLamping.com | jmeagher@shutts-law.com | E-mail | RE: Docs~Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP002915 | WDDP002916 | 3/14/2007 | Adam Formus | Farabow, Stephanie; Dempsey, William E. (GE, Corporate); William R. Ellis; agcallow@WoodLamping.com | jmeagher@shutts-law.com | E-mail | RE: Docs~Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP002917 | WDDP002920 | 7/29/2005 | Dempsey, William E. (GE ERC) | 'Farabow, Stephanie' | | E-mail | RE: Dr. Judd-McClure address | attorney client; work product |
| WDDP002921 | WDDP002923 | 7/28/2005 | Farabow, Stephanie | Dempsey, William E. (GE ERC) | | E-mail | FW: Dr. Judd-McClure address | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP002924 | WDDP002926 | 7/28/2005 | William R. Ellis | Stephanie.T.Farabow @JPFinancial.com | Dempsey, William E. (GE ERC); adam_formus @di-mgmt.com | E-mail | Re: Dr. Judd-McClure address | attorney client; work product |
| WDDP002927 | WDDP002929 | 7/28/2005 | Farabow, Stephanie | William R. Ellis; Adam Formus; Dempsey, William E. (GE ERC) | | E-mail | RE: Dr. Judd-McClure address | attorney client; work product |
| WDDP002930 | WDDP002932 | 7/28/2005 | William R. Ellis | Adam Formus; Dempsey, William E. (GE ERC); Farabow, Stephanie | | E-mail | FW: Dr. Judd-McClure address | attorney client; work product |
| WDDP002933 | WDDP002934 | 7/28/2005 | William R. Ellis | Roberts, Michael A. | | E-mail | RE: Dr. Judd-McClure address | attorney client; work product |
| WDDP002935 | WDDP002936 | 7/28/2005 | William R. Ellis | Adam Formus; Dempsey, William E. (GE ERC); Farabow, Stephanie | | E-mail | FW: Dr. Judd-McClure address | attorney client; work product |
| WDDP002937 | WDDP002939 | 7/29/2005 | Adam Formus | Farabow, Stephanie; Dempsey, William E. (GE ERC) | | E-mail | RE: Dr. Judd-McClure address~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP002940 | WDDP002940 | 1/30/2007 | Farabow, Stephanie | adam_formus@di-mgmt.com; Dempsey, William E. (GE, Corporate); Loftin, Valerie | | E-mail | FW: Emailing: 012407 voicemail from AJC.wav~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP002941 | WDDP002941 | 2/9/2006 | Adam Formus | Farabow, Stephanie; Dempsey, William E. (GE ERC) | | E-mail | FW: Emailing: 020706 voicemail from Dorsey & Whitney re Kearney | attorney client; work product |
| WDDP002942 | WDDP002943 | 2/16/2007 | William R. Ellis | Linda Bey; Dempsey, William E. (GE, Corporate); Farabow, Stephanie; Amy Gasser Callow | Adam Formus, Esquire | E-mail | RE: Emailing: Kearney request for records.pdf | attorney client; work product |
| WDDP002944 | WDDP002945 | 1/25/2007 | John E. Meagher | Amy Gasser Callow; Adam Formus; stephanie.farabow@lfg.com; Dempsey, William E. (GE, Corporate) | William R. Ellis | E-mail | RE: E-mails retrieved | attorney client; work product |
| WDDP002946 | WDDP002947 | 12/27/2006 | Adam Formus | John E. Meagher; Dempsey, William E. (GE, Corporate); Farabow, Stephanie | Andrew Lynn | E-mail | RE: HEARING IS GOING ON. | attorney client; work product |
| WDDP002948 | WDDP002949 | 1/27/2006 | William R. Ellis | adam_formus@di-mgmt.com; Dempsey, William E. (GE ERC); Stephanie.T.Farabow@JPFinancial.com | Amy Gasser Callow | E-mail | FW: Jay trial | attorney client; work product |
| WDDP002950 | WDDP002950 | 8/27/2004 | William R. Ellis | agcallow@cinci.rr.com | Adam Formus, Esquire; Dempsey, William E. (GE ERC); stephanie.farabow@jpfinancial.com | E-mail | FW: Jefferson Pilot Life Ins. v. Christopher Kearney,C-1-02-479 | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP002951 | WDDP002952 | 7/14/2006 | John E. Meagher | Farabow, Stephanie; Dempsey, William E. (GE, Corporate); William R. Ellis; Adam Formus | | E-mail | FW: Jefferson Pilot v. Kearney: Discovery / Settlement- Robert's reply | attorney client; work product |
| WDDP002953 | WDDP002954 | 7/28/2006 | John E. Meagher | Dempsey, William E. (GE, Corporate); Adam Formus; Farabow, Stephanie; William R. Ellis | | E-mail | FW: Jefferson Pilot vs. Kearney vs. DMS: Settlement | attorney client; work product |
| WDDP002955 | WDDP002957 | 2/28/2007 | Amy Gasser Callow | Dempsey, William E. (GE, Corporate); John E. Meagher; Adam Formus; Farabow, Stephanie | William R. Ellis | E-mail | RE: Jefferson Pilot/Kearney | attorney client; work product |
| WDDP002958 | WDDP002959 | 2/27/2007 | John E. Meagher | Adam Formus; Farabow, Stephanie; Dempsey, William E. (GE, Corporate) | William R. Ellis; Amy Gasser Callow | E-mail | FW: Jefferson Pilot/Kearney | attorney client; work product |
| WDDP002960 | WDDP002961 | 7/23/2003 | Johnson, Geraldine | 'Neidermyer, Jane P'; 'stephanie.T.farabow@jpfinancial.com'; Dempsey, William E. (GE ERC); 'adam_formus@di-mgmt.com' | | E-mail | RE: Jefferson-Pilot Life v. Kearney-ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP002962 | WDDP002964 | 7/28/2003 | Dempsey, William E. (GE ERC) | 'Farabow, Stephanie'; 'Johnson, Geraldine'; 'Neidermyer, Jane P'; Dempsey, William E. (GE ERC); 'adam_formus@di-mgmt.com' | | E-mail | RE: Jefferson-Pilot Life v. Kearney-ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |