# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP002966 | WDDP002967 | 7/23/2003 | Farabow, Stephanie | Johnson, Geraldine; Neidermyer, Jane P; Dempsey, William E. (GE ERC); adam_formus@di-mgmt.com | | E-mail | RE: Jefferson-Pilot Life v. Kearney-ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP002968 | WDDP002969 | 7/14/2003 | Dempsey, William E. (GE ERC) | 'Farabow, Stephanie' | | E-mail | RE: Jefferson-Pilot Life v. Kearney-ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP002970 | WDDP002972 | 2/8/2006 | Adam Formus | C. J. Schmidt; Dempsey, William E. (GE ERC); Stephanie.T.Farabow @JPFinancial.com | William R. Ellis; Amy Gasser Callow | E-mail | RE: Jefferson-Pilot v. Kearney - Motion for Summary Judgment Opinion | attorney client; work product |
| WDDP002973 | WDDP002974 | 2/3/2006 | C. J. Schmidt | adam_formus@di-mgmt.com; Dempsey, William E. (GE ERC); Stephanie.T.Farabow @JPFinancial.com | C. J. Schmidt; William R. Ellis; Amy Gasser Callow | E-mail | Jefferson-Pilot v. Kearney -- Motion for Summary Judgment Opinion | attorney client; work product |
| WDDP002975 | WDDP002975 | 5/19/2003 | Pluto, Lisa | 'Stephanie.T.Farabow @JPFinancial.com'; Dempsey, William E. (GE ERC); 'Robert_Mills@di-mgmt.com' | | E-mail | Jefferson-Pilot v. Kearney - On Behalf of Geraldine M. Johnson | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP002976 | WDDP002976 | 6/5/2003 | Farabow, Stephanie | Neidermyer, Jane P | gjohnson@rala w.com; adam_formus @di-mgmt.com; robert_mills@d i-mgmt.com; Dempsey, William E. (GE ERC) | E-mail | RE: JP v. Kearney~ATTY-CLIENT PRIVILEGE/W ORK PRODUCT | attorney client; work product |
| WDDP002977 | WDDP002978 | 5/27/2003 | Farabow, Stephanie | Dempsey, William E. (GE ERC) | gjohnson@rala w.com; adam_formus @di-mgmt.com | E-mail | FW: JP v. Kearney~ATTY-CLIENT PRIVILEGE/W ORK PRODUCT | attorney client; work product |
| WDDP002979 | WDDP002980 | 5/21/2003 | Farabow, Stephanie | Dempsey, William E. (GE ERC); Loftin, Valerie | Neidermyer, Jane P; Croft, Cynthia K | E-mail | RE: JP v. Kearney~ATTY-CLIENT PRIVILEGE/W ORK PRODUCT | attorney client; work product |
| WDDP002981 | WDDP002982 | 5/20/2003 | Dempsey, William E. (GE ERC) | 'Farabow, Stephanie'; 'Loftin, Valerie' | 'Neidermyer, Jane P'; 'Croft, Cynthia K' | E-mail | RE: JP v. Kearney~ATTY-CLIENT PRIVILEGE/W ORK PRODUCT | attorney client; work product |
| WDDP002983 | WDDP002984 | 5/20/2003 | Dempsey, William E. (GE ERC) | 'Loftin, Valerie'; 'Farabow, Stephanie' | 'Neidermyer, Jane P'; 'Croft, Cynthia K' | E-mail | RE: JP v. Kearney~ATTY-CLIENT PRIVILEGE/W ORK PRODUCT | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---------|---------|----------|------|----|----|---------|---------|----------|
| WDDP002985 | WDDP002986 | 5/20/2003 | Dempsey, William E. (GE ERC) | 'Farabow, Stephanie'; 'Loftin, Valerie'; Dempsey, William E. (GE ERC) | 'Neidermyer, Jane P' | E-mail | RE: JP v. Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP002987 | WDDP002987 | 5/20/2003 | Dempsey, William E. (GE ERC) | 'Loftin, Valerie' | | E-mail | RE: JP v. Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP002988 | WDDP002989 | 5/20/2003 | Dempsey, William E. (GE ERC) | 'Farabow, Stephanie'; 'Loftin, Valerie'; Dempsey, William E. (GE ERC) | 'Neidermyer, Jane P' | E-mail | RE: JP v. Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP002990 | WDDP002990 | 4/10/2007 | William R. Ellis | Adam Formus; Farabow, Stephanie; Dempsey, William E. (GE, Corporate); John E. Meagher | Amy Gasser Callow | E-mail | Kearney | attorney client; work product |
| WDDP002991 | WDDP002991 | 3/16/2007 | Adam Formus | jmeagher@shutts-law.com; Dempsey, William E. (GE, Corporate); stephanie.farabow@lfg.com; agcallow@woodlamping.com; wrellis@woodlamping.com | | E-mail | Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---------|---------|----------|------|-----|-----|---------|---------|----------|
