# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003211 | WDDP003211 | 3/15/2007 | Amy Gasser Callow | Adam Formus; Farabow, Stephanie; Dempsey, William E. (GE, Corporate); John E. Meagher | William R. Ellis | E-mail | Kearney investigation of trial continuance | attorney client; work product |
| WDDP003212 | WDDP003212 | 6/15/2004 | Amy Gasser Callow | adam_formus@di-mgmt.com; Dempsey, William E. (GE ERC); stephanie.farabow@jpfinancial.com | | E-mail | Kearney memo in opp | attorney client; work product |
| WDDP003213 | WDDP003213 | 2/16/2004 | Dempsey, William E. (GE ERC) | 'Adam Formus' | | E-mail | RE: Kearney Memo In Opposition | attorney client; work product |
| WDDP003214 | WDDP003215 | 12/7/2006 | John E. Meagher | Adam Formus; Dempsey, William E. (GE, Corporate); Farabow, Stephanie | Amy Gasser Callow | E-mail | RE: Kearney Memorandum | attorney client; work product |
| WDDP003216 | WDDP003216 | 3/23/2006 | William R. Ellis | adam_formus@di-mgmt.com; Stephanie T Farabow ; Dempsey, William E. (GE ERC) | Amy Gasser Callow | E-mail | Kearney Motion for Summary Judgment | attorney client; work product |
| WDDP003217 | WDDP003217 | 4/13/2006 | William R. Ellis | Adam Formus; Dempsey, William E. (GE ERC); Stephanie T Farabow ; John E. Meagher | | E-mail | RE: Kearney motion to strike | attorney client; work product |
| WDDP003218 | WDDP003219 | 3/27/2006 | John E. Meagher | Adam Formus | Dempsey, William E. (GE ERC) | E-mail | RE: Kearney MSJ | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003220 | WDDP003220 | 4/7/2006 | Adam Formus | Amy Gasser Callow; Dempsey, William E. (GE ERC); Bill Ellis; John E. Meagher; stephanie.farabow@jpfinancial.com | | E-mail | RE: Kearney MSJ -- revised | attorney client; work product |
| WDDP003221 | WDDP003222 | 8/6/2004 | Amy Gasser Callow | Dempsey, William E. (GE ERC) | | E-mail | RE: Kearney objections | attorney client; work product |
| WDDP003223 | WDDP003224 | 8/5/2004 | Amy Gasser Callow | Dempsey, William E. (GE ERC); Stephanie.T.Farabow@jpfinancial.com; adam_formus@di-mgmt.com; Peter M. Burrell; William R. Ellis | | E-mail | RE: Kearney objections | attorney client; work product |
| WDDP003225 | WDDP003225 | 1/17/2007 | John E. Meagher | William R. Ellis; Amy Gasser Callow | Adam Formus, Esquire; stephanie.farabow@lfg.com; Dempsey, William E. (GE, Corporate) | E-mail | FW: Kearney Order | attorney client; work product |
| WDDP003226 | WDDP003226 | 5/10/2004 | Amy Gasser Callow | Adam Formus; Dempsey, William E. (GE ERC); stephanie.farabow@jpfinancial.com | William R. Ellis; V. Brandon McGrath | E-mail | RE: Kearney privilege log | attorney client; work product |
| WDDP003227 | WDDP003228 | 5/6/2004 | Dempsey, William E. (GE ERC) | 'Amy Gasser Callow' | | E-mail | RE: Kearney privilege log | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003229 | WDDP003230 | 5/7/2004 | Dempsey, William E. (GE ERC) | 'Farabow, Stephanie' | | E-mail | RE: Kearney privilege log~ATTY-CLIENT PRIVILEGED/ WORK PRODUCT | attorney client; work product |
| WDDP003231 | WDDP003231 | 5/6/2004 | Farabow, Stephanie | Amy Gasser Callow; adam_formus@di-mgmt.com; Dempsey, William E. (GE ERC) | William R. Ellis; V. Brandon McGrath | E-mail | RE: Kearney privilege log~ATTY-CLIENT PRIVILEGED/ WORK PRODUCT | attorney client; work product |
| WDDP003232 | WDDP003234 | 7/28/2004 | Dempsey, William E. (GE ERC) | 'Adam Formus (E-mail)' | | E-mail | FW: Kearney Reply in support of motion for sanctions | attorney client; work product |
| WDDP003235 | WDDP003236 | 7/28/2004 | Dempsey, William E. (GE ERC) | 'Farabow, Stephanie' | | E-mail | RE: Kearney Reply in support of motion for sanctions | attorney client; work product |
