# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003369 | WDDP003373 | 1/11/2007 | Farabow, Stephanie | William R. Ellis; Adam Formus; John E. Meagher; Dempsey, William E. (GE, Corporate); Amy Gasser Callow | | E-mail | RE: Summary re 2004 PA DOI letter | attorney client; work product |
| WDDP003374 | WDDP003374 | 10/28/2004 | Amy Gasser Callow | adam_formus@di-mgmt.com; Dempsey, William E. (GE ERC); stephanie.farabow@jpfinancial.com | | E-mail | Update on Kearney | attorney client; work product |
| WDDP003375 | WDDP003376 | 8/20/2004 | Adam Formus | 'Farabow, Stephanie'; Linda Bey; Dempsey, William E. (GE ERC); agcallow@woodlamping.com; wrellis@woodlamping.com | | E-mail | RE: Update re Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003377 | WDDP003377 | 12/4/2006 | Amy Gasser Callow | Adam Formus | John E. Meagher; William R. Ellis; wre@fuse.net; Farabow, Stephanie; Dempsey, William E. (GE, Corporate) | E-mail | Use of transcript | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP003378 | WDDP003378 | 4/27/2007 | Jaclyn Alibozek | stephanie.farabow@lfg.com; jmeagher@shutts-law.com; Dempsey, William E. (GE, Corporate); agcallow@woodlamping.com; wrellis@woodlamping.com | Adam Formus, Esquire | E-mail | Christopher Kearney | attorney client; work product |
| WDDP003379 | WDDP003382 | 4/27/2007 | William R. Ellis | JMeagher@shutts-law.com; adam_formus@di-mgmt.com; Dempsey, William E. (GE, Corporate); stephanie.farabow@lfg.com | | E-mail | Re: Christopher Kearney | attorney client; work product |
| WDDP003383 | WDDP003383 | 4/5/2007 | William R. Ellis | Adam Formus; Farabow, Stephanie; Dempsey, William E. (GE, Corporate); John E. Meagher | Amy Gasser Callow | E-mail | Kearney, wife's deposition | attorney client; work product |
| WDDP003384 | WDDP003386 | 3/6/2007 | William R. Ellis | nancyl4040@aol.com | | E-mail | Re: Deposition of Nancy Kearney | attorney client; work product |
| WDDP003387 | WDDP003388 | 3/6/2007 | nancyl4040@aol.com | William R. Ellis | | E-mail | Re: Deposition of Nancy Kearney | attorney client; work product |
| WDDP003389 | WDDP003389 | 3/5/2007 | nancyl4040@aol.com | William R. Ellis | | E-mail | Deposition of Nancy Kearney | attorney client; work product |
| WDDP003390 | WDDP003390 | 3/5/2007 | William R. Ellis | nancyl4040@aol.com | | E-mail | Re: Deposition of Nancy Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003391 | WDDP003391 | 4/5/2007 | William R. Ellis | Adam Formus; Stephanie T Farabow ; Dempsey, William E. (GE, Corporate); John E. Meagher | Amy Gasser Callow | E-mail | Kearney | attorney client; work product |
| WDDP003392 | WDDP003395 | 10/24/2006 | William R. Ellis | Farabow, Stephanie; John E. Meagher; Adam Formus; Dempsey, William E. (GE, Corporate) | Amy Gasser Callow | E-mail | RE: Kearney | attorney client; work product |
| WDDP003396 | WDDP003397 | 3/14/2006 | John E. Meagher | Dempsey, William E. (GE ERC); Stephanie.T.Farabow@JPFinancial.com; adam_formus@di-mgmt.com; WREllis@WoodLamping.com | | E-mail | RE: Kearney | attorney client; work product |
| WDDP003398 | WDDP003399 | 3/14/2006 | John E. Meagher | Farabow, Stephanie; adam_formus@di-mgmt.com; Dempsey, William E. (GE ERC); William R. Ellis | | E-mail | Kearney | attorney client; work product |
