Jefferson-Pilot
Life Insurance Company
PO Box 21008
Greensboro, NC 27420
Bus 910 691 3000

**COPY OF ORIGINAL**

July 8, 1997



Disability Management Service
1391 Main St.
Springfield, MA 01103-1647
Attn.: John Anderson

RE:    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
      Policy H-493029 & H-538069 - Christopher Kearney
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Dear John

Enclosed is the material from the files on the above 3 insureds, which represents 4 policies in force.

These are cases that you are going to investigate for us to see what can be done either to settle these in an equitable manner to both the reinsurer and to Jefferson-Pilot or to give us further advice on where to proceed.

Thank you for your help in this matter. If you have any questions or need additional information, please let us know.

Sincerely,

Harold D. Shelton
Manager, Individual Health Administration
4170

HDS/bb

2892

