# 2000 Jefferson-Pilot Life Insurance Company

|  | January | February | March | April | May | June | July | August | September | October | November | December | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Open Claims** | | | | | | | | | | | | | |
| Active Claims |  | 334 | 427 | 450 | 450 | 446 | 433 | 419 | 406 | 390 | 380 | 375 | |
| New Notice |  |  | 4 | 6 | 8 | 3 | 6 | 4 | 4 | 6 | 4 | 5 | **50** |
| Sent by JP | 336 | 110 | 36 | 14 | 5 |  | 1 |  | (-4) |  |  |  | **498** |
| **Total** | **336** | **444** | **467** | **470** | **463** | **449** | **440** | **423** | **406** | **396** | **384** | **380** | |
| **Closed Claims** | | | | | | | | | | | | | |
| Advanced Pay |  | 1 |  |  |  | 1 |  |  | 1 |  | 1 | 1 | 5 |
| Death |  | 2 | 2 | 5 |  |  |  |  | 2 | 3 |  | 1 | 15 |
| Denied |  |  | 1 |  | 1 |  |  | 1 | 2 | 1 | 1 | 2 | 9 |
| Max Paid | 1 | 3 | 3 | 5 | 3 | 4 | 6 | 2 | 3 | 3 | 3 | 1 | 37 |
| No POL |  |  |  | 1 | 1 |  |  |  |  |  |  |  | 2 |
| Recovered | 1 | 7 | 2 | 4 | 2 | 8 | 3 | 2 | 2 | 4 | 1 | 3 | 39 |
| Rescinded |  |  |  |  |  |  |  |  |  |  |  |  | 0 |
| Settlements |  | 4 | 9 | 5 | 10 | 3 | 12 | 11 | 6 | 5 | 3 | 3 | 71 |
| Withdrawn |  |  |  |  |  |  |  | 1 |  |  |  |  | 1 |
| **Total** | **2** | **17** | **17** | **20** | **17** | **16** | **21** | **17** | **16** | **16** | **9** | **11** | **179** |
| **Total Claims Under Management** | **334** | **427** | **450** | **450** | **446** | **433** | **419** | **406** | **390** | **380** | **375** | **369** | |

**Definitions of open claims:**

| | |
|---|---|
| Active Claims | Number of claims under management from prior month |
| New Notice | New claim |
| Reinstatement | Reopened claim / recurrent |

**Definitions of closed claims:**

| | |
|---|---|
| Advanced Pay | Benefits paid in advance |
| Death | Claimant died |
| Denied | Not eligible for benefits (either initial or ongoing) |
| Max Paid | Maximum amount of benefits paid under policy |
| No POL | Documentation needed to evaluate benefit eligibility not submitted |
| Recovered | Returned to work |
| Rescinded | Policy Rescinded |
| Settlements | Claim settlement with or without policy release |
| Withdrawn | Claim closed due to voluntary non-submission of proof |


EXHIBIT 27
Ditmar
DATE 5/13-04
S. ROY, RPR

5/p

# 2001 Jefferson-Pilot Life Insurance Company

| | January | February | March | April | May | June | July | August | September | October | November | December | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Open Claims** | | | | | | | | | | | | | |
| Active Claims | 369 | 366 | 361 | 355 | 344 | 341 | 335 | 329 | 321 | 317 | 308 | 306 | |
| New Notice | 6 | 9 | 8 | 1 | 5 | 5 | 4 | 3 | 3 | 4 | 3 | 7 | 58 |
| Reinstatement | | | | | | | | | | | | | |
| **Total** | 375 | 375 | 369 | 356 | 349 | 346 | 339 | 332 | 324 | 321 | 311 | 313 | |
| **Closed Claims** | | | | | | | | | | | | | |
| Advanced Pay | 1 | | | | | | | | | 1 | | | 2 |
| Death | | | 2 | 1 | | | | | 1 | 1 | 1 | | 6 |
| Denied | | 3 | | | 3 | 1 | 1 | | | | 1 | 2 | 11 |
| Max Paid | 3 | 4 | 4 | 5 | 1 | | 3 | 3 | | 3 | | 2 | 28 |
| No POL | | | | | | | | | | 1 | | | 1 |
| Recovered | 2 | 3 | 4 | 1 | 2 | 3 | | 5 | 2 | 1 | | 1 | 24 |
| Rescinded | | | | | | | | | | | | | |
| Settlements | 3 | 3 | 4 | 3 | 2 | 5 | 5 | 2 | 4 | 5 | 1 | | 37 |
| Withdrawn | | 1 | | 2 | | 2 | 1 | 1 | | 1 | 2 | 1 | 11 |
| **Total** | 9 | 14 | 14 | 12 | 8 | 11 | 10 | 11 | 7 | 13 | 5 | 6 | 120 |
| **Total Claims Under Management** | 366 | 361 | 355 | 344 | 341 | 335 | 329 | 321 | 317 | 308 | 306 | 307 | |

