| Name of Insured: Christopher Kearney | | | | | | 02/08/06 |
| --- | --- | --- | --- | --- | --- | --- |
| Benefit Underpayment Calculation | | | | | | 11:36 AM |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Interest Rate Assumption: | 10.00% | < 06/03/04 | | | | |
| Interest Rate Assumption: | 4.00% | 06/04/04 - 12/31/04 | | | | |
| Interest Rate Assumption: | 5.00% | 01/01/05 - 12/31/05 | | | | |
| Interest Rate Assumption: | 6.00% | > 01/01/06 | | | | |
| Payment Date Assumption: | 02/13/06 | | | | | |

| Month | Year | Original Payment Date | Underpayment Policy # H-493029 | Underpayment Policy # H-538069 | Total Underpayment | Interest Component | Grand Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| May | 2002 | 05/28/02 | $160.42 | $93.33 | $253.75 | $94.34 | $348.09 |
| June | 2002 | 06/27/02 | $192.50 | $112.00 | $304.50 | $110.70 | $415.20 |
| July | 2002 | 07/29/02 | $192.50 | $112.00 | $304.50 | $108.03 | $412.53 |
| August | 2002 | 08/28/02 | $192.50 | $112.00 | $304.50 | $105.53 | $410.03 |
| September | 2002 | 09/27/02 | $192.50 | $112.00 | $304.50 | $103.03 | $407.53 |
| October | 2002 | 10/25/02 | $192.50 | $112.00 | $304.50 | $100.69 | $405.19 |
| November | 2002 | 11/25/02 | $192.50 | $112.00 | $304.50 | $98.11 | $402.61 |
| December | 2002 | 12/24/02 | $192.50 | $112.00 | $304.50 | $95.69 | $400.19 |
| January | 2003 | 01/24/03 | $192.50 | $112.00 | $304.50 | $93.10 | $397.60 |
| February | 2003 | 02/24/03 | $192.50 | $112.00 | $304.50 | $90.52 | $395.02 |
| March | 2003 | 03/27/03 | $192.50 | $112.00 | $304.50 | $87.93 | $392.43 |
| April | 2003 | 04/23/03 | $192.50 | $112.00 | $304.50 | $85.68 | $390.18 |
| May | 2003 | 05/23/03 | $352.92 | $205.33 | $558.25 | $152.49 | $710.74 |
| June | 2003 | 07/03/03 | $385.00 | $224.00 | $609.00 | $159.51 | $768.51 |
| July | 2003 | 07/28/03 | $385.00 | $224.00 | $609.00 | $155.34 | $764.34 |
| August | 2003 | 08/25/03 | $385.00 | $224.00 | $609.00 | $150.66 | $759.66 |
| September | 2003 | 09/24/03 | $385.00 | $224.00 | $609.00 | $145.66 | $754.66 |
| October | 2003 | 10/24/03 | $385.00 | $224.00 | $609.00 | $140.65 | $749.65 |
| November | 2003 | 11/24/03 | $385.00 | $224.00 | $609.00 | $135.48 | $744.48 |
| December | 2003 | 12/24/03 | $385.00 | $224.00 | $609.00 | $130.48 | $739.48 |
| January | 2004 | 01/23/04 | $385.00 | $224.00 | $609.00 | $125.47 | $734.47 |
| February | 2004 | 02/23/04 | $385.00 | $224.00 | $609.00 | $120.30 | $729.30 |
| March | 2004 | 03/24/04 | $385.00 | $224.00 | $609.00 | $115.29 | $724.29 |
| April | 2004 | 04/23/04 | $385.00 | $224.00 | $609.00 | $110.29 | $719.29 |
| May | 2004 | 05/24/04 | $545.42 | $317.33 | $862.75 | $148.91 | $1,011.66 |
| June | 2004 | 06/24/04 | $577.50 | $336.00 | $913.50 | $59.97 | $973.47 |
| July | 2004 | 07/23/04 | $577.50 | $336.00 | $913.50 | $57.06 | $970.56 |
| August | 2004 | 08/23/04 | $577.50 | $336.00 | $913.50 | $53.96 | $967.46 |
| September | 2004 | 09/23/04 | $577.50 | $336.00 | $913.50 | $50.86 | $964.36 |
| October | 2004 | 10/22/04 | $577.50 | $336.00 | $913.50 | $47.95 | $961.45 |
| November | 2004 | 11/23/04 | $577.50 | $336.00 | $913.50 | $44.75 | $958.25 |
| December | 2004 | 12/23/04 | $577.50 | $336.00 | $913.50 | $41.75 | $955.25 |
| January | 2005 | 01/24/05 | $577.50 | $336.00 | $913.50 | $48.18 | $961.68 |
| February | 2005 | 02/24/05 | $577.50 | $336.00 | $913.50 | $44.30 | $957.80 |
| March | 2005 | 03/24/05 | $577.50 | $336.00 | $913.50 | $40.79 | $954.29 |
| April | 2005 | 04/25/05 | $577.50 | $336.00 | $913.50 | $36.79 | $950.29 |
| May | 2005 | 05/23/05 | $737.92 | $429.33 | $1,167.25 | $42.53 | $1,209.78 |
| June | 2005 | 06/23/05 | $770.00 | $448.00 | $1,218.00 | $39.21 | $1,257.21 |
| July | 2005 | 07/22/05 | $770.00 | $448.00 | $1,218.00 | $34.37 | $1,252.37 |
| August | 2005 | 08/22/05 | $770.00 | $448.00 | $1,218.00 | $29.20 | $1,247.20 |
| September | 2005 | 09/22/05 | $770.00 | $448.00 | $1,218.00 | $24.03 | $1,242.03 |
| October | 2005 | 10/24/05 | $770.00 | $448.00 | $1,218.00 | $18.69 | $1,236.69 |
| November | 2005 | 11/23/05 | $770.00 | $448.00 | $1,218.00 | $13.68 | $1,231.68 |
| December | 2005 | 12/22/05 | $770.00 | $448.00 | $1,218.00 | $8.84 | $1,226.84 |
| January | 2006 | 01/23/06 | $770.00 | $448.00 | $1,218.00 | $4.20 | $1,222.20 |
| | | | $20,661.67 | $12,021.33 | $32,683.00 | $3,704.99 | $36,387.99 |

**JEFFERSON PILOT FINANCIAL**
Jefferson Pilot Life Insurance Company, Concord, New Hampshire 03301

BANK OF AMERICA
ATLANTA, GA

64-127 / 611

0001679223

POLICY NO: H00493029    CLAIM NO: 0065261
INSURED:   CHRIS KEARNEY

DI73010049    7312    FEB 22, 2006

PAY *Thirty six thousand three hundred eighty seven and 99/100 Dollars*

TO THE
ORDER
OF    CHRIS KEARNEY

Redacted

**CHECK AMOUNT**
*******$36,387.99
VOID AFTER 90 DAYS

Vice President & Treasurer
Jefferson Pilot Life Insurance Company

⑈0001679223⑈ ⑆061112788⑆    3299935009⑈