**CS CLAIMS GROUP INC.**

401 Huehl Road, #1-E
Northbrook, IL 60062
Phone (847) 559-0670
Fax (847) 559-0672

January 31, 2000

Bob Mills
DISABILITY MANAGEMENT SERVICES, INC.
1350 MAIN STREET
SPRINGFIELD, MA  01103-1619



RE:  Christopher Kearney
Policy/Claim:  493029H538069 JP

Dear Mr. Mills:

We would like to thank you for your recent request for investigation. The case has been assigned to one of our regional investigators. You can expect to receive an initial report in the very near future.

C. S. Claims Group, Inc.

3122

PMSI / ICS

## CMH REQUEST - DMS/SPRINGFIELD

| | |
|---|---|
| 4374 | TRAVELERS |
| 4381 | PENN MUTUAL |
| 4362 | MUT. BENEFIT |
| 4554 | JEFF. PILOT |
| 4764 | MONY (SPFLD.) |

Account Number    CIRCLE CORRECT #

Date: 1/31/00

Requestor: Bob Mills          Phone: 413-747-0990 x. 1119

Claimant: Christopher Kearney    CLAIM#: H538069 ; H 493029

Address: _____ Redacted _____

DOB: __Redacted__    SS#: __Redacted__

** Provider: Dr Donna Judd-McClure    Phone: _____

Address: 6721 Karl Rd  Columbus OH 43229

Obtain: All Records  X    or _____ to present

Special Instructions: _____

_____

** Provider: Dr. M. Lehenhauer    Phone: 513-398-3445

Address: 6008 Reading Rd  Ste. B  Mason OH 45040

Obtain: All Records  X    or _____ to present

Special Instructions: _____

_____

** Provider: Dr. Ambrose Praduk    Phone: 513-733-0070

Address: 11071 Main St. Cincinnati OH 45241

Obtain: All Records  X    or _____ to present

Special Instructions: _____

_____

3124

## CMH REQUEST - ~~D~~MS/SPRINGFIELD

**PMSI / ICS**

Account Number   CIRCLE CORRECT #

| | |
|---|---|
| 4374 | TRAVELERS |
| 4381 | PENN MUTUAL |
| 4362 | MUT. BENEFIT |
| (4554) | JEFF. PILOT |
| 4164 | MONY (SPFLD.) |

Date: _1/31/00_

Requestor: _Bob Mills_ _____ Phone: _413-747-0990 x. 1119_

Claimant: _Christopher Kearney_ ____ CLAIM#: _4538069 : 4493029_

Address: _____ Redacted _____ Redacted _____

DOB: ___ Redacted ___ SS#: ___ Redacte _____

** Provider: _Dr. Bret Ferree_ Phone: _513-232-6677_
_513-721-1111_

Address: _____

Obtain:  All Records _X_     or _____ to present

Special Instructions: _____

_____

** Provider: _Dr. Howard Beringor_ _____ Phone: _____

Address: _1004 Dragenia Rd  Lebanon OH 45036_

Obtain:  All Records _X_     or _____ to present

Special Instructions: _____

_____

** Provider: _____ Phone: _____

Address: _____

Obtain:  All Records ____     or _____ to present

Special Instructions: _____

_____

3125



**CS CLAIMS GROUP INC.**



401 Huehl Road, #1-E
Northbrook, IL 60062
Phone (847) 559-0670
Fax (847) 559-0672

TAX I.D. #36-3756269

TO:  Bob Mills
     DISABILITY MANAGEMENT SERVICES, INC.
     1350 MAIN STREET
     SPRINGFIELD, MA  01103-1619

Case Name: Christopher Kearney
Your File #: 433029/H538069(JP)
C S Claims File #: DM02-035A
Invoice Date: 6/30/01

| Description | | Cost |
|---|---|---|
| Professional Services | 14.75  hrs. @  $53 | $781.75 |
| Steno | | 27.13 |
| Telephone | | 22.23 |
| Mileage | | 206.40 |
| Records | | 101.70 |
| Postage | | 3.33 |

Total due for June, 2001                    $1,142.54

SECOND REQUEST - PLEASE
8/8/01

THIRD REQUEST
PLEASE
9/13/01

ok to pay
RTW
9/18/01

3132

09/10/2001 15:36 FAX                    SHALIK,MORRIS & Co.                    ☑001



### JOSEPH R. LEVY
*Forensic Accounting Services to the Insurance Industry*

## A DIVISION OF SHALIK, MORRIS & COMPANY, LLP
*Certified Public Accountants*

**DATE:** 9/10/01

**TO:** Bob mills

**COMPANY:** Disability management

**FAX #:** (413) 747-1545

**FROM:** Leslee Hymowitz

There will be a total of 2 pages including the cover sheet.

Transmittal from HP OFFICEJET LX (516) 338-5592

If there are any questions or if you are having difficulty in receiving, please call us at (516) 338-8700.

Thank you.

**COMMENTS:**

The information contained in this facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.    Thank you.

SHALIK, MORRIS & CO., LLP • 7001 BRUSH HOLLOW ROAD • WESTBURY, NY 11590
*Phone: 516.338.8700 Fax: 516.338.5592*

3196

09/10/2001 15:36 FAX                 SHALIK,MORRIS & Co.                    ☑002

Law Offices
## John J. Spiegel
*Professional Association*

700 Concord Building
66 West Flagler Street
Miami, Florida 33130

Telephone (305) 539-0700

John J. Spiegel

September 4, 2001

Leslee Hymowitz
Shalik, Morris & Co., LLP
7001 Brush Hollow Road
Westbury, New York  11590

    Re:  Your File:      8539
         Our Client:    Christopher Kearney

Dear Ms. Hymowitz:

    Thank you for your letter dated August 28, 2001.  Please
provide me, or have someone else provide me with the specific
insurance policy language which compels Mr. Kearney to produce the
requested documents as a condition of his continued receipt of
benefits.  Upon receipt of the specific policy provisions, Mr.
Kearney will be more than happy to cooperate to the extent that he
is able to do so.

