SCHEDULE II

Firm Name   KEARNEY & ASSOCIATES, INC.

BALANCE SHEET
As of January 31

|  | 1998 | 1997 | 1996 | 1995 | 1994 | 1993 | 1992 |
|---|---|---|---|---|---|---|---|
| **ASSETS:** | | | | | | | |
| Cash | $    0 | $ 7,001 | $ 7,351 | $    0 | $    0 | $    0 | $    0 |
| Loans to Shareholders | | | | 8,630 | 9,630 | 9,630 | 15,522 |
| Other Current Assets | | | | | | 1,090 | 522 |
| Buildings & Other Deprec. Assets | 100,202 | 95,402 | 93,074 | 88,847 | 79,498 | 68,445 | 51,710 |
| Accum. Depreciation | (75,136) | (70,146) | (66,031) | (57,548) | (55,304) | (38,127) | (44,856) |
| **Total Assets** | 25,066 | 32,257 | 34,394 | $ 39,929 | $ 33,824 | $ 41,038 | $ 22,898 |
| **LIABILITIES & SHAREHOLDER'S EQUITY:** | | | | | | | |
| Mortgages — less than 1 year | $    0 | $ 10,530 | $    0 | $    0 | $    0 | $    0 | $    0 |
| Other current liabilities | 658 | 7,615 | 3,270 | 10,920 | 19,696 | 9,235 | 8,965 |
| Loans from Shareholders | 70,865 | 44,786 | 10,320 | | | | |
| Mortgages — more than 1 year | | | 16,385 | 20,804 | | 23,237 | |
| Capital Stock | 750 | 750 | 750 | 750 | 750 | 750 | 750 |
| Retained Earnings — Unappropriated | (47,207) | (31,424) | 3,669 | 7,455 | 13,378 | 7,816 | 13,183 |
| **Total Liab. & S.E. Equity** | $ 25,066 | $ 32,257 | $ 34,394 | $ 33,824 | $ 33,824 | $ 41,038 | $ 22,898 |

3296

03/26/2001  14:16     201-825-4873     JOSEPH LEVY CPA

SCHEDULE III

Firm Name  KENWOOD TECHNOLOGY GROUP, INC.

STATEMENT OF INCOME & EXPENSES
FOR THE YEAR ENDED
December 31

|                              | 1999        | 1998       |
|------------------------------|-------------|------------|
| Sales                        | $ 74,416    | $ 20,131   |
| Less: Cost of Goods Sold     | 88,404      | 14,993     |
| Gross Profit                 | (13,988)    | 5,138      |
| Interest Income              |             |            |
| Other Income (Loss)          |             |            |
| Total Income                 | (13,988)    | 5,138      |
| **Less expenses:**           |             |            |
| Compensation of Officers     | 2,500       |            |
| Salaries & Wages             | 2,000       | 5,000      |
| Repairs & Maintenance        |             |            |
| Bad Debts                    |             |            |
| Rents                        | 5,430       |            |
| Taxes                        | 190         | 1,920      |
| Interest                     |             |            |
| Contributions                |             |            |
| Amortization                 |             |            |
| Depreciation                 | 950         |            |
| Depletion                    |             |            |
| Advertising                  |             |            |
| Pension, profit-sharing      |             |            |
| Employee benefit programs    |             |            |
| Other deductions             |             | 1,538      |
| Insurance                    | 856         |            |
| Telephone                    | 866         |            |
| Heat, fuel, power            | 496         |            |
| Professional Fees            | 3,267       |            |
| Meals & Entertainment        |             |            |
| Supplies - software          | 2,213       |            |
| Office                       | 1,276       |            |
| Automobile                   | 6,059       |            |
| Bank Fees                    | 443         |            |
| Exhibition Fee               | 3,212       |            |
| Travel                       | 1,358       |            |
| All Other                    |             |            |
| Total Expenses               | 31,116      | 8,458      |
| Net Income (Loss)            | $(45,104)   | $  (3,320) |

3297

SCHEDULE IV

Kenwood Technology Group, Inc.
Balance Sheet
As of December 31

|                                            | 1999     | 1998     |
|--------------------------------------------|----------|----------|
| ASSETS:                                    |          |          |
| Cash                                       | $  (807) | $  2,729 |
| Depreciable Assets                         | 1,899    | 1,893    |
| Total Assets                               | $  1,092 | $  4,622 |
| LIABILITIES & SHAREHOLDER'S EQUITY:        |          |          |
| Other Current Liabilities                  | $  1,135 | $    757 |
| Loan from Shareholder                      | 47,881   | 6,685    |
| Capital Stock                              | 500      | 500      |
| Retained Earnings                          | (48,424) | (3,320)  |
| Total Liabilities & Shareholder's Equity   | $  1,092 | $  4,622 |



**JOSEPH R. LEVY**

*Forensic Accounting Services to the Insurance Industry*

## A DIVISION OF SHALIK, MORRIS & COMPANY, LLP

*Certified Public Accountants*

February 1, 2001

Christopher L. Kearney
Redacted

Our File:            L8539
Disab. Mgmt File:    #493029
D/D:                 1993

Dear Mr. Kearney:

I received your letter dated January 22, 2001. I apologize if the release forms I referred to in my January 12, 2001 letter were not enclosed in the envelope as intended. Perhaps this was a clerical oversight. I have enclosed these forms in this correspondence and once again request that you execute them and mail them back to us as soon as possible. I have also enclosed a self-addressed stamped envelope for your convenience. Please note that the I.R.S. requires that you furnish two forms of identification bearing your signature.

In regard to our record request, we have since received certain records that were not in our possession prior to January 12, 2001. The following is a list of the records that remain outstanding.

1. Personal income tax returns (Form 1040) including all W-2 forms, 1099 forms and accompanying schedules for the years 1988-1992, 1994 and 2000 (when it is prepared). We also need your W-2 forms for 1993, 1995 and 2000.

2. Business tax returns for all businesses owned or operated by you for the years 1998-1991 and 2000 (when it is prepared).

3. Monthly financial statements (if they are prepared in the normal course of doing business)

4. General ledgers or accountants worksheets summarizing monthly transactions of all business.

SHALIK, MORRIS & CO., LLP • 7001 BRUSH HOLLOW ROAD • WESTBURY, NY 11590
*Phone: 516.338.8700 Fax: 516.338.5592*

3311

Christopher Kearney
February 1, 2001
Page 2

5. Books of original entry of all businesses, including:

    a. Cash receipts journals
    b. Cash disbursements journals
    c. Sales or billings journals

6. Sales invoices and contracts which could be used to substantiate the sales of all business in the period from January 1, 1988 up through the present time.

7. If complete sales records are not available, please furnish the name address and telephone number of each customer or client for all businesses in the period from January 1, 1988 up through the present time.

