FROM :                              FAX NO. :                      Apr. 17 2002 09:13AM P4

Mr. Robert Mills, Claims Consultant                    April 10, 2002
Disability Management Services, Inc.
1350 Main Street
Springfield, MA 01103-1619

Re: Policy #H-493029 and H-538069

Mr. Mills:

Please respond to the following requests within 15 days as required by Ohio Law:

1) Please send me a check for $16,061.00 plus interest upon receipt of this letter. This is the total of monthly premiums JP has collected while I have been receiving total disability benefits. These premiums should have been waived.

2) Please provide a written explanation of my policies benefits to include own occupation.

3) Please provide a written explanation of my policies to include occupational definition and explanation.

4) Please provide a written explanation of my policies to include length of my benefits.

5) Please provide a written explanation of my policies to include an explanation of how JP views residual Vs total disability and how this decision is made.

Sincerely,

Christopher L. Kearney

3665


EXHIBIT 15
Hughes
5-4-07
S. ROY, RPR