Statement of Principles

As a condition of ICA membership, every company must agree to adhere to this Statement of Principles:

The International Claim Association, in recognition of the need to continue public trust and confidence in the insurance industry, reaffirms the following principles:

1. Any individual who has, or believes he has, a claim is entitled to courteous, fair and just treatment; and shall receive with reasonable promptness and acknowledgment of any communications with respect to his claim.

2. Every claimant is entitled to prompt investigation of all facts, an objective evaluation and the fair and equitable settlement of his claim as soon as liability has become reasonably clear.

3. Claimants are to be treated equally and without considerations other than those dictated by the provisions of their contracts.

4. Claimants shall not be compelled to institute unnecessary litigation in order to recover amounts due, nor shall the failure to settle a claim under one policy or one portion of a policy be used to influence settlement under another policy or portion of a policy.

5. Recognizing the obligation to pay promptly all just claims, there is an equal obligation to protect the insurance-buying public from increased costs due to fraudulent or nonmeritorious claims.

6. Procedures and practices shall be established to prevent misrepresentation of pertinent facts or policy provisions, to avoid unfair advantage by reason of superior knowledge, and to maintain accurate insurance claim records as privileged and confidential.

7. Reasonable standards shall be implemented to provide for adequate personnel, systems and procedures to effectively service claims. These standards shall be such as to eliminate unnecessary delays or requirements, overinsistence on technicalities, and excessive appraisals or examinations. Claim personnel shall be encouraged and assisted in further developing their knowledge, expertise, and professionalism in the field of claim administration.



EXHIBIT 4
Hughes
5-4-07
S. ROY, RPR