UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jefferson-Pilot Life Ins. Co..,

    Plaintiff,

    v.                                              Case No. 1:02cv479

Christopher L Kearney,                 Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court upon Defendant Christopher Kearney's Motion for Leave to File under Seal Exhibits 2, 8, and the first subparts of Exhibit 18. (Doc. 162) These are exhibits to Defendant's Response in Opposition to Plaintiff's Motion for Summary Judgment. (Doc. 159) For good cause shown, the Court hereby **GRANTS** Defendant's Motion (Doc. 162). Defendant is hereby **ORDERED** to manually file under seal Exhibits 2, 8, and the first subparts of Exhibit 18 within **ten (10) days** of entry of this order.

    **IT IS SO ORDERED.**

                                      */s/ Michael R. Barrett*
                                      Michael R. Barrett, Judge
                                      United States District Court