IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JEFFERSON-PILOT LIFE INSURANCE CO.,** | ) : ) | **CASE NO. C-1-02-479** |
| Plaintiff | ) : ) | **JUDGE BARRETT**<br>**Magistrate Judge Hogan** |
| vs. | : ) | |
| **CHRISTOPHER L. KEARNEY,** | : ) | **NOTICE OF MANUALLY FILING** |
| Defendant. | : ) | **UNDER SEAL EXHIBITS 2, 8 AND 18 (subparts 1 – 5) TO DOC. 159** |
| vs. | : ) | |
| **DISABLY MANAGEMENT SERVICES, INC.** | : ) : | |
| **Third-party Defendant** | ) | |

The defendant, Christopher Kearney, hereby gives Notice of Manually Filing Under Seal Exhibits 2, 8 and 18 (subparts 1 – 5) to Document 159 pursuant to the Court's Order (Doc 166).

Respectfully submitted,

s/ Michael A. Roberts
Michael A. Roberts, Esq.
GRAYDON HEAD & RITCHEY LLP
511 Walnut Street, Suite 1900
Cincinnati, OH 45202
(513) 629-2799
(513) 651-3836 - fax
mroberts@graydon.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed electronically with the court and thereby served this 23rd day of July, 2007, upon William R. Ellis, Wood & Lamping LLP, 600 Vine Street, Suite 2500, Cincinnati, OH 45202.

s/ Michael A. Roberts

1437831.1