```
                    Kearney Christopher L  - Vol  I
0001
 1                 UNITED STATES DISTRICT COURT
 2                   SOUTHERN DISTRICT OF OHIO
 3                         WESTERN DIVISION
 4      JEFFERSON-PILOT          :
 5      INSURANCE COMPANY,       :
 6           Plaintiff,          :
 7      vs.                      :  Case No. C-1-02-479
 8      CHRISTOPHER L.           :
 9      KEARNEY,                 :
10           Defendant.          :
11
12           Videotaped deposition of CHRISTOPHER L.
13      KEARNEY, a defendant herein, taken by the
14      plaintiff as upon cross-examination, pursuant
15      to the Federal Rules of Civil Procedure and
16      pursuant to notice, agreement by counsel as
17      to the time and place and stipulations
18      hereinafter set forth, at the offices of
19      William R. Ellis, Wood & Lamping, 2500
20      Convergys Center, 600 Vine Street, Ohio, at
21      9:45 on June 20, 2007, before Deanne
22      Cartwright, a Court Reporter and Notary
23      Public within and for the State of Ohio.
24
0002
 1                           - - -
 2      APPEARANCES
 3
        On behalf of Plaintiff:
 4
            JOHN E. MEAGHER, ESQ.
 5              of
            Shutts & Bowen LLP
 6          1500 Miami Center
            201 South Biscayne Boulevard
 7          Miami, Florida 33131
 8      On behalf of Plaintiff:
 9          STEPHANIE FARABOW, ESQ. (Via telephone.)
                of
10          Jefferson-Pilot Life Insurance Company
            100 N. Greene
11          Greensboro, North Carolina 27401
12      On behalf of Plaintiff:
13          WILLIAM R. ELLIS, ESQ.
                of
14          Wood & Lamping
```



Kearney Christopher L  - Vol  I

```
11            MR. ROBERTS:  Objection.
12  Misstates facts.  Go ahead.
13       A.    No, it's not correct.
14       Q.    What monies are currently owed
15  to you?
16       A.    There's an issue about the
17  waiver premium which I've been paying waiver
18  of premium or I've been paying my premiums
19  for all these years and I'm sure it's 60, 70,
20  80 thousand dollars that I believe should be
21  refunded to me and that has -- that's an
22  issue in this trial.
23       Q.    Anything else?
24       A.    Other than interest, I can't
0033
 1  think of anything on -- on your -- some of
 2  your checks were -- which were not timely.
 3       Q.    But I'm saying timeliness aside,
 4  and I know that you say some of them weren't
 5  timely.  Ultimately, as we sit here today,
 6  you've been paid all the benefits other than
 7  the waiver of premium benefits and whatever
 8  interest is owed on those payments, is that
 9  correct?
10       A.    Eventually with the phone calls
11  and letters I received them at some point
12  during the month or the next month.
13       Q.    So the answer's yes but you
14  don't believe they were timely paid.
15       A.    I know they weren't timely paid,
16  yes.
17       Q.    Yes.  Okay.  Did you continue to
18  develop this -- what do you call the machine
19  by the way is there a shorthand --
20       A.    I -- robotics vision feeder,
21  R-V-F.
22       Q.    Had you prepared any marketing
23  materials relating to the robotics vision
24  feeder?
0034
 1            MR. ROBERTS:  Objection. Vague.
 2  Go ahead.
 3       A.    Yes, I have.
 4       Q.    What kind of marketing
 5  materials?
 6            MR. ROBERTS:  Objection. Go
 7  ahead.
```