**JEFFERSON-PILOT LIFE INSURANCE COMPANY**
**INDIVIDUAL HEALTH CLAIMS (417)**
**SUPPLEMENTAL CLAIMANT'S STATEMENT**
**For**
**RESIDUAL DISABILITY BENEFITS**

H538069

Name in Full _CHRISTOPHER L. KEARNEY_ Policy No. _H493029_

1. I was residually disabled from _2/8_ 19_93_ to _present_ 19___.

2. During this period of residual disability I was (A) unable to perform the following important daily business duties of my occupation _Not able to work as effectively. Not able to focus, travel as much_ or (B) I was able to perform all of the usual daily business duties of my occupation, but only for _50_ % of the time usually required to perform these duties.

3. I expect to return to the full performance of my occupation on _Don't know_ 19___.

NOTE: FOR PURPOSES OF ANSWERING QUESTIONS NO. 4 AND 5, INCLUDE MONTHLY INCOME FROM SALARY, WAGES, BONUSES, COMMISSIONS, FEES OR OTHER REMUNERATION, AFTER DEDUCTION OF NORMAL AND CUSTOMARY BUSINESS EXPENSES BUT BEFORE DEDUCTION OF ANY INCOME TAXES, EARNED FOR SERVICES PERFORMED BY YOU. DO NOT INCLUDE DIVIDENDS, RENTS, ROYALTIES, ANNUITIES OR OTHER FORMS OF UNEARNED INCOME.

4. My average monthly income for the calendar year or the twelve consecutive months immediately prior to my period of total disability (the greater) was $ _8166.00_ (to the nearest dollar.)

   I used the (A) _✓_ prior calendar year (B) ___ prior twelve consecutive months earnings to determine this average.

5. My monthly income for each month for which claim is being made is as follows:

| Amount | Month | Year | Amount | Month | Year | Amount | Month | Year |
|---|---|---|---|---|---|---|---|---|
| $2000.00 | 4 | 94 | $2000.00 | 5 | 94 | $2000 | 6 | 94 |
| $2000.00 | 7/94 | | $2000 | 8/94 | | $2000 | 9/94 | |
| $2000.00 | 10/94 | | | | | | | |

Any information necessary to verify the answers I have given above will be furnished upon request.

Date _10/31_ 19_94_ Signed _Christopher L. Kearney_
                                      (Claimant)

PLEASE ATTACH THIS FORM DIRECTLY TO A FULLY COMPLETED SUPPLEMENTAL DISABILITY CLAIM REPORT - BE SURE TO SIGN THE DISCLOSURE AUTHORIZATION ON THE BACK OF THAT FORM.



0822