Black

# HAMILTON COUNTY MUNICIPAL COURT
# HAMILTON COUNTY, OHIO

Associates Commercial Corporation　　　　Case No. 98 CV 27320

　　　　　　Plaintiff　　　　　　　　　　Judge Black

　　vs.　　　　　　　　　　　　　　　　SUGGESTION OF BANKRUPTCY AS TO
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER KEARNEY, ONLY
Innomation, Inc.
　　and
Christopher Kearney

　　　　　　Defendants

Comes now the Plaintiff, through counsel, and respectfully suggests to the Court, that the Defendant, Christopher Kearney, has filed a Chapter 7 petition in Bankruptcy, Case No. 99-11530, United States Bankruptcy Court, Southern District of Ohio, Western Division on or about March 23, 1999.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Brian E. Chapman (0039826)
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　1014 Vine Street, Suite 2220
　　　　　　　　　　　　　　　　　　　　Cincinnati, OH 45202
　　　　　　　　　　　　　　　　　　　　(513) 381-4888

## CERTIFICATE OF SERVICE

I hereby certify that a copy true and correct copy of the foregoing was served upon Charles H. Melville, 2100 PNC Center, 201 E. Fifth Street, Cincinnati, OH 45202 this 31 day of March, 1999 by regular U.S. Mail.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Brian E. Chapman
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Apr 2 11 23 AM '99

CIVIL DIVISION
HAMILTON COUNTY
CLERK

98-13070/Kearney, Christopheer

EXHIBIT P

2321