UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| JEFFERSON-PILOT INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>-vs-<br><br>CHRISTOPHER L. KEARNEY,<br>　　　　Defendant. | CASE NO. C-1-02-479 |

### DEPOSITION OF CLINTON E. MILLER

| | |
|---|---|
| DATE: | Monday, May 3, 2004 |
| TIME: | 10:05 a.m. |
| LOCATION: | PARAGON REPORTING SERVICES<br>210 North Fourth Street<br>Suite 205<br>San Jose, CA  95112 |
| REPORTED BY: | AMY A. SELF<br>Certified Shorthand Reporter<br>License Number 10130 |



210 North Fourth Street, Suite 205
San Jose, CA  95112-5569
(408) 295-8301
(800) 590-9958
Fax: (408) 295-4544
Paragoncsr@aol.com

**CERTIFIED COPY**



EXHIBIT Q

PARAGON REPORTING SERVICES

```
 1   duplicated.  Fair enough?
 2   A.    By the court reporter.
 3   Q.    Absolutely.
 4   A.    I want the court reporter to do everything.
 5   Q.    That's fine.
 6   A.    Okay.  We're in agreement.
 7   Q.    Okay.  Good.
 8             (Plaintiff's Exhibit C was marked for
 9         identification, the original of which is
10         retained by the deponent.)
11             BY MR. ELLIS:    Q.    What other information
12   did you have besides the binder or is that it?
13   A.    I didn't date everything.  In any event, I have
14   the Claim Administration Principles and Practices on
15   claims.  Just one moment, please.
16   Q.    Uh-huh.
17   A.    This is a professional organization outlining
18   the principles of good faith, processing of claims.
19   Q.    This appears to be copies of a chapter from a
20   book or at least parts of a chapter from a book; is
21   that correct?
22   A.    It appears so.
23   Q.    Do you know the author of this chapter?
24   A.    Not off the top of my head.
25   Q.    Do you know the source of this book, Principles
```

28

DEPOSITION OF CLINTON E. MILLER