

# Claim Administration
## Principles and Practices

*THIRD EDITION*

Jane Lightcap Brown, Ph.D., FLMI, ALHC, ACS

Jennifer W. Herrod, FLMI, ACS, AIAA, PAHM, ARA

Monica R. Maxwell, J.D., FLMI



International Claim Association
*Leading the Way in Claim Excellence*

## Settlement of Disability Claims

Instead of paying claims throughout a benefit period, sometimes insurers off[er a] claimant a *disability claim settlement*, which is a lump-sum benefit paym[ent] from an insurer to a disabled claimant. In effect, a disability claim settlem[ent] cancels the coverage under the disability policy. In exchange for a settlement o[f] the insured releases the insurer from all future liability.

Disability claim settlement offers are typically negotiable, and the claim[ant] may make a counteroffer or may reject it. If the claimant rejects the settlem[ent] offer, the insurer has a continuing contractual obligation to pay disability bene[fits] according to the provisions of the policy. A claim settlement may be offe[red] whether a claim is disputed or undisputed.

### Disability Claim Settlements for Disputed Claims

Some disability claim settlements result from a disputed claim in which the [in]surer and the claimant cannot agree on all the terms of the claim. For exampl[e, a] claimant may indicate that a disability is the result of an injury or illness, b[ut a] claim investigation may indicate that the disability resulted from a pre-exist[ing] condition excluded by a policy provision.

A dispute may arise with both parties taking what appear to be reasona[ble] positions. The insurer may offer a compromise: to settle the claim by paying [the] insured a lump sum in return for being released from liability. By settl[ing] the claim, the insurer can save administrative and litigation costs and can rele[ase] the reserve held to support claim payments under the policy.

### Disability Claim Settlements for Undisputed Claims

Some disability claim settlements involve undisputed claims and result from [the] insurer's attempt to provide a large benefit to a claimant early in the claim, rat[her] than paying lesser benefit amounts over time. The disability claim settlem[ent] allows the claimant to restructure her life to accommodate the disability. [For] example, the claimant may use the money to start or purchase a business, [re]model her home to better accommodate her limitations, move to a more fa[vor]able location or climate, attend college or vocational training school, or inves[t so] as to produce income extending beyond the benefit period of the disability po[licy.]

Disability claim settlements benefit the insurer because settlements eli[mi]nate the costs of administering the claim over time and allow the insurer to [re]lease the reserve required to support the benefits. In offering a lump-s[um] settlement, an insurer may advise the claimant to seek professional advice on legal, tax, accounting, and investment issues related to the settlement.

# Analyzing and Paying Group Credit Disability Insurance Claims

We have mentioned that group credit disability insurance provides a mon[thly] benefit equal to a required monthly loan payment during the period when [the]

10