3/8/01

I give Dr. Kausch permission to talk with my mother and brother Tim on the telephone — or in next few wks.

Christopher Kearney

3249
