**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Jefferson-Pilot Life

    Plaintiff,

    v.                        Case No. 1:02-cv-479

Kearney, et al.,                    Judge Michael R. Barrett

    Defendant.

## ORDER

Parties Jefferson Pilot Life Insurance Company and Disability Management Services, Inc. filed a Response in Support of their Motion for Summary Judgment, (Doc. 171) in this matter on 8/13/2007. Consistent with the Southern District of Ohio Local Rule 26.2(a) and Civil/Criminal Electronic Filing Policies and Procedures for the Southern District of Ohio Section II(I)(1), your pleading and/or attachments contain information which do not comply with this policy.

Accordingly, the Clerk is instructed to **SEAL** the Exhibits B, C, E, G, K, and T to the Response in Support, (Doc171) and Counsel shall refile a redacted version of these Exhibits in Support of the Response consistent with the above-referenced Rule/Policy and Procedures.

    **IT IS SO ORDERED.**

                                                        Michael R. Barrett, Judge
                                                        United States District Court