DISABILITY CLAIMS WORKSHEET -- I.H.I. ADMINISTRATION

| POLICY NO | FR. NO. | B.O. | AGENT | STATE | PLAN | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| | 71542 | 1006066 | | OH | 57615 | D |

NAME: KEARNEY,
ADDRESS:                       DS-DR

Hartmass Hwy
Suite 125

DIAGNOSIS: L                                              NVOL
AGE: 40    DATE OF BIRTH:        SEX: 01   OCC: 84   LIMITED: YES
INCURRED DATE:  02/05/93      CONTRACT DATE: 05/28/90    BY:
REINSTATEMENT DATE:  / /          PAID TO DATE: 06/28/93    DATE: 06/15/93
MONTHLY INDEMNITY: 1375      LESS FICA:
   SS 225    205    445      LESS F.I.T.:
ELIMINATION PERIOD: 90           INDEMNITY PERIOD: AGE 65
WAIVER OF PREMIUM DATE: 5/15/93
REMARKS:
RESIDUAL  M.I. 1375        20% to 75%    50% min 1st 6 mo   COLA 7%
          S.S. 225

DATE "HIS OCC.":  / /       DATE BENEFITS TERMINATE:  / /
REINSURANCE:   YES      NO

| C.B. | PERIOD | DAYS | AMOUNT | RES | DATE | STATUS |
|---|---|---|---|---|---|---|
| | Fr 05/06/93 To 07/06/93 | 60 | 1600.00 | 7 | JUL 22 1993 06/15/93 | X |
| | Fr 07-06-93 To 08-06-93 | 30 | 800.00 | P | AUG 25 1993 | |
| | Fr 05-06-93 To 07-06-93 | Adj | 208.00 | P | SEP 03 1993 | |
| | Fr 07-06-93 To 08-06-93 | Adj | 800.00 | P | SEP 03 1993 | |
| | Fr. To  retro on Residual Dis 1193 | | | | | |
| | Fr. To | | | | | |
| | Fr 08-06-93 To 09-06-93 | 30 | 1600.00 | P | SEP 14 1993 | |
| | Fr 09-06-93 To 10-01-93 | 25 | 666.65 | P | OCT 19 1993 | |
| | Fr 10-01-93 To 11-01-93 | 30 | 1600.00 | P | NOV 16 1993 | |
| | Fr 11-1-93 To 12-1-93 | 30 | 1600.00 | P | DEC 03 1993 | |
| | Fr 12-1-93 To 1-1-94 | 30 | 1600.00 | P | JAN 10 1994 | |
| | Fr 1-1-94 To 2-1-94 | 30 | 1600.00 | P | FEB 09 1994 | |
| | Fr 2-1-94 To 4-1-94 | 60 | 3200.00 | P | MAR 31 1994 | |
| | Fr 4-1-94 To 1-1-95 | | 11,200.00 | RI | FEB 07 1995 | is Residual not Cash |
| | Fr. To | | | | | |
| | Fr 1-1-95 To | 60 | 3200.00 | P | FEB 17 1995 | |
| | Fr 07-01-95 To 03-01-95 | 60 | 3200.00 | P | MAR 08 1995 | |
| | Fr 03-01-95 To 05-01-95 | 60 | 3200.00 | P | MAY 04 1995 | |
| | Fr 05-1-95 To | 30 | 1600.00 | P | JUN 12 1995 | |

EXHIBIT 3

DISABILITY CLAIMS WORKSHEET -- I.H.I. ADMINISTRATION

POLICY NO.    FR. NO.    B.O.    AGENT    STATE    PLAN    SOCIAL SECURITY NUMBER
              71542      1006066         OH       57615

KEARNEY,

ADDRESS:

DIAGNOSIS:                                              E
AGE: 40    DATE OF BIRTH:           SEX: 01    OCC: 3    LIMITED: YES
INCURRED DATE:    02/09/93    CONTRACT DATE: 05/28/90    BY:
REINSTATEMENT DATE:  ~~1800~~ /1936    PAID TO DATE: 11/28/94    DATE: 11/01/94
MONTHLY INDEMNITY: ~~1,575.00~~    LESS FICA: none
SOC. SEC. BENEFIT: ~~225.00~~    LESS F.I.T.:
ELIMINATION PERIOD: 90    INDEMNITY PERIOD: AGE 65 SICK
WAIVER OF PREMIUM DATE: 05/05/93
REMARKS:                           ResiDual

