DISABILITY CLAIMS WORKSHEET – I.H.I. ADMINISTRATION

| POLICY NO. | FR. NO. | B.O. | AGENT | STATE | PLAN | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| 71543 | 1006066 | | | OH | 57645 | |

NAME: KEARNEY
ADDRESS:

DIAGNOSIS: LUMBOSACRAL SPINE SPRAIN W/SUSPICION OF DISC INVOL
AGE: 40   DATE OF BIRTH:        SEX: 01   OCC: 3   LIMITED: YES
INCURRED DATE: 02/05/93   CONTRACT DATE: 05/28/90   BY:
REINSTATEMENT DATE: / /     PAID TO DATE: 06/28/93   DATE: 06/15/93
MONTHLY INDEMNITY: 1250/1625   LESS FICA:
              625       LESS F.I.T.:
ELIMINATION PERIOD: 90   INDEMNITY PERIOD: age 65
WAIVER OF PREMIUM DATE: 5/5/93
REMARKS:  MT 2125                                Cola 2%
Residual  S5,675   20% to 75%   50% 6 Mo

DATE "HIS OCC.": / /   DATE BENEFITS TERMINATE:
REINSURANCE:   YES   NO

| C.A. | PERIOD | DAYS | AMOUNT | RES | DATE | STATUS |
|---|---|---|---|---|---|---|
| | Fr.06/06/93 To 07/06/93 | 60 | 2750.00 | | 06/15/93 JUL 22 1993 | X |
| | Fr.09-06-93 To 08-06-93 | 30 | 2750.00 | P | SEP 03 1993 | |
| | Fr.05-06-93 To 09-06-93 | | 357.50 | | SEP 03 1993 | |
| | Fr.08-06-93 To 09-06-93 | 30 | 2750.00 | P | SEP 14 1993 | |
| | Fr.09-06-93 To 10-01-93 | 25 | 1145.63 | P | OCT 19 1993 | |
| | Fr.10-01-93 To 11-01-93 | 30 | 2750.00 | P | NOV 16 1993 | |
| | Fr.11-01-93 To 12-01-93 | 30 | 2750.00 | P | DEC 03 1993 | |
| | Fr.12-1-93 To 1-1-94 | 30 | 2150.00 | P | JAN 10 1994 | |
| | Fr.1-1-94 To 2-1-94 | 30 | 2150.00 | P | FEB 09 1994 | ★ |
| | Fr.2-1-94 To 4-1-94 | 60 | 5500.00 | P | MAR 31 1994 | |
| | Fr.04-01-94 To 8-01-94 | | | R | FEB 07 1995 | |
| | Fr. To | | | | | |
| | Fr.11-1-94 To 1-1-95 | 60 | 5500.00 | P | FEB 17 1995 | |
| | Fr.01-01-95 To 03-01-95 | 60 | 5500.00 | P | MAR 08 1995 | |
| | Fr.03-01-95 To 05-01-95 | 60 | 5500.00 | P | MAY 04 1995 | |
| | Fr.5-1-95 To 6-1-95 | 30 | 2750.00 | P | JUN 12 1995 | |

EXHIBIT C