COSTS PAID
JAMES CISSELL
Clerk

COURT OF COMMON PLEAS
DIVISION OF DOMESTIC RELATIONS
CINCINNATI, OHIO      HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| KEARNEY | : | Case No. DR 9400847 |
| | | File No. E-192995-0-2 |
| Plaintiff | ENTERED | Judge Panioto |
| -vs- | OCT 28 1994 | Referee King |
| KEARNEY | IMAGE 25 | JUDGMENT ENTRY |
| | | DECREE OF DIVORCE |
| Defendant | : | |

ENTERED OCT 28 1994

This cause came on to be heard on October 20, 1994, on the Complaint for Divorce heretofore filed by Christopher L. Kearney, Yoshiko Kearney having filed an Answer and Counterclaim, the Counterclaim subsequently being withdrawn. The Court finds that there has been service of summons as provided by law, that both parties appeared personally at the hearing, that Plaintiff was represented by counsel and Defendant was represented by counsel, and the Court finds that it has full and complete jurisdiction to determine the case.

The Court finds that the Plaintiff has been a resident of the State of Ohio for at least six (6) months immediately before filing the complaint and that the Plaintiff and

EXHIBIT G



Δ π EXHIBIT 6
Deponent Kearney
Date 6/20 Rptr DC
www.DEPOBOOK.COM

2563

Defendant were married in Lebanon, Ohio on November 26, 1979 and that there were no children born issue of their marriage.

The Court further finds that both the Plaintiff and Defendant have acknowledged under oath that they have voluntarily entered into the Separation Agreement and an Addendum to Separation Agreement, that they understand the terms of the Agreements, and know the value and extent of their properties, that the Agreements are fair to them.

The Court finds that the parties are incompatible, and that Plaintiff is entitled to a divorce as prayed for in the Complaint.

The Court further finds that Christopher L. Kearney is employed as set forth in the affidavit previously filed herein, said affidavit being incorporated herein by reference.

The Court further finds that the Separation Agreement and Addendum to Separation Agreemetn are fair and equitable and should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the marriage relationship heretofore existing between the Plaintiff and the Defendant be, and the same is hereby, terminated, and both parties are hereby released and discharged from all of the obligations thereof.

IT IS FURTHER ORDERED THAT THE AFOREMENTIONED Separation Agreement and Addendum to Separation Agreement, which are attached hereto, be and the same hereby are incorporated into

-2-

ENTERED
OCT 28 1994
IMAGE 26

2564

the Court's order and a part of the Decree of Divorce as if fully rewritten herein.

IT IS FURTHER ORDERED THAT there is no spousal support to be paid by one party to the other.

_____
Judge

_____  _____
Christopher L. Kearney            Yoshiko Kearney

_____  _____
Jeffrey M. Rollman (0012284)      Richard L. Katz
Attorney for Plaintiff            Attorney for Defendant
2500 Cincinnati Commerce Center   714 Bartlett Building
600 Vine Street                   36 E. Fourth Street
Cincinnati, Ohio  45202           Cincinnati, Ohio  45202
(513) 852-6057                    (513) 721-3111

-3-

ENTERED
OCT 28 1994
IMAGE 27

2565