Kearney Christopher L  - Vol  I

0001
```
 1              UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF OHIO
 3                    WESTERN DIVISION
 4     JEFFERSON-PILOT       :
 5     INSURANCE COMPANY,    :
 6           Plaintiff,      :
 7     vs.                   :   Case No. C-1-02-479
 8     CHRISTOPHER L.        :
 9     KEARNEY,              :
10           Defendant.      :
11
12        Videotaped deposition of CHRISTOPHER L.
13     KEARNEY, a defendant herein, taken by the
14     plaintiff as upon cross-examination, pursuant
15     to the Federal Rules of Civil Procedure and
16     pursuant to notice, agreement by counsel as
17     to the time and place and stipulations
18     hereinafter set forth, at the offices of
19     William R. Ellis, Wood & Lamping, 2500
20     Convergys Center, 600 Vine Street, Ohio, at
21     9:45 on June 20, 2007, before Deanne
22     Cartwright, a Court Reporter and Notary
23     Public within and for the State of Ohio.
24
```
0002
```
 1                       - - -
 2     APPEARANCES
 3
       On behalf of Plaintiff:
 4
           JOHN E. MEAGHER, ESQ.
 5               of
           Shutts & Bowen LLP
 6         1500 Miami Center
           201 South Biscayne Boulevard
 7         Miami, Florida 33131
 8     On behalf of Plaintiff:
 9         STEPHANIE FARABOW, ESQ. (Via telephone.)
               of
10         Jefferson-Pilot Life Insurance Company
           100 N. Greene
11         Greensboro, North Carolina 27401
12     On behalf of Plaintiff:
13         WILLIAM R. ELLIS, ESQ.
               of
14         Wood & Lamping
```

Page 1


EXHIBIT
T

Kearney Christopher L  - Vol  I

18  time on your claim?
19            MR. ROBERTS:  Objection.  Go
20  ahead.
21        A.    When DMS took over there was
22  constant interaction, constant requests and I
23  had, you know, previously from JP a few.
24        Q.    And, in fact, you signed
0091
 1  releases with regard to obtaining payment of
 2  your benefits --
 3            MR. ROBERTS:  Objection.
 4        Q.    -- correct?
 5            MR. ROBERTS:  Objection.  Go
 6  ahead.
 7        A.    When you say releases, what do
 8  you mean, two different releases or one?
 9        Q.    Well, let's start broad.  Any
10  releases.  Did you sign any releases with
11  regard to the insurer's and DMS's ability to
12  investigate your claim?
13            MR. ROBERTS:  Objection.
14  Misstating facts as to release of claims.  Go
15  ahead.
16        A.    I did sign a limited release
17  with Jefferson-Pilot almost every month and
18  then DMS forced me to sign a big broad
19  general authorization by -- by refusing to
20  pay my benefit until I signed it.
21        Q.    So did you sign one?
22            MR. ROBERTS:  Objection.  Go
23  ahead.  Asked and answered.
24        A.    I signed it under duress.
0092
 1        Q.    Did you contact any lawyer to
 2  represent you at that time?
 3            MR. ROBERTS:  Objection.  That
 4  requires attorney/client privilege.
 5        Q.    I'm not asking about any
 6  communication.  I'm saying that since you
 7  felt you were under duress what steps, if
 8  any, did you take to protect yourself from
 9  such actions?
10            MR. ROBERTS:  As he recalls
11  today from 10 years ago?
12            MR. MEAGHER:  Are you telling
13  him not to remember, counsel?  Please.
14            MR. ROBERTS:  Did you hear me

