Jefferson-Pilot Insurance Company vs. Christopher L. Kearney    C-1-02-479
Valerie Loftin    5/6/2004

Page 134

1    least a 75 percent loss in his earnings?
2    A.  I wasn't aware of the percentage of loss of earnings.
3    Q.  Are you comfortable in concluding from that sentence
4       that if that's the case, he's entitled to the full
5       benefit for total disability?
6    A.  You'd have to look back at the definition of total
7       disability under the policy.
8    Q.  Why?  We're talking about residual disability.  It
9       says for residual disability if your loss of earnings
10      is at least 75 percent, the full benefit for total
11      disability will be payable.  Why should we have to
12      look back at total disability since we're just talking
13      about what's payable for residual disability and your
14      document says that on residual disability when your
15      loss is more than 75 percent, you get the full benefit
16      for total disability, whatever it is, whatever the
17      full benefit for total disability is.  We don't even
18      have to look at what that is right now.  But you get
19      whatever that is if you have a greater than 75 percent
20      loss in residual disability.  Isn't that what that
21      says?
22          MR. ELLIS: Objection.
23   A.  This is not the contract.
24   Q.  Okay.  That's what this says.  I understand this is
25      not a contract, but that's what this says, right?

Page 135

1    A.  I don't know, because I think you just went back to
2       paraphrasing again.
3    Q.  Okay.  I just paraphrased.  You can't answer that
4       that's what this says?  You can't conclude that your
5       document upon which you sold Mr. Kearney to give you a
6       lot of money says that if his loss of earnings is at
7       least 75 percent on residual disability, he gets the
8       full benefit for total disability?
9    A.  That's not what that says.
10   Q.  I know I didn't read the language exactly, but that's
11      what it says.  That's what it means, isn't it?  Do you
12      want me -- I'll read the language again, okay?
13          The last sentence in that paragraph says, "If
14      the loss of earnings is at least 75 percent, the full
15      benefit for total disability will be payable."  Did I
16      read it correctly that time?
17   A.  You read it correctly that time.
18   Q.  Okay.  And what that means is, if your loss of
19      earnings on residual disability is greater than
20      75 percent, you will be paid the full benefit for
21      total disability, isn't that right?
22   A.  I can't answer that.
23   Q.  Why not?
24   A.  Because this is not what controls the relationship for
25      the payment.

Page 136

1    Q.  I'm not saying it does.  I'm just saying that's what
2       that sentence says, correct?
3    A.  That's your interpretation of that sentence.
4    Q.  What's yours?
5    A.  I don't have an interpretation.
6    Q.  Why not?
7    A.  Because I'm not handling this claim.
8    Q.  Is yours different than mine?
9    A.  I don't know.
10   Q.  Does mine miss the unambiguous intended meaning of
11      that sentence?
12   A.  I can't answer that.
13   Q.  Okay.  Because the lawsuit hinges on that answer or
14      because you really disagree with me, which one?
15          MR. ELLIS: Objection.
16   A.  Because I really can't understand your line of
17      questioning.
18   Q.  All right.  Even though you say that that document
19      isn't controlling and even though you say that you
20      can't agree with my interpretation because it's
21      beyond -- my interpretation is beyond comprehension,
22      isn't that the way your company paid Mr. Kearney from
23      1993 through 2002, consistent with my interpretation
24      of what we just read?
25   A.  I'll say again, I have not reviewed the claim file.

Page 137

1       My understanding is that we made a mistake in the way
2       benefits were paid.
3    Q.  And the mistake you made is consistent with the way I
4       just read that language, correct?
5    A.  I can't answer that.  I don't know.
6    Q.  Okay.
7          MS. FARABOW: Mr. Roberson is here.  I just
8       wanted to let you know.
9          MR. ROBERTS: Thank you.
10   Q.  How many of these policies like Mr. Kearney's were
11      sold?
12   A.  I don't know.
13   Q.  Is there any way you could find that out?
14   A.  I don't know.  I don't know whether I could.  I don't
15      know if that information is available anywhere.
16   Q.  Are you mindful that the term "residual disability"
17      does not exist in the policy Mr. Kearney purchased?
18      Without referring to any rider, in the core policy
19      there is no reference to residual disability
20      whatsoever?  Are you mindful of that?
21   A.  I was unaware of that, no.
22   Q.  You were not aware of that?
23   A.  No.
24   Q.  Do you want to read it to confirm that I'm telling you
25      the truth?  Why don't you.  It's Exhibit 3.  I think

35 (Pages 134 to 137)

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney          C-1-02-479
Valerie Loftin                                                        5/6/2004

Page 138

1    you have it.
2    A.  (Witness reviews document)
3          (Discussion off the record)
4          (Brief recess)
5    A.  I found one reference to residual disability benefit.
6    Q.  Where is that?
7    A.  A medical disclosure authorization.
8    Q.  That's not the policy.  I was talking about the core
9         policy from page 1 of the policy through page 6 which
10        ends with the signature of the Chairman of the Board
11        and Chief Executive Officer and the Secretary.
12   A.  The application is considered to be a part of the
13        policy, but yes, in the preceding pages there was no
14        reference that I could find to residual disability
15        benefit.
16   Q.  Page 2 of this contains the table of contents, the
17        entire table of contents, and the document has six
18        pages that concludes with signatures.  Nowhere in
19        those six pages is there any reference to residual
20        disability, correct?
21   A.  In those six pages, no.
22   Q.  There is no reference in those six pages, correct?
23   A.  There is no reference in those six pages, correct.
24   Q.  Thank you.  All of the definitions in that policy --
25        because there is no reference whatsoever to residual

Page 139

1    disability, all of the definitions are couched in
2    terms of total disability, correct?
3    A.  I don't have personal knowledge of the contents of
4        this particular policy --
5    Q.  Take -- wait, no, hold on.  You just took -- we just
6        went -- he went to the bathroom.  We took about ten
7        minutes off the record for you to read it.
8    A.  And I was looking for residual disability.
9    Q.  Okay.  Now, read it again and confirm for me that
10       because residual disability does not exist -- the term
11       does not exist in this policy, all of the definitions
12       within this policy and that would be applicable are
13       defined in the context of total disability, correct?
14   A.  No.
15   Q.  Take as long as you like.
16   A.  I don't agree with that statement.
17   Q.  Okay.  Where is there a definition in these six pages
18       that defines a term in the context of a residual
19       disability?
20   A.  You said because there is no disability definition.
21       That's the way you prefaced the question.  That's what
22       confused me.
23   Q.  That wasn't what I said.  Let me restate --
24   A.  That's what you said.  You said because --
25   Q.  That's not what I said.

Page 140

1    A.  What did he say?
2    Q.  That's not what I said.  Let me restate the question
3        so there's no confusion, no ambiguity.  We don't want
4        any ambiguity here, okay?  Because residual
5        disability, that term, is not included in these six
6        pages, all the defined terms are couched in terms of
7        total disability only, correct?
8    A.  The policy addresses insureds against loss due to
9        total disability.
10   Q.  Simple question.  Can you confirm for me that all of
11       the defined terms in this six-page policy are defined
12       in the context of total disability or can you not do
13       that?
14   A.  I cannot do that because I'm not that familiar with
15       the contract.
16   Q.  Take as long -- we have seven hours and we have about
17       four hours left.  If you need all four hours to
18       familiarize yourself with the definitions in this
19       six-page contract to confirm for me that question, do
20       it.
21   A.  Okay.  (Witness reviews document)  Can you repeat the
22       question.
23          MR. ROBERTS:  Could you kindly read it back.
24          (The last question was read back by the court
25       reporter.)

Page 141

1    A.  I can confirm that in these six pages that is true.
2    Q.  Okay.  But the company would sell residual disability
3        riders to append to this policy, correct?
4    A.  They would sell an additional residual disability
5        benefit.
6    Q.  That's not a freestanding contract; it needs to append
7        itself to some disability insurance policy that was
8        principally sold, in this case this policy?
9    A.  In this case it was, yeah.
10   Q.  Okay.  There's nothing in that six pages of Exhibit 2
11       that suggests how you apply those definitions if a
12       residual disability is at issue as opposed to total
13       disability, correct?
14   A.  No, this addresses total disability, benefits for
15       total disability.
16   Q.  Again I asked you a negative question and your first
17       response was no, so if I have someone else read your
18       transcript at the trial, it's going to look odd.
19          There's nothing in the six pages that
20       clarifies for a policyholder the applicability of
21       those defined terms in those six pages when residual
22       disability is the issue, correct?
23   A.  I repeat that I have found no reference to residual
24       disability within these six pages.
25   Q.  Okay.  But there are defined terms in that six pages

Reported By: Rebecca J. Huddy
Huseby, Inc. An Affiliate of Spherion,  1230 W.  Morehead St., Suite 408, Charlotte, NC 28208 (704) 333-9889          Fax (704) 372-4593

**Page 142**

1    that do apply in cases of residual disability; isn't
2    that true?
3    A.  I don't know.
4    Q.  Okay.  Can you look at the definition of elimination
5    period for me on page 3.  Do you see the definition of
6    elimination period?
7    A.  Yes.
8    Q.  Okay.  Is there a separate definition of elimination
9    period that you're aware of in any rider, proposal,
10   policy that applies to residual disability?
11   A.  I don't know.
12   Q.  So you don't know if this elimination period in the
13   core policy on page 3 of the policy applies in cases
14   of residual disability?
15   A.  I think the contract speaks for itself.
16   Q.  Okay.  Does the contract contain any other definition
17   of elimination period that applies to residual
18   disability instead of total disability?
19   A.  I don't know.
20   Q.  Okay.  Can you turn to the residual disability rider
21   which is Exhibit 4.  Do you see the second column
22   there, the heading is Residual Disability Benefit?
23   A.  Yes.
24   Q.  And then there's a sentence with a sub A, sub B.  The
25   next sentence says, "This benefit will begin (a) the

**Page 143**

1    next day after the end of the Elimination Period shown
2    in the schedule."  So let's turn to the schedule.  The
3    schedule is attached to Exhibit 2.  The policy is
4    Exhibit 2 -- I'm sorry, Exhibit 3.  The policy is
5    Exhibit 3.
6    A.  That's what I was looking for.  Okay.
7    Q.  Turn to the schedule.  Are you at the schedule?
8    A.  What page are you on?
9    Q.  Do you know what the schedule is?  The seventh or
10   eighth page of the exhibit, at the top says Schedule?
11   A.  Okay.
12   Q.  Okay.  Are we in agreement that the only reference to
13   elimination period on the schedule is under the
14   heading -- the second line underneath Monthly Benefit,
15   which all fall under the heading for Total Disability
16   Due to, and then for Injury, elimination period is 90
17   days and for sickness the elimination period is 90
18   days and there's no other reference to elimination
19   period on the schedule, is there?
20   A.  I think the schedule speaks for itself.
21   Q.  Do you see any other reference to elimination period
22   other than the one I just referenced on the schedule?
23   A.  No, I do not.
24   Q.  Okay.  So can we agree that the total disability
25   policy, defined term of elimination period as it

**Page 144**

1    applies to total disability is adopted for residual
2    disability as well?
3    A.  I think the contract speaks for itself.
4    Q.  How about maximum benefit period, can you turn to page
5    3 of the policy and locate the definition of maximum
6    benefit period for me.
7    A.  Yes.
8    Q.  Okay.  It's defined in the context of total
9    disability, correct?
10   A.  I think the contract speaks for itself.
11   Q.  Are the words "total disability" in the definition?
12   A.  The words "total disability" are in the maximum
13   benefit period definition.
14   Q.  Capital T for total, capital D for disability?
15   A.  Yes.
16   Q.  And the words "residual disability" don't reside in
17   the definition, correct?
18   A.  Yes.
19   Q.  Now, can you turn to the residual disability rider.
20   That's Exhibit 4.  We were in the second column
21   before.  We were under the sentence "This benefit will
22   begin."  The next paragraph, do you see that "during,"
23   it starts with "during"?
24   A.  Yes.
25   Q.  "During a period of residual disability,

**Page 145**

1    Jefferson-Pilot will continue to pay the residual
2    disability monthly benefit for each month you are
3    residually disabled until the combination of total
4    disability and residual disability benefits equal the
5    maximum benefit period."
6        Is there anywhere a defined maximum benefit
7    period for residual disability that's independent from
8    the maximum benefit period definition we just saw in
9    the policy?
10   A.  Not that I'm aware of.
11   Q.  Okay.  Can you turn to the schedule again, Exhibit 3.
12   We were at elimination period the last time we visited
13   this document.  The third line, the next line says
14   Maximum Benefit Period.  Do you see that?
15   A.  Yes, I do.
16   Q.  And that, too, falls under the heading for Total
17   Disability Due to either injury or sickness, and then
18   there's three different maximum benefit periods for
19   periods of continuous total disability.  Do you see
20   that?
21   A.  Yes, I do.
22   Q.  Is there anywhere that you're aware of in any policy,
23   proposal, rider that defines a maximum benefit period
24   independent of total disability and exclusively for
25   residual disability?

37 (Pages 142 to 145)

Page 146

1    A.  Not that I'm aware of.
2    Q.  Is there a maximum benefit period for residual
3        disability?
4    A.  I can't answer that question. I think the contract
5        speaks for itself.
6    Q.  Okay. I do, too. Can you turn to Exhibit 3, the
7        policy, page 3, the Definitions section, and here I'd
8        like to focus in on the defined term of Monthly
9        Benefit. Do you see that there in the second column
10       of Definitions?
11   A.  Yes, I do.
12   Q.  And it says, "Monthly benefit means the amount shown
13       in the schedule or one-thirtieth of such amount for
14       each day of any period of total disability that does
15       not equal a whole month." Did I read that correctly?
16   A.  Yes.
17   Q.  There's no reference to residual disability in that
18       definition, correct?
19   A.  No, there's not.
20   Q.  Now let's turn to the residual disability rider. In
21       the first column, three-fourths of the way down, there
22       is a paragraph that starts, "Residual Disability
23       Monthly Benefit," almost all the way at the bottom.
24       Do you see that?
25   A.  Yes.

Page 147

1    Q.  The sentence above that says, "Monthly benefit is the
2        amount shown in the schedule as such." Do you see
3        that?
4    A.  Yes.
5    Q.  Just like the policy, it refers you to the schedule.
6        Now let's turn to the schedule.
7            Other than the first line under the heading
8        "For Total Disability Due To," then the first line
9        underneath that says Monthly Benefit. Do you see any
10       reference to monthly benefit on this document other
11       than that reference?
12   A.  I don't see another reference to monthly benefit on
13       that page.
14   Q.  Let's go to the proposal, Exhibit 14. Page 2,
15       Exhibit 14. The first item underneath Basic
16       Benefits -- and we've talked about basic benefits a
17       long time before, but the first line says, "Monthly
18       Benefit for Total Disability," right?
19   A.  Yes.
20   Q.  And it says that Mr. Kearney's monthly benefit for
21       total disability is 2,125, right?
22   A.  Yes.
23   Q.  Do you know of anywhere in the policy, proposal,
24       riders, any other marketing material that defines
25       monthly benefit for residual disability other than --

Page 148

1        is there any reference to monthly disability other
2        than those?
3    A.  I don't know, not to my personal knowledge.
4    Q.  Okay. Back to Exhibit 3, page 3, the Definitions
5        section. Actually I want to focus on the next
6        heading, Benefit Provisions.
7    A.  Which page are you on?
8    Q.  Page 3 of Exhibit 3. The heading is Benefit
9        Provisions and the first subsection says Benefits for
10       Total Disability Due to Injury and the second
11       subsection says Benefits for Total Disability Due to
12       Sickness, right?
13   A.  Yes.
14   Q.  In neither of those paragraphs and subsections is
15       there reference to residual disability. There's
16       reference only to total disability, right?
17   A.  Yes.
18   Q.  But you would agree with me that residual disability
19       benefits are available when residual disability is due
20       to an injury or due to a sickness, right?
21   A.  I think the contract speaks for itself.
22   Q.  Is there any section of the contract, riders, policies
23       that specifically sets forth a different definition
24       that applies only in residual disability for those
25       items?

Page 149

1    A.  Not to my personal knowledge.
2    Q.  Only the next page 4 of Exhibit 3 there's a heading
3        called Recurring Disabilities. Do you see that?
4    A.  Yes.
5    Q.  Is it possible to have a residual disability that's a
6        recurring disability?
7    A.  I can't answer that. I think the contract speaks for
8        itself.
9    Q.  You don't know if your company pays residual
10       disability benefits for people who suffer residual
11       disabilities that are intermittent and recurring?
12   A.  It would depend on the language in the policy of --
13   Q.  Are you mindful of any definition of recurring
14       disability that applies exclusively to residual
15       disability instead of total disability as this one is?
16   A.  I'm not mindful of any definitions.
17   Q.  How about the definition of surgical transplant in the
18       next column of page 4 of Exhibit 3? It's defined
19       exclusively to apply to total disability, but isn't it
20       possible that someone could suffer a residual
21       disability as a result of a surgical transplant?
22   A.  I think the contract speaks for itself.
23   Q.  Do you have know of any surgical transplant definition
24       in the policy or the rider that apply exclusively to
25       residual disability?

38 (Pages 146 to 149)

Page 150

1   A. Not to my personal knowledge.
2   Q. Would you turn to the schedule for me. There's no
3      express statement on this schedule that the cost of
4      living increase and the Social Security Supplement
5      benefit do not apply in periods of residual
6      disability; isn't that correct?
7   A. I think the contract speaks for itself.
8   Q. Do you see any express language on this schedule that
9      says that COLA and Social Security don't apply to
10     residual disability?
11  A. I don't see any reference to residual disability.
12  Q. There is a reference to residual disability. This
13     schedule identifies that Mr. Kearney purchased the
14     additional benefit of residual disability. Do you see
15     that?
16  A. I'm talking about at the top of the page.
17  Q. Correct, but on this page of the schedule, the only
18     reference to residual disability on the schedule is
19     the suggestion that Mr. Kearney actually paid your
20     company money to buy that benefit, right?
21  A. I agree that there is a reference to residual
22     disability under the Additional Benefit Provisions
23     Included, If Any.
24  Q. You agree that there's a what? I'm sorry?
25  A. There's a reference to residual disability under the

Page 151

1      Additional Benefit Provisions Included, If Any.
2   Q. Is there anything on this schedule that explicitly
3      says the cost of living increase and Social Security
4      Supplement benefit don't apply for residual
5      disability?
6   A. Those words don't appear on this schedule.
7   Q. Say again.
8   A. Those words don't appear -- that you just said don't
9      appear on the schedule.
10  Q. The explicit statement that they don't apply during
11     residual disability does not appear on the schedule?
12  A. What you just said does not appear on the schedule.
13  Q. I asked another question.
14  A. Okay.
15  Q. There is nothing on the schedule that explicitly says
16     that the cost of living increase and Social Security
17     Supplement do not apply for residual disability,
18     correct?
19  A. There is nothing that says that the cost of living --
20     what you just said is not written on this schedule.
21  Q. You agree with me?
22  A. That it's not written on the schedule, yes.
23  Q. Okay. And there's nothing in the six-page policy that
24     says it either, right?
25  A. That is written with the words that you just used, I

Page 152

1      did not see those words in the policy.
2   Q. Is there anything in the six-page policy or the
3      schedule that suggests what I said without using my
4      words?
5   A. I think the contract speaks for itself.
6   Q. Okay. Is there anything in the policy or the schedule
7      that suggests what I said without using my express
8      language?
9   A. I think the policy speaks for itself.
10  Q. Does the policy say that?
11  A. I think the policy speaks for itself.
12  Q. Does the policy say what I said?
13  A. The policy speaks for itself.
14  Q. Okay, fine, the policy speaks for itself, fine. Can
15     you tell me that the policy says that COLA and Social
16     Security Supplement in an express manner don't apply
17     to residual disability?
18  A. What I'm saying is, the sentence that you just used in
19     your earlier question is not contained in this policy.
20     The policy speaks for itself.
21  Q. I can ask as many questions as I want and I understand
22     I asked you a question before. I'm going to ask you a
23     new question.
24  A. Okay.
25  Q. Okay. Is there anything that expressly says,

Page 153

1      explicitly says, if you're on residual disability, you
2      do not get COLA and you do not get Social Security
3      Supplement? Is that anywhere in the policy?
4   A. In these six pages?
5   Q. Anywhere. Is there anywhere that it says -- do you
6      want to take a break?
7   A. No.
8   Q. Okay. Is there anything in the contract, whatever you
9      consider the contract to be -- you don't consider the
10     proposal to be the contract, fine. Whatever you
11     believe the contract to be, is there anything in there
12     that says expressly, a person on residual disability
13     is not entitled to COLA or the Social Security
14     Supplement benefit?
15  A. There is nothing in the contract that says what you
16     just said.
17  Q. Okay. Is there anything in the contract that says
18     what I said explicitly without using the words I used?
19  A. I think the contract speaks for itself.
20  Q. You can't point me to anything that is expressly
21     saying in effect what I said, maybe using different
22     words?
23  A. I can't point to anything in the contract saying what
24     you said.
25  Q. Okay.

39 (Pages 150 to 153)

Page 154

1  A. Otherwise the contract speaks for itself.
2  Q. Okay. But my question -- you got to answer my
3     question and my question said that different words can
4     be used. The English language is made up of millions
5     of words. Some of those words have the same meaning.
6     So don't get hung up on the words I use.
7        Is there anything in what you consider to be
8     the contract that explicitly says, using the words I
9     used or other words, what I said, that is, COLA,
10    Social Security don't apply to residual disability?
11 A. And I answered the question, I think the contract
12    speaks for itself.
13 Q. You can't point me to any express language in the
14    policy that says that, correct?
15 A. I can't point to any express language that says what
16    you just said.
17        MR. ROBERTS: Can we take break so I can get
18    a videographer in here and ask that question again?
19        MR. ELLIS: Do whatever you like.
20        MR. ROBERTS: Do you have a videographer
21    handy?
22        (Discussion off the record)
23 Q. Okay. Go ahead.
24        MR. ELLIS: Go ahead what? There's no
25    question pending.

Page 155

1        MR. ROBERTS: I'm not talking to you.
2  Q. Let's try this again, okay? Do you understand that
3     the English language has millions of words?
4  A. Yes.
5  Q. Okay. Do you understand that some of those words have
6     meanings and the meaning of those words is the same
7     meaning as other words?
8        How about this. "Express" and "unambiguous"
9     are two different words, correct?
10 A. "Express" and "unambiguous" are two different words, I
11    agree with that.
12 Q. How about "express" and "explicit," those are two
13    different words, right?
14 A. They're two different words.
15 Q. They have the same meaning, right?
16 A. In some contexts.
17 Q. Okay. Using that as a frame of reference, you would
18    agree with me using my words that there is nothing in
19    the policy that says using my words, "COLA and Social
20    Security Supplement benefit do not apply when you're
21    on residual disability." Those words aren't in the
22    agreement, right?
23 A. Those words are not in the agreement.
24 Q. Using my example of "express" and "explicit" as a
25    frame of reference, are there any other way that my

Page 156

1     words are expressed in the contract?
2  A. I think the contract speaks for itself.
3  Q. Okay. Can you point me to anything where the contract
4     is speaking for itself that says what I said using
5     potentially different words?
6  A. No, I can't.
7  Q. Okay. Can you turn to Exhibit 4, only instead of
8     looking at the Residual Disability rider, this time
9     let's look at the third page, the Additional Increase
10    in Benefits Rider. Is there anything on the
11    Additional Increase in Benefits Rider that says
12    unambiguously that it is not applicable for residual
13    disability?
14 A. There is no reference to residual disability stated in
15    this document.
16 Q. Using the two words "explicit" and "express" as a
17    frame of reference, is there anything that says
18    anything to that effect?
19 A. There is no reference to residual disability in this
20    document.
21 Q. That wasn't my question. Is there anything that
22    references -- whatever uses of language there may be,
23    is there anything on this rider that suggests,
24    references, states, that it does not apply for
25    residual disability?

Page 157

1        MR. ELLIS: She's answered the question.
2  A. You'd have to read the entire contract. The contract
3     speaks for itself.
4  Q. You would agree with me that if you just look at this
5     rider, it does not exclude its application in residual
6     disability, correct?
7  A. I would not agree with that. I said that the contract
8     speaks for itself and you have to take the contract in
9     its entirety.
10 Q. You have to answer my questions, okay --
11 A. That's what I'm trying --
12 Q. -- and I'm looking at this page, all right?
13 A. Yes.
14 Q. Where on this page does it imply, suggest, state
15    ambiguously, unambiguously, that this benefit doesn't
16    apply for residual disability?
17        MR. ELLIS: Object to the form.
18 A. It does not state what you just said on this rider.
19 Q. Okay. Does it state what I just said using words
20    other than the words I just said?
21 A. I can't answer that question.
22 Q. Okay. Using "explicit" and "express" as our frame of
23    reference -- forget about the words I just said. The
24    meaning I conveyed to you in the question, is it
25    stated in words other than the words that I used?

