IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER L. KEARNEY,** | ) : | CASE NO. C-1-02-479 |
| Plaintiff, | ) : | Judge Michael R. Barrett |
| vs. | ) : | PLAINTIFF'S NOTICE OF |
| **JEFFERSON-PILOT LIFE INS., et. al.,** | ) : | SERVICE OF EXHIBITS AND DEPOSITION |
| Defendants. | ) | **DESIGNATIONS** |

The plaintiff, Christopher L. Kearney, hereby serves notice that he has served defendants' counsel, William R. Ellis, with a full set of copies of plaintiff's trial exhibits. Further, below are plaintiff's designations of depositions that he intends to read and/or play by video to the jury at the trial of this matter. Finally, plaintiff hereby serves Notice that he intends to call on cross-examination the corporate representatives of each defendant at the trial of this case.

### Dr. Shawn Barnhart (read, if not live)

Entire Deposition

### Mr. Robert Bonsall (video)

| | | | |
|---|---|---|---|
| 5:2 - 6:12 | 7:24 – 10:5 | 12:22 – 13:12 | 16:22 – 18:7 |
| 22:22 – 23:2 | 23:12 – 28:16 | 29:7-17 | 30:3 – 31:16 |
| 32:2-5 | 32:20 – 33:7 | 35:15-22 | 42:8-12 |
| 43:4-7 | 45:1 – 46:2 | 52:17 – 53:3 | 54:5 – 56:11 |
| 57:8 – 58:15 | 61:1-3 | 63:4-19 | 64:11-13 |

### Attorney William Dempsey (video)

| | | | |
|---|---|---|---|
| 6:7-16 | 7:19 – 8:5 | 9:15-19 | 11:8-25 |
| 12:10 – 13:8 | 15:7-17 | 16:10 – 23:25 | 24:18 – 25:18 |
| 26:13 – 30:20 | 31:19 – 32:18 | 33:8 – 34:1 | 34:8-15 |
| 35:6-10 | 39:5-7 | 39:20 – 40:15 | 44:22 – 47:22 |
| 48:2 – 49:5 | 49:21 – 50:12 | 52:6 – 53:22 | 55:2-6 |
| 56:24 – 57:1 | 57:5 – 60:3 | 66:22 – 67:5 | 71:2 – 74:18 |
| 75:10 – 78:13 | 79:11-13 | 79:21 – 80:1 | 80:23 - 81:2 |

1

| | | | |
|---|---|---|---|
| 81:8-11 | 81:20 – 82:8 | 83:22 – 84:20 | 86:6-25 |
| 87:3-6 | 87:20 – 89:21 | 89:22 – 92:8 | 92:21 – 93:25 |
| 94:11 – 95:20 | 96:2-22 | 97:8 – 99:16 | 100:1-11 |
| 100:21-101:9 | 102:1 – 103:5 | 104:4 – 104:21 | 105:2-15 |
| 106:24 – 109:14 | 110:5-8 | | |

### **Mr. Todd Ditmar (video)**

| | | | |
|---|---|---|---|
| 10:11 – 10:16 | 12:12 – 13:22 | 14:16 – 14:20 | 22:19 – 24:11 |
| 25:1 – 2 | 25:11 – 13 | 26:14 – 27:24 | 32:1 – 32:5 |
| 39:9 – 45:9 | 51:2 – 51:11 | 51:19 – 54:7 | 6:22 – 58:17 |
| 61:10 – 61:14 | 61:18 – 61:23 | 62:11 – 63:3 | 65:6 – 65:15 |
| 65:24 – 67:5 | 69:1 – 70:3 | 70:16 – 70:24 | 71:16 – 72:8 |
| 72:22 – 74:20 | 77:13 – 15 | 77:24 – 78:7 | 83:24 – 85:16 |
| 86:2 – 87:5 | 88:11 – 89:21 | 90:18 – 91:3 | 91:10 – 93:10 |
| 97:2 – 97:6 | 97:17 – 97:20 | 99:7 – 99:13 | 99:23 – 100:8 |
| 109:7-16 | 111:16-112:3 | 115:16-23 | 116:20-117:1 |
| 117:16-119:3 | 120:3-19 | 127:20-128:9 | 135:8-18 |
| 143:9-145:15 | 145:20-23 | 149:11-19 | 156:13-157:10 |
| 157:19-158:11 | 162:23-163:17 | 164:7-23 | 168:4-169:17 |

### **Mr. Clyde Honaker (read, if not live)**

| | | | |
|---|---|---|---|
| 3:6-15 | 11:15-23 | 24:20-23 | 30:18-22 |
| 34:4-5 | 35:2-9 | 35:18-21 | 38:3 – 39:15 |
| 40:17-20 | 41:6-17 | 42:5-18 | 43:7 – 44:18 |
| 46:8 – 48:7 | 50:4 – 51:7 | 88:5-25 | 89:15 – 90:7 |
| 103:9-25 | 109:5-12 | 113:6 – 114:25 | 116:7-12 |
| 121:5-22 | 123:21 – 125:11 | 131:11 – 132:3 | 132:20-25 |
| 133:7 – 134:19 | 138:20 – 139:3 | 142:8-9 | |

