**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JEFFERSON-PILOT LIFE INSURANCE CO.,** | ) : ) : | **CASE NO. C-1-02-479** |
| **Plaintiff** | : ) | **JUDGE BARRETT** |
| | ) : | **Magistrate Judge Hogan** |
| **vs.** | ) : ) | |
| **CHRISTOPHER L. KEARNEY,** | : ) | |
| **Defendant.** | : : | **NOTICE OF TRIAL DEPOSITION** |
| | ) : | **OF DR. MARTIN LEHENBAUER** |
| **vs.** | ) : ) | |
| **DISABILITY MANAGEMENT SERVICES, INC.** | : : ) : | |
| **Third-party Defendant** | ) | |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, counsel for Christopher Kearney in the above matter will conduct the trial deposition of Dr. Martin Lehenbauer at Dr. Lehenbauer's office located at 608 Reading Road, Suite C, Mason, Ohio 45040 at 6:00 p.m. on Wednesday, September 12, 2007. Such deposition will be conducted before a notary public or other officer duly authorized to administer oaths and a videographer and shall continue day-to-day until completed. You may appear and take such part in the examination as you be advised and shall be fit and proper.

Dated: September 10, 2007

OF COUNSEL:

GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202
(513) 621-6464

Respectfully submitted,

/s Michael A. Roberts
Michael A. Roberts (0047129)
GRAYDON HEAD & RITCHEY LLP
Trial Attorney for Christopher Kearney
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202
(513) 629-2799
(513) 651-3836 (fax)
mroberts@graydon.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above was filed electronically with the ECF system and was thereby electronically served this 10th day of September 2007, on William R. Ellis, Wood & Lamping, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202 and John Meagher, Shutts & Bowen LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, Fl. 33131.

/s Michael A. Roberts

1482390.1