AO 187 (Rev.07/87) Exhibit and Witness List

# United States District Court

## SOUTHERN DISTRICT OF OHIO

| Jefferson-Pilot Life Insurance Co. | | EXHIBIT LIST | |
|---|---|---|---|
| v. | | Case Number:  02-479 | |
| Christopher L. Kearney | | | |
| PRESIDING JUDGE<br>Michael R. Barrett | COUNTER-CLAIM PLAINTIFF'S ATTORNEY<br>Michael A. Roberts | | COUNTER-CLAIM DEFENDANTS' ATTORNEY<br>William R. Ellis, John E. Meagher |
| TRIAL DATE(S)<br>September 17, 2007 | COURT REPORTER | | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | 1 |  |  |  | Christopher Kearney's Jefferson Pilot Disability Polices<br>    A. Policy H439029<br>    B. Policy H00538069 |
|  | 2 |  |  |  | Christopher Kearney's policy application files<br>    A. Application dated 3/19/90<br>    B. Application dated 5/28/91<br>    C. Application dated 11/8/91 |
|  | 3 |  |  |  | Correspondence to/from Kearney contained in the JP/DMS claim file<br>A.  1991 Correspondence<br>B.  1993 Correspondence<br>C.  1994 Correspondence<br>D.  1995 Correspondence<br>E.  1996 Correspondence<br>F.  1997 Correspondence<br>G.  1998 Correspondence<br>H.  1999 Correspondence<br>I.   2000 Correspondence<br>J.   2001 Correspondence<br>K.  2002 Correspondence<br>L.   2003 Correspondence<br>M.  2004 Correspondence<br>N.  2005 Correspondence<br>O.  2006 Correspondence<br>P.   2007 Correspondence |

\*        Voluminous exhibit not being reproduced due to size.
\*\*      Inclusion of an exhibit on this list does not waive any objections to admissibility of the exhibit.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Jefferson Pilot Life Insurance co. vs. Christopher L. Kearney | | | CASE NO. 02-479 | | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 4 | | | | Claim Forms<br>A. 1993<br>B. 1994<br>C. 1995<br>D. 1996<br>E. 1997<br>F. 1998<br>G. 1999<br>H. 2000<br>I. 2001<br>J. 2002<br>K. 2003<br>L. 2004<br>M. 2005<br>N. 2006<br>O. 2007 |
| | 5 | | | | Non-Privileged Produced Claims File* |
| | 6 | | | | Medical Records<br>A. Dr. Ambrose Perduk<br>B. Dr. Bret Ferree<br>C. Dr. Otto Kausch<br>D. Behavioral & Psychiatric Counseling/Elizabeth Henderson, PhD<br>E. Dr. Martin Lehenbauer<br>F. Donna Judd-McClure, PhD<br>G. Shawn Barnhart, LISW |
| | 7 | | | | Claim Payment Worksheets |
| | 8 | | | | Christopher Kearney's Deposition Exhibits<br>A. Signed medical authorizations<br>B. Dr. Otto Kausch authorizations<br>C. Nancy Kearney's Affidavit<br>D. Nancy Kearney's Financial Affidavit<br>E. Christopher Kearney's 1994 Affidavit<br>F. Divorce - Judgment Entry dated 10/28/94<br>G. 10/31/94 Residual Form<br>H. Letter to Mr. Roberson from Kearney<br>I. Cincinnati Belting Complaint<br>J. Answer/Counterclaim of Kearney<br>K. Agreed Judgment Entry – Cincinnati Belting<br>L. Kearney's Bankruptcy Case<br>M. Melville letter regarding payment (Rogers v. Innomation)<br>N. Motion to Enforce Settlement<br>O. Garnishment Entry<br>P. Back Rider<br>Q. Kearney letter to Dr. Perduk<br>R. Dr. Perduk's letter to the Bureau of Workers Compensation<br>S. DJ v. Innomation Complaint<br>T. Certificate of Judgment (CJ v. Innomation)<br>U. Complaint (Baker v. Kearney) |

\*     Voluminous exhibit not being reproduced due to size.
\*\*    Inclusion of an exhibit on this list does not waive any objections to admissibility of the exhibit.

# EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187A (Rev. 7/87)

| Jefferson Pilot Life Insurance co. vs. Christopher L. Kearney | | | | | CASE NO. 02-479 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  | 9 |  |  |  | Articles of Incorporation<br>A. Kearney Magnetics<br>B. Kearney & Associates<br>C. Kenwood Technologies<br>D. Innomation |
|  | 10 |  |  |  | Surveillance/Claim Investigation<br>A. CS Claims Group<br>B. Equifax<br>C. NWI Investigations<br>D. J.R. Levy<br>E. Psychiatric Referral<br>F. Medical Referral |
|  | 11 |  |  |  | Christopher Kearney's Tax Returns<br>A. 1993<br>B. 1994<br>C. 1995<br>D. 1996<br>E. 1997<br>F. 1998<br>G. 1999<br>H. 2000<br>I. 2001<br>J. 2002<br>K. 2003<br>L. 2004<br>M. 2005 |
|  | 12 |  |  |  | Lawsuits involving Christopher Kearney<br>A. J.L. Grote<br>B. Christopher Kearney v. Yoshiko Kearney<br>C. Other cases |
|  | 13 |  |  |  | Christopher Kearney's Credit Card Statements*** |
|  | 14 |  |  |  | Selected claims file documents |
|  | 15 |  |  |  | JP/DMS training materials* |
|  | 16 |  |  |  | Documents Produced by JP/DMS* |
|  | 17 |  |  |  | JP customer surveys re: DMS |
|  | 18 |  |  |  | All Exhibits on Kearney's Exhibit list |
|  | 19 |  |  |  | Rebuttal Exhibits |

\*       Voluminous exhibit not being reproduced due to size.
\*\*      Inclusion of an exhibit on this list does not waive any objections to admissibility of the exhibit.
\*\*\*     Awaiting documents per subpoenas and Court's order.
Defendants reserve the right to supplement this exhibit list depending on plaintiff's proof at trial.