UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON-PILOT LIFE INSURANCE COMPANY, et al. : | CASE NO. C-1-02-479 |
| : | (Judge Michael R. Barrett) |
| Plaintiff/Counterclaim Defendants, : | |
| : | |
| vs. : | **DEFENDANTS' DEPOSITION DESIGNATIONS** |
| : | |
| CHRISTOPHER L. KEARNEY, : | |
| : | |
| Defendant/Counterclaim Plaintiff. : | |
| : | |

Defendants, Jefferson Pilot Life Insurance Company ("JP") and Disability Management Services, Inc. ("DMS") ("Defendants"), pursuant to the Court's Pretrial Order, files the deposition designations they currently anticipate using at trial. Defendants note that, having no burden in this case, they reserve the right to refrain from using the below excerpts and reserve the right to add additional designation depending on plaintiff's proof, if any.

Deposition of Christopher Kearney (V.1, taken 5/10/2004)

Page/Line

3/5-4/22
5/3-100/8

Deposition of Christopher Kearney (V.2 taken 6/20/07)

Page/Line

6/13   -   7/17
8/10   -   24
10/2   -   16/11
19/1   -   23
32/8   -   33/12
73/11  -   76/9
82/20  -   83/4
84/15  -   19

| | | |
|---|---|---|
| 86/1 | - | 87/7 |
| 93/11 | - | 94/8 |
| 98/4 | - | 101/3 |
| 103/3 | - | 104/2 |
| 105/24 | - | 106/15 |
| 109/10 | - | 110/1 |
| 112/6 | - | 119/9 |
| 122/1 | - | 126/20 |
| 127/8 | - | 130/19 |
| 131/21 | - | 136/8 |
| 143/19 | - | 20 |
| 144/4 | - | 8 |
| 146/8 | - | 147/18 |
| 158/2 | - | 17 |
| 161/13 | - | 164/1 |
| 165/4 | - | 193/7 |
| 195/20 | - | 203/2 |
| 206/9 | - | 219/18 |
| 224/17 | - | 233/23 |
| 236/9 | - | 238/22 |

Respectfully submitted,

/s William R. Ellis
William R. Ellis (0012279)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202-2491
Telephone:    (513) 852-6000
Telefax:        (513) 852-6087
E-mail: wrellis@woodlamping.com

OF COUNSEL:

John E. Meagher (511099)
SHUTTS & BOWEN LLP
201 S. Biscayne Boulevard
1500 Miami Center
Miami, Florida  33131
Telephone:  (305) 358-6300
Telecopier:  (305) 381-9982
E-mail: JMeagher@Shutts-law.com

Attorneys for Defendants Jefferson Pilot Life Insurance Company and Disability Management Services, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been filed with the Court by electronic means on this _____ day of August, 2007.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                            s/ William R. Ellis_____

MIADOCS 2310264 1