UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INSURANCE COMPANY, et al. | : : : | CASE NO. C-1-02-479 |
| Plaintiff/Counterclaim Defendants, | : : | (Judge Michael R. Barrett) (Magistrate Judge Hogan) |
| vs. | : : | **DEFENDANTS' SUPPLEMENTAL OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS** |
| CHRISTOPHER L. KEARNEY, | : : | |
| Defendant/Counterclaim Plaintiff. | : : | |

**Objections Key**

R =   Relevance
UP =  Unfair Prejudice outweighs probative value, or admission will cause confusion
HS =  Hearsay
LF =  Lack of Foundation
NQ =  Not qualified as an expert
F =   Form of Question
P =   Privilege
S =   Inadmissible Settlement Discussions


Robert Mills - 2004 Deposition

| Page/Line | Objections |
|---|---|
| 18:15 - 18:18 | R |
| 24:1 - 24:13 | Incomplete. Context requires inclusion of 24:14 - 25:11 |
| 27:1 - 27:23 | Incomplete. Context requires continuation through 28:14 |
| 29:1 - 29:7 | Incomplete. Context requires the answer on page 29:8 - 29:16 |
| 31:4 - 31:15 | R, UP, F |
| 32:2 - 32:13 | R |
| 33:2 - 33:7 | F |
| 34:11 - 34:19 | F |
| 35:6 - 35:16 | F, No answer provided |
| 35:17 - 36:9 | R, F |
| 36:10 - 36:13 | R, F, No answer provided |
| 36:17 - 37:24 | R |

| Page/Line | Objections |
|---|---|
| 38:23 - 40:5 | R, F |
| 40:12 - 41-19 | R, F, UP |
| 42:19 - 43:3 | R |
| 46:13 - 46:24 | R, F |
| 47:4 - 47:16 | R |
| 50:24 - 54:3 | R, F, UP, Several questions unanswered |
| 56:6 - 57:2 | R |
| 62:18 - 62:24 | R, F, No answer to the question |
| 63:1 - 63:15 | R, F, UP |
| 65:18 - 66:1 | R, F, UP |
| 70:1 - 70:12 | R |
| 71:20 - 72:2 | R |
| 75:20 - 78:6 | R, F, Several questions unanswered |
| 102:3 - 102:16 | R, UP |
| 103:5 - 103:11 | R, F, UP |
| 103:18 - 105:16 | R |
| 107:19 - 108:17 | R |
| 109:5 - 109:24 | R |
| 110:11 - 110:19 | R |
| 111:11 - 111:15 | R |
| 112:12 - 112:18 | R |
| 120:14 - 120:20 | R |
| 123:6 - 126:5 | R, F, UP |
| 127:1 - 127:11 | R, F, UP |
| 144:18 - 146:7 | R |
| 185:3 - 185:10 | R, F |
| 190:23 - 195:8 | R, F, Call for legal conclusions |
| 198:8 - 200:24 | R, F, UP |
| 204:9 - 204:23 | R, F, UP |
| 205:10 - 206:3 | F, R, UP |
| 208:4 - 210:24 | F, R, UP |
| 211:22 - 223:3 | R, F, UP, Calls for legal conclusions |
| 224:16 - 227:6 | R, F, UP |

As a general objection to the deposition citations of Robert Mills' 2004 deposition, Mr. Mills was being questioned on events from three years prior entirely by memory and on multiple occasions, offered to review the claims file and ensure accurate answers, which offer was refused by Mr. Kearney's counsel. A general objection to this memory quiz is that it is designed to

mislead the jury. Defendants, therefore, object to the reading of any part of Mr. Mills' testimony which relates to his memory of the claims file.

Robert Bonsall

| Page/Line | Objections |
|---|---|
| 5:24 - 6:12 | R |
| 7:24 - 10:5 | R, UP, Calls for legal opinion |
| 12:22 - 13:12 | R |
| 16:22 - 18:7 | R |
| 24:22 - 28:16 | R, UP |
| 29:7 - 29:17 | R |
| 35:15 - 35:22 | R |
| 42:8 - 42:12 | R |
| 43:4 - 43:7 | R |
| 52:17 - 53:3 | R |
| 54:5 - 56:11 | R, UP, F |
| 57:8 - 58:15 | R, UP, F |
| 63:4 - 63:19 | Incomplete, R, UP |
| 64:11 - 64:20 | R; UP |

**Valerie Loftin (05/06/2004)**

| Page/Line | Objections |
|---|---|
| ADD 3:20 – 7:9 | |
| ADD 9:17 – 9:21 | |
| 16:13 – 17:24 | R |
| 19:6 – 19:23 | R, UP |
| ADD 21:1 – 21:3 | |
| 21:25 – 22:6 | R, UP |
| 25:7 – 26:7 | R, UP |
| 26:15 – 26:19 | R, UP |
| 35:2 – 35:8 | R |
| 35:24 – 36:8 | R, UP |
| ADD 38:10 – 38:21 | |
| 57:17 – 58:5 | R, UP |
| 66:2 – 66:18 | R, UP |
| 68:12 – 70:19 | R, UP |
| 79:6 – 81:20 | R, UP, P |
| 114:1 – 114:13 | R, UP, S |
| 120:12 – 120:20 | R |
| 170:1 – 170:25 | LF, HS, R, UP |
| 173:7 – 173:20 | P, R, UP |

**Valerie Loftin (08/10/2007)**

| Page/Line | Objections |
|---|---|
| 4:10 – 4:15 | R |
| 7:2 – 7:4 | R |
| 12:21 – 12:25 | R |
| 13:19 – 13:20 | R |
| 17:14 – 17:24 | R |
| 18:10 – 19:1 | R |
| 19:9 – 20:14 | R |
| 22:5 – 25:25 | R, UP |
| 26:21 – 28:16 | R, UP |
| 33:6 – 42:3 | R |
| 33:17 – 34:6 | F, LF |
| 36:3 – 41:25 | R, UP |
| 44:21 – 48:5 | R, UP |
| 48:14 – 52:1 | R |
| 53:4 – 53:23 | R |
| 53:24 – 54:25 | R, UP |
| 55:22 – 56:6 | R |
| 56:18 – 58:18 | R |
| 66:10 – 66:23 | R |

Respectfully submitted,

/s William R. Ellis
William R. Ellis (0012279)
Amy Gasser Callow (0063470)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH  45202-2491
Telephone:    (513) 852-6000
Telefax:       (513) 852-6087

OF COUNSEL:

John E. Meagher (511099)
SHUTTS & BOWEN LLP
201 S. Biscayne Boulevard
1500 Miami Center
Miami, Florida  33131
Telephone:  (305) 358-6300
Telecopier: (305) 381-9982
E-mail:    JMeagher@Shutts-law.com

Attorneys for Plaintiff, Jefferson-Pilot Life
Insurance Company and Cross-Claim Defendant,
Disability Management Services, Inc.

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed with the Court by electronic means on this 14th day of September, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ William R. Ellis

329205.1