UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jefferson-Pilot Life Ins., Co.,

    Plaintiff,

    v.                                                             Case No. 1:02cv479

Christopher L. Kearney, et al.,                     Judge Michael R. Barrett

    Defendants.

## ORDER

Pursuant to notification by the parties, this matter is hereby resolved.

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action.

**IT IS SO ORDERED.**

                                              *S/Michael R. Barrett*
                                              Michael R. Barrett, Judge
                                              United States District Court

cc:    All Counsel
bac    September 17, 2007