UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jefferson-Pilot Life Ins., Co.,

    Plaintiff,

v.                                Case No. 1:02cv479

Christopher L. Kearney, et al.,         Judge Michael R. Barrett

    Defendants.

## NOTICE

Please take notice that the above-captioned case has been set for a status conference by telephone before the Honorable Michael R. Barrett on:

**Monday, October 22, 2007, at 9:00 am**

Parties shall initiate contact with the Court by calling 513-564-7660 five (5) minutes prior to 9:00 am.

                                        Michael R. Barrett, Judge
                                        United States District Court

                                        *S/Barbara A. Crum*
                                        Courtroom Deputy

cc:    All Counsel
BAC    October 17, 2007