

"Ellis, William"
<WEllis@ralaw.com>
04/16/2008 10:19 AM

To <barrett_chambers@ohsd.uscourts.gov>
cc
bcc
Subject Kearney exhibits

Chris, confirming our conversation please destroy the Kearney exhibits. Thank You.

William R. Ellis
Roetzel & Andress
250 E. Fifth Street
Suite 310
Cincinnati, OH 45202
Direct Phone No.: 513-361-8284
Main Phone No: 513.361.0200
Fax No.: 513.361.0335
Email: wellis@ralaw.com
www.ralaw.com

Both William R. Ellis and Roetzel & Andress intend that this message be used exclusively by the addressee(s). This message may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unauthorized disclosure or use of this information is strictly prohibited. If you have received this communication in error, please permanently dispose of the original message and notify William R. Ellis immediately at 513-261-8284. Thank you.

```
Any federal tax advice contained herein or in any attachment
hereto is not intended to be used, and cannot be used, to (1)
avoid penalties imposed under the Internal Revenue Code or
(2) support the promotion or marketing of any transaction or
matter.  This legend has been affixed to comply with U.S.
Treasury Regulations governing tax practice.
```