

"Roberts, Michael A." &lt;MRoberts@Graydon.com&gt;
04/16/2008 12:44 PM

To &lt;Barrett_chambers@ohsd.uscourts.gov&gt;
cc
bcc
Subject Keaney v JP

Your Honor:

Please proceed to destroy the Exhibits in the Court's possession regarding Kearney.

Respectfully,

Mike Roberts
Graydon Head
mroberts@graydon.com
629-2799 / 484-2799 (cell)