| WDDP002992 | WDDP002992 | 3/14/2007 | William R. Ellis | adam_formus@di-mgmt.com; stephanie.farabow@lfg.com; Dempsey, William E. (GE, Corporate); Andy Cohen | Amy Gasser Callow | E-mail | Kearney | attorney client; work product |
| WDDP002993 | WDDP002993 | 2/28/2007 | Goodman, Diane | Farabow, Stephanie; clydehonakerjr@aol.com | adam_formus@di-mgmt.com; agcallow@woodlamping.com; jmeagher@shutts-law.com; Dempsey, William E. (GE, Corporate); wrellis@woodlamping.com | E-mail | RE: Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP002994 | WDDP002994 | 2/28/2007 | Farabow, Stephanie | Farabow, Stephanie; clydehonakerjr@aol.com | adam_formus@di-mgmt.com; agcallow@woodlamping.com; jmeagher@shutts-law.com; Dempsey, William E. (GE, Corporate); wrellis@woodlamping.com; Goodman, Diane | E-mail | RE: Kearney | attorney client; work product |
| WDDP002995 | WDDP002995 | 2/27/2007 | Farabow, Stephanie | clydehonakerjr@aol.com | adam_formus@di-mgmt.com; agcallow@woodlamping.com; jmeagher@shutts-law.com; Dempsey, William E. (GE, Corporate); wrellis@woodlamping.com | E-mail | Kearney | attorney client; work product |
| WDDP002996 | WDDP002996 | 2/12/2007 | William R. Ellis | Adam Formus; Farabow, Stephanie; Dempsey, William E. (GE, Corporate); John E. Meagher | Amy Gasser Callow | E-mail | Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---------|---------|----------|------|-----|-----|---------|---------|----------|
| WDDP002997 | WDDP002998 | 1/19/2007 | Adam Formus | stephanie.farabow@lfg.com; Amy Gasser Callow; John E. Meagher; William R. Ellis; Dempsey, William E. (GE, Corporate); Andy Cohen | | E-mail | Kearney | attorney client; work product |
| WDDP002999 | WDDP003001 | 1/17/2007 | Adam Formus | Amy Gasser Callow; stephanie.farabow@lfg.com; Dempsey, William E. (GE, Corporate); William R. Ellis; John E. Meagher | | E-mail | RE: Kearney | attorney client; work product |
| WDDP003002 | WDDP003004 | 1/17/2007 | John E. Meagher | Farabow, Stephanie; Adam Formus; Dempsey, William E. (GE, Corporate); William R. Ellis; Amy Gasser Callow | | E-mail | RE: Kearney | attorney client; work product |
| WDDP003005 | WDDP003005 | 1/17/2007 | Adam Formus | John E. Meagher; Dempsey, William E. (GE, Corporate); William R. Ellis; stephanie.farabow@lfg.com; Amy Gasser Callow | | E-mail | Kearney | attorney client; work product |
| WDDP003006 | WDDP003008 | 1/12/2007 | Farabow, Stephanie | John E. Meagher; Amy Gasser Callow; Adam Formus; Loftin, Valerie; Dempsey, William E. (GE, Corporate); William R. Ellis | | E-mail | RE: Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP003009 | WDDP003009 | 1/11/2007 | Adam Formus | Loftin, Valerie; stephanie.farabow@lfg.com; Dempsey, William E. (GE, Corporate); William R. Ellis; Amy Gasser Callow; John E. Meagher | | E-mail | Kearney | attorney client; work product |
| WDDP003010 | WDDP003010 | 12/29/2006 | William R. Ellis | Adam Formus; Farabow, Stephanie; Dempsey, William E. (GE, Corporate) | Amy Gasser Callow | E-mail | Kearney | attorney client; work product |
| WDDP003011 | WDDP003014 | 12/7/2006 | William R. Ellis | adam_formus@di-mgmt.com; jmeagher@shutts-law.com; Amy Gasser Callow; Dempsey, William E. (GE, Corporate) | stephanie.farabow@lfg.com | E-mail | Re: Kearney | attorney client; work product |
| WDDP003015 | WDDP003016 | 11/22/2006 | William R. Ellis | Adam Formus; Dempsey, William E. (GE, Corporate); Farabow, Stephanie | John E. Meagher; Amy Gasser Callow | E-mail | Kearney | attorney client; work product |
| WDDP003017 | WDDP003019 | 11/20/2006 | Adam Formus | Amy Gasser Callow; Farabow, Stephanie; Dempsey, William E. (GE, Corporate); William R. Ellis; John E. Meagher | | E-mail | RE: Kearney | attorney client; work product |
| WDDP003020 | WDDP003021 | 11/17/2006 | Amy Gasser Callow | Adam Formus; Farabow, Stephanie; Dempsey, William E. (GE, Corporate); William R. Ellis; John E. Meagher | | E-mail | RE: Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---------|---------|----------|------|-----|-----|---------|---------|----------|