| WDDP003237 | WDDP003237 | 7/28/2004 | William R. Ellis | Amy Gasser Callow; adam_formus@di-mgmt.com; Dempsey, William E. (GE ERC); stephanie.farabow@jpfinancial.com | | E-mail | RE: Kearney Reply in support of motion for sanctions | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP003238 | WDDP003239 | 7/29/2004 | Farabow, Stephanie | William R. Ellis; Amy Gasser Callow; adam_formus@di-mgmt.com; Dempsey, William E. (GE ERC) | Loftin, Valerie; Stange, Rick | E-mail | RE: Kearney Reply in support of motion for sanctions~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003240 | WDDP003240 | 4/21/2005 | Farabow, Stephanie | Adam Formus; William R. Ellis; Dempsey, William E. (GE ERC) | | E-mail | RE: Kearney response letter | attorney client; work product |
| WDDP003241 | WDDP003241 | 4/21/2005 | Dempsey, William E. (GE ERC) | 'Adam Formus' | | E-mail | RE: Kearney response letter | attorney client; work product |
| WDDP003242 | WDDP003245 | 3/2/2006 | Dempsey, William E. (GE ERC) | 'Farabow, Stephanie'; Dempsey, William E. (GE ERC); 'adam_formus@di-mgmt.com'; 'WREllis@WoodLamping.com' | 'jmeagher@shutts-law.com' | E-mail | RE: Kearney responses~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003246 | WDDP003246 | 10/27/2004 | William R. Ellis | Adam Formus; Dempsey, William E. (GE ERC); stephanie.farabow@jpfinancial.com | | E-mail | Kearney scheduling order | attorney client; work product |
| WDDP003247 | WDDP003247 | 3/7/2007 | Amy Gasser Callow | Adam Formus; Dempsey, William E. (GE, Corporate) | | E-mail | FW: Kearney Trial Date | attorney client; work product |
| WDDP003248 | WDDP003248 | 6/15/2005 | Farabow, Stephanie | Adam Formus; Dempsey, William E. (GE ERC); WREllis@WoodLamping.com | | E-mail | RE: Kearney update~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003249 | WDDP003251 | 4/23/2007 | John E. Meagher | Adam Formus; William R. Ellis; Farabow, Stephanie; Dempsey, William E. (GE, Corporate) | Amy Gasser Callow | E-mail | RE: Kearney v. Jefferson Pilot | attorney client; work product |
| WDDP003252 | WDDP003254 | 3/2/2007 | Adam Formus | Amy Gasser Callow; John E. Meagher; stephanie.farabow@lfg.com; Dempsey, William E. (GE, Corporate) | William R. Ellis | E-mail | RE: Kearney v. Jefferson Pilot | attorney client; work product |
| WDDP003255 | WDDP003257 | 3/2/2007 | Amy Gasser Callow | John E. Meagher; adam_formus@di-mgmt.com; stephanie.farabow@lfg.com; Dempsey, William E. (GE, Corporate) | William R. Ellis | E-mail | RE: Kearney v. Jefferson Pilot | attorney client; work product |
| WDDP003258 | WDDP003260 | 2/26/2007 | William R. Ellis | John E. Meagher; Dempsey, William E. (GE, Corporate); Farabow, Stephanie; Adam Formus | Amy Gasser Callow | E-mail | RE: Kearney v. Jefferson Pilot | attorney client; work product |
| WDDP003261 | WDDP003262 | 5/24/2004 | Adam Formus | Dempsey, William E. (GE ERC) | | E-mail | RE: Kearney, Jeffries and King | attorney client; work product |
| WDDP003263 | WDDP003264 | 4/5/2007 | John E. Meagher | Dempsey, William E. (GE, Corporate); William R. Ellis; Adam Formus; Farabow, Stephanie | Amy Gasser Callow | E-mail | RE: Kearney, wife's deposition | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003265 | WDDP003267 | 2/22/2007 | Amy Gasser Callow | John E. Meagher; Adam Formus; stephanie.farabow@lfg.com; Dempsey, William E. (GE, Corporate) | William R. Ellis | E-mail | RE: Kearney: review of updated medical records | attorney client; work product |
| WDDP003268 | WDDP003270 | 2/22/2007 | John E. Meagher | Adam Formus; stephanie.farabow@lfg.com; Dempsey, William E. (GE, Corporate) | William R. Ellis; Amy Gasser Callow | E-mail | Kearney: review of updated medical records | attorney client; work product |