| WDDP003400 | WDDP003401 | 4/25/2007 | John E. Meagher | adam_formus@di-mgmt.com; AGCallow@WoodLamping.com; stephanie.farabow@lfg.com; William R. Ellis; Dempsey, William E. (GE, Corporate) | | E-mail | FW: Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003402 | WDDP003405 | 10/24/2006 | Farabow, Stephanie | William R. Ellis; John E. Meagher; Adam Formus; Dempsey, William E. (GE, Corporate) | Amy Gasser Callow | E-mail | RE: Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003406 | WDDP003406 | 4/12/2006 | Farabow, Stephanie | adam_formus@di-mgmt.com; jmeagher@shutts-law.com; Dempsey, William E. (GE ERC) | | E-mail | Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003407 | WDDP003408 | 3/20/2007 | Farabow, Stephanie | John E. Meagher; adam_formus@di-mgmt.com; AGCallow@WoodLamping.com; William R. Ellis; Dempsey, William E. (GE, Corporate) | | E-mail | RE: Kearney's Discovery Responses | attorney client; work product |
| WDDP003409 | WDDP003410 | 4/3/2007 | Farabow, Stephanie | Maria T. Martinez; adam_formus@di-mgmt.com; Dempsey, William E. (GE, Corporate); jmeagher@shutts-law.com | | E-mail | RE:Kearney Matter | attorney client; work product |
| WDDP003411 | WDDP003411 | 4/25/2007 | Amy Gasser Callow | John E. Meagher; adam_formus@di-mgmt.com; Farabow, Stephanie; Dempsey, William E. (GE, Corporate); William R. Ellis | Stacey L. Vogelsang | E-mail | FW: Deposition | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP003412 | WDDP003413 | 4/12/2007 | Amy Gasser Callow | Dempsey, William E. (GE, Corporate) | | E-mail | RE: 4-6-07 correspondence from Mike Roberts | attorney client; work product |
| WDDP003414 | WDDP003415 | 3/16/2007 | Amy Gasser Callow | John E. Meagher; Farabow, Stephanie; Dempsey, William E. (GE, Corporate); Adam Formus | William R. Ellis | E-mail | FW: Activity in Case 1:02-cv-00479-MRB Jefferson-Pilot Life v. Kearney, et al Status Conference"" | attorney client; work product |
| WDDP003416 | WDDP003417 | 3/26/2007 | Adam Formus | John E. Meagher; William R. Ellis; stephanie.farabow@lfg.com | Jaclyn Alibozek; Todd Ditmar; Dempsey, William E. (GE, Corporate) | E-mail | RE: Kearney | attorney client; work product |
| WDDP003418 | WDDP003420 | 4/24/2007 | Adam Formus | John E. Meagher; William R. Ellis; Farabow, Stephanie; Dempsey, William E. (GE, Corporate) | Amy Gasser Callow | E-mail | RE: Kearney v. Jefferson Pilot | attorney client; work product |
| WDDP003421 | WDDP003422 | 4/5/2007 | Adam Formus | William R. Ellis; Dempsey, William E. (GE, Corporate); Farabow, Stephanie; John E. Meagher | Amy Gasser Callow | E-mail | RE: Kearney | attorney client; work product |
| WDDP003423 | WDDP003426 | 4/26/2007 | Adam Formus | Dempsey, William E. (GE, Corporate); Farabow, Stephanie | | E-mail | FW: Deposition | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003427 | WDDP003429 | 4/10/2007 | Dempsey, William E. (GE, Corporate) | 'William R. Ellis'; John E. Meagher; Farabow, Stephanie; Amy Gasser Callow; adam_formus@di-mgmt.com | | E-mail | RE: Deposition of Nancy Kearney | attorney client; work product |
| WDDP003430 | WDDP003430 | 2/5/2007 | Dempsey, William E. (GE, Corporate) | 'William R. Ellis'; stephanie.farabow@lfg.com | | E-mail | RE: Kearney | attorney client; work product |
| WDDP003431 | WDDP003432 | 3/14/2007 | Dempsey, William E. (GE, Corporate) | 'William R. Ellis'; John E. Meagher; adam_formus@di-mgmt.com; Amy Gasser Callow; stephanie.farabow@lfg.com | | E-mail | RE: Kearney - Judge Barrett's Order on In Camera Review | attorney client; work product |