**Definitions of open claims:**

| | |
|---|---|
| Active Claims | Number of claims under management from prior month |
| New Notice | New claim |
| Reinstatement | Reopened claim / recurrent |

**Definitions of closed claims:**

| | |
|---|---|
| Advanced Pay | Benefits paid in advance |
| Death | Claimant died |
| Denied | Not eligible for benefits (either initial or ongoing) |
| Max Paid | Maximum amount of benefits paid under policy |
| No POL | Documentation needed to evaluate benefit eligibility not submitted |
| Recovered | Returned to work |
| Rescinded | Policy Rescinded |
| Settlements | Claim settlement with or without policy release |
| Withdrawn | Claim closed due to voluntary non-submission of proof |

# 2002 Jefferson-Pilot Life Insurance Company

| | January | February | March | April | May | June | July | August | September | October | November | December | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Open Claims** | | | | | | | | | | | | | |
| Active Claims | 307 | 307 | 303 | 301 | 305 | 291 | 287 | 285 | 284 | 276 | 272 | 210 | |
| New Notice | 5 | 6 | 6 | 10 | 3 | 1 | 5 | 5 | 4 | 6 | 11 | 19 | 81 |
| Reinstatement | | | | | | | | | | | | | |
| New Active Claims | | | | | | | | | | | 49 | | 49 |
| Total | 312 | 313 | 309 | 311 | 308 | 292 | 292 | 290 | 288 | 282 | 332 | 229 | |
| **Closed Claims** | | | | | | | | | | | | | |
| Advanced Pay | | | | | | | | | | | | | |
| Death | 2 | | 1 | 1 | 1 | | | 2 | | 1 | 2 | | 10 |
| Denied | | 1 | | | 1 | | | 1 | 1 | | | | 4 |
| Max Paid | 1 | 3 | 5 | 2 | 4 | 1 | 2 | | | 3 | | | 21 |
| No POL | | | | | | | 1 | 1 | 2 | 1 | 2 | 1 | 8 |
| Recovered | 1 | 2 | 1 | | 1 | 1 | | 2 | 1 | | | 2 | 11 |
| Rescinded | | | | | | | | | 1 | | | | 1 |
| Settlements | 1 | 3 | | 2 | 9 | 2 | 2 | 2 | 6 | 3 | 2 | 2 | 34 |
| Withdrawn | | 1 | 1 | 1 | 1 | | | | | | 1 | 1 | 6 |
| Consult. Complete | | | | | | | | | | | 118 | | 118 |
| Total | 5 | 10 | 8 | 6 | 17 | 5 | 7 | 6 | 12 | 10 | 122 | 6 | 214 |
| Total Claims Under Management | 307 | 303 | 301 | 305 | 291 | 287 | 285 | 284 | 276 | 272 | 210 | 223 | |

**Definitions of open claims:**

| | |
|---|---|
| Active Claims | Number of claims under management from prior month |
| New Notice | New claim |
| Reinstatement | Reopened claim / recurrent |

**Definitions of closed claims:**

| | |
|---|---|
| Advanced Pay | Benefits paid in advance |
| Death | Claimant died |
| Denied | Not eligible for benefits (either initial or ongoing) |
| Max Paid | Maximum amount of benefits paid under policy |
| No POL | Documentation needed to evaluate benefit eligibility not submitted |
| Recovered | Returned to work |
| Rescinded | Policy Rescinded |
| Settlements | Claim settlement with or without policy release |
| Withdrawn | Claim closed due to voluntary non-submission of proof |