                                Sincerely yours,

                                John J. Spiegel

JJS/mc

cc: Christopher Kearney

3197

**Disability Management Services, Inc.**

# Memo

**To:**    Marty Gunter, Jefferson-Pilot Life Insurance
**From:**  Mariah Shea, Disability Claims Representative, Disability Management Services, Inc.
**CC:**    Todd Ditmar, Director of Claims, Disability Management Services, Inc.
**Date:**  08/29/01
**Re:**    Christopher Kearney H493029; H538069

Please forward two specimen policies for each of the policies listed above.  Please also return the enclosed application files, upon completion.  Please call me at (800) 883-0596 Ext. 1122, if you have any questions.

● Page 1

3198



**JOSEPH R. LEVY**

*Forensic Accounting Services to the Insurance Industry*

**A DIVISION OF SHALIK, MORRIS & COMPANY, LLP**

*Certified Public Accountants*

August 28, 2001

John Spiegel, Esq.                                        Our File: #8539
66 W. Flagler Street, 7th Floor                           DMS File: #H493029, 538069
Miami, FL 33130                                           D/D: 1993

Dear Mr. Speigel:

We recently received a voice message from you advising us that you represent Mr. Christopher Kearney in his disability income claim. We are enclosing a copy of the recent record request that was sent to the Claimant on August 13, 2001.

Once we are provided with access to these records we will be in a position to issue our final report to Disability Management Services. I would appreciate it if you would let me know when the records requested will be made available for inspection. You may reach me by calling (516) 338-0800 ext. 282.

Very truly yours,

SHALIK, MORRIS & COMPANY, LLP

*Leslee Hymowitz*

**LESLEE HYMOWITZ**

LH/db
Enclosure

Copy to: Bob Mills – Disability Management Services

SHALIK, MORRIS & CO., LLP • 7001 BRUSH HOLLOW ROAD • WESTBURY, NY 11590
*Phone: 516.338.0800 • 516.338.8700 • Fax: 516.338.5592*

3199

## Disability Management Services, Inc.

*1350 Main Street, Springfield, MA 01103-1619  Tel:(413)747-0990  Fax:(413)747-1545*
*A third party administrator for:*
### Jefferson-Pilot Life Insurance Company

August 23, 2001

Christopher Kearney

Redacted

Re: Policy Number/s: H-493029, H-538069
    Claim Number/s: H-493029, H-538069

Dear Mr. Kearney:

Thank you for submitting the recent Continuance of Disability form.

We have yet to receive your response to my July 13, 2001 letter. Please be sure to respond as soon as possible so that may continue with the processing of your claim.

If you have any questions, I can be reached directly at 1-800-883-0596 ext. 1076.

Sincerely,

Robert F Mills
Claims Consultant

d/b/a: New England Claims Administration Services, Inc. in FL, MD, ME
Licensed as New England Claims Administration Services, Inc. in CA
d/b/a Centre Claims Administration Services in NH

3200



**JOSEPH R. LEVY**
*Forensic Accounting Services to the Insurance Industry*

**A DIVISION OF SHALIK, MORRIS & COMPANY, LLP**
*Certified Public Accountants*

August 13, 2001

<u>Sent via regular mail & FAX</u>

Mr. Robert Mills                    Our File:   #8539
Disability Management Services      Your File:  #H493029,538069
1350 Main Street                    D/D:  1993
Springfield, MA 01103

Subject:  Christopher Kearney

Redacted

### SUPPLEMENTAL REPORT

Previously, we issued a preliminary report to you on this matter dated March 26, 2001. At that time, we needed to see additional records in order to verify the subject's disability income claim. On March 23, 2001, we received a box of records for Kenwood Technology Group, Inc. We will present the information contained in that box of records later in this report. On March 26, 2001, we wrote to the claimant and provided him with a listing of the outstanding records. A copy of our March 26, 2001 letter was sent to you at that time.

We subsequently received the enclosed letter from the claimant dated April 5, 2001. The claimant stated his objection to our requesting documentation for Kearney & Associates, Inc. dating back to 1988. He said he previously told your office that he has no further documentation pertaining to this company. Enclosed with the claimant's April 5, 2001 letter were copies of certain 1995 W-2 form issued by Kearney & Associates, Inc.

SHALIK, MORRIS & CO., LLP • 7001 BRUSH HOLLOW ROAD • WESTBURY, NY 11590

*Phone: 516.338.0800 • 516.338.8700 • Fax: 516.338.5592*

3201



**JOSEPH R. LEVY**

*Forensic Accounting Services to the Insurance Industry*

**A DIVISION OF SHALIK, MORRIS & COMPANY, LLP**
*Certified Public Accountants*

August 13, 2001

Mr. Christopher Kearney          Our File:  #8539
621 East Bowman Street           DMS File:  #H493029,538069
Wooster, OH 44691                D/D:  1993

Dear Mr. Kearney:

We recently issued an interim report to Disability Manage-
ment Services based on the records you sent to you office.
Our last letter to you regarding your disability income
claim was dated May 7, 2001.  We have not yet received any
of the documentation requested in that letter.

In your letter April 5, 2001, you stated your objection to
our requesting documentation for Kearney & Associates, Inc.
dating back to 1988.  You advised you previously told Dis-
ability Management Services that you have no further docu-
mentation pertaining to this company.  While we recognize
that you may have discarded some of the records requested
for Kearney & Associates, Inc., we are hopeful that you
will be able to furnish copies of the corporate income tax
returns for this business.  The records we still need to
see in order to verify your disability income claim are
listed below:

1.   Personal income tax return (Form 1040), including all
     W-2 forms, 1099 forms and accompanying schedules for
     the year 2000.