8. Monthly bank statements and canceled checks for all bank accounts that reflect business income and expense transactions as well as information showing the source of all funds deposited into the accounts. If you commingle your business and personal funds, then this could include accounts that might otherwise be identified as "personal" bank accounts.

9. All payroll records for the years 1998-2000 and for periods in the year 2001, including quarterly payroll tax returns required to be filed with the Internal Revenue Service (Form 941) and the State of Ohio.

10. The executed release forms we've enclosed.

In regard to your inquiry about my gender & credentials , I am a female and I am the Manager of Forensic Accounting.

You may reach me by calling (516) 338-8700.

                                      Very truly yours,

                                      Shalik, Morris & Company, LLP

                                      Leslee Hymowitz

cc: Bob Mills – Disability Management Services

3312



**JOSEPH R. LEVY**
*Forensic Accounting Services to the Insurance Industry*

**A DIVISION OF SHALIK, MORRIS & COMPANY, LLP**
*Certified Public Accountants*

INSTRUCTIONS FOR EXECUTION OF FORM 4506
(Personal Income Tax Returns)

In connection with our examination of your lost earnings claim, you are being asked to execute a release form so that we can obtain copies of your personal tax returns (Form 1040) directly from the Internal Revenue Service.

Please sign and date Form 4506 where indicated and be sure that your Social Security number is correct.

The Internal Revenue Service routinely requires photocopies of two forms of identification bearing your signature (i.e., Social Security card, driver's license, passport, etc.). Please send copies of this information to us with the executed release form.

We will be responsible for the cost of having your tax returns reproduced.

SHALIK, MORRIS & CO., LLP • 7001 BRUSH HOLLOW ROAD • WESTBURY, NY 11590

*Phone: 516.338.8700 Fax: 516.338.5592*

3323



**JOSEPH R. LEVY**

*Forensic Accounting Services to the Insurance Industry*

**A DIVISION OF SHALIK, MORRIS & COMPANY, LLP**

*Certified Public Accountants*

January 12, 2001

Mr. Christopher Kearney

~~Redacted~~

Our File:   #L8539
Disab. Mgmt. File: #H493029
D/D:     1993

Dear Mr. Kearney:

We have been retained by Disability Management Services to review your disability
income claim as a result of a disability, which began in 1993.

We would like to do an inspection of the books and records in connection with this loss.
The records we would need to see are listed below.

1.  Personal income tax returns (Form 1040), including all W-2 forms, 1099 forms
    and accompanying schedules for the years 1988-1999 and 2000 (when it is
    prepared). The 2000 W-2 forms and 1099 forms should become available on or
    about January 31, 2001 and should be provided to us at that time.

2.  In order to verify your reported earnings, we have prepared release forms which
    will permit us to obtain copies of your 1993-1999 personal income tax returns
    directly from the Internal Revenue Service as well as an earnings history for the
    years 1988-1999 from the Social Security Administration. Please execute the
    forms where indicated, furnish photocopies of two forms of identification bearing
    your signature (required by the I.R.S.) and mail everything back to us as soon as
    possible.

3.  Business tax returns (Schedule C for sole proprietorship, Form 1120 for
    corporation or Form 1065 for partnership) for all businesses owned or operated by
    you for the years 1988-1999 and 2000 (when it is prepared).

4.  Monthly financial statements (if they are prepared in the normal course of doing
    business).

5.  General ledgers or accountant's worksheets summarizing monthly transactions of
    all businesses.

SHALIK, MORRIS & CO., LLP • 7001 BRUSH HOLLOW ROAD • WESTBURY, NY 11590

*Phone: 516.338.8700 Fax: 516.338.5592*

3328

Christopher Kearney
January 12, 2001
Page 2

6.  Books of original entry of all businesses, including:

    a.   Cash receipts journals
    b.   Cash disbursements journals
    c.   Sales or billings journals

7.  Sales invoices and contracts which could be used to substantiate the sales of all business in the period from January 1, 1988 up through the present time.

8.  If complete sales records are not available, please furnish the name address and telephone number of each customer or client for all businesses in the period from January 1, 1988 up through the present time.

9.  Monthly bank statements and canceled checks for all bank accounts that reflect business income and expense transactions as well as information showing the source of all funds deposited into the accounts. If you commingle your business and personal funds, then this could include accounts that might otherwise be identified as "personal" bank accounts.

10. All payroll records for the years 1998-2000 and for periods in the year 2001, including quarterly payroll tax returns required to be filed with the Internal Revenue Service (Form 941) and the State of Ohio.

11. Any other records that could be used to substantiate your disability income claim as well as the income and expenses of the businesses.

Unless otherwise specified, the records listed above should be for all businesses owned or operated by you and should cover the period from January 1, 1988 up through the most recent period available in the year 2001.

Some of the records listed above may be in the possession of your accountant. It is important that all books and records listed above be made available in order for us to complete our review of the lost earnings claim. If we are not provided with access to all of the records requested, this will delay the completion of our examination until all of the information is furnished. Therefore, it is important that you consult with your accountant to make sure that all of the records itemized above are available for us to review.

3329

Christopher Kearney
January 12, 2001
Page 3


We will arrange to inspect the records at the most convenient location (usually the accountant's office or the office of the company). I will be coordinating the scheduling of an appointment in connection with this claim. I would appreciate it if you would call me so that I can confirm a definite appointment for the week of January 22, 2001. Additionally, I would like to make sure that all of the books and records necessary for the inspection will be available at that time. If you want me to contact the accountant directly, please furnish me with the name and telephone number of that individual. You may reach me by calling (516) 338-8700.

                                        Very truly yours,
                                        SHALIK, MORRIS & COMPANY, LLP

                                        Leslee Hymowitz

LH/jn
Copy to Bob Mills – Disability Management Services

3330



# NWI Investigative Group, Inc.

500 W. Cummings Park, Suite 4100
Woburn, MA 01801-6515
(781) 935-7770
FAX (781) 932-1177
1-800-253-5990

January 12, 2001

Mr. Bob Mills
Disability Management Services
1350 Main Street
17th Floor
Springfield MA 01103

RE:  CLAIMANT:    Christopher Kearney
     FILE #:      H493029 & H538069
     INSURED:     self

Dear Bob:

Please find enclosed the results of our investigation on Christopher
Kearney.  If you have any questions or concerns, please do not
hesitate to call us at 1-800-253-5990.

We thank you for assigning this case to us.  We look forward to
hearing from you again soon.  NWI is committed to servicing our
customers 7 Days a week, 24 hours a day. Think of NWI for ALL your
investigative needs.

Thanks again!