COLA
712°° ea. 5-6

DATE "HIS OCC.":    /  /    DATE BENEFITS TERMINATE: 11/09/17
REINSURANCE:    YES    NO

| C.A. | PERIOD | DAYS | AMOUNT | RES | DATE | STATUS |
|---|---|---|---|---|---|---|
| | Fr. / /<br>To / / | | | | 11/01/94 | X |
| | Fr. 04/01/94<br>To 11/01/94 | 210 | 11,200.00 | RP | 02/07/95 | P |
| | Fr. 11/01/94<br>To 01/01/95 | 60 | 3,200.00 | P | 02/17/95 | P |
| | Fr. 01/01/95<br>To 03/01/95 | 60 | 3,200.00 | P | 03/08/95 | P |
| | Fr. 03/01/95<br>To 05/01/95 | 60 | 3,200.00 | P | 05/04/95 | P |
| | Fr. 05/01/95<br>To 06/01/95 | 30 | 1,600.00 | P | 06/12/95 | P |
| | Fr. 6-1-95<br>To 7-1-95 | 30 | 1600.°° | P | JUL 18 1995 | |
| KB | Fr. 7-1-95<br>To 8-1-95 | 30 | 3578.61 | CP | AUG 24 1995 | |
| | Fr. 08-01-95<br>To 09-01-95 | 30 | 1824.°° | P | SEP 15 1995 | |
| | Fr. 9-1-95<br>To 10-1-95 | 30 | 1824.°° | P | OCT 03 1995 | |
| | Fr. 10-1-95<br>To 11-1-95 | 30 | 1824.°° | P | NOV 0 1995 | |
| | Fr. 11-01-95<br>To 12-01-95 | 30 | 1824.°° | P | DEC 05 1995 | |
| | Fr. 12-01-95<br>To 01-01-96 | 30 | 1824.°° | P | JAN 04 1996 | |
| | Fr. 1-1-96<br>To 2-1-96 | 30 | 1824.°° | P | FEB 05 1996 | |
| | Fr. 2-1-96<br>To 3-1-96 | 30 | 1824.°° | P | MAR 13 1996 | |
| | Fr. 03-01-96<br>To 04-01-96 | 30 | 1824.°° | P | APR 09 1996 | |
| KB | Fr. 4-1-96<br>To 5-1-96 | 30 | 1824.°° | P | MAY 10 1996 | |
| | Fr. 5-1-96<br>To 6-1-96 | 30 | 1917.33 | CP | JUN 05 1996 | |
| | Fr. 06-01-96<br>To 09-01-96 | 1<br>30 | 1917.33 | | JUN 28 1996 | |