Page 49

Kearney Christopher L - Vol I

15  say that, counsel?  I mean, your question
16  today in 2007 is the authorization he was
17  required to sign back in '97, '98 or is it
18  last month's authorization, which one?  Do
19  you want a correct answer?
20              MR. MEAGHER:  Do you have a
21  question?  Do you have a question for me
22  because I don't have to answer his question
23  if he doesn't understand.
24              MR. ROBERTS:  Okay.  Well, your
0093
1  professionalism is noted on the record.
2              MR. MEAGHER:  Yeah, I know that,
3  counsel.  You said --
4        A.    If you don't mind repeating.
5        Q.    I'll repeat it.  That's fine,
6  Mr. Kearney.
7        A.    Sure.
8        Q.    With regard -- you said you
9  signed a release under duress --
10        A.    Yes.
11        Q.    -- and I'm saying what actions,
12  if any, did you take to try to prevent that
13  from occurring?
14        A.    I tried to contact
15  Jefferson-Pilot but they wouldn't take my
16  calls.  They just referred me back to Robert
17  Mills.  I did have an attorney that I was
18  speaking with to give me advice.
19        Q.    Who was that?
20        A.    I believe it was Clint Miller.
21        Q.    So at the time of your signing
22  the DMS release you were represented by
23  Mr. Miller?
24              MR. ROBERTS:  Objection.
0094
1        A.    No.
2              MR. ROBERTS:  That's not what
3  his testimony was.  Go ahead.
4        A.    No.  I was not represented by
5  Mr. Miller.  I consulted Mr. Miller.
6        Q.    Okay.  Let me hand you composite
7  Exhibit 1.
8        A.    Okay.
9        Q.    And could you please look
10  through that document --
11              MR. ROBERTS:  Hold on.  I want

Page 50

**Disability Insurance Claim**

Jefferson-Pilot
Life Insurance Company
417 — Individual Health Division
PO Box 20727
Greensboro, NC 27420



| Claimant's Name | Age | Policy No. | Telephone No. | Social Security No. |
|---|---|---|---|---|
| CHRISTOPHER L. KEARNEY | | | | |

### Disclosure Authorization

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date  6-9  , 19 93  Claimant's Signature  *Christopher L. Kearney*

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

### Attending Physician's Statement

1. Diagnosis and Concurrent Conditions (if code other than ICDA* used, also name (process) show ICDA)

2. Date  2-4-93

3. Date patient consulted you for this condition:  4-30-93

4. Patient still under your care for this condition?  ☒ Yes  ☐ No

5. Did condition(s) arise out of patient's employment?  ☒ Yes  ☐ No

6. Dates of Services  4/30/93 – 6/14/93  (15 Visits)

7. Patient ever had same or similar condition? ☒ Yes ☐ No (if "Yes", when and describe:)  11/27/89

8. Patient was continuously totally disabled (unable to work)  From  2/5/93  Thru  2/8/93

9. Patient was partially disabled. From  2/8/93  Thru  Present Day

10. If still disabled, date patient should be able to return to work.  tentatively Aug. 1, 1993

11. Does patient have other health coverage? ☐ Yes ☐ No  Unknown

12. Remarks  the patient did not have any pain or other conditions since he was seen in 1989.

| Date | Physician's Name (Print) | Signature | Degree | Telephone |
|---|---|---|---|---|
| 6/14/93 | Ambrose S Perdak Jr. DC | | Doctor of Chiropractic | 513 7370470 |

| Street Address | City or Town | State or Province | Zip Code |
|---|---|---|---|
| (107) Main St | Cincinnate OH | | 45241 |

### Employer's Statement

1. Employee's Name  CHRISTOPHER L. KEARNEY

Date Last at Work Part-time _____ 19___
Date Last at Work Full-time _____ 19___

2. Has employee returned to all of his or her work? (If "Yes" give date _____ , 19___  ☐ Yes ☐ No

3. Has he or she returned to part of his or her work? (If "Yes", give date and list important duties employee is unable to perform.)  Feb 9  , 1993  *Unable to spend as much time on job*  ☒ Yes ☐ No

4. Is he or she filing for Workmen's Compensation benefits?  ☒ Yes ☐ No

5. Has employment with you been terminated? (If "Yes", give date and reason.) _____ , 19___  ☐ Yes ☒ No

6. Does your firm pay any portion of the cost of this coverage? (If "Yes", what percent of premium  100  %)  ☒ Yes ☐ No

3129

7. Is this coverage part of a Salary Reduction Cafeteria Plan?  ☐ Yes ☒ No

Name of Firm  KEARNEY ASSOCIATES, INC.

Signature and title of person completing this form  *Christopher L. Kearney*

Date  6-9  , 19 93  Address _____  Telephone No. _____

WJ-291 Rev 7-90    *ICDA - International Classification of Diseases

Δ π EXHIBIT 1
Deponent Kearney
Date 6/20 Rptr. DC
WWW.DEPOBOOK.COM

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date ___8-9___ 19 _93_   Claimant's Signature _Christopher L. Kearny_

0976

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _8·3·_ , 19 _93_   Claimant's Signature _Christopher L. Kearney_

0978

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date  11-16              , 19 93    Claimant's Signature  _Christoph L. Klumm_

0982



**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.
I or my authorized representative is entitled to receive a copy of this authorization.