Reported By: Rebecca J. Huddy
Huseby, Inc. An Affiliate of Spherion, 1230 W. Morehead St., Suite 408, Charlotte, NC 28208 (704) 333-9889    Fax (704) 372-4593

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney          C-1-02-479
Valerie Loftin                                                        5/6/2004

Page 158

1   A.  I think the contract speaks for itself.
2   Q.  So they're not?
3   A.  That's not what I said.  I said I think the contract
4       speaks for itself.
5   Q.  Okay.  Where on this page using whatever words may
6       exist does it say that this benefit doesn't apply in
7       residual disability?
8   A.  I think you have to read the rider in the context of
9       the whole policy and you're reading just this one
10      page.
11  Q.  Okay.  So the rider itself doesn't say that, correct?
12  A.  What I'm saying is, you have to read the rider in the
13      context of the whole contract.
14  Q.  The rider itself doesn't say that, correct?
15  A.  The rider itself does not make any reference to
16      residual disability.
17  Q.  Okay.  Would you turn to the Residual Disability
18      rider.  First column, just past the halfway point,
19      there's a sentence that says "The prior monthly
20      income."  Do you see that?
21  A.  Yes.
22  Q.  "The prior monthly income will be adjusted at the same
23      time and by the same percentage as the Increase in
24      Benefits or Increase in Benefits for Total Disability
25      provision, whichever is applicable, of this policy."

Page 159

1        You agree with me that there are two
2       adjustments referenced in that paragraph?  Two things
3       are being adjusted?  One thing is adjusted at the same
4       time as another thing, right?
5   A.  I'm not sure I can agree with that.
6   Q.  Okay.  Let me make sure I read it correctly.  I'm
7       going to read it again and tell me if I'm reading it
8       accurately.  "The prior monthly income will be
9       adjusted at the same time and by the same percentage
10      as the Increase in Benefits or Increase in Benefits
11      for Total Disability provision, whichever is
12      applicable, of this policy."
13       So let's read this something, meaning the
14      prior monthly income -- you're telling your
15      policyholder that that will be adjusted at the same
16      time that something else is adjusted, and the other
17      thing that is adjusted is either the increase in
18      benefits or the increase in benefits for total
19      disability, whichever is applicable, right?
20          MR. ELLIS:  Objection, that misstates the
21      context --
22          MR. ROBERTS:  Just object, just object.
23      Don't tell her how to testify.  What are you trying --
24      listen, you're looking for the truth, just object.  We
25      both know you don't do that, though.  Object for the

Page 160

1       record.
2           MR. ELLIS:  Are you finished?
3   Q.  Ms. Loftin, do you agree with me that what this
4       paragraph is telling someone you're getting money
5       from, a policyholder, that what the company will do is
6       make two adjustments at the same time.  First, there's
7       an adjustment to the prior monthly income, and it's
8       done at the same time, the same percentage, as either
9       the increase in benefits or increase in benefits for
10      total disability, whichever is applicable, right?
11  A.  I agree that the policy speaks for itself.
12  Q.  Okay.  Thank you.  The way I read it is the way it
13      speaks, right?
14  A.  I agree that the policy speaks for itself.
15  Q.  Have you ever heard it speak?
16          A person can't at the same time receive both
17      total disability benefits and residual disability
18      benefits, can they?
19  A.  I don't know.
20  Q.  Why don't you just say, The policy speaks for itself,
21      to that question?
22  A.  Because you weren't asking me to a specific policy.
23  Q.  Okay.
24  A.  You were asking me a general question.
25  Q.  How about this policy?

Page 161

1   A.  I don't know, I'm not --
2   Q.  Can you turn to the Social Security Supplement rider,
3       Exhibit 4, page 2.
4           MR. ELLIS:  Is this part of the 30(b)(6)
5       examination, this English lesson of yours?
6           MR. ROBERTS:  That's extra.  I have more
7       lessons to give to you if you have time.
8           MR. ELLIS:  I'm sure you have plenty, but I
9       thought this was a 30(b)(6) examination.
10          MR. ROBERTS:  I thought it was, too, but you
11      didn't produce somebody who has any information on the
12      five topics designated in the Notice.
13          MR. ELLIS:  Actually that's not true and you
14      know it.
15          MR. ROBERTS:  It is true Mr. Ellis will later
16      try to take this piece of the deposition and say I did
17      do something, because unless I respond to his false
18      statements, he's going to misrepresent things.  So
19      it's clear as we went through previously when there
20      was no objection that he hasn't produced someone with
21      information on nearly every topic included in the
22      Notice, and that's been reaffirmed throughout the
23      deposition.
24  Q.  Social Security Supplement rider, are you there,
25      Exhibit 4, page 2?  Are you there?

41 (Pages 158 to 161)

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney          C-1-02-479
Valerie Loftin                                                        5/6/2004

Page 162

1   A. Yes, I am.
2   Q. Okay. The second paragraph -- the first paragraph has
3       three subsections. The second paragraph says,
4       "However, the Social Security Supplement benefit shall
5       not be payable unless," right?
6   A. That's what it says, yes.
7   Q. Okay. So in this particular rider the company went to
8       the effort to advise the policyholder when it does not
9       apply, right?
10  A. Yes.
11  Q. And does it say in there that it doesn't apply during
12      residual disability?
13  A. There's no reference in here to residual disability.
14  Q. So the company went to the effort to advise the
15      policyholder when the Social Security Supplement
16      benefit doesn't apply, yet it made no reference to
17      residual disability, correct?
18  A. No, that's not the way I read it.
19  Q. Okay. Where is the reference to residual disability?
20  A. When you said that this paragraph says when Social
21      Security Supplement benefit will not apply --
22  Q. I thought we were on the same page --
23  A. It says, "shall not be payable unless," so --
24  Q. Okay. So there are circumstances outlined here when
25      it's not payable, right?

Page 163

1   A. There are circumstances outlined here that I read as
2       conditions to payment.
3   Q. Okay. Unless those conditions are satisfied, it
4       doesn't get paid, so you're advising somebody what
5       conditions need to exist for this to be paid, right?
6   A. That's what it appears to be saying.
7   Q. And you don't say in here that you must be on total
8       disability as opposed to residual disability for it to
9       apply, right? That condition is not included?
10  A. There is a reference to the requirement of total
11      disability.
12  Q. Okay. Does the reference to total disability say you
13      must be on total disability and you cannot be on
14      residual disability for this benefit to be payable?
15  A. It says, "The monthly benefit of this policy will be
16      increased by the amount of the Social Security
17      Supplement benefit shown in the schedule if you are
18      entitled to receive monthly benefits for total
19      disability."
20  Q. Right. Everything is defined in the context of total
21      disability. I mean, do you want to go through the 80
22      of them again? Everything on the schedule, everything
23      in the policy, they're all defined in the context of
24      total disability --
25      MR. ELLIS: Is that a question or a speech?

Page 164

1   Q. -- so that --
2       MR. ROBERTS: Can we go off the record for a
3   second?
4       MR. ELLIS: No. Stay on the record.
5       MR. ROBERTS: We're going to go off the
6   record.
7       MR. ELLIS: No.
8       MR. ROBERTS: Okay. Shut up.
9   Q. Okay. Ready?
10  A. Yes, sir.
11  Q. We've already established that everything on the
12      schedule -- and there's a whole bunch of things on the
13      schedule that apply to residual disability -- and
14      everything in the policy -- and there's a whole bunch
15      of things in the policy, like elimination period,
16      monthly benefit -- we went through this -- that,
17      although couched in terms of total disability, apply
18      to residual disability, so that doesn't make a
19      difference here. Is there anything on this rider that
20      says Social Security Supplement is not payable if
21      you're residually disabled?
22  A. I think the contract speaks for itself.
23  Q. Okay.
24      MR. ROBERTS: Bill, I won't say shut up if
25  you do what you're supposed to do and simply say

Page 165

1   "objection" to preserve the objection for
2   determination by a judge later in the case. Anything
3   you say after the word "objection" -- this is like the
4   80th time I've told you this -- anything that comes
5   after the word "objection" is improper coaching of the
6   witness, and you know it, and you're sitting there
7   like a Cheshire cat smiling with your arms above your
8   head like you know something that I don't know, and
9   what we both know is that you don't follow procedure.
10      In fact, Judge Beckwith said to you three
11  weeks ago, Mr. Ellis, you have filed five false
12  declarations in a lawsuit.
13      MR. ELLIS: Are you finished? Judge Beckwith
14  never said it, you did.
15      MR. ROBERTS: She said yeah, you have. What
16  about that?
17      MR. ELLIS: No, I don't believe you're right.
18      MR. ROBERTS: It was recorded.
19      MR. ELLIS: Good. Bring it up. Now are you
20  finished or do you want to keep going?
21      MR. ROBERTS: No. Do you have any lawsuits
22  going on? I want to add as cocounsel in whatever case
23  you have.
24      (Defendant's Exhibit No. 15 was marked for
25  identification by Mr. Roberts.)

Reported By: Rebecca J. Huddy
Huseby, Inc. An Affiliate of Spherion, 1230 W. Morehead St., Suite 408, Charlotte, NC 28208 (704) 333-9889          Fax (704) 372-4593

Page 166

1  Q.  Let's see, Exhibit 15, is this your sworn testimony
2      from the King case?  Have you had a chance to take a
3      look at your deposition in the King case?
4          MR. ELLIS:  Do you have a copy for me?
5          MR. ROBERTS:  I don't.
6          MR. ELLIS:  I thought that was a requirement.
7          MR. ROBERTS:  You can get a copy later,
8      Counsel.  I'm sure your client has a copy to lend you.
9          MR. ELLIS:  Actually I thought whether I had
10     a copy or not made no difference.  It's your
11     deposition --
12         MR. ROBERTS:  Call the judge and complain.
13         MR. ELLIS:  Just finding out what your rules
14     are.
15         MR. ROBERTS:  I don't have my own civil
16     procedure rules --
17         MR. ELLIS:  You do.  Then where's my copy?
18         MR. ROBERTS:  -- since you haven't read the
19     Code of Professional Responsibility or the Rules of
20     Civil Procedure.
21  Q.  Is that your deposition transcript of sworn testimony
22     taken in the King case?
23  A.  Yes.
24  Q.  Okay.  Thanks.  Can you turn back to the policy,
25     Exhibit 3.  Now, the policy sets forth conditions

Page 167

1      that, if applicable, don't entitle a policyholder to
2      benefits.  For example, during the elimination period
3      you don't get benefits, right?
4  A.  Could you say that again, please.
5  Q.  The policy sets forth conditions that, if they exist,
6      you're not entitled to benefits.  For example, during
7      the elimination period you're not entitled to
8      benefits, right?
9  A.  Yes.
10  Q.  And after the maximum benefit duration period you're
11     not entitled to benefits, right?
12  A.  Yes.
13  Q.  You're not entitled to benefits for intentionally
14     inflicted wounds, right?
15  A.  I don't have any personal knowledge of that one.
16  Q.  If you'd turn to page 4, the Limitations and
17     Exclusions provision.  The second column says the
18     policy doesn't cover any loss caused by war,
19     self-inflicted injury that's intentional, injuries or
20     sicknesses occurring where you're in the military
21     service other than active duty for training purposes
22     only for less than 60 days, normal pregnancy or
23     resulting childbirth, right?
24  A.  That's what the policy says, yes.
25  Q.  And the residual disability benefit doesn't pay

Page 168

1      benefits if your loss is less than 20 percent from
2      pre-disability earnings, right?
3  A.  Residual disability benefits will be paid pursuant to
4      the terms of the policy.
5  Q.  Okay.  Let's turn to the rider.  Are you mindful that
6      there's a 20 percent loss threshold before a person is
7      entitled to benefits?  The second column, Limitations
8      is the heading, "The residual disability benefit will
9      not be paid for any period of time during which your
10     loss of monthly income is not at least 20 percent of
11     your prior monthly income"; is that right?
12  A.  Yes.
13  Q.  It also limits benefits in the event that you're not
14     under the care and attendance of a doctor, right?
15  A.  Benefits will not be paid for any period of time that
16     you're not under the care and attendance of a doctor.
17  Q.  So the residual disability rider sets forth
18     unambiguously conditions that, if exist, don't entitle
19     you to benefits, right?
20  A.  Could you repeat that.
21         MR. ROBERTS:  Can you read it back for her.
22         (The last question was read back by the court
23     reporter.)
24  A.  I think that the contract speaks for itself.
25  Q.  Are you aware of anyone being criticized or

Page 169

1      disciplined for the manner in which they handled Mr.
2      Kearney's claim?
3  A.  No, I am not.
4  Q.  In fact, nobody was fired for making those years and
5      years of mistakes?
6  A.  I don't know.
7  Q.  Has anyone quantified what the result of those
8      mistakes were monetarily to Jefferson-Pilot?
9  A.  I believe they were quantified in the pleadings.
10  Q.  Okay.  No one was criticized or disciplined or
11     counseled for having caused Jefferson-Pilot to lose so
12     much money?
13  A.  I don't know.
14  Q.  Are there any internal controls regarding benefit
15     payments?  Do you audit internally your claim
16     administrators' performances?
17  A.  Yes.
18  Q.  Okay.  Do you know if Mr. Kearney's mistaken payments
19     over eight or nine years or ten years were ever
20     audited?
21  A.  I don't know.
22         (Defendant's Exhibit No. 16 was marked for
23     identification by the reporter.)
24         MR. ELLIS:  Now you are way beyond the
25     30(b)(6).

43 (Pages 166 to 169)

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney    C-1-02-479
Valerie Loftin    5/6/2004

Page 170

1  Q. I've marked as Exhibit 16 a document titled Practical
2     Disability Claims Management Techniques which purports
3     to be authored by a gentleman named Dominick
4     LaGravinese and it sets forth practical disability
5     claims management techniques. Could you read through
6     this and tell me if you would disagree with any of
7     Mr. LaGravinese's statements of what are practical
8     disability claims management techniques.
9  A. If I would disagree?
10 Q. Uh-huh.
11 A. Where --
12 Q. Read through this and if you come across something
13    that, you know, you disagree with, just tell me, and
14    if you don't disagree with it, just continue reading
15    on.
16 A. (Witness reviews document)
17       (Brief recess)
18 Q. Okay. You've finished reading that document
19    Exhibit 16?
20 A. Yes.
21 Q. Is there anything in there that you would disagree
22    with?
23 A. From the standpoint of --
24 Q. It's about claim administration practices.
25 A. No.

Page 171

1  Q. Are you mindful that Bill Dempsey at Employers
2     Reinsurance Corporation sought a legal opinion about
3     whether or not COLA applied during a residual
4     disability before this lawsuit was filed?
5  A. I'm not aware of that.
6  Q. Do you know why it would be if your $50,000-a-year
7     claim people can unambiguously determine that COLA
8     doesn't apply, why Mr. Dempsey as a lawyer would need
9     to get some legal opinion about its applicability?
10 A. I don't know.
11       (Defendant's Exhibits No. 17 and 18 were
12    marked for identification by Mr. Roberts.)
13 Q. We'll get back to 17 later. I'll show you Exhibit 18.
14    It's a letter from Geraldine Johnson to Mr. Dempsey.
15    Have you ever seen this letter before?
16       MR. ELLIS: Objection. This letter was
17    obviously attorney-client privilege and was produced
18    in error.
19       MR. ROBERTS: Not under Boone versus Vanliner
20    in Ohio under bad faith cases.
21 Q. Have you ever seen this letter before?
22 A. No.
23 Q. Why don't you take a moment to review it.
24 A. (Witness reviews document)
25       MR. ELLIS: I'll also object as beyond the

Page 172

1     scope of the 30(b)(6) Notice.
2        MR. ROBERTS: It has to do with the
3     administration of the claim. I asked for the person
4     who had knowledge of the administration of the claim.
5        MR. ELLIS: Didn't (inaudible) JP that has
6     that that you're not already getting.
7        MR. ROBERTS: Whatever, Big Brother.
8  Q. I'm going to read to you a sentence and I want your
9     judgment of what it may mean in the context of this
10    case. On the second page, the second paragraph,
11    halfway through in the middle of the line, the ninth
12    line, there's a sentence that says, "In order to strip
13    Mr. Kearney of the ability to allege bad faith or at
14    least best position ourselves to defend such a claim,
15    it's my recommendation that we continue to pay Mr.
16    Kearney the monthly amount we have been paying under a
17    full and complete reservation of rights
18    contemporaneous with our pursuit of a declaratory
19    judgment action." Is that why Mr. Kearney's benefits
20    have continued at the June 2001 level through the
21    course of this lawsuit?
22       MR. ELLIS: Objection.
23 A. Is what why?
24 Q. In order to strip Mr. Kearney of the ability to allege
25    bad faith or at least best position the company to

Page 173

1     defend such a claim.
2  A. The reason that we're continuing to pay the benefit is
3     that we're seeking a declaratory judgment action from
4     the Court and we did not want to be held in bad faith
5     for denying the benefit before we got such a
6     declaration from the Court.
7  Q. Okay. So the only reason that you've maintained
8     paying him the May 2001 level of benefits as opposed
9     to completely refusing to pay him any COLA or any
10    Social Security Supplement is to strip him of the
11    ability to allege bad faith or at least best position
12    the company to defend such a claim --
13       MR. ELLIS: Objection, misstates --
14 Q. -- is that right?
15 A. Those were the statements in this letter. My
16    understanding of the reason we have continued to pay
17    the benefit is because we are attempting to handle the
18    claim in a good faith manner and not deny the claim or
19    cut off benefits until we've gotten a declaration from
20    the Court.
21 Q. From whom did you gain this understanding and when,
22    because my understanding is, you didn't know anything
23    about it until yesterday.
24 A. From the pleadings.
25 Q. Oh, from reading the pleadings last night, you

44 (Pages 170 to 173)

Reported By: Rebecca J. Huddy
Huseby, Inc. An Affiliate of Spherion, 1230 W. Morehead St., Suite 408, Charlotte, NC 28208 (704) 333-9889          Fax (704) 372-4593

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 174

1  concluded that Geraldine Johnson's advice to Employers
2  Reinsurance back in December 2001 isn't the reason
3  that payments have been maintained; you concluded
4  while reading the pleadings with your children last
5  evening that it's just because you're in good faith;
6  it's not to strip Mr. Kearney of the ability to allege
7  bad faith?
8      MR. ELLIS: Objection.
9  A.  You're asking me why I think we have continued to pay
10     the benefits.
11 Q. Okay.
12 A. And that's why I think we have continued to pay the
13    benefits.
14 Q. That's speculation on your part. You don't know why.
15 A. That we're continuing to pay the benefits?
16 Q. Yeah, at an amount that you think is improper. You
17    assert that what he's getting today is improper, yet
18    you're continuing to pay him what you believe to be an
19    improper benefit?
20 A. Until we can get a declaration from the Court.
21 Q. And you're speculating that the reason you're paying
22    him a benefit which is inconsistent with what you
23    think the policy provides isn't to strip him of the
24    ability to allege bad faith, but some other reason?
25     MR. ELLIS: Objection.

Page 175

1  Q. Is that right?
2  A. The reason is to continue to act in good faith.
3  Q. Okay. Is your review of the file consistent with
4     Ms. Johnson's conclusion that Mr. Kearney's mental
5     health is declining?
6  A. I haven't reviewed the file.
7  Q. Okay. She concludes by saying, "Bill, I know that you
8     need to review this information with Jefferson-Pilot."
9     Do you know if Mr. Dempsey ever discussed with
10    Jefferson-Pilot the contents of this letter?
11 A. I don't know.
12 Q. Okay. Let me show you Exhibit 17. I've not been
13    provided with the whole claims file and a motion to
14    compel -- are you mindful that a motion to compel has
15    been filed?
16 A. No, I wasn't.
17 Q. Okay. And there's additional information that's not
18    been supplied to me, as I referenced to your counsel
19    in my letter of April 28 which I've marked as
20    Exhibit 17.
21     MR. ROBERTS: Because there's not been a full
22    disclosure of the information that's been requested,
23    we're going to conclude this deposition now subject to
24    reconvening. Thank you.
25     (Deposition recessed at 5:00 p.m.)

Page 176

1
2
   _____
       Signature of the Witness
3
4
   SUBSCRIBED and SWORN TO before me this _____ day of
5
   _____, 2004.
6
7
   _____
           NOTARY PUBLIC
8
   My Commission expires: _____
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 177

1      E R R A T A   S H E E T
2  RE: Jefferson-Pilot v. Kearney
3  DEPOSITION OF: Valerie Loftin
4      Please read this original deposition with
5  care, and if you find any corrections or changes you
6  wish made, list them by page and line number below.
7  DO NOT WRITE IN THE DEPOSITION ITSELF. Return the
8  deposition to this office after it is signed. We
9  would appreciate your prompt attention to this matter.
10     To assist you in making any such
11 corrections, please use the form below. If
12 supplemental or additional pages are necessary, please
13 furnish same and attach them to this errata sheet.
14 Page _____ Line _____ should read:
15 _____
16 Reason for change _____
17 Page _____ Line _____ should read:
18 _____
19 Reason for change _____
20 Page _____ Line _____ should read:
21 _____
22 Reason for change _____
23 Page _____ Line _____ should read:
24 _____
25 Reason for change _____

45 (Pages 174 to 177)

Reported By: Rebecca J. Huddy
Huseby, Inc. An Affiliate of Spherion, 1230 W. Morehead St., Suite 408, Charlotte, NC 28208 (704) 333-9889       Fax (704) 372-4593

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 178

1    Page ____ Line ____ should read:
2
3    _____
     Reason for change _____
4    Page ____ Line ____ should read:
5
6    _____
     Reason for change _____
7    Page ____ Line ____ should read:
8
9    _____
     Reason for change _____
10   Page ____ Line ____ should read:
11
12   _____
     Reason for change _____
13   Page ____ Line ____ should read:
14
15   _____
     Reason for change _____
16   Page ____ Line ____ should read:
17
18   _____
     Reason for change _____
19   Page ____ Line ____ should read:
20
21   _____
     Reason for change _____
22   Page ____ Line ____ should read:
23
24   _____
     Reason for change _____
25

Page 179

1    STATE OF NORTH CAROLINA )
                             ) C E R T I F I C A T E
2    COUNTY OF GUILFORD    )
3
4         I, REBECCA J. HUDDY, Notary Public, do hereby
5    certify that VALERIE LOFTIN was duly sworn by me prior
6    to the taking of her deposition; that said deposition
7    was taken and transcribed by me; and that the
8    foregoing one hundred seventy-eight (178) pages are a
9    true and accurate transcript of the testimony of said
10   VALERIE LOFTIN.
11        I further certify that I am not of counsel
12   for or in the employment of any of the parties to this
13   action, nor am I interested in the result of said
14   action.
15        IN WITNESS WHEREOF, I have hereunto
16   subscribed my name this 12th day of May, 2004.
17
18
19   _____
          REBECCA J. HUDDY
20          Notary Public
21   My Commission Expires July 26, 2005
22
23
24
25