### **Mr. William Hughes (video)**

| | | |
|---|---|---|
| 5: 14 - 6: 11 | 85: 1 - 24 | 142: 5 - 143: 4 |
| 7: 5 - 8: 1 | 86: 22 - 91: 24 | 144: 22 - 145: 20 |
| 8: 5 - 8: 16 | 97: 17 - 98: 1 | 148: 13 - 20 |
| 21: 14 - 22: 11 | 99: 13 - 17 | 152: 17 - 154: 3 |
| 22: 21 - 24: 14 | 99: 21 - 100: 8 | 156: 1 - 19 |
| 27: 9 - 28: 14 | 102: 21 - 103: 20 | 165: 10 - 166: 23 |
| 31: 1 - 32: 13 | 106: 9 - 106: 14 | 167: 21 - 168: 1 |
| 32: 23 - 33: 6 | 107: 1 - 107: 16 | 169: 14 - 23 |
| 34: 13 - 36: 4 | 108: 12 - 110: 6 | 172: 4 - 179: 16 |
| 36: 16 - 36: 10 | 112:17 - 113: 1 | 182: 4 - 6 |
| 40: 24 - 41: 18 | 113: 15 - 116: 1 | 189: 21 - 198: 2 |
| 45: 13 - 46: 4 | 116: 17 - 20 | 198: 24 - 199: 11 |
| 46: 18 - 47: 2 | 117: 8 - 12 | 201: 4 - 9 |
| 47: 20 - 48: 23 | 118: 1 - 119: 1 | 201:19 - 202: 21 |

| | | |
|---|---|---|
| 49: 19 - 50: 4 | 120: 14 - 23 | 205: 2 - 14 |
| 52: 3 - 52: 12 | 121: 6 - 125: 11 | 206: 16 - 207: 7 |
| 55: 7 - 56: 1 | 125: 19 - 128: 19 | 209: 23 - 217: 20 |
| 56: 19 - 62: 2 | 130: 9 - 132: 8 | 224: 13 - 14 |
| 62: 20 - 63: 8 | 133: 16 - 133: 20 | 226: 16 - 22 |
| 66: 8 - 68: 1 | 135: 18 - 21 | 227: 9 - 228: 7 |
| 68: 20 - 71: 13 | 136: 7 - 137: 11 | 232: 8 - 233: 12 |
| 71: 23 - 72: 12 | 139: 20 - 140: 24 | 235: 16 - 17 |
| 73: 5 - 82: 9 | 141: 14 - 22 | |

### Dr. Donna Judd McClure (read, if not live)

Entire Deposition

### Atty Valerie Loftin – 2004 (read)

| | | | |
|---|---|---|---|
| 3: 6- 19 | 7: 10 - 8: 15 | 16: 13 - 17: 24 | 19: 6 – 23 |
| 21: 25 - 22: 6 | 25: 7 - 26: 7 | 26: 15 – 19 | 35: 2 - 8 |
| 35: 24 - 36: 8 | 38: 3 – 9 | 57: 17 - 58: 5 | 66: 2 – 18 |
| 68: 12 - 70: 19 | 79:6- 81: 20 | 114: 1 - 114: 13 | 120: 12 - 20 |
| 170: 1 – 25 | 173: 7 - 20 | | |

### Atty Valerie Loftin – 2007 (read)

| | | | |
|---|---|---|---|
| 4: 6 – 15 | 7: 2 – 4 | 12: 21 – 25 | 13: 19 – 20 |
| 17: 14 – 24 | 18: 10 - 19: 1 | 19:9 - 20: 14 | 22: 5 - 25: 25 |
| 26: 21 - 28: 16 | 33: 6 - 42: 3 | 44: 21 - 48: 5 | 48: 14 - 52: 1 |
| 53: 4 - 54: 25 | 55: 22 - 56: 6 | 56: 18 - 58: 18 | 66: 10 – 12 |
| 66: 18 - 23 | | | |

### Mr. Clint Miller (read)

Entire Deposition

### Mr. Robert Mills (2004) (video)

| | | | |
|---|---|---|---|
| 11:14-21 | 12:4-23 | 13:10-24 | 15:8-13 |
| 17:21-22 | 18:15-24 | 19:1-2 | 19:14 – 20:2 |
| 20:22 – 21:8 | 22:20 – 23:13 | 23:18 – 24:13 | 26:18 – 27:23 |
| 28:15 – 29:7 | 29:17 – 31:15 | 31:21 – 37:24 | 38:23 – 40:05 |
| 40:12 – 41:19 | 42:19 – 43:3 | 44:7-11 | 46:13-24 |
| 47:4-16 | 49:3-8 | 49:24 – 54:3 | 56:6 – 57:2 |
| 57:11-16 | 58:15-20 | 59:22 – 60:7 | 61:18-24 |
| 63:2-15 | 65:18 – 66:1 | 66:6-11 | 69:23 – 70:12 |
| 71:20 – 72:2 | 72:20-24 | 75:20 – 78:6 | 101:22 – 102:16 |
| 103:5 – 11 | 103:18 – 104:5 | 104:10 – 105:16 | 107:19 – 108:17 |
| 109:5 – 24 | 110:11 – 19 | 111:11 – 15 | 112:12 – 18 |