| WDDP003022 | WDDP003022 | 11/13/2006 | Adam Formus | William R. Ellis; Dempsey, William E. (GE, Corporate); Farabow, Stephanie; Amy Gasser Callow; John E. Meagher | | E-mail | Kearney | attorney client; work product |
| WDDP003023 | WDDP003023 | 11/10/2006 | Adam Formus | William R. Ellis; Farabow, Stephanie; Dempsey, William E. (GE, Corporate); John E. Meagher; Amy Gasser Callow | | E-mail | Kearney | attorney client; work product |
| WDDP003024 | WDDP003027 | 10/24/2006 | Farabow, Stephanie | John E. Meagher; William R. Ellis; Adam Formus; Dempsey, William E. (GE, Corporate) | Amy Gasser Callow | E-mail | RE: Kearney | attorney client; work product |
| WDDP003028 | WDDP003030 | 10/23/2006 | John E. Meagher | Farabow, Stephanie; William R. Ellis; Adam Formus; Dempsey, William E. (GE, Corporate) | Amy Gasser Callow | E-mail | RE: Kearney | attorney client; work product |
| WDDP003031 | WDDP003032 | 10/18/2006 | Farabow, Stephanie | William R. Ellis; Adam Formus; Dempsey, William E. (GE, Corporate); John E. Meagher | Amy Gasser Callow | E-mail | RE: Kearney | attorney client; work product |
| WDDP003033 | WDDP003033 | 9/27/2006 | William R. Ellis | adam_formus@di-mgmt.com; Dempsey, William E. (GE, Corporate); Farabow, Stephanie | John E. Meagher | E-mail | Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003034 | WDDP003034 | 6/6/2006 | William R. Ellis | adam_formus@di-mgmt.com; Dempsey, William E. (GE, Corporate); Stephanie T Farabow ; John E. Meagher | Amy Gasser Callow | E-mail | Kearney | attorney client; work product |
| WDDP003035 | WDDP003035 | 4/18/2006 | William R. Ellis | Adam Formus; Dempsey, William E. (GE ERC); Stephanie T Farabow ; John E. Meagher | | E-mail | FW: Kearney | attorney client; work product |
| WDDP003036 | WDDP003036 | 2/16/2006 | Adam Formus | Farabow, Stephanie; Dempsey, William E. (GE ERC) | | E-mail | Kearney | attorney client; work product |
| WDDP003037 | WDDP003038 | 2/14/2006 | William R. Ellis | adam_formus@di-mgmt.com | Stephanie.T.Farabow@JPFinancial.com; Dempsey, William E. (GE ERC) | E-mail | Re: Kearney | attorney client; work product |
| WDDP003039 | WDDP003039 | 2/2/2006 | Adam Formus | William R. Ellis | Farabow, Stephanie; Dempsey, William E. (GE ERC) | E-mail | Kearney | attorney client; work product |
| WDDP003040 | WDDP003042 | 1/27/2006 | William R. Ellis | Dempsey, William E. (GE ERC); adam_formus@di-mgmt.com; Stephanie.T.Farabow@JPFinancial.com | | E-mail | RE: Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003043 | WDDP003044 | 1/26/2006 | William R. Ellis | Dempsey, William E. (GE ERC); adam_formus@di-mgmt.com; Stephanie.T.Farabow @JPFinancial.com | | E-mail | RE: Kearney | attorney client; work product |
| WDDP003045 | WDDP003045 | 1/26/2006 | William R. Ellis | Adam Formus; Dempsey, William E. (GE ERC); Farabow, Stephanie | | E-mail | Kearney | attorney client; work product |
| WDDP003046 | WDDP003046 | 12/22/2005 | Adam Formus | Farabow, Stephanie; William R. Ellis; Dempsey, William E. (GE ERC) | | E-mail | Kearney | attorney client; work product |
| WDDP003047 | WDDP003047 | | | | | E-mail | | attorney client; work product |
| WDDP003048 | WDDP003048 | 12/22/2005 | Adam Formus | Farabow, Stephanie; William R. Ellis; Dempsey, William E. (GE ERC) | | E-mail | Kearney | attorney client; work product |
| WDDP003049 | WDDP003049 | 00/00/0000 | Adam Formus | William Ellis | | E-mail | Kearney | attorney client; work product |
| WDDP003050 | WDDP003050 | 12/14/2005 | Adam Formus | Dempsey, William E. (GE ERC) | | E-mail | FW: Kearney | attorney client; work product |
| WDDP003051 | WDDP003052 | 12/14/2005 | Farabow, Stephanie | William R. Ellis; Dempsey, William E. (GE ERC); adam_formus@di-mgmt.com | | E-mail | RE: Kearney | attorney client; work product |
| WDDP003053 | WDDP003053 | 12/14/2005 | William R. Ellis | Dempsey, William E. (GE ERC); adam_formus@di-mgmt.com; Stephanie.T.Farabow @JPFinancial.com | | E-mail | RE: Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003054 | WDDP003054 | 12/14/2005 | Adam Formus | Farabow, Stephanie; WREllis@WoodLamping.com; Dempsey, William E. (GE ERC) | | E-mail | Kearney | attorney client; work product |