| WDDP003271 | WDDP003271 | 2/17/2004 | Dempsey, William E. (GE ERC) | 'Farabow, Stephanie' | | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003272 | WDDP003272 | 2/27/2007 | Farabow, Stephanie | adam_formus@di-mgmt.com; agcallow@woodlamping.com; jmeagher@shutts-law.com; Dempsey, William E. (GE, Corporate); wrellis@woodlamping.com | | E-mail | Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003273 | WDDP003275 | 1/3/2007 | Farabow, Stephanie | Dempsey, William E. (GE, Corporate) | adam_formus@di-mgmt.com; Dempsey, William E. (GE, Corporate); jmeagher@shutts-law.com; wrellis@woodlamping.com; Loftin, Valerie | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003276 | WDDP003277 | 1/2/2007 | Farabow, Stephanie | William R. Ellis; Adam Formus; Dempsey, William E. (GE, Corporate) | Amy Gasser Callow; jmeagher@shutts-law.com; Loftin, Valerie | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003278 | WDDP003279 | 12/5/2006 | Farabow, Stephanie | Amy Gasser Callow; Dempsey, William E. (GE, Corporate); adam_formus@di-mgmt.com; John E. Meagher; William R. Ellis | | E-mail | RE: Kearney~atty-client privilege/work product | attorney client; work product |
| WDDP003280 | WDDP003282 | 11/28/2006 | Farabow, Stephanie | Farabow, Stephanie; adam_formus@di-mgmt.com; Dempsey, William E. (GE, Corporate) | | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003283 | WDDP003285 | 11/28/2006 | Farabow, Stephanie | William R. Ellis; Adam Formus; Dempsey, William E. (GE, Corporate) | John E. Meagher; Amy Gasser Callow | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003286 | WDDP003289 | 10/24/2006 | William R. Ellis | Farabow, Stephanie; John E. Meagher; Adam Formus; Dempsey, William E. (GE, Corporate) | Amy Gasser Callow | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003290 | WDDP003292 | 6/15/2006 | Farabow, Stephanie | Adam Formus; Dempsey, William E. (GE, Corporate); Amy Gasser Callow; John E. Meagher; William R. Ellis | | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003293 | WDDP003295 | 6/15/2006 | William R. Ellis | Adam Formus; Dempsey, William E. (GE, Corporate); Amy Gasser Callow; Farabow, Stephanie; John E. Meagher | | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003296 | WDDP003298 | 6/15/2006 | Dempsey, William E. (GE, Corporate) | 'Amy Gasser Callow'; Farabow, Stephanie; John E. Meagher; William R. Ellis; adam_formus@di-mgmt.com | | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003299 | WDDP003299 | 4/18/2006 | Farabow, Stephanie | Farabow, Stephanie; adam_formus@di-mgmt.com; jmeagher@shutts-law.com; Dempsey, William E. (GE ERC); wrellis@woodlamping.com | | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003300 | WDDP003300 | 4/13/2006 | Adam Formus | Farabow, Stephanie; jmeagher@shutts-law.com; Dempsey, William E. (GE ERC) | | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003301 | WDDP003301 | 2/21/2006 | Farabow, Stephanie | Dempsey, William E. (GE ERC) | adam_formus@di-mgmt.com | E-mail | Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003302 | WDDP003302 | 2/15/2006 | Farabow, Stephanie | Adam Formus; William R. Ellis | Dempsey, William E. (GE ERC) | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003303 | WDDP003303 | 10/25/2005 | Farabow, Stephanie | adam_formus@di-mgmt.com | Dempsey, William E. (GE ERC); wrellis@woodlamping.com | E-mail | Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP003304 | WDDP003305 | 7/12/2005 | Dempsey, William E. (GE ERC) | 'William R. Ellis' | | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003306 | WDDP003307 | 7/12/2005 | William R. Ellis | Farabow, Stephanie; Dempsey, William E. (GE ERC); adam_formus@di-mgmt.com | | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003308 | WDDP003309 | 7/12/2005 | Farabow, Stephanie | Dempsey, William E. (GE ERC); WREllis@WoodLamping.com; adam_formus@di-mgmt.com | | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003310 | WDDP003311 | 7/12/2005 | William R. Ellis | Farabow, Stephanie; Adam Formus; Dempsey, William E. (GE ERC) | | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003312 | WDDP003313 | 6/22/2005 | Farabow, Stephanie | Adam Formus; Dempsey, William E. (GE ERC); WREllis@WoodLamping.com | | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003314 | WDDP003315 | 6/21/2005 | Adam Formus | Farabow, Stephanie; Dempsey, William E. (GE ERC); WREllis@WoodLamping.com | | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP003316 | WDDP003317 | 6/2/2005 | Farabow, Stephanie | Dempsey, William E. (GE ERC) | | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003318 | WDDP003318 | 6/2/2005 | Dempsey, William E. (GE ERC) | 'Farabow, Stephanie' | | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003319 | WDDP003319 | 1/19/2005 | Farabow, Stephanie | William R. Ellis; Amy Gasser Callow | Dempsey, William E. (GE ERC) | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003320 | WDDP003320 | 1/19/2005 | William R. Ellis | Farabow, Stephanie; Amy Gasser Callow | Dempsey, William E. (GE ERC) | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003321 | WDDP003321 | 11/16/2004 | Croft, Cynthia K | Farabow, Stephanie | Dempsey, William E. (GE ERC) | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003322 | WDDP003322 | 11/10/2004 | Croft, Cynthia K | Farabow, Stephanie | Dempsey, William E. (GE ERC) | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP003323 | WDDP003324 | 8/24/2004 | Adam Formus | Farabow, Stephanie; agcallow@woodlamping.com; wrellis@woodlamping.com; Dempsey, William E. (GE ERC) | | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003325 | WDDP003325 | 8/24/2004 | Adam Formus | Farabow, Stephanie; agcallow@woodlamping.com; wrellis@woodlamping.com; Dempsey, William E. (GE ERC) | | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003326 | WDDP003326 | 8/24/2004 | Farabow, Stephanie | agcallow@woodlamping.com; wrellis@woodlamping.com; Dempsey, William E. (GE ERC) | adam_formus@di-mgmt.com | E-mail | Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003327 | WDDP003328 | 3/24/2004 | Farabow, Stephanie | pmburrell@WoodLamping.com; wrellis@WoodLamping.com | Dempsey, William E. (GE ERC); adam_formus@di-mgmt.com | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003329 | WDDP003329 | 3/17/2004 | Farabow, Stephanie | Amy Gasser Callow | William R. Ellis; Dempsey, William E. (GE ERC) | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003330 | WDDP003330 | 2/12/2004 | Farabow, Stephanie | adam_formus@di-mgmt.com; wrellis@woodlamping.com; Gunter, Martha | Dempsey, William E. (GE ERC); Goodman, Diane | E-mail | Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP003331 | WDDP003331 | 10/15/2003 | Johnson, Geraldine | 'Farabow, Stephanie' | 'adam_formus@di-mgmt.com'; Dempsey, William E. (GE ERC) | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003332 | WDDP003332 | 5/28/2003 | Farabow, Stephanie | Dempsey, William E. (GE ERC); gjohnson@ralaw.com | adam_formus@di-mgmt.com | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003333 | WDDP003333 | 4/9/2003 | Farabow, Stephanie | gjohnson@ralaw.com | Dempsey, William E. (GE ERC) | E-mail | Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003334 | WDDP003334 | 1/9/2003 | Farabow, Stephanie | gjohnson@ralaw.com | robert_mills@di-mgmt.com; Dempsey, William E. (GE ERC); Neidermyer, Jane P | E-mail | Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003335 | WDDP003335 | 2/6/2007 | Farabow, Stephanie | Loftin, Valerie | adam_formus@di-mgmt.com; jmeagher@shutts-law.com; wrellis@woodlamping.com; Dempsey, William E. (GE, Corporate) | E-mail | Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT-re~ Loftin depo testimony | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP003336 | WDDP003337 | 8/4/2004 | Farabow, Stephanie | Croft, Cynthia K | agcallow@woodlamping.com; adam_formus@di-mgmt.com; Dempsey, William E. (GE ERC); wrellis@woodlamping.com; Harden, Phyllis | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGED/ WORK PRODUCT | attorney client; work product |
| WDDP003338 | WDDP003338 | 8/1/2004 | Farabow, Stephanie | Croft, Cynthia K | adam_formus@di-mgmt.com; agcallow@woodlamping.com; Dempsey, William E. (GE ERC); wrellis@woodlamping.com; Stange, Rick | E-mail | Kearney~ATTY-CLIENT PRIVILEGED/ WORK PRODUCT | attorney client; work product |
| WDDP003339 | WDDP003339 | 2/28/2007 | William R. Ellis | John E. Meagher; Adam Formus; Farabow, Stephanie; Dempsey, William E. (GE, Corporate) | Amy Gasser Callow | E-mail | Kearney-divorce status | attorney client; work product |