| WDDP003433 | WDDP003434 | 2/26/2007 | Dempsey, William E. (GE, Corporate) | 'William R. Ellis'; Farabow, Stephanie; Adam Formus | Amy Gasser Callow; John E. Meagher | E-mail | RE: Kearney v. Jefferson Pilot | attorney client; work product |
| WDDP003435 | WDDP003435 | 4/5/2007 | Dempsey, William E. (GE, Corporate) | 'William R. Ellis'; Adam Formus; Farabow, Stephanie; John E. Meagher | Amy Gasser Callow | E-mail | RE: Kearney, wife's deposition | attorney client; work product |
| WDDP003436 | WDDP003437 | 2/5/2007 | Dempsey, William E. (GE, Corporate) | 'William R. Ellis' | | E-mail | RE: Kearney | attorney client; work product |
| WDDP003438 | WDDP003438 | 2/20/2007 | Dempsey, William E. (GE, Corporate) | 'William R. Ellis' | | E-mail | RE: Kearney | attorney client; work product |
| WDDP003439 | WDDP003440 | 2/20/2007 | Dempsey, William E. (GE, Corporate) | 'William R. Ellis' | | E-mail | RE: Kearney | attorney client; work product |
| WDDP003441 | WDDP003443 | 2/27/2007 | Dempsey, William E. (GE, Corporate) | 'William R. Ellis' | | E-mail | RE: Jefferson Pilot/Kearney | attorney client; work product |
| WDDP003444 | WDDP003445 | 2/28/2007 | Dempsey, William E. (GE, Corporate) | 'William R. Ellis' | | E-mail | RE: Kearney-divorce update | attorney client; work product |
| WDDP003446 | WDDP003446 | 3/14/2007 | Dempsey, William E. (GE, Corporate) | 'William R. Ellis' | | E-mail | RE: Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003447 | WDDP003448 | 3/14/2007 | Dempsey, William E. (GE, Corporate) | 'William R. Ellis' | | E-mail | RE: Kearney | attorney client; work product |
| WDDP003449 | WDDP003450 | 4/27/2007 | Dempsey, William E. (GE, Corporate) | 'Peter M. Burrell' | | E-mail | RE:Kearney | attorney client; work product |
| WDDP003451 | WDDP003452 | 4/1/2007 | Dempsey, William E. (GE, Corporate) | 'Maria T. Martinez' | | E-mail | RE: Litigation | attorney client; work product |
| WDDP003453 | WDDP003455 | 2/2/2007 | Dempsey, William E. (GE, Corporate) | 'John E. Meagher'; Amy Gasser Callow; William R. Ellis | adamef@cox.net; stephanie.farabow@lfg.com | E-mail | RE: Kearney - Roberts response letter | attorney client; work product |
| WDDP003456 | WDDP003457 | 1/30/2007 | Dempsey, William E. (GE, Corporate) | 'John E. Meagher'; stephanie.farabow@lfg.com; Adam Formus | Amy Gasser Callow; William R. Ellis | E-mail | RE: Kearney - Letter to Roberts re 30b6 depo notices.DOC | attorney client; work product |
| WDDP003458 | WDDP003459 | 3/14/2007 | Dempsey, William E. (GE, Corporate) | 'John E. Meagher'; adam_formus@di-mgmt.com; AGCallow@WoodLamping.com; stephanie.farabow@lfg.com; William R. Ellis | | E-mail | RE: Kearney - Judge Barrett's Order on In Camera Review | attorney client; work product |
| WDDP003460 | WDDP003461 | 2/27/2007 | Dempsey, William E. (GE, Corporate) | 'John E. Meagher'; Adam Formus; Farabow, Stephanie | William R. Ellis; Amy Gasser Callow | E-mail | RE: Jefferson Pilot/Kearney | attorney client; work product |
| WDDP003462 | WDDP003464 | 2/22/2007 | Dempsey, William E. (GE, Corporate) | John E. Meagher (E-mail) | | E-mail | FW: Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003465 | WDDP003465 | 1/31/2007 | Dempsey, William E. (GE, Corporate) | 'John E. Meagher' | | E-mail | RE: WSComparison_#1943969v1_MIADOCS_ - kearney - Letter to Roberts re 30b6 depo notices- #1943969v2_MIADOCS_ - kearney - Letter to Roberts re 30b6 depo notices.DOC | attorney client; work product |