# 2003 Jefferson-Pilot Life Insurance Company

| | January | February | March | April | May | June | July | August | September | October | November | December | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Open Claims** | | | | | | | | | | | | | |
| Active Claims | 265 | 275 | 281 | 271 | 270 | 274 | 287 | 285 | 290 | 294 | 295 | 304 | |
| New Notice | 26 | 28 | 16 | 19 | 25 | 29 | 22 | 24 | 25 | 23 | 23 | 25 | 285 |
| Reinstatement | | 1 | | | | | | | 2 | 1 | | 1 | 5 |
| New Active Claims | | | | 1 | | | | | | | | | 1 |
| **Total** | 291 | 304 | 297 | 291 | 295 | 303 | 309 | 309 | 317 | 318 | 318 | 330 | |
| **Closed Claims** | | | | | | | | | | | | | |
| Advanced Pay | | | 1 | | | | 1 | 1 | | 2 | | | 5 |
| Death | | | 2 | 1 | | 2 | 1 | | 3 | 2 | | 1 | 12 |
| Denied | 2 | | 1 | 2 | | | 2 | | 1 | | | 1 | 9 |
| Max Paid | 2 | 1 | 1 | | | | 1 | 1 | 1 | | | | 7 |
| No POL | 1 | | 3 | 4 | 3 | 4 | 4 | 1 | 2 | 4 | 1 | 4 | 31 |
| Recovered | 5 | 14 | 11 | 10 | 10 | 4 | 8 | 13 | 7 | 8 | 6 | 14 | 110 |
| Rescinded | | | | | | | | | | | | | 0 |
| Settlements | 4 | 6 | 5 | 3 | 7 | 1 | 3 | 3 | 3 | 6 | 4 | 2 | 47 |
| Withdrawn | 2 | 2 | 2 | 1 | 1 | 5 | 4 | | 6 | 1 | 3 | 3 | 30 |
| Consult. Complete | | | | | | | | | | | | | 0 |
| **Total** | 16 | 23 | 26 | 21 | 21 | 16 | 24 | 19 | 23 | 23 | 14 | 25 | 251 |
| **Total Claims Under Management** | 275 | 281 | 271 | 270 | 274 | 287 | 285 | 290 | 294 | 295 | 304 | 305 | |

**Definitions of open claims:**

| | |
|---|---|
| Active Claims | Number of claims under management from prior month |
| New Notice | New claim |
| Reinstatement | Reopened claim / recurrent |

**Definitions of closed claims:**

| | |
|---|---|
| Advanced Pay | Benefits paid in advance |
| Death | Claimant died |
| Denied | Not eligible for benefits (either initial or ongoing) |
| Max Paid | Maximum amount of benefits paid under policy |
| No POL | Documentation needed to evaluate benefit eligibility not submitted |
| Recovered | Returned to work |
| Rescinded | Policy Rescinded |
| Settlements | Claim settlement with or without policy release |
| Withdrawn | Claim closed due to voluntary non-submission of proof |

# 2004 Jefferson-Pilot Life Insurance Company

| | January | February | March | April | May | June | July | August | September | October | November | December | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Open Claims** | | | | | | | | | | | | | |
| Active Claims | 305 | 306 | 301 | 304 | | | | | | | | | |
| New Notice | 21 | 18 | 22 | 17 | | | | | | | | | 78 |
| Reinstatement | | | | | | | | | | | | | 0 |
| New Active Claims | | | | | | | | | | | | | 0 |
| **Total** | 326 | 324 | 323 | 321 | | | | | | | | | |
| **Closed Claims** | | | | | | | | | | | | | |
| Advanced Pay | | | | | | | | | | | | | 0 |
| Death | 2 | 1 | 2 | 2 | | | | | | | | | 7 |
| Denied | 1 | 1 | 3 | | | | | | | | | | 5 |
| Max Paid | | 4 | | | | | | | | | | | 4 |
| No POL | 1 | 1 | 1 | | | | | | | | | | 3 |
| Recovered | 10 | 8 | 9 | 6 | | | | | | | | | 33 |
| Rescinded | | | | | | | | | | | | | 0 |
| Settlements | 3 | 5 | 1 | 4 | | | | | | | | | 13 |
| Withdrawn | 3 | 3 | 3 | 2 | | | | | | | | | 11 |
| Consult. Complete | | | | | | | | | | | | | 0 |
| **Total** | 20 | 23 | 19 | 14 | | | | | | | | | 76 |
| **Total Claims Under Management** | 306 | 301 | 304 | 307 | | | | | | | | | |

**Definitions of open claims:**

| | |
|---|---|
| Active Claims | Number of claims under management from prior month |
| New Notice | New claim |
| Reinstatement | Reopened claim / recurrent |

**Definitions of closed claims:**

| | |
|---|---|
| Advanced Pay | Benefits paid in advance |
| Death | Claimant died |
| Denied | Not eligible for benefits (either initial or ongoing) |
| Max Paid | Maximum amount of benefits paid under policy |
| No POL | Documentation needed to evaluate benefit eligibility not submitted |
| Recovered | Returned to work |
| Rescinded | Policy Rescinded |
| Settlements | Claim settlement with or without policy release |
| Withdrawn | Claim closed due to voluntary non-submission of proof |