2.   Corporate income tax returns (Form 1120) prepared for
     Kearney & Associates, Inc. covering the fiscal years
     1988-1992.

SHALIK, MORRIS & CO., LLP • 7001 BRUSH HOLLOW ROAD • WESTBURY, NY 11590

*Phone: 516.338.0800 • 516.338.8700 • Fax: 516.338.5592*

3202

Mr. Christopher Kearney
August 13, 2001
Page 2

3.  Corporate income tax return (Form 1120S) prepared for
    Kenwood Technology Group, Inc. for the year 2000 (as
    soon as it is prepared).

4.  General ledgers or accountant's worksheets summarizing
    monthly transactions of Kenwood Technology Group, Inc.
    for all periods in the year 2001.

5.  Books of original entry for Kenwood Technology Group,
    Inc., including:

    a.  Cash receipts journal
    b.  Cash disbursements journal
    c.  Sales or billings journals

6.  You can also furnish a diskette of this company's
    books, if you use the QuickBooks software program.

7.  Sales invoices or other records which could be used to
    substantiate the sales of Kenwood Technology Group,
    Inc. for the year 2001 to date.

8.  Corporate income tax returns (Form 1120 or 1120S) pre-
    pared for Innomation, Inc. covering each year you were
    a principal owner in the business.  We will notify you
    if we require any additional records for this business
    after we have had an opportunity to inspect the corpo-
    rate income tax returns.

9. . If the company Kearney Magnetics & Engineering is not
    the same as Kearney & Associates, Inc., please furnish
    corporate income tax returns (Form 1120 or 1120S) cov-
    ering each year you were a principal owner in the
    business.  We will notify you if we require any addi-
    tional records for this business after we have had an
    opportunity to inspect the corporate income tax re-
    turns.

3203

Mr. Christopher Kearney
August 13, 2001
Page 3

The records listed above should cover the period from fiscal 1988 up through the date the company ceased operating for Kearney & Associates, Inc. and for all periods in the year 2001 to date for Kenwood Technology Group, Inc.

The records we have requested are needed so that we may issue our final report to Disability Management Services.  I would appreciate it if you would let me know when the records requested in this letter will be made available for inspection.  You may reach me by calling (516) 338-0800 or 338-8700.

Enclosed you will find photocopies of the information we received from the Internal Revenue Service and the Social Security Administration.

Very truly yours,

SHALIK, MORRIS & COMPANY, LLP

Leslee Hymowitz

LH/bes:emk
Enclosures

Copy to Bob Mills - Disability Management Services

3204



JOSEPH R. LEVY
CERTIFIED PUBLIC ACCOUNTANT
A DIVISION OF SHALIK, MORRIS & COMPANY, LLP
7001 Brush Hollow Road
Westbury, NY 11590



Mr. Robert Mills
Disability Management Services
1350 Main Street
Springfield, MA 01103

01103+1626   |llummllmlll|mmllmllmlllmllulalulalululllul

3205

3206



**JOSEPH R. LEVY**
*Forensic Accounting Services to the Insurance Industry*

**A DIVISION OF SHALIK, MORRIS & COMPANY, LLP**
*Certified Public Accountants*

**INVOICE**

EMPLOYER ID #: 11-2973036

August 15, 2001                                              **INVOICE #208**

Mr. Robert Mills                          Our File:  #8539
Disability Management Services            Your File:  #H493029,538069
1350 Main Street                          D/D:  1993
Springfield, MA 01103

Subject:  Christopher Kearney

### FOR SERVICES RENDERED:

| | |
|---|---:|
| Professional Fees: | $1,835.00 |
| Typing & Clerical: | 127.50 |
| Other necessary expenses | 6.40 |
| | **$1,968.90** |

This report was sent to you under separate cover on August 13, 2001.



**CS CLAIMS GROUP INC.**

401 Huehl Road, #1-E
Northbrook, IL 60062
Phone (847) 559-0670
Fax (847) 559-0672

TAX I.D. #36-3756269

TO:   Bob Mills
      DISABILITY MANAGEMENT SERVICES, INC.
      1350 MAIN STREET
      SPRINGFIELD, MA  01103-1619

Case Name: Christopher Kearney
Your File #: 433029/H538069(JP)
C S Claims File #: DM02-035A
Invoice Date: 6/30/01

| Description | | Cost |
|---|---|---|
| Professional Services | 14.75  hrs. @  $53 | $781.75 |
| Steno | | 27.13 |
| Telephone | | 22.23 |
| Mileage | | 206.40 |
| Records | | 101.70 |
| Postage | | 3.33 |
| | | |
| Total due for June, 2001 | | $1,142.54 |

SECOND REQUEST - PLEASE
8/8/01

3208

Mr. Robert Mills                          August 10, 2001
Re:  Christopher Kearney                  Page 2

On May 7, 2001, we went over this assignment with you
and explained that many of the records we need in order to
verify the subject's disability income claim still have not
been provided to us.  At that time you requested that we
send the claimant a follow-up letter, again listing the
outstanding records.  Accordingly, on May 7, 2001, we wrote
to the subject and provided him with a detailed listing of
the missing records.  A copy of our May 7, 2001 letter was
sent to you previously.  To date, we have not heard back
from the claimant and none of the other records requested
has been furnished to us.