THE NWI TEAM

3331

*EXCELLENCE THROUGH PERFORMANCE*

| 11 High Street | 1087 Elm Street, P.O. Box 810 | 415 Woodbury Road | 131 Clay Street | 380 Union Street, Suite 229 |
| Mechanic Falls, ME 04256 | Manchester, NH 03105 | Plainview, NY 11803 | Central Falls, RI 02863 | West Springfield, MA 01089 |

FROM :                          FAX NO. :                    Jul. 06 2000 04:30AM  P1

## FAX MESSAGE

Date:       Tuesday, January 09, 2001

To:         Disability Management Services, Inc.
            Robert Mills
            Phone:      800-883-0596
            Fax:        413-747-1545

From:       Christopher L. Kearney
            Phone:      330-264-4216
            Fax:        Same as Above- Automatically Switches For Faxes

Pages:      *5*

Mr. Mills:

I have received your fax letter to me of 1-5-01.  Concerning the four items you listed as outstanding:

1) Following, I submit a copy of my 1998 Personal Income Tax Return #1040.

2) I will provide you with 2000 Personal and Business Tax Returns when available.  My accountant does not prepare monthly P&L Statements for Kenwood Technology Group, Inc.

3)You have my permission to obtain medical records from Dr. Judd-McClure.  It is up to you to provide authorization for payment to Dr. Judd-MClure for these records.  Mr. Mills, you are responsible for creating delays in obtaining these records.  Additionally, you told me several times in our telephone conversation of Monday, 10-30-00 that you would send the name, address, phone number and credentials of the psychiatriast at DMS who would be reviewing these medical files.  Your previous correspondance had Dr. Judd and myself believing that those records were going to be reviewed by PMSI somewhere else.  You have not followed up on your promise to forward the name of your psychiatrist and I wonder why.

4)Despite your contention that you have explained the need for a new, overly broad release form signed by me, you have continually avoided any response in writing or on the phone which address my specific written concerns of privacy issues.  You told me on the phone on 10-30-00 that you can understand my privacy concerns.

Sincerely,

*Christopher Kearney*
Christopher Kearney

Christopher L. Kearney
Redacted

3332

NWI INVESTIGATIVE GROUP, INC.
NWI CASE 38225 DISABILITY
Page 1

### *INVESTIGATION RESULTS*

| | |
|---|---|
| *Claimant:* | **Christopher Kearney** |
| *Insured:* | **self** |
| *Type of Claim:* | **DISABILITY** |
| *D.O.I:* | **2/9/1993** |
| *Injury:* | **depression** |
| *Your file#:* | **H493029 & H538069** |
| *Address Given:* | |

Redacted        )1

*Date Opened*   **1/4/2001**        *Date Completed*   **1/15/2001**

### *ASSIGNMENT SYNOPSIS:*

1.  Conduct an unannounced visit at Claimant's business contact to obtain answers to given questions.

2.  Physical contact okay?          N/A

3.  Phone contact okay?             N/A

4.  Neighborhood canvassing okay?   N/A

3333

NWI INVESTIGATIVE GROUP, INC.
NWI CASE 38225 DISABILITY
Page 2

### OBSERVATIONS

On Thursday, January 11, 2001, Investigator met with
Claimant's former business contact, Veronica Siemiatkaska.
Ms. Siemiatkaska answered questions concerning Claimant's work
with ACME Monaco Corporation.  Investigator was informed that
Claimant has not worked for ACME Monaco for at least 8 years
and left the company under a mutual agreement.

3334

NWI INVESTIGATIVE GROUP, INC.
NWI CASE 38225 DISABILITY
Page 3

### *PRELIMINARY INVESTIGATION*

| *LICENSE* | | *VEHICLE* | |
|---|---|---|---|
| LIC: | Not Listed | Reg: | Not Listed |
| Lic. Status: | Not Listed | Make/Model/Yr: | Not Listed |
| Class:  NL Type: | Not Listed | Color: | Not Listed |
| Height: | Not Listed | Ins. Co: | Not Listed |
| DOB: | 11/09/1952 | Exp. Date: | Not Listed |
| Exp. Date: | Not Listed | | |

| | |
|---|---|
| Name: | Christopher Kearney |
| YOB: | Redacted |
| SSN: | |
| Issued in: | Not Listed |

### *KNOWN ADDRESS*

| | |
|---|---|
| Dates: | |
| Address: | Redacted |
| City/State/Zip: | |

### *Neighbors Telephone/Address:*

| **Name:** | **Address:** | **Telephone:** |
|---|---|---|
| No Listings | | |

3335

NWI INVESTIGATIVE GROUP, INC.
NWI CASE 38225 DISABILITY
Page 4

### INVESTIGATION DETAIL

**DATE:**
**Thursday**
**January 11, 2001**
**2:00 p.m.**

Investigator arrived at 75 Winchell Road in New Britain, CT.
Investigator asked to speak with Claimant's business contact,
Veronica Siemiatkaska. Investigator then spoke with Ms.
Siemiatkaska in her office with Ed, the Vice President of the
company. Investigator confirmed that Claimant had worked with
ACME Monaco as a Sales Representative in the Midwest section
of the USA. When Claimant worked for ACME Monaco, Claimant
would visit the Northeast only once a year. The product that
ACME Monaco produces are machine parts. Claimant has not
worked for ACME Monaco for at least 8 years and the end of the
relationship was mutual. Claimant's sales had not increased
over the previous years work. Ms. Siemiatkaska was unable to
provide any documents about Claimant and stated she had
recently just cleared out a filing cabinet with information
about Claimant. Investigator found Ms. Siemiatkaska to be
honest and open about Claimant's relationship with ACME
Monaco.

At 2:30 p.m., Investigator stopped talking with Ms.
Siemiatkaska and departed from the area.

SD/JC:CR
WEST

**NOTE: ALL ORIGINAL VIDEOTAPES WILL BE SAVED FOR 3 YEARS.**

3336

## PDC *IME Network*<sup>SM</sup>
### IME Schedule for Christopher Kearney
### Disability Management Services, Inc. Claim #H493029

| Second Writer | | Lead Writer | |
|---|---|---|---|
| **John Kenny, Ph.D.** | | **Otto Kausch, M.D.** | |
| **Mailing Address:** | Parkway Medical Bldg. South 3619 Park East Drive Suite 313 Beachwood, OH 44122-4312 | **Mailing Address:** | 9543 Greystone Parkway Brecksville, OH 44141 |
| **Phone:** | (440) 646-1771 | **Phone:** | (440) 526-3030 Ext. 6881 |
| **Assistant:** | | **Assistant:** | |
| **Fax:** | (440) 646-1705 | **Fax:** | (440) 546-2705 |
| **Rate:** | $300 / hr. | **Rate:** | $240 / hr. |
| **Estimated Cost:** | 10 – 15 hours | **Estimated Cost:** | 8 – 10 hours |

| Appointment Details | | Appointment Details | |
|---|---|---|---|
| **Date:** | Saturday, Feb. 17, 2001 Saturday, Feb. 24, 2001 | **Date:** | Thursday, March 8, 2001 |
| **Time:** | 12:00pm – 5:00pm both days | **Time:** | 5:00pm – 7:00pm |
| **Exam Location:** | Same as above | **Exam Location:** | VA Hospital 10000 Brecksville Road Building 2, 3rd floor, B Side Brecksville, OH 44141 |
| **Cancellation Policy:** | 48 hours notice otherwise 1 hour charge. | **Cancellation Policy:** | 24 hours notice otherwise bill half hourly rate for time spent on case. |
| **Date Report Due:** | Seven days after the last IME activity. | **Date Report Due:** | Seven days after the last IME activity. |
| **Special Instructions:** *Please notify PDC if the total cost of the evaluation will exceed the estimate or If there are any changes to the appointment set-up. | | **Special Instructions:** *Please notify PDC if the total cost of the evaluation will exceed the estimate or if there are any changes to the appointment set-up. | |