1 COLA
1,110.00 5...
Has Residual

Age 65
11-09-17

DISABILITY CLAIMS WORKSHEEET --- CONTINUED
POLICY NO.:            NAME: KEARNEY, CHRIS L

| | | | | | | |
|---|---|---|---|---|---|---|
| | Fr. 04/01/96 To 05/01/96 | 30 | 1,824.00 | P | 05/10/96 | P |
| | Fr. 05/01/96 To 06/01/96 | 30 | 1,917.33 | K | 06/05/96 | P |
| | Fr. 06/01/96 To 07/01/96 | 30 | 1,917.33 | P | 06/28/96 | P |
| | Fr. 07-01-96 To 08-01-96 | 30 | 1917.33 | P | AUG 08 1996 | |
| | Fr. 08-01-96 To 09-01-96 | 30 | 1917.33 | P | SEP 04 1996 | |
| | Fr. 9-1-96 To 10-1-96 | 30 | 1917.33 | P | OCT 08 1996 | |
| | Fr. 10-1-96 To 11-1-96 | 30 | 2010.68 | P | NOV 14 1996 | ADJ OF COLA $93.31 $109.07 $13,386.69 |
| PAY $1936 | Fr. 11-1-96 To 12-1-96 | 30 | 1936.00 | K | DEC 04 1996 | |
| | Fr. 12-01-96 To 01-01-97 | 30 | 1936.00 | K | JAN 06 1997 | |
| | Fr. 1-1-97 To 2-1-97 | 30 | 1936.00 | P | FEB 04 1997 | |
| | Fr. 2-1-97 To 3-1-97 | 30 | 1936.00 | P | MAR 12 1997 | |
| | Fr. 3-1-97 To 4-1-97 | 30 | 1936.00 | P | APR 04 1997 | |
| | Fr. 4-1-97 To 5-1-97 | 30 | 1936.00 | P | MAY 06 1997 | |
| | Fr. 05-01-97 To 06-01-97 | 30 | 2029.33 | K | JUN 1997 | |
| Beg $2048 | Fr. 6-01-97 To 7-01-97 | 30 | 2098.00 | P | JUL 15 1997 | overpaid $50 |
| Beg $2048 | Fr. 07-01-97 To 08-01-97 | adj | 1998.00 | P | AUG 13 1997 | |
| | Fr. 8-1-97 To 9-1-97 | 30 | 2048.00 | P | AUG 28 1997 | |
| | Fr. 9-1-97 To 10-1-97 | 30 | 2048.00 | P | SEP 30 1997 | |
| | Fr. 10-1-97 To 11-1-97 | 30 | 2048.00 | P | OCT 31 1997 | |
| | Fr. 11-1-97 To 12-1-97 | 30 | 2048.00 | P | DEC 02 1997 | |
| | Fr. 12-1-97 To 01-1-98 | 30 | 2048.00 | P | Jan 12 1998 | |
| | Fr. 1-1-98 To 2-1-98 | 30 | 2048.00 | P | Feb 3 1998 | |
| | Fr. 2-1-98 To 3-1-98 | 30 | 2048.00 | P | MAR 03 1998 | |
| | Fr. 03-01-98 To 04-01-98 | 30 | 2048.00 | P | APR 03 1998 | |
| | Fr. 4-1-98 To 5-1-98 | 30 | 2048.00 | P | MAY 04 1998 | |
| | Fr. 5-1-98 To 6-1-98 | 30 | 2141.33 | K | JUN 03 1998 | |
| Beg 2160 | Fr. 6-1-98 To 7-1-98 | 30 | 2160.00 | P | JUL 02 1998 | |
| | Fr. 7-1-98 To 8-1-98 | 30 | 2160.00 | P | AUG 04 1998 | |
| | Fr. 8-1-98 To 9-1-98 | 30 | 2160.00 | P | SEP 02 1998 | |
| | Fr. 9-1-98 To 10-1-98 | 30 | 2160.00 | P | OCT 02 1998 | |
| | Fr. 10-1-98 To 11-1-98 | 30 | 2160.00 | P | NOV 03 1998 | |

Cols 5/6
$112.00

Age 65
11-09-17

DISABILITY CLAIMS WORKSHEET -- CONTINUED
POLICY NO.:             NAME:  KEARNEY, CHRIS L

| | | | | | | |
|---|---|---|---|---|---|---|
| | To 08/01/98 | 30 | 2,160.00 | P | 08/04/98 | P |
| | Fr. 08/01/98 To 09/01/98 | 30 | 2,160.00 | P | 09/02/98 | P |
| | Fr. 09/01/98 To 10/01/98 | 30 | 2,160.00 | P | 10/02/98 | P |
| | Fr. 10/01/98 To 11/01/98 | 30 | 2,160.00 | P | 11/03/98 | P |
| | Fr. 11-1-98 To 12-1-98 | 30 | 2160.00 | P | DEC 0 4 1998 | |
| | Fr. 12-1-98 To 1-1-99 | 30 | 2160.00 | P | JAN 0 6 ... | |
| | Fr. 1-1-99 To 2-1-99 | 30 | 2160.00 | P | FEB 0 3 1999 | |
| | Fr. 2-1-99 To 3-1-99 | 30 | 2160.00 | P | MAR 0 4 1999 | |
| | Fr. 3-1-99 To 4-1-99 | 30 | 2160.00 | P | APR 0 8 1999 | |
| | Fr. 4-1-99 To 5-1-99 | 30 | 2160.00 | P | MAY 0 4 1999 | |
| | Fr. 5-1-99 To 6-1-99 | 30 | 2253.00 | K | JUN 2 1 1999 | |
| BEG 272 | Fr. 6-1-99 To 7-1-99 | 30 | 2272.00 | P | JUL 0 7 1999 | |
| | Fr. 7-1-99 To 8-1-99 | 30 | 2272.00 | P | AUG 0 9 1999 | |
| | Fr. 8-1-99 To 9-1-99 | 30 | 2272.00 | P | SEP 0 6 1999 | |
| | Fr. 9-1-99 To 10-1-99 | 30 | 2272.00 | P | Sep 30, 1999 | |
| | Fr. 10-1-99 To 11-1-99 | 30 | 2272.00 | P | Oct 28 1999 | |
| | Fr. 11-1-99 To 12-1-99 | 30 | 2272.00 | P | DEC 0 3 1999 | |