Date  12-1  19 93   Claimant's Signature



0984

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date  2/8  19 94  Claimant's Signature  _Christopher L. Kearney_

RECEIVED-JHI-417
96 FEB 01 AM 10: 39

0988

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date 3-30 , 19 94   Claimant's Signature   *Christopher L. Kearney*

RECEIVED-JML-ALZ
94 MAR 31  PM 3: 59

0993

**Disability
Insurance Claim**

Jefferson-Pilot
Life Insurance Company
417 — Individual Health Division
PO Box 20727
Greensboro, NC 27420



| Claimant's Name | Age | Policy No. | Telephone No. | Social Security No. |
|---|---|---|---|---|
| CHRISTOPHER L. KEARNEY | 41 | H538069  H493029 | (513)769-5444 | |

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtain-ed by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _Oct 31_ , 19 _94_   Claimant's Signature _Christopher L. Kearney_

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**Attending Physician's Statement**

1. Diagnosis and Concurrent Conditions (if code other than ICDA* used, give name and if pregnancy show E.D.C.)
   _Major depression, chronic & acute exacerbations; recent adjustment disorder_

2. Date symptoms first appeared or accident happened. _≈ 11/93_   3. Date patient consulted you for this condition. _11/8/93_

4. Patient still under your care for this condition? ☒Yes ☐No   5. Did condition(s) arise out of patient's employment? ☒Yes ☐No _partly_

6. Dates of Services _see printout_   7. Patient ever had same or similar condition? ☒Yes ☐No (If "Yes", when and describe) _no prior treatment though_

8. Patient was continuously totally disabled (unable to work) From ___ Thru ___   9. Patient was partially disabled. From _2/5/93_ Thru _present_

10. If still disabled, date patient should be able to return to work. _uncertain presently_   11. Does patient have other health coverage? ☐Yes ☒No (If "Yes", please identify)

12. Remarks _on medical therapy + utilizing psychotherapy X 1yr. - recent divorce_

| Date | Physician's Name (Print) | Signature | Degree | Telephone |
|---|---|---|---|---|
| 10/20/94 | M. LEHENBAUER M.D. | _M. Lehenbauer M.D._ | M.D. | 398-3445 |

Street Address _770 Reading Rd._   City or Town _Mason, O._   State or Province _45040_   Zip Code

**Employer's Statement**

1. Employee's Name _CHRISTOPHER L. KEARNEY_   Date Last at Work Part-time _____ 19 ___   Date Last at Work Full-time _____ 19 ___

2. Has employee returned to all of his or her work? (If "Yes" give date _____ , 19 ___)   ☐Yes ☒No

3. Has he or she returned to part of his or her work? (If "yes", give date and list important duties employee is unable to perform.) _____ , 19 ___ _Unable to work as effectively_   ☒Yes ☐No

4. Is he or she filing for Workmen's Compensation benefits?   ☐Yes ☒No

5. Has employment with you been terminated? (If "Yes", give date and reason.) _____ , 19 ___   ☐Yes ☒No

6. Does your firm pay any portion of the cost of this coverage? (If "Yes", what percent of premium _____)   ☐Yes ☒No

7. Is this coverage part of a Salary Reduction Cafeteria Plan?   ☐Yes ☒No

Name of Firm _KEARNEY ASSOCIATES, INC._   Signature and title of person completing this form _Christopher L. Kearney Pres._

Date _____ , 19 ___   Address _12168 Village Woods Dr._   Telephone No. _(513)769-5805_

WJ-291 Rev 7-90    *ICDA - International Classification of Diseases

RC」 BY:XEROX TELECOPIER 7010 ;10-31-94  9:19AM ;          CCITT G3→          9106914254:# 3

JEFFERSON OCT 31 '94 07:47 KEARNEY ASSOCIATES

**Insurance Claim**

Jefferson-Pilot
Life Insurance Company
417 — Individual Health Division
PO Box 20727
Greensboro, NC 27420

JEFFERSON
PILOT   3/5

| Claimant's Name | Age | Policy No. | Telephone No. | Social Security No. |
|---|---|---|---|---|
| CHRISTOPHER L. KEARNEY | 41 | H538069 / H493029 | (513) 7H9-5HN | |

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _Oct 31_, 19 _94_   Claimant's Signature _Christopher L. Kearney_

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any material thereto, commits a fraudulent insurance act, which is a crime.