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 180

| A | | | | |
|---|---|---|---|---|
| **ability** 172:13,24 | 74:12 75:8 82:1,21 | 62:13 73:4 | 51:8,12 140:8 | 172:6 |
| 173:11 174:6,24 | 126:4 159:8 | **administered** 29:6 | **age** 76:11,15,16,20 | **alternative** 77:1 |
| **able** 14:11 73:10,23 | **acquired** 8:21 | 75:12 104:8 | 80:2 123:13,14 | **although** 76:12 80:1 |
| 117:14 120:25 | **acquisitions** 6:19,21 | **administering** 38:13 | **agenda** 45:16 | 164:17 |
| **about** 11:5 12:15 | 7:6,8,9 50:3 | 48:24 59:19 61:17 | **agent** 124:18 | **always** 21:8 91:6 |
| 16:7 20:9 22:13,25 | **across** 50:2 121:3 | 61:19 63:13 | **agents** 15:18 117:2,4 | 133:25 |
| 27:20 28:17 29:12 | 170:12 | **administers** 35:17 | 117:8 121:2,8 | **ambiguities** 49:22 |
| 33:23 34:23 36:6 | **act** 104:3,3,12 175:2 | **administration** | **ago** 91:9,21 93:9 | 50:7,19 51:3,8,11 |
| 37:2 38:3,12,13,24 | **action** 12:10 18:8 | 10:25 11:4 15:20 | 100:9 101:8 106:4 | 56:14 |
| 38:25 39:11,13 | 77:25 101:2 105:15 | 18:12 20:21 21:23 | 125:3 165:11 | **ambiguity** 51:16,18 |
| 42:9,12 45:9 46:21 | 106:1 172:19 173:3 | 25:13 29:25 31:24 | **agree** 56:5,9,12 | 140:3,4 |
| 47:18,20 50:18 | 179:13,14 | 41:6 58:10 59:16 | 57:23 76:18 127:2 | **ambiguous** 79:11 |
| 51:15,21 53:7,13 | **actions** 83:22 105:16 | 62:9 65:22 71:14 | 127:5,12,17 136:20 | **ambiguously** 157:15 |
| 56:24 62:12 64:3 | 105:22 | 71:14,17,19 72:3,5 | 139:16 143:24 | **amended** 16:23,23 |
| 65:15,18 66:13 | **active** 35:22 73:3 | 72:14 78:3,6,9,10 | 148:18 150:21,24 | 17:2 96:17 |
| 67:21,24 68:3 | 167:21 | 82:25 104:17 | 151:21 155:11,18 | **America** 9:16 |
| 69:23 75:7 77:23 | **actual** 37:23 60:22 | 170:24 172:3,4 | 157:4,7 159:1,5 | **among** 111:11 |
| 78:8,10,24 79:14 | 71:14 | **administrators** | 160:3,11,14 | **amount** 57:25 58:6 |
| 80:14,15,19,20 | **actually** 14:10 24:4 | 169:16 | **agreement** 2:16 16:1 | 59:8 84:9 113:21 |
| 81:12,20 83:9 84:7 | 46:2 76:12,16 | **admission** 2:21 | 16:13,17,19,22 | 114:3,4 131:14 |
| 86:21 88:20 90:3 | 87:17 105:4 122:14 | 111:20 | 17:6,9,15,16,19,20 | 146:12,13 147:2 |
| 91:22 99:2,3,12,18 | 129:11 132:4 148:5 | **Admissions** 109:18 | 17:22,25 18:3,10 | 163:16 172:16 |
| 99:20 101:15,20,24 | 150:19 161:13 | 109:21 110:2,14 | 18:13,16 19:8 | 174:16 |
| 102:14,19,22,24 | 166:9 | 111:10 | 20:16 23:10,13 | **and/or** 101:21 |
| 103:10 105:16 | **Actuarial** 48:23 | **adopted** 144:1 | 24:1,5 27:15 29:19 | **annually** 60:8,8,12 |
| 106:4,6,19 107:2 | **ad** 33:19 42:8,25 | **advice** 44:14 77:20 | 30:16,19 31:21,22 | 62:5 130:11 |
| 108:11 110:20 | **add** 165:22 | 174:1 | 35:12,19 40:23 | **annuity** 7:2,21 48:4 |
| 112:25 113:7 | **added** 44:16 | **advise** 162:8,14 | 41:18,20 42:5,24 | 52:2 |
| 115:14 118:9 | **addition** 45:6 | **advised** 37:12 91:23 | 43:6,24 46:14 | **another** 13:23 53:25 |
| 120:24 125:21 | **additional** 53:17 | 93:4 99:21 101:6 | 56:23 57:17,24 | 54:3 57:9 147:12 |
| 128:23 131:3,5 | 105:3 122:12,15 | 117:16 | 58:14,18,20 60:1 | 151:13 159:4 |
| 132:11 134:8,13 | 126:17,21 127:3,10 | **advising** 163:4 | 61:13 62:16 107:21 | **answer** 12:22 31:15 |
| 138:8 139:6 140:16 | 127:11,13,16 128:3 | **affidavit** 2:18 66:17 | 143:12 155:22,23 | 51:10 58:4 60:10 |
| 144:4 147:16 | 132:6 141:4 150:14 | 68:12,14 69:4 70:5 | **agreements** 17:5 | 74:7 77:12 96:1 |
| 149:17 150:16 | 150:22 151:1 156:9 | **affiliated** 40:24 | 23:22,24 | 98:22 99:9 132:11 |
| 155:8,12 157:23 | 156:11 175:17 | **Affirmative** 12:8 | **AG's** 6:1 | 133:13,19 135:3,22 |
| 160:25 165:16 | 177:12 | 77:23 | **ahead** 41:10 55:19 | 136:12,13 137:5 |
| 170:24 171:2,9 | **additionally** 43:14 | **affirmatively** 33:25 | 57:12 58:17 115:11 | 146:4 149:7 154:2 |
| 173:23 | **address** 3:9 34:7 | 113:8 | 132:14 154:23,24 | 157:10,21 |
| **above** 76:6 147:1 | 80:2 | **afraid** 14:23 118:22 | **ahold** 57:10 | **answered** 154:11 |
| 165:7 | **addresses** 140:8 | 118:24 | **ain't** 78:12,15 | 157:1 |
| **absence** 76:17 | 141:14 | **after** 5:12,14 44:16 | **air** 45:15 | **answering** 77:11 |
| **Absolutely** 118:5 | **adjust** 58:24 59:3 | 53:8 89:15 92:18 | **Airport** 1:14 | 84:11 132:9 |
| **accept** 115:23 | 62:14 | 107:20 123:15,23 | **Alabama** 66:9 | **answers** 12:9 77:24 |
| **accepted** 62:20 63:1 | **adjusted** 60:12,17,19 | 143:1 165:3,5 | **Alexander** 4:10 | 96:3,18 108:16 |
| 63:18 | 158:22 159:3,3,9 | 167:10 177:8 | **allegation** 54:18 | 131:3 |
| **access** 104:9 | 159:15,16,17 | **afternoon** 92:13 93:12 | **allegations** 68:8 | **anticipating** 91:19 |
| **accommodate** 92:7 | **adjusting** 60:23 | 119:16 | 106:17 | **anticipation** 96:12 |
| **accordance** 1:11 | **adjustment** 58:1,7 | **again** 7:5 49:13 52:2 | **allege** 172:13,24 | **anybody** 37:17,18 |
| 62:19 | 60:14,18,21 62:6,6 | 72:12 106:9 122:7 | 173:11 174:6,24 | 53:6 77:2 110:3,4 |
| **Accounting** 52:14 | 93:25 94:19 95:1 | 135:2,12 136:25 | **alleged** 70:25 71:4 | 116:15 |
| **accurate** 41:15 63:8 | 113:9 130:1,5 | 139:9 141:16 | **Allen** 4:10,11 | **anymore** 70:1 |
| 69:11 72:15 121:5 | 160:7 | 145:11 151:7 | **allow** 56:10 | **anyone** 22:10 71:10 |
| 129:10 179:9 | **adjustments** 159:2 | 154:18 155:2 159:7 | **almost** 146:23 | 79:14 80:7,13,18 |
| **accurately** 73:15 | 160:6 | 163:22 167:4 | **already** 105:10 | 94:24 100:8 101:20 |
| | **administer** 41:25 | **against** 44:3,20 51:3 | 118:21 164:11 | 102:3,14,19,22,24 |

**Jefferson-Pilot Insurance Company vs. Christopher L. Kearney**
**Valerie Loftin**

C-1-02-479
5/6/2004

Page 181

103:15 112:25
168:25 169:7
**anything** 11:5 30:17
41:12 42:25 47:18
62:12 63:10,12,14
77:16 79:14 80:19
103:11,12 108:1
111:23 151:2 152:2
152:6,25 153:8,11
153:17,20,23 154:7
156:3,10,17,18,21
156:23 164:19
165:2,4 170:21
173:22
**anywhere** 35:20
41:17 137:15 145:6
145:22 147:23
153:3,5,5
**apologize** 94:21
**apologizing** 93:24
95:6
**apology** 95:1
**apparently** 15:10
95:23
**appear** 87:23 90:16
111:23 151:6,8,9
151:11,12
**APPEARANCES**
2:1
**appears** 75:22 79:23
163:6
**appellate** 4:23 6:1,2
**append** 141:3,6
**applicability** 107:12
141:20 171:9
**applicable** 15:21
47:16 62:19 73:13
105:2 123:3,9
125:14 127:22
128:2,6,19 131:17
131:18,20 132:5,7
139:12 156:12
158:25 159:12,19
160:10 167:1
**application** 138:12
157:5
**applied** 75:13 123:23
171:3
**applies** 142:10,13,17
144:1 148:24
149:14
**apply** 49:4 73:23
75:3 141:11 142:1
149:19,24 150:5,9
151:4,10,17 152:16
154:10 155:20

156:24 157:16
158:6 162:9,11,16
162:21 163:9
164:13,17 171:8
**appreciate** 177:9
**apprised** 62:21
**appropriate** 41:3
78:16
**approval** 38:21 48:3
50:3
**approved** 48:9 87:17
**approving** 87:7
**approximately** 7:11
36:8
**April** 12:4 61:22
91:12,12 175:19
**area** 4:15,22 52:25
**areas** 7:7 52:15
**argumentative** 59:1
61:7
**arisen** 34:23
**arising** 32:9
**arm** 57:14
**arms** 165:7
**around** 107:22
**arrange** 120:6
**arrangement** 29:24
**arrangements** 22:8
119:15 120:1
**arriving** 118:14
**artfully** 72:10,11
**asked** 28:20 41:10
64:11,14 67:24
68:2 74:6 91:21
95:21 119:24
130:18 141:16
151:13 152:22
172:3
**asking** 16:10 50:10
50:14 77:8 84:10
111:12 160:22,24
174:9
**assert** 174:17
**asserted** 54:22 66:3
66:24
**assertion** 54:20
97:15
**assess** 18:6
**assessment** 17:15
18:1,17 30:16
35:12 56:23 76:18
107:21
**assignment** 8:10
**assist** 7:16 63:21
177:10
**Assistant** 4:21

**associate** 4:3
**associated** 100:4
**assume** 15:21 38:23
46:9 63:3 76:5
82:20,23 83:5
94:10 129:24 130:6
130:16,16,17,18,20
**assumed** 7:1 8:12
73:14,16 74:10
**assuming** 88:7
**assurance** 89:18
**Atlanta** 45:4,14
**attach** 177:13
**attached** 43:4,14,23
116:24 143:3
**attempting** 173:17
**attendance** 168:14
168:16
**attention** 33:20
34:23 57:9 177:9
**attorney** 4:20,21 5:2
98:24
**attorney-client**
171:17
**attributes** 37:3
**Aubert** 67:7,11,16
90:4
**audibly** 58:4
**audit** 39:2 169:15
**audited** 169:20
**audits** 38:15 39:15
39:21
**August** 93:23
**authored** 170:3
**authority** 39:4 114:6
114:10
**authorization** 38:8
138:7
**availability** 91:22
**available** 12:6 15:11
73:22 91:17 92:13
137:15 148:19
**avoid** 51:16,18
**aware** 18:18,23 23:4
44:15 53:5 93:8
94:1 95:4 99:16,21
101:5 107:8,25
134:2 137:22 142:9
145:10,22 146:1
168:25 171:5
**A-L-L-E-N-A** 4:12
**a.m** 1:15

---

**B**

**B** 2:14 43:5,6,13,13
43:20 142:24

**back** 3:25 13:17 16:6
19:6 22:25 52:22
56:15,23 79:6
81:24 86:1,5 92:11
93:15 99:6,7,14
106:10,11 113:6
114:16 115:7
123:25 134:6,12
135:1 140:23,24
148:4 166:24
168:21,22 171:13
174:2
**background** 122:13
**bad** 100:23 101:2,7
171:20 172:13,25
173:4,11 174:7,24
**badly** 82:6
**balance** 29:20
**Baltimore** 4:5,13
**banter** 119:2
**Barb** 13:8
**Barbara** 13:9,12,15
13:19,22,25 14:3,6
14:9,13,16,18,20
14:22,25
**based** 26:11,12,13
35:15 49:7 58:8
60:12,21,23 62:7
82:2 86:18,19,20
86:21,23 87:3
89:17 108:20
111:11,25 112:10
112:13 114:4 125:2
128:13
**basic** 122:10,13,20
122:21 123:7,8,11
123:12,17 124:2,19
125:13 126:3,4,6
126:14,16,20,21,23
127:3,4,7,8,21
131:16 147:15,16
**basically** 22:17
**basis** 25:19 26:1 34:8
89:9 106:24
**Bates** 75:19 76:2
82:11 116:22
121:12,13
**bathroom** 139:6
**became** 5:8 6:10
28:10 94:20
**Beckwith** 165:10,13
**become** 23:4 35:25
55:4
**becomes** 130:2 133:3
**before** 1:12 14:23
31:8,10 48:15

60:10 66:23 69:11
70:7,9,10,13 76:20
77:18 79:16 81:19
82:9,12 86:8,9,14
87:1 89:13 94:22
97:11 98:23 115:23
126:17 144:21
147:17 152:22
168:6 171:4,15,21
173:5 176:4
**begin** 142:25 144:22
**beginning** 1:15 120:8
**begins** 76:20 123:14
123:15,19
**behalf** 11:11 12:7
23:10,13 35:17
36:7 41:12 44:10
94:12 110:5 114:1
121:4
**behave** 77:19
**being** 1:11 3:1 42:23
44:4,5,7 60:20
66:13 67:24 68:3,5
69:1,2,24 70:14
72:7 73:1 77:3
79:14 86:25 88:6
89:24 99:21 128:23
159:3 168:25
**belief** 75:11
**believe** 14:2,13 19:14
24:24 25:9 28:3
30:2 35:14,24 39:8
39:19 57:3 66:1
81:15 89:10 92:10
96:19 114:11
153:11 165:17
169:9 174:18
**below** 18:7 131:13
177:6,11
**beneath** 20:3
**benefit** 19:15 20:4
34:24 51:20 55:5
58:24 59:3 63:17
66:6,14 67:2,2 71:5
76:7,11,13,19,21
83:22,23 86:9 87:3
95:7 97:16,24
99:19 105:24 106:2
107:23 108:3,5
122:20,21 123:7,8
123:9,12,22 124:2
124:19,20 125:8,13
126:3,5,6 127:8,22
128:3 131:15,16,17
131:19 132:6,23,24
133:1,24 134:5,10

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 182

134:15,17 135:8,15
135:20 138:5,15
141:5 142:22,25
143:14 144:4,6,13
144:21 145:2,5,6,8
145:14,18,23 146:2
146:9,12,23 147:1
147:9,10,12,18,20
147:25 148:6,8
150:5,14,20,22
151:1,4 153:14
155:20 157:15
158:6 162:4,16,21
163:14,15,17
164:16 167:10,25
168:8 169:14 173:2
173:5,17 174:19,22
**benefits** 25:9 34:19
37:3 49:23 53:18
56:11 67:21 68:20
68:20,21,24,25
69:2,14,17 70:25
72:16 74:13 76:15
76:20 77:5 79:10
80:9,15,24 89:16
105:17 106:8 107:6
107:17 109:9
122:11,12,13,15
123:10,11,12,14,16
123:17,18,19,20,20
124:21 125:9
126:14,16,18,20,21
126:21,23 127:3,3
127:4,7,11,12,13
127:15,17 129:15
133:6 137:2 141:14
145:4 147:16,16
148:9,11,19 149:10
156:10,11 158:24
158:24 159:10,10
159:18,18 160:9,9
160:17,18 163:18
167:2,3,6,8,11,13
168:1,3,7,13,15,19
172:19 173:8,19
174:10,13,15
**Bensalem** 106:15
107:2
**Bergman** 106:15,17
**best** 22:22 58:21,25
91:8 172:14,25
173:11
**best-in-the-business**
58:15
**better** 34:18 58:25
78:21

**between** 6:23 15:23
16:14 17:6,16,20
19:11 27:25 29:19
32:17 35:7 105:25
107:21 108:1,13
114:5 126:20 127:2
**beyond** 76:15 136:21
136:21 169:24
171:25
**big** 88:15 102:1
172:7
**Bill** 11:23 12:4,11
13:23 28:5,23 29:1
29:15,17 30:2,6,8,9
30:11 78:18,21
82:6 91:7 95:15
109:17 118:18
133:11 164:24
171:1 175:7
**birthday** 56:8 123:15
123:24
**Black** 14:11
**blessed** 47:22
**blessing** 48:15
**block** 26:13 27:3,5
34:20 65:25 94:6
**blocks** 35:5 42:12
**board** 112:16 138:10
**Bob** 65:10 103:18
**body** 20:20
**Bonsall** 65:10,15
103:13,18
**Boone** 171:19
**both** 36:12 40:1
51:24 73:18 80:6
92:17 94:19 112:8
122:21 159:25
160:16 165:9
**bottom** 46:1 54:2
121:19 146:23
**bought** 35:9 128:3
129:22 130:7
**Box** 121:21
**brain** 93:20
**brand** 10:16,23
**Brann** 70:20 97:13
**Brann's** 97:9
**break** 34:15 80:12
91:1 92:1,1,18
119:13 153:6
154:17
**brief** 14:5 91:11
138:4 170:17
**bring** 8:18 165:19
**brokers** 45:21
**Brother** 102:1 172:7

**brought** 102:10
**bud** 118:17
**buddy** 115:10 132:3
**bunch** 164:12,14
**business** 1:13 20:23
25:15,16 26:2,14
27:4 33:18 34:20
35:2,5,12 37:4,19
65:25 77:11 81:8
81:11,13,16 94:6
120:17,19
**buy** 45:7 115:24
129:20,21 150:20
**buying** 121:9
**B-R-A-N-N** 70:22

---

**C**

**C** 57:22 179:1,1
**calculated** 113:8
**calendar** 45:20
**California** 104:11,11
104:22 105:3
**California's** 105:8
**call** 13:4,7 15:2
92:25 102:14
117:14 166:12
**called** 78:24 119:24
122:12,14,18 149:3
**came** 52:11 71:10
92:11 108:11,19,25
112:16 117:17
**capable** 82:1
**capacities** 20:19
**capacity** 5:16 6:17
6:18 7:10,24 20:24
24:7 65:5 75:8
110:19
**capital** 50:13 89:2
122:21,25 144:14
144:14
**caps** 122:10,12
**Cardine** 106:19,23
**care** 15:1 168:14,16
177:5
**career** 3:24 5:19
95:19,22
**Carolina** 1:1,14 2:6
3:12,21 4:4 5:6
13:16 50:23 97:1
121:21 125:3 179:1
**Carrier** 40:2,4,7
**carriers** 37:11
**case** 1:5 9:9 11:12
13:14,15,23 36:21
66:11,17,19,23
68:8,24 69:21,25

73:13,23 75:3
86:24 88:6 90:4
96:4 100:21 103:7
103:9,10 105:18
106:24 121:1 134:4
141:8,9 165:2,22
166:2,3,22 172:10
**cases** 37:9 95:18,22
95:24 105:21 142:1
142:13 171:20
**case-by-case** 34:8
**casualty** 5:21,22 6:7
6:11,12,14 45:8,11
45:22 52:4
**cat** 165:7
**categories** 12:18
**cause** 46:5
**caused** 167:18
169:11
**Center** 1:13,14 2:8
**certain** 18:6,11,17
19:8,17,20 20:4
22:1 31:25 33:20
61:20 94:24 124:12
**certainly** 101:13
**certify** 179:5,11
**chains** 124:13
**Chairman** 138:10
**chance** 12:13 14:4
132:10 166:2
**change** 8:6 27:6
84:21 177:16,19,22
177:25 178:3,6,9
178:12,15,18,21,24
**changes** 177:5
**Chapel** 3:21 97:1
**charge** 56:14 65:24
**check** 69:10 87:1,7
90:10 113:20
**checks** 94:18 113:19
**Cheshire** 165:7
**Chief** 138:11
**childbirth** 167:23
**children** 122:3 174:4
**chime** 52:15
**chose** 93:21
**Chris** 121:18 122:1,9
132:16
**CHRISTOPHER**
1:6
**Cincinnati** 2:3,9
15:12
**Circuit** 14:14
**circumstance** 95:7
**circumstances** 81:4
95:4 162:24 163:1

**cites** 76:16
**city** 24:21
**civil** 1:12 166:15,20
**claim** 10:25 11:2,3,4
11:5,10 15:19
18:16,19 19:3
20:12,21 26:10,10
28:17 29:24 30:18
30:20 32:2,2,8
37:22,23 38:5,5,6,8
38:10,13,15,23,25
39:3,11 41:3,6,16
42:9,19 43:1,16,17
46:7,10,24 47:17
57:5 61:1 63:22
64:1,4,6 65:19 67:7
70:16,18 73:1
75:12,19,20 76:8
77:10 78:2,6,9,11
79:2 82:13,14,16
82:18,19,22 83:1,7
83:9,20 84:1,3,18
84:25 85:20 86:6
87:2,4 88:5,8 89:23
93:19 94:13,14,17
97:7,22 98:9,17,18
99:10,10,24 102:15
102:20,23,25 112:1
112:4 113:13 129:9
136:7,25 169:2,15
170:24 171:7 172:3
172:4,14 173:1,12
173:18,18
**claimant** 71:2,5
83:24 86:19 87:2
**claims** 5:2,8,10,15
6:6 7:15,17,19 8:5
8:11,13,16,9 9:17,17
9:20,20 10:3 17:15
18:7,8,11,11,14,17
19:3,8,9,11,12,16
19:19,20,22 20:2,2
20:3,10,15,22 21:2
21:16,23 22:1 23:5
24:3 25:18,20,21
25:24,25 26:4,7,18
26:23 27:7,8,11,12
28:10 29:5,21,25
30:16 31:9,11,24
32:9,9 35:12,17,21
35:22 36:1,3,6,13
36:16,19 37:5,13
37:20 38:2 39:13
39:17 41:25 42:1
42:12,13,15,16,16
43:20 48:25 56:23

**Jefferson-Pilot Insurance Company vs. Christopher L. Kearney**
**Valerie Loftin**

C-1-02-479
5/6/2004

Page 183

| | | | | |
|---|---|---|---|---|
| 58:9,11,16,22 59:3 | 92:16 | 77:23 96:13 97:14 | consistent 72:7 89:12 | 61:8 63:11 73:23 |
| 59:8 60:3,22 61:2 | comment 111:24 | 97:19,21 | 136:23 137:3 175:3 | 76:24 99:23 112:8 |
| 61:17,19,21,22,24 | 120:20 | complete 172:17 | consistently 74:13 | 117:11 134:23,25 |
| 62:8,9,13,21,23 | comments 52:13 | completed 43:8 84:6 | consolidating 8:23 | 140:15,19 141:6 |
| 63:1,4,13,18 65:16 | 81:1 | completely 77:8 | consolidation 8:17 | 142:15,16 144:3,10 |
| 65:22 71:15,16,18 | Commission 176:8 | 129:2 173:9 | 112:22 | 146:4 148:21,22 |
| 71:19,22 72:2,3,5 | 179:21 | completing 83:16 | construction 50:6,6 | 149:7,22 150:7 |
| 72:14,22 73:10,14 | commonly 50:5,11 | 85:16 | 50:12,19 | 152:5 153:8,9,10 |
| 73:20 74:8 75:5,8 | 50:25 | complies 49:17 | construed 51:8,12 | 153:11,15,17,19,23 |
| 82:7,22 85:15 | communicate 120:10 | comply 12:14 62:22 | consultant 94:5,9 | 154:1,8,11 156:1,2 |
| 86:13 87:1 89:5 | communicated 79:24 | comprehension | consummated 86:8 | 156:3 157:2,2,7,8 |
| 93:17 94:4,9 98:11 | 109:12 119:20 | 136:21 | contact 27:20 29:7 | 158:1,3,13 164:22 |
| 98:12 99:11 103:19 | 120:2 | computer 104:10 | contacted 77:3 79:13 | 168:24 |
| 103:24 104:1,8,12 | communication | concerning 28:1 30:6 | 79:14 119:12 | contracts 73:21 |
| 104:14,17,18 105:5 | 18:22 29:8,9 120:6 | 30:8 71:4 100:14 | contacts 28:4 120:12 | 76:10 117:9 |
| 105:6 107:21 111:6 | communications | conclude 5:5 74:12 | contain 51:22 142:16 | contractual 15:25 |
| 112:15,16,18,23,24 | 18:23 27:25 37:2 | 74:20 125:2,7,10 | contained 9:25 39:10 | 131:8 |
| 114:18 120:13 | 45:10 100:6 | 133:16 135:4 | 42:4,24 82:13 | contrary 102:7 |
| 125:5 128:11,13 | Comp 5:24 48:5 | 175:23 | 109:1 152:19 | controlling 136:19 |
| 129:8 131:4,6 | companies 8:22 9:8 | concluded 7:12 15:2 | contains 87:12,14 | controls 131:8 |
| 170:2,5,8 175:13 | 9:11,14,18 22:7 | 34:17 100:22 101:1 | 138:16 | 135:24 169:14 |
| clarifies 141:20 | 35:6 51:16,17 | 174:1,3 | contemplate 60:4 | conversation 41:19 |
| clarify 20:2 | company 1:3 2:5 | concludes 138:18 | contemplated 43:13 | conversations 28:25 |
| clarifying 56:14 | 6:11 9:10,15,16 | 175:7 | 64:18 89:16 | 29:2 42:6,8 102:19 |
| clear 161:19 | 10:1,9,14,15,18,21 | concluding 134:3 | contemplates 16:22 | 102:21 103:9 |
| client 166:8 | 12:5 17:21 18:3,12 | conclusion 71:11 | 59:12 | 117:18 |
| closed 34:20 | 19:24 20:13 21:15 | 175:4 | contemplation 60:16 | conveyed 157:24 |
| Clyde 24:8 114:11 | 23:22 24:9,25 | conclusions 131:5 | contemporaneous | coordinator 6:18,25 |
| coaching 165:5 | 26:16 34:10,11,17 | Concord 19:22 20:8 | 172:18 | copied 100:11 |
| cocounsel 165:22 | 35:11,18 36:7 41:4 | 21:2,13,22,25 72:1 | contended 54:15 | copies 40:15 |
| code 3:10 166:19 | 41:5 43:15 46:4,15 | concrete 55:12 | contents 19:5 138:16 | copy 23:11,15,18 |
| COLA 67:2 71:5 | 47:22 48:16 51:9 | condition 163:9 | 138:17 139:3 | 30:16 43:5,8 46:9 |
| 89:3,5 93:25 94:25 | 52:9,25 54:8 55:25 | conditions 18:2 | 175:10 | 47:16 57:4 79:25 |
| 103:2,2 113:8 | 56:25 58:19 59:25 | 163:2,3,5 166:25 | context 77:8,13 | 96:13 104:11 105:4 |
| 130:1,5,10,11,14 | 63:16,17 66:3,5,25 | 167:5 168:18 | 139:13,18 140:12 | 114:21 166:4,7,8 |
| 133:2,8 150:9 | 68:13 72:21 76:14 | conduct 22:13 41:2 | 144:8 158:8,13 | 166:10,17 |
| 152:15 153:2,13 | 82:20 90:14,15 | conducted 41:2 | 159:21 163:20,23 | core 137:18 138:8 |
| 154:9 155:19 171:3 | 110:5,20 111:9 | 100:25 | 172:9 | 142:13 |
| 171:7 173:9 | 112:7 114:12 | conducting 116:16 | contexts 155:16 | corner 54:2 |
| colon 50:8,13 | 115:24 117:1 | conference 14:14 | continuation 8:20 | corporate 9:3 10:2 |
| column 56:7 80:4 | 121:21 130:21 | confirm 92:25 93:1 | continue 118:16 | 10:21 |
| 87:12 142:21 | 131:9 136:22 141:2 | 137:24 139:9 | 125:12 145:1 | corporation 6:16 9:2 |
| 144:20 146:9,21 | 149:9 150:20 160:5 | 140:10,19 141:1 | 170:14 172:15 | 9:22 10:16,22 52:6 |
| 149:18 158:18 | 162:7,14 172:25 | confirmations 108:3 | 175:2 | 100:5 171:2 |
| 167:17 168:7 | 173:12 | confused 139:22 | continued 7:1 21:1 | corporations 9:24 |
| combination 145:3 | company's 41:1 | confusion 140:3 | 46:13 130:11 | corpus 6:3 |
| come 6:4 13:17 15:4 | 58:10 62:9 110:1,2 | consents 92:20 | 172:20 173:16 | correct 16:19 18:6 |
| 23:17 33:20 39:3 | 124:16,17,18 | consequence 129:19 | 174:9,12 | 19:4,9,17 20:10 |
| 55:8 61:11 72:5 | compel 175:14,14 | 129:22 130:24 | continues 86:5 | 21:19 37:7 39:14 |
| 109:16 127:6 | compensation 5:23 | consider 91:6 153:9 | continuing 23:5 | 49:24 56:11 59:6 |
| 170:12 | 17:9 | 153:9 154:7 | 86:17 115:9 173:2 | 59:15,21 64:6,9 |
| comes 47:21 98:16 | competent 90:22,24 | Consideration 57:18 | 174:15,18 | 72:6,7 74:1 83:6 |
| 165:4 | compilation 53:22 | 57:21,22 | continuous 55:5 | 84:16 87:4 98:20 |
| comfortable 134:3 | 115:2 | considered 21:22 | 145:19 | 112:15 126:5,14 |
| command 124:13 | complain 166:12 | 22:10 63:17 138:12 | contract 16:4,8 | 131:21 136:2 137:4 |
| commencing 57:24 | Complaint 12:8 | considers 74:23 82:1 | 50:11 52:1 59:7 | 138:20,22,23 139:2 |