| | | | |
|---|---|---|---|
| 120:14 – 20 | 123:6 – 126:5 | 127:1 – 127:11 | 143:11 – 144:10 |
| 144:18 – 146:7 | 147:3 – 148:5 | 148:18 – 150:9 | 152:12 – 153:9 |
| 154:12 – 172:16 | 174:2 – 195:8 | 198:8 – 200:24 | 202:2 – 202:8 |
| 203:16 – 210:24 | 211:22 – 223:3 | 223:18 – 224:5 | 224:16 – 228:6 |

### Mr. Robert Mills (2007) (video)

| | | | |
|---|---|---|---|
| 5:7-14 | 6:24 – 7:6 | 9:14-21 | 11:21 – 12:2 |
| 12:17-19 | 17:21 – 19:9 | 21:15-19 | 22:1-3 |
| 25:14-18 | 27:14 – 30:4 | 30:12-17 | 32:5-15 |
| 33:9-24 | 35:8 – 39:24 | 41:5-7 | 41:18 – 42:8 |
| 43:19 – 44:24 | 45:13 – 57:9 | 57:17 – 58:5 | 59:21 – 60:19 |
| 62:22 – 63:6 | 65:5-24 | 66:9-14 | 67:22 – 68:11 |
| 69:18 – 70:16 | 72:12 – 73:9 | 73:20-24 | 75:12 – 76:1 |

### Attorney David Newkirk (video)

| | | | |
|---|---|---|---|
| 5:14 – 6:13 | 7:17 – 8:2 | 8:12 – 22 | 9:21 – 24 |
| 10:3-22 | 11:6-10 | 13:8-17 | 13:23 – 17:20 |
| 18:8 – 21:13 | 21:25 – 22:9 | 22:20 – 23:9 | 24:19 – 25:14 |
| 25:25 – 26:2 | | | |

### Dr. Suresh Patel (read, if not live)

Entire Deposition

### Mr. John Roberson (read)

| | | | |
|---|---|---|---|
| 3:6 – 4:15 | 4:21 – 5:6 | 7:9-17 | 7:21-25 |
| 9:4-5 | 9:12 – 12:11 | 14:25 – 15:4 | 17:10 – 20:7 |
| 21:3-10 | 21:24 – 22:8 | 25:15 – 26:10 | 32:14 – 33:1 |
| 33:6 – 37:9 | 39:20 – 40:9 | 40:19 – 41:11 | 43:10-18 |
| 44:7-12 | 50:2 – 51:4 | 53:5-17 | 53:23-25 |
| 55:10-16 | 56:10 – 57:7 | 58:25 – 60:6 | 62:6 – 64:18 |
| 65:11 – 69:16 | 70:1 – 71:23 | 76:21 – 78:6 | 80:18-22 |

### Mr. Harold Shelton (read)

| | | | |
|---|---|---|---|
| 3: 6 – 15 | 3: 22 – 23 | 4: 9 – 25 | 5: 5 - 7: 5 |
| 8: 13 – 15 | 9: 12 - 13: 1 | 13: 6 – 12 | 13: 18 - 24 |
| 37: 19 - 40: 11 | 40: 20 - 41: 22 | 44: 3 - 44: 16 | 46: 9 - 49: 14 |
| 51: 11 - 52: 11 | 52: 19 - 52: 23 | 53: 7 – 13 | 54: 1 - 8 |
| 54: 16 – 21 | 62: 22 - 63: 5 | 64: 3 – 7 | 64: 23 - 65: 7 |
| 68: 21 – 25 | | | |

1479538.1

Plaintiff, Christopher Kearney reserves the right to amend and modify these designations through trial, including rebuttal.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | |
| | /s Michael A. Roberts |
| GRAYDON HEAD & RITCHEY LLP | Michael A. Roberts (0047129) |
| 1900 Fifth Third Center | GRAYDON HEAD & RITCHEY LLP |
| 511 Walnut Street | Trial Attorney for Plaintiff |
| Cincinnati, Ohio 45201 | 1900 Fifth Third Center |
| (513) 621-6464 | 511 Walnut Street |
| Cincinnati, Ohio 45201 | (513) 629-2799 |
| | (513) 651-3836 |
| | mroberts@graydon.com |

<b><u>CERTIFICATE OF SERVICE</u></b>

The undersigned hereby certifies that the above was filed electronically with the ECF system and was thereby electronically served this 10th day of September 2007, on William R. Ellis, Wood & Lamping, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202 and John Meagher, Shutts & Bowen LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, Fl. 33131.

/s Michael A. Roberts