| WDDP003055 | WDDP003055 | 00/00/0000 | Adam Formus | Various | | E-mail | Kearney | attorney client; work product |
| WDDP003056 | WDDP003056 | 5/11/2005 | William R. Ellis | Farabow, Stephanie; Adam Formus; Dempsey, William E. (GE ERC) | Amy Gasser Callow | E-mail | RE: Kearney | attorney client; work product |
| WDDP003057 | WDDP003057 | 5/11/2005 | Farabow, Stephanie | William R. Ellis; Adam Formus; Dempsey, William E. (GE ERC) | Amy Gasser Callow | E-mail | RE: Kearney | attorney client; work product |
| WDDP003058 | WDDP003058 | 9/23/2004 | William R. Ellis | Farabow, Stephanie; Amy Gasser Callow | Dempsey, William E. (GE ERC); adam_formus@di-mgmt.com | E-mail | RE: Kearney | attorney client; work product |
| WDDP003059 | WDDP003059 | 8/26/2004 | William R. Ellis | Adam Formus; Dempsey, William E. (GE ERC); agcallow@cinci.rr.com; Farabow, Stephanie | Amy Gasser Callow | E-mail | FW: Kearney | attorney client; work product |
| WDDP003060 | WDDP003060 | 8/26/2004 | Amy Gasser Callow | adam_formus@di-mgmt.com; Dempsey, William E. (GE ERC); stephanie.farabow@jpfinancial.com | William R. Ellis | E-mail | Kearney | attorney client; work product |
| WDDP003061 | WDDP003061 | 8/24/2004 | William R. Ellis | Michael Roberts | | E-mail | Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---------|---------|----------|------|-----|-----|---------|---------|----------|
| WDDP003062 | WDDP003062 | 8/17/2004 | Amy Gasser Callow | adam_formus@di-mgmt.com; Dempsey, William E. (GE ERC); stephanie.farabow@jpfinancial.com | William R. Ellis | E-mail | Kearney | attorney client; work product |
| WDDP003063 | WDDP003063 | 8/16/2004 | Kristin K. Knoll | stephanie.farabow@JPFinancial.com; Dempsey, William E. (GE ERC); Adam_Formus@di-mgmt.com | Peter M. Burrell; William R. Ellis; agcallow@cinci.rr.com | E-mail | Kearney | attorney client; work product |
| WDDP003064 | WDDP003064 | 7/30/2004 | William R. Ellis | Amy Gasser Callow; Dempsey, William E. (GE ERC); Adam Formus; Farabow, Stephanie; Andy Cohen | | E-mail | Kearney | attorney client; work product |
| WDDP003065 | WDDP003065 | 7/30/2004 | William R. Ellis | agcallow@cinci.rr.com; Dempsey, William E. (GE ERC); Adam Formus; Farabow, Stephanie; Andy Cohen | | E-mail | FW:  Kearney | attorney client; work product |
| WDDP003066 | WDDP003067 | 6/29/2004 | Amy Gasser Callow | Adam Formus | Dempsey, William E. (GE ERC); stephanie.farabow@jpfinancial.com; William R. Ellis | E-mail | RE: Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003068 | WDDP003069 | 6/22/2004 | Amy Gasser Callow | Dempsey, William E. (GE ERC) | adam_formus @di-mgmt.com; stephanie.farabow@jpfinancial.com | E-mail | RE: Kearney | attorney client; work product |
| WDDP003070 | WDDP003070 | 6/22/2004 | Amy Gasser Callow | adam_formus@di-mgmt.com; stephanie.farabow@jpfinancial.com; Dempsey, William E. (GE ERC) | | E-mail | Kearney | attorney client; work product |
| WDDP003071 | WDDP003071 | 6/14/2004 | Linda Bey | 'Stephanie.T.Farabow @JPFinancial.com'; Dempsey, William E. (GE ERC); 'Amy Gasser Callow'; 'wrellis@woodlamping.com' | Adam Formus, Esquire | E-mail | Kearney | attorney client; work product |
| WDDP003072 | WDDP003072 | 4/28/2004 | William R. Ellis | Farabow, Stephanie | Dempsey, William E. (GE ERC); Adam Formus, Esquire | E-mail | RE: Kearney | attorney client; work product |
| WDDP003073 | WDDP003073 | 4/27/2004 | Farabow, Stephanie | wrellis@woodlamping.com | Dempsey, William E. (GE ERC) | E-mail | Kearney | attorney client; work product |
| WDDP003074 | WDDP003074 | 2/4/2004 | Dempsey, William E. (GE ERC) | 'William R. Ellis' | 'Robert_Mills@di-mgmt.com' | E-mail | RE: Kearney | attorney client; work product |
| WDDP003075 | WDDP003075 | 2/3/2004 | William R. Ellis | Dempsey, William E. (GE ERC) | Peter M. Burrell | E-mail | Kearney | attorney client; work product |