| WDDP003340 | WDDP003341 | 2/28/2007 | William R. Ellis | Dempsey, William E. (GE, Corporate) | | E-mail | Re: Kearney-divorce update | attorney client; work product |
| WDDP003342 | WDDP003342 | 4/6/2007 | William R. Ellis | Adam Formus; Farabow, Stephanie; Dempsey, William E. (GE, Corporate) | John E. Meagher | E-mail | FW: Kearney-Jefferson Pilot | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003343 | WDDP003343 | 4/20/2005 | William R. Ellis | Roberts, Michael A. | Adam Formus, Esquire; Farabow, Stephanie; Dempsey, William E. (GE ERC) | E-mail | Kearney-need med provider info update | attorney client; work product |
| WDDP003344 | WDDP003347 | 2/23/2007 | John E. Meagher | Dempsey, William E. (GE, Corporate) | Adam Formus, Esquire; stephanie.farabow@lfg.com | E-mail | RE: Kearney-Records rvw-IME?? | attorney client; work product |
| WDDP003348 | WDDP003349 | 3/16/2007 | John E. Meagher | adam_formus@di-mgmt.com; AGCallow@WoodLamping.com; stephanie.farabow@lfg.com; William R. Ellis; Dempsey, William E. (GE, Corporate) | | E-mail | Kearney's Discovery Responses | attorney client; work product |
| WDDP003350 | WDDP003351 | 5/4/2006 | Dempsey, William E. (GE ERC) | 'Farabow, Stephanie' | | E-mail | RE: Kearney's response to our memo | attorney client; work product |
| WDDP003352 | WDDP003352 | 5/2/2006 | Amy Gasser Callow | adam_formus@di-mgmt.com; Dempsey, William E. (GE ERC); John E. Meagher; stephanie.farabow@jpfinancial.com | William R. Ellis | E-mail | Kearney's response to our memo | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP003353 | WDDP003354 | 2/21/2007 | Adam Formus | Stephanie T. Farabow (E-mail); Dempsey, William E. (GE, Corporate); wrellis@woodlamping.com; agcallow@woodlamping.com; jmeagher@shutts-law.com | Andy Cohen | E-mail | Kearney-sttlmnt authority | attorney client; work product |
| WDDP003355 | WDDP003355 | 2/20/2007 | Farabow, Stephanie | Dempsey, William E. (GE, Corporate); Adam Formus (E-mail) | | E-mail | RE: Kearney-sttlmnt authority | attorney client; work product |
| WDDP003356 | WDDP003356 | 7/31/2003 | Farabow, Stephanie | CinFloat; gjohnson@ralaw.com | adam_formus@di-mgmt.com; Dempsey, William E. (GE ERC) | E-mail | RE: ON BEHALF OF GERALDINE M. JOHNSON, ESQ.~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003357 | WDDP003358 | 6/11/2003 | Farabow, Stephanie | Robert F. Mills; Pluto, Lisa; Dempsey, William E. (GE ERC); Adam Formus; gjohnson@ralaw.com | Neidermyer, Jane P | E-mail | RE: On Behalf of GMJ --- Jefferson-Pilot v. Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003359 | WDDP003359 | 6/3/2003 | Dempsey, William E. (GE ERC) | 'Pluto, Lisa'; 'Stephanie.T.Farabow @JPFinancial.com'; 'Robert_Mills@di-mgmt.com'; 'adam_formus@di-mgmt.com'; 'William Hughes' | | E-mail | RE: On Behalf of GMJ - Responses to Interrogatories re Jefferson-Pilo t v. Kearney_v1.DOC | attorney client; work product |
| WDDP003360 | WDDP003360 | 6/26/2003 | Johnson, Geraldine | 'Farabow, Stephanie'; 'adam_formus@di-mgmt.com'; Dempsey, William E. (GE ERC) | | E-mail | RE: Responses to Request for Production re Jefferson-Pilot v. Kea rney_v1.DOC | attorney client; work product |
| WDDP003361 | WDDP003363 | 2/6/2007 | Farabow, Stephanie | John E. Meagher; William R. Ellis; Adam Formus; Dempsey, William E. (GE, Corporate); Amy Gasser Callow; Andy Cohen | Linda Bey | E-mail | RE: Roberts letter 02-02-07 re: 30(b)6 matters | attorney client; work product |
| WDDP003364 | WDDP003366 | 1/16/2007 | Farabow, Stephanie | Dempsey, William E. (GE, Corporate) | | E-mail | RE: Stephanie's question and status memo | attorney client; work product |
| WDDP003367 | WDDP003368 | 1/12/2007 | Farabow, Stephanie | John E. Meagher; Amy Gasser Callow; adam_formus@di-mgmt.com; Dempsey, William E. (GE, Corporate) | William R. Ellis; Loftin, Valerie | E-mail | RE: Stephanie's question and status memo | attorney client; work product |