| WDDP003466 | WDDP003467 | 2/2/2007 | Dempsey, William E. (GE, Corporate) | 'John E. Meagher' | | E-mail | RE: Kearney - Roberts response letter | attorney client; work product |
| WDDP003468 | WDDP003470 | 2/6/2007 | Dempsey, William E. (GE, Corporate) | 'John E. Meagher' | | E-mail | RE: Kearney - Roberts response letter | attorney client; work product |
| WDDP003471 | WDDP003471 | 2/12/2007 | Dempsey, William E. (GE, Corporate) | 'John E. Meagher' | | E-mail | RE: Today's Hearing | attorney client; work product |
| WDDP003472 | WDDP003475 | 2/26/2007 | Dempsey, William E. (GE, Corporate) | 'John E. Meagher' | Adam Formus, Esquire; stephanie.farabow@lfg.com | E-mail | RE: Kearney | attorney client; work product |
| WDDP003476 | WDDP003478 | 2/27/2007 | Dempsey, William E. (GE, Corporate) | 'John E. Meagher' | | E-mail | RE: Kearney v. Jefferson Pilot | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP003479 | WDDP003480 | 2/27/2007 | Dempsey, William E. (GE, Corporate) | 'John E. Meagher' | | E-mail | RE: Kearney - settlement discussion with Judge Barrett's chambers | attorney client; work product |
| WDDP003481 | WDDP003482 | 3/1/2007 | Dempsey, William E. (GE, Corporate) | 'John E. Meagher' | | E-mail | RE: Kearney - draft letter to Roberts | attorney client; work product |
| WDDP003483 | WDDP003485 | 3/14/2007 | Dempsey, William E. (GE, Corporate) | 'John E. Meagher' | | E-mail | RE: Kearney - Judge Barrett's Order on In Camera Review | attorney client; work product |
| WDDP003486 | WDDP003487 | 3/13/2007 | Dempsey, William E. (GE, Corporate) | John E. Meagher | | E-mail | RE: Kearney - draft letter to Roberts | attorney client; work product |
| WDDP003488 | WDDP003488 | 4/26/2007 | Dempsey, William E. (GE, Corporate) | John E. Meagher (E-mail); Bill Ellis (E-mail); Adam Formus (E-mail) | | E-mail | FW: Witness Subpoenas | attorney client; work product |
| WDDP003489 | WDDP003490 | 4/17/2007 | Dempsey, William E. (GE, Corporate) | 'Farabow, Stephanie'; Adam Formus; JMeagher@shutts-law.com; William R. Ellis; agcallow@WoodLamping.com | | E-mail | RE: Kearney Agenda for tomorrow's 10:00 am conference call~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003491 | WDDP003492 | 2/21/2007 | Dempsey, William E. (GE, Corporate) | 'Farabow, Stephanie'; Adam Formus (E-mail) | | E-mail | RE: Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003493 | WDDP003493 | 2/20/2007 | Dempsey, William E. (GE, Corporate) | 'Farabow, Stephanie'; Adam Formus (E-mail) | | E-mail | RE: Kearney | attorney client; work product |
| WDDP003494 | WDDP003497 | 4/27/2007 | Dempsey, William E. (GE, Corporate) | 'Farabow, Stephanie'; Adam Formus | | E-mail | RE: Deposition | attorney client; work product |
| WDDP003498 | WDDP003500 | 1/16/2007 | Dempsey, William E. (GE, Corporate) | 'Farabow, Stephanie' | | E-mail | RE: Stephanie's question and status memo | attorney client; work product |
| WDDP003501 | WDDP003503 | 1/16/2007 | Dempsey, William E. (GE, Corporate) | 'Farabow, Stephanie' | | E-mail | RE: Stephanie's question and status memo | attorney client; work product |
| WDDP003504 | WDDP003504 | 2/13/2007 | Dempsey, William E. (GE, Corporate) | 'Farabow, Stephanie' | | E-mail | RE: Kearney | attorney client; work product |
| WDDP003505 | WDDP003505 | 2/20/2007 | Dempsey, William E. (GE, Corporate) | 'Farabow, Stephanie' | | E-mail | RE: Kearney | attorney client; work product |