You provided us with a copy of your letter to the
claimant dated July 13, 2001.  In your letter you made ref-
erence to the claimant's letters to you dated July 12 and
16, 2001 as well as the claimant's June 25, 2001 letter to
Baker & Baris, Inc.  Apparently, the claimant elected not
to respond directly to us regarding the records outlined in
our May 7, 2001 letter.  Your July 13, 2001 letter to the
claimant indicated that you received the 1995 corporate in-
come tax return prepared for Kearney Magnetics & Engineer-
ing and the 1996 and 1997 corporate income tax returns for
Innomation, Inc.  As of this writing, you have not sent
copies of these documents to us.

On Page 2 of the prior report, we presented informa-
tion taken from the claimant's 1993-1999 personal income
tax returns (Form 1040).  This information is repeated be-
low.

|  | 1999 | 1998 | 1997 | 1996 | 1995 | 1994 | 1993 |
|---|---|---|---|---|---|---|---|
| Wages - Claimant | $ 2,500 | $ 5,000 | $ 8,000 | $14,000 | $29,300 | $22,800 | $51,139 |
| Wages - Wife | -- | -- | -- | -- | -- | -- | 4,950 |
| Interest Income |  |  |  |  | 20 | 17 | 368 |
| Capital Gain (Loss) |  |  | 35,229 |  |  |  |  |
| IRA Distribution |  |  |  |  |  | 8,974 |  |
| Rental Income (Loss) |  |  | (2,368) | 595 | (3,879) | 644 | 160 |
| Personal Use of Car |  |  | 1,850 | 1,900 | 1,700 | 1,596 | 3,523 |
| Taxable Refunds of State & Local Income Taxes |  |  | 312 | 457 | 136 |  | 50 |
| Total Income | $ 2,500 | $ 5,000 | $43,023 | $16,952 | $27,277 | $34,031 | $60,190 |

3209

Mr. Robert Mills                        August 10, 2001
Re:  Christopher Kearney                Page 3


     At our request, the claimant previously executed re-
lease forms so that we could obtain copies of his 1993-1999
personal income tax returns directly from the I.R.S. as
well as an earnings history from the Social Security Ad-
ministration.  We sent the executed release forms in for
processing and recently received the information requested.

     The I.R.S. advised that they were unable to provide a
copy of the claimant's 1993 tax return because it had been
officially destroyed.  However, they did furnish a listing
of certain information from the claimant's 1993 tax return
(i.e., adjusted gross income, tax liability, etc.).  This
information matched the information reported on the 1993
personal income tax return the claimant previously fur-
nished to us.  The I.R.S. did forward copies of the claim-
ant's 1994-1998 personal income tax returns.  Although the
I.R.S. indicated they were providing a copy of the 1999 tax
return, this was not included in the package they sent us.
The 1994-1998 personal income tax returns we received from
the I.R.S. match the ones previously furnished by the
claimant.  Also, the earnings history we received from the
Social Security Administration confirmed the wages reported
on the claimant's 1993-1999 personal income tax returns.
On Page 2 of the prior report, we presented information
provided by the Social Security Administration regarding
the source of the claimant's W-2 income in the years 1988-
1999.  This information is repeated below.


                    C o n t i n u e d . . . .


                                                    3210

Mr. Robert Mills                           August 10, 2001
Re:  Christopher Kearney                    Page 5


Technology Group, Inc. for the years 1998-2000.  Below we
have summarized certain information taken from Schedule I.

|  | 1-1-00 to 12-31-00 | 1-1-99 to 12-31-99 | 8-26-98 to 12-31-98 |
|---|---|---|---|
| Sales | $207,356 | $ 74,416 | $ 20,131 |
| Less: cost of goods sold | (158,888) | (88,404) | (14,993) |
| Gross Profit (Loss) | 48,468 | (13,988) | 5,138 |
| Less expenses: | | | |
| Officer's Compensation | 5,000 | 2,500 | 0 |
| Salaries & Wages | 9,616 | 2,000 | 5,000 |
| All Other Expenses | 20,486 | 26,616 | 3,458 |
| Total Expenses | 35,102 | 31,116 | 8,458 |
| Net Income (Loss) | $ 13,366(1) | $(45,104) | $ (3,320) |

(1) Before any year-end adjusting entries.


     The corporation's sales increased from $20,131 in 1998
(first year of doing business) to $74,416 in 1999.  In
2000, the company's sales amounted to $207,356.  Sales of
$207,356 are greater than the sales reported by Kearney &
Associates, Inc. in fiscal 1993 ($196,017), fiscal 1994
($124,246), fiscal 1995 ($141,941), fiscal 1996 ($179,497),
fiscal 1997 ($127,070) and fiscal 1998 ($32,850).

     Amounts reported as officer's compensation by Kenwood
Technology Group, Inc. represent the claimant's wages from
the company.  No officer's compensation was reported for
the year 1998.  Officer's compensation amounted to $2,500
in 1999 and $5,000 in 2000.  Salaries and wages to all
other employees were reported as $5,000 in 1998, $2,000 in
1999 and $9,616 in 2000.  After deducting all costs and ex-
penses, Kenwood Technology Group, Inc. reported net losses

3211

Mr. Robert Mills                    August 10, 2001
Re:  Christopher Kearney             Page 4

| Year | Kenwood Technology Group, Inc. | Kearney Associates, Inc. |
|------|-------------------------------|--------------------------|
| 1999 | $ 2,500 | $ |
| 1998 | 5,000 | |
| 1997 | | 8,000 |
| 1996 | | 14,000 |
| 1995 | | 29,300 |
| 1994 | | 22,800 |
| 1993 | | 51,139 |
| 1992 | | 99,512 |
| 1991 | | 93,742 |
| 1990 | | 51,300 |
| 1989 | | 40,382 |
| 1988 | | 34,884 |

At your request, we have sent copies of the documents we received from the I.R.S. and the Social Security Administration to the claimant. The claimant has not yet provided us with copies of his 2000 personal income tax return as requested in our March 26, 2001 and May 7, 2001 letters to him.