3338

**Robert Mills**

| | |
|---|---|
| **From:** | Mark Benander, Ph.D. |
| **Sent:** | Monday, January 08, 2001 1:14 PM |
| **To:** | Robert Mills |
| **Subject:** | Kearney, Christopher JP H00493029 |

Bob -

I have reviewed this file at your request; you have asked me to make recommendations regarding the use of an IME. I recommend that the IME consist of two parts, an evaluation by a psychiatrist as well as an evaluation by a neuropsychologist including a full battery of neuropsychological testing. This combination might best provide you with diagnostic and treatment information as well as objective measurements of ability to function.

Of course, Meenu and I would be available to assist in arranging the IME. We also would be able to assist with creating questions to help the IME providers focus their evaluation on issues noted to be outstanding from the file review.

Please let us know how you would like to proceed. Thanks.

3348

1

# Disability Management Services, Inc.
1350 Main St., Springfield, MA 01109
Phone (800) 883-0596, Fax (413) 747-1545

## Medical Resources Referral Form
Completed from is forwarded to Program Assistant – please print clearly.

Referral Source: _Bob Mills_    Ext: _1016_    Date of Referral: _1/9/01_
DMS Location: _Springfield_    Date Needed: _ASAP_

---

**Please ✓ all that apply:**    ☑ IME    ☐ Expert Record Review    ☐ FCE

## Specialty
☐ Neurosurgeon          ☐ Neurologist          ☐ Cardiologist          ☐ Physical Therapist
☐ Physical Medicine & Rehabilitation (Physiatrist)    ☐ Orthopedist / Orthopedic Surgeon
☐ Occupational Medicine Physician          ☐ Rheumatologist
☐ Internal Medicine          ☐ CFS Expert          ☐ HIV Expert
☑ Other _Psychiatrist + Neuropsychologist_    ☐ I would like to discuss the case before selecting
_to include a full battery of Neuropsychological testing_

## Case Details

Name of Insured: _Christopher Kearney_

City/State/Zip:          Redacted

Phone Number: _(330) 264-4216_

Claim/ Case # and Client Company: _Jefferson Pilot Policy # 5L493029 +_
_#538069_

Date of Birth: _11/9/52_

SS#:          Redacted

Reported Impairments and or Diagnoses: _Major Depression with_
_Paranoid ideation_

Occupation: _Business Owner — Salesman_

Date of Disability: _2/9/93_

Present/Past Treatment Providers          Name          Specialty
(include physical therapists, etc.)

① _Dr. Donna Judd-McClure → psychiatrist_
② _Dr. Ambrose Perdun → Chiropractor_
③ _Dr. Brett Ferree_
④ _Dr. Martin Lehenbauer_
⑤ _____

Previous IME Providers and specialty (if known): _N/A_

Attorney representing insured: _N/A_          3350

Amount of Records (# of inches): _2/3 inches_

Brief summary of case to help in locating the appropriate expert

_Client owned his business called Kearney Associates which_
_sold and refinanced component parts. He was a manufacturers_
_representative. Client alleges that his condition restricted_
_his ability to travel and work on a full time basis. The_
_claims investigation suggest claimant may have lost customers_
_for reasons other than medical. Claimant continued to_
_operate Kearney Assoc. between 1993-1997. He started a_
_new company called Kenwood Technology Corp. in 1998._
_He continues to allege that he can't work in his former_

# DISABILITY MANAGEMENT SERVICES, INC.

## 1350 MAIN STREET, SPRINGFIELD, MASS. 01103-1628
## TEL: (413) 747-0990    FAX: (413) 747-1545

### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** Meenu Gupta | **FROM:** Bob Mills |
| **COMPANY:** | **DATE:** January 9, 2001 |
| **FAX NUMBER:** 508-993-3139 | **TOTAL NO. OF PAGES INCLUDING COVER:** 2 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** Jefferson Pilot |
| **RE:** Christopher Kearney | **YOUR REFERENCE NUMBER:** |

**Confidential**  . . . . . . . . . . . . . . . . . . . . . . .

The documents accompanying this telecopy transmission contain information from Disability Management Services, Inc. which is confidential. The information is intended only for the use of the individual and/or entity named on this transmission sheet. Any copying, disclosure or dissemination of the information, or the taking of any action in reliance upon the contents of the information, is strictly prohibited. If you have received this telecopy in error, please notify us immediately so that we can arrange for the return of the documents at no cost to you. Thank you.

Comments:

Please deliver promptly. Thank you.

3352

 **CS CLAIMS GROUP INC.**

401 Huehl Road, #1-E
Northbrook, IL 60062
Phone (847) 559-0670
Fax (847) 559-0672

---

January 3, 2001

Bob Mills
DISABILITY MANAGEMENT SERVICES, INC.
1350 MAIN STREET
SPRINGFIELD, MA  01103-1619


          RE:  Christopher Kearney
          Policy/Claim:  493029/H538069(JP)


Dear Mr. Mills:

We would like to thank you for your recent request for
additional investigation. The case has been assigned to one
of our regional investigators. You can expect to receive an
initial report in the very near future.

C. S. Claims Group, Inc.



3357



# NWI Investigative Group, Inc.

500 W. Cummings Park, Suite 4100
Woburn, MA 01801-6515
(781) 935-7770
FAX (781) 932-1177
1-800-253-5990

1/4/2~

Mr. Bob Mills
Disability Management Services
1350 Main Street
17th Floor
Springfield, MA 01103

RE:    <u>ASSIGNMENT ACKNOWLEDGMENT</u>

Dear Bob:

Thank you for assigning this case to us. Listed below is pertinent information for your file.

      Your File No:  H493029 & H538069
      Insured:       self
      Claimant:      Christopher  Kearney

      NWI File No:    38225

      Date Assigned to NWI:  1/4/2001

      Assignment:
      1.  Conduct an unannounced visit at Claimant's
         business contact to obtain answers to given questions.