DMS Claim No:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 12/29/2000 | 2,384.00 | .00 | .00 | Additional | RFM | R | B012782 | |
| 9 | 12/04/2000 | 2,384.00 | .00 | .00 | Additional | RFM | R | B012698 | |
| 9 | 10/31/2000 | 2,384.00 | .00 | .00 | Additional | RFM | R | B012595 | Y |
| 9 | 09/28/2000 | 2,384.00 | .00 | .00 | Additional | RFM | R | B012505 | |
| 9 | 08/28/2000 | 2,384.00 | .00 | .00 | Additional | RFM | R | B012404 | |
| 9 | 08/02/2000 | 317.33 | .00 | .00 | Additional | RFM | R | B012322 | Y |
| 9 | 07/26/2000 | 2,272.00 | .00 | .00 | Additional | RFM | R | B012300 | |
| 9 | 06/26/2000 | 2,272.00 | .00 | .00 | Additional | RFM | R | B012210 | |
| 9 | 05/25/2000 | 2,272.00 | .00 | .00 | Additional | RFM | R | B012110 | |
| 9 | 05/19/2000 | 2,272.00 | .00 | .00 | Additional | RFM | R | B012096 | |
| 9 | 04/13/2000 | 2,272.00 | .00 | .00 | Partial | ASM | R | B011964 | |
| 9 | 02/28/2000 | 2,272.00 | .00 | .00 | Additional | RFM | R | B011795 | |
| 9 | 01/28/2000 | 2,272.00 | .00 | .00 | Partial | RFM | R | B011687 | |

**Policy Totals:**
- Misc Withholding: .00
- FICA Withholding: .00
- Total Paid: 231,703.49

Show Details
Delete
Return

| DMS Claim No: | | | | | | | | Policy: |
|---|---|---|---|---|---|---|---|---|
| 9 | 01/25/2002 | 2,496.00 | .00 | .00 | Additional | RFM | R | B014313 |
| 9 | 01/02/2002 | 2,496.00 | .00 | .00 | Additional | RFM | R | B014215 |
| 9 | 11/26/2001 | 2,496.00 | .00 | .00 | Additional | RFM | R | B014094 |
| 9 | 10/24/2001 | 2,496.00 | .00 | .00 | Additional | RFM | R | B013972 |
| 9 | 09/27/2001 | 2,496.00 | .00 | .00 | Additional | RFM | R | B013871 |
| 9 | 08/27/2001 | 2,496.00 | .00 | .00 | Additional | RFM | R | B013745 |
| 9 | 07/26/2001 | 2,496.00 | .00 | .00 | Additional | RFM | R | B013628 |
| 9 | 06/29/2001 | 2,496.00 | .00 | .00 | Additional | RFM | R | B013518 |
| 9 | 06/04/2001 | 2,477.34 | .00 | .00 | Additional | DEL | R | B013385 |
| 9 | 04/30/2001 | 2,384.00 | .00 | .00 | Additional | RFM | R | B013243 |
| 9 | 03/30/2001 | 2,384.00 | .00 | .00 | Additional | RFM | R | B013127 |
| 9 | 03/05/2001 | 2,384.00 | .00 | .00 | Additional | RFM | R | B013022 |
| 9 | 02/16/2001 | 2,384.00 | .00 | .00 | Additional | RFM | R | B012959 |