**Attending Physician's Statement**

1. Diagnosis and Concurrent Conditions (If code other than ICDA* used, give name and if pregnancy show E.D.C.)
   _Major depression, chronic & acute exacerbations; recent adjustment disorder_

2. Date symptoms first appeared or accident happened. ___ 11/93

3. Date patient consulted you for this condition. 11/8/93

4. Patient still under your care for this condition? ☒ Yes ☐ No

5. Did condition(s) arise out of patient's employment? ☒ Yes ☐ No _partly_

6. Dates of Services _see printout_

7. Patient ever had same or similar condition? ☒ Yes ☐ No (If "Yes", when and described) _no prior treatment though_

8. Patient was continuously totally disabled (unable to work) From ___ Thru ___

9. Patient was partially disabled. From _2/5/93_ Thru _present_

10. If still disabled, date patient should be able to return to work. _uncertain presently_

11. Does patient have other health coverage? ☐ Yes ☒ No (If "Yes", please identify.)

12. Remarks— _On medical therapy + utilizing psychotherapy X 1yr. — recent divorce_

| Date | Physician's Name (Print) | Signature | Degree | Telephone |
|---|---|---|---|---|
| 10/26/94 | M. LEHENBAUER M.D. | M. Lehenbauer M.D. | | 398-3445 |

Street Address _770 Reading Rd._  City or Town _Mason, O._  State or Province _45040_  Zip Code

**Employer's Statement**

1. Employee's Name _CHRISTOPHER L. KEARNEY_
   Date Last at Work Part-time _presently_ 19___
   Date Last at Work Full-time ___ 19___

2. Has employee returned to all of his or her work? (If "Yes" give date ___, 19___)  ☐ Yes ☒ No

3. Has he or she returned to part of his or her work? (If "yes", give date and list important duties employee is unable to perform.) ___, 19___  _Unable to work as effectively_  ☒ Yes ☐ No

4. Is he or she filing for Workmen's Compensation benefits?  ☐ Yes ☒ No

5. Has employment with you been terminated? (If "Yes", give date and reason.) ___, 19___  ☐ Yes ☒ No

6. Does your firm pay any portion of the cost of this coverage? (If "Yes", what percent of premium _____%)  ☐ Yes ☒ No

7. Is this coverage part of a Salary Reduction Cafeteria Plan?  ☐ Yes ☒ No

Name of Firm _KEARNEY ASSOCIATES INC_
Signature and title of person completing the form _Christopher L. Kearney_  _Pres._

Date ___, 19___  Address _12168 Village Woods Dr._  Telephone No. _(513) 769-58..._

WJ-291 Rev 7-90                    *ICDA – International Classification of Diseases

0589

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically
related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the
Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its
behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtain-
ed by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this
authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date __2/12/__, 19 _95_   Claimant's Signature _Christopher L. Kearney_

2797

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _____5-1-_____ , 19 _95_   Claimant's Signature _Christopher L. Kinney_

0995

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date  6-1          19 95    Claimant's Signature  *Christopher L. Kearney*

RECEIVED-IHI-JIT
95 JUN -5 AM 11:43

0997

Disclosure Authorization

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date  7-13  , 19 95  Claimant's Signature  *Christopher L. Kearney*

NOT REQUIRED

0999

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _____ 8-4 _____, 19 _95_   Claimant's Signature _Christopher L. Kearney_

1001

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date  9-11        , 19 95   Claimant's Signature  *Christopher L. Kessney*

RECEIVED – IHI–417
95 SEP 14 AM 11:19

1003

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy pf this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date ___10/2___ , 19_95_    Claimant's Signature _Christopher L. Kearney_

1005

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date ___11/1___, 19_95_   Claimant's Signature _Christopher L. Kesuney_

1007

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _12-1_____, 19_95_  Claimant's Signature _Christoph L. Kearny_

1009

Dec-01-95 08:53A Kearney Associates, Inc.    513-769-0818    P.03

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _12-1_____ 19 _95_  Claimant's Signature _Christoph E. Kearney_

2768

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date 1-2, 1996 Claimant's Signature Christopher Kearney

96 JAN -5 AM 10:22

RECEIVED-JHL-417

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _____ 2-2 _____, 19 96   Claimant's Signature _____ Christoph Kearney _____