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 184

139:13 140:7 141:3
141:13,22 144:9,17
146:18 150:6,17
151:18 154:14
155:9 157:6 158:11
158:14 162:17
corrections 177:5,11
correctly 73:15 98:1
116:25 126:12
127:20,25 128:1
131:14 132:17
135:16,17 146:15
159:6
correspondence
29:15,17 102:14,20
cost 25:24 26:1 94:19
150:3 151:3,16,19
couched 139:1 140:6
164:17
counsel 4:3 5:9 6:19
6:25 12:4,19 18:22
28:5 32:12 44:6,7
44:14 77:7,14
91:14 92:22,24
93:8 98:5 101:6,25
102:1,5 110:11
114:22 117:16
118:2 166:8 175:18
179:11
counseled 44:19
169:11
counsel's 40:21
88:12 111:7
count 116:17
Countermotion
96:17
counteroffer 115:4
counting 109:17
country 105:3,9
COUNTY 179:2
couple 98:19
course 129:18
172:21
courses 73:19 104:5
court 1:1 91:16 99:7
106:11,20 140:24
168:22 173:4,6,20
174:20
cover 31:6,10 94:17
167:18
coverage 46:6,17
56:25 57:7 107:16
covered 59:22
104:16
covers 60:25
created 52:9

creating 51:14
creation 48:14 49:16
52:10,16 64:15
criminal 6:2,20
criticized 168:25
169:10
Croft 39:24 40:5
cross-examination
37:7
cubicle 104:7
current 62:22 87:9
88:25
currently 85:9 88:1
Customer 48:24
cut 173:19
Cynthia 39:24
C-A-R-R-I-E-R 40:7
C-R-O-F-T 40:5
C-1-02-479 1:6
_____
**D**
D 2:11 131:13,13
144:14
date 18:15 56:8 84:9
dates 35:4,7
dating 52:22
David 100:4
day 1:15 45:12,23
95:23 143:1 146:14
176:4 179:16
days 84:9 93:9
114:23 143:17,18
167:22
deadline 118:21
deal 37:8 80:10
dealing 38:25
dealings 81:14
dec 106:1
December 16:13
17:6 19:6 25:7
46:13 57:25 108:2
174:2
decide 14:19
decided 25:4 115:23
decision 20:23 84:3
decisions 14:22
89:12,13
declaration 97:22
106:6 173:6,19
174:20
declarations 105:20
165:12
declaratory 101:21
105:16,22 172:18
173:3
declining 175:5

defend 172:14 173:1
173:12
defendant 1:7 2:7
15:3
Defendant's 2:15
12:1 17:12 53:11
53:19 67:4 68:10
75:16 81:22 94:2
96:21 109:24
114:19 116:13
165:24 169:22
171:11
defense 4:16 110:13
Defenses 12:8 77:23
defined 18:7 49:23
122:22,25 123:8,12
126:5 139:13 140:6
140:11,11 141:21
141:25 143:25
144:8 145:6 146:8
149:18 163:20,23
defines 16:1 139:18
145:23 147:24
definition 134:6
139:17,20 142:4,5
142:8,16 144:5,11
144:13,17 145:8
146:18 148:23
149:13,17,23
definitions 138:24
139:1,11 140:18
141:11 146:7,10
148:4 149:16
definitively 125:20
degree 3:20 33:13
75:2
delaying 132:9
Dempsey 28:5,9,23
29:1,16,17 30:7,8
30:10,11 37:2
171:1,8,14 175:9
deny 59:3,8 173:18
denying 173:5
department 7:5,15
7:16,19 48:10,19
49:16,21 72:1
110:8 111:6 117:23
128:11 129:8
departments 48:23
Department's
117:17
depend 149:12
depending 60:25
104:13,14
depends 51:5,7
118:12

depose 91:20
deposed 88:6 98:13
deposition 1:10
11:24 13:24 15:5
15:12 22:21 26:25
40:15 66:19 68:2
91:13,15,18,24
92:4,15,20 93:7,13
105:11 118:17
121:15 161:16,23
166:3,11,21 175:23
175:25 177:3,4,7,8
179:6,6
depositions 40:9
67:12 77:18,19
103:8
depriving 91:4
derived 113:2
describes 57:19
describing 100:14
**Description** 2:15
designated 47:2
161:12
desire 96:2
desired 65:4 92:4
97:22
desires 92:18
desk 104:7,12,13
105:5
destroy 64:24
determination
129:10 165:2
determinations
41:16
determine 76:10
128:9 171:7
determined 34:11
101:7
develop 38:23
developments 62:22
dial 13:5
dialogue 102:13
111:7
died 36:13,20
difference 164:19
166:10
different 8:22 10:2
12:22 32:19,23
33:8,10,14 34:1,2
35:4,5,7,16 37:25
43:12 47:12 51:22
73:2 104:10 110:24
127:13 128:22
136:8 145:18
148:23 153:21
154:3 155:9,10,13

155:14 156:5
diligence 22:13
diligent 58:16,21
60:3,20
diligently 58:9 62:7
direct 57:9
direction 27:14,15
29:7 39:12 42:4
directly 20:24 23:3
92:10
disabilities 149:3,11
disability 5:18 7:19
7:21,23 15:19 17:7
19:23 20:9,12,15
20:17,22 21:2,7,12
21:16 22:7 25:2,18
32:1,5,10,19,23
33:9,15 35:1,3 37:9
37:20 39:22,23
40:4 42:15,16,19
46:6 47:13,24 48:4
49:14 52:2 53:3,8
53:16,25 54:7,16
54:24 55:2,4,7,8,10
55:13,22 56:11
62:20,23 63:1,18
66:4,15 67:1,18
68:19,20 69:1,14
69:18 70:4 71:1,5
71:15,18,18 72:1,2
72:17 73:20 74:8
75:4,7,13 76:8,12
76:13,19,20,22
78:2 82:7,14 84:21
84:25 85:7 86:17
94:5,10 106:2
107:5,10,12 112:14
112:18 116:25
121:1,17,25 122:9
122:15,18,20 123:9
123:13,13,15,18,20
123:22 124:1,2,10
124:19,21,22 125:7
125:9,10,12,15
126:2,22,24 127:4
127:14,15,21 129:8
130:2,9,14 131:11
131:15 132:19,22
132:24 133:1,7,24
134:5,7,8,9,11,12
134:13,14,16,17,20
135:7,8,15,19,21
137:16,19 138:5,14
138:20 139:1,2,8
139:10,13,19,20
140:5,7,9,12 141:2

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 185

141:4,7,12,13,14
141:15,22,24 142:1
142:10,14,18,18,20
142:22 143:15,24
144:1,2,9,11,12,14
144:16,19,25 145:2
145:4,4,7,17,19,24
145:25 146:3,14,17
146:20,22 147:8,18
147:21,25 148:1,10
148:11,15,16,18,19
148:24 149:5,6,10
149:14,15,15,19,21
149:25 150:6,10,11
150:12,14,18,22,25
151:5,11,17 152:17
153:1,12 154:10
155:21 156:8,13,14
156:19,25 157:6,16
158:7,16,17,24
159:11,19 160:10
160:17,17 162:12
162:13,17,19 163:8
163:8,11,12,13,14
163:19,21,24
164:13,17,18
167:25 168:3,8,17
170:2,4,8 171:4
**disabled** 35:25 36:13
106:8 123:3 127:23
130:3 133:4 145:3
164:21
**disagree** 136:14
170:6,9,13,14,21
**disciplined** 169:1,10
**disclosure** 138:7
175:22
**discovery** 11:12
118:21
**discuss** 38:7 52:10
80:7 103:6
**discussed** 76:23 79:8
120:12 175:9
**discussing** 93:17
**discussion** 43:1 53:6
64:3,6 91:10 116:5
138:3 154:22
**discussions** 63:24
65:15,18 80:13
112:25 113:5
**dispute** 106:24
**disputes** 105:24
**distinction** 32:17
**District** 1:1,1 106:20
106:20
**Ditmar** 65:11 66:1

70:16,17,18
**dividing** 19:11
**division** 1:2 52:25
**DMS** 15:19,24 16:12
16:14 17:16,20
18:6,12,14,16,20
18:23,24 19:3,9,13
19:16 20:6,15
21:22 22:3,5,6,11
22:14,24,25 23:6
25:12 26:15 27:7
27:20 28:1,18,23
29:3,6,10,18,21
30:1,13,19,22
31:13,24 34:11,14
35:13,16,17 36:3,6
37:3,8,22 38:3,11
38:16,16,23 39:12
40:23 41:5,12,19
41:24 42:6,23
43:15 44:1,5,8,10
44:16,18,20 46:12
46:14 47:1 56:25
57:5,19 58:7 59:19
59:20 60:1 62:18
65:9,11,13,21,25
67:9,17 71:24
75:10,24,25 77:3
78:5,8,10 79:7,8,13
80:7,14 81:8,12,14
82:3 91:13 93:18
93:22,23 98:1,8,15
98:23 99:22 100:14
101:1,4,6,18,20
102:7,10,11,14,19
102:22,24 103:6,8
103:16 107:22,22
109:6 111:4 114:1
114:5,9 117:18
120:12,20
**DMS's** 15:19 37:19
58:8 60:13 62:7
63:17 78:2 115:15
**doctor** 168:14,16
**doctors** 98:3
**document** 17:14
28:15 52:11 53:15
75:18 77:25 108:23
121:17,22,23 125:6
127:1,7 131:2,3,5
133:10,12,14,16,18
133:20 134:14
135:5 136:18 138:2
138:17 140:21
145:13 147:10
156:15,20 170:1,16

170:18 171:24
**documents** 12:10
41:23 43:12 51:19
52:7,10 64:15,17
77:25 82:11 83:3
96:20 104:13 110:9
121:14 129:2
doing 49:3 98:4
**Dominick** 170:3
**done** 8:21 13:20
41:10 60:11 96:1
160:8
**doubt** 118:8
**down** 14:13 34:5
38:22 60:17 122:11
132:18 146:21
**dozen** 40:14
**dozens** 33:1,3 40:13
113:16
**draft** 2:19 75:23
80:25
**drafted** 47:22
**drafter** 51:4,12
**drafting** 47:18,20
49:3 52:24
**drafts** 52:13
**dramatically** 76:1
**Drive** 1:14 3:11
**dropped** 36:9,12
**due** 22:13 55:9 56:8
140:8 143:16
145:17 147:8
148:10,11,19,20
**duly** 3:1 179:5
**duration** 110:7
**during** 5:3,12,18
31:3 34:16,22 55:7
55:8,10,13 57:24
58:11 62:10 85:4
86:5 92:1,1,9
110:19 111:13
119:12 123:11,18
123:21 124:22
125:10 127:15
130:14 132:19,21
144:22,23,25
151:10 162:11
167:2,6 168:9
171:3
**duty** 112:6,8,11
167:21

———————
E
———————
**E** 2:11,14 177:1,1,1
179:1,1
**each** 41:3 46:7 113:7

113:11 123:21
145:2 146:14
**earlier** 43:10 49:7
105:11 152:19
**early** 52:22
**earned** 132:19
**earnings** 123:4
127:24 132:20,21
133:23 134:1,2,9
135:6,14,19 168:2
**easily** 124:14
**educate** 33:25 47:21
72:3
**educated** 33:8 81:25
**educates** 117:5
**educating** 33:14
**education** 72:13 73:7
104:16
**effect** 18:13 153:21
156:18
**effective** 20:24 94:20
**effort** 7:23 8:17
33:13 39:20 49:1
162:8,14
**eight** 87:23 113:19
169:19
**eighth** 143:10
**either** 13:19 16:20
36:13 46:12 67:1
87:14 92:16 103:1
145:17 151:24
159:17 160:8
**eligibility** 32:2
**eligible** 55:4
**elimination** 123:10
123:11 142:4,6,8
142:12,17 143:1,13
143:16,17,18,21,25
145:12 164:15
167:2,7
**Ellis** 2:2 11:1 12:4,12
12:17 13:3,24 20:1
20:5 26:20,24 27:2
32:6,13 46:19
55:15,17 56:16,19
58:17 59:1 60:5,9
61:7,10 64:8 67:23
74:15,25 77:6 78:4
78:15,19,23 79:2,5
80:11,17 81:5,18
83:17 85:18 88:11
89:7,20 90:1,6,21
90:25 91:4,8,14,17
91:22,22 93:4 95:3
95:10,14,17,20
98:7 99:15 101:9

101:13 102:4,4,6
102:16 108:6,15
109:13 113:4,22
115:8 118:5,7,10
118:12,16,18 119:2
119:7,18 121:16
124:5,23 125:19
129:6 132:1,10
133:9 134:22
136:15 154:19,24
157:1,17 159:20
160:2 161:4,8,13
161:15 163:25
164:4,7 165:11,13
165:17,19 166:4,6
166:9,13,17 169:24
171:16,25 172:5,22
173:13 174:8,25
**employ** 20:23 21:1
90:20
**employed** 3:13,14,15
6:4 10:8 20:18
21:2 24:9 44:8
90:14,15 114:12
**employee** 88:1 90:22
**employees** 8:25 9:2
59:23 74:3
**Employers** 22:4 26:3
26:16,22 27:4,14
27:16,20,22,25
28:4 29:20 30:1
31:18 100:5 111:5
171:1 174:1
**employment** 179:12
**enclosed** 79:20
**end** 77:1 123:22
143:1
**ends** 138:10
**engaged** 44:8,10,13
44:18 66:3 100:23
101:7
**engagement** 45:1
**English** 154:4 155:3
161:5
**entail** 106:18
**enter** 58:18
**entered** 16:13 29:24
35:20 58:13,20
107:21
**entering** 59:25
**entire** 8:7 62:24
138:17 157:2
**entirety** 157:9
**entities** 9:3,5,7 10:2
**entitle** 167:1 168:18
**entitled** 17:15 80:24

Reported By: Rebecca J. Huddy

Huseby, Inc. An Affiliate of Spherion, 1230 W. Morehead St., Suite 408, Charlotte, NC 28208 (704) 333-9889          Fax (704) 372-4593

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 186

91:23 97:23 134:4
153:13 163:18
167:6,7,11,13
168:7
**entitlement** 80:15
106:7
**entries** 87:23
**entry** 86:4
**equal** 132:23,25
145:4 146:15
**ERC** 26:1 27:13 29:7
36:4 71:24
**errata** 177:13
**erroneous** 98:23
**error** 171:18
**errors** 89:22,23
**essential** 56:2
**established** 164:11
**evaluating** 58:9 62:8
**evaluation** 58:16,21
60:3
**evaluations** 63:8
**even** 64:22 130:22
134:17 136:18,19
**evening** 174:5
**event** 168:13
**events** 23:8
**ever** 16:23 17:10
33:5,6 34:7 41:5,11
43:7,22 49:9 52:6
63:16,24 64:1
66:17 67:6 79:16
79:18 80:7,18 85:4
85:5 94:24 100:5,8
100:11,13 101:20
103:6,15,22 105:14
107:17 109:4,8,12
112:25 115:22
120:12 160:15
169:19 171:15,21
175:9
**every** 34:7 52:5
57:23 89:13 90:9
113:18,20 122:5
161:21
**everybody** 8:18
51:24 95:16
**everything** 6:20,23
33:17 95:13,15
126:20 163:20,22
163:22 164:11,14
**evidence** 83:17 89:8
102:17
**exact** 9:4 73:16
**exactly** 22:9 135:10
**examination** 1:10

2:12 3:4 161:5,9
**examined** 3:2
**examiner** 40:4 73:10
**examiners** 72:17
74:8 75:1 104:2
117:18 131:6
**example** 59:24 72:22
129:23 130:19,20
131:1 132:17,18,18
133:4 155:24 167:2
167:6
**exceed** 19:20 22:1
26:4 27:8 38:14
**exceeded** 19:16
25:12
**Except** 42:6
**exchanged** 28:15,25
**exclude** 157:5
**Exclusions** 167:17
**exclusively** 145:24
149:14,19,24
**excuse** 11:2 54:21
60:9 93:23 132:10
**execute** 23:22 66:17
**executed** 23:24 24:1
24:3
**executing** 68:14
**Executive** 138:11
**exhibit** 11:24 12:1
17:12,14 31:23
43:5,6,13,13,20,23
53:11,14,14,21,22
53:24 54:1,13 67:4
68:10,12 75:16,20
81:22 82:6 87:13
94:2 96:21 97:2
109:24 114:19,21
116:13,24 120:22
121:14,16,17,23
122:6 126:8,9
137:25 141:10
142:21 143:3,4,4,5
143:10 144:20
145:11 146:6
147:14,15 148:4,8
149:2,18 156:7
161:3,25 165:24
166:1,25 169:22
170:1,19 171:13
175:12,20
**Exhibits** 53:19
171:11
**exist** 34:1,2 41:23
49:22 137:17
139:10,11 158:6
163:5 167:5 168:18

**existing** 104:1
**exists** 41:20 52:18
**expect** 73:10,22 75:1
85:14 86:13,14,15
86:17 119:19
**expectation** 59:25
60:1 83:15,19
85:16 86:25 87:5
88:17,20,22 120:7
**expectations** 88:23
**expense** 41:1 62:13
**expenses** 25:20 59:15
59:16,18,18,24
60:22,24,24 61:2,4
61:16,23
**experience** 34:9 37:9
71:13 73:1 75:6
**expires** 176:8 179:21
**explain** 51:20 52:5,7
81:17
**explicit** 90:9,11
151:10 155:12,24
156:16 157:22
**explicitly** 151:2,15
153:1,18 154:8
**express** 55:12 150:3
150:8 152:7,16
154:13,15 155:8,10
155:12,24 156:16
157:22
**expressed** 15:6 41:17
95:1 107:18 156:1
**expressly** 56:10
113:8 152:25
153:12,20
**extended** 114:2
**external** 51:25 59:16
**extra** 59:24 161:6
**e-mail** 29:8 30:3 93:9
100:11 102:13
103:13,15 119:10
**e-mailed** 28:23
**e-mailing** 103:17
**e-mails** 27:19 28:16
28:25 102:20

**F**

**F** 179:1
**fact** 53:7 79:9 89:14
93:17 165:10 169:4
**facts** 46:19 75:3
99:15
**factual** 99:1 111:9
117:15,24
**fair** 58:16,21 60:3
63:8 82:5 104:12

**fairly** 58:9 62:8
124:14
**faith** 57:25 58:6 63:4
63:7 100:23 101:2
101:7 104:18 105:1
105:5,6,10 112:6,9
112:11 171:20
172:13,25 173:4,11
173:18 174:5,7,24
175:2
**fall** 9:18 31:25 54:9
112:15 113:2 114:8
115:20 143:15
**falls** 145:16
**Falmouth** 3:11
**false** 161:17 165:11
**familiar** 47:3 82:7
140:14
**familiarize** 140:18
**far** 31:19 40:20
61:12 80:4 87:22
103:22 105:14
119:13
**Farabow** 2:4 119:21
119:24 120:10
137:7
**fashion** 41:25
**fault** 78:13
**favor** 13:21 77:1
**Federal** 1:12 6:2
49:19
**fee** 58:1,2,5,7 59:9
59:13,14,22 60:12
60:25 61:13,14,14
62:1,3,5,14
**feel** 132:15
**field** 7:17 107:10
125:4
**fifth** 2:8 100:4
**figure** 10:10 45:16
**file** 11:3,5,10 37:22
39:3 46:10,12,24
46:25 57:5 75:19
75:21 82:13,18,19
87:4 90:23 94:14
99:24 106:1 108:8
108:9 109:7 117:19
119:11 136:25
175:3,6,13
**filed** 36:23 44:17
96:15 105:23
165:11 171:4
175:15
**files** 22:3 29:15 30:6
30:9,12,24,24 31:1
37:24 38:17,18

41:16 57:5 73:3
74:9 85:8 120:13
**filing** 50:1 102:9
**fill** 84:25
**filled** 85:6
**filling** 83:8
**final** 100:22 101:4
121:22
**Finance** 7:5
**financial** 9:15 10:1
10:15,17,20,23
19:25 21:12 22:22
22:23 35:8
**find** 12:18 52:21
54:11 56:18 57:13
65:2 76:16 108:22
111:8 137:13
138:14 177:5
**finding** 108:16,18
166:13
**fine** 13:19 84:7 85:19
133:11 152:14,14
153:10
**finish** 60:9
**finished** 95:17,20
160:2 165:13,20
170:18
**Fire** 6:7,10,12,14
**fired** 169:4
**firm** 4:5,9
**first** 3:1 7:23 8:2
17:25 18:1 22:20
32:8,11 35:19 55:2
59:13 71:7 77:1,14
79:22 82:21 87:22
88:18 91:7 115:1,1
115:2,5,13,18
121:20 122:13
126:14 127:11
132:21 141:16
146:21 147:7,8,15
147:17 148:9
158:18 160:6 162:2
**firsthand** 23:8
**fit** 12:17
**five** 100:8 161:12
165:11
**fixed** 58:1,2,5,7
59:13,13,14 60:12
61:14 62:14
**flat** 60:25
**focus** 122:13,14
127:19 146:8 148:5
**focused** 7:23
**folks** 20:14,20 21:14
35:24 98:2 104:17

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 187

131:4
**follow** 83:25 98:2
  165:9
**following** 34:14
  41:25 55:6 56:8
**follows** 3:2 18:9
**footerhead** 75:25
**force** 26:12
**foregoing** 179:8
**forget** 83:8 157:23
**forgot** 109:3 112:21
**form** 32:17 34:18
  43:7,8 53:25 83:6,9
  83:10,19,21 84:2,2
  84:5,6,15,17,20
  85:1,2,6,8,10,17
  86:1,3 87:11,13
  88:22,24 89:1,14
  98:7 108:6,15
  113:7 157:17
  177:11
**forms** 32:1,4,10,15
  32:16 33:11,15,20
  34:1 43:9 65:1
  82:14 83:8,16
  84:21 85:7,12,13
  87:9 88:25
**forth** 16:17 18:2
  148:23 166:25
  167:5 168:17 170:4
**forward** 4:1 46:5,16
**forwarded** 46:5
**found** 138:5 141:23
**four** 46:2 109:16
  127:12 130:12
  140:17,17
**fourteen** 116:19
**fourth** 75:25 76:2
  123:17
**frame** 155:17,25
  156:17 157:22
**freestanding** 141:6
**frequently** 39:15
**from** 6:20 19:11
  22:15,17 23:17
  26:2,10 27:15,19
  27:22 29:8 30:21
  35:16,20 37:17,18
  37:22 38:3 39:25
  41:23 46:17 48:22
  50:21 51:2 52:13
  69:6 78:10 81:9
  85:14 86:19 97:11
  98:5 107:2 108:9
  108:18 110:12
  114:21 115:24

117:17,23 133:5
  134:3 136:22 138:9
  145:7 160:5 166:2
  168:1 170:23
  171:14 173:3,6,19
  173:21,24,25
  174:20
**front** 45:20
**full** 133:23 134:4,10
  134:15,17 135:8,14
  135:20 172:17
  175:21
**function** 21:7 71:20
**furnish** 177:13
**further** 41:2 123:23
  179:11
**future** 130:3
**F-A-L-M-O-U-T-H**
  3:11