| WDDP003076 | WDDP003076 | 1/6/2004 | Dempsey, William E. (GE ERC) | 'Adam Formus' | | E-mail | RE: Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---------|---------|----------|------|-----|-----|---------|---------|----------|
| WDDP003077 | WDDP003077 | 12/29/2003 | Adam Formus | Dempsey, William E. (GE ERC); 'Stephanie.T.Farabow @JPFinancial.com'; 'gjohnson@ralaw.com' | Todd Ditmar; Robert F. Mills | E-mail | Kearney | attorney client; work product |
| WDDP003078 | WDDP003078 | 12/8/2003 | Dempsey, William E. (GE ERC) | 'Adam Formus' | | E-mail | RE: Kearney | attorney client; work product |
| WDDP003079 | WDDP003080 | 5/17/2004 | William R. Ellis | Adam Formus; Dempsey, William E. (GE ERC) | | E-mail | FW: Kearney | attorney client; work product |
| WDDP003081 | WDDP003081 | 12/4/2003 | Johnson, Geraldine | 'Adam Formus'; Stephanie.T.Farabow @JPFinancial.com; Dempsey, William E. (GE ERC) | Todd Ditmar; Robert F. Mills | E-mail | RE: Kearney | attorney client; work product |
| WDDP003082 | WDDP003082 | 1/19/2007 | Amy Gasser Callow | adam_formus@di-mgmt.com; John E. Meagher; Farabow, Stephanie; Dempsey, William E. (GE, Corporate) | William R. Ellis | E-mail | Kearney -- 30(b)(6) | attorney client; work product |
| WDDP003083 | WDDP003085 | 3/13/2007 | John E. Meagher | Dempsey, William E. (GE, Corporate) | | E-mail | RE: Kearney - draft letter to Roberts | attorney client; work product |
| WDDP003086 | WDDP003087 | 3/1/2007 | Farabow, Stephanie | Farabow, Stephanie; Adam Formus; William R. Ellis; John E. Meagher; Amy Gasser Callow; Dempsey, William E. (GE, Corporate) | | E-mail | RE: Kearney - draft letter to Roberts | attorney client; work product |
| WDDP003088 | WDDP003089 | 3/1/2007 | John E. Meagher | Dempsey, William E. (GE, Corporate) | | E-mail | RE: Kearney - draft letter to Roberts | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003090 | WDDP003090 | 2/28/2007 | John E. Meagher | adam_formus@di-mgmt.com; AGCallow@WoodLamping.com; stephanie.farabow@lfg.com; William R. Ellis; Dempsey, William E. (GE, Corporate) | | E-mail | Kearney - draft letter to Roberts | attorney client; work product |
| WDDP003091 | WDDP003091 | 4/7/2006 | Adam Formus | John E. Meagher; Dempsey, William E. (GE ERC); AGCallow@WoodLamping.com | Stephanie.T.Farabow@JPFinancial.com; WREllis@WoodLamping.com | E-mail | RE: Kearney - Draft Motion for Summary Judgment.DOC | attorney client; work product |
| WDDP003092 | WDDP003096 | 04/00/2006 | Adam Formus | Various | | E-mail | Kearney | attorney client; work product |
| WDDP003097 | WDDP003103 | 4/7/2006 | William R. Ellis | Dempsey, William E. (GE ERC); JMeagher@shutts-law.com; Amy Gasser Callow | adam_formus@di-mgmt.com; Stephanie.T.Farabow@JPFinancial.com | E-mail | Re: Kearney - Draft Motion for Summary Judgment.DOC | attorney client; work product |
| WDDP003104 | WDDP003108 | 4/6/2006 | Amy Gasser Callow | Dempsey, William E. (GE ERC); JMeagher@shutts-law.com | adam_formus@di-mgmt.com; Stephanie.T.Farabow@JPFinancial.com; William R. Ellis | E-mail | RE: Kearney - Draft Motion for Summary Judgment.DOC | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003109 | WDDP003112 | 4/6/2006 | Farabow, Stephanie | John E. Meagher; Amy Gasser Callow | Adam Formus, Esquire; William R. Ellis; Dempsey, William E. (GE ERC) | E-mail | RE: Kearney - Draft Motion for Summary Judgment.DOC | attorney client; work product |
| WDDP003113 | WDDP003115 | 4/6/2006 | John E. Meagher | Farabow, Stephanie; Adam Formus; Dempsey, William E. (GE ERC); Andy_cohen@di-mgmt.com | William R. Ellis; Amy Gasser Callow | E-mail | RE: Kearney - Draft Motion for Summary Judgment.DOC | attorney client; work product |
| WDDP003116 | WDDP003117 | 7/26/2006 | Farabow, Stephanie | John E. Meagher; Adam Formus; Dempsey, William E. (GE, Corporate) | William R. Ellis; Amy Gasser Callow | E-mail | RE: Kearney - DRAFT response to Roberts re settlement demand | attorney client; work product |