| WDDP003506 | WDDP003507 | 3/20/2007 | Dempsey, William E. (GE, Corporate) | 'Farabow, Stephanie' | | E-mail | RE: Kearney's Discovery Responses | attorney client; work product |
| WDDP003508 | WDDP003510 | 2/22/2007 | Dempsey, William E. (GE, Corporate) | 'Amy Gasser Callow' | | E-mail | RE: Kearney: review of updated medical records | attorney client; work product |
| WDDP003511 | WDDP003512 | 4/26/2007 | Dempsey, William E. (GE, Corporate) | 'Amy Gasser Callow'; John E. Meagher; adam_formus@di-mgmt.com; Farabow, Stephanie; William R. Ellis | Stacey L. Vogelsang | E-mail | RE: Deposition | attorney client; work product |
| WDDP003513 | WDDP003516 | 2/22/2007 | Dempsey, William E. (GE, Corporate) | 'Amy Gasser Callow' | | E-mail | RE: Kearney: review of updated medical records | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP003517 | WDDP003519 | 2/28/2007 | Dempsey, William E. (GE, Corporate) | 'Amy Gasser Callow' | | E-mail | RE: Jefferson Pilot/Kearney | attorney client; work product |
| WDDP003520 | WDDP003521 | 3/7/2007 | Dempsey, William E. (GE, Corporate) | 'Amy Gasser Callow' | | E-mail | RE: Kearney Trial Date | attorney client; work product |
| WDDP003522 | WDDP003523 | 4/12/2007 | Dempsey, William E. (GE, Corporate) | 'Amy Gasser Callow' | | E-mail | RE: 4-6-07 correspondence from Mike Roberts | attorney client; work product |
| WDDP003524 | WDDP003525 | 4/18/2007 | Dempsey, William E. (GE, Corporate) | 'Amy Gasser Callow' | | E-mail | RE: Attachment | attorney client; work product |
| WDDP003526 | WDDP003526 | 4/19/2007 | Dempsey, William E. (GE, Corporate) | 'Amy Gasser Callow' | | E-mail | RE: Motion for return of documents | attorney client; work product |
| WDDP003527 | WDDP003528 | 4/5/2007 | Dempsey, William E. (GE, Corporate) | 'Adam Formus'; William R. Ellis; Farabow, Stephanie; John E. Meagher | Amy Gasser Callow | E-mail | RE: Kearney | attorney client; work product |
| WDDP003529 | WDDP003530 | 3/9/2007 | Dempsey, William E. (GE, Corporate) | 'Adam Formus'; Farabow, Stephanie | jmeagher@shutts-law.com | E-mail | RE: Docs~Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |
| WDDP003531 | WDDP003532 | 2/20/2007 | Dempsey, William E. (GE, Corporate) | 'Adam Formus'; Stephanie.T.Farabow@JPFinancial.com | | E-mail | RE: PV | attorney client; work product |
| WDDP003533 | WDDP003533 | 2/20/2007 | Dempsey, William E. (GE, Corporate) | Adam Formus (E-mail) | | E-mail | FW: Kearney | attorney client; work product |
| WDDP003534 | WDDP003534 | 2/27/2007 | Dempsey, William E. (GE, Corporate) | Adam Formus (E-mail) | | E-mail | FW: Jefferson Pilot/Kearney | attorney client; work product |
| WDDP003535 | WDDP003536 | 1/30/2007 | Dempsey, William E. (GE, Corporate) | 'Adam Formus' | | E-mail | RE: Kearney - Letter to Roberts re 30b6 depo notices.DOC | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP003537 | WDDP003539 | 1/30/2007 | Dempsey, William E. (GE, Corporate) | 'Adam Formus' | | E-mail | RE: Kearney - Letter to Roberts re 30b6 depo notices.DOC | attorney client; work product |
| WDDP003540 | WDDP003541 | 2/6/2007 | Dempsey, William E. (GE, Corporate) | 'Adam Formus' | | E-mail | RE: Roberts letter 02-02-07 re: 30(b)6 matters | attorney client; work product |
| WDDP003542 | WDDP003542 | 2/22/2007 | Dempsey, William E. (GE, Corporate) | 'Adam Formus' | | E-mail | RE: Kearney calculations | attorney client; work product |