As explained in the prior report, the claimant operated Kenwood Technology Group, Inc. from February 1, 1982 (date of inception) through sometime in 1998. In 1998, the claimant began operating a new business, Kenwood Technology Group, Inc. This company was incorporated on August 26, 1998 and elected to be taxed as an S corporation on January 1, 1999. Previously, we saw the 1998 and 1999 corporate income tax returns (Form 1120S) prepared for Kenwood Technology Group, Inc. The claimant recently provided the corporation's general ledgers covering the years 1998, 1999 and 2000. From the general ledger, we prepared a statement of income and expenses for the 12 months ended December 31, 2000. This financial statement is before any year-end adjusting entries. On Schedule I attached to this report, we have presented the income and expenses reported by Kenwood

3212

Mr. Robert Mills                              August 10, 2001
Re:  Christopher Kearney                      Page 6

in 1998 (a loss of $3,320) and 1999 (a loss of $45,104).
In the period from January 1, 2000 through December 31,
2000, the corporation's unadjusted net income amounted to
$13,366.  The actual amount of sales, costs, expenses and
net income (loss) the corporation will report for the year
2000 will not be known until the 2000 corporate income tax
return is filed.

The cost of goods sold reported for the years 1998-
2000 was comprised of the following items:

|                          | 2000      | 1999      | 1998      |
|--------------------------|-----------|-----------|-----------|
| Purchases                | $141,021  | $ 75,238  | $ 14,597  |
| Freight                  | 7,452     |           |           |
| Subcontract Engineering  |           | 2,681     |           |
| (illegible)              |           | 823       |           |
| Small Tools              | 299       | 1,267     |           |
| Shop Supplies            | 10,116    | 8,395     |           |
| No breakdown furnished   |           |           | 396       |
| Cost of Goods Sold       | $158,888  | $ 88,404  | $ 14,993  |

The corporation reported a high amount of purchases
expense in 1999 ($75,238) and 2000 ($141,021).  The high
purchases reported in these years resulted in the company
reporting no net income in 1999 and showing only a small
amount of unadjusted net income in the year 2000.  The com-
pany did not report any beginning or ending inventory
amounts as part of the cost of goods sold.  To the extent
that the ending inventory exceeded the opening inventory,
this would result in an understatement of the corporation's
net income for the year.  With purchases of $75,238 in 1999
and $141,021 in 2000, it is apparent that the company
should have reported inventory amounts at the end of each
year.  It is not possible to calculate accurate net income
amounts without the company reporting the value of its in-
ventory.

3213

Mr. Robert Mills                        August 10, 2001
Re:  Christopher Kearney                Page 7


     If we had complete information about the corporation's
sales and the purchases corresponding to those sales, we
would be able to perform a gross profit test.  By matching
the purchases to the specific customer/project, we would be
able to determine the company's actual gross profit per-
centage, and, using this information, we would be able to
recalculate the corporation's net income (loss).  We are in
the process of reviewing and analyzing the sales invoices
and purchases records the claimant forwarded to us.  Once
this examination is complete, we will forward our findings
to you.

     No purchases expense was reported by Kearney & Associ-
ates, Inc. in any of the years examined by us.  The primary
business activity of Kearney & Associates, Inc. was de-
scribed as "sales - manufacturers' representative," while
the primary business activity of Kenwood Technology Group,
Inc. was listed as "manufacturing."  Generally, a manufac-
turer will maintain inventory of products purchased, which
remain on hand at the end of each year.  As explained
above, this was not done by the claimant's company, which
resulted in an understatement of the company's reported
earnings.

     The general ledger provided information about the cor-
poration's sales in the period from August 1998 through De-
cember 2000.  On Schedule II we have listed information
about the corporation's sales by customer in the years
1998-2000.  Below you will find certain information summa-
rized from Schedule II.


                              C o n t i n u e d . . . .


                                                    3214

Mr. Robert Mills                          August 10, 2001
Re:  Christopher Kearney                   Page 8

|           | MONTHLY SALES |        |        |
|-----------|---------|---------|---------|
|           | 2000    | 1999    | 1998    |
| January   | $ 42,612 | $     0 | $    -- |
| February  | 19,125  | 3,599   | --      |
| March     | 42,612  | 0       | --      |
| April     | 0       | 17,231  | --      |
| May       | 38,250  | 0       | --      |
| June      | 0       | 24,123  | --      |
| July      | 24,879  | 10,338  | 1,600   |
| August    | 7,499   | 0       | 0       |
| September | 24,879  | 0       | 0       |
| October   | 7,499   | 0       | 1,300   |
| November  | 0       | 0       | 0       |
| December  | 0       | 19,125  | 17,231  |
|           | $207,356 | $ 74,416 | $ 20,131 |

     The sales reported in the months of July and October
1998 were described as "sales – engineering."  All other
sales from December 1998 through December 2000 were de-
scribed as "sales – special machines."  The sales from the
manufacture of "special machines" were much higher than the
engineering sales.  Most of the corporation's sales were
for a company known as MPI with projects identified as Day-
ton (#102 and #103) and Lake Mills (#104).  The corporation
also performed work for Sintering Technologies.