      Hours: 4.00    $

      Invoice to: MILLS BOB

      Is physical contact okay:  N/A
      Is phone contact okay:     N/A
      Neighborhood canvassing:   N/A

PLEASE READ THIS CAREFULLY TO ENSURE WE ARE IN FULL COMPLIANCE WITH YOUR INSTRUCTIONS. IF NOT, PLEASE CALL US IMMEDIATELY.

---

*EXCELLENCE THROUGH PERFORMANCE*

| 11 High Street | 1087 Elm Street, P.O. Box 810 | 415 Woodbury Road | 131 Clay Street | 380 Union Street, Suite 229 |
| Mechanic Falls, ME 04256 | Manchester, NH 03105 | Plainview, NY 11803 | Central Falls, RI 02863 | West Springfield, MA 01089 |

3358

2-16-2000 4:53PM    FROM    P. 2



**JOSEPH R. LEVY**
CERTIFIED PUBLIC ACCOUNTANT

775 W. Crescent Avenue • P.O. Box 77 • Allendale, NJ 07401
Phone: 201.825.9290 Fax: 201.825.4873

# *Request for Investigation*

## INSURANCE COMPANY INFORMATION:

Company _Disability Management Services_
Address _1350 Main St._
City/State/ZIP _Spfld., MA 01103_
Requested by _Bob Mills_
Telephone _800-883-0596 x. 1076_
Fax _413-747-1545_

Date _1/3/01_
CLAIM NO. _Jefferson Pilot Pol# 1193029_
_#358069_
Assured
Address
City/State/ZIP
Sickness claim : depression
Date of Loss:

Redacted
Date of Birth _____ Redacted
Social Security # _____ Redacted

## SUBJECT:

Name _Christopher Kearney_
Address _____ Redacted
City/State/ZIP _____ Redacted
Occupation _Sales_
Telephone _330-264-4216_

Name & Address of Subject's Attorney
_____
_____
_____
Telephone _____

## TYPE OF INVESTIGATION:

**Financial**
☑ Loss of Earnings
☑ Business Interruption Loss
☐ Property Loss
☐ Fire Loss
☐ Burglary Loss
☐ Fidelity Loss
☐ Special (describe in "Remarks" below)
For No-Fault Claims: Maximum lost wage benefits allowed under claimant's policy $_____

3364

## REMARKS:    Provide all relevant information and instructions.

_Claimant alleges that his condition prohibits him from traveling and working on a full-time basis. The claims investigation suggest that the claimant's loss of income may have been attributed to the loss of his major customers/contracts rather than due to his medical condition. Claimant continued to work in his former company, Kearney Associates, on a lessor degree from 1993 thru 1997. He started up a new co._

☑ Check if you wish a telephone call before commencing investigation.
MAIL TO: P.O. BOX 77 • ALLENDALE, NJ 07401  _called Kenwood Technology Group in 1997 n.p._
_He continues to allege that his loss of income ~~with~~ is because of his inability to work in the capacity of his former job._

# *DISABILITY MANAGEMENT SERVICES, INC.*

## *1350 MAIN STREET, SPRINGFIELD, MASS. 01103-1628*
## *TEL: (413) 747-0990    FAX: (413) 747-1545*

### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** Craig Knepp | **FROM:** Bob Mills |
| **COMPANY:** CS Claims Group | **DATE:** January 3, 2001 |
| **FAX NUMBER:** 847-559-0672 | **TOTAL NO. OF PAGES INCLUDING COVER:** 4 |
| **PHONE NUMBER:** 847-559-0670 | **SENDER'S REFERENCE NUMBER:** |
| **RE:** Christopher Kearney | **YOUR REFERENCE NUMBER:** |

## Confidential

The documents accompanying this telecopy transmission contain information from Disability Management Services, Inc. which is confidential. The information is intended only for the use of the individual and/or entity named on this transmission sheet. Any copying, disclosure or dissemination of the information, or the taking of any action in reliance upon the contents of the information, is strictly prohibited. If you have received this telecopy in error, please notify us immediately so that we can arrange for the return of the documents at no cost to you. Thank you.

Comments:

Please deliver promptly. Thank you.

3366

Company Acme-Monaco Corp.
Contact Veronyca Samsiatkasta
Phone 860-224-1349
All Phone
Car Phone
Pager
Address 75 Winchell Dr.
Address 2
Address 3
City New Britain
State CT
Groupe US
ZIP Code 06052
Ext
Ext

Company ATP, Inc.
Contact Joe Herman
Phone 724-337-6074
All Phone
Car Phone
Address 25 Leonburg Rd.
Address 2
Address 3
City Cranberry Twp.
State PA
ZIP Code 16066
Ext
Ext

Company Automatic Parts, Inc.
Contact Dave Wittmer
Phone 419-524-6841
All Phone
Car Phone
Address 433 Springmill Rd.
Address 2
Address 3
City Mansfield
State OH
ZIP Code 44903-7008
Ext
Ext

Company CAMCO
Contact Norm Goldman
Phone 847-459-5200
All Phone
Car Phone
Address 1444 S. Wolf Rd.
Address 2
Address 3
City Wheeling
State IL
ZIP Code 60090
Ext
Ext

Company Dallec, Inc.
Contact Chris Dugie
Phone 513-732-0600
All Phone
Car Phone
Address 4230-T Griessom Dr.
Address 2
Address 3
City Batavia
State OH
ZIP Code 45103
Ext
Ext

Company Harvey Vogel Mfg.
Contact Tracy Dougherty
Phone 651-739-7373
All Phone
Car Phone
Address 425 Weir Dr.
Address 2
Address 3
City Woodbury
State MN
ZIP Code 55125
Ext
Ext

Company PFI Precision Machining
Contact Tom Janet
Phone 937-845-3563
All Phone
Car Phone
Address 2011 N. Dayton-Lakeview Rd.
Address 2
Address 3
City New Carlisle
State OH
ZIP Code 45344
Ext
Ext

Company Polo Plastics
Contact Karla Clem
Phone 785-273-3990
All Phone
Car Phone
Address 3901 W. 29th St.
Address 2
Address 3
City Topeka
State KS
ZIP Code
Ext
Ext

Company Precision Custom Products, Inc.
Contact Greg Best
All Phone
Car Phone
Address 4560 CR 35N
Address 2
City Degraff
State OH
ZIP Code 43318
Ext

3367

1. Have you ever conducted business with Mr. Christopher Kearney of Kearney Associates or Kenwood Technology Group, Inc. ?

2. Did Mr. Kearney ever personally meet with you? How frequently?

3. During the course of your business dealings with Mr. Kearney, did he conduct business discussions with you over the telephone or did he meet personally with you?

4. What services/products were sold/offered to you or by Kearney Associates?

5. Do you still conduct business with Mr. Kearney through Kenwood Technology Group? If so, please explain in detail whether your business dealings with him have changed between working with Mr. Kearney at Kearney Associates vs. Kenwood Technology?