**Policy Totals:**

Misc Withholding: .00
FICA Withholding: .00
Total Paid: 231,703.49

Show Details
Delete
Return

**DMS Claim No:**                                                            **Policy:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 02/24/2003 | 2,496.00 | .00 | .00 | Additional | RFM | R | B015913 | Y |
| 9 | 01/24/2003 | 2,496.00 | .00 | .00 | Partial | RFM | R | B015786 | Y |
| 9 | 12/24/2002 | 2,496.00 | .00 | .00 | Additional | RFM | R | B015664 | Y |
| 9 | 11/25/2002 | 2,496.00 | .00 | .00 | Additional | RFM | R | B015548 | Y |
| 9 | 10/25/2002 | 2,496.00 | .00 | .00 | Additional | RFM | R | B015410 | |
| 9 | 09/27/2002 | 2,496.00 | .00 | .00 | Additional | RFM | R | B015281 | |
| 9 | 08/28/2002 | 2,496.00 | .00 | .00 | Additional | RFM | R | B015159 | Y |
| 9 | 07/29/2002 | 2,496.00 | .00 | .00 | Additional | RFM | R | B015025 | Y |
| 9 | 06/27/2002 | 2,496.00 | .00 | .00 | Additional | RFM | R | B014909 | |
| 9 | 05/28/2002 | 2,496.00 | .00 | .00 | Additional | RFM | R | B014790 | |
| 9 | 04/25/2002 | 2,496.00 | .00 | .00 | Additional | RFM | R | B014657 | Y |
| 9 | 03/25/2002 | 2,496.00 | .00 | .00 | Additional | RFM | R | B014530 | |
| 9 | 02/25/2002 | 2,496.00 | .00 | .00 | Additional | RFM | R | B014425 | |

**Policy Totals:**
- Misc Withholding: .00
- FICA Withholding: .00
- Total Paid: 231,703.49

Show Details
Delete
Return

| DMS Claim No: | Date | Amount | | | Type | Code | | Policy | |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 03/24/2004 | 2,496.00 | .00 | .00 | Additional | JMA | R | B017633 | |
| 9 | 02/23/2004 | 2,496.00 | .00 | .00 | Additional | JMA | R | B017478 | |
| 9 | 01/23/2004 | 2,496.00 | .00 | .00 | Additional | JMA | R | B017336 | |
| 9 | 12/24/2003 | 2,496.00 | .00 | .00 | Additional | JMA | R | B017228 | |
| 9 | 11/24/2003 | 2,496.00 | .00 | .00 | Additional | JMA | R | B017107 | |
| 9 | 10/24/2003 | 2,496.00 | .00 | .00 | Additional | JMA | R | B016970 | |
| 9 | 09/24/2003 | 2,496.00 | .00 | .00 | Additional | JMA | R | B016813 | |
| 9 | 08/25/2003 | 2,496.00 | .00 | .00 | Additional | JMA | R | B016683 | |
| 9 | 07/28/2003 | 2,496.00 | .00 | .00 | Additional | RFM | R | B016554 | Y |
| 9 | 07/03/2003 | 2,496.00 | .00 | .00 | Additional | RFM | R | B016445 | Y |
| 9 | 05/23/2003 | 2,496.00 | .00 | .00 | Partial | RFM | R | B016281 | |
| 9 | 04/23/2003 | 2,496.00 | .00 | .00 | Additional | RFM | R | B016149 | Y |
| 9 | 03/27/2003 | 2,496.00 | .00 | .00 | Additional | RFM | R | B016040 | Y |

**Policy Totals:**
- Misc Withholding: .00
- FICA Withholding: .00
- Total Paid: 231,703.49

Show Details
Delete
Return

| DMS Claim No: | | | | | | | Policy: | |
|---|---|---|---|---|---|---|---|---|
| 9 | 04/25/2005 | 2,496.00 | .00 | .00 | Additional | JMA | R | B019475 |
| 9 | 03/24/2005 | 2,496.00 | .00 | .00 | Additional | JMA | R | B019334 |
| 9 | 02/24/2005 | 2,496.00 | .00 | .00 | Additional | JMA | R | B019204 |
| 9 | 01/24/2005 | 2,496.00 | .00 | .00 | Additional | JMA | R | B019054 |
| 9 | 12/23/2004 | 2,496.00 | .00 | .00 | Additional | JMA | R | B018921 |
| 9 | 11/23/2004 | 2,496.00 | .00 | .00 | Additional | JMA | R | B018788 |
| 9 | 10/22/2004 | 2,496.00 | .00 | .00 | Additional | JMA | R | B018637 |
| 9 | 09/23/2004 | 2,496.00 | .00 | .00 | Additional | JMA | R | B018505 |
| 9 | 08/23/2004 | 2,496.00 | .00 | .00 | Additional | JMA | R | B018360 |
| 9 | 07/23/2004 | 2,496.00 | .00 | .00 | Additional | JMA | R | B018209 |
| 9 | 06/24/2004 | 2,496.00 | .00 | .00 | Additional | JMA | R | B018077 |
| 9 | 05/24/2004 | 2,496.00 | .00 | .00 | Additional | JMA | R | B017928 |
| 9 | 04/23/2004 | 2,496.00 | .00 | .00 | Additional | JMA | R | B017778 |