RECEIVED-JHI-4IT
96 FEB -6 AM10:47

1013

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _____3-4_____ , 19 _96_   Claimant's Signature _____

96 MAR 11 AM 11:35
RECEIVED–JHO–437

1015

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date  4-3          , 19  96    Claimant's Signature  _Christopher Kearney_

96 APR -8 AM 11:50

RECEIVED-CHG-457

1017

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date ____5-6_____ , 19 _96_  Claimant's Signature _____

1019

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _6-1_____, 19_96_    Claimant's Signature _Christopher Kearney_

RECEIVED-IHI-412
96 JUN -5 AM 10: 45

1021

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _8-4_ 19_96_ Claimant's Signature _Christoph Kramer_

96 AUG -8 AM 11:20
RECEIVED JPLIC

1030

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date ___9-2___ , 19 _96_   Claimant's Signature _Christopher Kenney_

1035

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtain-ed by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _9-10-3_ , 19_96_   Claimant's Signature _Christopher Kearney_

1037

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date ___12-3___, 19_96_   Claimant's Signature ___Christopher Kearny___

RECEIVED — THT—417
96 DEC-9 AM10:56

1040

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _1-2_ , 19 _97_   Claimant's Signature _Christoph L Keary_

RECEIVED-IHI-4IJI
97 JAN -6. AM 8:46

1042

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _1-31_ , 19_97_   Claimant's Signature _Christopher L. Kenney_

RECEIVED-IHI-4IT
97 FEB -3 AM 10:39

1045

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date ___4-4_____ 19 _97_ Claimant's Signature _____

RECEIVED-IHI-4IT
97 APR -7 AM 10: 22

1049

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date  5-6          19 97 . Claimant's Signature  _Christopher Kearny_

RECEIVED-IHI-4IT
97 MAY-8 AM10:37

1051

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date ___6-2___, 19 _97_    Claimant's Signature _____

RECEIVED-IHI-4LT
97 JUN -4  AM 9:10

1053

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information; I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date ___7-16___ 19_77_ Claimant's Signature _____

RECEIVED–IHI–407
93 JUL 14 AM 9:42

1056

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date __8-6__ , 19 _97_  Claimant's Signature _____

1058

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _8-26_____, 19 _97_  Claimant's Signature _____

RECEIVED THU '97
97 AUG 28 AM 10:15

1060

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _____ 19__ Claimant's Signature _____

1062

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _10-29-97_ , 19 ___ Claimant's Signature _Christopher L. Kelly_

RECEIVED-THT-41T
97 NOV -4 AM 11:30

1064

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _11-29_____, 19 _97_   Claimant's Signature _Christopher Kearney_____

RECEIVED-IHF-417
97 DEC-1 PH 12:14

1066

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date __1-2_____, 19 _98_   Claimant's Signature _Christopher L. Kearney_

RECEIVED—IHI—41?

98 JAN -5 AM 10: 25

1068

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date _2-2_ 19 _98_   Claimant's Signature _Christopher Kearney_

RECEIVED-IHI-417
98 FEB -4  AM 10:01

1070

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date ___3-02___ 19 _98_  Claimant's Signature _Christoph Kearney_

98 MAR -4  AM 11: 04
RECEIVED-THE-417

1072

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date ___4-1___ 19 _98_   Claimant's Signature _____

RECEIVED-IHI-417
98 APR -6 AM 9: 21

1074

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date ____5-1____, 19 _98_  Claimant's Signature _Christopher S. Reising_

RECEIVED - THI-417
98 MAY -7  AM 8: 34

1076

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date __6·2__ 19_9?_ Claimant's Signature _Christopher Kearney_

RECEIVED-JHL-JIT
96 JUN -5 AM 8:42

**Disclosure Authorization**

For purposes of this claim, I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or other organization, institution or person, that has records or knowledge of my health, to give to the Jefferson-Pilot Life Insurance Company or any agent, attorney, consumer reporting agency or independent administrator acting on its behalf any such information. I hereby request and authorize Jefferson-Pilot Life Insurance Company to furnish all such information obtained by it to the policyholder's personal physician upon request and I hereby waive any privilege to such information. A copy of this authorization shall be as valid as the original. This authorization shall be valid for the duration of the claim.

I or my authorized representative is entitled to receive a copy of this authorization.

Date ____7-1._____ 19 _98_   Claimant's Signature _____Christopher F. Klein_____

RECEIVED THU-417
98 JUL -8 AM 10:15

1080