**_____ G _____**

**gain** 80:16 110:19
  173:21
**gathered** 110:10
**gave** 12:17 28:20
  64:11 74:6
**general** 4:3,21 5:9
  6:1 28:5 40:20
  42:17 44:6,7 48:1,4
  70:18 100:13
  104:18 105:1
  107:11 111:7
  160:24
**generally** 16:6 48:9
  62:20 63:1,18
**General's** 4:20
**generate** 120:25
**generated** 82:14
**generation** 85:16
**gentleman** 28:5
  107:2 170:3
**gentleman's** 100:3
**Geraldine** 63:21
  64:7 171:14 174:1
**gets** 125:15 130:3,5
  135:7
**getting** 27:8 38:11
  50:3 94:25 108:3
  113:19 160:4 172:6
  174:17
**give** 10:10 13:1
  30:20 42:4,9 56:1
  56:25 66:19 74:20
  82:5 129:23 130:19
  131:3 132:10 133:4
  135:5 161:7

**given** 40:9 41:5
  42:11,17 43:1
  46:15,16 73:7
  117:4,8 129:24
  130:6
**giving** 130:19
**glass** 57:14
**glasses** 57:11
**glitch** 93:20
**global** 80:5
**go** 3:25 16:3 29:12
  36:3 38:24 39:2,2
  49:5 53:24 55:19
  57:12 58:17 80:23
  86:1,5 92:19 93:13
  96:25 105:6 115:11
  116:3 122:11 123:7
  127:10 132:14
  133:7 147:14
  154:23,24 163:21
  164:2,5
**God** 78:17
**goes** 38:16 89:6
**going** 12:14,24 14:9
  14:10 38:24 41:23
  45:17,18 57:19
  58:14 60:2 78:13
  80:12,22 117:20,22
  117:25 118:2 119:1
  119:2 123:25
  129:20 141:18
  152:22 159:7
  161:18 164:5
  165:20,22 172:8
  175:23
**gone** 33:13,25 38:16
  39:25
**good** 3:6 57:25 58:6
  63:4,7 96:15,16
  104:18 105:1,4,6
  105:10 112:6,9,11
  120:17,19 165:19
  173:18 174:5 175:2
**gosh** 61:11
**gotten** 173:19
**governing** 62:23
**Graydon** 2:7
**great** 37:8 89:17
**greater** 134:19
  135:19
**greatest** 12:7 16:11
**Greene** 2:5
**Greensboro** 1:14 2:6
  3:12 8:18 21:5,11
  21:15 45:18 121:21
**grossly** 74:17

**group** 9:20,25 45:9
  52:3 116:12
**groups** 42:13
**guess** 53:1 72:7
**guidelines** 105:2,5,7
**GUILFORD** 179:2
**guy** 67:16 114:14

**_____ H _____**

**H** 2:14 177:1
**habeas** 6:2
**half** 4:25
**halfway** 122:11
  158:18 172:11
**Hampshire** 19:22
  20:8 21:3,9,13 72:2
  72:23 83:12,13,14
  84:24
**hand** 70:14 73:24
  75:18 82:5 126:8
**handed** 53:21 82:10
  116:22
**handle** 5:22 42:1,12
  42:19 61:2 72:2
  85:15 104:14 120:6
  173:17
**handled** 6:20 21:8,10
  21:11,16 30:2
  71:24 117:18 169:1
**handles** 128:11
**handling** 18:14
  20:17 21:1 25:20
  25:24 28:17 36:6
  37:9 38:7 44:9
  59:20 60:22 63:4
  73:20 74:8 75:5
  98:9 99:24 105:1,5
  105:7 108:7 109:6
  112:3 113:12
  115:16 129:8 136:7
**handwriting** 79:20
  79:23
**handwritten** 81:1
  82:16
**handy** 120:21 154:21
**happen** 130:25
**happened** 20:16
  29:12 46:21 130:20
**happens** 47:16 48:21
**Harden** 87:21 88:2,3
  90:15,16,22 92:17
  93:19 108:2 113:6
  113:9
**Harden's** 87:24
**Hardly** 132:1
**having** 69:3 169:11

**head** 2:7 10:10 19:1
  56:22 58:3 113:24
  165:8
**heading** 122:7,8,14
  122:18 126:14,17
  127:6,6,10 131:11
  142:22 143:14,15
  145:16 147:7 148:6
  148:8 149:2 168:8
**headings** 127:3
**headquarters** 65:13
**health** 92:7 175:5
**heard** 37:17,18 47:6
  115:13 160:15
**held** 6:8 173:4
**help** 14:11 57:16
  73:7
**helpful** 84:13
**her** 39:22,25 40:1
  60:9,9 64:3 77:11
  77:17 78:1,7 90:20
  92:4,25 93:19
  95:11 99:6 106:10
  120:3,10 132:10
  159:23 168:21
  179:6
**heretofore** 76:9
**hereunder** 58:8
**hereunto** 179:15
**Hey** 14:22
**he'll** 88:9
**Hi** 13:9
**hide** 81:9
**high** 37:10
**higher** 62:13
**highly** 74:3,11
**Hill** 3:21 97:1
**him** 14:5 28:12,14,25
  29:3,8,9 54:23
  65:18 66:13 67:9
  67:10 77:4 80:10
  80:23 81:2,3 93:24
  95:2 98:4 100:6
  114:16 115:4
  119:15,19 130:15
  173:8,9,10 174:18
  174:22,23
**hinges** 136:13
**HIPAA** 104:3
**hire** 62:12
**hiring** 98:3
**historical** 82:15 86:3
**historically** 32:20
  33:10 47:14
**hoc** 33:19 42:8,25
**hold** 6:23 8:4,14

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney    C-1-02-479
Valerie Loftin    5/6/2004

Page 188

139:5
holding 10:15,20,21
home 3:9 7:18 92:19
  93:13 118:13,15
homebound 91:25
  93:6
Honaker 24:8
  114:11
hook 61:3
Hopefully 118:7
hospital 14:6
hospitalized 93:5
hour 110:19
hours 15:4 91:3
  106:4 140:16,17,17
house 50:2 120:8
Huddy 1:13 179:4,19
Hughes 67:6,8,15
  101:15,17,18 114:1
  114:23
human 90:2
hundred 33:17 179:8
hundreds 89:17
hung 154:6
hungrey 90:25
husband 92:4

_____
**I**
idea 11:21 32:23
identification 12:2
  17:13 53:12,20
  67:5 68:11 75:17
  81:23 94:3 96:22
  109:25 114:20
  116:14 165:25
  169:23 171:12
identified 11:18
  98:22 121:13
identifies 150:13
identify 34:18
ill 91:24 92:6
illegal 59:6,7,11
illustration 127:9
IMEs 98:3
immediately 36:3
  55:6
imply 157:14
imposition 93:7
impression 133:15
  133:17
improper 165:5
  174:16,17,19
improved 34:13
inaccurate 111:23,25
  112:2
inasmuch 76:24

inaudible 172:5
include 15:19 73:21
  97:21 123:8,12
  133:7
included 36:18 46:10
  109:14 140:5
  150:23 151:1
  161:21 163:9
includes 72:18 89:2
  124:20
including 15:20
  28:15 40:24 48:4
  107:12
income 32:10 35:3
  62:20,23 63:1,18
  121:18,25 122:9
  132:19 158:20,22
  159:8,14 160:7
  168:10,11
inconsistent 174:22
increase 53:17 59:9
  94:18 123:17,19
  124:21 125:9
  127:15 150:4 151:3
  151:16 156:9,11
  158:23,24 159:10
  159:10,17,18 160:9
  160:9
increased 123:20
  130:10,13 133:8
  163:16
increases 123:23
incur 61:16
incurred 59:18
independent 7:7
  52:7,8 89:23,24
  145:7,24
indicate 36:19
indicated 43:22
  60:14 94:24
Indicating 117:21
individual 7:21 9:20
  10:3 21:1 47:17
  67:17 69:25 75:3
  108:8 109:7
individuals 19:3 21:4
  21:5 45:9 65:11,21
  67:8 72:8
industry 24:23 32:3
  45:10 51:1
industry-sponsored
  73:19 104:5
inflicted 167:14
information 13:1
  39:10,12 46:7,18
  46:25 53:1 55:25

57:1,7 64:20,22,23
  64:24 65:5 68:16
  69:10 76:7 78:8
  79:24 81:20 86:19
  86:20 87:4 88:10
  88:20 93:8 96:5,5
  98:5,8 99:2 100:14
  101:12 108:24
  110:10,20,25 111:9
  117:4,15,15,17
  137:15 161:11,21
  175:8,17,22
infrastructure 59:23
initial 87:7 88:15
initials 87:14,20,24
  90:16 93:20 113:6
injuries 167:19
injury 143:16 145:17
  148:10,20 167:19
input 42:9 48:22
  98:5 116:20
inside 22:24 23:15
  23:18 84:15
insight 74:21
instance 121:12
instead 80:25 84:11
  142:18 149:15
  156:7
instruct 77:11
instruction 42:12,18
instructions 104:9
insurance 1:3 2:5
  4:16 5:2,18 7:19,20
  7:22,24 8:22 9:5,10
  9:11,13,15,16,18
  10:1,9,14 12:5
  17:21 18:5,12 20:9
  20:13,22 21:7,11
  21:15,16 22:7
  23:22 24:23 25:2
  32:1,5,10,19,24
  33:9 35:3,6,6,11,18
  36:7 37:11,20 45:8
  45:21,22 47:13
  48:3,10,15,18 50:6
  50:12,19 51:1,8,16
  51:17 54:8 62:20
  62:23 63:1,18
  68:13 71:15,23
  76:14 107:10,11
  110:12 112:7,13,14
  112:23 115:24
  117:1 121:1,20,25
  122:9 124:14,15,16
  125:4 130:21 141:7
insure 72:14

insured 129:11,20
insureds 140:8
insurer 25:20
insuring 89:15
integrating 8:16
integration 6:18,25
  7:17 8:11
intend 92:19
intended 38:4 136:10
intention 92:14
intentional 167:19
intentionally 81:6
  167:13
intentions 38:12
interact 28:1,6 38:11
  65:9 67:6
interacted 65:10
  114:9
interacting 28:9
interaction 28:12
  38:20,20 48:25
  67:10 75:10 82:2
interested 115:3
  121:9 179:13
intermittent 149:11
internal 48:14 51:19
  51:24 73:18 84:21
  101:25 102:5 104:2
  110:11 169:14
internally 38:24
  48:21,22 52:9 98:4
  169:15
interpleaders 105:23
interpret 75:9 93:18
interpretation 72:20
  73:16 128:7 131:23
  131:25 136:3,5,20
  136:21,23
interpreted 51:3
  102:7,8 103:1
interrogatories 12:9
  77:24 96:4,19
  100:2 108:10,17,21
  109:20 110:3,13
interrogatory 2:20
  11:15 96:7 97:2,5
  98:21 100:3 111:10
interrupt 14:5
intervention 14:2
introduced 65:14
intrude 92:6
inventory 30:20
  43:16,17
investigating 98:3
investigation 41:2
investigators 40:24

investment 9:7
involved 11:4 22:17
  22:18 23:3 50:1
  52:23 53:6 66:8
  82:25 90:4 94:16
  102:25 112:22,23
  124:9
involvement 94:12
  97:12
involving 99:17
in-house 18:22 19:19
  20:7,21 72:1 92:22
  92:24 117:16
issue 66:13 67:22
  68:3,3,5,5,6,24
  69:1,2,3 77:3 79:13
  79:15 80:5 84:3
  105:23 141:12,22
issued 12:3 26:13
  32:24 33:5,9,17
  47:14 86:9,14 87:1
  91:13
issues 7:6,7,9 49:20
  50:2 66:11 73:20
  102:25
issuing 87:6
item 15:16 78:7
  123:17 147:15
items 124:3 126:17
  148:25
iterations 47:13
  49:11
iv 46:3 56:24
i.e 76:22

_____
**J**
J 1:12 88:15 179:4
  179:19
January 19:6 20:24
  25:8 108:13
Jeff 41:12
Jefferies 10:25 13:15
  78:11 98:17 125:8
Jefferson 35:7
Jefferson-Pilot 1:3
  2:5 3:14,16 6:4,5,6
  6:9,10,12,13,14,16
  8:18,25 9:2,3,10,15
  9:16 10:1,4,8,13,15
  10:16,17,22,23
  12:5 15:17,24
  16:11,14,25 17:7
  17:20 18:4,5,11
  19:8,24,25 20:13
  20:18,22 21:8,10
  21:12,15,25 22:10

**Jefferson-Pilot Insurance Company vs. Christopher L. Kearney**
**Valerie Loftin**

C-1-02-479
5/6/2004

Page 189

| | | | |
|---|---|---|---|
| 22:13,19,25 23:7 | **JP's** 19:12 22:23 | 122:1,10 124:18 | 50:22 51:10,13 | 148:3 149:1 150:1 |
| 23:10,14,16,19,21 | 114:6 | 125:8 129:24 | 52:12,17,20,23 | 167:15 172:4 |
| 24:13 25:23 27:5 | **judge** 1:6 13:4 | 132:15 133:25 | 53:2 54:3,4,7,12 | **known** 50:11,25 |
| 29:5 30:20 31:13 | 133:16 165:2,10,13 | 135:5 136:22 | 55:24 56:4,17,20 | **knows** 12:15 88:9 |
| 32:20 33:10 34:3,5 | 166:12 | 137:17 150:13,19 | 57:8 59:2,10,11 | 95:13,16 |
| 34:9,11,16 35:2,8 | **judges** 14:17 | 172:13,16,24 174:6 | 63:23 64:19,21,22 | |
| 35:11,17 36:7 | **judge's** 14:1 | 177:2 | 64:25 65:3,6,8,23 | **L** |
| 37:23 38:6,12,15 | **judgment** 51:15,17 | **Kearney's** 11:2,4 | 65:24 69:20,22 | **L** 1:6 |
| 39:1,13,20 41:24 | 82:2 89:22 96:14 | 18:19 19:2 44:20 | 70:23 71:6,7,10 | **label** 76:3 |
| 44:1,3,13,17,19 | 96:16,17,18 101:22 | 46:12 47:2 53:4 | 77:12,18,19 78:15 | **labeled** 75:19 82:11 |
| 45:7 46:4,17 47:14 | 105:16,22 112:5 | 63:22 65:19 77:4 | 79:14,20 82:18 | 116:22 121:13 |
| 49:9 51:19,24 54:8 | 116:9 120:18 172:9 | 78:9 79:2 82:13,16 | 84:5 85:2,10 87:9 | **lacking** 74:11 |
| 55:2,22 59:19,20 | 172:19 173:3 | 82:22,22 83:1,9 | 87:12,20 88:3,6,15 | **LaGravinese** 170:4 |
| 61:6,24 63:22 | **judgments** 75:7 | 84:18 88:5,7 89:23 | 88:23,24 90:13,18 | **LaGravinese's** 170:7 |
| 65:22 68:13 71:15 | **July** 179:21 | 94:13,14,16 98:9 | 90:23 93:17 94:8 | **Lamping** 2:2 |
| 71:18,20,23 72:3,8 | **June** 6:5 8:13 24:18 | 98:18 99:10 102:15 | 95:8,9,11,12,15 | **language** 34:6,12,18 |
| 72:13 74:10,20,22 | 67:14 93:22 112:17 | 102:19,23,25 | 96:4,6 97:2,13 | 34:24 48:12 52:5 |
| 76:23 77:2 79:9,12 | 172:20 | 105:18 108:5,8 | 100:21 101:13,14 | 76:18 80:1 90:9,11 |
| 79:15 80:14,18 | **jury** 120:1,22,25 | 109:7 112:1,3 | 103:22,24 105:14 | 90:11,19 124:24 |
| 82:15 84:15 85:4 | 101:1,4,8 | 114:22 115:16 | 106:16,22,23 107:4 | 125:21,25 126:2 |
| 88:2 91:14 92:23 | **just** 13:9 17:22 20:9 | 137:10 147:20 | 109:19 110:12,25 | 127:2 128:13 |
| 92:24 94:6,12 | 27:8 32:15 37:24 | 169:2,18 172:19 | 111:24 113:13,15 | 129:11 135:10,12 |
| 97:11,15,22 98:6 | 38:21 39:1 42:8 | 175:4 | 113:17,23,25 114:1 | 137:4 149:12 150:8 |
| 98:14 99:14,22,23 | 49:1 52:1 57:6 | **keep** 13:5 40:15 | 115:12,13,15 | 152:8 154:4,13,15 |
| 100:22 102:10 | 60:18 61:20 64:13 | 62:21 83:20 85:21 | 117:23 118:1,12 | 155:3 156:22 |
| 103:20 104:7 | 69:8 72:4 74:10 | 105:4 109:17 119:7 | 119:13,17 124:6,7 | **larger** 26:17 |
| 105:14 106:6 | 82:10 90:2 92:2,25 | 165:20 | 128:8,21 130:22,25 | **last** 8:10 33:17 46:1 |
| 107:17,22 111:2 | 93:20 95:24 101:8 | **Kentucky** 24:20 | 131:22,24 133:15 | 61:20 86:21 87:22 |
| 114:2,8 117:1 | 102:5 117:24 119:1 | **kept** 19:19 40:20 | 135:1,10 136:9 | 96:11 97:3 98:18 |
| 120:5,19,24 121:20 | 124:3,11 125:23,25 | **kicks** 26:9 | 137:5,8,12,14,14 | 99:7 106:11 108:10 |
| 121:25 122:7,8 | 128:23 129:1 | **kids** 116:17 | 137:15 142:3,11,12 | 110:16 111:20 |
| 132:23 145:1 169:8 | 130:18 134:12 | **Kim** 70:20 97:9,13 | 142:19 143:9 | 115:2 116:2,6,15 |
| 169:11 175:8,10 | 135:1,3 136:1,24 | **kind** 48:14 104:14 | 147:23 148:3 149:9 | 122:2 133:22 |
| 177:2 | 137:4,7 139:5,5 | **kindly** 3:6 140:23 | 149:23 159:25 | 135:13 140:24 |
| **Jefferson-Pilot's** | 143:22 145:8 147:5 | **King** 66:8,23 67:7,11 | 160:19 161:1,14 | 145:12 168:22 |
| 12:8 46:17 75:9 | 151:8,12,20,25 | 67:16,17,22 68:12 | 165:6,8,8,9 169:6 | 173:25 174:4 |
| 82:7 83:15 96:3 | 152:18 153:16 | 69:13 90:4 103:7,9 | 169:13,18,21 | **later** 27:1 49:11 |
| 102:8 121:3,10 | 154:16 157:4,18,19 | 103:10 166:2,3,22 | 170:13 171:6,16 | 81:10 92:24 114:23 |
| **Jefferson-Pilot/Mr** | 157:20,23 158:9,18 | **King's** 99:10 | 173:22 174:14 | 129:21 133:3 |
| 76:4 | 159:22,22,24 | **know** 9:1,4,8 11:15 | 175:7,9,11 | 161:15 165:2 166:7 |
| **job** 24:11,12 60:20 | 160:20 166:13 | 11:17 12:10,19 | **knowledge** 10:24 | 171:13 |
| 73:1 103:25 | 170:13,14 174:5 | 13:3,5 14:12 16:7 | 12:6,7 15:6,14,18 | **laundry-list** 69:6 |
| **jog** 67:20 68:2 | | 16:24,25 17:3,4,18 | 15:22,23,25 16:3 | **law** 3:20 50:18,21,24 |
| **Johnson** 63:21,24 | **K** | 18:19 20:16 21:24 | 16:11 17:3 22:12 | 51:2 62:19,22 75:2 |
| 64:7 171:14 | **Kearney** 1:6 35:9 | 22:15,16,20,24 | 22:22 23:8 28:24 | 96:25 101:11 |
| **Johnson's** 174:1 | 52:9 53:9,23 54:15 | 23:9,12,20 24:1,4,6 | 40:22 48:1 49:8,13 | 104:11,22,25 |
| 175:4 | 54:22 55:18 64:16 | 24:15,17,19,21,25 | 54:10 63:20 64:10 | 118:19 125:3 132:4 |
| **join** 90:7 | 71:8 75:23 76:6 | 25:3,6 26:5,6,8 | 66:16 67:3 69:23 | **laws** 49:18 104:16,23 |
| **joined** 6:5 7:5 | 77:10 79:10 80:8 | 28:21 29:14 31:15 | 74:11 78:2,14 | **lawsuit** 17:17 44:4 |
| **joint** 49:1 88:14 | 80:15,19,23 84:3 | 31:19,20 32:18 | 81:13 87:11 98:8 | 44:17 89:9 102:10 |
| **Joseph** 106:19 | 93:22,24 94:25 | 33:16 35:9,10,16 | 98:15,17 100:24 | 102:11,15 113:21 |
| **JP** 10:20 17:16 18:10 | 97:17,23 98:3 | 35:19 36:5 40:12 | 103:23 108:7 109:4 | 136:13 165:12 |
| 18:17,24 19:9,19 | 97:17,23 98:3 | 40:20 43:19 44:21 | 109:6,8,11 111:1 | 171:4 172:21 |
| 38:8 80:7 81:8,11 | 107:23 109:4 113:2 | 44:22,23 46:21,23 | 112:1,3 113:12 | **lawsuits** 36:22,23 |
| 81:24,25 109:7 | 114:2 115:3,7,19 | 46:24 47:18,22 | 114:5 117:24 124:8 | 66:2,24 165:21 |
| 114:5 172:5 | 115:23 121:18 | 49:13,25 50:18,21 | 125:1 128:5 139:3 | **lawyer** 3:18 12:20 |

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 190

28:21 67:15 78:22
109:22 110:13
111:5 118:18 128:9
171:8
**lawyers** 44:8 73:25
77:19 91:19
**lead** 81:14
**League** 4:4
**learned** 98:18
**learning** 29:12 34:6
**least** 55:5 79:11 94:7
133:23,25 134:1,10
135:7,14 168:10
172:14,25 173:11
**leave** 72:5 119:23
**left** 24:17 73:4 87:22
92:9 140:17
**left-hand** 54:2 79:25
87:12
**legal** 9:7 10:22 44:18
48:23 49:16,21
50:1 52:14 73:25
74:21 110:8 112:10
117:17,23 131:4
171:2,9
**lend** 166:8
**Leonard** 106:14,16
**less** 10:11 33:1 40:14
58:20 124:11
167:22 168:1
**lesson** 161:5
**lessons** 161:7
**let** 60:9 75:21 120:5
126:2 137:8 139:23
140:2 159:6 175:12
**letter** 2:18,20,23,24
18:21 19:2,5 30:3
67:14 75:22,23
78:5,10 79:24
80:22,25 81:1,5
93:24 94:8,15,22
95:5 114:21 115:1
171:14,15,16,21
173:15 175:10,19
**letterhead** 75:24
**letters** 2:21 27:19
89:2 114:24 122:21
122:25
**let's** 13:4 19:6 38:23
72:11 76:5 79:3,3
79:22 81:2 82:5
86:1 88:13 116:3
117:12 119:23
122:6,12,14 127:10
127:19 129:24
130:6,15,20 143:2

146:20 147:6,14
155:2 156:9 159:13
166:1 168:5
**level** 172:20 173:8
**levels** 124:13
**leverage** 80:9,16
**Lexington** 14:15
24:22 114:14
**liability** 26:3,6,9,17
26:23 27:9 41:15
59:8 63:9 107:16
129:10
**life** 2:5 7:21 9:5,10
9:11,13,16,18 10:9
10:13 12:5 17:21
18:5,12 20:13
21:11,15 23:21
27:5 35:6,8,11,18
36:7 40:10 48:4
52:2 54:8 68:13
71:23 76:22 86:6
112:23 121:20
123:14 130:5
**lifetime** 56:10 77:5
79:10 80:8,15,24
**like** 4:2 28:22 44:4
86:2,12 87:14 90:3
92:22 104:3 110:24
137:10 139:15
146:8 147:5 154:19
164:15 165:3,7,8
**limitation** 76:17 80:2
**Limitations** 167:16
168:7
**limited** 40:25 112:1,3
**limits** 168:13
**line** 19:11 32:8,11
100:4 136:16
143:14 145:13,13
147:7,8,17 172:11
172:12 177:6,14,17
177:20,23 178:1,4
178:7,10,13,16,19
178:22
**lines** 7:19,21
**list** 126:16 131:13
177:6
**listen** 84:11 132:2
159:24
**litigation** 4:17,23 6:1
6:2 11:8 44:1,3,9
44:11 53:7 54:14
66:8 67:11,22 68:4
68:6,7 71:4 99:16
99:20 106:5,16,18
106:22,23,25 110:8