| WDDP003118 | WDDP003118 | 3/14/2007 | John E. Meagher | adam_formus@di-mgmt.com; AGCallow@WoodLamping.com; stephanie.farabow@lfg.com; William R. Ellis; Dempsey, William E. (GE, Corporate) | | E-mail | Kearney - Judge Barrett's Order on In Camera Review | attorney client; work product |
| WDDP003119 | WDDP003120 | 1/30/2007 | Adam Formus | John E. Meagher; stephanie.farabow@lfg.com; Dempsey, William E. (GE, Corporate) | Amy Gasser Callow; William R. Ellis; Andy Cohen | E-mail | RE: Kearney - Letter to Roberts re 30b6 depo notices.DOC | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP003121 | WDDP003121 | 6/10/2004 | Farabow, Stephanie | Linda Bey; Andy Cohen; adam_formus@di-mgmt.com; wrellis@woodlamping.com | Dempsey, William E. (GE ERC); agcallow@woodlamping.com | E-mail | RE: KEARNEY - memo opp SECOND motion to compel (v2) redlined-original~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003122 | WDDP003122 | 11/23/2005 | William R. Ellis | Farabow, Stephanie; Amy Gasser Callow; adam_formus@di-mgmt.com; Dempsey, William E. (GE ERC) | | E-mail | RE: Kearney -- motion for Rule 16 hearing | attorney client; work product |
| WDDP003123 | WDDP003123 | 11/22/2005 | Amy Gasser Callow | Dempsey, William E. (GE ERC) | | E-mail | RE: Kearney -- motion for Rule 16 hearing | attorney client; work product |
| WDDP003124 | WDDP003126 | 6/15/2004 | Dempsey, William E. (GE ERC) | 'Farabow, Stephanie'; 'Amy Gasser Callow'; 'adam_formus@di-mgmt.com' | 'William R. Ellis' | E-mail | RE: Kearney -- Motion for sanctions | attorney client; work product |
| WDDP003127 | WDDP003128 | 6/15/2004 | Farabow, Stephanie | Amy Gasser Callow; Dempsey, William E. (GE ERC); adam_formus@di-mgmt.com | William R. Ellis | E-mail | RE: Kearney -- Motion for sanctions | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003129 | WDDP003130 | 6/15/2004 | Amy Gasser Callow | Farabow, Stephanie | adam_formus @di-mgmt.com; Dempsey, William E. (GE ERC); William R. Ellis | E-mail | RE: Kearney -- Motion for sanctions | attorney client; work product |
| WDDP003131 | WDDP003132 | 6/15/2004 | Dempsey, William E. (GE ERC) | 'Amy Gasser Callow'; 'adam_formus@di-mgmt.com'; 'stephanie.farabow@jp financial.com' | 'William R. Ellis' | E-mail | RE: Kearney -- Motion for sanctions | attorney client; work product |
| WDDP003133 | WDDP003133 | 6/14/2004 | Farabow, Stephanie | Amy Gasser Callow; adam_formus@di-mgmt.com; Dempsey, William E. (GE ERC) | William R. Ellis | E-mail | RE: Kearney -- Motion for sanctions | attorney client; work product |
| WDDP003134 | WDDP003134 | 10/5/2004 | Dempsey, William E. (GE ERC) | 'Amy Gasser Callow' | | E-mail | RE: Kearney -- order reassigning case.pdf | attorney client; work product |
| WDDP003135 | WDDP003135 | 10/5/2004 | Amy Gasser Callow | Dempsey, William E. (GE ERC); adam_formus@di-mgmt.com; stephanie.farabow@jpf inancial.com | William R. Ellis | E-mail | Kearney -- order reassigning case.pdf | attorney client; work product |
| WDDP003136 | WDDP003136 | 1/26/2007 | John E. Meagher | William R. Ellis; Amy Gasser Callow; Dempsey, William E. (GE, Corporate); stephanie.farabow@lfg .com; Adam Formus | | E-mail | Kearney - production of email attachments | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---------|---------|----------|------|-----|-----|---------|---------|-----------|
| WDDP003137 | WDDP003138 | 3/28/2006 | Adam Formus | John E. Meagher; Dempsey, William E. (GE ERC); Farabow, Stephanie | Steve Rice | E-mail | RE: Kearney - Redrafted intro to Motion for Summary Judgment.DOC | attorney client; work product |
| WDDP003139 | WDDP003140 | 3/28/2006 | Farabow, Stephanie | John E. Meagher; Adam Formus; Dempsey, William E. (GE ERC) | | E-mail | RE: Kearney - Redrafted intro to Motion for Summary Judgment.DOC | attorney client; work product |
| WDDP003141 | WDDP003143 | 2/6/2007 | John E. Meagher | Dempsey, William E. (GE, Corporate) | | E-mail | RE: Kearney - Roberts response letter | attorney client; work product |