| WDDP003543 | WDDP003544 | 2/21/2007 | Dempsey, William E. (GE, Corporate) | 'Adam Formus' | | E-mail | RE: Kearney | attorney client; work product |
| WDDP003545 | WDDP003546 | 2/23/2007 | Dempsey, William E. (GE, Corporate) | 'Adam Formus' | | E-mail | RE: calculations | attorney client; work product |
| WDDP003547 | WDDP003549 | 2/28/2007 | Dempsey, William E. (GE, Corporate) | 'Adam Formus' | | E-mail | RE: Kearney depositions | attorney client; work product |
| WDDP003550 | WDDP003552 | 2/28/2007 | Dempsey, William E. (GE, Corporate) | 'Adam Formus' | | E-mail | RE: Kearney depositions | attorney client; work product |
| WDDP003553 | WDDP003554 | 3/7/2007 | Dempsey, William E. (GE, Corporate) | 'Adam Formus' | | E-mail | RE: Kearney - draft letter to Roberts | attorney client; work product |
| WDDP003555 | WDDP003555 | 3/9/2007 | Dempsey, William E. (GE, Corporate) | 'Adam Formus' | | E-mail | RE: Amy Gasser | attorney client; work product |
| WDDP003556 | WDDP003557 | 3/14/2007 | Dempsey, William E. (GE, Corporate) | 'Adam Formus' | | E-mail | RE: Docs~Kearney~ATTY-CLIENT PRIVILEGE/WORK PRODUCT | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003558 | WDDP003562 | 4/27/2007 | John E. Meagher | Adam Formus; William R. Ellis; Dempsey, William E. (GE, Corporate); stephanie.farabow@lfg.com | | E-mail | RE: Christopher Kearney | attorney client; work product |
| WDDP003563 | WDDP003563 | 4/27/2007 | Adam Formus | stephanie.farabow@lfg.com; Dempsey, William E. (GE, Corporate); William R. Ellis; JMeagher@shutts-law.com | | E-mail | FW: Premium Letter | attorney client; work product |
| WDDP003564 | WDDP003567 | 4/30/2007 | Adam Formus | Amy Gasser Callow; JMeagher@shutts-law.com; Dempsey, William E. (GE, Corporate); William R. Ellis; Farabow, Stephanie | | E-mail | RE: Deposition | attorney client; work product |
| WDDP003568 | WDDP003568 | 5/2/2007 | John E. Meagher | adam_formus@di-mgmt.com; AGCallow@WoodLamping.com; stephanie.farabow@lfg.com; William R. Ellis; Dempsey, William E. (GE, Corporate) | | E-mail | Letter to Roberts re JP deposition | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP003569 | WDDP003569 | 2/5/2007 | William R. Ellis | Dempsey, William E. (GE, Corporate); stephanie.farabow@lfg.com; adam_formus@di-mgmt.com; jmeagher@shutts-law.com | Amy Gasser Callow | E-mail | Kearney | attorney client; work product |
| WDDP003570 | WDDP003570 | 4/30/2007 | John E. Meagher | adam_formus@di-mgmt.com; AGCallow@WoodLamping.com; stephanie.farabow@lfg.com; William R. Ellis; Dempsey, William E. (GE, Corporate) | | E-mail | ERC depositions | attorney client; work product |
| WDDP003571 | WDDP003571 | 4/27/2007 | John E. Meagher | adam_formus@di-mgmt.com; AGCallow@WoodLamping.com; stephanie.farabow@lfg.com; William R. Ellis; Dempsey, William E. (GE, Corporate) | | E-mail | FW: Kearney Notice of Deposition of Hughes, Mills and JP | attorney client; work product |
| WDDP003572 | WDDP003575 | 5/8/2007 | Farabow, Stephanie | John E. Meagher; C. J. Schmidt; adam_formus@di-mgmt.com; Amy Gasser Callow; William R. Ellis; Dempsey, William E. (GE, Corporate) | | E-mail | RE: JP/Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003576 | WDDP003578 | 5/7/2007 | John E. Meagher | adam_formus@di-mgmt.com; AGCallow@WoodLamping.com; C. J. Schmidt; stephanie.farabow@lfg.com; William R. Ellis; Dempsey, William E. (GE, Corporate) | | E-mail | RE: JP/Kearney | attorney client; work product |