     As noted in the prior report, the claimant's earned
income would be equal to a combination of his wages plus
the S corporation net income (loss).  We prepared a calcu-
lation of the claimant's average monthly combined earnings
in the years 1988-1997 based on the information furnished
to us.  We have not calculated the claimant's average
monthly combined earnings in the years 1998-2000 because it
appears that the 1998-2000 corporate income tax returns do
not accurately reflect the claimant's earned income.  Once
again, we are in the process of performing a gross profit

3215

Mr. Robert Mills                        August 10, 2001
Re:  Christopher Kearney                 Page 9

test on the records furnished to us.  If we can get an ac-
curate measure of the company's gross profit percentage, we
will provide you with our calculation of the subject's com-
bined monthly earnings for the years 1998-2000 once this
test is completed.  Our calculation of the claimant's aver-
age monthly combined earnings in the years 1988-1997 is
shown below.

| Year | Wages | S Corp. Income (Loss) | Combined Earnings (Loss) | Average Monthly Earnings |
|------|-------|-----------------------|--------------------------|--------------------------|
| 2000 | $ 5,000 | $  N/A | $  N/A | $  N/A |
| 1999 | 2,500 | N/A | N/A | N/A |
| 1998 | 5,000 | N/A | N/A | N/A |
| 1997 | 8,000 | | 8,000 | 667 |
| 1996 | 14,000 | | 14,000 | 1,167 |
| 1995 | 29,300 | | 29,300 | 2,442 |
| 1994 | 22,800 | | 22,800 | 1,900 |
| 1993 | 51,139 | | 51,139 | 4,262 |
| 1992 | 99,512 | | 99,512 | 8,293 |
| 1991 | 93,742 | | 93,742 | 7,812 |
| 1990 | 51,300 | | 51,300 | 4,275 |
| 1989 | 40,382 | | 40,382 | 3,365 |
| 1988 | 34,884 | | 34,884 | 2,907 |

N/A - Not available.

It is our understanding that the claimant's prior
monthly income (PMI) under his policy is based on the high-
est earnings reported in a single year out of the five
years immediately preceding the date of disability.  Under
that circumstance, the year 1992 represents the highest
earnings reported by the claimant in the period from 1988-
1992, and his PMI would be equal to $8,292.67 per month
($99,512 divided by 12 months).  As shown in the table
above, the claimant's combined earnings were increasing in
each year from 1988 to 1992.  We have not been able to ver-
ify whether the reduction in the claimant's earnings that

Mr. Robert Mills                          August 10, 2001
Re:  Christopher Kearney                   Page 10

began in 1993 was as a result of any disability he sus-
tained during 1993.  It is possible that the claimant's
business was negatively impacted by factors unrelated to
the disability.  The last recession in the U.S. before the
year 2000 began around May 1990.  Many businesses were ad-
versely impacted for a number of years thereafter.  As a
commissioned sales representative, the claimant may not
have been impacted by the economic slow down until after
1992.

Your July 13, 2001 letter to the claimant makes refer-
ence to the 1995 corporate income tax return prepared for
Kearney Magnetics & Engineering and the 1996 and 1997 cor-
porate income tax returns for Innomation, Inc.  We would
need to see the books and records of these businesses (in-
cluding the complete tax returns) in order to determine
whether the subject received any unreported income from
these entities during the post-disability period.  You may
wish to forward copies of these tax returns to us.

Enclosed is a copy of our most recent letter to the
claimant.  We will continue to follow up on this matter,
and, as additional information is provided to us, it will
be forwarded to you along with our comments.  Our bill for
services rendered will be sent to you under separate cover.

Very truly yours,

Joseph R. Levy
Certified Public Accountant

JRL/bes:emk
Enclosures

3217

SCHEDULE I

Firm Name  KENWOOD TECHNOLOGY GROUP, INC.

STATEMENT OF INCOME & EXPENSES
FOR THE YEAR ENDED
December 31

|  | 2000 | 1999 | 1998 |
|---|---|---|---|
| Sales | $207,356 | $ 74,416 | $ 20,131 |
| Less: Cost of Goods Sold | 158,888 | 88,404 | 14,993 |
| Gross Profit | 48,468 | (13,988) | 5,138 |
| Interest Income | | | |
| Other Income (Loss) | | | |
| Total Income | 48,468 | (13,988) | 5,138 |
| **Less expenses:** | | | |
| Compensation of Officers | 5,000 | 2,500 | |
| Salaries & Wages | | 2,000 | 5,000 |
| Salaries & Wages - Engineering | 6,000 | | |
| Salaries & Wages - Shop | 3,616 | | |
| Rents | 6,162 | 5,430 | |
| Taxes | 677 | 190 | 1,920 |
| Interest | | | |
| Contributions | | | |
| Amortization | | | |
| Depreciation | | 950 | |
| Dues & Subscriptions | 45 | | |
| Advertising | | | |
| Pension, profit-sharing | | | |
| Employee benefit programs | | | |
| Other deductions | | | 1,538 |
| Insurance | 918 | 856 | |
| Telephone | 1,643 | 866 | |
| Heat, fuel, power | 511 | 496 | |
| Professional Fees | 3,781 | 3,267 | |
| Meals & Entertainment | 2,631 | | |
| Supplies - software | 448 | 2,213 | |
| Office | 1,806 | 1,276 | |
| Automobile | 238 | 6,059 | |
| Bank Fees | 365 | 443 | |
| Exhibition Fee | 1,037 | 3,212 | |
| Travel | | 1,358 | |
| Security | 224 | | |
| All Other | | | |
| Total Expenses | 35,102 | 31,116 | 8,458 |
| Net Income (Loss) | $ 13,366 | $(45,104) | $ (3,320) |