6. Please advise us of the years that you conducted business with Kearney Associates?

7. Please explain why you ceased doing business with Kearney Associates?

8. Please provide us with any copies of contracts that you had to do business with Kearney Associates.

3368



6/16/02
11 ℃ ₐ.ₘ

1. Current Diagnosis - Major Depression

2. Sad, poor self esteem, harassment
and threats by the insurance Company
have not ceased (Please see
attached letter of 7/7/2001) This has been
a continuing factor in the severe
depression and anxiety experienced by
the patient.

3. Dates seen 6/12/02 & 6/16/02

   D. Judd McClure, MD

   No form sent to client this month)

3613

**Internal Revenue Service**
**Cincinnati Submission Processing Center**
**P.O. Box 145500   Stop 2801A**
**Cincinnati, OH   45250-5500**

Refer Reply To: <u>1765632360</u>

Date: <u>JUNE 4, 2001</u>

Customer Name: <u>INNOMATION INC.</u>

Customer ID #: <u>31-1476258</u>

Tax Year: <u>1995, 1996, 1997</u>

Form(s): <u>1120</u>

Phone: (859) 292-3585 (NOT A TOLL-FREE CALL)
Hours: 7:30am - 4:00pm EST

A(✓)We received your request dated <u>4-7-01</u>, for a copy of
   the tax return(s), W-2's or verification of nonfiling.

B(✓) We are enclosing the photocopy as you requested for the
   year(s) <u>1995, 1996, 1997</u>

C( ) We are sorry, but we cannot provide photocopies of your tax
   return(s) and/or W-2's for the year(s_____.
   We searched our files using the information you gave us on
   form 4506 and found no records of tax returns being filed.

D( ) We are sorry, but we cannot send you the photocopy(s) you
   asked for. We only keep tax returns for a limited number of
   years and form _____has been destroyed for tax
   year(s) _____.

E( ) The limited tax account information and/or transcript of
   Account information for tax years _____ is enclosed.

F( ) We are sending the enclosed tax return(s) and/or W-2
   information directly to you, as we do not have proper
   authorization to send to the agency or institution designated
   on your request. We apologize for any inconvenience this may
   have caused you.

G( ) The information concerning the above mentioned taxpayer has
   been sent directly to the taxpayer, as we did not have proper
   authorization to send it to you.

H( ) A refund for your payment of $_____ will be sent in four
   to six weeks.
                        **OVER PLEASE**

| Form **4506** | **Request for Copy or Transcript of Tax Form** | |
|---|---|---|
| (Rev. May 1997) | ▶ Read instructions before completing this form. | OMB No. 1545-0429 |
| Department of the Treasury Internal Revenue Service | ▶ Type or print clearly. Request may be rejected if the form is incomplete or illegible. | |

**Note: Do not use this form to get tax account information. Instead, see instructions below.**

| 1a Name shown on tax form. If a joint return, enter the name shown first. | 1b First social security number on tax form or employer identification number (see instructions) |
|---|---|
| *INNOVATION INC. — FORMERLY KEARNEY MAGNETICS ENG.* | *31-1476258* |
| 2a If a joint return, spouse's name shown on tax form | 2b Second social security number on tax form |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code
*OUT OF BUSINESS*

4 Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3
*11126 LUSCHER DR. CINCINNATI, OH 45241*

5 If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address
*CHRISTOPHER KEARNEY*
Redacted    Redacted

6 If we cannot find a record of your tax form and you want the payment refunded to the third party, check here . . . . . . . ▶ ☑

7 If name in third party's records differs from line 1a above, enter that name here (see instructions) ▶

8 Check only one box to show what you want. There is no charge for items 8a, b, and c:
- a ☐ Tax return transcript of Form 1040 series filed during the current calendar year and the 3 prior calendar years (see instructions).
- b ☐ Verification of nonfiling.
- c ☐ Form(s) W-2 information (see instructions).
- d ☑ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). The charge is $23 for each period requested.
  Note: If these copies must be certified for court or administrative proceedings, see instructions and check here . . . . . ▶ ☐

9 If this request is to meet a requirement of one of the following, check all boxes that apply.
☐ Small Business Administration   ☐ Department of Education   ☐ Department of Veterans Affairs   ☐ Financial institution

10 Tax form number (Form 1040, 1040A, 941, etc.)
*1120*

| 12 Complete only if line 8d is checked. Amount due: | | |
|---|---|---|
| a Cost for each period . . . | $ | 23.00 |
| b Number of tax periods requested on line 11 | | 3 |
| c Total cost. Multiply line 12a by line 12b. | $ | 69.00 |

11 Tax period(s) (year or period ended date). If more than four, see instructions.
*1995 | 1996 | 1997 | 1998*

Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."

**Caution:** Before signing, make sure all items are complete and the form is dated.

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

**Please Sign**
Signature. *Christopher L. Kearney*   Date *4-9-01*
Title (if line 1a above is a corporation, partnership, estate, or trust) *President*

Telephone number of requester *(330) 264-4216*
Best time to call *7-9 AM*

TRY A TAX RETURN TRANSCRIPT (see line 8a instructions)

✓ Track Your Expenses...   TAX DEDUCTIBLE ITEM ➡
☐ Mortgage / Rent  ☐ Transportation  ☐ Entertainment & Travel   DO NOT USE
☐ Gas / Electric  ☐ Credit Card  ☐ Medical / Dental   FOR REORDERING   142
☐ Telephone  ☐ Taxes  ☐ Dependent Care
☐ Food  ☐ Insurance (Life, Home, Auto)  ☐ Savings & Investment
☐ Clothing  ☐ Home Improvement (Maintenance, Repairs)  ☐ Other

BAL FOR'D
THIS PAYMENT
BALANCE
OTHER
BAL FOR'D

Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in ...

Memo

(Continued on back)

✔ **Track Your Expenses...**

TAX DEDUCTIBLE ITEM ➡

| | | |
|---|---|---|
| ☐ Mortgage / Rent | ☐ Transportation | ☐ Entertainment & Travel |
| ☐ Gas / Electric | ☐ Credit Card | ☐ Medical / Dental |
| ☐ Telephone | ☐ Taxes | ☐ Dependent Care |
| ☐ Food | ☐ Insurance (Life, Home, Auto) | ☐ Savings & Investment |
| ☐ Clothing | ☐ Home Improvement (Maintenance, Repairs) | ☐ Other _____ |

**DO NOT USE FOR REORDERING**     142

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Checkbook

| | |
|---|---|
| BAL. FOR'D | |
| THIS PAYMENT | |
| BALANCE | |
| OTHER | |
| BAL. FOR'D | |

Memo _____

**NOT NEGOTIABLE**

Form **4506**

(Rev. May 1997)

Department of the Treasury
Internal Revenue Service

## Request for Copy or Transcript of Tax Form

▶ Read instructions before completing this form.