**Policy Totals:**

Misc Withholding: .00
FICA Withholding: .00
Total Paid: 231,703.49

Show Details
Delete
Return

Case 1:02-cv-00479-MRB   Document 173-2   Filed 08/15/2007   Page 9 of 11

| DMS Claim No: | | | | | | | Policy: | |
|---|---|---|---|---|---|---|---|---|
| 9 | 05/25/2006 | 3,022.41 | .00 | .00 Additional | JMA | R | B021269 | Y |
| 9 | 04/24/2006 | 2,944.00 | .00 | .00 Additional | JMA | R | B021109 | |
| 9 | 03/23/2006 | 2,944.00 | .00 | .00 Additional | JMA | R | B020970 | |
| 9 | 02/23/2006 | 2,944.00 | .00 | .00 Additional | JMA | R | B020833 | |
| 9 | 01/23/2006 | 2,496.00 | .00 | .00 Additional | JMA | R | B020678 | |
| 9 | 12/22/2005 | 2,496.00 | .00 | .00 Additional | JMA | R | B020548 | |
| 9 | 11/23/2005 | 2,496.00 | .00 | .00 Additional | JMA | R | B020423 | |
| 9 | 10/24/2005 | 2,496.00 | .00 | .00 Additional | JMA | R | B020282 | |
| 9 | 09/22/2005 | 2,496.00 | .00 | .00 Additional | JMA | R | B020144 | |
| 9 | 08/22/2005 | 2,496.00 | .00 | .00 Additional | JMA | R | B020010 | |
| 9 | 07/22/2005 | 2,496.00 | .00 | .00 Additional | JMA | R | B019876 | |
| 9 | 06/23/2005 | 2,496.00 | .00 | .00 Additional | JMA | R | B019744 | |
| 9 | 05/23/2005 | 2,496.00 | .00 | .00 Additional | JMA | R | B019606 | |

**Policy Totals:**
- Misc Withholding: .00
- FICA Withholding: .00
- Total Paid: 231,703.49

Show Details | Delete | Return

| DMS Claim No: | | | | | | | | Policy: |
|---|---|---|---|---|---|---|---|---|
| 9 | 06/22/2007 | 3,168.00 | .00 | .00 Additional | JMA | R | B022783 | |
| 9 | 05/23/2007 | 3,134.41 | .00 | .00 Additional | JMA | R | B022673 | Y |
| 9 | 04/23/2007 | 3,056.00 | .00 | .00 Additional | JMA | R | B022554 | |
| 9 | 03/23/2007 | 3,056.00 | .00 | .00 Additional | JMA | R | B022440 | |
| 9 | 02/23/2007 | 3,056.00 | .00 | .00 Additional | JMA | R | B022335 | |
| 9 | 01/24/2007 | 3,056.00 | .00 | .00 Additional | JMA | R | B022215 | |
| 9 | 12/22/2006 | 3,056.00 | .00 | .00 Additional | JMA | R | B022107 | |
| 9 | 11/22/2006 | 3,056.00 | .00 | .00 Additional | JMA | R | B022002 | |
| 9 | 10/24/2006 | 3,056.00 | .00 | .00 Additional | JMA | R | B021882 | |
| 9 | 09/25/2006 | 3,056.00 | .00 | .00 Additional | JMA | R | B021757 | |
| 9 | 08/24/2006 | 3,056.00 | .00 | .00 Additional | JMA | R | B021637 | |
| 9 | 07/24/2006 | 3,056.00 | .00 | .00 Additional | JMA | R | B021510 | |
| 9 | 06/23/2006 | 3,056.00 | .00 | .00 Additional | JMA | R | B021387 | |

Policy Totals:
- Misc Withholding: .00
- FICA Withholding: .00
- Total Paid: 231,703.49

Show Details
Delete
Return