110:9
**litigations** 70:24
**little** 57:14
**lives** 24:19,21
**living** 94:19 150:4
151:3,16,19
**LLP** 2:2
**locate** 144:5
**located** 5:5 8:19
84:23
**location** 8:24
**locations** 8:22,24
**Loftin** 1:11 3:1,8
17:14 68:12 160:3
177:3 179:5,10
**logic** 132:3
**logical** 131:25
**long** 3:15 4:24 6:23
7:10 8:10 28:9
91:2 139:15 140:16
147:17
**longer** 20:23 21:17
22:19 34:25 36:13
69:22
**look** 31:21 47:15
49:25 54:1 80:5
86:12 119:10 122:5
122:6 134:6,12,18
141:18 142:4 156:9
157:4 166:3
**looked** 116:7
**looking** 49:19 57:11
64:19,21 72:9
87:25 108:21
126:10,11 129:9
132:2 139:8 143:6
156:8 157:12
159:24
**looks** 28:22 87:14
110:24
**lose** 169:11
**losing** 118:17
**loss** 123:4 127:23
132:21 133:23
134:1,2,9,15,20
135:6,14,18 140:8
167:18 168:1,6,10
**lost** 95:19,22,24,25
**lot** 110:24 135:6
**Louisville** 14:16
**lunch** 91:1 92:18
110:19 111:13
117:13
**Lupidi** 121:19
**lying** 80:14,19
**L-O-F-T-I-N** 3:8

110:9

| **M** |
|---|
**made** 8:17 14:22
15:3,11 20:23 24:2
26:1 37:23 54:20
55:9 89:17,22 90:2
90:3,8,10,18,23
95:1 97:15 113:13
115:6,19 119:15,18
130:15 137:1,3
154:4 162:16
166:10 177:6
**mail** 93:10
**maintain** 29:15
30:25 104:6,11
**maintained** 105:15
173:7 174:3
**make** 11:24 12:6
14:23 41:15 49:17
74:3,7,9 85:22,25
89:10,12,12 91:17
113:10 117:14
129:9 131:4 158:15
159:6 160:6 164:18
**makes** 87:2
**making** 63:8 115:3
124:11 169:4
177:10
**manage** 44:1
**managed** 44:5,5,7
**management** 2:23
17:7 46:6 62:21,24
63:2,19 75:7 94:5
94:10 107:5 170:2
170:5,8
**manager** 5:8 39:22
39:23 45:7
**mandatory** 46:15
**manner** 37:12 47:10
62:19 63:13 81:25
152:16 169:1
173:18
**manual** 52:4 103:19
**many** 8:25 9:3 10:2,8
32:23 35:16 36:22
36:23 39:18 40:9
61:1 65:21 89:22
89:23 90:12,18
137:10 152:21
**March** 61:21 108:4
108:13
**margin** 79:25
**mark** 50:8,9,13
**marked** 12:1 17:12
17:14 53:11,19
67:4 68:10 75:16
75:19 81:22 94:2

96:21 109:24
114:19,21 116:13
121:14 165:24
169:22 170:1
171:12 175:19
**marketing** 48:23
100:13 117:8
124:17 128:16,24
128:25 129:13
130:6,22 147:24
**Mary** 92:23
**Maryland** 4:6,20
50:24
**material** 77:7 117:8
124:17 128:16,24
129:13 130:7,22
147:24
**materials** 121:7
122:2
**matter** 76:25 129:14
129:17 177:9
**matters** 29:1 70:19
129:18
**maximum** 76:11
144:4,5,12 145:5,6
145:8,14,18,23
146:2 167:10
**Maxwell** 91:15,20
92:2,10,23 93:5,12
119:12,12,24,25
**Maxwell's** 91:22,24
92:19
**may** 1:15 16:22 17:2
30:18 32:24 35:7
39:10 43:11 51:2
63:2 66:18 67:8,12
68:6 91:17 94:20
100:16,16 103:17
109:1 113:7 116:7
117:6 121:9 133:7
133:16 156:22
158:5 172:9 173:8
179:16
**maybe** 12:13 87:21
88:9 99:10 153:21
**mean** 5:24 31:22
32:4,15,16,18 46:8
57:18 63:7 70:13
72:20 86:3 107:13
113:18 125:2,14
128:18,20 131:18
132:5,7 163:21
172:9
**meaning** 27:7 46:4
86:8 107:9,11
136:10 154:5 155:6

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 191

155:7,15 157:24
159:13
meaningless 129:1,3
meanings 155:6
means 25:19 32:9
45:7 46:9 51:25
57:1,3,18 63:8 76:6
105:10 107:14
128:2,6 135:11,18
146:12
medical 40:25 138:7
meet 119:25
meeting 18:21 45:21
45:24
memory 67:20 68:3
68:23 108:23
mental 175:4
mention 100:8
mentioned 10:6
37:15 52:15 121:7
mergers 6:21 7:6,8,9
50:2
met 65:11 67:8 98:24
Michael 2:7 121:19
mid 8:21
middle 172:11
might 11:21 26:6
38:14 49:4,22
100:19 131:19
Mike 13:8,9 14:9
118:12
military 167:20
Miller 95:23
millions 154:4 155:3
Mills 94:4,8,9,11,15
97:6 98:22 99:2,22
108:11,19,25
mind 57:11 118:9
mindful 16:14 18:15
22:24 34:15 50:5,9
50:11 51:11 53:3
66:2,23 77:2 79:12
80:13,18 81:3
83:10 85:5 87:10
88:4 93:22 99:2
100:16,25 106:5,14
107:5,20 108:1,9
108:12 109:20
120:15,16 137:16
137:20 149:13,16
168:5 171:1 175:14
mine 136:8,10
minimum 39:4
132:23
minutes 91:21 139:7
misinterpreting

90:19
misrepresent 161:18
miss 136:10
Mississippi 66:9
misstates 46:19 61:8
81:5 83:17 89:7
99:15 102:16
124:23 133:9
159:20 173:13
mistake 89:10 90:2,3
90:5,8,23 97:17
113:13,14,20 137:1
137:3
mistaken 169:18
mistakes 89:17 90:19
113:10 169:5,8
mix 120:5
modified 17:10
moment 171:23
Monday 45:18
monetarily 169:8
monetary 19:17,20
22:1 25:4,7
money 57:18,19
99:14 129:3 130:8
130:8,9,10,21
135:6 150:20 160:4
169:12
monies 133:5
month 8:1 25:10,11
25:12 26:4 27:9
61:20 101:8 113:18
118:11 123:19
145:2 146:15
monthly 19:15,17,21
20:4 22:1 43:6,11
43:20 58:1,2,5,7
59:9,13,14 60:12
61:14 62:1,14 86:9
123:8 124:20 125:8
127:16 132:19
143:14 145:2 146:8
146:12,23 147:1,9
147:10,12,17,20,25
148:1 158:19,22
159:8,14 160:7
163:15,18 164:16
168:10,11 172:16
months 8:2 55:6
57:24 58:12 62:11
93:6 107:20 122:17
more 10:11,12 27:8
33:1,2,3 38:20
55:12 59:12 60:4,7
62:12 70:18 74:4,7
74:9 88:9 93:13

123:4 125:4 127:24
129:23 134:15
161:6
morning 3:6 92:15
most 12:18 15:17
17:2 22:24 36:5
45:23 86:2 98:15
105:8
motion 96:13,16,18
96:23 175:13,14
motions 116:9
move 3:25 88:11
moved 7:15
much 55:12 57:19
61:1 78:17,21
95:14 169:12
multiple 9:24 12:22
12:23 35:6
Municipalities 4:4
must 93:20 110:14
163:7,13
myself 73:5,5 120:5

_____ N _____

N 2:11
nail 38:22
name 3:7 10:16,20
10:21,22,23 24:6
47:15 70:21 83:6
87:18 97:9 100:3,8
100:11 102:4
179:16
named 28:5 67:16
88:2 106:14 170:3
names 65:12
Nationwide 5:2,8,16
5:21
nature 105:20
nearly 161:21
necessarily 25:21
39:1 84:20 114:6
necessary 177:12
need 13:9 32:1 52:1
57:9 58:4 95:8
109:21 127:1
140:17 163:5 171:8
175:8
needs 13:13 141:6
negative 28:20,21
38:1 64:11,11 74:6
74:6 141:16
negotiate 57:25 58:6
81:9
negotiating 80:10
negotiation 80:16
81:2

neither 148:14
never 11:18 28:14
29:8 34:22 37:15
42:11,17 47:6
49:25 53:6 57:11
64:3,6 76:8 80:24
81:18 82:12 94:22
102:13 165:14
new 19:22 20:8 21:3
21:8,13 24:11,12
38:5 61:22 72:2,23
83:12,13,14 84:24
103:24 152:23
Newkirk 100:4
next 5:1 15:12 43:14
44:24 45:1 56:8
59:8 85:16 100:2
126:17 127:10
142:25 143:1
144:22 145:13
148:5 149:2,18
night 96:11 97:3
98:18 108:10
110:17 111:21
116:2,6,15 122:2
173:25
nine 87:23 102:9
113:19 169:19
ninth 172:11
nobody 169:4
nods 19:1 56:22 58:3
nomenclature 47:3
nonspecific 102:21
non-DMS 29:1
Norm 40:2,4
normal 167:22
North 1:1,14 2:5,6
3:12,21 4:4 5:6
13:16 50:23 97:1
121:21 125:3 179:1
notary 1:13 70:10,13
70:15 176:7 179:4
179:20
note 120:13,14
notes 27:19 29:2
64:14,17 120:15,16
120:17
nothing 12:15 104:6
111:25 112:2 129:4
141:10,19 151:15
151:19,23 153:15
155:18
notice 2:15 11:23
12:3,14,25 15:6,16
16:20 22:20 91:13
97:14,18,18 110:16

161:12,22 172:1
noticed 15:13
Notices 91:18
Notwithstanding
76:4
Nowhere 138:18
number 2:15 8:21
9:4,7,8 15:16 36:6
36:9,16 49:14 54:3
65:14 78:8 93:2
97:5 98:21 121:13
177:6
numeral 46:3 56:24
numerous 105:22

_____ O _____

oath 68:18 69:15
70:7,9,11,12,14
84:22 110:15
118:19 132:4
object 77:6,8,15 90:6
115:8 157:17
159:22,22,24,25
171:25
objection 46:19
55:15,17 56:16,19
58:17 59:1 60:5
61:7 67:23 74:15
74:25 78:19,20,23
78:25 79:4 80:11
80:17 81:5,18
83:17 85:18 88:11
88:14 89:7,20 90:1
90:21 95:3,10 98:7
99:15 101:9 102:16
108:6,15 113:4,22
115:9 124:5,23
125:19 129:6 133:9
134:22 136:15
159:20 161:20
165:1,1,3,5 171:16
172:22 173:13
174:8,25
objective 42:15
obligate 54:23
obligated 54:15
obligation 15:6 83:7
obligations 131:8
obtain 65:5
obtained 22:15
obvious 124:23
obviously 69:5
171:17
occasion 34:10,16
49:9 103:15 106:1
115:5

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 192

occasions 93:21
  113:11
occurred 108:1,13
occurring 167:20
occurs 48:15
October 2:21 66:22
  98:24 114:3,22,23
odd 141:18
off 10:10 89:15,24
  91:10 116:3,5
  119:3,22 138:3
  139:7 154:22 164:2
  164:5 173:19
offer 113:1 114:2,4
  115:4,6,19
offered 32:20
offering 22:14
office 4:20 5:9 6:1
  7:18 21:3,22,25
  30:6,9,12,15 39:2
  40:21 44:6,7 45:18
  83:11 111:7 177:8
Officer 138:11
offices 7:17 8:11,17
  112:23
Oh 14:8 60:16 78:17
  111:12 173:25
Ohio 2:3,9 101:11,11
  101:14 104:20,21
  104:21,22 171:20
okay 3:15,20 4:3,15
  4:19 5:7,12,15 6:15
  7:14 8:25 9:13
  10:2,8,13,18 11:11
  13:16,20 14:3,8,18
  14:20,24 16:3,6,13
  16:22 17:5,9,25
  18:15 19:2,6,11,16
  19:19 20:12 21:4,7
  21:14 22:20 23:7
  23:21 25:4 27:11
  28:6 29:5 30:3,12
  31:3 33:8,24 34:9
  34:22 35:15 36:9
  36:12,16 37:2,8,22
  38:10,19,22 39:9
  39:15 40:15 41:14
  41:17,20 42:8,11
  42:22 44:13 46:22
  46:23 47:18,21
  48:2,6,11,21 49:2,7
  50:18,22,25 51:14
  54:13,20 55:1,21
  56:13,18,23 57:22
  58:6,19,24 59:3,6
  59:11 60:19,23

61:14 62:5,16
  63:16,21 64:11
  65:9 68:9,16,18
  69:13 70:2 71:25
  73:12,14 74:18
  75:15 79:20 80:13
  80:20,22 81:8,21
  82:10,20 83:4,7,18
  83:21 84:1,11,14
  84:19,22 85:10,13
  85:22,25 86:8,9,13
  86:20,25 87:6,20
  88:17 90:8 94:15
  95:6 96:10 97:9
  98:1 102:1 105:14
  105:20 107:17,20
  111:3 114:1,8
  117:4 119:4 120:4
  120:24 121:7,12
  122:6,13,18 125:20
  126:2,12,13,14,23
  127:10,11,19 128:2
  128:12,17,22
  129:14,19,24 131:1
  131:7,10,23 132:13
  133:15,21 134:24
  135:3,12,18 136:13
  137:6 139:9,17
  140:4,21 141:2,10
  141:25 142:4,8,16
  142:20 143:6,11,12
  143:24 144:8
  145:11 146:6 148:4
  151:14,23 152:6,14
  152:24,25 153:8,17
  153:25 154:2,23
  155:2,5,17 156:3,7
  157:10,19,22 158:5
  158:11,17 159:6
  160:12,23 162:2,7
  162:19,24 163:3,12
  164:8,9,23 166:24
  168:5 169:10,18
  170:18 173:7
  174:11 175:3,7,12
  175:17
old 30:18 38:5
  116:18
once 38:10 39:16
  105:6
one 8:23 9:11,22
  12:21 13:21 16:19
  17:1 21:10,16 23:9
  23:17,24 24:4
  29:12 36:18 49:1
  52:3 66:11 67:8

69:20 75:9 78:1
  82:5 86:3 87:22
  90:7 96:1,15,15,16
  107:2 109:8,12
  113:14 116:3,9,10
  116:11 127:19,20
  131:23 136:14
  138:5 143:22
  149:15 158:9 159:3
  167:15 169:10
  179:8
ones 30:25 43:17
one-on-one 42:7
  104:1
one-page 53:15,16
  53:17
one-thirtieth 146:13
ongoing 19:20 72:17
  75:4 85:21 104:2
only 15:8 19:2 28:6
  38:2,7 57:1 60:16
  95:24 99:11 104:23
  109:16 132:22
  140:7 143:12
  148:16,24 149:2
  150:17 156:7
  167:22 173:7
operation 9:21 21:12
operations 7:2 8:23
  9:25
opinion 125:21 171:2
  171:9
opportunity 91:19
opposed 12:15
  141:12 163:8 173:8
Option 127:16
optional 76:3 127:15
oral 1:10
order 1:11 92:17
  129:9 172:12,24
ordered 91:16
organization 15:18
  65:4
original 75:21 177:4
originally 8:8 76:2
  79:7
other 6:8 7:19 9:7,13
  12:20 15:15 17:1,5
  17:5 19:3 20:18
  21:21,21 22:7,10
  22:23 27:3,4 29:9
  37:11,17 38:10
  39:9 41:17,23
  42:11,17,25 45:6
  49:23 52:14 65:11
  66:2,24 69:20

70:24 72:7 74:18
  85:7 95:7,23 98:18
  99:1,16,21 104:16
  105:17 107:2
  108:24 112:9
  142:16 143:18,21
  143:22 147:7,10,24
  147:25 148:1 154:9
  155:7,25 157:20,25
  159:16 167:21
  174:24
others 9:19 19:13
Otherwise 154:1
ourselves 76:10
  172:14
out 5:9 13:5 21:8
  32:9 33:25 35:2,11
  45:16 52:21 54:11
  56:18 57:14 63:16
  65:2 72:25 77:8
  83:8 84:25 85:6
  93:1 111:8 117:10
  119:10 120:5 121:2
  137:13 166:13
outlined 162:24
  163:1
outlying 8:11,16
outside 16:4,7 102:1
outsourcing 25:24
outstanding 99:16
  99:20 110:15
over 13:18 23:4
  31:11 71:21 105:6
  105:11 112:17
  125:3 169:19
overpaid 66:4,13,25
  67:18,19 71:1
overpay 93:21
overpayment 67:22
  69:14,16,24 70:3
  71:4,8 99:17,25
  101:16,21 103:6
oversee 29:6
oversight 94:21
owe 112:8
owes 112:6
own 166:15
owned 19:24
ownership 22:8
owns 10:13

_____

**P**

page 2:12,15 17:25
  46:1,2 54:13 55:3
  79:16,20 81:17,19
  81:20 82:21 87:22

87:25 88:18 100:2
  115:1 121:20 122:5
  122:6,7 126:10,11
  131:10,11 138:9,9
  138:16 142:5,13
  143:8,10 144:4
  146:7 147:13,14
  148:4,7,8 149:2,18
  150:16,17 156:9
  157:12,14 158:5,10
  161:3,25 162:22
  167:16 172:10
  177:6,14,17,20,23
  178:1,4,7,10,13,16
  178:19,22
pages 82:13 116:8
  121:22 138:13,18
  138:19,21,22,23
  139:17 140:6 141:1
  141:10,19,21,24,25
  153:4 177:12 179:8
page-numbered
  121:24
paid 57:19 58:7
  59:15 60:24 66:5
  74:3 109:4 130:7,8
  130:9,10 135:20
  136:22 137:2
  150:19 163:4,5
  168:3,9,15
paperwork 13:12
paragraph 17:25
  18:7 31:22,23
  40:23 41:9 46:2,3
  55:3 56:24 62:5,16
  62:17,24 68:18
  69:6,13,15 76:1,2,3
  76:6 77:1 79:6,18
  94:17 115:2 123:25
  133:22 135:13
  144:22 146:22
  159:2 160:4 162:2
  162:2,3,20 172:10
paragraphs 132:18
  148:14
parameters 41:4,5
  41:11 42:23,25
paraphrased 126:1
  135:3
paraphrasing 135:2
part 55:18 57:4
  75:18 80:5 81:15
  127:11 128:2,6,19
  138:12 161:4
  174:14
partially 94:7

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 193

participants 104:4
participate 4:15
  93:14
participated 104:15
particular 26:7 38:5
  43:1,5,23 44:4,9
  46:25 51:21 56:3
  65:25 69:21 70:17
  72:6 77:9 84:2,2,25
  85:2,8,20 86:24
  88:21 106:18 113:6
  139:4 162:7
particulars 115:15
  117:10
parties 57:23 105:25
  112:8 179:12
party 16:20 44:11,16
  109:21 112:9
pass 61:6,23
passed 118:21
passes 59:20
past 158:18
patently 111:25
  112:2
Patriot 104:3
pay 54:16,23 99:14
  107:6,17 129:3
  130:12 132:23
  145:1 167:25
  172:15 173:2,9,16
  174:9,12,15,18
payable 123:10,14
  123:16 130:4
  133:24 134:11,13
  135:15 162:5,23,25
  163:14 164:20
paying 60:4,7 67:1
  93:24 95:7 107:23
  172:16 173:8
  174:21
payment 32:3 35:22
  55:13 84:4,9 85:22
  85:25 86:9,14,21
  87:3 89:16,19
  98:23 105:24
  107:14,15 135:25
  163:2
payments 55:9 59:24
  68:19 83:22,23
  97:16 169:15,18
  174:3
pays 122:20 124:19
  125:7,13 126:3,6
  127:21 130:20
  149:9
pending 106:16,22

106:23 154:25
Pennsylvania 106:15
  106:21
people 10:8 12:22,23
  20:17 22:18 35:22
  36:12 52:14 62:12
  81:24 84:22 85:11
  85:15 88:9 89:15
  89:25 90:2 102:8
  111:1 124:11
  149:10 171:7
per 25:10,11,12
percent 25:23 36:9
  89:3,5 123:4,18
  127:24 132:20,21
  132:24,25 133:6,23
  134:1,10,15,19
  135:7,14,20 168:1
  168:6,10
percentage 122:20
  123:7,17 124:2,19
  124:21 125:9,13
  126:3,6 127:21
  131:15 134:2
  158:23 159:9 160:8
perform 62:18 98:3
  103:25
performance 58:8,10
  58:15 60:13 62:7,8
  62:17
performances
  169:16
performed 71:21
  75:6 86:4 110:4
performing 18:16
  20:21
performs 21:17
period 5:3,15 31:3,6
  31:8,9,10 34:16
  55:5,6,10 65:1 76:7
  76:11,19,22 84:9
  109:10 123:10,11
  123:12,21,22
  130:14 142:5,6,9
  142:12,17 143:1,13
  143:16,17,19,21,25
  144:4,6,13,25
  145:5,7,8,12,14,23
  146:2,14 164:15
  167:2,7,10 168:9
  168:15
periodic 38:15
periods 145:18,19
  150:5
permit 77:4
person 12:6,6,15,17

12:21,24 13:9 15:5
  15:7,9,9,10,11,17
  16:10 22:21,21
  24:6 28:6 29:7
  30:21 32:3 36:20
  39:25 49:1 66:5
  67:1 71:7 72:5,22
  78:12 86:5 87:6,16
  89:14 90:16 98:14
  103:24 104:24
  111:3,3,4 128:3
  133:2 153:12
  160:16 168:6 172:3
personal 10:24 23:8
  54:10 69:23 81:13
  100:24 109:3,6
  113:12 125:1 128:5
  139:3 148:3 149:1
  150:1 167:15
personally 34:1
  38:17 71:13
personnel 41:1 44:5
  65:24 72:4,14
  75:10
persons 20:24 21:1
  73:14 74:11,21
  75:8 83:15 86:13
  91:17 124:1
perspective 19:12
persuaded 90:5
  96:23 116:10,11
PH 87:21,25
philosophy 37:4,12
  37:19
phone 13:7 15:2 92:9
  92:11 93:2 102:14
phoned 92:2
phrase 72:10,11
Phyllis 87:21,23 88:2
  88:3 90:15,16,22
  93:19 108:2 113:6
  113:9
physical 40:25
picked 13:13 25:23
piece 128:25 161:16
pieces 110:25
Pilot 35:7 41:12
pitfalls 45:10
place 22:22 39:15
  56:1
placed 13:7 41:11
  88:21
plaintiff 1:4 2:2 9:9
  11:11 12:7 15:7,8
  92:18 125:6
plaintiff's 12:4

plan 118:14
plane 15:4
planned 14:22
playbook 51:21
pleading 109:2
pleadings 11:7,9
  54:18,19,25 98:19
  109:1,14 169:9
  173:24,25 174:4
please 3:7,9 70:21
  74:19 111:14 119:8
  119:9 167:4 177:4
  177:11,12
plenty 161:8
plus 59:14
PO 121:21
point 7:15 21:10
  27:11 52:3 79:12
  94:25 100:19 111:3
  111:4 153:20,23
  154:13,15 156:3
  158:18
policies 15:20 27:6
  32:11,20,24 33:9
  33:20 34:2,3,6 35:1
  35:3,10 37:25
  47:10,13,19,20
  48:3,9 49:5,8,10,11
  49:14 50:7,12,20
  51:20,22 52:8,22
  52:24 58:11 62:10
  64:15,18 71:23
  72:4,16,19,21 73:2
  73:3 74:24 75:9,13
  76:10 80:6 82:2
  93:18 94:20 103:4
  117:2 124:14
  137:10 148:22
policy 2:16 26:13,14
  31:25,25 32:4,9,15
  32:16,17,17 33:5
  33:15 34:7,12,18
  34:24 35:25 46:6,9
  46:17,25 47:2,3,16
  47:21,24 48:18,25
  49:17 51:14,21,25
  52:5,8,13,16 53:4,9
  53:14,21,24 54:3
  54:22 55:18,20
  56:5,9,12,13,25
  57:2,4,6,7 59:19
  64:24,25 65:1
  68:19 72:6 73:6,9
  73:11,15,17 74:13
  75:2,24 76:16 77:4
  79:9 80:1 86:18,21

86:23 87:2 89:15
  89:18 90:9,10 95:2
  99:3,12 102:7
  103:1 108:12 121:2
  124:15,17 128:13
  128:14 129:10
  130:7,8 131:6
  134:7 137:17,18
  138:8,9,9,13,24
  139:4,11,12 140:8
  140:11 141:3,7,8
  142:10,13,13 143:3
  143:4,25 144:5
  145:9,22 146:7
  147:5,23 149:12,24
  151:23 152:1,2,6,9
  152:10,11,12,13,14
  152:15,19,20 153:3
  154:14 155:19
  158:9,25 159:12
  160:11,14,20,22,25
  163:15,23 164:14
  164:15 166:24,25
  167:5,18,24 168:4
  174:23
policyholder 67:17
  73:6,8 99:13
  106:14 107:6 112:6
  112:11 117:5,6
  129:15 141:20
  159:15 160:5 162:8
  162:15 167:1
policyholders 32:21
  37:25 74:14,23
  99:21 121:4 123:5
  129:2
policyholder's
  105:17 106:7
portion 74:18 88:21
position 6:24 8:4,14
  113:21 114:16
  120:7 172:14,25
  173:11
positions 6:8
possibility 95:11
possible 58:21 149:5
  149:20
possibly 128:18,19
post 3:24
potential 32:21
  42:16,25 43:12
  121:4 131:1
potentially 42:23
  79:11 80:9 121:23
  130:4 156:5
practical 170:1,4,7