| WDDP003144 | WDDP003146 | 2/5/2007 | John E. Meagher | Dempsey, William E. (GE, Corporate) | | E-mail | RE: Kearney - Roberts response letter | attorney client; work product |
| WDDP003147 | WDDP003147 | 2/2/2007 | John E. Meagher | Amy Gasser Callow; William R. Ellis | adamef@cox.net; stephanie.farabow@lfg.com; Dempsey, William E. (GE, Corporate) | E-mail | Kearney - Roberts response letter | attorney client; work product |
| WDDP003148 | WDDP003149 | 6/10/2004 | Dempsey, William E. (GE ERC) | 'Farabow, Stephanie'; 'Adam Formus'; 'agcallow@woodlamping.com'; 'wrellis@woodlamping.com' | Dempsey, William E. (GE ERC) | E-mail | RE: Kearney - Second Motion to Compel~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003150 | WDDP003151 | 2/26/2007 | John E. Meagher | Adam Formus; Farabow, Stephanie; Dempsey, William E. (GE, Corporate) | William R. Ellis; Amy Gasser Callow | E-mail | Kearney - settlement discussion with Judge Barrett's chambers | attorney client; work product |
| WDDP003152 | WDDP003154 | 11/17/2006 | Adam Formus | John E. Meagher; Farabow, Stephanie; Dempsey, William E. (GE, Corporate) | | E-mail | RE: Kearney -- Status conference set | attorney client; work product |
| WDDP003155 | WDDP003156 | 11/17/2006 | Amy Gasser Callow | Adam Formus; John E. Meagher; Farabow, Stephanie; Dempsey, William E. (GE, Corporate) | William R. Ellis | E-mail | RE: Kearney -- Status conference set | attorney client; work product |
| WDDP003157 | WDDP003159 | 11/16/2006 | John E. Meagher | Farabow, Stephanie; adam_formus@di-mgmt.com; Dempsey, William E. (GE, Corporate) | | E-mail | RE: Kearney -- Status conference set | attorney client; work product |
| WDDP003160 | WDDP003161 | 11/16/2006 | Farabow, Stephanie | adam_formus@di-mgmt.com; jmeagher@shutts-law.com; Dempsey, William E. (GE, Corporate) | | E-mail | FW: Kearney -- Status conference set | attorney client; work product |
| WDDP003162 | WDDP003163 | 11/16/2006 | Farabow, Stephanie | Amy Gasser Callow; adam_formus@di-mgmt.com; John E. Meagher; Dempsey, William E. (GE, Corporate) | William R. Ellis; Walker, George | E-mail | RE: Kearney -- Status conference set~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---------|---------|----------|------|-----|-----|---------|---------|-----------|
| WDDP003164 | WDDP003166 | 1/18/2007 | Amy Gasser Callow | John E. Meagher; Adam Formus; stephanie.farabow@lfg.com; Dempsey, William E. (GE, Corporate) | William R. Ellis | E-mail | RE: Kearney - summary of 1/17/07 hearing results | attorney client; work product |
| WDDP003167 | WDDP003168 | 1/17/2007 | John E. Meagher | Adam Formus; stephanie.farabow@lfg.com; Dempsey, William E. (GE, Corporate) | William R. Ellis; Amy Gasser Callow | E-mail | Kearney - summary of 1/17/07 hearing results | attorney client; work product |
| WDDP003169 | WDDP003170 | 7/30/2004 | Adam Formus | 'Farabow, Stephanie'; Amy Gasser Callow; Dempsey, William E. (GE ERC) | William R. Ellis | E-mail | RE: Kearney -- Today's discovery conference~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003171 | WDDP003171 | 7/29/2004 | Farabow, Stephanie | Amy Gasser Callow; adam_formus@di-mgmt.com; Dempsey, William E. (GE ERC) | William R. Ellis | E-mail | RE: Kearney -- Today's discovery conference~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003172 | WDDP003173 | 1/18/2007 | Farabow, Stephanie | Carrier, Norman; Croft, Cynthia K | adam_formus@di-mgmt.com; agcallow@woodlamping.com; jmeagher@shutts-law.com; Dempsey, William E. (GE, Corporate); wrellis@woodlamping.com | E-mail | RE: Kearney **Attorney client communication/ workproductprivilegedand confidential** | attorney client; work product |
| WDDP003174 | WDDP003175 | 4/17/2007 | Farabow, Stephanie | Adam Formus; Dempsey, William E. (GE, Corporate); JMeagher@shutts-law.com; William R. Ellis; agcallow@WoodLamping.com | | E-mail | RE: Kearney Agenda for tomorrow's 10:00 am conference call~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003176 | WDDP003176 | 4/18/2006 | William R. Ellis | Dempsey, William E. (GE ERC); Stephanie T Farabow ; Adam Formus; John E. Meagher | | E-mail | FW: Kearney and RC 1343.03 | attorney client; work product |