| WDDP003579 | WDDP003579 | 5/7/2007 | West, Scott (GE, Corporate) | Dempsey, William E. (GE, Corporate) | | E-mail | FW: Motion to Quash -- Jefferson Pilot v. Kearney | attorney client; work product |
| WDDP003580 | WDDP003582 | 5/7/2007 | John E. Meagher | Dempsey, William E. (GE, Corporate); Bill Ellis (E-mail); Adam Formus (E-mail) | | E-mail | RE: Motion to Quash -- Jefferson Pilot v. Kearney | attorney client; work product |
| WDDP003583 | WDDP003584 | 5/2/2007 | Farabow, Stephanie | Adam Formus; Dempsey, William E. (GE, Corporate); Amy Gasser Callow; William R. Ellis | | E-mail | RE: Kearney | attorney client; work product |
| WDDP003585 | WDDP003588 | 5/7/2007 | John E. Meagher | C. J. Schmidt; adam_formus@di-mgmt.com; Amy Gasser Callow; stephanie.farabow@lfg.com; William R. Ellis; Dempsey, William E. (GE, Corporate) | | E-mail | RE: JP/Kearney | attorney client; work product |
| WDDP003589 | WDDP003589 | 5/8/2007 | Dempsey, William E. (GE, Corporate) | 'bbaty@stinson.com' | | E-mail | Kearney deposition | attorney client; work product |
| WDDP003590 | WDDP003593 | 5/8/2007 | Dempsey, William E. (GE, Corporate) | 'John E. Meagher' | | E-mail | RE: JP/Kearney | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privlege |
|---|---|---|---|---|---|---|---|---|
| WDDP003594 | WDDP003597 | 5/8/2007 | Dempsey, William E. (GE, Corporate) | 'Baty, Bruce' | | E-mail | RE: 30b6 motion for protective order | attorney client; work product |
| WDDP003598 | WDDP003600 | 5/8/2007 | Dempsey, William E. (GE, Corporate) | 'rcarlson@stinson.com'; 'bbaty@stinson.com' | | E-mail | FW: 30b6 motion for protective order | attorney client; work product |
| WDDP003601 | WDDP003603 | 5/8/2007 | Dempsey, William E. (GE, Corporate) | 'C. J. Schmidt' | | E-mail | RE: 30b6 motion for protective order | attorney client; work product |
| WDDP003604 | WDDP003606 | 5/7/2007 | Dempsey, William E. (GE, Corporate) | 'John E. Meagher' | Adam Formus, Esquire (E-mail); Bill Ellis (E-mail) | E-mail | RE: Motion to Quash -- Jefferson Pilot v. Kearney | attorney client; work product |
| WDDP003607 | WDDP003608 | 5/7/2007 | Dempsey, William E. (GE, Corporate) | West, Scott (GE, Corporate) | | E-mail | RE: Motion to Quash -- Jefferson Pilot v. Kearney | attorney client; work product |
| WDDP003609 | WDDP003610 | 5/7/2007 | Dempsey, William E. (GE, Corporate) | 'Adam Formus' | | E-mail | RE: Kearney conference call | attorney client; work product |
| WDDP003611 | WDDP003613 | 5/7/2007 | Dempsey, William E. (GE, Corporate) | 'John E. Meagher' | | E-mail | RE: JP/Kearney | attorney client; work product |
| WDDP003614 | WDDP003614 | 5/4/2007 | Dempsey, William E. (GE, Corporate) | 'Adam Formus' | | E-mail | RE: Kearney conference call | attorney client; work product |
| WDDP003615 | WDDP003616 | 5/2/2007 | Dempsey, William E. (GE, Corporate) | 'John E. Meagher'; adam_formus@di-mgmt.com; AGCallow@WoodLamping.com; stephanie.farabow@lfg.com; William R. Ellis | | E-mail | RE: Kearney - proposed text of letter to Roberts re JP depos | attorney client; work product |

# Kearney Privilege Log

| Begdoc# | Enddoc# | Datesent | From | To | Cc | Summary | Subject | Privilege |
|---|---|---|---|---|---|---|---|---|
| WDDP003617 | WDDP003618 | 4/25/2007 | Dempsey, William E. (GE, Corporate) | Linner, Robert L. (GE, Corporate) | | E-mail | FW: Kearney | attorney client; work product |