3218

SCHEDULE II

Kenwood Technology Group, Inc.
Listing of Sales
1998-2000

| Date | Invoice # | $ Amount | MPI Lake Mills 104 | MPI Dayton 103 | MPI Dayton 102 | Sintering Technologies |
|------|-----------|----------|---------------------|-----------------|-----------------|-------------------------|
| 1-28-00 | N/S | $ 42,612.28 | $ 42,612.28 | $ | | |
| 2-8-00 | N/S | 19,125.00 | | 19,125.00 | | |
| 3-3-00 | 1020 | 42,612.28 | 42,612.28 | | | |
| 5-11-00 | 1021 | 30,600.00 | | 30,600.00 | | |
| 5-20-00 | 1022 | 7,650.00 | | 7,650.00 | | |
| 7-21-00 | 1025 | 24,879.14 | 24,879.14 | | | |
| 8-9-00 | 1026 | 7,499.04 | 7,499.04 | | | |
| 9-13-00 | 1027 | 24,879.14 | 24,879.14 | | | |
| 10-4-00 | 1028 | 7,499.04 | 7,499.04 | | | |
| | | $207,355.92 | $149,980.92 | $ 57,375.00 | | |
| 2-16-99 | N/S | $ 3,598.60 | | | $ | $ 3,598.60 |
| 4-5-99 | N/S | 17,230.75 | | | 17,230.75 | |
| 6-10-99 | N/S | 24,123.05 | | | 24,123.05 | |
| 7-14-99 | N/S | 10,338.45 | | | 10,338.45 | |
| 12-3-99 | N/S | 19,125.00 | | | 19,125.00 | |
| | | $ 74,415.85 | | | $ 70,817.25 | $ 3,598.60 |
| 7-15-98 | N/S | $ 1,600.00 | | | $ | $ 1,600.00 |
| 10-7-98 | N/S | 800.00 | | | | 800.00 |
| 10-9-98 | N/S | 500.00 | | | | 500.00 |
| 12-22-98 | N/S | 17,230.75 | | | 17,230.75 | |
| | | $ 20,130.75 | | | $ 17,230.75 | $ 2,900.00 |

3219



**JOSEPH R. LEVY**
CERTIFIED PUBLIC ACCOUNTANT
775 W. Crescent Avenue
P.O. Box 77
Allendale, NJ 07401

 

Mr. Robert Mills
Disability Management Services
1350 Main Street
Springfield, MA 01103

0110341628 03

3220

**JOHN T. KENNY, PH.D., ABPP**
*Neuropsychologist*
PARKWAY MEDICAL BUILDING, SOUTH
3619 PARK EAST DRIVE, SUITE 313
BEACHWOOD, OH 44122-4312
(440) 646-1771
TELECOPIER: (440) 646-1705



July 17, 2001

Mr. Robert F. Mills
Disability Management Services, Inc.
1350 Main Street
Springfield, MA 01103-1619

RE:   **IME for Christopher Kearney**
       **Claim Nos. H493029, H538069**

Dear Mr. Mills:

On May 14, 2001, numerous files, tests and reports were copied and sent to Dr. Jeff Green at the request of Disability Management Services. When such extensive copying and forwarding is requested, it is our standard office practice to charge for this service. The attached invoice in the amount of $45.00 was forwarded to Dr. Green along with the materials.

To date we have not heard from you, nor have we received payment for this amount. May we please have your check as soon as possible. If anything else is needed, please let me know.

Very truly yours,

Kathie Pearlstein
Office Manager for Dr. Kenny

Attach.

3221

JOHN T. KENNY, PH.D., ABPP
*Neuropsychologist*
PARKWAY MEDICAL BUILDING, SOUTH
3619 PARK EAST DRIVE, SUITE 313
BEACHWOOD, OH 44122-4312
(440) 646-1771
TELECOPIER: (440) 646-1705



S.S. N0. 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

INVOICE

May 14, 2001

Dr. Jeff Green, Clinical Director
Disability Management Services, Inc.
1350 Main Street
Springfield, MA 01103-1628

For:    IME for Christopher Kearney
        Claim Nos. H493029, H538069

Raw data, office notes, computer generated reports and
    summary report copied and sent on 5/15/01
    per your 5/7/01 request . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $45.00

3222

FROM : Baker & Baris          PHONE NO. : 508 753 7844          Jun. 29 2001 02:00AM P1

**Baker & Baris, Inc.**
P.O. Box 98
Paxton, MA 01612
Ph: (508)752-7788
Fax: (508)753-7844

# facsimile transmittal

To: Bob Mills                    Fax: 413 747-1545

From: Mary A. Baker, M.A., CRC   Date: 6-29-01

Re: Chris Kearney               Pages: 3

CC:

☐ Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

Per my voice mail message —

3224

# Baker & Baris, Inc.



*A Disability Management Company*

TO:        BOB MILLS
FROM:      MARY A. BAKER
SUBJECT:   CHRISTOPHER KEARNEY
DATE:      6/25/01

Please see the attached email message I received from Alan Getreau's office. When the insured contacted them, he was quite abrupt, and refused to say anything beyond what they reported.

As you and I discussed, I will await follow up directives from you pending your letter to the insured. In the meantime, I am submitting an invoice for work completed thus far. Please note, I will be on vacation from July 2 – 13, returning to my office on July 16th. Thank you.

P.O. Box 98 • Paxton, MA 01612  (508) 752-7788 • Fax (508) 753-7844

P.O. Box 374 • Dayville, CT 06241  (860) 779-6584 • Fax (860) 774-9142

3230

Sent via e-mail to Mary Baker on 6/21/01

We received a telephone call from Mr. Kearney around 10:15 am on June 21, 2001. He was returning our call and explained that he does not like telephone calls. He has privacy issues and does not want disability discussed over the telephone. He explained that he has nieces and nephews around and they could hear. He requested our address to send a letter.