▶ Type or print clearly. Request may be rejected if the form is incomplete or illegible.

OMB No. 1545-0429

**Note: Do not use this form to get tax account information. Instead, see instructions below.**

| 1a Name shown on tax form. If a joint return, enter the name shown first.<br><br>CHRISTOPHER KEARNEY | 1b First social security number on tax form or employer identification number (see instructions)<br>Redacted |
|---|---|
| 2a If a joint return, spouse's name shown on tax form | 2b Second social security number on tax form |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code

Redacted

4  Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

Redacted

5  If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address

SHALIK,MORRIS & CO.LLP 7001 BRUSH HOLLOW RD.WESTBURY, NY 11590 (file L8539)

6  If we cannot find a record of your tax form and you want the payment refunded to the third party, check here .................................................. ▶ ☒

7  If name in third party's records differs from line 1a above, enter that name here (see instructions) ▶

8  Check only one box to show what you want. There is no charge for items 8a, b, and c:

a ☐ Tax return transcript of Form 1040 series filed during the current calendar year and the 3 prior calendar years (see instructions).

b ☐ Verification of nonfiling.

c ☐ Form(s) W-2 information (see instructions).

d ☒ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). The charge is $23 for each period requested.

Note: If these copies must be certified for court or administrative proceedings, see instructions and check here .................................................. ▶ ☐

9  If this request is to meet one of the following, check all boxes that apply.

☐ Small Business Administration    ☐ Department of Education    ☐ Department of Veterans Affairs    ☐ Financial institution

| 10 Tax form number (Form 1040, 1040A, 941, etc.)<br><br>1040 | 12 Complete only if line 8d is checked.<br>Amount due: | | |
|---|---|---|---|
| | a Cost for each period ..................... | $ | 23.00 |
| 11 Tax period(s) (year or period ended date). If more than four, see instructions.<br><br>1997    1998    1999 | b Number of tax periods requested on line 11 ... | | 3 |
| | c Total cost. Multiply line 12a by line 12b ....... | $ | 69.00 |
| | Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service." | | |

**Caution:** Before signing, make sure all items are complete and the form is dated.

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

**Please Sign Here**

Signature. See instructions. If other than taxpayer, attach authorization document.    Date  2-10-01

Title (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature    Date

Telephone number of requester
Best time to call

330-264-4216

**TRY A TAX RETURN TRANSCRIPT** (see line 8a instructions)

## Instructions

Section references are to the Internal Revenue Code.

**TIP:** If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.** — Use Form 4506 to get a copy of your tax form, verification that you did not file a Federal tax return, or a copy of a Form 1099 information. Allow 6 weeks after you file a tax form before you request a copy of it or a transcript. For W-2 information,

wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

Do not use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.

**Note:** Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.

**How Long Will It Take?** — You can get a tax return transcript or verification of nonfiling within 7 to 10

workdays after the IRS receives your request. It can take up to 60 calendar days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.** — If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.** — If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account information. Tax account information lists

*(Continued)*

For Privacy Act and Paperwork Reduction Act Notice, see back of form.

ISA
STF FED5057F.1

Form **4506** (Rev. 5-97)

**Form 4506** (Rev. May 1997)
Department of the Treasury
Internal Revenue Service

# Request for Copy or Transcript of Tax Form

▶ **Read instructions before completing this form.**
▶ **Type or print clearly. Request may be rejected if the form is incomplete or illegible.**

OMB No. 1545-0429

**Note:** *Do not use this form to get tax account information. Instead, see instructions below.*

1a Name shown on tax form. If a joint return, enter the name shown first.
CHRISTOPHER KEARNEY

1b First social security number on tax form or employer identification number (see instructions)
Redacted

2a If a joint return, spouse's name shown on tax form
YOSHIKO KEARNEY

2b Second social security number on tax form
Redacted

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code
Redacted

4 Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3
Redacted

5 If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address
SHALIK, MORRIS & CO. LLP 7001 BRUSH HOLLOW RD. WESTBURY, NY 11590 (file L8539)

6 If we cannot find a record of your tax form and you want the payment refunded to the third party, check here ............ ▶ ☒

7 If name in third party's records differs from line 1a above, enter that name here (see instructions) ▶

8 Check only one box to show what you want. There is no charge for items 8a, b, and c:
a ☐ Tax return transcript of Form 1040 series filed during the current calendar year and the 3 prior calendar years (see instructions).
b ☐ Verification of nonfiling.
c ☐ Form(s) W-2 information (see instructions).
d ☒ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). The charge is $23 for each period requested.
Note: *If these copies must be certified for court or administrative proceedings, see instructions and check here* ............ ▶ ☐

9 If this request is to meet one of the following, check all boxes that apply.
☐ Small Business Administration  ☐ Department of Education  ☐ Department of Veterans Affairs  ☐ Financial institution

10 Tax form number (Form 1040, 1040A, 941, etc.)
1040

11 Tax period(s) (year or period ended date). If more than four, see instructions.
1993   1994   1995   1996

12 Complete only if line 8d is checked. Amount due:
a Cost for each period ............ $ 23.00
b Number of tax periods requested on line 11 ... 4
c Total cost. Multiply line 12a by line 12b ...... $ 92.00
*Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."*

Caution: *Before signing, make sure all items are complete and the form is dated.*

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

**Please Sign Here**
Signature. See instructions. If other than taxpayer, attach authorization document.   Christopher L. Kearney   Date 2-10-01
Telephone number of requester 330-264-4216   Best time to call

Title (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature   Date

**TRY A TAX RETURN TRANSCRIPT** (see line 8a instructions)

## Instructions
*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.** — Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2 information, or a copy of a tax form. Allow 6 weeks after you file a tax form before you request a copy of it or a transcript. For W-2 information,

wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1 to request W-2 information for wages earned in 1997.

Do not use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.

**Note:** Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.

**How Long Will It Take?** — You can get a tax return transcript or verification of nonfiling within 7 to 10

workdays after the IRS receives your request. It can take up to 60 calendar days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.** — If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.** — If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account information. Tax account information lists

*(Continued)*

For Privacy Act and Paperwork Reduction Act Notice, see back of form.
ISA
STF FED6057F.1

Form **4506** (Rev. 5-97)

# REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

From whose record do you need the earnings information?

Print the Name, Social Security number, and date of birth below.

| | | Your Reference Number |
|---|---|---|

Name __CHRISTOPHER KEARNEY__

Social Security Number _____  Redacted

Other Name(s) Used (include Maiden Name) _____

Date of Birth (Mo/Day/Yr) _____  Redacted

**What kind of information do you need?**

☐ Total earnings for each year. (This information is free.)

For the year(s): _1988-1999_

☒ Detailed Earnings Information (If you check this block, tell us below why you need this information.)