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 194

practice 4:5,15 5:23
  81:8,11 110:12
  120:13,17,20
practiced 50:24
practices 62:21 63:2
  63:19 81:14,16
  104:19 170:24
practicing 118:19
  125:4
preceding 58:12
  62:10 138:13
precisely 74:22
prefaced 139:21
pregnancy 167:22
premium 55:3 56:8
premiums 54:16,23
  55:7,8,9,13 130:12
preparation 124:9
prepare 69:7
Prepared 121:18,19
presence 122:3
present 67:12 103:8
  105:15 108:23
presented 36:1 61:22
  113:1
presently 3:13 84:24
preserve 165:1
President 6:6,10 7:2
  8:5,13 9:17 23:5,21
  24:3 28:10 31:9,11
  71:21 87:1 98:11
  98:12 111:6 112:16
  114:18 124:13
  125:5
presume 33:19
Pretty 95:14
previously 114:24
  161:19
pre-disability 132:20
  168:2
primary 25:19 37:11
principally 141:8
prior 5:12,19 18:15
  18:23 20:13,15
  21:5 22:6,16 28:11
  34:5 35:12 44:19
  52:13 100:8 110:12
  112:19,22 114:22
  123:14 158:19,22
  159:8,14 160:7
  168:11 179:5
Privacy 104:3
private 4:5 5:23
privilege 117:17
pro 25:18 26:1
probably 12:20

31:10 33:2 40:14
  104:9 105:8 124:12
problem 92:8,12
procedure 1:12
  165:9 166:16,20
procedures 15:21
  103:19
proceed 15:14 79:3,4
  92:14,21
process 15:20,21
  48:3,14 71:10 78:3
processing 36:3
produce 12:14,23,24
  15:7,10,17 22:21
  30:25 88:9 161:11
produced 15:8 17:17
  17:18 77:25 78:1,7
  161:20 171:17
product 50:1 117:7
  121:1,4,10
production 12:9
  64:14 77:24 96:20
products 50:4 52:3,4
  130:13
professional 3:24
  62:19 63:13 75:11
  166:19
progress 43:7,20
project 8:8
promote 121:4
prompt 177:9
promptly 46:5,16
proper 108:3
properly 75:9
property 5:21,22
  45:8,11,22 52:3
property/casualty
  112:19
proposal 2:22 115:22
  115:23 116:6,8
  120:21 121:18,25
  122:9 123:6 124:9
  126:5 129:25
  130:15 142:9
  145:23 147:14,23
  153:10
proposed 75:23
  117:9
prospective 48:18
  117:5 123:5 129:15
  129:20
prospectively 49:4
prospects 121:9
  133:5
provide 39:12 43:15
  58:20 60:2 72:13

72:17 73:18 75:4
  84:8 95:2 96:5
  103:1,2,2,3 114:9
  117:4
provided 11:15
  31:12,18 37:10
  69:8,9 72:16 73:4
  75:18 76:5,14
  77:21,22 89:18
  96:6 98:6 111:9
  115:22 117:14
  121:8 175:13
providers 21:21
provides 76:15 79:10
  174:23
providing 99:1
provision 46:15 56:6
  127:8 158:25
  159:11 167:17
provisions 49:18,23
  51:20 72:18 117:9
  148:6,9 150:22
  151:1
psychiatric 41:1
  42:16
public 1:13 47:23
  117:2 176:7 179:4
  179:20
publicly 10:18
pull 119:10
purchase 117:7
  127:16 129:3
  131:21
purchased 53:9,23
  64:16 125:16
  128:20 129:12
  132:5 137:17
  150:13
purchases 130:1
  133:2
purchasing 128:4
purport 82:12
purported 69:23
  101:16,21
purportedly 67:14
  67:15,15 79:8
  94:15,16
purports 170:2
purpose 15:5 34:6
purposes 82:23 83:5
  167:21
purse 57:10
pursuant 1:11 12:25
  168:3
pursuit 172:18
put 42:23 70:7,9,11

70:11,14
putting 87:17
p.m 175:25

**Q**

quality 37:10
quantified 169:7,9
quarter 39:16
quarterly 30:20 31:4
  31:6,18 35:15
  38:11 39:11 43:11
  43:16,17 130:11
question 14:19 16:9
  26:21 28:20 29:22
  33:16 37:7 38:1
  41:11 50:7,9,13,15
  50:16 68:1 72:10
  72:11 74:6,18,19
  77:6 78:13 79:6
  80:12,20,21 82:24
  83:5,25 84:8,11,12
  89:21 95:21 99:5,7
  99:9 106:11 107:15
  108:20 115:17,17
  128:23 130:18
  132:9,11,12,13
  133:13,19 139:21
  140:2,10,19,22,24
  141:16 146:4
  151:13 152:19,22
  152:23 154:2,3,3
  154:11,18,25
  156:21 157:1,21,24
  160:21,24 163:25
  168:22
questioning 136:17
questions 12:23
  34:15 67:24 68:1
  77:12 96:2 152:21
  157:10
quirk 64:13
quite 12:19
quizzically 72:9

**R**

R 2:2 177:1,1 179:1
radio 9:6 45:9
raise 70:14
raised 34:23
Raleigh 5:6
rata 25:18 26:1
RE 177:2
reach 112:11
read 52:1 55:11 60:6
  60:16,18,21,23
  73:4,10,15,23 75:2

75:20,21 79:6,22
  80:3 96:23 97:21
  99:4,6,7,12 106:10
  106:11 108:12
  124:3 125:6,23,25
  126:2,4,12 127:2
  127:24 128:1,10
  131:14 132:17
  135:10,12,16,17
  136:24 137:4,24
  139:7,9 140:23,24
  141:17 146:15
  157:2 158:8,12
  159:6,7,13 160:12
  162:18 163:1
  166:18 168:21,22
  170:5,12 172:8
  177:4,14,17,20,23
  178:1,4,7,10,13,16
  178:19,22
reading 32:7 77:7
  82:1 98:19 125:22
  125:25 126:7
  127:20 158:9 159:7
  170:14,18 173:25
  174:4
reads 76:3 99:22
ready 56:21 93:15
  164:9
reaffirmed 161:22
really 13:11 47:15
  60:19 61:9 74:7
  91:6 99:4 108:12
  111:24 120:20
  129:21 136:14,16
reason 25:15,16
  173:2,7,16 174:2
  174:21,24 175:2
  177:16,19,22,25
  178:3,6,9,12,15,18
  178:21,24
reasons 33:21
Rebecca 1:12 179:4
  179:19
recall 8:1 29:17
  65:12 67:9,10,13
  67:24 68:7,14 69:3
  69:19,21,25 70:3
  70:24 71:3 99:11
  100:12 101:19
  102:18,18,21,22,24
  103:10,12,17,17
  106:3,4,13,17
  114:25
receive 3:20 30:23
  35:16 94:18 123:5

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 195

160:16 163:18
received 27:19 35:20
69:13,16 71:8 76:8
86:19,20 100:13,17
receives 30:21 38:23
receiving 36:18 66:4
97:24 109:9
recent 36:5 86:2
recently 95:25
recess 91:11 117:13
138:4 170:17
recessed 175:25
recites 89:1
recommend 18:8
recommendation
22:4 172:15
recommended 22:5
reconvening 175:24
record 3:7 13:5 20:2
64:25 77:7,15 79:4
83:21 84:1 85:20
85:21 86:1,2 91:10
93:1,4,15 102:4
116:3,5 119:3,3,8
119:10,21,22,23
124:3 126:4 138:3
139:7 154:22 160:1
164:2,4,6
recorded 165:18
recording 118:23,25
119:5
recurring 149:3,6,11
149:13
reexamined 76:9
refer 30:9,12 32:4
41:7 42:24 47:10
47:12,15
reference 42:22 43:4
89:2 108:22 137:19
138:5,14,19,22,23
138:25 141:23
143:12,18,21
146:17 147:10,11
147:12 148:1,15,16
150:11,12,18,21,25
155:17,25 156:14
156:17,19 157:23
158:15 162:13,16
162:19 163:10,12
referenced 43:19
127:1 143:22 159:2
175:18
references 22:15
82:16 116:8 156:22
156:24
referred 17:23 18:10

18:14,19 19:2,8,16
19:22 20:6 27:7
referring 42:22 43:9
63:3 137:18
refers 29:20 41:9
54:2 147:5
refine 34:17
reflected 18:22
reflecting 94:18
reflects 121:24
refresh 68:23
refund 55:9
refusing 173:9
regard 67:11 73:3
76:25
regarding 28:23 29:3
29:18 41:3 50:7,19
67:6,16 73:19
75:23 76:7 82:16
101:4,22 106:2
107:15 169:14
regards 29:10
regulatory 6:19,25
7:6,7,9 49:18,19
50:2
reinsurance 22:5,8
25:16,22 26:3,16
26:22 27:4,14,16
27:20,22 28:1,4
29:20 30:1 31:19
100:5 111:5 171:2
174:2
reinsure 29:21
reinsured 25:18,25
27:12 29:25 36:4
71:24
reinsurer 22:4 25:19
reinsurers 22:16
27:3
reiterating 79:23
relate 30:9,13
related 7:7,9 29:1
46:7 70:3
relates 30:3 50:12
82:22
relating 28:18 59:18
61:24 64:15,17
104:7
relation 111:4
relationship 15:23
16:1,3,7,12 22:23
23:6 28:24 98:15
98:16 102:12 111:5
114:5 135:24
relationships 22:6
relayed 93:7

relevance 55:17,19
relied 76:9
reluctant 119:5
remained 6:16 20:18
remark 90:6 119:7
remarks 88:12,18,24
remember 19:5
23:13 29:11 30:5
31:5,7 35:4 43:25
68:5,25 100:15,20
105:12 107:1
115:21
remembered 69:1
remembering 90:3
100:18
renewal 45:22
renewals 45:23
rep 20:12 73:1 84:1
87:2 89:5
repeat 99:5 140:21
141:23 168:20
rephrase 16:9
report 21:3 36:5
38:4 39:11 83:11
83:14 84:23 85:11
85:15 124:12
reported 92:11
reporter 99:8 106:12
140:25 168:23
169:23
reporting 38:3
reports 30:18,21
31:4,6,18 35:15
36:16,18,22 38:11
43:16,17,20 71:19
repository 55:25
represent 53:23
representatives
98:24 103:8
representative's 84:3
represented 115:5
131:1,2
reps 28:1 83:8 93:17
93:19
request 11:12 22:20
39:3 77:22 96:19
99:13 101:21
109:18,20 110:2,14
111:10
requested 12:5 13:1
78:7 91:18 110:25
175:22
requesting 83:23
91:15 118:19
require 15:11 75:1
87:6 104:21

required 30:19 38:3
38:8 56:25 75:2
84:1,5,25 85:5,9,11
104:10 114:6 118:3
requirement 85:13
105:4 163:10 166:6
requires 14:1 15:16
87:3 104:24
reservation 107:7,14
107:18,24 108:5
109:5,9 172:17
reside 21:5 53:1
144:16
residual 2:17 53:3,7
53:15,25 54:7,16
54:23 55:2,4,13,22
56:10 66:4,14,25
67:18 68:20 69:1
69:14,18 70:4 71:1
71:5 76:7,11,13,19
89:2,6 106:2
122:14,18,19
123:25 124:1,18
125:7,12,15 126:2
127:14,21 130:2,8
130:14 131:11,15
132:19,22 134:8,9
134:13,14,20 135:7
135:19 137:16,19
138:5,14,19,25
139:8,10,18 140:4
141:2,4,12,21,23
142:1,10,14,17,20
142:22 144:1,16,19
144:25 145:1,4,7
145:25 146:2,17,20
146:22 147:25
148:15,18,19,24
149:5,9,10,14,20
149:25 150:5,10,11
150:12,14,18,21,25
151:4,11,17 152:17
153:1,12 154:10
155:21 156:8,12,14
156:19,25 157:5,16
158:7,16,17 160:17
162:12,13,17,19
163:8,14 164:13,18
167:25 168:3,8,17
171:3
residually 123:3
127:23 130:3 133:3
145:3 164:21
resolve 37:5,20
76:25
resolved 36:14,17

61:21 106:25 107:3
resolving 37:13
105:24
respect 18:8
respective 39:13
42:9 72:16 74:24
respond 128:22
161:17
responded 11:12
response 28:21 97:5
100:3 114:23
125:20 132:8
141:17
responses 2:20,21
11:16 96:8 97:2
110:1,2,13,14,21
111:10,20 117:20
117:22,25 118:3,20
responsibilities 8:6
45:6
responsibility 7:1
8:7,12 26:9 46:14
83:16 88:4,7 97:7
112:14,18 166:19
responsible 49:3
65:21 94:6,7 101:1
102:11 113:10
rest 14:16
restate 74:19 139:23
140:2
restrictive 105:8
result 149:21 169:7
179:13
resulted 75:10 99:13
99:24
resulting 167:23
resume 112:21
retain 40:23
retained 20:6 44:19
63:21 64:22
retaining 98:2
retains 18:6
retention 64:25
retire 24:11
Return 177:7
returned 36:20
revelation 99:3,12
108:11,19,25
revenue 120:25
review 32:2 35:15
50:1 96:12 108:18
108:20 109:18
111:20 116:16
171:23 175:3,8
reviewed 11:3,5,7,9
11:9 33:15,19 34:5

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 196

38:17,17 54:18
62:6 77:10 94:14
96:3,7 97:3,14
109:15 110:1
115:22 116:6 122:2
122:4 136:25 175:6
**reviewing** 108:9
110:17 131:6
**reviews** 138:2 140:21
170:16 171:24
**revise** 49:10 56:3
**revised** 33:5,6 51:15
53:4,8 54:5,9 55:22
76:1
**revising** 34:24
**revision** 55:1
**revisions** 64:17,18
**rider** 2:17 34:12,24
51:14,15 53:3,9,8,16
53:17,18,25 55:2
55:22 56:3,7 67:18
67:20,25 70:25
94:19 125:16 128:4
128:20 130:2,9,10
130:11 131:21
132:6 137:18 142:9
142:20 144:19
145:23 146:20
149:24 156:8,10,11
156:23 157:5,18
158:8,11,12,14,15
158:18 161:2,24
162:7 164:19 168:5
168:17
**riders** 2:17 33:6,11
49:4,8,10,12 53:23
54:7 56:14 64:16
64:18 77:4 130:1
141:3 147:24
148:22
**right** 13:17 14:25
17:22,23 32:11,14
38:1 42:5,20 44:4
45:15 46:20 55:16
56:10 57:18,20
58:2 59:4 61:3,25
62:1 65:12 70:14
72:25 74:16 78:12
80:23 82:3,17 86:5
86:16,16 89:12
97:7 98:19 105:11
105:17 109:5,22
113:14,21 115:17
121:10 122:22
123:1 124:4,22,25
125:17 126:18,21

127:4 128:4 133:8
134:18,25 135:21
136:18 147:18,21
148:12,16,20
150:20 151:24
155:13,15,22
157:12 159:4,19
160:10,13 162:5,9
162:25 163:5,9,20
165:17 167:3,8,11
167:14,23 168:7,11
168:14,19 173:14
175:1
**rights** 73:5,8 74:23
75:24 81:9 106:2
107:7,14,18,24
108:5 109:5,10
117:6 172:17
**right-hand** 80:4
**risk** 45:6
**Ritchey** 2:7
**Roberson** 137:7
**Roberson's** 92:15
**Robert** 91:15 94:4,9
98:22
**Roberts** 2:7,12 3:4
11:23 12:2,3,13,19
13:4,7,8,8,11,14,16
13:20,23 14:1,4,8
14:11,15,18,21,24
15:1,3 17:13 26:21
26:25 32:8,14
53:12,13,20 60:11
61:9,11 67:5 68:11
75:17 77:14 78:5
78:17,21,25 79:3
81:23 85:19 88:13
90:7 91:2,6,9,12
94:3 95:12,15,18
95:21 96:22 99:6
106:10 109:16,25
114:20 115:10
116:3,14 117:12
118:2,6,8,11,14,18
119:4,9,19,23
120:4,11 132:2,16
133:11 137:9
140:23 154:17,20
155:1 159:22 161:6
161:10,15 164:2,5
164:8,24 165:15,18
165:21,25 166:5,7
166:12,15,18
168:21 171:12,19
172:2,7 175:21
**role** 7:16 22:11 28:11

31:8,14 49:16
56:18
**Roman** 46:3 56:24
**rule** 12:25 50:6,11,18
115:9,10 118:3
**rules** 1:12 166:13,16
166:19
**runner** 13:18

_____

S

**S** 2:14 177:1
**salaries** 59:22 60:25
**salary** 62:13
**sale** 47:22 120:25
**same** 39:25 49:4
56:16 73:16 76:21
86:1 90:1 154:5
155:6,15 158:22,23
159:3,9,15 160:6
160:8,8,16 162:22
177:13
**sample** 43:7,22
**sat** 34:5
**satisfied** 163:3
**saw** 18:21 54:18,25
57:14 145:8
**saying** 41:24 55:12
60:6 81:1 100:18
125:22 136:1,1
152:18 153:21,23
158:12 163:6 175:7
**says** 18:1,1 30:19
40:23 43:15 54:5
55:3 56:6 57:23
62:5,11,18 80:1,4
94:17 98:22 115:2
121:20 122:8,19
123:10 124:1,16
126:20 127:7
129:25 130:21
131:5,13 132:18
133:22 134:9,14,21
134:24,25 135:4,6
135:9,11,13 136:2
142:25 143:10
145:13 146:12
147:1,9,17,20
148:9,11 150:9
151:3,15,19,24
152:15,25 153:1,5
153:12,15,17 154:8
154:14,15 155:19
156:4,11,17 158:19
162:3,6,20,23
163:15 164:20
167:17,24 172:12

**schedule** 143:2,2,3,7
143:7,9,10,13,19
143:20,22 145:11
146:13 147:2,5,6
150:2,3,8,13,17,18
151:2,6,9,11,12,15
151:20,22 152:3,6
163:17,22 164:12
164:13
**school** 72:25 96:25
125:3 132:4
**scope** 41:7 172:1
**screens** 104:10
**second** 54:13 55:3
56:7 79:25 87:25
92:9 94:17 98:21
116:4 122:6,7
127:19,20 142:21
143:14 144:20
146:9 148:10 162:2
162:3 164:3 167:17
168:7 172:10,10
**seconds** 100:9
**secret** 98:2
**Secretary** 138:11
**section** 30:19 43:4
46:1 57:17,17,22
88:18,25 146:7
148:5,22
**sections** 127:13
**Security** 53:16 66:6
66:14 67:2,19,21
67:25 68:21,23,25
69:16 70:25 90:4
97:16,24 99:17
103:3,3 106:7
122:24,24 125:14
125:16 127:14,22
128:4 129:25 130:4
130:9,13 131:16,19
132:6 133:3,8
150:4,9 151:3,16
152:16 153:2,13
154:10 155:20
161:2,24 162:4,15
162:21 163:16
164:20 173:10
**see** 15:14 32:6,11
54:5 60:6,15 69:10
87:25 88:17 89:1,4
97:5,9 114:16
117:14 122:15
131:10 132:17
142:5,21 143:21
144:22 145:14,19
146:9,24 147:2,9

147:12 149:3 150:8
150:11,14 152:1
158:20 166:1
**seeking** 35:22 105:16
173:3
**seen** 43:7,18,22 49:9
69:3 79:16,18
81:18 82:9,12,18
83:3 85:7 94:22
100:11 114:24
171:15,21
**selected** 22:25
**self-inflicted** 167:19
**sell** 35:5 141:2,4
**selling** 34:25 35:3
54:8
**sells** 117:1
**semiannually** 130:12
**seminars** 104:2,5
**send** 13:18 37:24
38:1,10 46:10
**sending** 19:12 83:22
**sends** 48:18
**sense** 24:2 26:2
**sent** 67:15 83:23
93:23,23
**sentence** 18:1 43:14
98:22 115:2 122:19
125:12 128:10,18
128:19 133:22
134:3 135:13 136:2
136:3,11 142:24,25
144:21 147:1
152:18 158:19
172:8,12
**separate** 9:5,22,24
94:17 121:23 142:8
**separately** 121:24
**September** 54:5 55:1
55:23
**series** 32:1,4,10,16
32:17 82:10
**serve** 5:15 7:10
**served** 24:6
**service** 18:16,17
20:21 21:17,21
37:10 48:24 75:7
76:15 167:21
**services** 17:7 18:1
22:14 46:6 62:18
94:5,10 100:14
107:5
**sessions** 42:7
**set** 18:2 61:14 62:3,5
63:16 81:3
**sets** 16:17 148:23

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 197

166:25 167:5
168:17 170:4
**settle** 37:4,19
**settled** 36:14,17,21
36:23
**settlement** 38:9,13
38:21 39:4 80:6
113:1 114:3,4
115:6
**settling** 37:13
**seven** 91:2 113:18
116:19 140:16
**seventeen** 9:5
**seventh** 143:9
**seventy-eight** 179:8
**several** 34:21 93:9
121:3
**shake** 113:24
**share** 25:20 26:23
39:1 48:8
**shared** 25:25 26:17
37:3,8 105:10
115:19
**sharing** 121:8
**sheet** 177:13
**Shelton** 76:4 92:17
**Shelton's** 79:24
**shift** 27:6
**short** 92:1
**shortly** 98:23
**show** 36:22 171:13
175:12
**shown** 143:1 146:12
147:2 163:17
**shut** 164:8,24
**sic** 78:11
**sickness** 143:17
145:17 148:12,20
**sicknesses** 167:20
**side** 45:11 50:1
**sign** 69:8
**signature** 70:5,15
138:10 176:2
**signatures** 87:15
138:18
**signed** 23:10,11,13
23:15,18 24:5 70:7
70:9,10,13 89:15
89:24 94:9,15
177:8
**signing** 108:2
**similar** 85:7,12,13
**simple** 90:18 127:6
140:10
**simply** 164:25
**since** 3:17 23:4 28:10

31:9,13 35:24
39:17 44:16 53:13
71:21 75:20 82:12
86:20 121:23
134:12 166:18
**single** 52:4 89:13
113:20 122:19
**singular** 72:15
**sir** 17:18 117:3
164:10
**sit** 85:14
**sitting** 118:20 165:6
**situation** 34:22 39:10
93:11
**situations** 39:9
**six** 8:2 15:4 132:22
138:17,19,21,22,23
139:17 140:5 141:1
141:10,19,21,24,25
153:4
**Sixth** 14:13 109:13
**six-page** 140:11,19
151:23 152:2
**slowly** 8:23
**small** 116:12
**smaller** 25:21
**smarter** 78:17
**smiling** 165:7
**snide** 88:12 119:7
**Social** 53:16 66:5,13
67:1,19,21,25
68:20,23,25 69:16
70:25 90:4 97:16
97:23 99:17 103:2
103:3 106:7 122:24
122:24 125:13,15
127:13,22 128:3
129:25 130:3,9,13
131:16,19 132:6
133:2,8 150:4,9
151:3,16 152:15
153:2,13 154:10
155:19 161:2,24
162:4,15,20 163:16
164:20 173:10
**sold** 6:11,12,14 26:14
49:10,11 52:6,8
55:18 73:2 129:5
130:23 135:5
137:11 141:8
**some** 6:2 7:17 8:20
13:12 18:13,22
19:12 20:17 29:19
29:23 30:18,23,24
31:10,16,17 33:15
35:24 38:13,24

39:22 42:23 43:10
48:13,14,25 67:12
69:6 73:7 80:16
82:15 87:16 100:19
104:13 107:15
112:23 116:8 118:3
118:8 122:4,8
124:2 130:6 141:7
154:5 155:5,16
171:9 174:24
**somebody** 56:1
132:3 161:11 163:4
**somebody's** 99:1
**someone** 12:15 34:23
66:4,25 69:8,9 78:8
79:7 81:9 90:18
97:6 102:7 115:18
117:23 118:23,25
119:5 125:15
141:17 149:20
160:4 161:20
**someone's** 81:1
**something** 38:25
47:20 50:22,25
57:10 69:9 80:3
84:12 92:6 109:11
111:12 128:23
129:4 159:13,16
161:17 165:8
170:12
**sometime** 7:12 118:6
**somewhat** 92:5
**somewhere** 23:15,18
24:11
**soon** 13:17 93:8
**sorry** 20:1 26:20
29:22 32:6 37:6
40:3 44:25 64:12
80:21 83:25 101:17
109:3 112:20
128:22 143:4
150:24
**sort** 28:15 43:10
122:8
**sorts** 104:4
**sought** 44:14 105:21
106:6 171:2
**SOUTHERN** 1:1
**speak** 60:10 119:5
160:15
**speaking** 44:24 45:1
45:8 102:24 156:4
**speaks** 55:20 56:5,9
56:12,13 133:12,14
133:16,18,20
142:15 143:20

144:3,10 146:5
148:21 149:7,22
150:7 152:5,9,11
152:13,14,20
153:19 154:1,12
156:2 157:3,8
158:1,4 160:11,13
160:14,20 164:22
168:24
**special** 8:8
**specializing** 7:5
**specific** 34:3,12
65:16 67:10 73:6
73:13 76:24 80:20
80:21 102:18
104:21,21 129:23
160:22
**specifically** 13:2
30:11 67:9 80:2
89:1 100:20 148:23
**specifics** 68:7 69:21
69:25
**specified** 41:4
**speculating** 174:21
**speculation** 174:14
**speech** 45:12 163:25
**spell** 3:6 4:11 70:21
117:10
**spent** 15:4
**Spiegel** 1:6 98:24
**spoke** 92:2,10 117:16
**spoken** 101:15,20,24
**staff** 20:8,12,15
21:14 38:17 39:22
39:25 44:18 65:14
**standard** 62:17
83:10 84:15,20
**standpoint** 26:2
170:23
**stands** 78:24 79:1
**stapled** 82:6
**stare** 119:1
**start** 56:1 64:19,21
65:7
**started** 39:17 72:22
107:23
**starting** 3:25
**starts** 144:23 146:22
**state** 3:6 24:19 48:10
49:18,19 50:21,21
51:2,2,5 104:24
157:14,18,19 179:1
**stated** 72:21 76:12
76:24 92:25 107:18
156:14 157:25
**statement** 139:16