| WDDP003177 | WDDP003177 | 3/1/2006 | William R. Ellis | Roberts, Michael A. | | E-mail | RE: Kearney and RC 1343.03 | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---------|---------|----------|------|-----|-----|---------|---------|----------|
| WDDP003178 | WDDP003179 | 3/1/2006 | Adam Formus | William R. Ellis | Farabow, Stephanie; Dempsey, William E. (GE ERC); jmeagher@shutts-law.com | E-mail | RE: Kearney and RC 1343.03 | attorney client; work product |
| WDDP003180 | WDDP003181 | 10/10/2006 | Farabow, Stephanie | William R. Ellis; adam_formus@di-mgmt.com; Dempsey, William E. (GE, Corporate); Amy Gasser Callow | | E-mail | RE: Kearney conference | attorney client; work product |
| WDDP003182 | WDDP003183 | 2/28/2007 | William R. Ellis | Adam Formus; Dempsey, William E. (GE, Corporate); Farabow, Stephanie; John E. Meagher | Amy Gasser Callow | E-mail | FW: Kearney depositions | attorney client; work product |
| WDDP003184 | WDDP003184 | 11/6/2006 | Amy Gasser Callow | Farabow, Stephanie; adam_formus@di-mgmt.com; John E. Meagher; Dempsey, William E. (GE, Corporate) | William R. Ellis | E-mail | Kearney discovery | attorney client; work product |
| WDDP003185 | WDDP003187 | 12/5/2006 | Farabow, Stephanie | agcallow@woodlamping.com; adam_formus@di-mgmt.com; jmeagher@shutts-law.com; Dempsey, William E. (GE, Corporate); wrellis@woodlamping.com | Goodman, Diane | E-mail | FW: Kearney discovery requests~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP003188 | WDDP003189 | 11/2/2006 | Amy Gasser Callow | Adam Formus; Farabow, Stephanie; John E. Meagher; Dempsey, William E. (GE, Corporate); Loftin, Valerie | Carrie Barnes | E-mail | RE: Kearney discovery requests~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003190 | WDDP003192 | 11/2/2006 | Farabow, Stephanie | Farabow, Stephanie; Adam Formus; Amy Gasser Callow; John E. Meagher; Dempsey, William E. (GE, Corporate); Loftin, Valerie | Carrie Barnes | E-mail | RE: Kearney discovery requests~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003193 | WDDP003195 | 11/2/2006 | Adam Formus | Farabow, Stephanie; Amy Gasser Callow; John E. Meagher; Dempsey, William E. (GE, Corporate); Loftin, Valerie | Carrie Barnes | E-mail | RE: Kearney discovery requests~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003196 | WDDP003198 | 11/2/2006 | Amy Gasser Callow | Farabow, Stephanie; Adam Formus; John E. Meagher; Dempsey, William E. (GE, Corporate); Loftin, Valerie | Carrie Barnes | E-mail | RE: Kearney discovery requests~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003199 | WDDP003201 | 11/2/2006 | Amy Gasser Callow | Farabow, Stephanie; Adam Formus; John E. Meagher; Dempsey, William E. (GE, Corporate); Loftin, Valerie | Carrie Barnes | E-mail | RE: Kearney discovery requests~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP003202 | WDDP003204 | 11/2/2006 | Farabow, Stephanie | Farabow, Stephanie; Adam Formus; Amy Gasser Callow; John E. Meagher; Dempsey, William E. (GE, Corporate); Loftin, Valerie | Carrie Barnes | E-mail | RE: Kearney discovery requests~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003205 | WDDP003207 | 11/2/2006 | Farabow, Stephanie | Adam Formus; Amy Gasser Callow; John E. Meagher; Dempsey, William E. (GE, Corporate); Loftin, Valerie | Carrie Barnes | E-mail | RE: Kearney discovery requests~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003208 | WDDP003208 | 3/7/2006 | Farabow, Stephanie | William R. Ellis; Adam Formus | Dempsey, William E. (GE ERC); Amy Gasser Callow (Amy Gasser Callow); jmeagher@shutts-law.com | E-mail | RE: Kearney follow up | attorney client; work product |
| WDDP003209 | WDDP003210 | 3/7/2006 | John E. Meagher | Adam Formus; William R. Ellis | Dempsey, William E. (GE ERC); Stephanie T Farabow ; Amy Gasser Callow (Amy Gasser Callow) | E-mail | RE: Kearney follow up | attorney client; work product |