**Baker & Baris, Inc.**
**PO Box 98**
**Paxton, MA 01612**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/25/2001 | 498 |

**BILL TO**

Disability Management Services, Inc.
1350 Main Street
Springfield, MA 01103

| CLAIMANT | CLAIM # | CASE MANAGER |
|----------|---------|--------------|
| Christopher Kearney | | Bob Mills |

| DATE | ACTIVITY | TIME | AMOUNT |
|------|----------|------|--------|
| June, 2001 activity | File Review | 7.5 | 600.00 |
| | Conference with Examiner | 0.5 | 40.00 |
| | Conference with Vendor | 0.5 | 40.00 |
| | Follow up activity | 0.75 | 60.00 |
| | Postage | | 23.25 |

| | Total | $763.25 |
|---|---|---|
| Please remit to: Baker & Baris, Inc., P.O. Box 98, Paxton, MA 01612<br>EIN: 04-3445375 | | |

3232

# Baker & Baris, Inc.

*A Disability Management Company*

June 11, 2001

Christopher L. Kearney
621 E. Bowman Street
Wooster, OH 44691

Dear Mr. Kearney:

I am writing to you on behalf of Disability Management Services, Inc. As a vocational rehabilitation consultant, I have been asked by Mr. Robert Mills to review your file in an effort to obtain a better understanding of your prior and current occupational responsibilities and functional status.

To this end, I am referring your case to a certified rehabilitation counselor to gather additional occupational information via a face to face interview. Alan Getreau, CRC, of First National Rehabilitation Services, Inc. is an independent consultant and he is available to meet with you on either **Tuesday, June 26th or Thursday, July 5th**. Upon receipt of this letter, please contact Mr. Getreau's office at **(888) 701-2286** to schedule a mutually convenient meeting time on one of those days.

Thank you for your cooperation.

Sincerely,

Mary A. Baker, M.A., CRC
Rehabilitation Consultant

CC:   Robert Mills
      Alan Getreau

**3236**

P.O. Box 98 • Paxton, MA 01612  (508) 752-7788 • Fax (508) 753-7844

P.O. Box 374 • Dayville, CT 06241  (860) 779-6384 • Fax (860) 774-9142

# Baker & Baris, Inc.

*A Disability Management Company*

June 11, 2001

Mr. Alan Getreu
First National Rehabilitation Services, Inc.
114 Old Country Road, Suite LL-76
Mineola, NY 11501

Dear Alan,

Please find the enclosed file information regarding the disability claim of Christopher Kearney. This claim was referred to Baker & Baris to coordinate a comprehensive vocational evaluation for Disability Management Services, Inc., third party administrator for Jefferson Pilot Life Insurance Company.

Mr. Kearney was self-employed as a manufacturers broker at the onset of his disability claim in February of 1993, initially for back problems and then depression. In 1998 he filed bankruptcy and soon after began a new business. He has maintained since mid-1990 that he has been unable to carry out the full scope of his business responsibilities, secondary to his psychological impairment, and as such, has been receiving residual disability benefits based on his loss of income. He cites difficulty with sales calls and managing operations on a full time basis as his primary limitations. Mr. Kearney has been under the treatment of psychologist Donna Judd since 1994 with little improvement in his symptoms. The enclosed file information will provide you with detailed history, which will be the basis of our discussion following your review.

Mr. Kearney has been notified of your planned visit and was instructed to call your office to schedule a meeting on either 6/26/01 or 7/5/01, your planned travel dates per Jamie. The purpose of your interview is to obtain detailed occupational data relative to Mr. Kearney's past and present businesses, as well as his educational and vocational background. Mr. Kearney should be asked why he has, or has not, considered salaried positions as opposed to self-employment, either currently or in the past. Please also gather as many specifics as possible regarding the scope of his businesses.

In addition to your interview with Mr. Kearney, please attempt to contact any prior employees or current subcontractors for additional input to his occupational functioning. As you will glean from the enclosed records, Mr. Kearney has expressed his mistrust of the insurance company on many occasions. In light of this, please focus your conversation on the occupational issues only, avoiding any discussion of his medical history and status. Following your evaluation, we would like you to proceed with a

P.O. Box 98 • Paxton, MA 01612  (508) 752-7788 • Fax (508) 753-7844

P.O. Box 574 • Dayville, CT 06241  (860) 779-6384 • Fax (860) 774-9142

3237

Transferable Skills Analysis and subsequent Labor Market research given the "any occ" definition of Mr. Kearney's policy provisions.

Alan, please call me following your review so that we can discuss this claim in more detail. I look forward to hearing from you.

Sincerely,

Mary A. Baker, M.A., CRC

CC:    Robert Mills
       DMS, Inc.

**3238**

# Psychiatric Disability Consultants, Inc.

Jeff Green, Ph.D. Clinical Director

June 4,2001

**Memo**
TO: Bob Mills
Re: Christopher Kearney
Nature of Memo: Update

Bob, I have reviewed the raw data submitted by John Kenney, Ph.D. subsequent to his evaluation of Christopher Kearney. I reviewed the data in concert with the evaluation and found the data to be consistent with the report and findings of Dr. Kenney. The raw data will continue to be maintained in a locked cabinet in my care.

Respectfully,

Jeff Green, Ph.d.
Licensed psychologist
Clinical Director, PDC Inc.



 **CS CLAIMS GROUP INC.**

401 Huehl Road, #1-E
Northbrook, IL 60062
Phone (847) 559-0670
Fax (847) 559-0672

TAX I.D. #36-3756269

**TO:** Bob Mills
DISABILITY MANAGEMENT SERVICES, INC.
1350 MAIN ST.
SPRINGFIELD, MA 01103-1619

Case Name: Christopher L. Kearney
Your File #: 433029/H538069 (JP)
C S Claims File #: DM02-035A
Invoice Date: 4/30/01

| Description | | | Cost |
|---|---|---|---|
| Professional Services | (Background) | 9.25 hrs. @ $53 | $490.25 |
| Steno | | | 13.56 |
| Telephone | | | 18.77 |
| Mileage | | | 31.60 |
| Copies | | | 21.50 |
| Postage | | | 5.92 |

Total due for April, 2001 — $581.60



3247