For the period(s): _____

REVIEW OF DISABILITY CLAIM FOR DISABILITY MANAGEMENT SERVICES

_____

Do you owe us a fee for this detailed earnings information?   ☒ Yes   ☐ No

If yes, enter the amount due from the Chart on page 2 ..........................  A.  $ __38.50__

Do you want us to certify the information? ............  ☐ Yes   ☒ No

If yes, enter $15.00 ............................................  B.  $ _____

ADD the amounts on lines A and B, and enter the TOTAL amount ......................................  C.  $ __38.50__

- Send your check or money order for the amount on line C with the request.
- **DO NOT SEND CASH OR STAMPS.**
- Make check or money order payable to "Social Security Administration."

I am the individual to whom the record pertains (or a person who is authorized to sign on behalf of that individual). I understand that any false representation to knowingly and willfully obtain information from Social Security records is punishable by a fine of not more than $5,000 or one year in prison.

SIGN your name here (Do not print)  ▶  X _Christopher Kearney_    Date X _2-10-01_

Tell us where you want the information sent. (Please print)    (file L8539)

Name
Address    Shalik, Morris & Company, LLP
           7001 Brush Hollow Road
           Westbury, NY

Zip Code   11590

6. Tear off completed form and mail to:

Social Security Administration
Office of Central Records Operations
300 North Greene Street
Baltimore, Maryland 21201

*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/*
*national of the United States named herein to pass*
*without delay or hindrance and in case of need to*
*give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer*
*le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,*
*sans délai ni difficulté et, en cas de besoin, de lui accorder*
*toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**



| UNITED STATES OF AMERICA | | |
| --- | --- | --- |
| Type/Catég. | Code of Issuing country / Code du pays émetteur | PASSPORT NO./NO DE PASSPORT |
| P | USA | 024942437 |

Surname / Nom
**KEARNEY**
Given names / Prénoms
**CHRISTOPHER LYNN**
Nationality / Nationalité
UNITED STATES OF AMERICA
Date of birth / Date de naissance
**09 NOV/NOV 52**
Sex / Sexe      Place of birth / Lieu de naissance
**M      OHIO, U.S.A.**
Date of issue / Date de délivrance      Date of expiration / Date d'expiration
**17 MAY/MAI 94      16 MAY/MAI 04**
Authority / Autorité
**PASSPORT AGENCY**
**CHICAGO**
Amendments/Modifications
SEE PAGE
**24**

```
P<USAKEARNEY<<CHRISTOPHER<LYNN<<<<<<<<<<<<<<
0249424371USA5211098M0405166<<<<<<<<<<<<<<<6
```



*Now they have my driver's license & passport + SS #s*

ROM :          .                FAX NO. :                 Jun. 18 2003 11:56AM  P2

# Psychiatric Disability Consultants, Inc.

April 7, 1998

Christopher L. Kearney

Redacted

Dear Mr. Kearney:

Following is a reply to your letter dated 3/23/98. I received a copy of your letter on 3/31/98. As you are aware I work at Disability Management Services on Tuesdays and my schedule did not allow me to respond to you before today.

I am a Consultant for Disability Management Services. I work directly for Psychiatric Disability Consultants, Inc. They are a subsidiary of Disability Management Services.

I have a Masters Degree in Vocational Rehabilitation. I am also certified nationally as a Rehabilitation Consultant, CRC, and an Insurance Rehabilitation Consultant, CIRS. I have 14 years of experience in the disability insurance field and approximately 6 of these years working specifically with Insured's with psychiatric disabilities.

I don't now at this point if our meeting will lead to other meetings. As we discussed I will be submitting a report of our meeting to Todd Dittmar at Disability Management Services. In my fax to you of 3/25/98, I confirmed that I would provide you with a copy of this report. I will be meeting with you alone.

All information you provide to me, Disability Management Services, or Jefferson Pilot is confidential and is not released to other parties without your knowledge. The only exception to this would be a supeona of you claim file.

2

In regards to the questions and the nature of this meeting, we will discuss your current activities, which will include your business activities as well as your daily activities. I will need to discuss with you your current treatment plan and what symptoms you are experiencing that impact you ability to return to your occupation on a full-time basis. I will also be available to answer any questions that you might have in regards to your disability benefits with Jefferson Pilot. You will not need to bring any medical information with you. No urine tests, blood tests, blood pressure tests, etc. will be involved.

Our meeting has been scheduled up for April 25, 1998. It would work for me if you and I could meet at 10:00 AM for approximately 2 hours, than take a break and meet with Dr. Judd for approximately an hour from 1:00-2:00 PM. We will pay Dr. Judd's customary rate for the time we spend with her.

I have reserved a conference room at the Columbus Marriott, 6500 Doubletree Ave. The phone number there is 614-885-1885. Ask for me at the reception desk.

I would appreciate if you would confirm this appointment no later than 4/22/98, by 5:00 PM.

I look forward to meeting with you and Dr. Judd.

Sincerely,

Janet G. Beattie, MS, CRC, CIRS
Consultant

FROM :                          FAX NO. :                    May. 04 2004 01:07PM  P6

Christopher L. Kearney
12168 Village Woods Dr.
Cincinnati, OH 45241

(513) 769-5446. *HOME*

*COPY*
*letter sent by U.S. Ma*
*2-14-98*

Saturday, February 14, 1998

Janet G. Beattie, MS, CRC, CIRS          *Masters in Voc Rehab*
PDC, Inc.                                *C Rehab Consultant*
PO Box 610434
Newton, MA 02161                         *Certified Insurance Rehab Specialist*

Ms. Beattie:

I received your fax message requesting I contact you to schedule an appointment to meet you.

I will meet with you, but I have some questions first.  Could you please send me a letter answering the following questions?

Are you a consultant for Jefferson Pilot directly or are you a consultant for Disability Management Services who is in turn a consultant for JP?  I need to know more about the companies who are investigating me before I talk about personal matters with a stranger.

What are your credentials?  I am not familiar with the intitials after your name.  Are a you a doctor of Psychiatry or Psychology?  Is your meeting with me going to lead to meetings with others in your firm or are you the person who submits some kind of report to Jefferson-Pilot or Disability Management Services?  Are you intending to meet with me alone or will others be with you?

Am I legally entitled to a copy of any or all reports you make about me?

What is the scope of questions involved?  If I disclose matters of a very personal nature, will the details be disclosed to others, including Jefferson Pilot?  Are there rules that you abide by for confidential matters?  Should I be concerned that you may directly or inadvertantly reveal confidential medical or psychiatric information about me to my business associates, customers, principals, or family and friends?

What is the length of time you want to meet with me?  Will I need any medical information with me? Any urine tests involved, blood tests, blood pressure tests, etc.?

After you respond to me with a letter, I will call you to attempt to schedule a meeting.  Please let me know the phone number and the best time to reach you.

Sincerely,

Christopher L. Kearney
Christopher L. Kearney

*Psychiatric*

*Message*
*617-332-0834*