150:3 151:10
**statements** 161:18
170:7 173:15
**states** 1:1 48:12,13
51:6,11 106:19
121:3 156:24
**state's** 104:16,23,25
**stations** 9:6
**status** 30:18 32:3
36:19
**Stay** 164:4
**staying** 119:21
**Stephanie** 2:4
**sticking** 57:14
**still** 5:8 24:9,23
61:25 85:3 90:14
90:15,20 111:2
114:12
**stock** 10:13
**stop** 117:12 132:16
**strategy** 38:4,5,24
**Stratis** 1:13
**Street** 2:3,5,8
**strike** 88:11,13
**strip** 172:12,24
173:10 174:6,23
**struck** 111:25 112:2
**sub** 142:24,24
**subject** 18:2 43:1
107:15 175:23
**subjective** 42:15
**subscribed** 176:4
179:16
**subsection** 57:22
148:9,11
**subsections** 148:14
162:3
**Subsequently** 91:16
**subsets** 46:3
**subsidiary** 6:6
**substitute** 85:10
**successive** 123:21
**suffer** 123:4 127:23
149:10,20
**suggest** 71:7 87:16
108:4 157:14
**suggested** 26:16
67:16 97:6 108:10
109:8
**suggestion** 150:19
**suggests** 31:23 46:4
79:8 99:23 108:24
130:7 141:11 152:3
152:7 156:23
**suit** 44:20
**Suite** 2:3

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 198

summarizations 129:12
summarizes 117:9
summary 96:13,16 96:17,18 100:21,25 101:8 116:9
sunglasses 57:16
super 60:20
supervised 110:8
supervision 98:16
Supplement 53:17 66:6,14 67:2,20,21 67:25 68:21,24,25 69:17 70:25 97:16 97:24 103:3,4 106:8 122:24,25 125:14,16 127:14 127:22 128:4 129:25 130:4,10 131:16,19 132:6 133:3 150:4 151:4 151:17 152:16 153:3,14 155:20 161:2,24 162:4,15 162:21 163:17 164:20 173:10
supplemental 177:12
supplied 175:18
supporting 58:10 62:9
supposed 41:15 43:6 77:19 83:21 85:25 103:24 164:25
sure 16:9 49:17 87:2 88:3 109:2 111:6 113:18 120:1,2 159:5,6 161:8 166:8
surgery 14:7
surgical 149:17,21 149:23
surrounding 73:20 95:4 110:9 115:15
surveillance 98:2
suspect 41:9
swear 117:22
swirly 88:15
swore 69:11
sworn 3:2 69:7 102:12 117:15,25 118:3 132:14 166:1 166:21 176:4 179:5

**T**
T 2:14 144:14 177:1 177:1 179:1,1

table 138:16,17
take 15:1 18:8 22:11 24:11 26:25 31:21 39:15 54:1 57:12 73:1 91:1,23 92:4 92:14,16,16 93:12 120:5,15,16,17 139:5,15 140:16 153:6 154:17 157:8 161:16 166:2 171:23
taken 1:11 24:12 31:13 112:17 166:22 179:7
takes 12:22
taking 15:5 21:22 23:4 31:24 120:13 120:14 179:6
talk 13:10 52:18,21
talked 106:4 147:16
talking 20:9 22:17 28:11 33:1,23 53:13 56:24 93:15 102:22 113:7 120:24 132:3 134:8 134:12 138:8 150:16 155:1
task 8:16
teasing 14:21
Tebo 4:10
techniques 2:23 170:2,5,8
telephone 28:24
television 9:6 45:9
tell 15:9 48:21 50:9 50:14 77:16,23 81:2 118:22,22,24 126:12 127:20 129:14,19,21 131:13 132:17 152:15 159:7,23 170:6,13
telling 80:8,23 133:5 137:24 159:14 160:4
ten 102:9 116:19 139:6 169:19
tenure 34:22 39:17 85:4
ten-page 89:14
term 16:19 17:9 57:24 107:9 122:22 122:25 137:16 139:10,18 140:5 143:25 146:8
terminate 56:7 97:11

terminated 16:20 20:14
termination 56:6
terms 15:25 16:17 18:2 19:7 22:23 38:20 63:11 72:4 86:22,23 107:11 139:2 140:6,6,11 141:21,25 164:17 168:4
testified 3:2 124:11
testify 77:17 78:24 85:8 159:23
testimony 26:15 55:7:1 57:3 69:7 81:24 84:22 85:1 102:12 111:8 128:15 132:14 166:1,21 179:9
thank 4:2 14:24 20:5 26:24 32:13 78:23 79:5 90:24 120:11 120:21 137:9 138:24 160:12 175:24
Thanks 83:7 111:16 166:24
their 26:6,8,9 27:21 37:4,11,12 38:4,4,7 38:12 39:2 41:6 42:4 44:14 59:15 59:22,23 60:22,23 60:24 61:2,4 65:14 75:8 78:10 81:9,15 83:21 87:17 91:14 100:14 103:25 104:7,12,13,24 105:4 116:20 117:5 117:6 120:13 129:15
therapy 40:25
thereabouts 36:10
they'd 61:21
thing 108:23 116:7 159:3,4,17
things 98:4 104:3,4 159:2 161:18 164:12,15
think 58:13,19 90:8 90:24 91:4 92:8 95:6 100:15 112:8 116:7 119:19 121:13 132:11,15 133:12,14,18,20 135:1 137:25 142:15 143:20

144:3,10 146:4 148:21 149:7,22 150:7 152:5,9,11 153:19 154:11 156:2 158:1,3,8 164:22 168:24 174:9,12,16,23
third 2:8 39:10 44:16 64:8 145:13 156:9
third-party 40:24 41:8 59:16
thorough 58:15,21 60:2,20
thoroughly 58:8 62:7
though 11:19 50:5 130:22 133:15 136:18,19 159:25
thought 29:23 43:10 56:2 57:14 89:11 111:12 161:9,10 162:22 166:6,9
thousand 10:11,12
three 7:11 9:4,11 10:5,6 53:22 55:5 74:12 107:20 114:23 116:17 121:22 145:18 162:3 165:10
three-fourths 146:21
three-page 53:15,22
threshold 19:14,17 19:21 20:4 22:2 25:5,7,9 26:6,8 168:6
through 4:8 18:10 22:7 27:12 35:6 36:4 41:21 46:14 46:15 58:15 59:20 61:6,23 71:24,24 73:19 77:17 82:11 91:14 116:23 117:2 120:25 128:4 136:23 138:9 161:19 163:21 164:16 170:5,12 172:11,20
throughout 161:22
Tim 14:11
time 5:3,15 14:5 18:13 19:7,14 22:3 22:18 23:25 24:1,3 24:7 26:13 31:3,6,8 31:9,10 32:24 35:19,24 36:18 38:7 43:2 57:12 61:20 64:8 65:1

84:6,17 90:9 92:10 94:25 109:10,13 113:20 114:17 115:13,18 118:17 124:10 135:16,17 145:12 147:17 156:8 158:23 159:4 159:9,16 160:6,8 160:16 161:7 165:4 168:9,15
times 40:1 90:12
titled 57:17 62:17 121:17 170:1
today 8:4,14 9:10 14:7 36:5 72:22 81:19 84:7 85:14 91:20 92:15,24 96:12 98:10 174:17
Todd 65:10 66:1
told 29:23 35:5 77:18 92:3,3,5,23 95:23 119:19 123:6 124:18 165:4
tomorrow 91:20 92:13,15,18 93:2 119:15 120:2,8
tonight 119:25
top 10:10 79:22 83:6 123:8 143:10 150:16
topic 161:21
topics 15:15 161:12
top-notch 58:14
total 55:6 68:19 76:22 123:9,13,18 123:20,21 124:20 124:22 125:9,10 126:22,23 127:4,15 132:24 133:1,7,24 134:5,6,10,12,16 134:17 135:8,15,21 139:2,13 140:7,9 140:12 141:12,14 141:15 142:18 143:15,24 144:1,8 144:11,12,14 145:3 145:16,19,24 146:14 147:8,18,21 148:10,11,16 149:15,19 158:24 159:11,18 160:10 160:17 163:7,10,12 163:13,18,20,24 164:17
totally 106:8
touched 49:7

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 199

towards 121:19
town 45:17
track 83:20
traded 10:18
train 104:23 105:1
trained 81:25 104:1
    104:24
training 72:13,18
    73:18,21 74:1,22
    75:4 89:11,18
    104:15,18,22
    112:10 167:21
transaction 30:4
    85:23 86:2,4,8 87:7
    87:8,17 89:13
    90:10
transactions 83:20
    85:20 89:24 113:10
transcribed 179:7
transcript 2:22
    141:18 166:21
    179:9
transcripts 40:16
transfer 29:24 57:4
transferred 20:7
    22:3 46:23 47:1
    57:5
transplant 149:17,21
    149:23
travel 4:19 59:24
traveling 45:14
treaty 26:12
trial 100:25 101:4
    141:18
tried 33:25
triggered 102:9
triggering 83:22
trip 15:3
true 78:4 141:1
    142:2 161:13,15
    179:9
truth 69:11 105:7
    117:22 137:25
    159:24
truthful 68:16
try 51:16,17 72:12
    79:22 155:2 161:16
trying 38:22 39:16
    45:15 128:22
    157:11 159:23
Tuesday 14:10
turn 54:13 62:16
    66:23 98:21 100:2
    131:10 142:20
    143:2,7 144:4,19
    145:11 146:6,20

147:6 150:2 156:7
    158:17 161:2
    166:24 167:16
    168:5
turned 107:22
twelve 57:23 58:12
    62:10
twelve-month
    123:21
two 4:25 7:7 8:24
    9:13 19:3 28:14
    29:5 34:15 39:9,19
    43:12 89:14 91:9
    93:6 94:18 95:18
    95:22,24,24 99:11
    106:4 113:19
    122:10,12 123:16
    127:3,6 132:18
    155:9,10,12,14
    156:16 159:1,2
    160:6
type 29:9 100:13
    104:13
typed 82:21
typeface 75:22
types 32:19 83:8,16

⎯⎯⎯⎯ U ⎯⎯⎯⎯

Uh-huh 13:25 27:23
    28:8 33:4 34:4
    40:6,8,11 41:22
    47:25 93:16 111:15
    120:15 170:10
ultimately 73:22
umbrella 10:4 24:13
unable 76:16 111:8
unambiguous 90:19
    128:17 136:10
    155:8,10
unambiguously
    97:21 119:20
    156:12 157:15
    168:18 171:7
unaware 76:13
    137:21
under 9:18 10:3
    12:21,25 19:7 25:9
    31:25 63:11 67:18
    67:19 68:18,19
    69:15 70:7,9,11,11
    70:14 72:16,18
    73:6,8 84:22 94:17
    94:19 98:16 101:11
    101:11 107:6,14,17
    107:23 109:4,9
    110:15 115:9 118:3

123:11 127:6,11
    134:7 143:13,15
    144:21 145:16
    147:7 150:22,25
    168:14,16 171:19
    171:20 172:16
underlying 58:11
    62:10
underneath 122:15
    126:16 127:8
    143:14 147:9,15
underpaid 74:11,17
understand 18:3
    25:17 26:15 29:22
    50:15 51:25 52:18
    54:14,17,20,21
    55:11,21 56:2 73:8
    75:12,13 80:21
    83:2 94:4 98:1
    116:25 124:14
    125:22,23 131:17
    132:12,13 133:25
    134:24 136:16
    152:21 155:2,5
understanding 44:18
    62:25 71:13,17
    72:6,15 89:9 93:10
    94:11 112:12 121:2
    137:1 173:16,21,22
understood 26:21
    50:5 92:5 115:18
    119:18
undertake 42:1
    77:20
undertaken 39:20
unit 8:7,9 19:23
    48:24
United 1:1 106:19
University 3:21
    50:23 97:1
unless 13:18 16:20
    39:2,3 77:16
    109:14 161:17
    162:5,23 163:3
unquestioned 60:2
unrelated 61:16
until 5:17 7:1 8:12
    14:10 18:25 37:23
    38:13 145:3 173:19
    173:23 174:20
upwards 60:15
use 22:5 41:8 80:9
    81:2 86:2 93:3
    154:6 177:11
used 83:10,19 84:17
    84:20 151:25

152:18 153:18
    154:4,9 157:25
uses 156:22
using 85:3 152:3,7
    153:18,21 154:8
    155:17,18,19,24
    156:4,16 157:19,22
    158:5

⎯⎯⎯⎯ V ⎯⎯⎯⎯

v 177:2
Valerie 1:10 3:1,8,9
    3:18 68:12 177:3
    179:5,10
Vanliner 171:19
variable 61:2
variation 61:3
varies 26:10 50:21
variety 48:22
various 72:18,19
    73:19,21 117:2
vary 51:2
vendor 41:8
vendors 59:17
verbal 28:2 29:2
    41:19
verbally 30:2
verdict 101:4
verification 110:5
verified 11:18 96:7
    109:21 110:4,14
    118:20
verify 86:17 110:20
    117:20
Vermont 83:11,11
    84:23
versions 47:12
versus 42:15,17
    68:13 171:19
very 14:5 20:20
    75:11 78:25 90:22
    90:24 112:1
Vice 6:5 7:2 8:5,12
    9:17 23:4 24:3
    28:10 31:8,11
    71:21 86:25 98:11
    98:12 111:6 112:16
    114:18 124:13
    125:5
videographer 154:18
    154:20
Vine 2:3
visited 65:13 145:12
voice 93:9
VP 39:17
vs 1:5

V-A-L-E-R-I-E 3:8

⎯⎯⎯⎯ W ⎯⎯⎯⎯

wait 139:5
waive 55:8
waived 55:7,14
Waiver 55:3
Walnut 2:8
want 3:25 13:18
    41:24,25 77:16,17
    92:6 118:16 129:1
    133:5,17 135:12
    137:24 140:3 148:5
    152:21 153:6
    163:21 165:20,22
    172:8 173:4
wanted 52:21 120:4
    137:8
wants 104:8
war 167:18
wasn't 53:5 66:11,13
    68:1 82:25 94:1,25
    107:8,25 115:17
    116:11 124:9 134:2
    139:23 156:21
    175:16
watch 49:21
way 13:19 41:21
    49:22 55:12 69:20
    99:22 102:8 103:1
    114:16 128:10
    136:22 137:1,3,13
    139:21 146:21,23
    155:25 160:12,12
    162:18 169:24
week 15:12 44:24
    45:1
weeks 91:9 165:11
well 9:9,19 12:20
    17:19 20:20 23:7
    36:1 43:13 44:2
    58:19 59:13 77:14
    78:23,25 80:22
    88:9 90:24 93:18
    97:9 105:1 113:18
    116:17 119:6
    122:13 124:11
    129:21 130:18
    144:2
well-trained 75:14
went 8:9,11 14:13
    25:12 41:10 50:22
    72:25 105:11 124:8
    125:3 132:4 135:1
    139:6,6 161:19
    162:7,14 164:16

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 200

| | | | |
|---|---|---|---|
| were 7:21 18:14,21 | wife 14:6 92:3,3,3,5 | **X** | 1 2:15 11:24 12:1 |
| 20:3,6,6,7,14,17,20 | William 2:2 101:18 | X 2:11,14 59:8 | 17:25 19:6 20:24 |
| 21:22 22:18 35:22 | 114:23 | 129:20,20,22 | 97:5 138:9 |
| 43:10,10 44:22 | willing 80:5 93:12,13 | | 1-A 31:21,22 32:8 |
| 49:10,11 50:2 | 133:13,19 | **Y** | 1-C 40:23 42:22 |
| 53:19 54:9 56:23 | Winston-Salem | Y 129:22 | 1-E 30:19 43:4,15 |
| 57:16 58:14 60:22 | 45:25 | yeah 13:12 42:20 | 1:35 91:21 |
| 61:19,19,22 63:3 | wish 177:6 | 80:23 88:13 89:22 | 10 2:20 94:2 |
| 66:8 68:2,19,24 | witness 3:1 19:1 20:3 | 141:9 165:15 | 10th 45:17,19 |
| 70:7,9,25 75:11 | 26:22 56:22 58:3 | 174:16 | 100 2:5 25:23 |
| 89:22 93:15,17 | 70:15 77:9,10,16 | year 3:22 4:7 16:19 | 109 2:21 |
| 96:23 97:17 98:4,4 | 77:21,22 138:2 | 53:8 59:9 74:4,7,9 | 11 2:20 96:21 97:2 |
| 99:24 103:8,9 | 140:21 165:6 | 80:2 84:24 105:6 | 11:00 1:15 |
| 105:21 110:17 | 170:16 171:24 | 110:15 113:7 118:6 | 114 2:21 |
| 111:12 113:7,16 | 176:2 179:15 | 118:9,20 124:12 | 116 2:22 |
| 116:8,15,15,16 | witnesses 93:5 | years 4:25 7:11 | 12 2:15,21 109:24 |
| 117:14 119:4 120:1 | WJ2244 54:2 | 28:14 29:5 33:18 | 12th 179:16 |
| 120:24 129:4,9 | WJ576A 47:2,8 | 34:21 49:15 102:9 | 12-21-01 2:24 |
| 137:2,10,22 144:20 | WJ67 47:7 | 113:19 118:19 | 123 121:24 |
| 144:21 145:12 | wondering 95:18,24 | 123:16 125:3,5 | 13 2:21 114:19,21 |
| 160:24 162:22 | Wood 2:2 | 128:9 169:4,5,19 | 13th 123:19 |
| 169:8,9,19 171:11 | word 78:16 91:1 | 169:19 | 14 2:22 116:13 |
| 173:15 | 165:3,5 | yesterday 18:21,25 | 120:22 121:16,17 |
| weren't 23:3 91:19 | words 122:10,12 | 173:23 | 126:8,9 147:14,15 |
| 110:4 116:10 | 127:7 144:11,12,16 | | 15 2:22 91:17,21 |
| 160:22 | 151:6,8,25 152:1,4 | **Z** | 125:5 165:24 166:1 |
| Western 1:2 106:20 | 153:18,22 154:3,5 | zip 3:9 | 16 2:23 169:22 170:1 |
| we'll 11:24 13:4 | 154:5,6,8,9 155:3,5 | | 170:19 |
| 15:14 16:6 59:9 | 155:6,7,9,10,13,14 | **$** | 165 2:22 |
| 62:13 91:1 93:1 | 155:18,19,21,23 | $2,000 25:9,12 26:4 | 169 2:23 |
| 120:10 171:13 | 156:1,5,16 157:19 | 27:9 | 17 2:16,23 171:11,13 |
| we're 9:9 13:24 20:9 | 157:20,23,25,25 | $21,000 69:16 | 175:12,20 |
| 41:20 45:15 53:13 | 158:5 | $280,000 114:4 | 171 2:23,24 |
| 117:24 118:20 | work 5:18 6:3,20 | 115:4 | 175 2:12 |
| 120:8 134:8,12 | 8:20 27:21 36:20 | $33,000 69:15 | 178 179:8 |
| 164:5 173:2,3 | 61:1 69:7 70:16,17 | $40,000-a-year | 18 2:24 171:11,13 |
| 174:15 175:23 | worked 70:18 | 131:4 | 19th 45:13 |
| we've 33:18 92:1 | Workers 5:22,24 | $50,000-a-year | 1900 2:8 3:11 |
| 105:22,23 118:19 | 48:4 | 171:6 | 1981 3:23,24,25 |
| 121:14 147:16 | working 8:8 41:21 | $75,000 38:14 | 1992 3:17 5:17 6:5 |
| 164:11 173:19 | works 24:15 | $80,000 74:4,7,9 | 53:4 54:5,9 55:1,23 |
| whatsoever 137:20 | worksheet 2:19 85:1 | 124:12 | 56:3,15 |
| 138:25 | worksheets 82:8,9,14 | | 1993 136:23 |
| wheelchairbound | wouldn't 91:4 92:12 | **0** | 1994 6:10 |
| 93:6 | wounds 167:14 | 0559 75:19 76:3 | 1995 6:11 |
| WHEREOF 179:15 | WRITE 177:7 | 0633 116:24 | 1997 7:1,3,4 18:20 |
| whichever 158:25 | writing 27:17 63:16 | 0633-A 116:24 | 46:21 |
| 159:11,19 160:10 | 104:6 | 0634 116:24 | 1998 7:4,4 |
| while 5:8 38:16 | written 16:17 17:5 | 0635 116:22 | 1999 16:14 17:6 19:6 |
| 54:16,23 66:14 | 17:16 28:15 29:9 | 0642 116:23 | 46:23 |
| 69:17 106:8 119:5 | 29:19 34:7 49:14 | 0642-A 116:23 | |
| 174:4 | 67:14 76:13 79:7 | 0643 116:23 | **2** |
| whole 116:7 146:15 | 102:13 151:20,22 | 0955 82:11 | 2 2:16 17:12,14 |
| 158:9,13 164:12,14 | 151:25 | 0966 82:11 | 31:23 46:1,2 55:9 |
| 175:13 | wrong 55:19 89:5 | | 98:21 121:14 |
| wholesale 42:11 | 90:11 | **1** | 126:10,11 138:16 |

| | |
|---|---|
| 141:10 143:3,4 | |
| 147:14 161:3,25 | |
| 2,125 147:21 | |
| 2-A 46:1 56:24 | |
| 2:00 120:8 | |
| 2:30 120:8 | |
| 20 73:2 123:4 125:3 | |
| 127:24 168:1,6,10 | |
| 2000 19:7 20:13,25 | |
| 21:5 25:8 57:25 | |
| 67:14 93:23 94:20 | |
| 108:4,13,14 | |
| 2001 2:21 7:12 8:1,3 | |
| 93:22 98:25 99:3 | |
| 112:15 113:2 114:3 | |
| 114:8,22,24 115:7 | |
| 115:20 172:20 | |
| 173:8 174:2 | |
| 2002 8:12,13 24:18 | |
| 28:10,11 39:17 | |
| 99:3 112:17 136:23 | |
| 2003 66:22 | |
| 2004 1:15 61:22 | |
| 84:24 91:12,13 | |
| 118:6 176:5 179:16 | |
| 2005 179:21 | |
| 20727 121:21 | |
| 21,000 67:19 | |
| 22 114:24 | |
| 23 128:9 | |
| 2500 2:3 | |
| 26 12:4 91:12 179:21 | |
| 27 91:13 | |
| 27401 2:6 | |
| 27410 3:12 | |
| 27420 121:22 | |
| 28 175:19 | |

| **3** |
|---|
| 3 2:12,16 53:11,14 |
| 53:21 68:18 78:8 |
| 123:18 137:25 |
| 142:5,13 143:4,5 |
| 144:5 145:11 146:6 |
| 146:7 148:4,4,8,8 |
| 149:2,18 166:25 |
| 3,900 9:2 |
| 30 118:19 |
| 30(b)(6) 12:3,21,25 |
| 77:9 161:4,9 |
| 169:25 172:1 |
| 300 36:8 |
| 31 57:25 |
| 33 118:3 |
| 336-621-2240 93:3 |
| 34 118:3 |

**Reported By: Rebecca J. Huddy**

Jefferson-Pilot Insurance Company vs. Christopher L. Kearney
Valerie Loftin

C-1-02-479
5/6/2004

Page 201

**36** 118:4

---
**4**

**4** 2:17 15:16 53:14
53:19,22 57:17
69:6,13 142:21
144:20 149:2,18
156:7 161:3,25
167:16
**4-C** 57:17
**4-28-04** 2:23
**40** 132:21,25 133:6
**408** 115:9,10
**43,000** 62:1
**43,700** 58:2,5
**45** 76:20 123:14
**45202** 2:3,9

---
**5**

**5** 2:17 53:19,24 54:1
54:13 69:15 100:3
131:10,11
**5:00** 175:25
**50** 36:9 132:24
**500** 35:20
**511** 2:8
**53** 2:16,17,17

---
**6**

**6** 2:18 62:16,17 67:4
94:20 138:9
**6th** 1:15
**6-13-00** 2:18
**60** 132:20 167:22
**600** 2:3 35:20
**63rd** 123:15
**65** 76:11,15,17 80:2
123:13
**65th** 56:8 123:23
**67** 2:18
**68** 2:18

---
**7**

**7** 2:18 68:10,12 89:3
89:5
**75** 2:19 133:23 134:1
134:10,15,19 135:7
135:14,20
**75,000** 39:5
**7800** 1:13

---
**8**

**8** 2:19 75:16,20
**8-11-00** 2:20
**8:30** 92:16 120:9
**80** 163:21

**80th** 165:4
**81** 2:19
**82** 4:8 5:24
**85** 4:8 5:24
**87** 5:4
**89** 5:4,12,12,13,14

---
**9**

**9** 2:19 81:22 82:6
87:13
**90** 35:10 143:16,17
**90s** 8:21 52:22
**91** 35:10
**92** 5:19
**94** 2:20
**96** 2:20
**97** 46:12
**99** 23:1 25:7 46:13
108:2